**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fred Graves and Isaac Popoca, on their own behalf and on behalf of a class of all pretrial detainees in the Maricopa County Jails,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>Joseph Arpaio, Sheriff of Maricopa County; Fulton Brock, Don Stapley, Andrew Kunasek, Max W. Wilson, and Mary Rose Wilcox, Maricopa County Supervisors;<br><br>　　　　Defendants. | No. CV-77-0479-PHX-NVW<br><br>**SECOND AMENDED JUDGMENT** |

　　　　A consent Judgment was entered in this action on March 27, 1981, and later amended or supplemented. On January 10, 1995, an Amended Judgment (doc. # 705) was entered by stipulation that superseded the earlier judgments, as amended. New parties have been substituted for the original plaintiff class representatives and for the defendant officials. Defendants' Renewed Motion to Terminate the Amended Judgment (doc. #906), filed November 17, 2003, has been decided this day, resulting in some portions of the Amended Judgment (doc. # 705) being terminated, some portions not being terminated and therefore resuming their force and effect pursuant to 18 U.S.C.

§ 3626(e)(2)(B), and other portions being modified and therefore resuming their force and effect as modified. This Second Amended Judgment is entered, for the convenience of the parties, to restate those portions of the Amended Judgment that continue in effect, as originally written or as modified.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED as follows:

1. The Amended Judgment (doc. # 705) is vacated as to future effect, except that the terms of this Second Amended Judgment have continuing effect.

2. Defendants shall not house more than two pretrial detainees in one cell at the Towers jail if the pretrial detainees usually are confined to their cell for twenty-two hours or more per day. Defendants shall not make routine use of portable beds in cells or dayrooms. Defendants shall not place more pretrial detainees in a court holding cell at Madison or in a 4th Avenue Intake holding cell than can sit in the holding cell without making physical contact with another person. (AJ ¶¶ 9-15)[1]

3. Defendants shall provide pretrial detainees who are taking prescribed psychotropic medications with housing in which the temperature does not exceed 85° F. (AJ ¶ 23)

4. Defendants shall provide pretrial detainees with sufficient, safe cleaning supplies to enable pretrial detainees to properly clean their cells. Defendants shall assure that cells, including but not limited to medical isolation cells, are properly cleaned and sanitized prior to occupancy by pretrial detainees. (AJ ¶ 46)

5. Defendants shall provide functional and sanitary toilets and sinks, with toilet paper and soap, to pretrial detainees in 4th Avenue Intake and the court holding cells at Madison. (AJ ¶ 47)

6. Defendants shall provide a receiving screening of each pretrial detainee, prior to placement of any pretrial detainee in the general population. The screening will be

---

[1] "AJ ¶ __" refers to the paragraph of the Amended Judgment (doc. # 705) continuing in effect as renumbered and stated with modification, if any, in this Second Amended Judgment.

sufficient to identify and begin necessary segregation, and treatment of those with mental or physical illness and injury; to provide necessary medication without interruption; to recognize, segregate, and treat those with communicable diseases; to provide medically necessary special diets; and to recognize and provide necessary services to the physically handicapped. (AJ ¶ 56)

7. All pretrial detainees confined in the jails shall have ready access to care to meet their serious medical and mental health needs. When necessary, pretrial detainees confined in jail facilities which lack such services shall be transferred to another jail or other location where such services or health care facilities can be provided or shall otherwise be provided with appropriate alternative on-site medical services. (AJ ¶ 57)

8. Defendants shall ensure that the pretrial detainees' prescription medications are provided without interruption where medically prescribed by correctional medical staff. (AJ ¶ 61)

9. Defendants shall continuously monitor conditions, including the population of pretrial detainees, in the designated intake areas. (AJ ¶ 71)

10. Defendants shall ensure that pretrial detainees always have access to toilet and wash basin facilities in the holding cells in intake areas. Defendants shall ensure that pretrial detainees incarcerated in an intake area for more than twenty-four hours are provided with a blanket and a bed or mattress on which to sleep. Defendants shall ensure that a report reflecting the length of stay of pretrial detainees in intake areas is generated by the Sheriff and made available to Plaintiffs' counsel. (AJ ¶ 72)

11. Pretrial detainees classified as general population who are housed at the Towers, Durango, Estrella, and 4th Avenue jails shall be allowed a minimum of one hour, at least four days per week, in areas that permit outdoor recreation or equivalent fresh air recreation with sufficient space for pretrial detainees to move freely. (AJ ¶ 84)

12. Pretrial detainees in administrative segregation shall be entitled to the same outdoor exercise rights as general population pretrial detainees. Pretrial detainees in disciplinary segregation who do not present security or safety risks shall be entitled to the

same outdoor exercise rights as general population detainees after the seventh day of their disciplinary period. Time for outdoor exercise will be in addition to the one hour out-of-cell time that is permitted for non-recreational purposes for pretrial detainees in lockdown for twenty-two hours or more per day. (AJ ¶ 85)

13. Defendants shall provide food to pretrial detainees that meets or exceeds the United States Department of Agriculture's *Dietary Guidelines for Americans*. (AJ ¶ 95)

14. Defendants shall assure that each pretrial detainee in the 4th Avenue Intake areas, the Madison court holding cells, the 4th Avenue psychiatric unit, and segregation units is visually observed by detention officers in a manner and frequency that protects the pretrial detainee's health and safety. (AJ ¶ 102)

15. Defendants shall assure that written reports are recorded and statistics are compiled of all instances of inmate or officer abuse, injuries, violence, assaults, sexual assaults, suicides, deaths, and inmate riots and demonstrations, in a manner conducive to informed access by the Court. (AJ ¶ 104)

16. Defendants will maintain records of their compliance with this Second Amended Judgment and will provide quarterly summaries of those records to Plaintiffs' counsel. (AJ ¶ 114)

DATED this 22nd day of October, 2008.

Neil V. Wake
United States District Judge