# Call Detail Report - Outbound

ACCOUNT NAME: THE NATIONAL PRISON PROJECT OF THE ACLU
ACCOUNT NUMBER: 0▓▓▓▓▓▓▓▓▓▓
INVOICE NUMBER: 0210161464

PAGE: 12 of 25
INVOICE DATE: 09/09/06

CARRIER DESCRIPTION: XO Communications, Inc.
SERVICE LOCATION: 915 15TH ST NW NW , WASHINGTON

| DATE | TIME | CALL TO | NUMBER | CALL TYPE | MINUTES | AMOUNT |
|------|------|---------|--------|-----------|---------|--------|

CALL FROM: (202)393-0646 HART,

| DATE | TIME | CALL TO | NUMBER | CALL TYPE | MINUTES | AMOUNT |
|------|------|---------|--------|-----------|---------|--------|
| 08/11/06 | 12:29 PM | Phoenix | AZ (602)955-7561 | RD | 10.3 | .00 |

| TOTAL FOR: | SERVICE | CALLS | MINUTES | AMOUNT |
|------------|---------|-------|---------|--------|
| HART | Inter-State Long Distance | 1 | 10.3 | .00 |
| | TOTAL | 1 | 10.3 | .00 |

CALL FROM: (202)393-0646 CUTTER v WILKINSON,

| DATE | TIME | CALL TO | NUMBER | CALL TYPE | MINUTES | AMOUNT |
|------|------|---------|--------|-----------|---------|--------|
| 08/17/06 | 03:46 PM | Indianapls | IN (317)635-4059 | RD | 1.4 | .00 |

CALL FROM: (202)393-4930 CUTTER v WILKINSON,

| DATE | TIME | CALL TO | NUMBER | CALL TYPE | MINUTES | AMOUNT |
|------|------|---------|--------|-----------|---------|--------|
| 08/25/06 | 03:51 PM | Indianapls | IN (317)319-7096 | RD | 0.7 | .00 |

| TOTAL FOR: | SERVICE | CALLS | MINUTES | AMOUNT |
|------------|---------|-------|---------|--------|
| CUTTER v WILKINSON | Inter-State Long Distance | 2 | 2.1 | .00 |
| | TOTAL | 2 | 2.1 | .00 |

CALL FROM: (202)393-4930 EL PASO COUNTY,

| DATE | TIME | CALL TO | NUMBER | CALL TYPE | MINUTES | AMOUNT |
|------|------|---------|--------|-----------|---------|--------|
| 08/09/06 | 03:35 PM | Denver | CO (303)777-2740 | RD | 1.0 | .00 |

| TOTAL FOR: | SERVICE | CALLS | MINUTES | AMOUNT |
|------------|---------|-------|---------|--------|
| EL PASO COUNTY | Inter-State Long Distance | 1 | 1.0 | .00 |
| | TOTAL | 1 | 1.0 | .00 |

CALL FROM: (202)393-4930 RITS,

| DATE | TIME | CALL TO | NUMBER | CALL TYPE | MINUTES | AMOUNT |
|------|------|---------|--------|-----------|---------|--------|
| 08/10/06 | 02:34 PM | Providence | RI (401)451-7819 | RD | 7.0 | .00 |
| 08/23/06 | 02:05 PM | Providence | RI (401)276-6681 | RD | 1.2 | .00 |
| 08/31/06 | 04:39 PM | Providence | RI (401)276-6575 | RD | 0.9 | .00 |

CALL FROM: (202)393-4931 RITS,

| DATE | TIME | CALL TO | NUMBER | CALL TYPE | MINUTES | AMOUNT |
|------|------|---------|--------|-----------|---------|--------|
| 08/10/06 | 05:06 PM | Providence | RI (401)528-3566 | RD | 0.8 | .00 |

| TOTAL FOR: | SERVICE | CALLS | MINUTES | AMOUNT |
|------------|---------|-------|---------|--------|
| RITS | Inter-State Long Distance | 4 | 9.9 | .00 |
| | TOTAL | 4 | 9.9 | .00 |

CALL FROM: (202)393-0064 BALTIMORE CITY JAIL,

| DATE | TIME | CALL TO | NUMBER | CALL TYPE | MINUTES | AMOUNT |
|------|------|---------|--------|-----------|---------|--------|
| 08/14/06 | 10:24 AM | Baltimore | MD (410)585-3073 | RD | 1.5 | .00 |

CALL FROM: (202)393-4930 BALTIMORE CITY JAIL,

| DATE | TIME | CALL TO | NUMBER | CALL TYPE | MINUTES | AMOUNT |
|------|------|---------|--------|-----------|---------|--------|
| 08/09/06 | 02:44 PM | Baltimore | MD (410)383-2098 | RD | 10.7 | .00 |
| 08/28/06 | 10:09 AM | Baltimore | MD (410)585-3073 | RD | 0.6 | .00 |
| 08/29/06 | 08:53 AM | Baltimore - | MD (410)585-3073 | RD | 1.8 | .00 |

(continued on next page)



# Call Detail Report - Outbound

ACCOUNT NAME: THE NATIONAL PRISON PROJECT OF THE ACLU
ACCOUNT NUMBER: ████████████
INVOICE NUMBER: 0211005097

PAGE: 10 of 20
INVOICE DATE: 10/09/06

CARRIER DESCRIPTION: XO Communications, Inc.
SERVICE LOCATION: 915 15TH ST NW NW , WASHINGTON

| DATE | TIME | CALL TO | | NUMBER | CALL TYPE | MINUTES | AMOUNT |
|------|------|---------|---|--------|-----------|---------|--------|
| 09/13/06 | 04:00 PM | Hackensack | NJ | (201)646-1995 | RD | 2.7 | .00 |
| 09/13/06 | 04:14 PM | Trenton | NJ | (609)396-9186 | RD | 0.9 | .00 |
| 09/13/06 | 04:34 PM | Albuqurque | NM | (505)877-7060 | RD | 1.8 | .00 |
| 09/13/06 | 04:51 PM | Newburgh | NY | (845)562-5005 | RD | 0.9 | .00 |
| 09/22/06 | 12:04 PM | Glendale | TX | (817)781-6898 | RD | 1.3 | .00 |
| 09/22/06 | 12:05 PM | Glendale | TX | (817)781-1689 | RD | 0.2 | .00 |
| 09/22/06 | 12:06 PM | Glendale | TX | (817)781-6898 | RD | 16.5 | .00 |
| 10/04/06 | 10:00 AM | Baltimore | MD | (410)605-7000 | RD | 1.5 | .00 |
| 10/04/06 | 10:08 AM | Matthews | NC | (704)844-9516 | RD | 4.2 | .00 |
| 10/04/06 | 01:03 PM | Matthews | NC | (704)844-9516 | RD | 26.1 | .00 |
| 10/06/06 | 12:11 PM | Saratogspg | NY | (518)587-3960 | RD | 2.7 | .00 |

| TOTAL FOR: | SERVICE | CALLS | MINUTES | AMOUNT |
|------------|---------|-------|---------|--------|
| ACCT. CODE: 030 | Inter-State Long Distance | 31 | 94.1 | .00 |
| | TOTAL | 31 | 94.1 | .00 |

CALL FROM: (202)393-0064 PUBLICATIONS,

| | | | | | | | |
|--|--|--|--|--|--|--|--|
| 09/26/06 | 11:20 AM | Boise | ID | (208)333-8000 | RD | 2.6 | .00 |

| TOTAL FOR: | SERVICE | CALLS | MINUTES | AMOUNT |
|------------|---------|-------|---------|--------|
| PUBLICATIONS | Inter-State Long Distance | 1 | 2.6 | .00 |
| | TOTAL | 1 | 2.6 | .00 |

CALL FROM: (202)393-4930 HART,

| | | | | | | | |
|--|--|--|--|--|--|--|--|
| 09/12/06 | 01:31 PM | No Phoenix | AZ | (602)640-9362 | RD | 1.1 | .00 |

| TOTAL FOR: | SERVICE | CALLS | MINUTES | AMOUNT |
|------------|---------|-------|---------|--------|
| HART | Inter-State Long Distance | 1 | 1.1 | .00 |
| | TOTAL | 1 | 1.1 | .00 |

CALL FROM: (202)393-0646 PUBLIC ED,

| | | | | | | | |
|--|--|--|--|--|--|--|--|
| 09/22/06 | 02:05 PM | Neworleans | LA | (504)592-8056 | RD | 1.3 | .00 |
| 09/29/06 | 10:28 AM | Losangeles | CA | (213)384-1400 | RD | 1.9 | .00 |
| 09/29/06 | 11:47 AM | Denton | TX | (940)300-8343 | RD | 2.3 | .00 |
| 09/29/06 | 01:48 PM | Neworleans | LA | (504)592-8056 | RD | 0.3 | .00 |
| 09/29/06 | 01:48 PM | Neworleans | LA | (504)592-8056 | RD | 24.7 | .00 |
| 10/04/06 | 01:07 PM | Long Beach | NY | (516)432-5177 | RD | 0.6 | .00 |
| 10/05/06 | 04:28 PM | Indianapls | IN | (317)444-2770 | RD | 9.8 | .00 |
| 10/05/06 | 04:40 PM | Losangeles | CA | (213)977-5252 | RD | 0.1 | .00 |
| 10/06/06 | 03:57 PM | Riceville | IA | (641)985-8000 | RD | 22.6 | .00 |

CALL FROM: (202)393-4930 PUBLIC ED,

| | | | | | | | |
|--|--|--|--|--|--|--|--|
| 09/22/06 | 03:52 PM | Neworleans | LA | (504)592-8056 | RD | 0.6 | .00 |
| 09/22/06 | 05:02 PM | Fayettevl | NC | (910)286-7035 | RD | 1.3 | .00 |
| 09/22/06 | 05:06 PM | Denton | TX | (940)300-8343 | RD | 1.1 | .00 |
| 09/22/06 | 05:09 PM | Vermillion | SD | (605)624-8833 | RD | 0.5 | .00 |
| 09/22/06 | 05:10 PM | Albany | NY | (518)248-9870 | RD | 1.7 | .00 |

(continued on next page)

Customer Service Inquiries:  1-800-421-3872



**NetWolves Network Services**

## Account Code/Line Summary

National Prison Project-ACLU
733 15th St Nw
Suite 620
Washington, DC 20005

Page 1 Of 1
Billing Period 5/1/07 To 5/31/07
Customer # 10002055
Invoice Number:  NNS00616914
Invoice Date 6/1/07

| ACCOUNT CODE/ LINE NUMBER | # OF CALLS | # OF MINUTES | USAGE CHARGES | AVERAGE DURATION | COST PER MIN | SRCHG |
|---|---|---|---|---|---|---|
| **Location 10002055 - National Prison Project-ACLU** | | | | | | |
| Baltimore Jail/Duval v. Glendeni # 419 | 1 | 4.0 | $0.68 | 4.0 | $0.1690 | |
| David Fath # 16 | 5 | 14.0 | $2.37 | 2.8 | $0.1690 | |
| French-Indiana # 317 | 1 | 3.0 | $0.51 | 3.0 | $0.1690 | |
| Hadix # 618 | 1 | 8.0 | $1.35 | 8.0 | $0.1690 | |
| Hart v. Arpaio (Marcicopa Cty) # 218 | 1 | 2.0 | $0.34 | 2.0 | $0.1690 | |
| **TOTALS** | 9 | 31.0 | $5.24 | 3.4 | $0.1690 | $0.00 |

## Account Code/Line Summary

National Prison Project-ACLU
733 15th St Nw
Suite 620
Washington, DC 20005

Page 1 Of 1
Billing Period 6/1/07 To 6/30/07
Customer # 10002055
Invoice Number:  NNS00623764
Invoice Date 7/1/07

| ACCOUNT CODE/ LINE NUMBER | # OF CALLS | # OF MINUTES | USAGE CHARGES | AVERAGE DURATION | COST PER MIN | SRCHG |
|---|---|---|---|---|---|---|
| **Location 10002055 - National Prison Project-ACLU** | | | | | | |
| Carty - Virgin Islands # 809 | 2 | 5.0 | $0.85 | 2.5 | $0.1690 | |
| David Fath # 16 | 9 | 60.0 | $10.14 | 6.7 | $0.1690 | |
| Eric Balaban # 25 | 1 | 1.0 | $0.17 | 1.0 | $0.1690 | |
| French-Indiana # 317 | 1 | 3.0 | $0.51 | 3.0 | $0.1690 | |
| Hart v. Arpaio (Marcicopa Cty) # 218 | 1 | 2.0 | $0.34 | 2.0 | $0.1690 | |
| Rhode Island Training School # 402 | 2 | 19.0 | $3.21 | 9.5 | $0.1690 | |
| **TOTALS** | 16 | 90.0 | $15.21 | 5.6 | $0.1690 | $0.00 |

**Bigelow, Gina**

| | |
|---|---|
| **From:** | Gathers, Alicia |
| **Sent:** | Tuesday, September 18, 2007 12:25 PM |
| **To:** | Bigelow, Gina |
| **Subject:** | Check request |

I need a check for $100 dollars made out to the Clerk of Court, US District Court for the District of Arizona.  The case number is Hart-218

Alicia Gathers
Legal Assistant
National Prison Project of the ACLU
915 15th St., NW
7th Floor
Washington, DC  20005
(202) 548-6602
(202) 393-4931 (fax)

Confidentiality: The information contained in this message, and any attachments thereto, is intended only for the confidential use of the designated recipient(s).  This message may contain legally privileged and/or confidential information.  If you have received this document in error, any review or use of this message, including any dissemination, distribution, or copying of this email, and any attachments thereto, is strictly prohibited.  If you have received this communication in error, please permanently delete the message, destroy any copies, and notify us immediately.

PAID
09/18/07 $
#21309
$100⁰⁰

1

LMS

Checking              pro hac vice admission - M. Winter                                        100.00

532925 (3/06)

| Invoice Number | Invoice Date | Account Number |
|---|---|---|
| 2-278-84886 | Sep 25, 2007 | |

Dropped off: Sep 17, 2007    Cust. Ref.: Hadix-618    Ref.#2:
Payor: Shipper    Ref.#3:
• Fuel Surcharge - FedEx has applied a fuel surcharge of 14.50% to this shipment.
• Distance Based Pricing, Zone 4

| | | | Sender | Recipient | |
|---|---|---|---|---|---|
| Automation | INET | | Elizabeth Alexander | Clerk of the Court | |
| Tracking ID | 798765203271 | | National Prison Project | U. S. Court of Appeals | |
| Service Type | FedEx Standard Overnight | | 915 15th St., N.W. | Sixth Circuit | |
| Package Type | FedEx Envelope | | WASHINGTON DC 20005 US | CINCINNATI OH 45202 US | |
| Zone | 04 | | | | |
| Packages | 1 | | | | |
| Rated Weight | N/A | | | | |
| Delivered | Sep 18, 2007 14:11 | | Transportation Charge | | 16.80 |
| Svc Area | A1 | | Fuel Surcharge | | 2.05 |
| Signed by | L.BAUMANN | | Discount | | -2.69 |
| FedEx Use | 000000000/0000222/_ | | Total Charge | USD | $16.16 |

**Hadix-618 Reference Subtotal    USD    $16.16**

Dropped off: Sep 19, 2007    Cust. Ref.: Mast-317    Ref.#2:
Payor: Shipper    Ref.#3:
• Fuel Surcharge - FedEx has applied a fuel surcharge of 14.50% to this shipment.
• Distance Based Pricing, Zone 4

| | | | Sender | Recipient | |
|---|---|---|---|---|---|
| Automation | INET | | Elizabeth Alexander | Clerk of the Court | |
| Tracking ID | 792565473773 | | National Prison Project | US District Court | |
| Service Type | FedEx Standard Overnight | | 915 15th St., N.W. | 207 Federal Building | |
| Package Type | FedEx Envelope | | WASHINGTON DC 20005 US | TERRE HAUTE IN 47808 US | |
| Zone | 04 | | | | |
| Packages | 1 | | | | |
| Rated Weight | N/A | | | | |
| Delivered | Sep 20, 2007 09:35 | | Transportation Charge | | 16.80 |
| Svc Area | A2 | | Discount | | -2.69 |
| Signed by | C.ELLIS | | Fuel Surcharge | | 2.05 |
| FedEx Use | 000000000/0000222/_ | | Total Charge | USD | $16.16 |

**Mast-317 Reference Subtotal    USD    $16.16**

Dropped off: Sep 18, 2007    Cust. Ref.: hart-218    Ref.#2:
Payor: Shipper    Ref.#3:
• Fuel Surcharge - FedEx has applied a fuel surcharge of 14.50% to this shipment.
• Distance Based Pricing, Zone 8

| | | | Sender | Recipient | |
|---|---|---|---|---|---|
| Automation | INET | | Alicia Gathers | Clerk | |
| Tracking ID | 791391234890 | | NATIONAL PRISON PROJECT | US District Court | |
| Service Type | FedEx Standard Overnight | | 915 15TH ST., NW | 401 W. Washington St. | |
| Package Type | FedEx Envelope | | WASHINGTON DC 20005 US | PHOENIX AZ 85003 US | |
| Zone | 08 | | | | |
| Packages | 1 | | | | |
| Rated Weight | N/A | | | | |
| Delivered | Sep 19, 2007 10:10 | | Transportation Charge | | 19.45 |
| Svc Area | A1 | | Discount | | -3.11 |
| Signed by | H.ANTRUM | | Fuel Surcharge | | 2.37 |
| FedEx Use | 000000000/0000266/_ | | Total Charge | USD | $18.71 |

**hart-218 Reference Subtotal    USD    $18.71**

**Total FedEx Express    USD    $95.64**

# PACER QUARTERLY STATEMENT/INVOICE

| LOGIN ID: | AN0133 | David C. Fathi |
|---|---|---|
| BILLING DATE: | 10/04/2007 | ACLU National Prison Project |
| BILLING CYCLE: | 07/01/07 to 09/30/07 | 202-393-4930 |
| PAGE: | 2 | |

| DATE | CLIENT | TIME IN/ NUM TRANS | TIME OUT | TOTAL TIME TOTAL PAGES |
|---|---|---|---|---|

### PACER-NET TRANSACTIONS

**ARIZONA DISTRICT COURT**

| 07/03/2007 | 218 | 1 | | 2 |
|---|---|---|---|---|
| 08/24/2007 | 218 | 1 | | 4 |
| 08/30/2007 | 555 | 3 | | 3 |
| 09/21/2007 | 555 | 2 | | 3 |
| 09/23/2007 | 555 | 2 | | 3 |
| 09/29/2007 | 218 | | | 16 |

ARIZONA DISTRICT COURT PACER-NET SUBTOTAL

**CALIFORNIA CENTRAL DISTRICT COURT**

| 08/08/2007 | 544 | 1 | | 1 |
|---|---|---|---|---|
| 09/21/2007 | 544 | 2 | | 2 |
| | | | | 3 |

CALIFORNIA CENTRAL DISTRICT COURT PACER-NET SUBTOTAL

**CALIFORNIA SOUTHERN DISTRICT COURT**

| 07/02/2007 | 619 | 1 | | 3 |
|---|---|---|---|---|
| 08/29/2007 | 619 | 2 | | 2 |
| 09/17/2007 | 619 | 1 | | 11 |
| 09/18/2007 | 323 | 1 | | 2 |
| | | | | 18 |

CALIFORNIA SOUTHERN DISTRICT COURT PACER-NET SUBTOTAL

**INDIANA SOUTHERN DISTRICT COURT**

| 08/31/2007 | 317 | 1 | | 2 |
|---|---|---|---|---|
| | | | | 2 |

INDIANA SOUTHERN DISTRICT COURT PACER-NET SUBTOTAL

**MARYLAND DISTRICT COURT**

| 08/10/2007 | 419 | 1 | | 1 |
|---|---|---|---|---|
| | | | | 1 |

MARYLAND DISTRICT COURT PACER-NET SUBTOTAL

**MICHIGAN WESTERN DISTRICT COURT**

| 07/05/2007 | 618 | 3 | | 3 |
|---|---|---|---|---|
| 07/06/2007 | 618 | 1 | | 1 |
| 07/10/2007 | 618 | 7 | | 11 |
| 07/13/2007 | 618 | 4 | | 26 |
| 07/14/2007 | 618 | 3 | | 10 |
| 07/19/2007 | 618 | 1 | | 3 |
| 07/28/2007 | 618 | 1 | | 2 |
| 07/31/2007 | 618 | 2 | | 2 |
| 08/02/2007 | 618 | 2 | | 9 |
| 08/07/2007 | 618 | 1 | | 1 |
| 08/08/2007 | 618 | 4 | | 6 |
| 08/13/2007 | 618 | 1 | | 6 |
| 08/18/2007 | 618 | 1 | | 14 |
| 08/25/2007 | 618 | 6 | | 37 |
| 08/28/2007 | 618 | 1 | | 2 |
| 08/30/2007 | 618 | 1 | | 1 |
| 09/07/2007 | 618 | 1 | | 2 |
| 09/18/2007 | 618 | | | 135 |

MICHIGAN WESTERN DISTRICT COURT PACER-NET SUBTOTAL

**WASHINGTON WESTERN DISTRICT COURT**

| 08/30/2007 | 555 | 2 | | 2 |
|---|---|---|---|---|
| | | | | 2 |

WASHINGTON WESTERN DISTRICT COURT PACER-NET SUBTOTAL



# XO® Communications

| Account Name | |
| --- | --- |
| Account Number | 021914381S |
| Invoice Number | |
| Invoice Date | 10/09/07 |
| Total Amount Due | $2,677.73 |

THE NATIONAL PRISON PROJECT OF THE ACLU

## Call Detail Report - Outbound

continued

CARRIER DESCRIPTION: XO Communications
SERVICE LOCATION: 915 15TH ST NW NW , WASHINGTON

CALL FROM: (202)393-4930  ACCT. CODE: 030,

| Date | Time | Call To | | Number | Call Type | Minutes | Amount |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 12/14/07 | 01:20 PM | Pittsburgn1 | PA | (412)977-1827 | RD | 1.7 | .00 |
| 12/17/07 | 01:17 PM | Harrisonbg | VA | (540)435-1134 | RD | 0.8 | .00 |
| 12/17/07 | 01:21 PM | Merrimack | NH | (603)429-5617 | RD | 1.4 | .00 |
| 12/17/07 | 05:00 PM | Boston | MA | (617)515-6910 | RD | 4.1 | .00 |
| 12/19/07 | 11:15 AM | Boston | NY | (212)549-2592 | RD | 4.1 | .00 |
| 12/20/07 | 05:32 PM | Matthews | NC | (704)844-4516 | RD | 4.7 | .00 |
| 12/21/07 | 04:57 PM | Atlanta | GA | (678)662-8879 | RD | 1.1 | .00 |
| 12/24/07 | 11:45 AM | Frnk Main | GA | (510)299-9073 | RD | 1.0 | .00 |
| 12/24/07 | 04:04 PM | Matthews | NC | (704)844-4516 | RD | 1.0 | .00 |
| 12/25/07 | 01:02 PM | Matthews | NC | (704)844-4516 | RD | 0.2 | .00 |
| 12/25/07 | 03:54 PM | Atlanta | GA | (404)443-3014 | RD | 0.1 | .00 |
| 12/25/07 | 03:56 PM | Atlanta Ne | GA | (678)773-1402 | RD | 0.9 | .00 |
| 12/25/07 | 12:12 PM | Matthews | MT | (406)459-3735 | RD | 14.3 | .00 |
| 12/26/07 | 04:37 PM | Atlanta | NC | (919)495-0416 | RD | 1.1 | .00 |
| 12/26/07 | 04:42 PM | Helena | GA | (406)459-3735 | RD | 0.8 | .00 |
| 12/26/07 | 04:48 PM | Hampton | VA | (757)850-8252 | RD | 1.2 | .00 |
| 12/27/07 | 11:58 AM | Atlanta | GA | (404)455-5650 | RD | 22.9 | .00 |
| 12/27/07 | 02:03 PM | Helena | MT | (406)459-3735 | RD | 14.3 | .00 |
| 12/30/07 | 10:18 AM | Louisburg | NC | (919)496-0416 | RD | 1.1 | .00 |
| 12/30/07 | 03:25 PM | Madison | WI | (608)354-8466 | RD | 0.8 | .00 |
| 01/03/07 | 04:06 PM | Albion | NY | (585)589-6820 | RD | 1.0 | .00 |
| 05/07 | 09:23 AM | New York | NY | (646)408-6312 | RD | 0.9 | .00 |

TOTAL FOR:
ACCT. CODE:    030

| Service | Calls | Minutes | Amount |
| --- | --- | --- | --- |
| Inter-State Long Distance | 54 | 185.4 | .00 |
| TOTAL | 54 | 185.4 | .00 |

CALL FROM: (202)393-4930   PLRA

| Date | Time | Call To | | Number | Call Type | Minutes | Amount |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 09/28/07 | 05:08 PM | Amarillo | TX | (806)206-4369 | RD | 1.5 | .00 |

TOTAL FOR:
PLRA

| Service | Calls | Minutes | Amount |
| --- | --- | --- | --- |
| Inter-State Long Distance | 1 | 1.5 | .00 |
| TOTAL | 1 | 1.5 | .00 |

9 of 22

## Call Detail Report - Outbound

continued

CARRIER DESCRIPTION: XO Communications
SERVICE LOCATION: 915 15TH ST NW NW , WASHINGTON

CALL FROM: (202)393-0646  HART,

| Date | Time | Call To | | Number | Call Type | Minutes | Amount |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 09/14/07 | 04:53 PM | Phoenix | AZ | (602)322-7530 | RD | 22.3 | .00 |

TOTAL FOR:
HART

| Service | Calls | Minutes | Amount |
| --- | --- | --- | --- |
| Inter-State Long Distance | 2 | 66.4 | .00 |
| TOTAL | 2 | 66.4 | .00 |

CALL FROM: (202)393-4930   HART,

| Date | Time | Call To | | Number | Call Type | Minutes | Amount |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 09/08/07 | 01:03 PM | No Phoenix | AZ | (602)640-9325 | RD | 43.1 | .00 |

TOTAL FOR:

CALL FROM: (202)393-0646  PUBLIC ED.

| Date | Time | Call To | | Number | Call Type | Minutes | Amount |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 09/11/07 | 02:28 PM | Baltimore | MD | (410)332-6100 | RD | 3.0 | .00 |
| 09/11/07 | 04:18 PM | Boston | MA | (617)236-1012 | RD | 1.3 | .00 |
| 09/20/07 | 04:11 PM | Amarillo | TX | (806)206-4369 | RD | 5.2 | .00 |
| 10/02/07 | 02:33 PM | New York | NY | (212)519-7808 | RD | 5.4 | .00 |

CALL FROM: (202)393-4930   PUBLIC ED.

| Date | Time | Call To | | Number | Call Type | Minutes | Amount |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 09/11/07 | 01:07 PM | Salem | OR | (503)581-7067 | RD | 0.1 | .00 |
| 09/11/07 | 01:10 PM | Portland | OR | (503)287-5258 | RD | 0.2 | .00 |
| 09/11/07 | 02:25 PM | Charlotsvl | VA | (434)924-4346 | RD | 3.5 | .00 |
| 09/11/07 | 02:29 PM | Alderson | WV | (304)445-2980 | RD | 0.2 | .00 |
| 09/11/07 | 02:36 PM | Laramie | WY | (307)766-3223 | RD | 0.3 | .00 |
| 09/11/07 | 02:37 PM | Oregon | WI | (608)835-5740 | RD | 3.2 | .00 |
| 09/11/07 | 02:45 PM | Laramie | WY | (307)766-3223 | RD | 0.7 | .00 |
| 09/11/07 | 03:40 PM | Chillicoth | MO | (660)646-6462 | RD | 0.6 | .00 |
| 09/11/07 | 04:03 PM | Kalamazoo | MI | (269)383-0028 | RD | 1.0 | .00 |
| 09/11/07 | 04:08 PM | Eddyville | KY | (270)388-2528 | RD | 0.2 | .00 |
| 09/11/07 | 04:10 PM | Newark | DE | (302)368-7614 | RD | 0.2 | .00 |
| 09/11/07 | 04:11 PM | Bridgeport | CT | (203)366-6116 | RD | 0.2 | .00 |

## Hilton Suites

**Phoenix**

10 East Thomas • Phoenix, AZ 85012
Phone (602) 222-1111 • Fax (602) 265-4841
Reservations
www.hilton.com or 1 800 HILTONS

| Name & Address |
|---|

WINTER, MARGARET

US

| | |
|---|---|
| Room | 811/K1 |
| Arrival Date | 1/23/2008   6:47:00P |
| Departure Date | 1/24/2008 |
| | |
| Adult/Child | 1/0 |
| Room Rate | $284.00 |
| | |
| RATE PLAN | L-L2 |
| HH# | |
| AL | |
| BONUS AL | CAR |

Confirmation: 3300721830

1/24/2008        PAGE        1

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 1/23/2008 | 1436460 | GUEST ROOM | | | $284.00 | |
| 1/23/2008 | 1436460 | RM STATE TAX | | | $20.65 | |
| 1/23/2008 | 1436460 | RM CITY TAX | | | $14.20 | |
| | WILL BE SETTLED TO AX *4105 | | | | $318.85 | |
| | EFFECTIVE BALANCE OF | | | | $0.00 | |

ESTIMATED CURRENCY TOTAL

### Zip-Out Check-Out®

**Good Morning !  We hope you enjoyed your stay. With Zip-Out Check-Out®
there is no need to stop at the Front Desk to check out.**

- Please review this statement.  It is a record of your charges as of late last
  evening.
- For any charges after your account was prepared, you may :
  + pay at the time of purchase.
  + charge purchases to your account, then stop by the Front Desk for an
    updated statement.
  + or request an updated statement be mailed to you within two business days.

Simply call the Front Desk from your room and tell us when you are ready to
depart.  Your account will be automatically checked out and you may use this
statement as your receipt.  Feel free to leave your key(s) in the room.
*Please call the Front Desk if you wish to extend your stay or if you have any
questions about your account.*

| DATE OF CHARGE | FOLIO NO./CHECK NO. |
|---|---|
| 253135        A | |
| AUTHORIZATION | INITIAL |
| PURCHASES & SERVICES | |
| TAXES | |
| TIPS & MISC. | |
| TOTAL AMOUNT        0.00 | |





T H A N K   Y O U

## Winter, Margaret

**From:**    Southwest Airlines [SouthwestAirlines@mail.southwest.com]
**Sent:**    Tuesday, January 15, 2008 1:38 PM
**To:**       Winter, Margaret
**Subject:** Ticketless Confirmation - WINTER/MARGARET - KJBLDE

        

Receipt and Itinerary as of 01/15/08 12:38 PM

### Confirmation Number
### KJBLDE



Confirmation Date: 01/15/08
Received: MARGARET

### Passenger Information

| Passenger Name | Account Number | Ticket# | Expiration[1] |
|---|---|---|---|
| WINTER/MARGARET | 00000068195035 | 526-2357420739-6 | 01/15/09 |

[1] All travel involving funds from this Confirmation Number must be completed by the expiration date.

### Itinerary

| Date | Flight | Routing Details |
|---|---|---|
| Wed Jan 23 | 1466 | Depart BALTIMORE-WASHNTN (BWI) at 3:05 PM |
| | | Arrive in PHOENIX AZ (PHX) at 6:20 PM |
| Thu Jan 24 | 2186 | Depart PHOENIX AZ (PHX) at 1:55 PM |
| | | Arrive in BALTIMORE-WASHNTN (BWI) at 8:05 PM |

### Cost and Payment Summary

| | |
|---|---|
| Air | $ 365.58 |
| Tax | $ 34.42 |
| PFC Fee | $ 9.00 |
| Security Fee | $ 5.00 |

**Total Payment: $414.00**

Current payment(s)
   01/15/08 AMER EXPRESS xxxxxxxxxxx4105 Ref 526-2357420739-6 $414.00

### Fare Rule(s)

Valid only on Southwest Airlines. NON REFUNDABLE/ STANDBY REQ UPGRADE TO YL All
travel involving funds from this Confirmation Number must be completed by the expiration date.
Any change to this itinerary may result in a fare increase.

Fare Calculation:

ADT- 1 BWIWNPHX Q7NR 219.00 PHXWNBWI M7NR 174.00 $393.00 ZP7.00 XFBWI4.50



```
          HMSHost
         S4 Pizza Hut
Phoenix Sky Harbor Int'l Airport

8414 ARMIDA
------------------------------------
CHK 5159  JAN24'08 12:46PM
------------------------------------

  1 MED SODA              1.99
  1 CHEESE PIZZA          6.49

    Subtotal              8.48
    Tax                   0.70
    Amt Paid          9.18
    XXXXXXXXXXXXXXX       XX/XX
    AMEX        A3 37*    9.18

          HMSHost
         S4 Pizza Hut
Phoenix Sky Harbor Int'l Airport
```

## Winter, Margaret

| | |
|---|---|
| **From:** | Southwest Airlines [SouthwestAirlines@mail.southwest.com] |
| **Sent:** | Monday, May 12, 2008 3:48 PM |
| **To:** | Winter, Margaret |
| **Subject:** | Ticketless Confirmation - WINTER/MARGARET - 2NWMCX |

  

**Receipt and Itinerary as of 05/12/08 2:47 PM**

## Confirmation Number
## 2NWMCX



Confirmation Date: 05/12/08
Received: MARGARET

### Passenger Information

| Passenger Name | Account Number | Ticket# | Expiration[1] |
|---|---|---|---|
| WINTER/MARGARET | 00000068195035 | 526-2303455616-4 | 05/12/09 |

[1] All travel involving funds from this Confirmation Number must be completed by the expiration date.

### Itinerary

| Date | Flight | Routing Details |
|---|---|---|
| Sun May 18 | 1401 | Depart BALTIMORE-WASHNTN (BWI) at 6:35 PM<br>Arrive in PHOENIX AZ (PHX) at 8:25 PM |
| Tue May 20 | 2057 | Depart PHOENIX AZ (PHX) at 10:00 AM<br>Arrive in BALTIMORE-WASHNTN (BWI) at 5:35 PM |

### Cost and Payment Summary

| | |
|---|---|
| Air | $ 669.76 |
| Tax | $ 57.24 |
| PFC Fee | $ 9.00 |
| Security Fee | $ 5.00 |

**Total Payment: $741.00**

Current payment(s)
  05/12/08 AMER EXPRESS xxxxxxxxxxx4105 Ref 526-2303455616-4 $741.00

### Fare Rule(s)

Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must
be completed by the expiration date. Any change to this itinerary may result in a fare increase.

Fare Calculation:

ADT- 1 BWIWNPHX YL 360.00 PHXWNBWI YL 360.00 $720.00 ZP7.00 XFBWI4.50 PHX4.50
AYBWI2.50 PHX2.50 $741.00



Margaret Winter
915 15th St NW
Washington, DC 20005-2302
United States

| | | |
|---|---|---|
| Room No. | : | 246 |
| Arrival | : | 05-18-08 |
| Departure | : | 05-20-08 |
| Page No. | : | 1 of 1 |
| Folio/Invoice No. | : | 19396 / |
| Conf. No. | : | 141260 |
| Cashier No. | : | 5 |

**INVOICE**
Membership No.     :
A/R Number          :
Group Code           :
Company Name      :   AAA

05-20-08

| Date | Text | Charges | Credits |
|---|---|---|---|
| 05-18-08 | Room Charge | 80.10 | |
| 05-18-08 | State Tax 7.27% | 5.82 | |
| 05-18-08 | City Tax 5.00% | 4.01 | |
| 05-19-08 | Hacienda Lounge Dinner Food | 11.69 | |
| 05-19-08 | Room Charge | 80.10 | |
| 05-19-08 | State Tax 7.27% | 5.82 | |
| 05-19-08 | City Tax 5.00% | 4.01 | |
| 05-20-08 | American Express | | 191.55 |
| | XXXXXXXXXX4103   XX/XX | | |

| | Total | 191.55 | 191.55 |
|---|---|---|---|
| | Balance | | 0.00 |

Join goldpoints plus today!  Enroll in goldpoints plus at a participating hotel front desk or on line at
goldpointsplus.com and start earning Gold Points today!

**Thank You For Staying With Us**

I agree that my liability for this bill is not waived and agree to be held personally responsible in the event that the indicated person, company or association fails to pay for any portion or the full amount of these charges.

Guest Signature_____

Radisson Hotel Phoenix City Center
3600 N 2nd AVE
Phoenix, AZ  85013
Telephone: (602) 604-4900 Fax: (602) 604-4901
Email: RHI_PHAZ@radisson.com

THANK YOU FOR USING OUR SERVICE

From _____ To _____ $ _____

**_METRO AIRPORT TAXI_**

**Toll Free: 800-745-5191**
www.metroairporttaxi.org

Cab # _____

Driver _____   Date _____

---

# Mehari Transportation
## VIP Sedans Taxi & Vans

Date 20/08  Driver _____  Fare 25

From RADISSON  Tip 5

To AIRPORT  Total 30

## (602) 577-4419

---

B.W.I. AIRPORT PARKING
MAIN TERMINAL GARAGE
MARYLAND PARKING


Rcpt# 33069
05/20/08 17:50  L# 9 A# 70  Txn#149538
05/18/08 15:57 In  05/20/08 17:50 Out
Fee ..... 9  $  46.20
Total Tax  $   1.80
Total Fee  $  48.00
AMERICAN EXP  $  48.00-
XXXXXXXXXXXXX4105
Approval No.: 561909
Reference No.: 14120074
Change Due  $   0.00
THANK YOU
HAVE A SAFE TRIP



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 2-724-29598 | May 27, 2008 | ——— | 5 of 5 |

**Dropped off:** May 21, 2008          **Cust. Ref.:** Hart-218          **Ref.#2:**
**Payor:** Shipper                              **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 25.00% to this shipment.
- Distance Based Pricing, Zone 8

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Alicia Gathers | Patrica Sherrill | |
| Tracking ID | 791905034215 | NATIONAL PRISON PROJECT | Osborn Maledon, PA | |
| Service Type | FedEx 2Day | 915 15TH ST., NW | 2929 N CENTRAL AVE STE 2100 | |
| Package Type | FedEx Envelope | WASHINGTON DC 20005 US | PHOENIX AZ 85012 US | |
| Zone | 08 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | May 22, 2008 09:37 | Transportation Charge | | 14.60 |
| Svc Area | A1 | Discount | | -1.46 |
| Signed by | R.DELRAE | Fuel Surcharge | | 3.29 |
| FedEx Use | 000000000/0001070/_ | **Total Charge** | USD | **$16.43** |

|  | | |
|---|---|---|
| **Hart-218 Reference Subtotal** | **USD** | **$16.43** |
| **Total FedEx Express** | **USD** | **$111.77** |



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 2-735-57366 | Jun 03, 2008 | ▬▬▬▬ | 4 of 4 |

### FedEx Express Shipment Detail By Reference (Original)

**Picked up: May 23, 2008**   **Cust. Ref.: 850**   **Ref.#2:**
**Payor: Shipper**   **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 25.00% to this shipment.
- Distance Based Pricing, Zone 2
- Package sent from: 20002 zip code
- Package Delivered to Recipient Address - Release Authorized

| Automation | USAB | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Tracking ID | 864654102417 | MIKE TARTAGLIA | JUNE EVERETT | |
| Service Type | FedEx Express Saver | NATIONAL PRISON PROJECT | 6006 WESTBROOK DR | |
| Package Type | FedEx Envelope | 915 15TH ST NW FL 7 | HYATTSVILLE MD  20784 US | |
| Zone | 02 | WASHINGTON DC  20005-2302 US | | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 9.45 |
| Delivered | May 28, 2008 14:25 | Fuel Surcharge | | 2.70 |
| Svc Area | A2 | Residential Delivery | | 2.30 |
| Signed by | 9999999999999 | Discount | | -0.95 |
| FedEx Use | 014413808/0000829/02 | **Total Charge** | **USD** | **$13.50** |

|  | **850 Reference Subtotal** | **USD** | **$13.50** |
|---|---|---|---|

**Dropped off: May 28, 2008**   **Cust. Ref.: Hart-218**   **Ref.#2:**
**Payor: Shipper**   **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 25.00% to this shipment.
- Distance Based Pricing, Zone 8

| Automation | INET | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Tracking ID | 791907961499 | Alicia Gathers | Patrica Sherrill | |
| Service Type | FedEx 2Day | NATIONAL PRISON PROJECT | Osborn Maledon, PA | |
| Package Type | FedEx Envelope | 915 15TH ST., NW | 2929 N CENTRAL AVE STE 2100 | |
| Zone | 08 | WASHINGTON DC  20005 US | PHOENIX AZ  85012 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | May 29, 2008 10:00 | Transportation Charge | | 14.60 |
| Svc Area | A1 | Discount | | -1.46 |
| Signed by | R.DEL RAE | Fuel Surcharge | | 3.29 |
| FedEx Use | 000000000/0001070/_ | **Total Charge** | **USD** | **$16.43** |

|  | **Hart-218 Reference Subtotal** | **USD** | **$16.43** |
|---|---|---|---|
|  | **Total FedEx Express** | **USD** | **$29.93** |



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 2-747-68446 | Jun 10, 2008 | | 5 of 5 |

**Dropped off:** Jun 05, 2008    **Cust. Ref.:** Hart-218    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 28.00% to this shipment.
- Distance Based Pricing, Zone 8
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- Package Delivered to Recipient Address - Release Authorized
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Pak was rated as Customer Packaging.

| Automation | INET | **Sender** | **Recipient** |
|---|---|---|---|
| Tracking ID | 799335509134 | Hanh Nguyen | Pablo Stewart, MD |
| Service Type | FedEx Priority Overnight | NATIONAL PRISON PROJECT | Department of Psychiatry |
| Package Type | Customer Packaging | 915 15TH ST., NW | University of California, San |
| Zone | 08 | WASHINGTON DC 20005 US | SAN FRANCISCO CA 94117 US |
| Packages | 1 | | |
| Rated Weight | 10.0 lbs, 4.5 kgs | Transportation Charge | 76.80 |
| Delivered | Jun 06, 2008 08:54 | Residential Delivery | 2.30 |
| Svc Area | A1 | Fuel Surcharge | 20.00 |
| Signed by | 9999999999999 | Discount | -7.68 |
| FedEx Use | 000000000/0001618/02 | **Total Charge**   USD | **$91.42** |

**Dropped off:** Jun 06, 2008    **Cust. Ref.:** Hart-218    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 28.00% to this shipment.
- Distance Based Pricing, Zone 8

| Automation | INET | **Sender** | **Recipient** |
|---|---|---|---|
| Tracking ID | 798457187530 | Alicia Gathers | Hanh Nguyen |
| Service Type | FedEx Priority Overnight | NATIONAL PRISON PROJECT | Guest- Arriving 6/8/08 |
| Package Type | Customer Packaging | 915 15TH ST., NW | 160 W CATALINA DR |
| Zone | 08 | WASHINGTON DC 20005 US | PHOENIX AZ 85013 US |
| Packages | 1 | | |
| Rated Weight | 24.0 lbs, 10.9 kgs | Transportation Charge | 120.40 |
| Delivered | Jun 07, 2008 08:49 | Saturday Delivery | 12.50 |
| Svc Area | A1 | Fuel Surcharge | 33.84 |
| Signed by | P.SELGRAM | Discount | -12.04 |
| FedEx Use | 000000000/0001618/_ | **Total Charge**   USD | **$154.70** |

| | | |
|---|---|---|
| **Hart-218 Reference Subtotal** | **USD** | **$246.12** |
| **Total FedEx Express** | **USD** | **$330.48** |

# XO Communications

| | |
|---|---|
| Account Name | THE NATIONAL PRISON PROJECT OF THE ACLU |
| Account Number | |
| Invoice Number | 0222719912 |
| Invoice Date | 04/09/08 |
| Total Amount Due | $1,543.98 |

## Call Detail Report - Outbound (continued)

CARRIER DESCRIPTION: XO Communications
SERVICE LOCATION: 915 15TH ST NW NW , WASHINGTON

**CALL FROM: (202)393-4931 PUBLICATIONS,**

Intralata

| Date | Time | Call To | | Number | Call Type | Minutes | Amount |
|---|---|---|---|---|---|---|---|
| 02/25/08 | 03:44 PM | Scranton | PA | (570)558-5973 | RD | 8.4 | .00 |
| 02/26/08 | 02:41 PM | Scranton | PA | (570)568-5973 | RD | 1.0 | .00 |
| 08/08/08 | 09:30 AM | Scranton | PA | (570)556-5973 | RD | 1.0 | .00 |
| TOTAL | | | | | | | |

| | | Calls | Minutes | Amount |
|---|---|---|---|---|
| Intralata | | 37 | 1.3 | |
| TOTAL | | 1 | 59.0 | .00 |

**CALL FROM: (202)393-4930 PLRA,**

Inter-State Long Distance

| Date | Time | Call To | | Number | Call Type | Minutes | Amount |
|---|---|---|---|---|---|---|---|
| 03/26/08 | 01:28 PM | Okla City | OK | (405)524-8511 | RD | 0.6 | .00 |
| 03/26/08 | 01:31 PM | Okla City | OK | (405)525-3831 | RD | 4.6 | .00 |
| TOTAL | | | | | | | |

| Service | | Calls | Minutes | Amount |
|---|---|---|---|---|
| Inter-State Long Distance | | 3 | 10.4 | .00 |
| TOTAL | | 3 | 10.4 | .00 |

**CALL FROM: (202)393-0646 HART,**

| Date | Time | Call To | | Number | Call Type | Minutes | Amount |
|---|---|---|---|---|---|---|---|
| 04/04/08 | 11:58 AM | MerrillVl | IN | (219)769-6552 | RD | 1.3 | .00 |
| 04/17/08 | 10:46 AM | No Phoenix | AZ | (602)640-9000 | RD | 2.1 | .00 |
| 02/26/08 | 02:20 PM | Chicago | IL | (773)880-1460 | RD | 2.2 | .00 |
| TOTAL | | | | | | | |

| Service | | Calls | Minutes | Amount |
|---|---|---|---|---|
| Inter-State Long Distance | | 3 | 6.5 | .00 |
| TOTAL | | 3 | 6.5 | .00 |

**CALL FROM: (202)393-4930 HART,**

| Date | Time | Call To | | Number | Call Type | Minutes | Amount |
|---|---|---|---|---|---|---|---|
| 04/04/08 | 03:44 PM | No Phoenix | AZ | (602)640-9000 | RD | 1.8 | .00 |
| 04/04/08 | 03:46 PM | No Phoenix | AZ | (602)640-9000 | RD | 1.7 | .00 |
| 04/35/08 | 04:35 PM | No Phoenix | AZ | (602)640-9000 | RD | 9.4 | .00 |
| TOTAL | | | | | | | |

| Service | | Calls | Minutes | Amount |
|---|---|---|---|---|
| Inter-State Long Distance | | 5 | 17.2 | .00 |
| TOTAL | | 5 | 17.2 | .00 |

**CALL FROM: (202)393-0084 PUBLIC ED,**

| Date | Time | Call To | | Number | Call Type | Minutes | Amount |
|---|---|---|---|---|---|---|---|
| 03/13/08 | 03:44 PM | Losangeles | CA | (213)977-5281 | RD | 1.2 | .00 |
| 03/13/08 | 01:33 PM | Losangeles | CA | (213)977-5281 | RD | 1.2 | .00 |
| 03/13/08 | 01:35 PM | Losangeles | CA | (213)977-5219 | RD | 1.4 | .00 |

---

## Call Detail Report - Outbound (continued)

CARRIER DESCRIPTION: XO Communications
SERVICE LOCATION: 915 15TH ST NW NW , WASHINGTON

**CALL FROM: (202)393-0646 PUBLIC ED,**

| Date | Time | Call To | | Number | Call Type | Minutes | Amount |
|---|---|---|---|---|---|---|---|
| 03/21/08 | 11:41 AM | Montpelier | VT | (802)229-0577 | RD | 3.6 | .00 |

**CALL FROM: (202)393-0646 PUBLIC ED,**

| Date | Time | Call To | | Number | Call Type | Minutes | Amount |
|---|---|---|---|---|---|---|---|
| 03/11/08 | 03:27 PM | Des Moines | IA | (515)681-8076 | RD | 11.1 | .00 |
| 03/13/08 | 12:05 PM | New York | NY | (212)556-1882 | RD | 0.4 | .00 |
| 03/13/08 | 12:44 PM | New York | NY | (212)549-2582 | RD | 7.8 | .00 |
| 03/13/08 | 03:30 PM | New York | NY | (212)556-1882 | RD | 0.5 | .00 |
| 03/21/08 | 03:59 PM | Losangeles | CA | (213)389-0577 | RD | 1.7 | .00 |
| 03/13/08 | 04:49 PM | New York | NY | (212)556-1882 | RD | 5.9 | .00 |
| 03/17/08 | 12:55 PM | New York | NY | (212)549-2582 | RD | 44.5 | .00 |
| 03/17/08 | 02:40 PM | Losangeles | CA | (213)389-2582 | RD | 1.0 | .00 |
| 03/16/08 | 04:50 PM | New York | NY | (212)549-2562 | RD | 0.6 | .00 |
| 03/21/08 | 12:34 PM | New York | NY | (212)548-2562 | RD | 1.4 | .00 |
| 03/25/08 | 12:28 PM | New York | NY | (570)568-9972 | RD | | .00 |
| 03/26/08 | 04:53 PM | Lsan De 05 | CA | (323)268-6530 | RD | 0.2 | .00 |
| 03/31/08 | 02:15 PM | New York | NY | (212)549-2582 | RD | 0.1 | .00 |
| 03/31/08 | 02:15 PM | Raleigh | NC | (919)829-8927 | RD | 0.1 | .00 |
| 03/31/08 | 02:28 PM | New York | NY | (212)549-2582 | RD | 3.3 | .00 |
| 03/31/08 | 03:59 PM | Hickory | VA | (757)421-6600 | RD | 0.7 | .00 |
| 03/31/08 | 03:55 PM | Norfolk | VA | (757)615-6407 | RD | 1.7 | .00 |
| 04/01/08 | 12:08 PM | Montebello | CA | (323)837-4842 | RD | 0.7 | .00 |
| 04/01/08 | 12:34 PM | Cmtn Gron | CA | (310)820-4216 | RD | 19.0 | .00 |
| 04/03/08 | 10:59 AM | Miami | FL | (305)358-2081 | RD | 21.6 | .00 |
| 04/04/08 | 02:51 PM | Snfc Cntl | CA | (415)553-1688 | RD | 0.4 | .00 |
| 04/04/08 | 02:52 PM | Snfc Cntl | CA | (415)553-1687 | RD | 0.2 | .00 |
| 04/04/08 | 02:52 PM | Snfc Cntl | CA | (415)553-1688 | RD | 1.8 | .00 |
| 04/04/08 | 03:05 PM | St Louis | MO | (314)935-8242 | RD | 13.5 | .00 |
| 04/04/08 | 04:49 PM | Phila | PA | (215)439-1177 | RD | 10.0 | .00 |
| 04/07/08 | 12:13 PM | Long Beach | CA | (516)432-5177 | RD | 1.4 | .00 |
| 04/07/08 | 04:39 PM | Scranton | PA | (570)558-5970 | RD | 19.2 | .00 |
| 04/08/08 | 01:29 PM | New Haven | CT | (203)666-2165 | RD | 0.1 | .00 |

Manage your account online: www.businesscenter.xo.com     Contact Customer Care: 800.421.3872

**Balaban, Eric**

| | |
|---|---|
| **From:** | Southwest Airlines [SouthwestAirlines@mail.southwest.com] |
| **Sent:** | Tuesday, May 27, 2008 2:14 PM |
| **To:** | Balaban, Eric |
| **Subject:** | Ticketless Confirmation - BALABAN/ERIC - KTDVAG |





Receipt and Itinerary as of 05/27/08 1:13 PM

## Confirmation Number
## KTDVAG



Confirmation Date: 05/16/08
Received: ERIC BAL

### Passenger Information

| Passenger Name | Account Number | Ticket# | Expiration[1] |
|---|---|---|---|
| BALABAN/ERIC | 00000064413985 | 526-2306964484-3 | 05/16/09 |

[1] All travel involving funds from this Confirmation Number must be completed by the expiration date.

### Itinerary

| Date | Flight | Routing Details |
|---|---|---|
| Sun Jun 08 | 2683 | Depart BALTIMORE-WASHNTN (BWI) at 2:50 PM<br>Arrive in PHOENIX AZ (PHX) at 4:40 PM |
| Fri Jun 13 | 2726 | Depart PHOENIX AZ (PHX) at 5:35 PM<br>Arrive in BALTIMORE-WASHNTN (BWI) at 12:55 AM |

### Cost and Payment Summary

| | |
|---|---|
| Air | $ 384.18 |
| Tax | $ 35.82 |
| PFC Fee | $ 9.00 |
| Security Fee | $ 5.00 |

**Total Payment: $434.00**
Prior payment(s)
   05/16/08 AMER EXPRESS xxxxxxxxxxx2380 Ref 526-2304623350-5 $494.00

Current payment(s)
   Tktls funds remaining in conf#KTDVAG for future travel $60.00CR

### Fare Rule(s)

Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must be completed by the expiration date. Any change to this itinerary may result in a fare increase.

Fare Calculation:

CITY HALL PARKING
CENTRAL PARKING SYSTEM
PARKLAND PARKING

RcptH 36346
07/14/08 01:33   LH2A GH 73   IxnH 63047
04/26/08 13:34   In   06/14/08 01:33 Out
TktH 197779
Fee              24.40
Total Fee         3.60
Total             28.00
-45.00
MEXICAM PAY       5
PARKING TICKET
APPROVAL NO. 340032
REFERENCE
RE-TOTAL
PLEASE PAY        0.00
THANK YOU

CITY HALL GARAGE
PHOENIX AZ
CENTRAL PARKING SYSTEM
602 495 6777

RcptH21786L
06/11/08 17:58   LH 4 GH 5   IxnH 25742
06/11/08 10:15 In   06/11/08 17:58 Out
TktH 305420
CASH PAID        $   16.00-
THANK YOU!!!
PLEASE DRIVE WITH CARE
DON'T DRINK AND DRIVE

## Hampton Inn - Phoenix-Midtown (Downtown Area) ★★↓

160 W Catalina Dr
Phoenix, AZ 85013
View Map | Driving Directions

Check-In: **Sun, Jun 8, 2008**
(check-in time: 4:00 PM )
Check-Out: **Thu, Jun 12, 2008**
(check-out time: 11:00 AM )

1 Adults, 0 Children
Standard room with two double beds
**HANH NGUYEN**

### Rates per Room
(excluding tax recovery charges and our service fees.)

Sun, Jun 8, 2008 ---- $ 89.00
Mon, Jun 9, 2008 ---- $ 89.00
Tue, Jun 10, 2008 ---- $ 89.00
Wed, Jun 11, 2008 ---- $ 89.00

| | |
|---|---|
| **Extra Person Fees** | $ 0.00 |
| **Tax Recovery Charges & Service Fees** | $ 55.16 |
| **Total Charges** | **$ 411.16** |

(includes tax recovery charges and our service fees.)

### Payment Information

Payment Method: **Credit Card**
Card Number: ***********4105
Amount Charged: **$ 411.16**
Balance Due: **$ 0.00**
All Prices in USD.

### Cancellation Policy

We understand that sometimes plans fall through. We do not charge a change or cancel fee. However, this property (Hampton Inn - Phoenix-Midtown) imposes the following penalty to its customers that we are required to pass on: Cancellations or changes made after 07:00 PM (Mountain Standard Time (US & Canada)) on 06/01/2008 are subject to a 1 Night Room & Tax penalty. The property makes no refunds for no shows or early checkouts.

### Sometimes Things Change

If your plans change, don't worry. With hotels.com's Flexible Booking, you can change your reservations with no hotels.com fees.

Even if you find a lower rate, we can help. One of the many benefits of using hotels.com is that we offer you a free Price Match Guarantee. If you find a lower rate anywhere else prior to your actual stay we will usually have the same rate already available. So, save yourself some time and before going anywhere else check with us first.

Find out more | Change Reservation

### Helpful Information

Check In Time - 4:00 PM Check Out Time - 11:00 AM Hotel Built - 1998 HHonors not eligible - on internet bookings Last Renovated - None Minimum check-in age - 18 Years and Older Smoke-free property

**Problem with your stay? We can help!**

**800-3-HOTELS**

Email Us | Customer Care | View Reservations
Modify Reservations | Cancel Reservations


**Need a flight?**
Add air to this reservation.





6/13/2008

## Nguyen, Hanh

| | |
|---|---|
| **From:** | Hanh Nguyen [nguyenhl@gmail.com] |
| **Sent:** | Monday, June 02, 2008 11:31 PM |
| **To:** | Nguyen, Hanh |
| **Subject:** | Fwd: Ticketless Confirmation - NGUYEN/HANH - 2CA7XA |


---------- Forwarded message ----------
From: **Southwest Airlines** <SouthwestAirlines@mail.southwest.com>
Date: Mon, Jun 2, 2008 at 11:30 PM
Subject: Ticketless Confirmation - NGUYEN/HANH - 2CA7XA
To: NGUYENHL@gmail.com

 Southwest Airlines Receipt and Itinerary

Alamo

**Receipt and Itinerary as of 06/02/08 10:30 PM**

## Confirmation Number
## 2CA7XA

Where Will I Sit?

Confirmation Date: 06/02/08
Received: HANH NGU

### Passenger Information

| Passenger Name | Account Number | Ticket# | Expirationⁱ |
|---|---|---|---|
| NGUYEN/HANH | 00000380344171 | 526-2308480969-1 | 06/02/09 |

[1] All travel involving funds from this Confirmation Number must be completed by the expiration date.

### Itinerary

| Date | Flight | Routing Details |
|---|---|---|
| Sun Jun 08 | 2683 | Depart BALTIMORE-WASHNTN (BWI) at 2:50 PM<br>Arrive in PHOENIX AZ (PHX) at 4:40 PM |
| Thu Jun 12 | 2504 | Depart PHOENIX AZ (PHX) at 1:50 PM<br>Arrive in BALTIMORE-WASHNTN (BWI) at 9:15 PM |

### Cost and Payment Summary

| | |
|---|---|
| Air | $ 556.27 |
| Tax | $ 48.73 |
| PFC Fee | $ 9.00 |
| Security Fee | $ 5.00 |

**Total Payment: $619.00**

Current payment(s)

6/3/2008



Paradise Bakery
Term4 Skyharbor Airport
Phoenix AZ
602-681-0909

DOB: 06/12/2008
06/12/2008
2/20291

2097468

Server: Am 2
12:15 PM
Order #164/1

AMEX
Card #XXXXXXXXX3628
Magnetic card present: NGUYEN H
Approval: 531390

Amount:                    8.12

X_____
Approval: 531390

Thank You !!

Thank You

REG  06-10-2008  09:03
00079
DEPT03              $3.00
CASH               $3.00

---

24 HOUR SERVICE - VALLEYWIDE - AIRPORT SERVICE
DATE  6/12
TRIP ID #                    TIME
AMOUNT $25.50                CAB #
DRIVER
FROM  Hampton Inn
TO  Airport
SAFE DRIVERS NEEDED!!  CALL 480-966-8377
FEEDBACK?  SEND TO COMMENTS@AAAYELLOWAZ.COM
DBA - AAA Cab, Courier, Checker, Neal's, TLC, Fiesta

---

Lunch  618

421307321883
CHARLIE CHIANG'S KHAI
BWI AIRPORT
LINHICUM, MD 21090
410-850-0850

Merchant ID: 800000775204
Term ID: 001          Ref #: 045
Server ID: 1

**Sale**

XXXXXXXXXXX3628

AMEX                Entry Method: Swiped

06/08/08                    13:52:09
Inv #: 000044      Appr Code: 555337
Apprvd: Online        Batch#: 000068

Amount:            $          7.20

Tip:

Total:

Customer Copy
THANK YOU!

---

THAI BASIL
3110 N CENTRAL AVE #181
PHOENIX AZ 85012
602-274-5620

Merchant ID: 000000145038
Term ID: 08377601    Ref #:

Sale

xxxxxxxxxxx3628

AMEX      Entry Method: Swiped

Amount:            $          8.20

Tip:

Total:

06/11/08                    12:29:03
Inv #: 000019  Appr Code: 520748
Apprvd: Online    Batch#: 000155

Customer Copy

---

B.W.I. AIRPORT PARKING
DAILY A GARAGE
MARYLAND PARKING

Rcpt#  5359
06/12/08 21:28  L# 9 A#  1  Txn# 1/419
06/08/08 13:19 In  06/12/08 21:28 Out
Fee  ... 2        $ 47.00
Total Tax         $  3.00
Total Fee         $ 50.00
AMERICAN EXP      $ 50.00
XXXXXXXXXXX3628
Approval No.: 527364
Reference No.: 1566
Change Due        $  0.00
THANK YOU
HAVE A SAFE TRIP

THAI BASIL
1110 N CENTRAL AVE #101
PHOENIX AZ 85004
602 274-5026

Merchant ID:
Term ID: 001    Ref #: 0005

********x2380

Sale

AMEX   Entry Method: Swiped

Amount:    $    33.45

Tip:    _____

Total:    _____

06/09/08    19:25:22
Inv #: 000005   Appr Code: 527402
Approved: Online    Batch#: 000152

Customer Copy

---

THAI BASIL
1110 N CENTRAL AVE #101
PHOENIX AZ 85012
602-274-5020

Merchant ID:
Term ID: 001    Ref #: 0006

********x2380

Sale

AMEX   Entry Method: Swiped

Amount:    $    11.00

Tip:    _____

Total:    _____

06/12/08    19:34:36
Inv #: 000006   Appr Code: 540206
Approved: Online    Batch#: 000158

Customer Copy

---

Credit    Amex

Table # 11    Thai Basil
Mexican    15th A
AZ 85004
2/8-7376

INVOICE #:
DATE/TIME: 12:39:44 PM
SERVER:
STATION:
PARTY SI

1   Diet
1   LA-COLA*    $0
1125    $1
1   THAI ICE TEA*    @
1   Tax1

SUBTOTAL    $29.00
Tax1    $2.36
Total before tip:    $31.45

amount:    _____

and total:    _____

Sign: _____

CREDIT CARD SALE    $31.45
AMEX XXXX-xxxxxx2380 XX/XX
AC: 52060I    REF: 000000

Opened: 6/12/2008 12:3

Thank you for visiting



## TAXICAB RECEIPT

Time: _____

Date: 6/22 _____

Origin of trip: Hotel – NW DC

Destination: BWI

Fare: $68.00 × 8.00 tip = $76.00

Sign: _____

---

```
Chk 9689 Jun22'08 10:44AM  Gst 0
         To Go
  1 Perrier            1.99
  1 Wrap Mediterran    5.99
  XXXXXXXXXXXX3628 XX/XX
  Amex                 8.46

  TELL US ABOUT US!
  For feedback or comments:
     Call 1-866-663-9586


  Food/Soft Bv          7.98
  Tax                   0.48
  Payment               8.46


  TELL US ABOUT US!
  For feedback or comments:
     Call 1-866-663-9586
```

---

```
CITY HALL GARAGE
PHOENIX AZ
CENTRAL PARKING SYSTEM
602 495 6777


Rcpt#218712
06/25/08 15:45  L# 4 A# 5  Txn# 30336
06/25/08 08:06 In  06/25/08 15:45 Out
Tkt# 822130
CASH PAID    $  16.00-
THANK YOU!!!
PLEASE DRIVE WITH CARE
DON'T DRINK AND DRIVE
```

---

```
                    Jamba Juice
                 3110 N. Central Ave
                  Phoenix, AZ 85012
                   (602) 266-7153

Server:                      DOB: 06/23/2008
04:54 PM                          06/23/2008
HANNA/1                            2/20199

AMEX                              2097354
Card #XXXXXXXXXXX3628           Exp:0412
Magnetic card present: NGUYEN H
Approval: 507580

                        Amount:     5.52


SIGNATURE :_____

                   Customer Copy
```



## AVIS

**Thank you for renting from Avis.**

| | |
|---|---|
| RENTAL NUMBER | 3563373005 |
| CAR NUMBER | 07243902 |
| CAR GROUP | C |

NGUYEN, HANH
AWD = K024700
CV - CAXXXXXXXXXXXX3628
FTN VN/00000380344171        G2

```
OUT PHX 22JUN08/1344 MI = 19347
 IN     26JUN08/1354 MI = 19492
       145 MI@    .00 =
         4 DY@  43 99 =
           HR@  22 00 =
DISCOUNT   5.0               175.96
#$4.50/DAY FEE                  8.80
$0.77/DAY FMF                  18.00
**11.11% FEE                    3.08
FTP SRS .00DY                  19.36
TAXABLE SUBTOT                  4.00
TAX 15.300%                   211.16
* 3.25% SURCHARG               32.37
                               6.06
TOTAL CHARGES         =      250 03
**CONCESSION RECOVERY FEE
*CNTY SUR MAX 3 25%/MIN$2 50
#$4 .50/DAY CUST FAC. CHARGE
FF MLS/PNTS EARNED            1
```

★ Please check your car for personal effects. ★

★ Please check your car for personal effects. ★

Receive rental receipts by email every time you rent.
And get access to special offers & more. See reverse.

---

**6/26/08 1:39:24 PM**
Pump 3
Order Number: **4669884**

### Thank You For
Shopping at Circle K!
Phoenix, AZ 85040
602-276-7933

Term :
8000000064877102
Appr : 575170

Register:100
Store No:2701781                     Tran Seq No: 4669884

Pay at Pump Sale
Pump # 3 UNI-REG
7.470 Gallons @ $4.089/Gal                        30.54

Sub. Total:                                        30.54
Tax:                                                0.00
Total:                                             30.54
Discount Total:                                     0.00

American Express:                                  30.54
Charge                                              0.00

American Express
XXXXXXXXXXXX3628

06/26/2008 13:39:24

---

I agree to pay the
above Total Amount
according to Card
Issuer Agreement.

Buy an 18 pack of bud or bud light
Get 2 free Dback tickets thru 9/28/08
See Budweiser display for details

---

McDonald's Corporation
Thank you for eating at McDonald's

220 N 35TH AVE
PHOENIX, AZ 85009

MCDONALDS                 TEL# (602)272-5133
72  KSM02  S#1       Jun.23'08(Mon)12:23
STORE# 5455               MER# KB04506P56001

THANK YOU

## Order #272, EAT IN

```
1 FILET-O-FISH                    2.70
1 FRUIT N YGRT PARFAIT            1.00
1 MED COKE                        1.50

SUB TOTAL                         5.20
EAT IN TAX                        0.43

                                  5.63

CARD ISSUER      ACCOUNT #
AMEX SALE    ************3628
TRANSACTION AMOUNT
AUTH CODE 535596 SEQ# 9033

CASH TENDERED                     0.00

CHANGE                            0.00
```

*Expense lunch*
*6/20*

THE BLUE FIN
602-254-3171

06-26-2008        #1

TK CK BL          4.50 T
BR                0.30 T
CALI ROL          3.25 T
SUBTL             8.05
TAX               0.67
TOTAL             8.72
CATEND           10.00
CHANGE            1.28

**12**

1719 12:54TM

---

Jamba Juice #288
4811 N. 16th Street, Suit
Phoenix, AZ 85016
(602) 631-9000

Server:                          DOB: 06/26/2008
07:44 AM                         06/26/2008
HANA/1                           2/20036

AMEX                             2097188
Card #XXXXXXXXXXX3628            Exp:0412
Magnetic card present: NGUYEN H
Approval: 509606

                        Amount:    5.58

SIGNATURE : _____

Customer Copy

---

CRAZY JIM'S RESTAURA
395 W WASHINGTGH#104
PHOENIX, AZ 85003

TERMINAL I.D.:              96518812
MERCHANT #:            860000776381002

MASTERCARD              SRV: 6
XXXXXXXXXXXX7158
SALE
BATCH: 117      INV: 17
DATE: Jun 25, 08   TIME: 12:23:23
AUTH NO: 284302

BASE              $13.05

TIP               2.00

TOTAL             15.05

HANH NGUYEN

X _____
    I AGREE TO PAY ABOVE TOTAL AMOUNT
   ACCORDING TO CARD ISSUER AGREEMENT
  (MERCHANT AGREEMENT IF CREDIT VOUCHER)

***CUSTOMER COPY***

---

*lunch*

** STARBUCKS COFFEE COMPANY **
WEST MCDOWELL        #10798
PHOENIX            4285067

1 GR ICD LATTE        3.25
SUBTOTAL              3.25
TAX 8.3               0.27
TOTAL                3.52
AMEX   XXXXXXXXXXXX3628
CHANGE DUE            0.00

10798 0162 651037 001450090E
06/24/08             11:57
Get a free beverage and more
with Starbucks Card rewards.
To join, just register your
loaded Starbucks card online
at Starbucks.com

---

**TAXICAB RECEIPT**

Time: _____
Date: 06-26-08

Origin of trip: _____

Destination: _____

Fare: $20.00   Sign: _____



**CIBO**
603 N. 5TH AVE
PHOENIX, AZ 85003
TERMINAL-1

Server ID: 3

Terminal #:
JUN 24, 08          00000001
                    8:14 PM

AM EXPRESS
XXXXXXXXXX3628
SALE                REF #: 025
BATCH #: 873        AUTH #: 573638

AMOUNT          $75.81
TIP             $ 14.00
TOTAL           $ 89.81

15/=$11.37  18/=$13.64  20/=$15.16
APPROVED
602-441-0697

CUSTOMER COPY

lunch

Pei Wei
701 W. McDowell Rd. #101
Phoenix, AZ 17545

06/24/2008
11:55 AM
30006
Host: PM Tosa #1
9 HHHHH

Soba Noodle                    6.75
Chicken

Subtotal                       6.75
Tax                            0.56

To Go Total                    7.31

AMEX                           7.31
Auth:501640

Be nice and share.
Purchase gift cards now or
online at www.peiwei.com

--- Check closed ---

Southwest Airlines Receipt and Itinerary

# Nguyen, Hanh

**From:**  Southwest Airlines [SouthwestAirlines@mail.southwest.com]
**Sent:**  Monday, June 16, 2008 7:11 PM
**To:**  Nguyen, Hanh
**Subject:** Ticketless Confirmation - NGUYEN/HANH - KBCUN9



**Receipt and Itinerary as of 06/16/08 6:10 PM**

### Confirmation Number
### KBCUN9



Confirmation Date: 06/11/08
Received: HANH NGU

### Passenger Information

| Passenger Name | Account Number | Ticket# | Expiration[1] |
|---|---|---|---|
| NGUYEN/HANH | 00000380344171 | 526-2311652127-5 | 06/11/09 |

[1] All travel involving funds from this Confirmation Number must be completed by the expiration date.

### Itinerary

| Date | Flight | Routing Details |
|---|---|---|
| Sun Jun 22 | 2820 | Depart BALTIMORE-WASHNTN (BWI) at 11:30 AM<br>Arrive in PHOENIX AZ (PHX) at 1:10 PM |

### Cost and Payment Summary

| | |
|---|---|
| Air | $ 347.91 |
| Tax | $ 29.59 |
| PFC Fee | $ 4.50 |
| Security Fee | $ 2.50 |

**Total Payment: $384.50**
Prior payment(s)
06/11/08 AMER EXPRESS xxxxxxxxxxx3628 Ref 526-2310727614-3 $312.50

Current payment(s)
06/16/08 AMER EXPRESS xxxxxxxxxxx3628 Ref 526-2311652127-5 $72.00

### Fare Rule(s)

Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must be completed by the expiration date. Any change to this itinerary may result in a fare increase.

Fare Calculation:

ADT- 1 BWIWNPHX YL 374.00 $374.00 ZPBWI XFBWI4.50 AYBWI2.50 $384.50

7/2/2008

*return*

 **Gm il**

Hanh Nguyen <nguyenhl@gmail.com>

# Alaska Airlines/Horizon Air Confirmation Letter for 6/30/08

2 messages

**Alaska/Horizon Airlines <Alaska.IT@alaskaair.com>**                  Fri, Jun 13, 2008 at 12:21 PM
To: nguyenhl@gmail.com

Thank you for choosing Alaska Airlines / Horizon Air!

For questions, changes or cancellations on an Alaska Airlines or Horizon Air purchased or Mileage Plan award ticket, please call 1-800-ALASKAAIR (1-800-252-7522) for Alaska Airlines, or 1-800-547-9308 for Horizon Air. (If calling from Mexico, precede these telephone numbers with 001.)

For questions, changes, or cancellations on an American Airlines, British Air, Continental Airlines, Delta Air Lines or Northwest Airlines Partner Award ticket, please call the Partner Desk at 1-800-307-6912.

Confirmation Code: BQCFYI

Name: NGUYEN/HANH
Ticket Number: 027-2122234810
Base Fare: 250.23
Tax: 29.27
Total: 279.50
Mileage Plan: American Airlines #****1W4


REMINDERS AND RESTRICTIONS

This electronic ticket is not transferable. This ticket is non-refundable. If you choose to change your itinerary, any fare increases and a change fee will be collected at that time.

PAYMENT INFORMATION

This electronic ticket was issued in exchange for electronic ticket number 0272122199056. Your new electronic ticket number is 027-2122234810. This document is your receipt.

ITINERARY

June 30 2008
    Alaska Airlines 6
    Depart: Los Angeles, CA at 12:44 PM
    Arrive: Wash DC-Reagan, DC at 8:59 PM
    Seats: 11D,  V Class
    Meal: Available for purchase

INFLIGHT FOOD SERVICE

On some of your flights, in addition to our usual beverage service, you also have the option to purchase a meal for $5.00(USD or CAD) cash. Please check the details section of your itinerary to determine which flights offer food for purchase. You can find more information on Alaska's "In-flight Cafe" at http://www.alaskaair.com/www2/help/faqs/MealService.asp

BAGGAGE

For travel prior to July 1, 2008 each ticketed passenger is allowed, free of charge, two checked bags and one

room: 425

# Hampton

**Phoenix/Midtown**
160 West Catalina Drive • Phoenix, AZ 85013
Phone (602) 200-0990 • Fax (602) 200-0999
hamptoninn.com/hi/phoenix-midtown

official sponsor u.s. olympic team



| | |
|---|---|
| NGUYEN, HANH    name<br>1827 FLORIDA AVE NW APT. 104    address<br><br>WASHINGTON, DC 20009<br>US | room number:   425/SXBL<br>arrival date:   06/22/08 2:25PM<br>departure date:   06/26/08<br><br>adult/child:   1/0<br>room rate:   $74.00 |

If the debit/credit card you are using for check-in is attached to a bank or checking account, a hold will be placed on the account for the full anticipated dollar amount to be owed to the hotel, including estimated incidentals, through your date of check-out and such funds will not be released for 72 business hours from the date of check-out or longer at the discretion of your financial institution.

RATE PLAN    L-GVS
HH# 354725077 BLUE
AL:
BONUS AL:    CAR:

Confirmation: 88271846

Rates subject to applicable sales, occupancy, or other taxes. Please do not leave any money or items of value unattended in your room. The hotel is not responsible for lost or stolen articles from your room or vehicle. A safety deposit box is available for you in the lobby. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or full amount of these charges, I authorize you to bill the full balance of my account to my credit card which was presented or authorized upon registration. *I have requested weekday delivery of USA Today. If refused, a credit of $0.75 will be applied to my account. In the event of an emergency, I, or someone in my party require special evacuation assistance due to a physical disability. Please indicate 'yes' by checking here:

06/26/08    PAGE    1

**signature:** ☐

| date | reference | description | amount |
|---|---|---|---|
| 06/22/08 | 805705 | GUEST ROOM | $74.00 |
| 06/22/08 | 805705 | STATE TAX | $5.38 |
| 06/22/08 | 805705 | CITY TAX | $3.70 |
| 06/23/08 | 805820 | GUEST ROOM | $74.00 |
| 06/23/08 | 805820 | STATE TAX | $5.38 |
| 06/23/08 | 805820 | CITY TAX | $3.70 |
| 06/24/08 | 805968 | GUEST ROOM | $74.00 |
| 06/24/08 | 805968 | STATE TAX | $5.38 |
| 06/24/08 | 805968 | CITY TAX | $3.70 |
| 06/25/08 | 806133 | GUEST ROOM | $74.00 |
| 06/25/08 | 806133 | STATE TAX | $5.38 |
| 06/25/08 | 806133 | CITY TAX | $3.70 |
| | | WILL BE SETTLED TO AX *3628 | $332.32 |
| | | EFFECTIVE BALANCE OF | $0.00 |

for reservations call 1.800.hampton or visit us online at www.hamptoninn.com

| | | |
|---|---|---|
| account no. | date of charge | folio/check no.<br><br>171131    A |
| card member name | authorization | initial |
| establishment no. and location   establishment agrees to transmit to card holder for payment | purchases & services | |
| | taxes | |
| | tips & misc. | |
| **signature** of card member<br><br>X | **total** amount | |

        

**thanks.**

# FedEx

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 2-762-48475 | Jun 17, 2008 | | 4 of 5 |

## FedEx Express Shipment Detail By Reference (Original)

**Picked up:** Jun 11, 2008   **Cust. Ref.:** 533   **Ref.#2:**
**Payer:** Shipper   **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 28.00% to this shipment.
- Distance Based Pricing, Zone 3
- Package sent from: 20002 zip code
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Pak was rated as Customer Packaging.

| | | | | |
|---|---|---|---|---|
| Automation | USAB | **Sender** | **Recipient** | |
| Tracking ID | 864654102369 | MIKE TARTAGLIA | DR LOMBERI KING | |
| Service Type | FedEx Express Saver | NATIONAL PRISON PROJECT | QUEENS HOSPITAL CENTER | |
| Package Type | Customer Packaging | 915 15TH ST NW FL 7 | 82-68 164TH ST N BLDG 7TH FL | |
| Zone | 03 | WASHINGTON DC 20005-2302 US | JAMAICA NY 11432 US | |
| Packages | 1 | | | |
| Rated Weight | 7.0 lbs, 3.2 kgs | | | |
| Delivered | Jun 13, 2008 09:04 | Transportation Charge | | 11.85 |
| Svc Area | A1 | Discount | | -1.19 |
| Signed by | R.ALVINO | Fuel Surcharge | | 2.98 |
| FedEx Use | 016316023/0007169/_ | **Total Charge** | **USD** | **$13.64** |

| | | |
|---|---|---|
| **533 Reference Subtotal** | **USD** | **$13.64** |

**Picked up:** Jun 10, 2008   **Cust. Ref.:** Hart-218   **Ref.#2:**
**Payer:** Shipper   **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 28.00% to this shipment.
- Distance Based Pricing, Zone 8
- Package sent from: 20002 zip code
- Package Delivered to Recipient Address - Release Authorized

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 791084026349 | Hanh Nguyen | Jackie Clark, RN, MBA | |
| Service Type | FedEx Standard Overnight | NATIONAL PRISON PROJECT | 115 ALMOND DR | |
| Package Type | Customer Packaging | 915 15TH ST., NW | WINTERS CA 95694 US | |
| Zone | 08 | WASHINGTON DC 20005 US | | |
| Packages | 1 | | | |
| Rated Weight | 23.0 lbs, 10.5 kgs | Transportation Charge | | 108.80 |
| Delivered | Jun 11, 2008 10:18 | Delivery Area-Resi | | 2.30 |
| Svc Area | A5 | Discount | | -10.88 |
| Signed by | 9999999999999 | Residential Delivery | | 2.30 |
| FedEx Use | 000000000/0001415/02 | Fuel Surcharge | | 28.71 |
| | | **Total Charge** | **USD** | **$131.23** |

**Picked up:** Jun 10, 2008   **Cust. Ref.:** Hart-218   **Ref.#2:**
**Payer:** Shipper   **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 28.00% to this shipment.
- Distance Based Pricing, Zone 8
- Package sent from: 20002 zip code

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 799337427670 | Hanh Nguyen | Joe Goldenson, MD | |
| Service Type | FedEx Standard Overnight | NATIONAL PRISON PROJECT | San Francisco Dept. Public Hea | |
| Package Type | Customer Packaging | 915 15TH ST., NW | 650 5TH ST STE 309 | |
| Zone | 08 | WASHINGTON DC 20005 US | SAN FRANCISCO CA 94107 US | |
| Packages | 1 | | | |
| Rated Weight | 23.0 lbs, 10.5 kgs | | | |
| Delivered | Jun 11, 2008 12:56 | Transportation Charge | | 108.80 |
| Svc Area | A1 | Discount | | -10.88 |
| Signed by | D.CHANG | Fuel Surcharge | | 27.42 |
| FedEx Use | 000000000/0001415/_ | **Total Charge** | **USD** | **$125.34** |



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 2-762-48475 | Jun 17, 2008 | ▮▮▮▮▮▮ | 5 of 5 |

Picked up: Jun 12, 2008          Cust. Ref.: Hart-218          Ref.#2:
Payor: Shipper                   Ref.#3:

- Fuel Surcharge - FedEx has applied a fuel surcharge of 28.00% to this shipment.
- Distance Based Pricing, Zone 8

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 798457187562 | Hanh Nguyen | Alicia Gathers | |
| Service Type | FedEx 2Day | Guest- Arriving 6/8/08 | NATIONAL PRISON PROJECT | |
| Package Type | Customer Packaging | 160 W CATALINA DR | 915 15TH ST., NW | |
| Zone | 08 | PHOENIX AZ 85013-4503 US | WASHINGTON DC 20005 US | |
| Packages | 1 | | | |
| Rated Weight | 21.0 lbs, 9.5 kgs | Transportation Charge | | 69.70 |
| Delivered | Jun 13, 2008 11:10 | Return Printed Label Surcharge | | 0.50 |
| Svc Area | A1 | Return On Call Surcharge | | 4.00 |
| Signed by | M.TARTAGLIA | Fuel Surcharge | | 18.68 |
| FedEx Use | 000000000/0006112/_ | Discount | | -6.97 |
| | | **Total Charge** | USD | $85.91 |

| | | |
|---|---|---|
| **Hart-218 Reference Subtotal** | **USD** | **$342.48** |
| **Total FedEx Express** | **USD** | **$356.12** |



11048 3/3

# XO Communications ®

THE NATIONAL PRISON PROJECT OF THE ACLU

| | |
|---|---|
| Account Name | |
| Account Number | 0223364151 |
| Invoice Number | |
| Invoice Date | 05/09/08 |
| Total/Amount Due | $2,986.07 |

## Call Detail Report - Outbound

CARRIER DESCRIPTION: XO Communications
SERVICE LOCATION: 915 16TH ST NW , WASHINGTON

CALL FROM: (202)393-4930   ACCT. CODE: 030.

| Date | Time | Call To | | Number | Call Type | Minutes | Amount |
|---|---|---|---|---|---|---|---|
| 04/14/08 | 02:19 PM | Detroitzn6 | MI | (313)563-1736 | RD | 12.8 | .00 |
| 04/14/08 | 02:33 PM | Houston | TX | (832)814-9016 | RD | 11.0 | .00 |
| 04/15/08 | 10:32 AM | Baltimore | MD | (443)802-2646 | RD | 19.5 | .00 |
| 04/15/08 | 01:00 PM | Las Vegas | NV | (702)318-1490 | RD | 26.2 | .00 |
| 04/15/08 | 04:02 PM | Mineola | NY | (516)554-5381 | RD | 0.6 | .00 |
| 04/15/08 | 04:03 PM | Gardencity | NY | (516)741-6984 | RD | 0.3 | .00 |
| 04/16/08 | 10:12 AM | Fridsuis | NY | (707)410-6369 | RD | 11.0 | .00 |
| 04/16/08 | 10:29 AM | Clearwater | FL | (727)215-5392 | RD | 47.1 | .00 |
| 04/16/08 | 11:16 AM | Columbia | MD | (443)812-9118 | RD | 20.1 | .00 |
| 04/16/08 | 11:36 AM | Kirkwood | MO | (314)623-7741 | RD | 0.8 | .00 |
| 04/17/08 | 10:34 AM | Fridsuis | CA | (707)410-6369 | RD | 0.8 | .00 |
| 04/17/08 | 11:25 AM | Hollywood | CA | (843)564-5325 | RD | 25.9 | .00 |
| 04/21/08 | 11:34 AM | Ashuville | NC | (828)450-4214 | RD | 2.9 | .00 |
| 04/21/08 | 11:36 AM | Jacksonvi | FL | (904)536-8661 | RD | 1.4 | .00 |
| 04/21/08 | 11:38 AM | Van Nuys | CA | (818)384-6148 | RD | 1.3 | .00 |
| 04/21/08 | 11:52 AM | Gardencity | NY | (516)526-7582 | RD | 0.8 | .00 |
| 04/21/08 | 11:57 AM | Brockton | MA | (508)944-7516 | RD | 0.8 | .00 |
| 04/21/08 | 12:07 PM | Jacksonvi | FL | (904)536-8881 | RD | 0.4 | .00 |
| 04/21/08 | 12:08 PM | Jacksonvi | FL | (904)536-8661 | RD | 1.4 | .00 |
| 04/22/08 | 12:10 PM | Rapid City | SD | (605)431-8474 | RD | 0.1 | .00 |
| 04/22/08 | 12:10 PM | Rapid City | SD | (605)431-8474 | RD | 0.4 | .00 |
| 04/22/08 | 12:59 PM | Framingham | MA | (508)215-7677 | RD | 1.0 | .00 |
| 04/22/08 | 03:00 PM | Boston | MA | (617)894-2974 | RD | 0.6 | .00 |
| 04/22/08 | 10:31 AM | Rapid City | SD | (605)431-8474 | RD | 19.8 | .05 |

*continued*

CALL FROM: (202)393-0064   PLRA,

| Date | Time | Call To | | Number | Call Type | Minutes | Amount |
|---|---|---|---|---|---|---|---|
| 04/18/08 | 02:33 PM | Phila | PA | (215)439-1177 | RD | 1.2 | .00 |
| 04/18/08 | 02:35 PM | Scranton | PA | (670)658-5970 | RD | 22.4 | .00 |
| 04/24/08 | 03:10 PM | New York | NY | (212)519-7845 | RD | 10.9 | .00 |
| 05/01/08 | 03:22 PM | Denver | CO | (303)391-0100 | RD | 1.7 | .09 |

TOTAL FOR:
PLRA,

| Service | | Calls | Minutes | Amount |
|---|---|---|---|---|
| Inter-State Long Distance | | 7 | 73.1 | 1.88 |
| TOTAL | | 7 | 73.1 | 1.88 |

CALL FROM: (202)393-0846   HART,

| Date | Time | Call To | | Number | Call Type | Minutes | Amount |
|---|---|---|---|---|---|---|---|
| 04/29/08 | 11:56 AM | St Louis | MO | (314)935-8242 | RD | 10.7 | .00 |
| 04/29/08 | 04:47 PM | Long Beach | CA | (562)495-0840 | RD | 1.9 | .00 |
| 05/01/08 | 12:23 PM | No Phoenix | AZ | (602)640-9325 | RD | 32.5 | .34 |
| 05/05/08 | 03:29 PM | Brevard | NC | (828)883-9490 | RD | 1.3 | .07 |
| 05/05/08 | 02:14 PM | No Phoenix | AZ | (602)640-9325 | RD | 0.5 | .03 |
| 04/29/08 | 04:14 PM | No Phoenix | AZ | (602)640-9000 | RD | 21.5 | .00 |
| 04/28/08 | 12:41 PM | Snfc Cntrl | CA | (415)905-1701 | RD | 1.1 | .00 |

## Call Detail Report - Outbound

*continued*

CARRIER DESCRIPTION: XO Communications
SERVICE LOCATION: 915 16TH ST NW , WASHINGTON

CALL FROM: (202)393-4930   ACCT. CODE: 030.

| Date | Time | Call To | | Number | Call Type | Minutes | Amount |
|---|---|---|---|---|---|---|---|
| 05/05/08 | 04:34 PM | New York | NY | (212)549-2691 | RD | 1.1 | .06 |
| 05/06/08 | 10:38 AM | Matthews | NC | (704)844-9516 | RD | 8.1 | .41 |
| 05/06/08 | 10:48 AM | Matthews | NC | (704)844-9516 | RD | 12.1 | .61 |
| 05/06/08 | 04:14 PM | Matthews | NC | (704)844-9516 | RD | 4.0 | .20 |

TOTAL FOR:
ACCT. CODE: 030

| Service | | Calls | Minutes | Amount |
|---|---|---|---|---|
| Intrastate | | 89 | 591.2 | 1.62 |
| Inter-State Long Distance | | 1 | 4.5 | .00 |
| TOTAL | | 90 | 595.7 | 1.62 |

**XO® Communications**

| Account Name | THE NATIONAL PRISON PROJECT OF THE ACLU |
|---|---|
| Account Number | 0223364151 |
| Invoice Number | |
| Invoice Date | 05/09/08 |
| Total Amount Due | $2,986.07 |

## Call Detail Report - Outbound
continued

CARRIER DESCRIPTION: XO Communications
SERVICE LOCATION: 915 15TH ST NW NW , WASHINGTON

**CALL FROM: (202)393-0646   HART,**

| Date | Time | Call To | | Number | Call Type | Minutes | Amount |
|---|---|---|---|---|---|---|---|
| 04/24/08 | 12:52 PM | Summit | IL | (847)821-1270 | RD | 7.7 | .00 |
| 04/28/08 | 01:00 PM | Snfc Cntrl | CA | (415)995-1701 | RD | 0.5 | .00 |
| 04/30/08 | 11:08 AM | St Louis | MO | (314)935-8242 | RD | 0.5 | .00 |
| 04/30/08 | 04:45 PM | No Phoenix | AZ | (602)640-9325 | RD | 41.7 | .00 |
| 05/01/08 | 02:38 PM | Snfc Cntrl | CA | (415)995-1701 | RD | 0.5 | .00 |

**CALL FROM: (202)393-4930   HART,**

| Date | Time | Call To | | Number | Call Type | Minutes | Amount |
|---|---|---|---|---|---|---|---|
| 05/01/08 | 03:14 PM | Phoenix | AZ | (602)332-7106 | RD | 0.3 | .02 |
| 05/01/08 | 03:16 PM | Phoenix | AZ | (602)322-7106 | RD | 0.6 | .03 |

**TOTAL FOR: HART,**

| Service | | | Calls | Minutes | Amount |
|---|---|---|---|---|---|
| Inter-State Long Distance | | | 26 | 172.9 | 1.01 |
| TOTAL | | | 26 | 172.9 | 1.01 |

**CALL FROM: (202)393-0064   PUBLIC ED,**

| Date | Time | Call To | | Number | Call Type | Minutes | Amount |
|---|---|---|---|---|---|---|---|
| 04/09/08 | 01:32 PM | No Phoenix | AZ | (602)640-9384 | RD | 14.5 | .00 |
| 04/28/08 | 06:36 PM | Berkeley | CA | (510)524-3102 | RD | 1.5 | .00 |
| 04/29/08 | 11:54 AM | New York | NY | (212)577-3539 | RD | 21.8 | .00 |
| 04/29/08 | 12:22 PM | Losangeles | CA | (213)977-9500 | RD | 4.2 | .00 |
| 05/01/08 | 09:43 AM | Oakland | CA | (510)654-8333 | RD | 0.7 | .04 |
| 05/01/08 | 10:43 AM | San Rafael | CA | (415)457-9144 | RD | 3.5 | .18 |
| 05/01/08 | 11:42 AM | San Rafael | CA | (415)457-9144 | RD | 0.9 | .05 |
| 05/05/08 | 01:24 PM | Snfc Cntrl | CA | (415)995-1701 | RD | 1.5 | .08 |
| 05/05/08 | 03:27 PM | No Phoenix | AZ | (602)640-9325 | RD | 0.5 | .03 |
| 05/05/08 | 05:43 PM | Snfc Cntrl | CA | (415)995-1701 | RD | 1.2 | .06 |
| 05/06/08 | 08:22 PM | No Phoenix | AZ | (602)640-9325 | RD | 0.6 | .03 |
| 05/06/08 | 04:17 PM | No Phoenix | AZ | (602)640-9325 | RD | 0.4 | .02 |

## Call Detail Report - Outbound
continued

CARRIER DESCRIPTION: XO Communications
SERVICE LOCATION: 915 15TH ST NW NW , WASHINGTON

**CALL FROM: (202)393-0646   PUBLIC ED,**

| Date | Time | Call To | | Number | Call Type | Minutes | Amount |
|---|---|---|---|---|---|---|---|
| 04/21/08 | 11:04 AM | New York | NY | (212)649-2582 | RD | 8.5 | .00 |
| 04/24/08 | 11:03 AM | New York | NY | (212)577-3539 | RD | 1.9 | .00 |
| 04/24/08 | 02:35 PM | New York | NY | (212)649-2582 | RD | 9.1 | .00 |
| 04/25/08 | 10:42 AM | Richmond | VA | (804)677-8421 | RD | 0.8 | .00 |
| 04/25/08 | 10:44 AM | New York | NY | (212)649-2582 | RD | 0.6 | .00 |

**CALL FROM: (202)393-0118   PUBLIC ED,**

| Date | Time | Call To | | Number | Call Type | Minutes | Amount |
|---|---|---|---|---|---|---|---|
| 04/21/08 | 04:27 PM | New York | NY | (212)649-2582 | RD | 7.9 | .00 |
| 04/14/08 | 10:29 AM | Scranton | PA | (570)558-5970 | RD | 0.3 | .00 |
| 04/14/08 | 11:44 AM | New York | NY | (212)649-2582 | RD | 2.0 | .00 |
| 04/14/08 | 02:30 PM | Snfc Cntrl | CA | (415)553-1688 | RD | 2.7 | .00 |
| 04/14/08 | 02:39 PM | Newark | NJ | (973)596-4807 | RD | 9.2 | .00 |
| 04/15/08 | 03:00 PM | New York | NY | (212)649-2582 | RD | 20.5 | .00 |
| 04/16/08 | 11:08 AM | Newark | NJ | (973)596-4807 | RD | 7.1 | .00 |
| 04/18/08 | 01:01 PM | Phila | PA | (215)439-1177 | RD | 5.0 | .00 |
| 04/18/08 | 03:33 PM | Staten Is | NY | (718)873-4036 | RD | 0.4 | .00 |
| 04/21/08 | 09:31 AM | Newark | NJ | (973)674-7654 | RD | 24.7 | .00 |
| 04/21/08 | 02:28 PM | Newark | NJ | (201)306-7673 | RD | 7.1 | .00 |
| 04/22/08 | 11:01 AM | New York | NY | (212)649-2590 | RD | 4.6 | .00 |
| 04/22/08 | 10:31 AM | Ocala | FL | (352)427-6961 | RD | 27.3 | .00 |
| 04/24/08 | 11:29 AM | Shrewsbury | MA | (508)523-8808 | RD | 21.8 | .00 |

**CALL FROM: (202)393-4930   PUBLIC ED,**

| Date | Time | Call To | | Number | Call Type | Minutes | Amount |
|---|---|---|---|---|---|---|---|
| 04/08/08 | 02:08 PM | New York | NY | (212)519-7852 | RD | 0.1 | .00 |
| 05/01/08 | 05:04 PM | Milwaukee | WI | (414)224-2778 | RD | 2.1 | .11 |
| 05/02/08 | 10:57 AM | New York | NY | (212)649-2582 | RD | 1.4 | .07 |
| 05/05/08 | 03:12 PM | New York | NY | (212)649-2582 | RD | 1.4 | .07 |
| 05/06/08 | 02:01 PM | New York | NY | (212)519-7810 | RD | 1.2 | .06 |
| 05/06/08 | 02:14 PM | New York | NY | (212)649-2582 | RD | 10.0 | 0.50 |
| 04/09/08 | 09:41 AM | New York | NY | (212)519-7852 | RD | 0.1 | .00 |
| 04/09/08 | 09:42 AM | New York | NY | (212)649-2582 | RD | 1.9 | .00 |
| 04/09/08 | 10:03 AM | Springfld | MA | (413)736-2279 | RD | 4.0 | .00 |

Request for Certificate of Good Standing
Page 1 of 1
Case 2:77-cv-00479-NVW   Document 1747-4   Filed 12/19/08   Page 37 of 75



**DCBAR**

Home | Login | Find a Member | Site Map

*For Lawyers*

▶ For Lawyers

▶ For the Public

▶ Inside the Bar

Home > For Lawyers > Membership > Current Members

## Request for Certificate for Good Standing

1. Complete the form below.
2. Include the $5 fee in the form of cash or check made payable to Clerk, D.C. Court of Appeals. All requests must be accompanied by payment and a self-addressed, stamped envelope. For urgent requests, use U.S. Priority Mail or U.S. Express Mail only.
3. Mail request and payment to
   District of Columbia Court of Appeals
   Committee on Admissions/CGS
   500 Indiana Avenue NW
   Room 4200
   Washington, DC 20001

**Pay Dues Now**

| | |
|---|---|
| D.C. Bar #: | 500354 |
| First Name: | HANH |
| Middle Name: | NGOC |
| Last Name: | NGUYEN |
| Date of Admission: | 10/13/2006 |
| Address: | 915 15th St NW |
| | 7th FLOOR |
| | WASHINGTON DC 20005 |
| Phone: | 202-460-5303 |

Certificate of Good Standing received by:

Signature

Date     6/17/08

For Staff Use Only:

Cash:

Check:

M     E

A     I

DOA:

THE UNIVERSITY OF
**ALABAMA**
Tax LL.M.

### National Reputation.



The District of Columbia Bar | 1250 H Street NW, sixth floor | Washington DC 20005-5937 | 202-737-4700 | **Directions/Parking**
©2008 District of Columbia Bar. **Restrictions on Use** All rights reserved. Privacy Policy | Disclaimer | Author guidelines



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 2-775-03414 | Jun 24, 2008 | | 4 of 5 |

## FedEx Express Shipment Detail By Reference (Original)

**Picked up: Jun 17, 2008**    **Cust. Ref.: 218**    **Ref.#2:**
**Payor: Shipper**    **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 28.00% to this shipment.
- The delivery commitment for FedEx 2Day to residences (including home offices) is 7 P.M. the second business day for A1, A2, AA, A3, A4, A5, AM, PM, and RM service areas.
- Distance Based Pricing, Zone 8
- Package sent from: 20002 zip code
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- Package Delivered to Recipient Address - Release Authorized
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Envelope was rated as Customer Packaging.

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Larry Caldwell | Pablo Stewart MD | |
| Tracking ID | 799340521580 | National Prison Project / ACLU | Clinical Professor, Psychiatry | |
| Service Type | FedEx 2Day | 915 15th Street, NW  7th Floo | University of California SF | |
| Package Type | Customer Packaging | WASHINGTON DC 20005 US | SAN FRANCISCO CA 94117 US | |
| Zone | 08 | | | |
| Packages | 1 | | | |
| Rated Weight | 4.0 lbs, 1.8 kgs | Transportation Charge | | 22.55 |
| Delivered | Jun 19, 2008 11:31 | Discount | | -2.26 |
| Svc Area | A1 | Fuel Surcharge | | 6.33 |
| Signed by | 9999999999999 | Residential Delivery | | 2.30 |
| FedEx Use | 000000000/0006112/02 | **Total Charge** | **USD** | **$28.92** |

**218 Reference Subtotal**    **USD**    **$28.92**

**Dropped off: Jun 18, 2008**    **Cust. Ref.: 460**    **Ref.#2:**
**Payor: Shipper**    **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 28.00% to this shipment.
- Distance Based Pricing, Zone 6

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | USAB | MIKE TARTAGLIA | US DISTRICT COURT WESTERN DIVI | |
| Tracking ID | 864654102358 | NATIONAL PRISON PROJECT | 200 W 8TH ST RM 130 | |
| Service Type | FedEx Standard Overnight | 915 15TH ST NW FL 7 | AUSTIN TX 78701 US | |
| Package Type | FedEx Envelope | WASHINGTON DC 20005-2302 US | | |
| Zone | 06 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Jun 19, 2008 09:56 | Transportation Charge | | 19.60 |
| Svc Area | A1 | Discount | | -3.14 |
| Signed by | T.KATZ | Fuel Surcharge | | 4.61 |
| FedEx Use | 017011079/0000244/_ | **Total Charge** | **USD** | **$21.07** |

**460 Reference Subtotal**    **USD**    **$21.07**

**Dropped off: Jun 18, 2008**    **Cust. Ref.: 555 - Admin**    **Ref.#2:**
**Payor: Shipper**    **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 28.00% to this shipment.
- Distance Based Pricing, Zone 3

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Gina Bigelow | Sulan Chin | |
| Tracking ID | 798963751100 | NATIONAL PRISON PROJECT | ACLUf | |
| Service Type | FedEx Standard Overnight | 915 15th Street, NW | 125 Broad Street | |
| Package Type | FedEx Envelope | WASHINGTON DC 20005 US | NEW YORK CITY NY 10004 US | |
| Zone | 03 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Jun 19, 2008 09:19 | Transportation Charge | | 15.40 |
| Svc Area | A1 | Fuel Surcharge | | 3.62 |
| Signed by | S.DOUGLAS | Discount | | -2.46 |
| FedEx Use | 000000000/0000211/_ | **Total Charge** | **USD** | **$16.56** |

**555 - Admin Reference Subtotal**    **USD**    **$16.56**

```
        TRANSMISSION VERIFICATION REPORT

                                        TIME  : 06/19/2008 04:28
                                        NAME  : ALPER LAW OFFICE
                                        FAX   : 2026250762
                                        TEL   :
```

```
    DATE,TIME                06/19  04:27
    FAX NO./NAME             16023227644-218
    DURATION                 00:01:26
    PAGE(S)                  04
    RESULT                   OK
    MODE                     STANDARD
                             ECM
```

[Click here and type address]

# facsimile transmittal

| To: | Sandy Fredlund | Fax: | 602-322-7644 |
|-----|---------------|------|--------------|
| From: | Margaret Winter | Date: | 6/19/2008 |
| Re: | Plaintiff's Statement regarding Discovery Dispute with Defendant MCSO | Pages: | 4 |
| CC: | [Click here and type name] | | |

☒ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

**Notes:** Select this text and delete it or replace it with your own. To save changes to this template for future use, on the File menu, click Save As. In the Save As Type box, choose Document Template (the filename extensions should change from *.doc* to *.dot*) and save the template. Next time you want to use the updated template, on the File menu, click New. In the New Document task pane, under **Templates**, click **On my computer**. In the Templates dialog, your updated template will appear on the General tab.

# Sir Speedy®

**PRINTING • COPYING • DIGITAL NETWORK**

*Fast, FREE*
*Pick-Up & Delivery*

*Visit us at*
**www.sirspeedy.com/solutions**

*Now With 4 Locations To Serve Your Printing and Copying Needs*

**1029 Vermont Ave, NW**
**Washington, DC  20005**
**(202) 393-8485**
**Fax (202) 393-3113**

**1429 H Street, NW**
**Washington, DC  20005**
**(202) 408-8485**
**Fax (202) 408-8487**

**1300 Connecticut Ave, NW**
**Washington, DC  20036**
**(202) 887-5100**
**Fax (202) 887-5531**

**1025 17th Street, NW**
**Washington, DC  20036**
**(202) 466-8485**
**Fax (202) 466-8486**

**1429 H Street**

SOLD TO:

National Prison Project
915 15th Street  NW  7th Floor
Washington  DC  20005
Alicia
Phone: 202-393-4930
Fax: 202-393-4931

*Hart-218*

## INVOICE

No.  **55819**

Date  **6/5/2008**

P.O.#

| QUANTITY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | 2nd Disk Copies, 8.5 x 11 White  20#Bond, 2107 originals, copied on 1 side | 316.05 |
|  | Digital Services-11 Files | 22.00 |

**PAID**
06/20/08 $
#21648

*Please take a moment to inspect the contents of this order for accuracy, quality and completeness. Your signature indicates acceptance of this order in it's as is condition. Thank you.*

| | |
|---|---|
| SUBTOTAL | 338.05 |
| TAX | 19.44 |
| SHIPPING | |
| TOTAL | 357.49 |
| AMOUNT DUE | 357.49 |

*PLEASE PAY FROM THIS INVOICE*

SIGNATURE _____       ____/____/____
                                                                              DATE
PRINT NAME _____

☐ Pick-Up   ☐ Delivery   ☐ Cash   ☐ Charge   ☐ Check   ☐ Credit Card        Received  $_____



**Sir Speedy** ®

PRINTING • COPYING • DIGITAL NETWORK

*Fast, FREE*
*Pick-Up & Delivery*

*Visit us at*
**www.sirspeedy.com/solutions**

*Now With 4 Locations To Serve Your Printing and Copying Needs*

| | |
|---|---|
| **1029 Vermont Ave, NW**<br>**Washington, DC 20005**<br>**(202) 393-8485**<br>**Fax (202) 393-3113** | **1429 H Street, NW**<br>**Washington, DC 20005**<br>**(202) 408-8485**<br>**Fax (202) 408-8487** |
| **1300 Connecticut Ave, NW**<br>**Washington, DC 20036**<br>**(202) 887-5100**<br>**Fax (202) 887-5531** | **1025 17th Street, NW**<br>**Washington, DC 20036**<br>**(202) 466-8485**<br>**Fax (202) 466-8486** |

*1429 H Street*

SOLD TO:

National Prison Project
915 15th Street  NW  7th Floor
Washington  DC  20005
Alicia
Phone: 202-393-4930
Fax: 202-393-4931

# INVOICE

No. **55812**

Date 6/4/2008

P.O.#

| QUANTITY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | June 2008 Discovery Disk Copies, 8.5 x 11 White  20#Bond, 4025 originals, copied on 1 side | 603.75 |
| | Digital Services-27 Files | 34.00 |

INVOICE

PAID
06/20/08
# 21648

| | | |
|---|---|---|
| *Please take a moment to inspect the contents of this order for accuracy, quality and completeness. Your signature indicates acceptance of this order in it's as is condition. Thank you.* | SUBTOTAL | 637.75 |
| | TAX | 36.67 |
| | SHIPPING | |
| | TOTAL | 674.42 |
| | AMOUNT DUE | 674.42 |

*PLEASE PAY FROM THIS INVOICE*

SIGNATURE _____

PRINT NAME _____

_____/_____/_____
DATE

☐ Pick-Up   ☐ Delivery   ☐ Cash   ☐ Charge   ☐ Check   ☐ Credit Card        Received  $_____



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 2-775-03414 | Jun 24, 2008 | | 5 of 5 |

Dropped off: Jun 20, 2008     Cust. Ref.: Hart-218     Ref.#2:
Payor: Shipper     Ref.#3:

- Fuel Surcharge - FedEx has applied a fuel surcharge of 28.00% to this shipment.
- Distance Based Pricing, Zone 8

| | | | |
|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** |
| Tracking ID | 792074824115 | Alicia Gathers | Hanh Nguyen |
| Service Type | FedEx Priority Overnight | NATIONAL PRISON PROJECT | Hampton Inn |
| Package Type | Customer Packaging | 915 15TH ST., NW | Guest-Arriving 6/21/08 |
| Zone | 08 | WASHINGTON DC 20005 US | PHOENIX AZ 85013 US |
| Packages | 1 | | |
| Rated Weight | 16.0 lbs, 7.3 kgs | Transportation Charge | 99.70 |
| Delivered | Jun 21, 2008 08:13 | Fuel Surcharge | 28.62 |
| Svc Area | A1 | Saturday Delivery | 12.50 |
| Signed by | P.SELGRAM | Discount | -9.97 |
| FedEx Use | 000000000/0001618/_ | **Total Charge**      USD | **$130.85** |

| | | |
|---|---|---|
| **Hart-218 Reference Subtotal** | **USD** | **$130.85** |
| **Total FedEx Express** | **USD** | **$197.40** |

| TRANSMISSION VERIFICATION REPORT |
|---|

```
                                    TIME  : 06/20/2008 02:15
                                    NAME  : ALPER LAW OFFICE
                                    FAX   : 2026250762
                                    TEL   :
```

```
DATE,TIME            06/20  02:15
FAX NO./NAME         16026062811-218
DURATION             00:00:45
PAGE(S)              03
RESULT               OK
MODE                 STANDARD
                     ECM
```

LEGAL DEPARTMENT
NATIONAL PRISON
PROJECT



# FACSIMILE TRANSMISSION

Number of pages, including this page: ___3___

Date: _____6/20/2008_____

To: ___Adam Polson_____

Fax number: ___(602)_606-2811_____

From: _____Hanh Nguyen_____

Fax number: _____(202) 393-4931_____

Case subject/number: ____Hart/218_____

AMERICAN CIVIL
LIBERTIES UNION FOUNDATION

PLEASE RESPOND TO:
NATIONAL PRISON PROJECT
915 15TH STREET, NW
7TH FLOOR
WASHINGTON, DC 20005-2112
T/202.393.4930
F/202.393.4931
WWW.ACLU.ORG

ELIZABETH ALEXANDER
DIRECTOR
ATTORNEY AT LAW

NATIONAL OFFICE
125 BROAD STREET, 18TH FL.
NEW YORK, NY 10004-2400
T/212.549.2500

OFFICERS AND DIRECTORS
NADINE STROSSEN
PRESIDENT

ANTHONY D. ROMERO
EXECUTIVE DIRECTOR

RICHARD ZACKS

Notes _____

Adam, as we discussed on the phone, here is our Third list of prisoner names.

We are requesting that you identify which of these prisoners are pre-trial

and tell us where their medical records are located. Please confirm you

***PABLO STEWART, M.D.***
**Psychiatric Consultant**
**824 Ashbury Street**
**San Francisco, CA 94117**
**(415) 753-0321**
**Fax 753-5479**
**Email pab4emi@aol.com**

May 30, 2008

Margaret Winter
Associate Director
The National Prison Project of the ACLU Foundation
915 15th Street, N.W., Seventh Floor
Washington, D.C. 20005

> Re:   **Hart v. Hill**
>         **CIV-1977-00479**

Dear Ms. Winter,

The following is an invoice for my work in this matter for the month of May 2008:

| | | |
|---|---|---|
| 5th | Telephone consultation with counsel. | 0.25 hour |
| 8th | Reviewed case related materials. | 2 hours |
| 15th | Reviewed *Hart v. Agnos* materials. | 1 hour |
| 18th | Reviewed CD's (*Hart v. Agnos*). | 2 hours |
| 20th | Reviewed CD's (*Hart v. Agnos*). | 1 hour |
| 21st | Telephone consultation with counsel. | 0.25 hours |
| 27th | Reviewed case related materials. | 1 hour |
| 28th | Telephone consultation with counsel. | 1.5 hours |
| 29th | Reviewed case related materials; telephone consultation with counsel. | 1.5 hours |

Total: 10.5 hours @ $350/hour-$3675

Yours truly,

Pablo Stewart, M.D.



**Phoenix Midtown**
160 West Catalina Drive • Phoenix, AZ 85013
Phone (602) 200-0990 • Fax (602) 200-0999
hamptoninn.com/hi/phoenix-midtown

official sponsor u.s. olympic team



| | | |
|---|---|---|
| GOLDENSON, JOE<br>203 HANOVER ST<br><br>ANNAPOLIS, MD 21401<br>US | name<br>address | |

| | |
|---|---|
| room number: | 209/SXBL |
| arrival date: | 06/22/08   3:14PM |
| departure date: | 06/26/08 |
| adult/child: | 1/0 |
| room rate: | 74.00          L-GVS |

If the debit/credit card you are using for check-in is attached to a bank or checking account, a hold will be placed on the account for the full anticipated dollar amount to be owed to the hotel, including estimated incidentals, through your date of check-out and such funds will not be released for 72 business hours from the date of check-out or longer at the discretion of your financial institution.

CONFIRMATION NUMBER : 80604105

06/25/08          PAGE          1

RATE PLAN
HH#
AL:
CAR:

Rates subject to applicable sales, occupancy, or other taxes. Please do not leave any money or items of value unattended in your room. The hotel is not responsible for lost or stolen articles from your room or vehicle. A safety deposit box is available for you in the lobby. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay, for any part or full amount of these charges, I authorize you to bill the full balance of my account to my credit card which was presented or authorized upon registration. "I have requested weekday delivery of USA Today. If refused, a credit of $0.75 will be applied to my account. In the event of an emergency, I, or someone in my party require special evacuation assistance due to a physical disability. Please indicate yes by checking here:

signature:                                                                                            ☐

| date | reference | description | amount |
|---|---|---|---|
| 06/22/08 | 805682 | GUEST ROOM | $74.00 |
| 06/22/08 | 805682 | STATE TAX | $5.38 |
| 06/22/08 | 805682 | CITY TAX | $3.70 |
| 06/23/08 | 805766 | GUEST ROOM | $74.00 |
| 06/23/08 | 805766 | STATE TAX | $5.38 |
| 06/23/08 | 805766 | CITY TAX | $3.70 |
| 06/24/08 | 805905 | GUEST ROOM | $74.00 |
| 06/24/08 | 805905 | STATE TAX | $5.38 |
| 06/24/08 | 805905 | CITY TAX | $3.70 |
| 06/25/08 | 805985 | AX *4105 | ($249.24) |
| | | * * BALANCE * * | $0.00 |

for reservations call 1.800.hampton or visit us online at www.hamptoninn.com

| | |
|---|---|
| account no.<br><br>AX *4105 | date of charge<br><br>06/25/08 |
| | folio/check no.<br><br>171350    A |
| card member name<br><br>GOLDENSON, JOE | authorization<br><br>545863 |
| | initial |
| establishment no. and location     establishment agrees to transmit to card holder for payment | purchases & services |
| | taxes |
| | tips & misc. |
| signature of card member<br><br>X | total amount |
| | -249.24 |

       

thanks.

**Winter, Margaret**

| | |
|---|---|
| **From:** | Southwest Airlines [SouthwestAirlines@mail.southwest.com] |
| **Sent:** | Monday, June 16, 2008 7:09 PM |
| **To:** | Winter, Margaret |
| **Subject:** | Ticketless Confirmation – WINTER/MARGARET – KJCUJB |



Receipt and Itinerary as of 06/16/08 6:08 PM

## Confirmation Number
### KJCUJB



Confirmation Date: 06/11/08
Received: MARGARET

### Passenger Information

| Passenger Name | Account Number | Ticket# | Expiration[1] |
|---|---|---|---|
| WINTER/MARGARET | 00000068195035 | 526-2311651749-5 | 06/11/09 |

[1] All travel involving funds from this Confirmation Number must be completed by the expiration date.

### Itinerary

| Date | Flight | Routing Details |
|---|---|---|
| Sun Jun 22 | 2820 | Depart BALTIMORE-WASHNTN (BWI) at 11:30 AM<br>Arrive in PHOENIX AZ (PHX) at 1:10 PM |
| Thu Jun 26 | 2057 | Depart PHOENIX AZ (PHX) at 10:00 AM<br>Arrive in BALTIMORE-WASHNTN (BWI) at 5:35 PM |

### Cost and Payment Summary

| | |
|---|---|
| Air | $ 628.84 |
| Tax | $ 54.16 |
| PFC Fee | $ 9.00 |
| Security Fee | $ 5.00 |

**Total Payment: $697.00**
Prior payment(s)
06/11/08 AMER EXPRESS xxxxxxxxxxx4105 Ref 526-2310725037-2 $625.00

Current payment(s)
06/16/08 AMER EXPRESS xxxxxxxxxxx4105 Ref 526-2311651749-5 $72.00

### Fare Rule(s)

Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must be completed by the expiration date. Any change to this itinerary may result in a fare increase.

Fare Calculation:

6/16/2008



**Hampton**

**Phoenix Midtown**
160 West Catalina Drive • Phoenix, AZ 85013
Phone (602) 200-0990 • Fax (602) 200-0999
hamptoninn.com/hi/phoenix-midtown

official sponsor u.s. olympic team

**USA** ⭕⭕⭕

| | |
|---|---|
| EBER, GABRIEL                     name<br>915 15TH ST. NW              address<br>7TH FLOOR<br>WASHINGTON, DC 20005<br>US | room number:   415/KXTD<br>arrival date:   06/22/08:8:29PM<br>departure date:   06/26/08<br><br>adult/child:   1/0<br>room rate:   $84.55 |

If the debit/credit card you are using for check-in is attached to a bank or checking account, a hold will be placed on the account for the full anticipated dollar amount to be owed to the hotel, including estimated incidentals, through your date of check-out and such funds will not be released for 72 business hours from the date of check-out or longer at the discretion of your financial institution.

RATE PLAN                    S-AAA
HH#  851382124 BLUE
AL:
BONUS AL:              CAR:

Confirmation: 81014640

06/26/08          PAGE      1

Rates subject to applicable sales, occupancy, or other taxes. Please do not leave any money or items of value unattended in your room. The hotel is not responsible for lost or stolen articles from your room or vehicle. A safety deposit box is available for you in the lobby. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or full amount of these charges, I authorize you to bill the full balance of my account to my credit card which was presented or authorized upon registration. "I have requested weekday delivery of USA Today. If refused, a credit of $0.75 will be applied to my account. In the event of an emergency, I, or someone in my party require special evacuation assistance due to a physical disability. Please indicate yes by checking here:

**signature:** ☐

| date | reference | description | amount |
|---|---|---|---|
| 06/22/08 | 805701 | GUEST ROOM | $84.55 |
| 06/22/08 | 805701 | STATE TAX | $6.15 |
| 06/22/08 | 805701 | CITY TAX | $4.23 |
| 06/23/08 | 805811 | GUEST ROOM | $84.55 |
| 06/23/08 | 805811 | STATE TAX | $6.15 |
| 06/23/08 | 805811 | CITY TAX | $4.23 |
| 06/24/08 | 805959 | GUEST ROOM | $84.55 |
| 06/24/08 | 805959 | STATE TAX | $6.15 |
| 06/24/08 | 805959 | CITY TAX | $4.23 |
| 06/25/08 | 806126 | GUEST ROOM | $84.55 |
| 06/25/08 | 806126 | STATE TAX | $6.15 |
| 06/25/08 | 806126 | CITY TAX | $4.23 |
| | | WILL BE SETTLED TO AX *3610 | $379.72 |
| | | EFFECTIVE BALANCE OF | $0.00 |

*Hilton HHonors(R) stays post to your account within 72 hours of checkout. To check your earnings for this stay or any other stay at any of more than 3,000 Hilton Family hotels worldwide visit HiltonHH*

*Hit the road this weekend and take time out for you! Visit family, friends and just take time to play. Visit hamptoninn.com or call 1-800-HAMPTON.*

for reservations call 1-800-hampton or visit us online at www.hamptoninn.com

| | | |
|---|---|---|
| account no. | date of charge | folio/check no.<br><br>171384    A |
| card member name | authorization | initial |
| establishment no. and location   establishment agrees to transmit to card holder for payment<br>- - | purchases & services | |
| | taxes | |
| | tips & misc. | |
| **signature** of card member<br><br>X | **total** amount<br><br>0.00 | |

 TheHiltonFamily    Hilton    CONRAD    DOUBLETREE    EMBASSY SUITES    Hampton    Hilton Garden Inn    HOMEWOOD SUITES      **thanks.**

CITY HALL GARAGE
PHOENIX AZ
CENTRAL PARKING SYSTEM
602 495 6777

Rcpt#218735
06/25/08 17:52   L# 4 A# 5   Txn# 30468
06/25/08 08:06 In   06/25/08 17:52 Out
Tkt# 822131
CASH PAID       $ 16.00-
THANK YOU!!!
PLEASE DRIVE WITH CARE
DON'T DRINK AND DRIVE

**BWI** T<sub>axi</sub>M<sub>anagement, INC.</sub>       **410-859-1100**
BALTIMORE/WASHINGTON         **410-859-1102**
INTERNATIONAL AIRPORT          Operator of
MARYLAND. . .21240

**BWI** 14₿
AIRPORT CAB

RECEIVED FROM:

NAME _____

TRANSPORTATION TO *Fienbship #5*

DATE  6/26/08 _____ 20 ____

CAB NO._____

| | METER FARE | | |
|---|---|---|---|
| | BAGGAGE | | |
| | TOLLS | | |
| | OTHER | | |
| | TIP | | |
| | TOTALS | 110 | |

**Chauffeur**_____

Please refer to rate schedules posted in each taxicab. Should you have any questions regarding lost articles or service, please
call BWI Taxi Management, Inc. (410-859-1102) or the Maryland Aviation Administration (410-859-7033). Thank you.

ALAMO

RA 414987965          Inv 40015910362
Rental   22-JUN-2008 07:01 PM
PHOENIX SKY HARBOR ARPT
Return   26-JUN-2008 08:28 AM
PHOENIX SKY HARBOR ARPT

GABRIEL EBER
Vehicle # 8C199050
Model      ALTIMA
Class Driven FCAR    Class Charged ICAR
License# AAP3875     State/Province AZ
M/Kms Driven 83
M/Kms Out    12250
M/Kms In     12333

| Charges | No Unit | Price | Amount |
|---|---|---|---|
| T & M | 4 Days | 41.90 | 167.60* |
| UNLIM M/KM | 0 M/Kms | | 0.00* |
| DSCNT T&M 10.00% | | | -16.76* |
| CDW/LDW | 4 Days | 22.99 | 91.96* |
| DLY FF FEE | 0 | | 2.00* |
| PHX CITY ORD.G-4530 | | | 18.00* |
| FAC MAINT FEE .77/DAY | | | 3.08* |
| CONCESSION RECOUP FEE | | | 27.54* |
| MARICOPA COUNTY SUR | | | 9.53 |
| ARIZONA SURCHARGE 5 PCT | | | 14.65 |
| SALES TAX @10.300 % | | | 30.22 |

Total Charges             USD 347.82

Paid By    AMEX 3610          -347.82

Amount Due               USD 0.00

* Taxable Items
Subject to Audit
Frequent Flyer 00000073694644 Credit to
SOUTHWEST AIRLINES
Customer service Number 1(800) 445-5664

---

THAI BASIL
3110 N CENTRAL AVE #181
PHOENIX AZ 85012
602-274-5020

Merchant ID: 000003445038
Term ID: 00327681   Ref #: 0009

Sale

xxxxxxxxxxxx3610

Entry Method: Swiped

Amount:        $      45.95

Tip:                    8.00

Total:                 93.95

6/25/08              19:31:12
Inv #: 000009   Appr Code: 508939
Apprvd: Online   Batch#: 000178

---

6/26/08 8:14:14 AM
Pump 1
Order Number: 3812026

Thank You For
Shopping at Circle K!
Phoenix, AZ 85401
602-253-2937

Term:
800000048893102
Appt : 522037

Register:100
Store No:2701843         Tran Seq No: 3812026

Pay at Pump Sale
Pump # 1 UNL-REG
4.402 Gallons @ $4.139/Ga)

| | |
|---|---|
| Sub. Total: | 18.22 |
| Tax: | 0.00 |
| Total: | 18.22 |
| Discount Total): | 0.00 |

American Express: 18.22
Change           0.00

American Express
XXXXXXXXX
06/??

**Order # 4706**

Villa Priza 4 Concourse
BWI Airport Baltimo

2535 Dennis H

Chk 47 4 Jun22'08 10:51:

1 Salad                        3.79
1 12oz Cheese Pizza            3.29
XXXXXXXXXX4105 05/09
Amex                           7.51

Subtotal                       7.08
Sales Tax                      0.43
Payment                        7.51

Thank You for cho...

15/08

---

B.W.I. AIRPORT PARKING
MAIN TERMINAL GARAGE
MARYLAND PARKING

Rcpt# 4311
06/26/08 17:46   LH# 9 AH  2  Txn# 18990
06/22/08 10:12 In  06/26/08 17:46 Out
Fee.....  9   $   97.00
Total Tax     $    3.00
Total Fee     $  100.00
AMERICAN EXP  $  100.00-
XXXXXXXXXX4105
Approval No.: 581754
Reference No.: 178856066
Change Due    $    0.00
THANK YOU
HAVE A SAFE TRIP

---

Harley's Italian Bistro
4221 N. 7th Ave.
602-234-0333

Table :
Server :                    Ticket : 4008
Register Name :   TRAH

09:35 PM                    06/23/20

Card # x-xx xxx-xxxx-4105   Amex
Auth. # : 52000   Exp xx-xx

Charge Amount          100.07

Tip Amount              20.00

Total Amount           150.07

Customer Copy

Please give signed copy to server.

Macayo's Central
4001 N. Central
Phoenix, AZ. 85012
(602) 264-6141

Server: Dat
07:38 PM                    DOB: 06/22/2008
Table 156/1                      06/22/2008
                                 3/30032

AmEx
Card #XXXXXXXXXXXX4105
Magnetic card present: WINTER M
Approval: 54455A                4194313

Amount: _____

+ Tip: _____

= Total: _____           95.80

X _____
Approval: 544554

*****Customer Copy*****

*GE, AN, MW*
*JG, JC*

---

Table # M-5 closed to Crec.. Card — Amex
**Rita's Fine Mexican Food**
1402 North 35th Avenue
Phoenix, AZ 85009
(602) 278-7376

INVOICE # 38517.1
DATE/TIME: 6/23/2008 1:43:49 PM
SERVER: Gloria
STATION: 01
PARTY SIZE: 3

| Item | | Price |
|---|---|---|
| 1 - COMBO #5 GREEN TAMALE* | | $4.60 |
| 405 | | $4.60 |
| 2 -  SOI ENCHILdDA RITA | | $5.00 |
| 726 | | $2.50 |
| 1 -  TACO FISH* | | $2.50 |
| 208 | | $2.50 |
| 1 -  REFRIED BEANS* | | $1.75 |
| 701 | | $1.75 |
| 102 | | $1.95 |
| 1 -  RICE* | | $1.95 |
|  +v2 | | $1.95 |

Total before tip: | | $21.75
Tip amount: _____
Grand total: | | $23.40

CREDIT CARD SALE         $23.40
Amex xxxxxxxxxx4105 XX/XX
AC: 522026       REF: 00000000

Opened: 6/23/2008 1:41:05 PM

Thank you for visiting

## Receipt 1

```
TC TRAVEL HOSPITALITY SERVICES
* SKY HARBOR INTERNATIONAL*
*** Ocotillo Sun ***
CHECK:        3355
TABLE:        11/1
SERVER:       3052 Pedro
DATE:         JUN13'08  1:26PM
CARD TYPE:    Amex
ACCT #:       XXXXXXXXXXXXX4105
EXP DATE:     XX/XX
AUTH CODE:    502193
              M WINTER

TOTAL:                    38.68

          TIP $

          TOTAL $

          SIGNATURE
    SIGN ONE COPY AND RETURN
        *** THANK YOU ***
```

## Receipt 2

```
Table # N-9 closed to Credit Card -- Amex
Rita's Fine Mexican Food
1402 North 35th Avenue
Phoenix, AZ 85009
(602) 278-7376

INVOICE # 37728.1
DATE/TIME: 6/10/2008 12:52:24 PM
SERVER: Gloria
STATION: 0
PARTY SIZE: 3

3 - TRES COMPADRES*                      $32.97
511  -                                   $10.99
3  - LARGE ICE TEA*                       $5.85
1125  -                                   $1.95
1  - BURRITO SHRIMP*                       $4.95
311  -                                    $4.95
1  - RICE*                                $1.95
702  -                                    $1.95
1  - GUACAMOLE*                           $2.10
703  -                                    $2.10
                    SUBTOTAL             $47.82
                    Tax1                  $3.87
                    Total before tip:    $51.69
Tip amount:
Grand total:

Sign:

CREDIT CARD SALE        $51.69
Amex xxxxxxxxxxxx4105 XX/XX
AC: 542523    REF: 00000000

Opened: 6/10/2008 12:17:42 PM

Thank you for visiting
```

## Receipt 3

```
Table # N-9 closed to Credit Card -- Amex
Rita's Fine Mexican Food
1402 North 35th Avenue
Phoenix, AZ 85009
(602) 278-7376

INVOICE # 37667.1
DATE/TIME: 6/9/2008 12:35:53 PM
SERVER: Janeth
STATION: 0
PARTY SIZE: 3

2 - GREEN CHILE BEEF*                    $15.90
503  -                                    $7.95
1  - ESP.2*                               $5.60
non_inventory                             $5.60
1  - LARGE COCA-COLA*                      $1.95
1110  -                                   $1.95
2  - LARGE ICE TEA*                        $3.90
1125  -                                   $1.95
                    SUBTOTAL             $27.35
                    Tax1                  $2.22
                    Total before tip:    $29.57
Tip amount:
Grand total:

Sign:

CREDIT CARD SALE        $29.57
Amex xxxxxxxxxxxx4105 XX/XX
AC: 566398    REF: 00000000

Opened: 6/9/2008 12:04:51 PM

Thank you for visiting
```

THANKS FOR CHOOSING
CIRCLE K

Term :
80000065165102
Appr : 541493

PUMP# 03 CREDIT/SELF
UNL-REG    @ $4.099/G
VOLUME        6.396 GAL

GAS TOTAL        $26.22

TOTAL            $26.22
American Express
XXXXXXXXXXX4105

06/13/2008 11:37:16

I agree to pay the
above Total Amount
according to Card
Issuer Agreement.

THANK YOU
FOR YOUR BUSINESS

---

**Annapolis Cab Company**
1825 George Avenue, Unit 6, Annapolis, Maryland 21
410-268-0022 / 410-268-1323

Date _6-68-8_

Amount of Fare $ _BWI_

Other Charges $ _____

Total $ _6.00_

Cab Number _Susan's_

---

BWI 14679-08
AIRPORT CAB

| METER FARE | |
| --- | --- |
| BAGGAGE | |
| TOLLS | |
| OTHER | |
| TIP | 75 |
| TOTALS | |

410-859-1100
410-859-1102
Operator of

BWI TAXI MANAGEMENT, INC.
BALTIMORE/WASHINGTON
INTERNATIONAL AIRPORT
MARYLAND , 21240

RECEIVED FROM:
NAME _GABRIEL K_
TRANSPORTATION TO
DATE _6/13_  20 08
CAB NO. _4006_

Chauffeur _____

Please refer to rate schedules posted in each taxicab. Should you have any questions regarding lost articles or service, please call BWI Taxi Management, Inc. (410-859-1102) or the Maryland Aviation Administration (410-859-7033). Thank you.

---

BARRIO CAFE
www.barriocafe.com

Server: Lexi              DOB: 06/10/2008
09:00 PM                        06/10/2008
Table 52/1                        1/10050

Amex                            1048612
Card #XXXXXXXXXXX4105
Magnetic card present: winter m
Approval: 503563

Amount:        125.19

+ Tip: _____

= Total: _140.19_

X _____
Approval: 503563

Customer Copy

---

AL  I'S
35  RAL #120
Ph      UM

Terminal #:          00000002
JUN 11, 08          20:31:34

Server ID: 4

AM EXPRESS
***********4105
SALE              REF#: 020
BATCH #: 041      AUTH #: 583945

                          $50.60
AMOUNT

TIP    $ _____ 10.00

TOTAL  $ _____ 60.60

15%=$7.59  18%=$9.10  20%=$10.12

APPROVED

CUSTOMER COPY

```
        PHOENIX SKYHARBOR
RENTAL RECORD:          WW2227805
WINTER          MARGARET
COMPLETED BY:              KALSHD
RENTED:  PHOENIX SKYHARBOR
RENTAL:  06-08-08   1748
RETURN:  06-13-08   1201
MILES IN: 17564  OUT:   17430
MILES DRIVEN:   134
PLAN IN/OUT:        SPC   /RCW66
CLS: ICAR

   1 EX WEEKS     94.00        94.00
SUBTOT                         94.00
 APCONRGFEE                    15.99
CFC                            22.50
DRIVR                          49.95
TAXABLE TOT                   182.44
SALES TAX  10.300              18.79
VEHLICFEE                       9.12
MCPASTDTX                       5.93
FACMAINFEE                      4.65
NET DUE                       220.93
PAYMENTS                     -220.93
PAID BY:  AX
CREDIT CARD #:       ***********4105
```

THANK YOU FOR CHOOSING DOLLAR RENT A CAR



**Phoenix Midtown**
160 West Catalina Drive • Phoenix, AZ 85013
Phone (602) 200-0990 • Fax (602) 200-0999
hamptoninn.com/hi/phoenix-midtown

official sponsor u.s. olympic team



| | | | |
|---|---|---|---|
| WINTER, MARGARET | name | room number: | 420/SXBL |
| 203 HANOVER ST | address | arrival date: | 06/22/08   2:23PM |
| | | departure date: | 06/26/08 7:02AM |
| ANNAPOLIS, MD 21401 | | adult/child: | 1/0 |
| US | | room rate: | 74.00        L-GVS |

If the debit/credit card you are using for check-in is attached to a bank or checking account, a hold will be placed on the account for the full anticipated dollar amount to be owed to the hotel, including estimated incidentals, through your date of check-out and such funds will not be released for 72 business hours from the date of check-out or longer at the discretion of your financial institution.

RATE PLAN
HH#
AL:
CAR:

Rates subject to applicable sales, occupancy, or other taxes. Please do not leave any money or items of value unattended in your room. The hotel is not responsible for lost or stolen articles from your room or vehicle. A safety deposit box is available for you in the lobby. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or full amount of these charges, I authorize you to bill the full balance of my account to my credit card which was presented or authorized upon registration. "I have requested weekday delivery of USA Today. If refused, a credit of $0.75 will be applied to my account. In the event of an emergency, I, or someone in my party require special evacuation assistance due to a physical disability. Please indicate yes by checking here:  ☐

CONFIRMATION NUMBER : 84081190

08/25/08        PAGE        1

**signature:**

| date | reference | description | amount |
|---|---|---|---|
| 06/22/08 | 805703 | GUEST ROOM | $74.00 |
| 06/22/08 | 805703 | STATE TAX | $5.38 |
| 06/22/08 | 805703 | CITY TAX | $3.70 |
| 06/23/08 | 805816 | GUEST ROOM | $74.00 |
| 06/23/08 | 805816 | STATE TAX | $5.38 |
| 06/23/08 | 805816 | CITY TAX | $3.70 |
| 06/24/08 | 805963 | GUEST ROOM | $74.00 |
| 06/24/08 | 805963 | STATE TAX | $5.38 |
| 06/24/08 | 805963 | CITY TAX | $3.70 |
| 06/25/08 | 806131 | GUEST ROOM | $74.00 |
| 06/25/08 | 806131 | STATE TAX | $5.38 |
| 06/25/08 | 806131 | CITY TAX | $3.70 |
| 06/26/08 | 806160 | AX *4105 | ($332.32) |
| | | * * BALANCE * * | $0.00 |

for reservations call 1-800-hampton or visit us online at www.hamptoninn.com

| | | |
|---|---|---|
| account no. | date of charge | folio/check no. |
| AX *4105 | 06/22/08 | 171132   A |
| card member name | authorization | initial |
| WINTER, MARGARET | 546133 | |
| establishment no. and location | establishment agrees to transmit to card holder for payment | purchases & services |
| ─ | | taxes |
| | | tips & misc. |
| **signature** of card member | **total** amount | |
| X | | -332.32 |

       

**thanks.**



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 2-787-30774 | Jul 01, 2008 | | 5 of 5 |

**Dropped off:** Jun 20, 2008     **Cust. Ref.:** 555 - Admin     **Ref.#2:**
**Payor:** Shipper     **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 28.00% to this shipment.
- Distance Based Pricing, Zone 3

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 790530824882 | Gina Bigelow | Linda M. Raffety | |
| Service Type | FedEx Standard Overnight | NATIONAL PRISON PROJECT | duBear | |
| Package Type | FedEx Envelope | 915 15th Street, NW | 1404 Cochrane Woods Lane | |
| Zone | 03 | WASHINGTON DC 20005 US | MATTHEWS NC 28105 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 15.40 |
| Declared Value | USD 500.00 | Direct Signature | | 0.00 |
| Delivered | Jun 23, 2008 12:27 | Residential Delivery | | 2.30 |
| Svc Area | A1 | Discount | | -2.46 |
| Signed by | L.RAFFETY | Declared Value Charge | | 3.00 |
| FedEx Use | 000000000/0000211/_ | Fuel Surcharge | | 4.27 |
| | | **Total Charge** | **USD** | **$22.51** |

**555 - Admin Reference Subtotal**     **USD**     **$22.51**

**Dropped off:** Jun 25, 2008     **Cust. Ref.:** hart-218     **Ref.#2:**
**Payor:** Shipper     **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 28.00% to this shipment.
- Distance Based Pricing, Zone 8
- 1st attempt Jun 26, 2008 at 09:50 AM.

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 799874135326 | Alicia Gathers | Clerk of the Court | |
| Service Type | FedEx Standard Overnight | NATIONAL PRISON PROJECT | USDC N. District of California | |
| Package Type | FedEx Envelope | 915 15TH ST., NW | 450 GOLDEN GATE AVE | |
| Zone | 08 | WASHINGTON DC 20005 US | SAN FRANCISCO CA 94102 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Jun 26, 2008 09:59 | Transportation Charge | | 21.25 |
| Svc Area | A1 | Discount | | -3.40 |
| Signed by | H.ALMACEN | Fuel Surcharge | | 5.00 |
| FedEx Use | 000000000/0000266/_ | **Total Charge** | **USD** | **$22.85** |

**hart-218 Reference Subtotal**     **USD**     **$22.85**

**Total FedEx Express**     **USD**     **$100.08**

17451 3/3



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 2-799-28602 | Jul 08, 2008 | | 4 of 4 |

### FedEx Express Shipment Detail By Reference (Original)

**Picked up:** Jun 26, 2008     **Cust. Ref.:** Hart-218     **Ref.#2:**
**Payor:** Shipper     **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 28.00% to this shipment.
- Distance Based Pricing, Zone 8

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Hanh Nguyen | Alicia Gathers | |
| Tracking ID | 792074824148 | Hampton Inn | NATIONAL PRISON PROJECT | |
| Service Type | FedEx 2Day | Guest-Arriving 6/21/08 | 915 15TH ST., NW | |
| Package Type | Customer Packaging | PHOENIX AZ 85013 US | WASHINGTON DC 20005 US | |
| Zone | 08 | | | |
| Packages | 1 | | | |
| Rated Weight | 25.0 lbs, 11.4 kgs | Transportation Charge | | 80.35 |
| Delivered | Jun 30, 2008 09:43 | Discount | | -8.04 |
| Svc Area | A1 | Fuel Surcharge | | 21.37 |
| Signed by | .GALLOWAY | Return Printed Label Surcharge | | 0.50 |
| FedEx Use | 000000000/0006112/_ | Return On Call Surcharge | | 4.00 |
| | | **Total Charge** | **USD** | **$98.18** |

**Dropped off:** Jun 27, 2008     **Cust. Ref.:** Hart-218     **Ref.#2:**
**Payor:** Shipper     **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 28.00% to this shipment.
- Distance Based Pricing, Zone 5

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Clerk of the Court | Karen McClain | |
| Tracking ID | 791921363709 | USDC N. District of California | NATIONAL PRISON PROJECT | |
| Service Type | FedEx Standard Overnight | 450 GOLDEN GATE AVE | Osborn Maledon, PA | |
| Package Type | FedEx Envelope | SAN FRANCISCO CA 94102-3661 US | PHOENIX AZ 85012 US | |
| Zone | 05 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 19.25 |
| Delivered | Jun 30, 2008 13:56 | Fuel Surcharge | | 4.53 |
| Svc Area | A1 | Return Printed Label Surcharge | | 0.50 |
| Signed by | R.DELRAE | Discount | | -3.08 |
| FedEx Use | 000000000/0000233/_ | **Total Charge** | **USD** | **$21.20** |

**Dropped off:** Jul 02, 2008     **Cust. Ref.:** Hart-218     **Ref.#2:**
**Payor:** Shipper     **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 28.00% to this shipment.
- Distance Based Pricing, Zone 8
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Pak was rated as Customer Packaging.

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Hanh Nguyen | Adam Polson | |
| Tracking ID | 792723484840 | NATIONAL PRISON PROJECT | Wilenchik & Bartness | |
| Service Type | FedEx Standard Overnight | 915 15TH ST., NW | 2810 North Third Street | |
| Package Type | Customer Packaging | WASHINGTON DC 20005 US | PHOENIX AZ 85004 US | |
| Zone | 08 | | | |
| Packages | 1 | | | |
| Rated Weight | 8.0 lbs, 3.6 kgs | Transportation Charge | | 59.40 |
| Delivered | Jul 03, 2008 12:26 | Discount | | -5.94 |
| Svc Area | A1 | Fuel Surcharge | | 14.97 |
| Signed by | C.ALLEN | **Total Charge** | **USD** | **$68.43** |
| FedEx Use | 000000000/0001415/_ | | | |

| | | | |
|---|---|---|---|
| **Hart-218 Reference Subtotal** | **USD** | | **$187.81** |
| **Total FedEx Express** | **USD** | | **$187.81** |

**FedEx**

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 2-811-65111 | Jul 15, 2008 | ▬▬▬▬ | 4 of 5 |

## FedEx Express Shipment Detail By Reference (Original)



Picked up: Jul 07, 2008     Cust. Ref.: 770     Ref.#2:
Payor: Shipper     Ref.#3:

- Fuel Surcharge - FedEx has applied a fuel surcharge of 32.50% to this shipment.
- Distance Based Pricing, Zone 3
- Package sent from: 20002 zip code
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Pak was rated as Customer Packaging.

| | | | | | |
|---|---|---|---|---|---|
| Automation | USAB | **Sender** | | **Recipient** | |
| Tracking ID | 864654102314 | MIKE TAILAGLIA | | VANITA GUPLA | |
| Service Type | FedEx Express Saver | NATIONAL PRISON PROJECT | | RACIAL JUSTICE PROGRAM | |
| Package Type | Customer Packaging | 915 15TH ST NW FL 7 | | 125 BROAD ST 18TH FL | |
| Zone | 03 | WASHINGTON DC 20005-2302 US | | NEW YORK CITY NY 10004 US | |
| Packages | 1 | | | | |
| Rated Weight | 7.0 lbs, 3.2 kgs | | | | |
| Delivered | Jul 10, 2008 09:21 | Transportation Charge | | | 11.85 |
| Svc Area | A1 | Discount | | | -1.19 |
| Signed by | J.DEJESUS | Fuel Surcharge | | | 3.46 |
| FedEx Use | 018908562/0007169/_ | **Total Charge** | | **USD** | **$14.12** |

**770 Reference Subtotal**     **USD**     **$14.12**

---

Dropped off: Jul 08, 2008     Cust. Ref.: HART-218     Ref.#2:
Payor: Shipper     Ref.#3:

- Fuel Surcharge - FedEx has applied a fuel surcharge of 32.50% to this shipment.
- Distance Based Pricing, Zone 8
- Package Delivered to Recipient Address - Release Authorized

| | | | | | |
|---|---|---|---|---|---|
| Automation | INET | **Sender** | | **Recipient** | |
| Tracking ID | 799349600537 | Hanh Nguyen | | Pablo Stewart, MD | |
| Service Type | FedEx Priority Overnight | NATIONAL PRISON PROJECT | | 824 ASHBURY ST | |
| Package Type | FedEx Pak | 915 15TH ST., NW | | SAN FRANCISCO CA 94117 US | |
| Zone | 08 | WASHINGTON DC 20005 US | | | |
| Packages | 1 | | | | |
| Rated Weight | 2.0 lbs, 0.9 kgs | Transportation Charge | | | 43.05 |
| Delivered | Jul 10, 2008 09:03 | Discount | | | -4.31 |
| Svc Area | A1 | Fuel Surcharge | | | 13.34 |
| Signed by | 9999999999999 | Residential Delivery | | | 2.30 |
| FedEx Use | 000000000/0001618/02 | **Total Charge** | | **USD** | **$54.38** |

**HART-218 Reference Subtotal**     **USD**     **$54.38**

---

Dropped off: Jul 09, 2008     Cust. Ref.: Hart-218     Ref.#2:
Payor: Shipper     Ref.#3:

- Fuel Surcharge - FedEx has applied a fuel surcharge of 32.50% to this shipment.
- Distance Based Pricing, Zone 8

| | | | | | |
|---|---|---|---|---|---|
| Automation | INET | **Sender** | | **Recipient** | |
| Tracking ID | 798976152729 | Alicia Gathers | | Margaret Winter, | |
| Service Type | FedEx Priority Overnight | NATIONAL PRISON PROJECT | | Hampton Inn-Phoenix Midtown | |
| Package Type | Customer Packaging | 915 15TH ST., NW | | 160 W CATALINA DR | |
| Zone | 08 | WASHINGTON DC 20005 US | | PHOENIX AZ 85013 US | |
| Packages | 1 | | | | |
| Rated Weight | 32.0 lbs, 14.5 kgs | | | | |
| Delivered | Jul 10, 2008 09:44 | Transportation Charge | | | 141.35 |
| Svc Area | A1 | Fuel Surcharge | | | 41.34 |
| Signed by | A.WEBBER | Discount | | | -14.14 |
| FedEx Use | 000000000/0001618/_ | **Total Charge** | | **USD** | **$168.55** |



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 2-811-65111 | Jul 15, 2008 | | 5 of 5 |

**Dropped off:** Jul 10, 2008   **Cust. Ref.:** Hart-218   **Ref.#2:**
**Payor:** Shipper   **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 32.50% to this shipment.
- Distance Based Pricing, Zone 8
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Pak was rated as Customer Packaging.

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Hanh Nguyen | Adam Polson | |
| Tracking ID | 799350767680 | NATIONAL PRISON PROJECT | Wilenchik & Bartness | |
| Service Type | FedEx Standard Overnight | 915 15TH ST., NW | 2810 North Third Street | |
| Package Type | Customer Packaging | WASHINGTON DC 20005 US | PHOENIX AZ 85004 US | |
| Zone | 08 | | | |
| Packages | 1 | | | |
| Rated Weight | 6.0 lbs, 2.7 kgs | | | |
| Delivered | Jul 11, 2008 11:05 | Transportation Charge | | 52.25 |
| Svc Area | A1 | Fuel Surcharge | | 15.28 |
| Signed by | C.ALLEN | Discount | | -5.23 |
| FedEx Use | 000000000/0001415/_ | Total Charge | USD | $62.30 |

| | Hart-218 Reference Subtotal | USD | $230.85 |
|---|---|---|---|

**Dropped off:** Jul 09, 2008   **Cust. Ref.:** Terre Haute-762   **Ref.#2:**
**Payor:** Shipper   **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 32.50% to this shipment.
- Distance Based Pricing, Zone 5

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Gabe Eber, Esq. | Richard Schott | |
| Tracking ID | 799350189233 | National Prison Project | Federal Bureau of Prisons | |
| Service Type | FedEx Express Saver | 915 15th St., NW | 400 STATE AVE | |
| Package Type | FedEx Envelope | WASHINGTON DC 20005 US | KANSAS CITY KS 66101 US | |
| Zone | 05 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Jul 10, 2008 08:45 | Transportation Charge | | 9.75 |
| Svc Area | A1 | Fuel Surcharge | | 2.85 |
| Signed by | J.COOPER | Discount | | -0.98 |
| FedEx Use | 000000000/0000832/_ | Total Charge | USD | $11.62 |

| | Terre Haute-762 Reference Subtotal | USD | $11.62 |
|---|---|---|---|
| | Total FedEx Express | USD | $310.97 |

# XO Communications ®

THE NATIONAL PRISON PROJECT OF THE ACLU

| | |
|---|---|
| Account Name | |
| Account Number | 0223974750 |
| Invoice Number | |
| Invoice Date | 06/09/08 |
| Total Amount Due | $1,676.55 |

## Call Detail Report - Outbound
continued

**CARRIER DESCRIPTION: XO Communications**
**SERVICE LOCATION: 915 15TH ST NW NW , WASHINGTON**

CALL FROM: (202)393-0846   ACCT. CODE: 030.

| Date | Time | Call To | | Number | Call Type | Minutes | Amount |
|---|---|---|---|---|---|---|---|
| 06/06/08 | 01:58 PM | New York | NY | (212)549-2891 | RD | 0.1 | .00 |
| 06/06/08 | 01:58 PM | New York | NY | (212)549-2592 | RD | 1.9 | .00 |

CALL FROM: (202)393-4930   ACCT. CODE: 030,

| Date | Time | Call To | | Number | Call Type | Minutes | Amount |
|---|---|---|---|---|---|---|---|
| 05/12/08 | 11:00 AM | Perrine | FL | (305)281-5087 | RD | 1.2 | .00 |
| 05/12/08 | 03:04 PM | Sicroxills | WI | (715)483-2270 | RD | 0.3 | .00 |
| 05/12/08 | 04:34 PM | Paterson | NJ | (973)413-1623 | RD | 14.3 | .00 |
| 05/13/08 | 03:59 AM | Baltimore | MD | (410)659-6061 | RD | 1.1 | .00 |
| 05/15/08 | 12:20 PM | Sicroxills | WI | (715)483-2270 | RD | 0.6 | .00 |

| Date | Time | Call To | | Number | Call Type | Minutes | Amount |
|---|---|---|---|---|---|---|---|
| 05/16/08 | 12:50 PM | Matthews | NC | (704)844-9516 | RD | 0.3 | .00 |
| 05/19/08 | 03:14 PM | New York | NY | (212)549-2841 | RD | 0.8 | .00 |
| 05/21/08 | 04:33 PM | New York | NY | (212)549-2891 | RD | 1.6 | .00 |
| 05/21/08 | 04:56 PM | New York | NY | (212)549-2891 | RD | 0.8 | .00 |
| 06/04/08 | 02:40 PM | New York | NY | (212)549-2891 | RD | 0.6 | .00 |
| 06/04/08 | 04:00 PM | New York | NY | (212)549-2891 | RD | 0.5 | .00 |
| 06/06/08 | 02:12 PM | New York | NY | (212)549-2592 | RD | 0.8 | .00 |

TOTAL FOR:
ACCT. CODE:   030

| Service | Calls | Minutes | Amount |
|---|---|---|---|
| Inter-State Long Distance | 19 | 27.6 | .00 |
| TOTAL | 19 | 27.6 | .00 |

CALL FROM: (202)393-0846   HART,

| Date | Time | Call To | | Number | Call Type | Minutes | Amount |
|---|---|---|---|---|---|---|---|
| 05/12/08 | 11:53 AM | No Phoenix | AZ | (602)640-9325 | RD | 1.4 | .00 |
| 05/13/08 | 03:30 PM | Phoenix | AZ | (602)955-7561 | RD | 0.7 | .00 |
| 06/05/08 | 11:05 AM | Annapolis | MD | (443)822-8264 | RD | 0.3 | .00 |
| 06/06/08 | 03:31 PM | No Phoenix | AZ | (602)234-9775 | RD | 1.2 | .00 |

| Date | Time | Call To | | Number | Call Type | Minutes | Amount |
|---|---|---|---|---|---|---|---|
| 05/12/08 | 11:56 AM | Snfc Cntrl | CA | (415)753-0321 | RD | 1.0 | .00 |
| 06/12/08 | 11:59 AM | Snfc Cntrl | CA | (415)995-1701 | RD | 0.4 | .00 |
| 05/13/08 | 10:10 AM | Sacramento | CA | (916)327-8726 | RD | 1.5 | .00 |
| 05/13/08 | 03:31 PM | Gilbert | AZ | (602)618-4484 | RD | 0.6 | .00 |

## Call Detail Report - Outbound
continued

**CARRIER DESCRIPTION: XO Communications**
**SERVICE LOCATION: 915 15TH ST NW NW , WASHINGTON**

CALL FROM: (202)393-0846   HART,

| Date | Time | Call To | | Number | Call Type | Minutes | Amount |
|---|---|---|---|---|---|---|---|
| 05/13/08 | 01:58 PM | Chino Vly | AZ | (928)636-5200 | RD | 10.1 | .00 |
| 05/16/08 | 01:59 PM | Prescott | AZ | (928)308-9092 | RD | 43.4 | .00 |
| 05/13/08 | 02:02 PM | Gilbert | AZ | (602)615-1181 | RD | 0.9 | .00 |
| 05/21/08 | 12:16 PM | Prescott | AZ | (928)308-9092 | RD | 1.5 | .00 |
| 05/21/08 | 01:54 PM | Snfc Mtev | CA | (415)753-0321 | RD | 1.1 | .00 |

| Date | Time | Call To | | Number | Call Type | Minutes | Amount |
|---|---|---|---|---|---|---|---|
| 05/22/08 | 11:01 AM | No Phoenix | AZ | (602)640-9325 | RD | 1.3 | .00 |
| 05/23/08 | 06:08 PM | Phoenix | AZ | (480)208-0276 | RD | 1.0 | .00 |
| 05/27/08 | 03:42 PM | Phoenix | AZ | (480)208-0276 | RD | 0.6 | .00 |
| 05/21/08 | 11:08 AM | Snfc Cntrl | CA | (415)995-1701 | RD | 0.5 | .00 |
| 05/21/08 | 11:49 AM | Mesa | CA | (480)464-4431 | RD | 2.3 | .00 |

| Date | Time | Call To | | Number | Call Type | Minutes | Amount |
|---|---|---|---|---|---|---|---|
| 08/08/08 | 10:37 AM | No Phoenix | AZ | (602)640-9325 | RD | 0.1 | .00 |
| 05/02/08 | 02:31 PM | No Phoenix | AZ | (602)640-9050 | RD | 0.8 | .00 |
| 05/20/08 | 02:32 PM | No Phoenix | AZ | (602)640-9325 | RD | 14.3 | .00 |
| 05/02/08 | 02:50 PM | Snfc Mtev | CA | (415)753-0321 | RD | 3.4 | .00 |
| 06/08/08 | 05:10 PM | Phoenix | AZ | (602)640-9121 | RD | 1.8 | .00 |
| 08/08/08 | 05:33 PM | No Phoenix | AZ | (602)234-9775 | RD | | |
| 08/08/08 | 04:50 PM | Phoenix | AZ | (602)606-2810 | RD | 2.0 | .00 |
| 06/04/08 | 12:00 PM | Phoenix | AZ | (602)606-2810 | RD | 1.2 | .00 |

Case 2:77-cv-00479-NVW   Document 1647-4   Filed 10/08/08   Page 61 of 75



# XO® Communications

| | THE NATIONAL PRISON PROJECT OF THE ACLU |
|---|---|
| Account Name | |
| Account Number | 0010000000365065 |
| Invoice Number | 0223974750 |
| Invoice Date | 06/09/08 |
| Total Amount Due | $1,676.55 |

## Call Detail Report - Outbound

continued

CARRIER DESCRIPTION: XO Communications
CALL FROM: (202)393-4930  HART,
SERVICE LOCATION: 915 15TH ST NW NW , WASHINGTON

| Date | Time | Call To | | Number | Call Type | Minutes | Amount |
|---|---|---|---|---|---|---|---|
| 05/18/08 | 05:58 PM | Gilbert | AZ | (602)618-4484 | RD | 2.1 | .00 |
| 05/18/08 | 06:14 PM | Chino Vly | AZ | (928)636-5200 | RD | 0.6 | .00 |
| 05/18/08 | 06:15 PM | Gilbert | AZ | (602)615-1181 | RD | 25.8 | .00 |
| 05/21/08 | 01:04 PM | Snc Mtwy | CA | (415)753-0321 | RD | 3.3 | .00 |
| 05/21/08 | 01:10 PM | Snc Cntrl | CA | (415)986-1701 | RD | 1.1 | .00 |
| 05/21/08 | 01:15 PM | Phoenix | AZ | (602)957-8822 | RD | 3.0 | .00 |
| 05/21/08 | 02:00 PM | No Phoenix | AZ | (602)212-8514 | RD | 3.0 | .00 |
| 05/21/08 | 02:06 PM | Gilbert | AZ | (602)615-1181 | RD | 0.5 | .00 |
| 05/21/08 | 02:07 PM | Phoenix | AZ | (623)594-0818 | RD | 2.7 | .00 |
| 05/21/08 | 02:27 PM | Snc Mtwy | CA | (415)753-0321 | RD | 1.0 | .00 |
| 05/21/08 | 03:04 PM | Phoenix | AZ | (623)594-0818 | RD | 12.4 | .00 |
| 05/21/08 | 03:17 PM | No Phoenix | AZ | (602)640-9325 | RD | 0.6 | .00 |
| 05/21/08 | 03:19 PM | No Phoenix | AZ | (602)640-9050 | RD | 0.1 | .00 |
| 05/21/08 | 03:19 PM | No Phoenix | AZ | (602)640-9325 | RD | 0.9 | .00 |
| 05/21/08 | 03:31 PM | No Phoenix | AZ | (602)212-8514 | RD | 0.6 | .00 |
| 05/21/08 | 04:13 PM | Northampton | MA | (413)587-4265 | RD | 6.0 | .00 |
| 05/22/08 | 10:40 AM | Prescott | AZ | (928)308-9092 | RD | 48.6 | .00 |
| 05/22/08 | 04:38 PM | Annapolis | MD | (410)263-0259 | RD | 0.5 | .00 |
| 05/23/08 | 06:04 PM | Snc Mtwy | CA | (415)753-0321 | RD | 2.0 | .00 |
| 05/27/08 | 12:40 PM | Louisville | KY | (502)640-2300 | RD | 2.2 | .00 |
| 05/28/08 | 03:25 PM | No Phoenix | AZ | (602)319-6669 | RD | 1.2 | .00 |
| 05/28/08 | 12:16 PM | No Phoenix | AZ | (602)339-3779 | RD | 1.9 | .00 |
| 05/28/08 | 12:00 PM | Snc Mtwy | CA | (415)753-0321 | RD | 12.8 | .00 |
| 05/28/08 | 09:43 AM | Phoenix | AZ | (602)339-3779 | RD | 0.9 | .00 |
| 05/28/08 | 06:10 PM | Phoenix | AZ | (480)208-0276 | RD | 1.0 | .00 |
| 05/28/08 | 05:47 PM | Phoenix | AZ | (480)208-0276 | RD | 8.9 | .00 |
| 05/28/08 | 05:16 PM | No Phoenix | AZ | (602)640-9325 | RD | 0.9 | .00 |
| 05/29/08 | 09:45 AM | Phoenix | AZ | (602)339-3779 | RD | 1.0 | .00 |
| 05/29/08 | 12:18 PM | Snc Mtwy | CA | (415)753-0321 | RD | 1.6 | .00 |
| 05/29/08 | 05:19 PM | Phoenix | AZ | (602)506-7711 | RD | 0.3 | .00 |
| 05/29/08 | 05:23 PM | Phoenix | AZ | (602)506-7711 | RD | 0.3 | .00 |
| 05/29/08 | 05:24 PM | Phoenix | AZ | (602)506-7711 | RD | 3.7 | .00 |

## Call Detail Report - Outbound

continued

CARRIER DESCRIPTION: XO Communications
CALL FROM: (202)393-4930  HART,
SERVICE LOCATION: 915 15TH ST NW NW , WASHINGTON

| Date | Time | Call To | | Number | Call Type | Minutes | Amount |
|---|---|---|---|---|---|---|---|
| 06/02/08 | 09:50 AM | Oakland | CA | (510)654-8333 | RD | 1.1 | .00 |
| 06/02/08 | 12:19 PM | Mesa | AZ | (480)464-4431 | RD | 2.2 | .00 |
| 06/02/08 | 01:05 PM | No Phoenix | AZ | (602)640-9325 | RD | 36.6 | .00 |
| 06/02/08 | 05:58 PM | No Phoenix | AZ | (602)640-9325 | RD | 0.5 | .00 |
| 06/02/08 | 06:03 PM | Phoenix | AZ | (602)606-2810 | RD | 0.8 | .00 |
| 06/02/08 | 06:49 PM | Phoenix | AZ | (602)322-7640 | RD | 2.8 | .00 |
| 06/03/08 | 09:14 AM | Snc Mtwy | CA | (415)753-0321 | RD | 2.3 | .00 |
| 06/03/08 | 09:43 AM | No Phoenix | AZ | (602)200-0090 | RD | 2.6 | .00 |
| 06/03/08 | 12:32 PM | No Phoenix | AZ | (602)640-9325 | RD | 17.4 | .00 |
| 06/03/08 | 01:07 PM | Snc Mtwy | CA | (415)753-0321 | RD | 1.9 | .00 |
| 06/04/08 | 02:13 PM | Phoenix | AZ | (602)606-2810 | RD | 0.8 | .00 |
| 06/04/08 | 02:15 PM | Phoenix | AZ | (602)550-3072 | RD | 0.8 | .00 |
| 06/04/08 | 02:16 PM | Phoenix | AZ | (602)640-9325 | RD | 0.8 | .00 |
| 06/04/08 | 05:59 PM | Berkeley | CA | (510)528-9800 | RD | 1.3 | .00 |
| 06/04/08 | 06:48 PM | Durham | NC | (919)452-9116 | RD | 1.2 | .00 |
| 06/04/08 | 01:28 PM | Snc Mtwy | CA | (415)753-0321 | RD | 3.5 | .00 |
| 06/05/08 | 03:22 PM | Phoenix | AZ | (602)606-2810 | RD | 3.5 | .00 |
| 06/05/08 | 03:28 PM | No Phoenix | AZ | (602)640-9050 | RD | 0.1 | .00 |
| 06/05/08 | 12:40 PM | No Phoenix | AZ | (602)640-9325 | RD | 0.3 | .00 |
| 06/05/08 | 12:40 PM | No Phoenix | AZ | (602)640-9325 | RD | 0.3 | .00 |
| 06/05/08 | 12:55 PM | No Phoenix | AZ | (415)753-0321 | RD | 9.3 | .00 |
| 06/05/08 | 10:49 AM | No Phoenix | AZ | (602)640-9325 | RD | 6.6 | .00 |
| 06/05/08 | 12:03 PM | Snc Mtwy | CA | (415)753-0321 | RD | 7.8 | .00 |
| 06/06/08 | 11:24 AM | Phoenix | AZ | (602)322-7640 | RD | 2.7 | .00 |
| 06/06/08 | 11:28 AM | No Phoenix | AZ | (602)234-4775 | RD | 2.3 | .00 |
| 06/06/08 | 01:32 PM | Phoenix | AZ | (602)322-7640 | RD | 0.4 | .00 |
| 06/06/08 | 01:35 PM | No Phoenix | AZ | (602)640-9325 | RD | 4.1 | .00 |
| 06/06/08 | 02:15 PM | No Phoenix | AZ | (602)640-9000 | RD | 0.2 | .00 |
| 06/06/08 | 02:54 PM | Snc Mtwy | CA | (415)753-0321 | RD | 2.8 | .00 |
| 06/06/08 | 03:07 PM | No Phoenix | AZ | (602)640-9325 | RD | 1.0 | .00 |
| 06/06/08 | 03:11 PM | No Phoenix | AZ | (602)322-7640 | RD | 0.7 | .00 |
| 06/06/08 | 03:13 PM | Phoenix | AZ | (602)606-2810 | RD | 11.7 | .00 |

# XO Communications

| Account Name | THE NATIONAL PRISON PROJECT OF THE ACLU |
|---|---|
| Account Number | 0010000065365 |
| Account Number | 0233741750 |
| Invoice Number | 0233741750 |
| Invoice Date | 06/09/08 |
| Total Amount Due | $1,676.55 |

---

## Call Detail Report - Outbound

continued

CARRIER DESCRIPTION: XO Communications
SERVICE LOCATION: 915 15TH ST NW , WASHINGTON

**CALL FROM: (202)393-0046 PUBLIC ED.**
**HART.**
**TOTAL FOR:**

| Date | Time | Call To | | Number | Call Type | Minutes | Amount |
|---|---|---|---|---|---|---|---|
| 05/13/08 | 03:29 PM | Mesa | AZ | (480)464-4431 | RD | 2.4 | .00 |
| 05/08/08 | 04:45 PM | No Phoenix | AZ | (602)200-0990 | RD | 0.4 | .00 |
| 05/08/08 | 04:44 PM | No Phoenix | AZ | (602)640-9325 | RD | 7.6 | .00 |
| 05/08/08 | 06:10 PM | No Phoenix | AZ | (602)234-9775 | RD | 1.6 | .00 |

| Service | | | | | Calls | Minutes | Amount |
|---|---|---|---|---|---|---|---|
| Inter-State Long Distance | | | | | 113 | 463.5 | .00 |
| TOTAL | | | | | 113 | 463.5 | .00 |

**CALL FROM: (202)393-0207 PUBLIC ED.**

| Date | Time | Call To | | Number | Call Type | Minutes | Amount |
|---|---|---|---|---|---|---|---|
| 05/12/08 | 12:15 PM | Davis | CA | (530)754-4833 | RD | 4.5 | .00 |

**CALL FROM: (202)393-0846 PUBLIC ED.**

| Date | Time | Call To | | Number | Call Type | Minutes | Amount |
|---|---|---|---|---|---|---|---|
| 05/13/08 | 03:41 PM | New York | NY | (212)549-2567 | RD | 8.0 | .00 |
| 06/05/08 | 04:08 PM | New York | NY | (212)556-1509 | RD | 16.9 | .00 |

**CALL FROM: (202)393-4930 PUBLIC ED.**

| Date | Time | Call To | | Number | Call Type | Minutes | Amount |
|---|---|---|---|---|---|---|---|
| 05/16/08 | 11:31 AM | Snfc Cntrl | CA | (415)564-7225 | RD | 0.7 | .00 |
| 05/16/08 | 03:29 PM | Losangeles | CA | (213)893-5017 | RD | 0.6 | .00 |
| 05/19/08 | 11:28 AM | New York | NY | (212)549-2582 | RD | 9.7 | .00 |
| 06/02/08 | 11:17 AM | Tupelo | MS | (662)790-3634 | RD | 3.5 | .00 |
| 06/02/08 | 11:53 AM | New York | NY | (212)549-2582 | RD | 0.4 | .00 |

**CALL FROM: (202)393-4930 PUBLIC ED.**

| Date | Time | Call To | | Number | Call Type | Minutes | Amount |
|---|---|---|---|---|---|---|---|
| 05/16/08 | 01:28 PM | Losangeles | CA | (213)977-5281 | RD | 0.5 | .00 |
| 06/02/08 | 03:32 PM | Littlerock | AR | (501)374-2842 | RD | 0.9 | .00 |

---

## Call Detail Report - Outbound

continued

CARRIER DESCRIPTION: XO Communications
SERVICE LOCATION: 915 15TH ST NW , WASHINGTON

**CALL FROM: (202)393-4930 PUBLIC ED.**

| Date | Time | Call To | | Number | Call Type | Minutes | Amount |
|---|---|---|---|---|---|---|---|
| 05/13/08 | 09:13 AM | New York | NY | (212)549-2582 | RD | 3.6 | .00 |
| 05/13/08 | 01:01 PM | New York | NY | (212)518-7860 | RD | 0.5 | .00 |
| 05/13/08 | 01:39 PM | New York | NY | (212)549-2582 | RD | 2.3 | .00 |
| 05/13/08 | 03:23 PM | Losangeles | CA | (213)977-5281 | RD | 15.1 | .00 |
| 05/13/08 | 04:28 PM | New York | NY | (212)549-2582 | RD | 7.8 | .00 |
| 05/13/08 | 04:39 PM | New York | NY | (212)549-2582 | RD | 1.9 | .00 |
| 05/14/08 | 02:50 PM | New York | NY | (212)549-2582 | RD | 6.1 | .00 |
| 05/14/08 | 02:57 PM | New York | NY | (212)549-2582 | RD | 0.5 | .00 |
| 05/14/08 | 05:44 PM | New York | NY | (212)549-2582 | RD | 1.4 | .00 |
| 05/16/08 | 11:41 AM | Snfc Cntrl | CA | (415)564-7225 | RD | 1.7 | .00 |

**CALL FROM: (202)393-0064 LANGFORD.**
**PUBLIC ED**
**TOTAL FOR:**

| Date | Time | Call To | | Number | Call Type | Minutes | Amount |
|---|---|---|---|---|---|---|---|
| 05/19/08 | 05:38 PM | Anchorage | AK | (907)258-0044 | RD | 15.1 | .00 |
| 05/21/08 | 02:41 PM | Kenedale | TX | (817)478-6372 | RD | 0.3 | .00 |
| 05/21/08 | 02:59 PM | Kenedale | TX | (817)478-6372 | RD | 0.2 | .00 |
| 05/23/08 | 12:15 PM | Jamestown | NY | (716)487-1111 | RD | 16.6 | .00 |
| 05/29/08 | 05:15 PM | New York | NY | (212)549-2582 | RD | 0.2 | .00 |

| Service | | | | | Calls | Minutes | Amount |
|---|---|---|---|---|---|---|---|
| Inter-State Long Distance | | | | | 37 | 220.1 | .00 |
| TOTAL | | | | | 37 | 220.1 | .00 |

**CALL FROM: (202)393-0064 LANGFORD.**

| Date | Time | Call To | | Number | Call Type | Minutes | Amount |
|---|---|---|---|---|---|---|---|
| 06/02/08 | 10:54 AM | St.Louis | MO | (314)935-6242 | RD | 15.1 | .00 |
| 06/02/08 | 01:56 PM | Denver | CO | (303)965-7247 | RD | 0.4 | .00 |
| 06/02/08 | 05:12 PM | Kenedale | TX | (212)519-7801 | RD | 2.9 | .00 |
| 06/03/08 | 01:16 PM | Rapid City | SD | (605)342-0097 | RD | 2.9 | .00 |
| 06/04/08 | 10:43 AM | New York | NY | (212)549-2582 | RD | 15.7 | .00 |

**CALL FROM: (202)393-4930 LANGFORD.**

| Date | Time | Call To | | Number | Call Type | Minutes | Amount |
|---|---|---|---|---|---|---|---|
| 05/16/08 | 04:03 PM | Missoula | MT | (406)523-3106 | RD | 1.4 | .00 |

**CALL FROM: (202)393-4930 LANGFORD.**
**LANGFORD**
**TOTAL FOR:**

| Date | Time | Call To | | Number | Call Type | Minutes | Amount |
|---|---|---|---|---|---|---|---|
| 05/12/08 | 11:49 AM | Missoula | MT | (406)830-0009 | RD | 59.1 | .00 |
| 05/30/08 | 03:09 PM | Missoula | MT | (406)830-0009 | RD | 1.8 | .00 |

| Service | | | | | Calls | Minutes | Amount |
|---|---|---|---|---|---|---|---|
| Inter-State Long Distance | | | | | 3 | 62.3 | .00 |

## Winter, Margaret

**From:** Southwest Airlines [SouthwestAirlines@mail.southwest.com]
**Sent:** Monday, June 30, 2008 5:54 PM
**To:** Winter, Margaret
**Subject:** Ticketless Confirmation - WINTER/MARGARET - 25M58W



Receipt and Itinerary as of 06/30/08 4:54 PM

## Confirmation Number
## 25M58W



Confirmation Date: 06/30/08
Received: MARGARET

### Passenger Information

| Passenger Name | Account Number | Ticket# | Expiration[1] |
|---|---|---|---|
| WINTER/MARGARET | 00000382165055 | 526-8501138723-4 | 06/30/09 |

[1] All travel involving funds from this Confirmation Number must be completed by the expiration date.

### Itinerary

| Date | Flight | Routing Details |
|---|---|---|
| Thu Jul 10 | 1532 | Depart BALTIMORE-WASHNTN (BWI) at 9:00 AM<br>Arrive in PHOENIX AZ (PHX) at 10:45 AM |
| Sat Jul 12 | 939 | Depart PHOENIX AZ (PHX) at 6:30 AM<br>Arrive in BALTIMORE-WASHNTN (BWI) at 1:55 PM |

### Cost and Payment Summary

| | |
|---|---|
| Air | $ 409.30 |
| Tax | $ 37.70 |
| PFC Fee | $ 9.00 |
| Security Fee | $ 5.00 |

**Total Payment: $461.00**

Current payment(s)
  06/30/08 AMER EXPRESS xxxxxxxxxxx4105 Ref 526-8501138723-4 $461.00

### Fare Rule(s)

Valid only on Southwest Airlines. NON REFUNDABLE/ STANDBY REQ UPGRADE TO YL All
travel involving funds from this Confirmation Number must be completed by the expiration date.
Any change to this itinerary may result in a fare increase.

Fare Calculation:

ADT- 1 BWIWNPHX W7NR 220.00 PHXWNBWI W7NR 220.00 $440.00 ZPBWI PHX

7/8/2008



**Phoenix/Midtown**
160 West Catalina Drive • Phoenix, AZ 85013
Phone (602) 200-0990 • Fax (602) 200-0999
hamptoninn.com/hi/phoenix-midtown

official sponsor u.s. olympic team



| | |
|---|---|
| WINTERS, MARGARET | **name** |
| XX | **address** |
| GET, XX 999999 | |

| | |
|---|---|
| room number: | 408/SXBL |
| arrival date: | 07/10/08 7:06PM |
| departure date: | 07/12/08 |
| adult/child: | 1/0 |
| room rate: | $74.00 |

If the debit/credit card you are using for check-in is attached to a bank or checking account, a hold will be placed on the account for the full anticipated dollar amount to be owed to the hotel, including estimated incidentals, through your date of check-out and such funds will not be released for 72 business hours from the date of check-out or longer at the discretion of your financial institution.

| | | | |
|---|---|---|---|
| RATE PLAN | L-GVS | | |
| HH# | | | |
| AL: | | | |
| BONUS AL: | | CAR: | |

Confirmation: 80126389

07/12/08    PAGE    1

Rates subject to applicable sales, occupancy, or other taxes. Please do not leave any money or items of value unattended in your room. The hotel is not responsible for lost or stolen articles from your room or vehicle. A safety deposit box is available for you in the lobby. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or full amount of these charges, I authorize you to bill the full balance of my account to my credit card which was presented or authorized upon registration. "I have requested weekday delivery of USA Today. If refused, a credit of $0.75 will be applied to my account. In the event of an emergency, I, or someone in my party require special evacuation assistance due to a physical disability. Please indicate yes by checking here:

**signature:**                                                                                          ☐

| date | reference | description | amount |
|---|---|---|---|
| 07/10/08 | 807765 | GUEST ROOM | $74.00 |
| 07/10/08 | 807765 | STATE TAX | $5.38 |
| 07/10/08 | 807765 | CITY TAX | $3.70 |
| 07/11/08 | 807905 | GUEST ROOM | $74.00 |
| 07/11/08 | 807905 | STATE TAX | $5.38 |
| 07/11/08 | 807905 | CITY TAX | $3.70 |
| | | WILL BE SETTLED TO AX *4105 | $166.16 |
| | | EFFECTIVE BALANCE OF | $0.00 |

*Hit the road this weekend and take time out for you! Visit family, friends and just take time to play. Visit hamptoninn.com or call 1-800-HAMPTON.*

for reservations call 1-800-hampton or visit us online at www.hamptoninn.com

| | | |
|---|---|---|
| account no. | date of charge | folio/check no. |
| | | 171933    A |
| card member name | authorization | initial |
| establishment no. and location    establishment agrees to transmit to card holder for payment | purchases & services | |
| | taxes | |
| | tips & misc. | |
| **signature** of card member | **total** amount | |
| X | | 0.00 |

       

**thanks.**

**Annapolis Cab Company**
1825 George Avenue, Unit 6, Annapolis, Maryland 2
410-268-0022 / 410-268-1323

Cab Number _Eugene_

Total _71.00_ $

Other Charges $ _Bus_

Amount of Fare $ _71.00_

Date _7-10-08_

PURCHASER SIGN HERE X _____

20005
6833 322

---

IHA: BASIL
3119 N CENTRAL AVE #181
PHOENIX AZ 85012
602-274-5020

Merchant ID: 000034454296
Term ID: 60337631    Ref #: 0608

Sale

XXXXXXXXXX4105

AMEX        Entry Method: Swiped

Amount:          $    43.70

Tip:                     0.00

Total:           $   _4170_

07/16/08          18:51:22
Inv #: 000000   Appr Code: 506249
Apprvd: Online   Batch#: 000199

***CUSTOMER COPY***

Customer Copy

---

MARGARET WINTER
NATIONAL PRISON PROJ
CHECKED ☒ DATA

EXPIRATION DATE

596510

| QTY. | DESCRIPTION | AMOUNT |
|---|---|---|
| | | 30 00 |
| | TAX | 8 00 |
| | TOTAL | 38 00 |

SALES SLIP
TIP W/SERV.

CUSTOMER COPY

IMPORTANT: RETAIN THIS COPY FOR YOUR RECORDS

---

TERMINAL I.D.:              05327761

IHA  VISA STEA
3815  CENTRAL AVE STEA
PHOENIX AZ 85012
602-230-2960

AMEX            CSH# 1
SALE XXXXXXXXXX4105
BATCH: 000128       INV #: 38
DATE: JUL 11 08     TIME: 17:38:01
AUTH NO: 263800     V CODE RESP: U

BASE                       $23.54

TIP _____

TOTAL _____

FOOD/BEV  00

X _____
I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

***CUSTOMER COPY***

---

**RECEIPT**

Date _7/10/08_

Driver _____

From _GILBERT_

To _HAMPTON INN_

Thank you for choosing Discount Airport Resort VIP Service.
We hope to serve you again very soon.

Total Paid $ _____

CUSTOMER COPY

5580523 · 337

MARGARET WINTER
NATIONAL PRISON PROJ
73

BW1 TAXI

05/09

| QUAN. | CLASS | DESCRIPTION | | PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | | | | 52 30 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | SUB TOTAL | |
| | | | | TAX | |
| | | | | TIPS MISC. | 11 00 |
| | | | | TOTAL | 62 32 |

DATE 1/15/08

REFERENCE NO.

FOLIO/CHECK NO.

REQ/DEPT.

SERVER

CLERK

AUTHORIZATION

SALES SLIP

IMPORTANT: RETAIN THIS COPY FOR YOUR RECORDS

PURCHASER SIGN HERE

X

Cardholder acknowledges receipt of goods and/or services in the
amount of the Total shown hereon and agrees to perform the
obligations set forth in the Cardholder's agreement with the issuer.

Case 2:77-cv-00479-NVW    Document 1747-4    Filed 12/19/08    Page 67 of 75

**E-Ticket SM Receipt and Itinerary**

**YOUR ELECTRONIC TICKET WAS ISSUED**

**This Document is for reference only.**
Your electronic airline ticket is stored in our computer system. As with all airline
tickets, your electronic ticket is not transferable.



**U N I T E D**

**Thank you for choosing United Airlines.**
If you need to change your booking request, please visit united.com.

**Click here to print this document**    **Print e-receipt**

**Issued:** Wed, Jul 02, 2008   /CONXA
**United record locator: L0RD9U**

**Total price: USD 363.00**                                    Price breakdown

Thu, Jul 10, 2008 - San Francisco, CA (SFO) to Phoenix, AZ (PHX)

| United 1510 | Depart: SFO<br>8:26 AM<br>Arrive: PHX<br>10:27 AM | Non-stop<br>2h 1m<br>Airbus A320<br>651 miles traveled | Fare basis code:<br>VA7AN<br>Booking class: V<br>Economy<br>651 Award miles<br>No Meal<br>Service | **Flight:** Confirmed<br>Seats:03F |

Fri, Jul 11, 2008 - Phoenix, AZ (PHX) to San Francisco, CA (SFO)

| United 1599 | Depart: PHX<br>7:37 PM<br>Arrive: SFO<br>9:39 PM | Non-stop<br>2h 2m<br>Airbus A320<br>651 miles traveled | Fare basis code:<br>VA7AN<br>Booking class: V<br>Economy<br>651 Award miles<br>No Meal<br>Service | **Flight:** Confirmed<br>Seats:04A |

PenaltyCXL BY FLT DATE OR NOVALUE
NONREF/CHGFEEPLUSFAREDIF/

**Additional information: Check-in information**
Please note that valid, government-issued photo identification must be presented at check-in.

**Payment details**
amex_optima xxxxxxxxxxxx4105                           USD 363.00
**Total Payment**                                              **USD 363.00**

**Billing / Delivery information**

915 15TH ST NW
7TH FLOOR
WASHINGTON DC 20005
USA

# Party of 1

**Traveler**                        STEWART/
                                     PABLO DR

Ticket number                        0162178400669

| | |
|---|---|
| Mileage Plus number | 00609285745 |
| Base fare | USD 318.14 |
| Taxes & fees* | USD 44.86 |
| Total | USD 363.00 |

**Fare details:** FP AXXXXXXXXXXXXX4105 EXP / 286148 FC 10JUL SFO UA PHX 159.07VA7AN UA SFO 159.07VA7AN
USD318.14END ZPSFOPHX XT 7.00ZP 5.00AY 9.00XFSFO4.5PHX4.5

View baggage policies and guidelines

**Penalty:** NONREF-CHGFEEPLUSFAREDIF- CXL BY FLT DATE OR NOVALUE

**FedEx**

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 2-824-57785 | Jul 22, 2008 | ████████ | 5 of 6 |

**Dropped off: Jul 10, 2008     Cust. Ref.: Hart-218     Ref.#2:**
**Payor: Shipper     Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 32.50% to this shipment.
- The delivery commitment for FedEx 2Day to residences (including home offices) is 7 P.M. the second business day for A1, A2, AA, A3, A4, A5, A6, AM, PM, and RM service areas.
- Distance Based Pricing, Zone 8
- Package Delivered to Recipient Address - Release Authorized

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 791102295152 | Hanh Nguyen | Pablo Stewart, MD | |
| Service Type | FedEx 2Day | NATIONAL PRISON PROJECT | 824 ASHBURY ST | |
| Package Type | FedEx Box | 915 15TH ST., NW | SAN FRANCISCO CA 94117 US | |
| Zone | 08 | WASHINGTON DC 20005 US | | |
| Packages | 1 | | | |
| Rated Weight | 4.0 lbs, 1.8 kgs | Transportation Charge | | 22.55 |
| Delivered | Jul 14, 2008 14:14 | Residential Delivery | | 2.30 |
| Svc Area | A1 | Fuel Surcharge | | 7.34 |
| Signed by | 9999999999999 | Discount | | -2.26 |
| FedEx Use | 000000000/0006112/02 | **Total Charge** | **USD** | **$29.93** |

**Dropped off: Jul 10, 2008     Cust. Ref.: Hart-218     Ref.#2:**
**Payor: Shipper     Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 32.50% to this shipment.
- Distance Based Pricing, Zone 8

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 799350071076 | Hanh Nguyen | Joe Goldenson, MD | |
| Service Type | FedEx 2Day | NATIONAL PRISON PROJECT | San Francisco Dept. Public Hea | |
| Package Type | FedEx Box | 915 15TH ST., NW | 650 5TH ST STE 309 | |
| Zone | 08 | WASHINGTON DC 20005 US | SAN FRANCISCO CA 94107 US | |
| Packages | 1 | | | |
| Rated Weight | 9.0 lbs, 4.1 kgs | Transportation Charge | | 37.30 |
| Delivered | Jul 14, 2008 10:46 | Discount | | -3.73 |
| Svc Area | A1 | Fuel Surcharge | | 10.91 |
| Signed by | .CHANG | | | |
| FedEx Use | 000000000/0006112/_ | **Total Charge** | **USD** | **$44.48** |

**Picked up: Jul 11, 2008     Cust. Ref.: Hart-218     Ref.#2:**
**Payor: Shipper     Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 32.50% to this shipment.
- Distance Based Pricing, Zone 8
- Package sent from: 85281 zip code

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 792725963300 | Margaret Winter | Alicia Gathers | |
| Service Type | FedEx 2Day | NATIONAL PRISON PROJECT | National Prison Project | |
| Package Type | Customer Packaging | 915 15TH ST., NW | 915 15TH ST NW FL 7 | |
| Zone | 08 | WASHINGTON DC 20005 US | WASHINGTON DC 20005 US | |
| Packages | 1 | | | |
| Rated Weight | 31.0 lbs, 14.1 kgs | Transportation Charge | | 94.45 |
| Delivered | Jul 15, 2008 09:56 | Discount | | -9.45 |
| Svc Area | A1 | Fuel Surcharge | | 27.63 |
| Signed by | M.TARTAGLIA | | | |
| FedEx Use | 000000000/0006112/_ | **Total Charge** | **USD** | **$112.63** |

**Picked up: Jul 14, 2008     Cust. Ref.: Hart-218     Ref.#2:**
**Payor: Shipper     Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 32.50% to this shipment.
- Distance Based Pricing, Zone 8
- Package sent from: 20002 zip code

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 790544023387 | Alicia Gathers | Patrica Sherrill | |
| Service Type | FedEx Priority Overnight | NATIONAL PRISON PROJECT | Osborn Maledon, PA | |
| Package Type | Customer Packaging | 915 15TH ST., NW | 2929 N CENTRAL AVE STE 2100 | |
| Zone | 08 | WASHINGTON DC 20005 US | PHOENIX AZ 85012 US | |
| Packages | 1 | | | |
| Rated Weight | 41.0 lbs, 18.6 kgs | Transportation Charge | | 169.20 |
| Delivered | Jul 15, 2008 09:30 | Discount | | -16.92 |
| Svc Area | A1 | Fuel Surcharge | | 50.79 |

Continued on next page



07830 3/3



## FedEx Express Shipment Detail By Reference (Original)

**Dropped off:** Jul 09, 2008          **Cust. Ref:** NO REFERENCE INFORMATION          **Ref #2:**
**Payor:** Shipper          **Ref.#3:**          533

- Fuel Surcharge - FedEx has applied a fuel surcharge of 32.50% to this shipment.
- Distance Based Pricing, Zone 4
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Pak was rated as Customer Packaging.

| Automation | USAB | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Tracking ID | 864654102303 | MIKE TARTAGLIA | MICHAEL STRONG | |
| Service Type | FedEx Express Saver | NATIONAL PRISON PROJECT | JENNER & BLACK | |
| Package Type | Customer Packaging | 915 15TH ST NW FL 7 | 330 N WABASH AVE | |
| Zone | 04 | WASHINGTON DC 20005-2302 US | CHICAGO IL 60611 US | |
| Packages | 1 | | | |
| Rated Weight | 9.0 lbs, 4.1 kgs | | | |
| Delivered | Jul 14, 2008 08:25 | Transportation Charge | | 15.55 |
| Svc Area | A1 | Fuel Surcharge | | 4.55 |
| Signed by | A.BETTS | Discount | | -1.56 |
| FedEx Use | 019111117/0007171/_ | **Total Charge** | **USD** | **$18.54** |

**NO REFERENCE INFORMATION Reference Subtotal          USD          $18.54**

**Dropped off:** Jul 17, 2008          **Cust. Ref:** 555 - Admin          **Ref.#2:**
**Payor:** Shipper          **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 32.50% to this shipment.
- Distance Based Pricing, Zone 3

| Automation | INET | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Tracking ID | 790054189472 | Gina Bigelow | Allison Walker | |
| Service Type | FedEx Standard Overnight | NATIONAL PRISON PROJECT | ACLUF | |
| Package Type | FedEx Envelope | 915 15th Street, NW | 125 BROAD ST | |
| Zone | 03 | WASHINGTON DC 20005 US | NEW YORK CITY NY 10004 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Jul 18, 2008 09:05 | Transportation Charge | | 15.40 |
| Svc Area | A1 | Fuel Surcharge | | 4.21 |
| Signed by | S.DOUGLAS | Discount | | -2.46 |
| FedEx Use | 000000000/0000211/_ | **Total Charge** | **USD** | **$17.15** |

**555 - Admin Reference Subtotal          USD          $17.15**

**Dropped off:** Jul 15, 2008          **Cust. Ref:** HART-218          **Ref.#2:**
**Payor:** Shipper          **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 32.50% to this shipment.
- Distance Based Pricing, Zone 8

| Automation | INET | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Tracking ID | 790544835257 | Alicia Gathers | Patrica Sherrill | |
| Service Type | FedEx Priority Overnight | NATIONAL PRISON PROJECT | Osborn Maledon, PA | |
| Package Type | FedEx Box | 915 15TH ST., NW | 2929 N CENTRAL AVE STE 2100 | |
| Zone | 08 | WASHINGTON DC 20005 US | PHOENIX AZ 85012 US | |
| Packages | 1 | | | |
| Rated Weight | 8.0 lbs, 3.6 kgs | | | |
| Delivered | Jul 16, 2008 09:50 | Transportation Charge | | 68.10 |
| Svc Area | A1 | Discount | | -6.81 |
| Signed by | V.FOSTER | Fuel Surcharge | | 19.92 |
| FedEx Use | 000000000/0001618/_ | **Total Charge** | **USD** | **$81.21** |

**HART-218 Reference Subtotal          USD          $81.21**

Case 2:77-cv-00479-NVW   Document 1747-4   Filed 12/19/08   Page 71 of 75

**Winter, Margaret**

**From:**     Southwest Airlines [SouthwestAirlines@mail.southwest.com]
**Sent:**     Friday, July 18, 2008 11:14 PM
**To:**       Winter, Margaret
**Subject:** Ticketless Confirmation - WINTER/MARGARET - 2N7FZU

  

Receipt and Itinerary as of 07/15/08 2:01 PM

## Confirmation Number
## 2N7FZU



Confirmation Date: 07/09/08
Received: MARGARET

### Passenger Information

| Passenger Name | Account Number | Ticket# | Expiration[1] |
|---|---|---|---|
| WINTER/MARGARET | 00000068195035 | 526-8502000207-5 | 07/09/09 |

[1] All travel involving funds from this Confirmation Number must be completed by the expiration date.

### Itinerary

| Date | Flight | Routing Details |
|---|---|---|
| Tue Jul 15 | 1532 | Depart BALTIMORE-WASHNTN (BWI) at 9:00 AM<br>Arrive in PHOENIX AZ (PHX) at 10:45 AM |
| Sat Jul 19 | 939 | Depart PHOENIX AZ (PHX) at 6:30 AM<br>Arrive in BALTIMORE-WASHNTN (BWI) at 1:55 PM |

### Cost and Payment Summary

| | |
|---|---|
| Air | $ 552.56 |
| Tax | $ 48.44 |
| PFC Fee | $ 9.00 |
| Security Fee | $ 5.00 |

**Total Payment: $615.00**
Prior payment(s)
   07/09/08 AMER EXPRESS xxxxxxxxxxx4105 Ref 526-8502000207-5 $615.00

### Fare Rule(s)

Valid only on Southwest Airlines. NON_REFUNDABLE/ STANDBY REQ UPGRADE TO YL All
travel involving funds from this Confirmation Number must be completed by the expiration date.
Any change to this itinerary may result in a fare increase.

Fare Calculation:

ADT- 1 BWIWNPHX YL 374.00 PHXWNBWI W7NR 220.00 $594.00 ZPBWI PHX XFBWI4.50

**B.W.I. AIRPORT PARKING**
MAIN TERMINAL GARAGE
MARYLAND PARKING

Rcpt# 6782
07/19/08 14:11   L# 8 AM 24   Txn# 29460
07/15/08 07:47 In   07/19/08 14:11 Out
Tkt# 628782
Fee ..... 9        $  97.00
Total Tax          $   3.00
Total Fee          $ 100.00
AMERICAN EXP       $ 100.00-
XXXXXXXXXX4105
Approval No.: 521174
Reference No.: 20119028
Change Due         $   0.00
THANK YOU
HAVE A SAFE TRIP

---

Tarbell's
www.tarbells.com
32nd Street & Camelback
Phoenix, AZ

Server: Patrick   DOB: 07/18/2008
07:40 PM                07/18/2008
Table 61/1             1/10001

Amex                   1048582
Card #XXXXXXXXXX4105
Magnetic card present
Approval: 565195

Amount:                    23.83

+ Tip: _____

= Total: _____

X _____
Approval: 565195

Customer Copy

---

Yoshi's Asian Grill
*
3800 W. Sky Harbor Blvd. T4/S2
Phoenix, AZ 85034
602-267-1341

7/19/08 6:01 AM      Rick
Check # 1            # Guests 1
=================================
1  Crunchy CK Wrap        $4.99
1  Bottle Water           $1.99
1  Edamame                $2.99
---------------------------------
Subtotal:                $9.97
Tax:                     $0.83

Total:        $10.80

-CHARGE        $10.80
 CHANGE         $0.00

(-: Thank YOU :-)

No. 12355

---

# enterprise

ENTERPRISE LEASING COMPANY OF PHOENIX
1702 EAST RENTAL CAR WAY
PHOENIX, AZ 85034
(602) 225-0588
Branch: 1004332
Ticket: 733142   Ref#: 39ZD6K

MARGARET WINTER
Out: 07/15/2008 11:13 AM
In: 07/19/2008 5:05 AM
Vehicle: 2008 NISN SENT BASE
Vehicle License: 792MRH

TIME & DISTANCE
        4@$43.59/DAY =      $174.36
DW
        4@$15.99/DAY =       $63.96
GPS UNIT
         4@$9.95/DAY =       $39.80
REFUELING CHARGE
                    =        $0.00
                    =        $0.00
AIRPORT ACCESS FEE
          11.1100%  =       $19.38
VEHICLE LICENSE SURCHARGE
           5.0000%  =       $12.88
STADIUM SURCHARGE
           3.2500%  =        $8.37
CONSOLIDATED FACILITY CHARGE
         4@$4.50/DAY =       $18.00
TRANSACTION PRIVILEGE TAX
          10.3000%  =       $28.40
ADJUSTMENT          =      ($39.80)
        Total Charges:     $325.35


Charge To: AMX XXXXXXXXXX4105

Thank you for renting from
Enterprise Rent-a-Car
To reserve a car use:
1 (800) RENT-A-CAR
or
www.enterprise.com



**Hampton** **Phoenix Midtown**
160 West Catalina Drive • Phoenix, AZ 85013
Phone (602) 200-0990 • Fax (602) 200-0999
hamptoninn.com/hi/phoenix-midtown

official sponsor u.s. olympic team 

| | |
|---|---|
| WINTER, MARGARET                    name<br>915 15th St., NW                     address<br>7th Floor<br>Washington, DC 20005<br>US | room number:      408/SXBL<br>arrival date:      07/15/08   6:34PM<br>departure date:    07/19/0812:08PM<br><br>adult/child:       1/0<br>room rate:      **    89.00        LV2 |

If the debit/credit card you are using for check-in is attached to a bank or checking account, a hold will be placed on the account for the full anticipated dollar amount to be owed to the hotel, including estimated incidentals, through your date of check-out and such funds will not be released for 72 business hours from the date of check-out or longer at the discretion of your financial institution.

RATE PLAN
HH#
AL:    WN #00000068195035
CAR:

CONFIRMATION NUMBER : 84217288

08/25/08        PAGE        1

Rates subject to applicable sales, occupancy, or other taxes. Please do not leave any money or items of value unattended in your room. The hotel is not responsible for lost or stolen articles from your room or vehicle. A safety deposit box is available for you in the lobby. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or full amount of these charges, I authorize you to bill the full balance of my account to my credit card which was presented or authorized upon registration. *I have requested weekday delivery of USA Today. If refused, a credit of $0.75 will be applied to my account. In the event of an emergency, I, or someone in my party require special evacuation assistance due to a physical disability. Please indicate yes by checking here:

signature:                                                                    ☐

| date | reference | description | amount |
|---|---|---|---|
| 07/15/08 | 808387 | GUEST ROOM | $89.00 |
| 07/15/08 | 808387 | STATE TAX | $6.47 |
| 07/15/08 | 808387 | CITY TAX | $4.45 |
| 07/16/08 | 808546 | GUEST ROOM | $89.00 |
| 07/16/08 | 808546 | STATE TAX | $6.47 |
| 07/16/08 | 808546 | CITY TAX | $4.45 |
| 07/17/08 | 808699 | GUEST ROOM | $89.00 |
| 07/17/08 | 808699 | STATE TAX | $6.47 |
| 07/17/08 | 808699 | CITY TAX | $4.45 |
| 07/18/08 | 808846 | GUEST ROOM | $69.00 |
| 07/18/08 | 808846 | STATE TAX | $5.02 |
| 07/18/08 | 808846 | CITY TAX | $3.45 |
| 07/19/08 | 808887 | AX *4105 | ($377.23) |
| | | * * BALANCE * * | $0.00 |

for reservations call 1-800-hampton or visit us online at www.hamptoninn.com

| account no.<br><br>AX *4105 | date of charge<br><br>07/15/08 | folio/check no.<br><br>172210    A | |
|---|---|---|---|
| card member name<br><br>WINTER, MARGARET | authorization<br><br>504486 | initial | |
| establishment no. and location    establishment agrees to transmit to card holder for payment | purchases & services | | |
| | taxes | | |
| | tips & misc. | | |
| signature of card member<br><br>X | total amount | | -377.23 |

           thanks.

**Fettig, Amy**

| | |
|---|---|
| **From:** | The Travelocity Team [travelocity@travelocity.com] |
| **Sent:** | Monday, July 07, 2008 1:50 PM |
| **To:** | Fettig, Amy |
| **Subject:** | Travelocity Confirmation |

 

# thank you!
### travel reservation confirmation

Dear Amy,

Thank you for booking your travel through Travelocity.

Your trip to San Francisco, CA (SFO) is confirmed. A summary of your reservation is provided below. Please be sure to:

- Review your trip details
- Confirm your special request or meal request with the airline
- Read the instructions and policies listed below
- Print this email for your records
- Check other links offered by Travelocity to plan your trip

**Your Travelocity Trip ID is:** 2818 9884 2499

Your phone number for this trip: 202-548-6608

Ticket(s) issued on Mon, Jul 7, 2008 at 12:00 AM CST.

⊕ **This is an e-ticket, so no paper ticket will be sent.  What is an e-ticket?**
In addition, flight schedules may be changed by the airline.

### Itinerary

Primary Contact: Amy Fettig

- Online check-in
- Lookup flight status

---

**Flight: 1 Round-Trip Ticket**                                                                     Change/cancel Flight

All flight times are local to each city.

| | | |
|---|---|---|
| For your boarding pass, use reference code AXZ3NC for online or airport checkin. | | |
| **Wed, Jul 16, 2008** | **Washington Ronald Reagan National Airport, (DCA)  to  San Francisco International Airport, (SFO)** | |
| Depart: 10:50 AM<br>Arrive: 12:31 PM | Washington, DC (DCA) to<br>Phoenix, AZ (PHX) | US Airways<br>Flight 75<br>(on Boeing 757-200) |
| | Requested Seats: 17B<br>1 Stop - change planes Phoenix, AZ (PHX)<br>Connection Time: 1hr 18mins | |
| Depart: 01:49 PM<br>Arrive: 03:48 PM | Phoenix, AZ (PHX) to<br>San Francisco, CA (SFO) | US Airways<br>Flight 407<br>(on Airbus A319) |
| | Requested Seats: 16F<br>Total Travel Time: 7 hrs 58 mins | |

| | | |
|---|---|---|
| For your boarding pass, use reference code AXZ3NC for online or airport checkin. | | |
| **Sun, Jul 20, 2008** | **San Francisco International Airport, (SFO)  to  Washington Ronald Reagan National Airport, (DCA)** | |
| Depart: 12:00 PM<br>Arrive: 02:02 PM | San Francisco, CA (SFO) to<br>Phoenix, AZ (PHX) | US Airways<br>Flight 1550<br>(on Airbus A321-100/200) |
| | Requested Seats: 7A<br>1 Stop - change planes Phoenix, AZ (PHX)<br>Connection Time: 48mins | |
| Depart: 02:50 PM<br>Arrive: 09:59 PM | Phoenix, AZ (PHX) to<br>Washington, DC (DCA) | US Airways<br>Flight 946<br>(on Airbus A320-100/200) |
| | Requested Seats: 5B<br>Total Travel Time: 6 hrs 59 mins | |

---

| Passenger Name | Frequent Flyer Information | Ticket Number |
|---|---|---|
| AMY FETTIG | You can add your frequent flyer number at the airport. | 0377359112608 |

**Travel Alert!**

The TSA has adjusted its ban on **liquids, aerosols, and gels,** so you can now carry the following items on board your flight:

Case 2:77-cv-00479-NVW    Document 1747-4    Filed 12/19/08    Page 75 of 75

- **Travel-size toiletries** (3 ounces or less) that fit comfortably in a quart-size, clear plastic zip-top bag. One zip-top bag is permitted per passenger. Beverages and other items purchased in the secure boarding area.
- At the security checkpoint, place the zip-top bag of liquids in a bin or on the conveyor belt for inspection.
- Passengers carrying on larger amounts of **prescription liquid medications, baby formula, and diabetic glucose treatments** must declare these at the security checkpoint for additional screening.

**Arrive at the airport early.** Enhanced security measures may mean longer lines at security checkpoints.

**This new security policy applies to all domestic and international flights departing from U.S. airports.** We always recommend checking the TSA Web site (www.tsa.gov) for the most up-to-date information about security procedures. If you are departing from a non-U.S. airport, be sure to check that airport's security policies and pack accordingly.

### Complete Your Travel Plans for San Francisco!

| Add an Activity<br>more things to do |  |  |  |
|---|---|---|---|
| | **Alcatraz & Double Decker City Tour**<br>from $80 | **Gray Line's Deluxe City Tour**<br>from $44 | **Taste of San Francisco**<br>from $60 |

| Add a Hotel<br>more hotel deals | ★★☆☆☆ | ★★★☆☆ | ★★★☆☆ |
|---|---|---|---|
| | **2-Star Hotels**<br>Travelodge San Francisco Airport South<br>from $105 /night | **3-Star Hotels**<br>Radisson Hotel San Francisco Airport<br>from $177 /night | **3-Star Hotels**<br>Hotel Whitcomb<br>from $199 /night |

**Add a Car**

more car deals

Right-click here to download pictures. To help protect your privacy, Outlook prevented automatic download of this picture from the Internet.
Hertz Rent-a-Car

**Economy Car** from $66 /day

**Compact Car** from $68 /day

**Intermediate Car** from $70 /day

### Instructions and Policies

**General Policies**

- Once the ticket has been issued the name on the ticket cannot be changed.
- Ticket is non-refundable.
- Ticket changes may incur penalties and/or increased fares.

**Change Policies**

- Your ticket is non-refundable.
- If you change your reservation, airlines may charge a fee to use your ticket as credit for a new reservation. This fee varies by airline, market, and specific fare rules, and may be $150 or more for domestic tickets and $200 or more for international tickets.
- Some tickets do not allow any changes.

**Need to change or cancel your trip?**    Use our online calculator to check the fees and rules before you decide.    **Cancellation Policies**

- Your ticket is non-refundable.
- If you cancel you will not receive any money back.
- You may be eligible to apply part of your ticket price towards future travel (for a limited time, usually a year).
- If you cancel your reservation, airlines usually deduct $150 or more for domestic tickets and $200 or more for international tickets before determining the amount that can be applied towards future travel.

**Need to change or cancel your trip?**    Use our online calculator to check the fees and rules before you decide.    **Domestic Flight Notice**

- Air transportation to be provided between points in the U.S. (including its overseas territories and possessions) is subject to the individual contract terms (including rules, regulations, tariffs and conditions) of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage.
- Where this coupon is issued for transportation, or services other than air travel, specific terms and conditions may apply. These terms and conditions may be included in the ticket set or may be obtained from the issuing company or agent.
- Please make sure you have reviewed the important legal notice entitled "Conditions of Contract", "Notice of Incorporated Terms", "Notice of Baggage Liability Limitations", and "Notice of Overbooking" in Terms & Conditions of Travel or the specific terms and conditions relating to non-air transportation or services.
- The Terms & Conditions of Travel will also be available at the airport prior to your flight departure.

**International Flight (Warsaw Convention) Notice**

- If the passenger's journey involves an ultimate destination or stop in a country other than the country of departure, the Warsaw Convention may be applicable and the Convention governs and in most cases limits the liability of carriers for death or personal injury and for the loss of or damage to baggage.
- See also the notices entitled "Advice to International Passengers on Limitation of Liability" and "notice of Baggage Liability Limitations" in Terms & Conditions of Travel

### Pricing

| | |
|---|---|
| 1 adult: | $462.32 |
| Taxes & Fees: | $83.68 |