**Total:**        $546.00
We have charged $546.00 to your American Express® Card xxxx-xxxx-xxxx-3602.

- Travelocity fees and airline charges will be shown as separate line items on your credit card statements.

**Travel Checklist**

- **Printed Itinerary**—As you will not receive a paper ticket, we suggest you print this page to take along with you on your trip.
- **Photo ID**—Every passenger must have a valid government-issued photo ID (such as a drivers license or passport). Please note that the name on the photo ID must match the passenger name in the reservation.
- **Special Services/Meal Requests**—Please confirm your special request or meal request with the airline.
- **Terminal/gate Information**—Check with the airline for updated terminal/gate information the day of your travel. Also please note, you can verify the flight status online. Due to increased security measures you should plan to arrive at the airport two hours prior to departure.
- **Schedule changes**—While our airline partners work to ensure that you reach your destination on time, they do not guarantee their schedules and may make changes to your flight itinerary. Should this happen, we'll send you an email notification and update your reservation online (accessible via MyStuff) with the most current information. If we do not receive suggested changes from the airline, we will attempt to contact you via phone or e-mail to discuss what options may be available. If an airline adjusts its flight schedule, it will attempt to accommodate you on the flight closest to your original scheduled flight. If the new flight doesn't meet your needs, we'll work with the airline to place you on a different flight if available. If we can't find an alternative flight, we'll work with the airline to secure a refund of the fare paid to the airline.
- **What to expect at the airport**—The airline will issue your boarding pass upon check-in. Some airlines allow you to pre-print your boarding pass with an online check-in feature.
- **Baggage guidelines**—Be sure to review your airline's baggage allowance guidelines. Airline rules for checked baggage allowances vary. Many carriers allow passengers two checked bags and one carry-on while some only permit two checked bags. All carry-on baggage will be subject to search. Review the Transportation Security Administration's guidelines for baggage.

**Help**

Online Support: Search or browse our FAQs | Send us an email

Please refer to trip ID 2818 9884 2499 when calling Travelocity's Customer Service Center.

Note: There may be a penalty and/or charges for reservation changes.

| | | |
|---|---|---|
| In the US | 1.888.872.8356 | 24 hours a day/7 days a week |
| En Español | 1.866.828.3933 | 7am - 10pm CST |
| TDD/Hearing Impaired | 1.800.555.7585 | 7am - 11pm CST |
| Outside the US | 1.210.521.5871 | 24 hours a day/7 days a week |

 **A guaranteed low price is just the beginning.**
Learn More





7/15/2008

*7/17 lunch*

*Lunch*

California Pizza Kitchen
53 Third Street
San Francisco, Ca
(415) 278-0443

Server: Take Out AM 2      DOB: 07/17/2008
01:29 PM                        07/17/2008
Emily/1                       22/220023

AMEX                          23068682
Card #XXXXXXXXXX3602
Magnetic card present: FETTIG A
Approval: 582457

        Amount:           6.28

        + Tip: _____

        = Total: _____


X_____
Approval: 582457

        CUSTOMER COPY

BISTRO 69
69 MAIDEN LANE
SAN FRANCISCO, CA 94108

TERMINAL ID:              001267806
MERCHANT #:               1040625956

AMEX
#xxxxxxxxxxxxx3602
SUR: 1
SALE
BATCH: 000298        INVOICE: 098
DATE: JUL 18, 08     TIME: 13:40
SQ: 047              AUTH NF: 562034

PRE-TIP AMT                $8.43

TIP                    -------------

TOTAL                 ------- -----

**FOG CITY CAB**
Independent Driver Receipt
**(415) 206-1900**

Date *7/16/08*        From *SFO*
Cab _____          To *Sutter St.*
Driver _____          $ *50*

Driver's Cellphone: _____

**TAXICAB RECEIPT**

Time: _____
Date: *7/16/08*

Origin of trip: *2120 YT Ave*

Destination: *DCA*

Fare: *20—*        Sign: _____

*Breakfast*
DOLCE GELATO
THANK YOU
CALL AGAIN

REG  07-17-2008 18:03
C01  MCHD1    034300
                 CT  1

1 PASTRY PREMIUM  $1.75
1 LATTEE DOUBLE   $3.50
TL              $5.25
CASH             $5.25



Room: 505 A                    Payment: AM   Source: LI-JW-JW

FETTIG        AMY              1A,0K,0B Guest
                              $BA 239.00
915 15TH ST., NW [7TH FLO      Jul16'08
WASHINGTON WASHING            Jul19'08
20005                         083YCG
                              BA

| Date | Trans | Room | Comment | Debit | Credit | Balance |
|------|-------|------|---------|-------|--------|---------|
| Jul16'08 | ROOM | 505 | | 239.00 | | 239.00 |
| Jul16'08 | TAX | 505 | | 33.46 | | 272.46 |
| Jul17'08 | ROOM | 505 | | 189.00 | | 461.46 |
| Jul17'08 | TAX | 505 | | 26.46 | | 487.92 |
| Jul18'08 | ROOM | 505 | | 189.00 | | 676.92 |
| Jul18'08 | TAX | 505 | | 26.46 | | 703.38 |
| Jul19'08 | AMER. E | 505 | | | 703.38 CR | 0.00 |

       [A FETTIG/XXXXXXXXXXX3602/XXXX/553368]

BALANCE DUE AT CHECKOUT.......................................$        0.00
                                                   ===========

X _____
Guest Signature

Hotel Carlton  1075 Sutter Street  San Francisco CA  94109
Phone 415-673-0242  Fax 415-673-4904
We guarantee the best available rates on our website.
Please visit us at www.carltonhotel.com or www.jdvhospitality.com

*7/16*
*water*

The Paradies Shops
Washington National Airport
Washington, DC

POLAND SPRING 24 OZ 71229650000
                     2.12 T

SUBTOTAL                    $2.12
WATER                       $0.11
TOTAL                       $2.23
CASH                        $2.25
CHANGE                      $0.02

ITEMS 1                  W, LAQUANDA
07/16/2008  09:54AM    0740 05 7939 0310

Thank You for Shopping CNBC stores
Exclusively operated by Paradies Shops
AMERICAN ORIGINALS:BUDWEISER
ieres Thurs. July 17 9p ET/PT

---

*Dinner*
*7/16*

Cafe Claude
7 Claude Lane
San Francisco, Ca 94106
415-392-3505

Server: Barbara           DOB: 07/16/2008
07:12 PM                       07/16/2008
Table 5/1                        1/10034

AmEx                             1048613
Card #XXXXXXXXXXX3602
Magnetic card present: PETTIE A
Approval: 582784

    Amount:            23.87

  + Gratuity:           5—

    Total:            28.87

X
Approval: 582784

---

PHOENIX SKY HARBOR INTL ARPRT
PRAIRIE NEWS & GIFTS
602-286-7660
ROW820 DR#523 TIME 12:46
Usr DE              JUL 16 08

Ticket#V04785  Cus#PKKYA

| Item Number | Qty | Price | Ext |
|---|---|---|---|
| 07700 FIG NEWTON | 1 | .99 | .99 |
| 93053 ALMONDS RAW | 1 | 2.99 | 2.99 |
| 3418 FINALLY NATURAL | 1 | 2.00 | 2.00 |

Subtotal                    5.98
TAX                          .65
ates Total Tax               .65
AM EXPRESS                  6.63
#-Card  XXXXXXXXXXXX7814
Exp-date  Auth#202
THANK YOU FOR YOUR BUSINESS!

*7/16 lunch*

*From Depo*

# TOWN TAXI

999 Pennsylvania Avenue, San Francisco, CA 94107

## (415) 401-8900

Date *7/-8*   Time _____   Amount *10*
From *703 market*   To *Carlton Hotel*
Driver _____   Cab # _____

sftowntaxi@yahoo.com

Fare $ *10.00*   *To Depo*
From *Carlton Hotel*
To *703 Market*
Date *7/18*
Cab No. _____
Driver _____

*From Depo*

## METRO CAB

2121 Evans Ave., Suite E S.F  CA 94124

### (415) 920-0700

Date *7/17*  Time _____   Amount *8.00*
From *market st.*   To *Hotel*
Driver _____   Cab# _____

Cab Number _____
Driver's Name _____
Amount *7/16*
To _____
From _____
Date *7.20.08*

**LUXOR CABS - 282-4141**
2230 Jerrold Ave.
San Francisco CA, 94124

# ALEXANDRIA UNION CAB
### (703)683-1200 - 24 Hr. Dispatch Service

FROM *DCA*
TO *2120 Vt Ave*
DATE *7/20/08*   FARE$ *20.00*

DRIVER'S NAME _____   CAB# _____

*By Request, We Accept*

TeleCheck · SCO · VISA · MasterCard · [cards]

Each Cab Independently Owned & Operated



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 2-836-66711 | Jul 29, 2008 | | 5 of 5 |

**Dropped off:** Jul 21, 2008    **Cust. Ref.:** HART-218    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 32.50% to this shipment.
- Distance Based Pricing, Zone 8

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 790056150281 | Alicia Gathers | Joe Goldenson, MD | |
| Service Type | FedEx Standard Overnight | NATIONAL PRISON PROJECT | San Francisco Dept. Public Hea | |
| Package Type | FedEx Box | 915 15TH ST., NW | 650 5TH ST STE 309 | |
| Zone | 08 | WASHINGTON DC 20005 US | SAN FRANCISCO CA 94107 US | |
| Packages | 1 | | | |
| Rated Weight | 13.0 lbs, 5.9 kgs | | | |
| Delivered | Jul 22, 2008 13:32 | Transportation Charge | | 77.90 |
| Svc Area | A1 | Discount | | -7.79 |
| Signed by | D.CHANG | Fuel Surcharge | | 22.79 |
| FedEx Use | 000000000/0001415/_ | **Total Charge** | USD | $92.90 |

**HART-218 Reference Subtotal**    **USD**    **$92.90**

**Dropped off:** Jul 23, 2008    **Cust. Ref.:** Hart-218    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 32.50% to this shipment.
- Distance Based Pricing, Zone 8

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 792731899201 | MARGARET WINTER | Adam Polson | |
| Service Type | FedEx Standard Overnight | NATIONAL PRISON PROJECT | Dennis Wilenchik | |
| Package Type | FedEx Box | 915 15TH ST., NW | Wilenchik & Bartness | |
| Zone | 08 | WASHINGTON DC 20005 US | PHOENIX AZ 85004 US | |
| Packages | 1 | | | |
| Rated Weight | 2.0 lbs, 0.9 kgs | | | |
| Delivered | Jul 24, 2008 09:54 | Transportation Charge | | 38.15 |
| Svc Area | A1 | Discount | | -3.82 |
| Signed by | R.MARQUICHON | Fuel Surcharge | | 11.16 |
| FedEx Use | 000000000/0001415/_ | **Total Charge** | USD | $45.49 |

**Hart-218 Reference Subtotal**    **USD**    **$45.49**

**Dropped off:** Jul 21, 2008    **Cust. Ref.:** hart-218    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 32.50% to this shipment.
- Distance Based Pricing, Zone 2
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- We calculated your charges based on a dimensional weight of 12.0 lbs., 16" x 14" x 10", divided by 194.

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 791100528221 | Alicia Gathers | Gabe Eber | |
| Service Type | FedEx Standard Overnight | NATIONAL PRISON PROJECT | 4615 N PARK AVE APT 708 | |
| Package Type | Customer Packaging | 915 15TH ST., NW | CHEVY CHASE MD 20815 US | |
| Zone | 02 | WASHINGTON DC 20005 US | | |
| Packages | 1 | | | |
| Actual Weight | 10.0 lbs, 4.5 kgs | | | |
| Rated Weight | 12.0 lbs, 5.5 kgs | Transportation Charge | | 25.30 |
| Delivered | Jul 22, 2008 13:33 | Fuel Surcharge | | 8.15 |
| Svc Area | A2 | Residential Delivery | | 2.30 |
| Signed by | E.ASHFORD | Discount | | -2.53 |
| FedEx Use | 000000000/0001283/_ | **Total Charge** | USD | $33.22 |

**hart-218 Reference Subtotal**    **USD**    **$33.22**

**Total FedEx Express**    **USD**    **$221.43**



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 2-836-66711 | Jul 29, 2008 | | 4 of 5 |

## FedEx Express Shipment Detail By Reference (Original)

**Dropped off:** Jul 22, 2008          **Cust. Ref.:** NO REFERENCE INFORMATION          **Ref.#2:**
**Payer:** Shipper          **Ref.#3:**          218

- Fuel Surcharge - FedEx has applied a fuel surcharge of 32.50% to this shipment.
- Distance Based Pricing, Zone 2

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | USAB | A GATHERS | GABE EBER | |
| Tracking ID | 864654102277 | NATIONAL PRISON PROJECT | 4615 N PARK AVE 708 | |
| Service Type | FedEx Standard Overnight | 915 15TH ST NW FL 7 | CHEVY CHASE MD  20815  US | |
| Package Type | FedEx Pak | WASHINGTON DC  20005-2302  US | | |
| Zone | 02 | | | |
| Packages | 1 | | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | Transportation Charge | | 15.30 |
| Delivered | Jul 23, 2008 14:16 | Discount | | -1.53 |
| Svc Area | A2 | Residential Delivery | | 2.30 |
| Signed by | E.ASHFORD | Fuel Surcharge | | 5.22 |
| FedEx Use | 020408213/0001283/_ | **Total Charge** | **USD** | **$21.29** |

**NO REFERENCE INFORMATION Reference Subtotal          USD          $21.29**

**Dropped off:** Jul 18, 2008          **Cust. Ref.:** 533          **Ref.#2:**
**Payer:** Shipper          **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 32.50% to this shipment.
- Distance Based Pricing, Zone 4

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | USAB | MIKE TARTAGLIA | MICHAEL STORNG | |
| Tracking ID | 864654102288 | NATIONAL PRISON PROJECT | JENNER & BLOCK | |
| Service Type | FedEx Express Saver | 915 15TH ST NW FL 7 | 330 N WABASH AVE | |
| Package Type | FedEx Envelope | WASHINGTON DC  20005-2302  US | CHICAGO IL  60611  US | |
| Zone | 04 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Jul 23, 2008 10:07 | Transportation Charge | | 9.55 |
| Svc Area | A1 | Fuel Surcharge | | 2.79 |
| Signed by | R.TANESH | Discount | | -0.96 |
| FedEx Use | 020007765/0000831/_ | **Total Charge** | **USD** | **$11.38** |

**533 Reference Subtotal          USD          $11.38**

**Dropped off:** Jul 22, 2008          **Cust. Ref.:** 555 - Admin          **Ref.#2:**
**Payer:** Shipper          **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 32.50% to this shipment.
- Distance Based Pricing, Zone 3

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Gina Bigelow | Sulan Chin | |
| Tracking ID | 799355660001 | NATIONAL PRISON PROJECT | ACLU | |
| Service Type | FedEx Standard Overnight | 915 15th Street, NW | 125 Broad Street | |
| Package Type | FedEx Envelope | WASHINGTON DC  20005  US | NEW YORK CITY NY  10004  US | |
| Zone | 03 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Jul 23, 2008 08:50 | Transportation Charge | | 15.40 |
| Svc Area | A1 | Fuel Surcharge | | 4.21 |
| Signed by | S.DOUGLAS | Discount | | -2.46 |
| FedEx Use | 000000000/0000211/_ | **Total Charge** | **USD** | **$17.15** |

**555 - Admin Reference Subtotal          USD          $17.15**

07/24/2008  06:53   14153480077          STAR REPORTING                PAGE  02

Star Reporting Service, Inc.
703 Market Street
Suite 1003
San Francisco, CA 94103
(415) 348-0050   Fax (415) 348-0077

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 13543 | 07/23/2008 | 01-12486 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 07/18/2008 | KNIGME | CIV-1977-0047 |
| CASE CAPTION | | |
| Fred Graves vs. Joe Arpaio | | |
| TERMS | | |

Amy Fettig
American Civil Liberties Union Foundation
915 15th St., NW 7th Fl.
Washington, DC 20005

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | |
|---|---|---|---|
| DR. JOE GOLDENSON | 158 Pages @ | 3.25/Page | 513.50 |
| Copying Exhibits | 46.00 Pages @ | .35/Page | 16.10 |
| Condensed Copy (Mini) | | | 37.50 |
| E-Transcript | | | 35.00 |
| ASCII Rough Draft | 148.00 Pages @ | 1.75/Page | 259.00 |
| Shipping/Handling | | | 79.66 |
| | | TOTAL DUE >>>> | 940.76 |



PAID
07/24/08
# 21694

TAX ID NO.: 94-3314806                                    (202) 548-6608   Fax (202) 393-4931

*Please detach bottom portion and return with payment.*

Amy Fettig
American Civil Liberties Union Foundation
915 15th St., NW 7th Fl.
Washington, DC 20005

Invoice No. :  13543
Date        :  07/23/2008
TOTAL DUE   :     940.76

Job No.   :  01-12486
Case No.  :  CIV-1977-00479-PHX-NVW
Fred Graves vs. Joe Arpaio

Remit To:   Star Reporting Service, Inc.
            703 Market Street
            Suite 1003
            San Francisco, CA 94103

07/24/2008   06:53   14153480077   STAR REPORTING   PAGE  01

Star Reporting Service, Inc.
703 Market Street
Suite 1003
San Francisco, CA 94103
(415) 348-0050   Fax (415) 348-0077

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 13545 | 07/23/2008 | 01-12487 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 07/17/2008 | KNIGME | CIV-1977-0047 |

| CASE CAPTION |
|---|
| Fred Graves vs. Joe Arpaio |

| TERMS |
|---|
| |

Amy Fettig
American Civil Liberties Union Foundation
915 15th St., NW 7th Fl.
Washington, DC 20005

1 CERTIFIED COPY OF TRANSCRIPT OF:
  Jackie Clark               211 Pages @    3.25/Page       685.75
       E-Transcript                                       35.00
       Copying Exhibits     144.00 Pages @    .50/Page        72.00
       Condensed Copy (Mini)                            37.50
       ASCII Rough Draft     201.00 Pages @    1.75/Page      351.75
       Shipping/Handling                               30.00

                       TOTAL DUE >>>>     1,212.00

*Margaret Winter*

TAX ID NO.: 94-3314806                   (202) 548-6608     Fax (202) 393-4931

*Please detach bottom portion and return with payment.*    548-6605

Amy Fettig
American Civil Liberties Union Foundation
915 15th St., NW 7th Fl.
Washington, DC 20005

Invoice No.:   13545
Date      :   07/23/2008
**TOTAL DUE**   :   1,212.00

Job No.      :   01-12487
Case No.     :   CIV-1977-00479-PHX-NVW
Fred Graves vs. Joe Arpaio

Remit To:    Star Reporting Service, Inc.
            703 Market Street
            Suite 1003
            San Francisco, CA 94103



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 2-848-29078 | Aug 05, 2008 | | 4 of 5 |

### FedEx Express Shipment Detail By Reference (Original)

**Dropped off:** Jul 28, 2008     **Cust. Ref.:** HART-218     **Ref.#2:**
**Payer:** Shipper     **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 32.50% to this shipment.
- Distance Based Pricing, Zone 8

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 792089921707 | Alicia Gathers | Patrica Sherrill | |
| Service Type | FedEx Standard Overnight | NATIONAL PRISON PROJECT | Osborn Maledon, PA | |
| Package Type | FedEx Envelope | 915 15TH ST., NW | 2929 N CENTRAL AVE STE 2100 | |
| Zone | 08 | WASHINGTON DC 20005 US | PHOENIX AZ 85012 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Jul 29, 2008 09:40 | Transportation Charge | | 21.25 |
| Svc Area | A1 | Discount | | -3.40 |
| Signed by | R.DEL RAE | Fuel Surcharge | | 5.80 |
| FedEx Use | 000000000/0000266/_ | **Total Charge** | **USD** | **$23.65** |

**HART-218 Reference Subtotal**     **USD**     **$23.65**

**Dropped off:** Jul 28, 2008     **Cust. Ref.:** Hart-218     **Ref.#2:**
**Payer:** Shipper     **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 32.50% to this shipment.
- Distance Based Pricing, Zone 8
- Package Delivered to Recipient Address - Release Authorized

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 799486851898 | Hanh Nguyen | Pablo Stewart, MD | |
| Service Type | FedEx Standard Overnight | NATIONAL PRISON PROJECT | 824 ASHBURY ST | |
| Package Type | FedEx Box | 915 15TH ST., NW | SAN FRANCISCO CA 94117 US | |
| Zone | 08 | WASHINGTON DC 20005 US | | |
| Packages | 1 | | | |
| Rated Weight | 7.0 lbs, 3.2 kgs | Transportation Charge | | 55.80 |
| Delivered | Jul 29, 2008 11:35 | Discount | | -5.58 |
| Svc Area | A1 | Residential Delivery | | 2.30 |
| Signed by | 9999999999999 | Fuel Surcharge | | 17.07 |
| FedEx Use | 000000000/0001415/02 | **Total Charge** | **USD** | **$69.59** |

**Hart-218 Reference Subtotal**     **USD**     **$69.59**

**Dropped off:** Jul 28, 2008     **Cust. Ref.:** hart-218     **Ref.#2:**
**Payer:** Shipper     **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 32.50% to this shipment.
- Distance Based Pricing, Zone 8

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 799357720780 | Hanh Nguyen | Adam Polson | |
| Service Type | FedEx Standard Overnight | NATIONAL PRISON PROJECT | Dennis Wilenchik | |
| Package Type | FedEx Envelope | 915 15TH ST., NW | Wilenchik & Bartness | |
| Zone | 08 | WASHINGTON DC 20005 US | PHOENIX AZ 85004 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Jul 29, 2008 11:09 | Transportation Charge | | 21.25 |
| Svc Area | A1 | Discount | | -3.40 |
| Signed by | M.WILENCHICK | Fuel Surcharge | | 5.80 |
| FedEx Use | 000000000/0000266/_ | **Total Charge** | **USD** | **$23.65** |



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 2-848-29078 | Aug 05, 2008 | | 5 of 5 |

Picked up: Jul 29, 2008     Cust. Ref.: hart-218     Ref.#2:
Payor: Shipper              Ref.#3:

- Fuel Surcharge - FedEx has applied a fuel surcharge of 32.50% to this shipment.
- Distance Based Pricing, Zone 8
- Package sent from: 20002 zip code

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | | Joe Goldenson, MD | |
| Tracking ID | 798987630324 | Hanh Nguyen | San Francisco Dept. Public Hea | |
| Service Type | FedEx Priority Overnight | NATIONAL PRISON PROJECT | 650 5TH ST STE 309 | |
| Package Type | FedEx Envelope | 915 15TH ST., NW | SAN FRANCISCO CA 94107 US | |
| Zone | 08 | WASHINGTON DC 20005 US | | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Jul 30, 2008 09:08 | Transportation Charge | | 24.35 |
| Svc Area | A1 | Fuel Surcharge | | 6.65 |
| Signed by | J.SHARKEY | Discount | | -3.90 |
| FedEx Use | 000000000/0000252/__ | **Total Charge** | USD | **$27.10** |

| | | |
|---|---|---|
| **hart-218 Reference Subtotal** | **USD** | **$50.75** |
| **Total FedEx Express** | **USD** | **$143.99** |



# Sir Speedy®

**PRINTING • COPYING • DIGITAL NETWORK**

*Fast, FREE*
*Pick-Up & Delivery*

*Visit us at*
**www.sirspeedy.com/solutions!**

*Now With  4 Locations To Serve Your Printing and Copying Needs*

1029 Vermont Ave, NW
Washington, DC  20005
(202) 393-8485
Fax (202) 393-3113

1429 H Street, NW
Washington, DC  20005
(202) 408-8485
Fax (202) 408-8487

1300 Connecticut Ave, NW
Washington, DC  20036
(202) 887-5100
Fax (202) 887-5531

1025 17th Street, NW
Washington, DC  20036
(202) 466-8485
Fax (202) 466-8486

National Prison Project
915 15th Street   NW   7th Floor
Washington  DC  20005

Statement Date: 7/31/2008
Account No.  1561

Sales Rep

| Date | Inv# | Description | Payment | Balance | |
|------|------|-------------|---------|---------|---|
| 7/28/2008 | 56087 | June 2008 Discovery Disk Copies | | 448.91 | Pd 12/5/0 |
| 7/28/2008 | 56088 | June 2008 Discovery Disk Copies | | 834.53 | Pd 8/11/ |

PAID
8/11/08  JB  21732

# STATEMENT

| | Current | 30 days | 45 days | 60+ days | Total Due | |
|---|---------|---------|---------|----------|-----------|---|
| | 1,283.44 | 0.00 | 0.00 | 0.00 | | 1,283.44 |

*Fast, FREE Pick-Up & Delivery*

*Visit us at www.sirspeedy.com/solutions!*

# FedEx

| Invoice Number | Invoice Date | Account Number |
|---|---|---|
| 2-860-67094 | Aug 12, 2008 | |

## FedEx Express Shipment Detail By Reference (Original)

**Dropped off:** Aug 01, 2008
**Payer:** Third Party    **Cust. Ref.:** NO REFERENCE INFORMATION
Ref.#3:    Ref.#2:

- Fuel Surcharge - FedEx has applied a fuel surcharge of 32.50% to this shipment.
- Distance Based Pricing, Zone 3

| | | | |
|---|---|---|---|
| Automation | INET | | |
| Tracking ID | 790062499940 | **Sender** | **Recipient** |
| Service Type | FedEx Standard Overnight | Gabriel Eber | Mr. George Kouros |
| Package Type | FedEx Envelope | 4615 N. Park Ave. #708 | Federal Capital Habeas Project |
| Zone | 03 | CHEVY CHASE MD 20815 US | 265 Church St. |
| Packages | 1 | | NEW HAVEN CT 06510 US |
| Rated Weight | N/A | | |
| Delivered | Aug 04, 2008 14:07 | Transportation Charge | 15.40 |
| Svc Area | AA | Fuel Surcharge | 4.21 |
| Signed by | C.LACCONE | Discount | -2.46 |
| FedEx Use | 000000000/0000211/_ | **Total Charge** USD | **$17.15** |

**NO REFERENCE INFORMATION Reference Subtotal**    USD    **$17.15**

**Picked up:** Aug 04, 2008
**Payer:** Shipper    **Cust. Ref.:** HART-218
Ref.#3:    Ref.#2:

- Fuel Surcharge - FedEx has applied a fuel surcharge of 34.50% to this shipment.
- Distance Based Pricing, Zone 8
- Package sent from: 20002 zip code
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- Package Delivered to Recipient Address - Release Authorized
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Pak was rated as Customer Packaging.

| | | | |
|---|---|---|---|
| Automation | INET | | |
| Tracking ID | 796044039440 | **Sender** | **Recipient** |
| Service Type | FedEx Standard Overnight | Hanh Nguyen | Pablo Stewart, MD |
| Package Type | Customer Packaging | NATIONAL PRISON PROJECT | 824 ASHBURY ST |
| Zone | 08 | 915 15TH ST., NW | SAN FRANCISCO CA 94117 US |
| Packages | 1 | WASHINGTON DC 20005 US | |
| Rated Weight | 3.0 lbs, 1.4 kgs | | |
| Delivered | Aug 05, 2008 13:45 | Transportation Charge | 41.75 |
| Svc Area | A1 | Discount | -4.18 |
| Signed by | 9999999999999 | Fuel Surcharge | 13.76 |
| FedEx Use | 000000000/0001415/02 | Residential Delivery | 2.30 |
| | | **Total Charge** USD | **$53.63** |

**Picked up:** Aug 04, 2008
**Payer:** Shipper    **Cust. Ref.:** HART-218
Ref.#3:    Ref.#2:

- Fuel Surcharge - FedEx has applied a fuel surcharge of 34.50% to this shipment.
- Distance Based Pricing, Zone 8
- Package sent from: 20002 zip code
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Pak was rated as FedEx Pak.

| | | | |
|---|---|---|---|
| Automation | INET | | |
| Tracking ID | 797043131463 | **Sender** | **Recipient** |
| Service Type | FedEx Standard Overnight | Hanh Nguyen | Joe Goldenson, MD |
| Package Type | FedEx Pak | NATIONAL PRISON PROJECT | San Francisco Dept. Public Hea |
| Zone | 08 | 915 15TH ST., NW | 650 5TH ST STE 309 |
| Packages | 1 | WASHINGTON DC 20005 US | SAN FRANCISCO CA 94107 US |
| Rated Weight | 2.0 lbs, 0.9 kgs | | |
| Delivered | Aug 05, 2008 13:06 | Transportation Charge | 38.15 |
| Svc Area | A1 | Fuel Surcharge | 11.84 |
| Signed by | W.PLUMLEE | Discount | -3.82 |
| FedEx Use | 000000000/0001415/_ | **Total Charge** USD | **$46.17** |

**HART-218 Reference Subtotal**    USD    **$99.80**



```
┌─────────────────────────────────────┐
│  TRANSMISSION VERIFICATION REPORT    │
└─────────────────────────────────────┘
```

```
                                    TIME : 08/04/2008 22:18
                                    NAME : ALPER LAW OFFICE
                                    FAX  : 2026250762
                                    TEL  :
```

```
┌──────────────────────────────────────────────────────────────────┐
│                                                                    │
│   DATE,TIME          08/04  22:18                                  │
│   FAX NO./NAME       16026062811-218                               │
│   DURATION           00:00:35                                      │
│   PAGE(S)            02                                            │
│   RESULT             OK                                            │
│   MODE               STANDARD                                      │
│                      ECM                                           │
│                                                                    │
└──────────────────────────────────────────────────────────────────┘
```

LEGAL DEPARTMENT
NATIONAL PRISON
PROJECT



# FACSIMILE TRANSMISSION

**Number of pages, including this page:** __2__

AMERICAN CIVIL
LIBERTIES UNION FOUNDATION

**Date:**   8/4/08

PLEASE RESPOND TO:
NATIONAL PRISON PROJECT
915 15TH STREET, NW
7TH FLOOR
WASHINGTON, DC 20005-2112
T/202.393.4930
F/202.393.4931
WWW.ACLU.ORG

**To:**   ✓  Dennis I. Wilenchik      602-606-2811
              Adam S. Polson
              Michele M. Iafrate       602-234-9733
              Debra Hill               602-640-9050
              Sherad Desai

ELIZABETH ALEXANDER
DIRECTOR
ATTORNEY AT LAW

NATIONAL OFFICE
125 BROAD STREET, 18TH FL.
NEW YORK, NY 10004-2400
T/212.549.2500

**From:**   Margaret Winter, Esq.

OFFICERS AND DIRECTORS
NADINE STROSSEN
PRESIDENT

**Fax number:**   202-393-4931

ANTHONY D. ROMERO
EXECUTIVE DIRECTOR

**Case subject/number:**   Hart/218

RICHARD ZACKS
TREASURER

| Invoice Number | Invoice Date | Account Number |
|---|---|---|
| 2-860-67094 | Aug 12, 2008 | ~~2~~ |

Cust. Rel.: Hart-218    Ref.#2:

Dropped off: Aug 06, 2008    Ref.#3:
Payor: Shipper
• Fuel Surcharge - FedEx has applied a fuel surcharge of 34.50% to this shipment.
• Distance Based Pricing, Zone 8

| | | Sender | Recipient |
|---|---|---|---|
| Automation | INET | Hanh Nguyen | Debra A. Hill |
| Tracking ID | 799890609009 | NATIONAL PRISON PROJECT | Osborn Maledon, PA |
| Service Type | FedEx Standard Overnight | 915 15TH ST., NW | 2929 N CENTRAL AVE STE 2100 |
| Package Type | Customer Packaging | WASHINGTON DC 20005 US | PHOENIX AZ 85012 US |
| Zone | 08 | | |
| Packages | 1 | | 112.50 |
| Rated Weight | 25.0 lbs, 11.4 kgs | | |
| Delivered | Aug 07, 2008 09:36 | Transportation Charge | -11.25 |
| Svc Area | A1 | Discount | 34.93 |
| Signed by | R.DEL RAE | Fuel Surcharge                            USD | $136.18 |
| FedEx Use | 000000000/0001415/_ | Total Charge | |

**Hart-218 Reference Subtotal**          **USD**          **$136.18**

Dropped off: Aug 07, 2008    Cust. Rel.: hart-218    Ref.#2:
Payor: Shipper    Ref.#3:
• Fuel Surcharge - FedEx has applied a fuel surcharge of 34.50% to this shipment.
• Distance Based Pricing, Zone 8
• FedEx has audited this shipment for correct packages, weight, and service. Any changes are reflected in the invoice amount.

| | | Sender | Recipient |
|---|---|---|---|
| Automation | INET | Alicia Gathers | Margaret Winter, |
| Tracking ID | 791938336402 | NATIONAL PRISON PROJECT | Hampton Inn-Phoenix Midtown |
| Service Type | FedEx Standard Overnight | 915 15TH ST., NW | 160 W CATALINA DR |
| Package Type | Customer Packaging | WASHINGTON DC 20005 US | PHOENIX AZ 85013 US |
| Zone | 08 | | |
| Packages | 1 | | 129.55 |
| Rated Weight | 31.0 lbs, 14.1 kgs | | |
| Delivered | Aug 08, 2008 09:27 | Transportation Charge | -12.96 |
| Svc Area | A1 | Discount | 40.22 |
| Signed by | A.WEBB | Fuel Surcharge                            USD | $156.81 |
| FedEx Use | 000000000/0001415/_ | Total Charge | |

Dropped off: Aug 07, 2008    Cust. Rel.: hart-218    Ref.#2:
Payor: Shipper    Ref.#3:
• Fuel Surcharge - FedEx has applied a fuel surcharge of 34.50% to this shipment.
• Distance Based Pricing, Zone 8
• FedEx has audited this shipment for correct packages, weight, and service. Any changes are reflected in the invoice amount.

| | | Sender | Recipient |
|---|---|---|---|
| Automation | INET | Alicia Gathers | Margaret Winter, |
| Tracking ID | 792093731680 | NATIONAL PRISON PROJECT | Hampton Inn-Phoenix Midtown |
| Service Type | FedEx Standard Overnight | 915 15TH ST., NW | 160 W CATALINA DR |
| Package Type | Customer Packaging | WASHINGTON DC 20005 US | PHOENIX AZ 85013 US |
| Zone | 08 | | |
| Packages | 1 | | 137.65 |
| Rated Weight | 34.0 lbs, 15.5 kgs | | |
| Delivered | Aug 08, 2008 09:27 | Transportation Charge | -13.77 |
| Svc Area | A1 | Discount | 42.74 |
| Signed by | A.WEBB | Fuel Surcharge                            USD | $166.62 |
| FedEx Use | 000000000/0001415/_ | Total Charge | |

Dropped off: Aug 07, 2008    Cust. Rel.: hart-218    Ref.#2:
Payor: Shipper    Ref.#3:
• Fuel Surcharge - FedEx has applied a fuel surcharge of 34.50% to this shipment.
• Distance Based Pricing, Zone 8
• FedEx has audited this shipment for correct packages, weight, and service. Any changes are reflected in the invoice amount.

| | | Sender | Recipient |
|---|---|---|---|
| Automation | INET | Alicia Gathers | Margaret Winter, |
| Tracking ID | 792093731705 | NATIONAL PRISON PROJECT | Hampton Inn-Phoenix Midtown |
| Service Type | FedEx Standard Overnight | 915 15TH ST., NW | 160 W CATALINA DR |
| Package Type | Customer Packaging | WASHINGTON DC 20005 US | PHOENIX AZ 85013 US |
| Zone | 08 | | |
| Packages | 1 | | 129.55 |
| Rated Weight | 31.0 lbs, 14.1 kgs | | |
| Delivered | Aug 08, 2008 09:27 | Transportation Charge | |

Continued on next page

07469 3/3



**Phoenix/Midtown**
160 West Catalina Drive • Phoenix, AZ 85013
Phone (602) 200-0990 • Fax (602) 200-0999
hamptoninn.com/hi/phoenix-midtown

official sponsor u.s. olympic team



| | | | |
|---|---|---|---|
| WINTER, MARGARET | name | room number: | 404/KXTD |
| 733 15TH ST NW | address | arrival date: | 08/10/08 6:39PM |
| | | departure date: | 09/06/08 |
| WASHINGTON, DC 20005 | | | |
| US | | adult/child: | 1/0 |
| | | room rate: | ** $89.00 |

If the debit/credit card you are using for check-in is attached to a bank or checking account, a hold will be placed on the account for the full anticipated dollar amount to be owed to the hotel, including estimated incidentals, through your date of check-out and such funds will not be released for 72 business hours from the date of check-out or longer at the discretion of your financial institution.

Confirmation: 80483623

09/06/08    PAGE    1

RATE PLAN    LV2
HH# 354724919 BLUE
AL:    WN #00000068195035
BONUS AL:    CAR:

Rates subject to applicable sales, occupancy, or other taxes. Please do not leave any money or items of value unattended in your room. The hotel is not responsible for lost or stolen articles from your room or vehicle. A safety deposit box is available for you in the lobby. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or full amount of these charges, I authorize you to bill the full balance of my account to my credit card which was presented or authorized upon registration. "I have requested weekday delivery of USA Today. If refused, a credit of $0.75 will be applied to my account. In the event of an emergency, I, or someone in my party require special evacuation assistance due to a physical disability. Please indicate yes by checking here.

signature: ☐

| date | reference | description | amount |
|---|---|---|---|
| 08/10/08 | 811815 | GUEST ROOM | $89.00 |
| 08/10/08 | 811815 | STATE TAX | $6.47 |
| 08/10/08 | 811815 | CITY TAX | $4.45 |
| 08/11/08 | 811921 | GUEST ROOM | $89.00 |
| 08/11/08 | 811921 | STATE TAX | $6.47 |
| 08/11/08 | 811921 | CITY TAX | $4.45 |
| 08/12/08 | 811815 | SERVICE RECOVERY: REVENUE | ($89.00) |
| 08/12/08 | 811815 | SERVICE RECOVERY: REVENUE | ($6.47) |
| 08/12/08 | 811815 | SERVICE RECOVERY: REVENUE | ($4.45) |
| 08/12/08 | 811970 | VALET LAUNDRY | $20.50 |
| 08/12/08 | 811970 | TAXES | $1.66 |
| 08/12/08 | 812048 | GUEST ROOM | $89.00 |
| 08/12/08 | 812048 | STATE TAX | $6.47 |
| 08/12/08 | 812048 | CITY TAX | $4.45 |
| 08/13/08 | 812224 | GUEST ROOM | $89.00 |
| 08/13/08 | 812224 | STATE TAX | $6.47 |
| 08/13/08 | 812224 | CITY TAX | $4.45 |
| 08/14/08 | 812424 | GUEST ROOM | $89.00 |
| 08/14/08 | 812424 | STATE TAX | $6.47 |
| 08/14/08 | 812424 | CITY TAX | $4.45 |
| 08/15/08 | 812551 | GUEST ROOM | $69.00 |
| 08/15/08 | 812551 | STATE TAX | $5.02 |
| 08/15/08 | 812551 | CITY TAX | $3.45 |
| 08/16/08 | 812647 | GUEST ROOM | $69.00 |

for reservations call 1.800.hampton or visit us online at www.hamptoninn.com

| | | |
|---|---|---|
| account no. | date of charge | folio/check no. |
| | | 173260    A |
| card member name | authorization | initial |
| establishment no. and location | purchases & services | |
| establishment agrees to transmit card holder for payment | | |
| - | taxes | |
| | tips & misc. | |
| **signature** of card member | **total** amount | |
| X | | 0.00 |

           **thanks.**



**Phoenix Midtown**
160 West Catalina Drive • Phoenix, AZ 85013
Phone (602) 200-0990 • Fax (602) 200-0999
hamptoninn.com/hi/phoenix-midtown

official sponsor u.s. olympic team

 USA

| | | |
|---|---|---|
| WINTER, MARGARET | name | |
| 733 15TH ST NW | address | |
| WASHINGTON, DC 20005 | | |
| US | | |

| room number: | 404/KXTD |
|---|---|
| arrival date: | 08/10/08 6:39PM |
| departure date: | 09/06/08 |
| adult/child: | 1/0 |
| room rate: | ** $89.00 |

If the debit/credit card you are using for check-in is attached to a bank or checking account, a hold will be placed on the account for the full anticipated dollar amount to be owed to the hotel, including estimated incidentals, through your date of check-out and such funds will not be released for 72 business hours from the date of check-out or longer at the discretion of your financial institution.

RATE PLAN   LV2
HH# 354724919 BLUE
AL:        WN #00000068195035
BONUS AL:          CAR:

Confirmation: 80483623

09/06/08      PAGE   2

Rates subject to applicable sales, occupancy, or other taxes. Please do not leave any money or items of value unattended in your room. The hotel is not responsible for lost or stolen articles from your room or vehicle. A safety deposit box is available for you in the lobby. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or full amount of these charges. I authorize you to bill the full balance of my account to my credit card which was presented or authorized upon registration. "I have requested weekday delivery of USA Today. If refused, a credit of $0.75 will be applied to my account. In the event of an emergency, I, or someone in my party require special evacuation assistance due to a physical disability. Please indicate yes by checking here:

**signature:**

| date | reference | description | amount |
|---|---|---|---|
| 08/16/08 | 812647 | STATE TAX | $5.02 |
| 08/16/08 | 812647 | CITY TAX | $3.45 |
| 08/17/08 | 812725 | GUEST ROOM | $89.00 |
| 08/17/08 | 812725 | STATE TAX | $6.47 |
| 08/17/08 | 812725 | CITY TAX | $4.45 |
| 08/18/08 | 812849 | GUEST ROOM | $89.00 |
| 08/18/08 | 812849 | STATE TAX | $6.47 |
| 08/18/08 | 812849 | CITY TAX | $4.45 |
| 08/19/08 | 812993 | GUEST ROOM | $89.00 |
| 08/19/08 | 812993 | STATE TAX | $6.47 |
| 08/19/08 | 812993 | CITY TAX | $4.45 |
| 08/20/08 | 813165 | GUEST ROOM | $89.00 |
| 08/20/08 | 813165 | STATE TAX | $6.47 |
| 08/20/08 | 813165 | CITY TAX | $4.45 |
| 08/21/08 | 813310 | GUEST ROOM | $89.00 |
| 08/21/08 | 813310 | STATE TAX | $6.47 |
| 08/21/08 | 813310 | CITY TAX | $4.45 |
| 08/22/08 | 813479 | GUEST ROOM | $69.00 |
| 08/22/08 | 813479 | STATE TAX | $5.02 |
| 08/22/08 | 813479 | CITY TAX | $3.45 |
| 08/23/08 | 813541 | AX *4105 | ($1,153.85) |
| 08/23/08 | 813600 | GUEST ROOM | $69.00 |
| 08/23/08 | 813600 | STATE TAX | $5.02 |
| 08/23/08 | 813600 | CITY TAX | $3.45 |

for reservations call 1-800-hampton or visit us online at www.hamptoninn.com

| account no. | date of charge | folio/check no. |
|---|---|---|
| | | 173260   A |
| card member name | authorization | initial |
| establishment no. and location  establishment agrees to transmit to card holder for payment | purchases & services | |
| | taxes | |
| | tips & misc. | |
| **signature** of card member | **total** amount | |
| X | | 0.00 |

        **thanks.**

**Hampton**

Phoenix / Midtown
160 West Catalina Drive  •  Phoenix, AZ 85013
Phone (602) 200-0990  •  Fax (602) 200-0999
hamptoninn.com/hi/phoenix-midtown

official sponsor u.s. olympic team



| | | | |
|---|---|---|---|
| WINTER, MARGARET<br>733 15TH ST NW<br><br>WASHINGTON, DC 20005<br>US | name<br>address | room number:<br>arrival date:<br>departure date:<br><br>adult/child:<br>room rate: | 404/KXTD<br>08/10/08 6:39PM<br>09/06/08<br><br>1/0<br>**  $89.00 |

If the debit/credit card you are using for check-in is attached to a bank or checking account, a hold will be placed on the account for the full anticipated dollar amount to be owed to the hotel, including estimated incidentals, through your date of check-out and such funds will not be released for 72 business hours from the date of check-out or longer at the discretion of your financial institution.

RATE PLAN          LV2
HH#  354724919 BLUE
AL:        WN #00000068195035
BONUS AL:                    CAR:

Confirmation: 80483623

Rates subject to applicable sales, occupancy, or other taxes. Please do not leave any money or items of value unattended in your room. The hotel is not responsible for lost or stolen articles from your room or safe. A safety deposit box is available for you in the lobby. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or full amount of these charges, I authorize you to bill the full balance of my account to my credit card which was presented or authorized upon registration. "I have requested weekday delivery of USA Today. If refused, a credit of $0.75 will be applied to my account. In the event of an emergency, I, or someone in my party require special evacuation assistance due to a physical disability. Please indicate yes by checking here:

09/06/08      PAGE      3

signature: ☐

| date | reference | description | amount |
|---|---|---|---|
| 08/24/08 | 813709 | GUEST ROOM | $89.00 |
| 08/24/08 | 813709 | STATE TAX | $6.47 |
| 08/24/08 | 813709 | CITY TAX | $4.45 |
| 08/25/08 | 813772 | VALET LAUNDRY | $14.50 |
| 08/25/08 | 813772 | TAXES | $1.17 |
| 08/25/08 | 813856 | GUEST ROOM | $89.00 |
| 08/25/08 | 813856 | STATE TAX | $6.47 |
| 08/25/08 | 813856 | CITY TAX | $4.45 |
| 08/26/08 | 814021 | GUEST ROOM | $89.00 |
| 08/26/08 | 814021 | STATE TAX | $6.47 |
| 08/26/08 | 814021 | CITY TAX | $4.45 |
| 08/27/08 | 814183 | GUEST ROOM | $89.00 |
| 08/27/08 | 814183 | STATE TAX | $6.47 |
| 08/27/08 | 814183 | CITY TAX | $4.45 |
| 08/28/08 | 814341 | GUEST ROOM | $89.00 |
| 08/28/08 | 814341 | STATE TAX | $6.47 |
| 08/28/08 | 814341 | CITY TAX | $4.45 |
| 08/29/08 | 814517 | GUEST ROOM | $69.00 |
| 08/29/08 | 814517 | STATE TAX | $5.02 |
| 08/29/08 | 814517 | CITY TAX | $3.45 |
| 08/30/08 | 814659 | GUEST ROOM | $69.00 |
| 08/30/08 | 814659 | STATE TAX | $5.02 |
| 08/30/08 | 814659 | CITY TAX | $3.45 |
| 08/31/08 | 814783 | GUEST ROOM | $69.00 |

for reservations call 1-800-hampton or visit us online at www.hamptoninn.com

| | |
|---|---|
| account no. | date of charge     folio/check no.<br><br>173260     A |
| card member name | authorization          initial |
| establishment no. and location    establishment agrees to transmit to card holder for payment | purchases & services |
| | taxes |
| | tips & misc. |
| signature of card member<br><br>X | total amount<br><br>0.00 |

TheHiltonFamily         thanks.



**Phoenix/Midtown**
160 West Catalina Drive • Phoenix, AZ 85013
Phone (602) 200-0990 • Fax (602) 200-0999
hamptoninn.com/hi/phoenix-midtown

USA
official sponsor u.s. olympic team



| | | |
|---|---|---|
| WINTER, MARGARET | name | |
| 733 15TH ST NW | address | |
| | | |
| WASHINGTON, DC 20005 | | |
| US | | |

| | |
|---|---|
| room number: | 404/KXTD |
| arrival date: | 08/10/08:6:39PM |
| departure date: | 09/06/08 |
| adult/child: | 1/0 |
| room rate: ** | $89.00 |

If the debit/credit card you are using for check-in is attached to a bank or checking account, a hold will be placed on the account for the full anticipated dollar amount to be owed to the hotel, including estimated incidentals, through your date of check-out and such funds will not be released for 72 business hours from the date of check-out or longer at the discretion of your financial institution.

Confirmation:  80483623

09/06/08        PAGE        4

RATE PLAN          LV2
HH# 354724919 BLUE
AL:              WN #0000068195035
BONUS AL:              CAR:

Rates subject to applicable sales, occupancy, or other taxes. Please do not leave any money or items of value unattended in your room. The hotel is not responsible for lost or stolen articles from your room or vehicle. A safety deposit box is available for you in the lobby. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or full amount of these charges, I authorize you to bill the full balance of my account to my credit card which was presented or authorized upon registration. *I have requested weekday delivery of USA Today. If refused, a credit of $0.75 will be applied to my account. In the event of an emergency, I, or someone in my party require special evacuation assistance due to a physical disability. Please indicate yes by checking here:

signature:                                                                                    ☐

| date | reference | description | amount |
|---|---|---|---|
| 08/31/08 | 814783 | STATE TAX | $5.02 |
| 08/31/08 | 814783 | CITY TAX | $3.45 |
| 09/01/08 | 814904 | GUEST ROOM | $69.00 |
| 09/01/08 | 814904 | STATE TAX | $5.02 |
| 09/01/08 | 814904 | CITY TAX | $3.45 |
| 09/02/08 | 815035 | GUEST ROOM | $89.00 |
| 09/02/08 | 815035 | STATE TAX | $6.47 |
| 09/02/08 | 815035 | CITY TAX | $4.45 |
| 09/03/08 | 815162 | GUEST ROOM | $89.00 |
| 09/03/08 | 815162 | STATE TAX | $6.47 |
| 09/03/08 | 815162 | CITY TAX | $4.45 |
| 09/04/08 | 815304 | GUEST ROOM | $89.00 |
| 09/04/08 | 815304 | STATE TAX | $6.47 |
| 09/04/08 | 815304 | CITY TAX | $4.45 |
| 09/05/08 | 815418 | GUEST ROOM | $69.00 |
| 09/05/08 | 815418 | STATE TAX | $5.02 |
| 09/05/08 | 815418 | CITY TAX | $3.45 |

|  | |
|---|---|
| WILL BE SETTLED TO AX *4105 | $1,279.85 |
| EFFECTIVE BALANCE OF | $0.00 |

*Hilton HHonors(R) stays post to your account within 72 hours of checkout. To check your earnings for this stay or any other stay at any of more than 3,000 Hilton Family hotels worldwide visit HiltonHH*

for reservations call 1-800-hampton or visit us online at www.hamptoninn.com

| account no. | | date of charge | folio/check no. |
|---|---|---|---|
| | | | 173260      A |
| card member name | | authorization | initial |
| establishment no. and location | establishment agrees to transmit to card holder for payment | purchases & services | |
| | - | taxes | |
| | | tips & misc. | |
| signature of card member | | total amount | |
| X | | | 0.00 |

The Hilton Family Hilton CONRAD DOUBLETREE EMBASSY SUITES HOTELS Hampton Hilton Garden Inn HOMEWOOD SUITES     **thanks.**



**Phoenix - Midtown**

160 West Catalina Drive • Phoenix, AZ 85013
Phone (602) 200-0990 • Fax (602) 200-0999
hamptoninn.com/hi/phoenix-midtown

official sponsor u.s. olympic team



U S A

| | | |
|---|---|---|
| WINTER, MARGARET | name | room number: 404/KXTD |
| 733 15TH ST NW | address | arrival date: 08/10/08 6:39PM |
| | | departure date: 09/06/08 |
| WASHINGTON, DC 20005 | | |
| US | | adult/child: 1/0 |
| | | room rate: ** $89.00 |

If the debit/credit card you are using for check-in is attached to a bank or checking account, a hold will be placed on the account for the full anticipated dollar amount to be owed to the hotel, including estimated incidentals, through your date of check-out and such funds will not be released for 72 business hours from the date of check-out or longer at the discretion of your financial institution.

RATE PLAN          LV2
HH# 354724919 BLUE
AL:          WN #0000068195035
BONUS AL:          CAR:

Confirmation: 80483623

09/06/08          PAGE          1

Rates subject to applicable sales, occupancy, or other taxes. Please do not leave any money or items of value unattended in your room. The hotel is not responsible for lost or stolen articles from your room or vehicle. A safety deposit box is available for you in the lobby. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or full amount of these charges. I authorize you to bill the full balance of my account to my credit card which was presented or authorized upon registration. "I have requested weekday delivery of USA Today. If refused, a credit of $0.75 will be applied to my account. In the event of an emergency, I, or someone in my party require special evacuation assistance due to a physical disability. Please indicate yes by checking here:

signature:          ☐

| date | reference | description | amount |
|---|---|---|---|
| 08/10/08 | 811815 | GUEST ROOM | $89.00 |
| 08/10/08 | 811815 | STATE TAX | $6.47 |
| 08/10/08 | 811815 | CITY TAX | $4.45 |
| 08/11/08 | 811921 | GUEST ROOM | $89.00 |
| 08/11/08 | 811921 | STATE TAX | $6.47 |
| 08/11/08 | 811921 | CITY TAX | $4.45 |
| 08/12/08 | 811815 | SERVICE RECOVERY: REVENUE | ($89.00) |
| 08/12/08 | 811815 | SERVICE RECOVERY: REVENUE | ($6.47) |
| 08/12/08 | 811815 | SERVICE RECOVERY: REVENUE | ($4.45) |
| 08/12/08 | 811970 | VALET LAUNDRY | $20.50 |
| 08/12/08 | 811970 | TAXES | $1.66 |
| 08/12/08 | 812048 | GUEST ROOM | $89.00 |
| 08/12/08 | 812048 | STATE TAX | $6.47 |
| 08/12/08 | 812048 | CITY TAX | $4.45 |
| 08/13/08 | 812224 | GUEST ROOM | $89.00 |
| 08/13/08 | 812224 | STATE TAX | $6.47 |
| 08/13/08 | 812224 | CITY TAX | $4.45 |
| 08/14/08 | 812424 | GUEST ROOM | $89.00 |
| 08/14/08 | 812424 | STATE TAX | $6.47 |
| 08/14/08 | 812424 | CITY TAX | $4.45 |
| 08/15/08 | 812551 | GUEST ROOM | $69.00 |
| 08/15/08 | 812551 | STATE TAX | $5.02 |
| 08/15/08 | 812551 | CITY TAX | $3.45 |
| 08/16/08 | 812647 | GUEST ROOM | $69.00 |

for reservations call 1.800.hampton or visit us online at www.hamptoninn.com

| | | |
|---|---|---|
| account no. | date of charge | folio/check no. |
| | | 173260          A |
| card member name | authorization | initial |
| establishment no. and location    establishment agrees to transmit to card holder for payment | purchases & services | |
| - | taxes | |
| | tips & misc. | |
| signature of card member | total amount | |
| X | | 0.00 |

TheHiltonFamily    Hilton   CONRAD   DoubleTree   EMBASSY SUITES HOTELS   Hampton   Hilton Garden Inn   HOMEWOOD SUITES

thanks.



Phoenix-Midtown

160 West Catalina Drive • Phoenix, AZ 85013
Phone (602) 200-0990 • Fax (602) 200-0999
hamptoninn.com/hi/phoenix-midtown

official sponsor u.s. olympic team

 U S A

| | |
|---|---|
| WINTER, MARGARET | **name** |
| 733 15TH ST NW | **address** |
| WASHINGTON, DC 20005 | |
| US | |

| | |
|---|---|
| room number: | 404/KXTD |
| arrival date: | 08/10/08 6:39PM |
| departure date: | 09/06/08 |
| adult/child: | 1/0 |
| room rate: | ** $89.00 |

If the debit/credit card you are using for check-in is attached to a bank or checking account, a hold will be placed on the account for the full anticipated dollar amount to be owed to the hotel, including estimated incidentals, through your date of check-out and such funds will not be released for 72 business hours from the date of check-out or longer at the discretion of your financial institution.

Confirmation: 80483623

09/06/08     PAGE    2

| | |
|---|---|
| RATE PLAN | LV2 |
| HH# 354724919 BLUE | |
| AL: | WN #0000068195035 |
| BONUS AL: | CAR: |

Rates subject to applicable sales, occupancy, or other taxes. Please do not leave any money or items of value unattended in your room. The hotel is not responsible for lost or stolen articles from your room or vehicle. A safety deposit box is available for you in the lobby. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or full amount of these charges, I authorize you to bill the full balance of my account to my credit card which was presented or authorized upon registration. *I have requested weekday delivery of USA Today. If refused, a credit of $0.75 will be applied to my account. In the event of an emergency, I, or someone in my party, require special evacuation assistance due to a physical disability. Please indicate yes by checking here:

signature:             ☐

| date | reference | description | amount |
|---|---|---|---|
| 08/16/08 | 812647 | STATE TAX | $5.02 |
| 08/16/08 | 812647 | CITY TAX | $3.45 |
| 08/17/08 | 812725 | GUEST ROOM | $89.00 |
| 08/17/08 | 812725 | STATE TAX | $6.47 |
| 08/17/08 | 812725 | CITY TAX | $4.45 |
| 08/18/08 | 812849 | GUEST ROOM | $89.00 |
| 08/18/08 | 812849 | STATE TAX | $6.47 |
| 08/18/08 | 812849 | CITY TAX | $4.45 |
| 08/19/08 | 812993 | GUEST ROOM | $89.00 |
| 08/19/08 | 812993 | STATE TAX | $6.47 |
| 08/19/08 | 812993 | CITY TAX | $4.45 |
| 08/20/08 | 813165 | GUEST ROOM | $89.00 |
| 08/20/08 | 813165 | STATE TAX | $6.47 |
| 08/20/08 | 813165 | CITY TAX | $4.45 |
| 08/21/08 | 813310 | GUEST ROOM | $89.00 |
| 08/21/08 | 813310 | STATE TAX | $6.47 |
| 08/21/08 | 813310 | CITY TAX | $4.45 |
| 08/22/08 | 813479 | GUEST ROOM | $69.00 |
| 08/22/08 | 813479 | STATE TAX | $5.02 |
| 08/22/08 | 813479 | CITY TAX | $3.45 |
| 08/23/08 | 813541 | AX *4105 | ($1,153.85) |
| 08/23/08 | 813600 | GUEST ROOM | $69.00 |
| 08/23/08 | 813600 | STATE TAX | $5.02 |
| 08/23/08 | 813600 | CITY TAX | $3.45 |

for reservations call 1-800-hampton or visit us online at www.hamptoninn.com

| | | |
|---|---|---|
| account no. | date of charge | folio/check no. |
| | | 173260   A |
| card member name | authorization | initial |
| establishment no. and location    establishment agrees to transmit to card holder for payment | purchases & services | |
| | taxes | |
| | tips & misc. | |
| **signature** of card member | **total** amount | |
| X | | 0.00 |

       



**Phoenix Midtown**
160 West Catalina Drive • Phoenix, AZ 85013
Phone (602) 200-0990 • Fax (602) 200-0999
hamptoninn.com/hi/phoenix-midtown

official sponsor u.s. olympic team



| | |
|---|---|
| WINTER, MARGARET               name | room number:    404/KXTD |
| 733 15TH ST NW                 address | arrival date:    08/10/08 6:39PM |
| | departure date:    09/06/08 |
| WASHINGTON, DC 20005 | |
| US | adult/child:    1/0 |
| | room rate:    **    $89.00 |

If the debit/credit card you are using for check-in is attached to a bank or checking account, a hold will be placed on the account for the full anticipated dollar amount to be owed to the hotel, including estimated incidentals, through your date of check-out and such funds will not be released for 72 business hours from the date of check-out or longer at the discretion of your financial institution.

RATE PLAN        LV2
HH# 354724919 BLUE
AL:            WN #00000068195035
BONUS AL:                    CAR:

Confirmation: 80483623

Rates subject to applicable sales, occupancy, or other taxes. Please do not leave any money or items of value unattended in your room. The hotel is not responsible for lost or stolen articles from your room or vehicle. A safety deposit box is available for you in the lobby. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or full amount of these charges. I authorize you to bill the full balance of my account to my credit card which was presented or authorized upon registration. "I have requested weekday delivery of USA Today. If refused, a credit of $0.75 will be applied to my account. In the event of an emergency, I, or someone in my party require special evacuation assistance due to a physical disability. Please indicate yes by checking here:

09/06/08        PAGE        3

signature: ☐

| date | reference | description | amount |
|---|---|---|---|
| 08/24/08 | 813709 | GUEST ROOM | $89.00 |
| 08/24/08 | 813709 | STATE TAX | $6.47 |
| 08/24/08 | 813709 | CITY TAX | $4.45 |
| 08/25/08 | 813772 | VALET LAUNDRY | $14.50 |
| 08/25/08 | 813772 | TAXES | $1.17 |
| 08/25/08 | 813856 | GUEST ROOM | $89.00 |
| 08/25/08 | 813856 | STATE TAX | $6.47 |
| 08/25/08 | 813856 | CITY TAX | $4.45 |
| 08/26/08 | 814021 | GUEST ROOM | $89.00 |
| 08/26/08 | 814021 | STATE TAX | $6.47 |
| 08/26/08 | 814021 | CITY TAX | $4.45 |
| 08/27/08 | 814183 | GUEST ROOM | $89.00 |
| 08/27/08 | 814183 | STATE TAX | $6.47 |
| 08/27/08 | 814183 | CITY TAX | $4.45 |
| 08/28/08 | 814341 | GUEST ROOM | $89.00 |
| 08/28/08 | 814341 | STATE TAX | $6.47 |
| 08/28/08 | 814341 | CITY TAX | $4.45 |
| 08/29/08 | 814517 | GUEST ROOM | $69.00 |
| 08/29/08 | 814517 | STATE TAX | $5.02 |
| 08/29/08 | 814517 | CITY TAX | $3.45 |
| 08/30/08 | 814659 | GUEST ROOM | $69.00 |
| 08/30/08 | 814659 | STATE TAX | $5.02 |
| 08/30/08 | 814659 | CITY TAX | $3.45 |
| 08/31/08 | 814783 | GUEST ROOM | $69.00 |

for reservations call 1.800.hampton or visit us online at www.hamptoninn.com

| account no. | date of charge | folio/check no. |
|---|---|---|
| | | 173260    A |
| card member name | authorization | initial |
| establishment no. and location    establishment agrees to transmit to card holder for payment | purchases & services | |
| | taxes | |
| | tips & misc. | |
| **signature** of card member | **total** amount | 0.00 |
| X | | |

       

thanks.



# Phoenix/Midtown

160 West Catalina Drive • Phoenix, AZ 85013
Phone (602) 200-0990 • Fax (602) 200-0999
hamptoninn.com/hi/phoenix-midtown

**U.S.A**
official sponsor u.s. olympic team

| | | |
|---|---|---|
| WINTER, MARGARET | name | |
| 733 15TH ST NW | address | |
| WASHINGTON, DC 20005 | | |
| US | | |

| | |
|---|---|
| room number: | 404/KXTD |
| arrival date: | 08/10/08 6:39PM |
| departure date: | 09/06/08 |
| adult/child: | 1/0 |
| room rate: | ** $89.00 |

If the debit/credit card you are using for check-in is attached to a bank or checking account, a hold will be placed on the account for the full anticipated dollar amount to be owed to the hotel, including estimated incidentals, through your date of check-out and such funds will not be released for 72 business hours from the date of check-out or longer at the discretion of your financial institution.

| RATE PLAN | LV2 |
|---|---|
| HH# 354724919 BLUE | |
| AL: | WN #00000068195035 |
| BONUS AL: | CAR: |

Confirmation: 80483623

Rates subject to applicable sales, occupancy, or other taxes. Please do not leave any money or items of value unattended in your room. The hotel is not responsible for lost or stolen articles from your room or vehicle. A safety deposit box is available for you in the lobby. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or full amount of these charges, I authorize you to bill the full balance of my account to my credit card which was presented or authorized upon registration. "I have requested weekday delivery of USA Today. If refused, a credit of $0.75 will be applied to my account. In the event of an emergency, I, or someone in my party require special evacuation assistance due to a physical disability. Please indicate yes by checking here:

09/06/08    PAGE    4

**signature:** ☐

| date | reference | description | amount |
|---|---|---|---|
| 08/31/08 | 814783 | STATE TAX | $5.02 |
| 08/31/08 | 814783 | CITY TAX | $3.45 |
| 09/01/08 | 814904 | GUEST ROOM | $69.00 |
| 09/01/08 | 814904 | STATE TAX | $5.02 |
| 09/01/08 | 814904 | CITY TAX | $3.45 |
| 09/02/08 | 815035 | GUEST ROOM | $89.00 |
| 09/02/08 | 815035 | STATE TAX | $6.47 |
| 09/02/08 | 815035 | CITY TAX | $4.45 |
| 09/03/08 | 815162 | GUEST ROOM | $89.00 |
| 09/03/08 | 815162 | STATE TAX | $6.47 |
| 09/03/08 | 815162 | CITY TAX | $4.45 |
| 09/04/08 | 815304 | GUEST ROOM | $89.00 |
| 09/04/08 | 815304 | STATE TAX | $6.47 |
| 09/04/08 | 815304 | CITY TAX | $4.45 |
| 09/05/08 | 815418 | GUEST ROOM | $69.00 |
| 09/05/08 | 815418 | STATE TAX | $5.02 |
| 09/05/08 | 815418 | CITY TAX | $3.45 |
| | | WILL BE SETTLED TO AX *4105 | $1,279.85 |
| | | EFFECTIVE BALANCE OF | $0.00 |

*Hilton HHonors(R) stays post to your account within 72 hours of checkout. To check your earnings for this stay or any other stay at any of more than 3,000 Hilton Family hotels worldwide visit HiltonHH*

for reservations call 1.800.hampton or visit us online at www.hamptoninn.com

| | |
|---|---|
| account no. | |
| | date of charge |
| | folio/check no. |
| | 173260    A |
| card member name | |
| | authorization |
| | initial |
| establishment no. and location | establishment agrees to transmit to card holder for payment |
| | purchases & services |
| – | taxes |
| | tips & misc. |
| **signature** of card member | |
| X | **total** amount |
| | 0.00 |

The Hilton Family  |  Hilton |  CONRAD |  DOUBLETREE |  EMBASSY SUITES HOTELS |  Hampton |  Hilton Garden Inn |  HOMEWOOD SUITES Hilton

**thanks.**

# XO ® Communications



THE NATIONAL PRISON PROJECT OF THE ACLU

| | |
|---|---|
| Account Name | |
| Account Number | |
| Invoice Number | 0224573642 |
| Invoice Date | 07/09/08 |
| Total Amount Due | $1,816.09 |

## Call Detail Report - Outbound

**CARRIER DESCRIPTION: XO Communications**
**SERVICE LOCATION: 915 15TH ST NW NW , WASHINGTON**

**CALL FROM: (202)393-0064   ACCT. CODE: 023**

| Date | Time | Call To | | Number | Call Type | Minutes | Amount |
|---|---|---|---|---|---|---|---|
| 08/26/08 | 04:31 PM | Denver | CO | (720)232-7449 | RD | 1.2 | .00 |

| Service | Calls | Minutes | Amount |
|---|---|---|---|
| Inter-State Long Distance | 11 | 17.6 | .00 |
| Intralata | 1 | 0.8 | .00 |
| Local Area | 1 | 5.0 | .00 |
| **TOTAL** | 13 | 23.4 | .00 |

**CALL FROM: (202)393-0064   ACCT. CODE: 025,**

| Date | Time | Call To | | Number | Call Type | Minutes | Amount |
|---|---|---|---|---|---|---|---|
| 08/18/08 | 03:02 PM | New York | NY | (212)549-2811 | RD | 0.3 | .00 |

**CALL FROM: (202)393-0646   ACCT. CODE: 025,**

| Date | Time | Call To | | Number | Call Type | Minutes | Amount |
|---|---|---|---|---|---|---|---|
| 08/18/08 | 10:13 AM | New York | NY | (212)549-2811 | RD | 0.8 | .00 |

| Service | Calls | Minutes | Amount |
|---|---|---|---|
| Inter-State Long Distance | 3 | 2.1 | .00 |
| **TOTAL** | 3 | 2.1 | .00 |

**CALL FROM: (202)393-4930   ACCT. CODE: 030,**

| Date | Time | Call To | | Number | Call Type | Minutes | Amount |
|---|---|---|---|---|---|---|---|
| 08/13/08 | 11:46 AM | Matthews | NC | (704)844-9516 | RD | 5.0 | .00 |

**CALL FROM: (202)393-4930   ACCT. CODE: 030,**

| Date | Time | Call To | | Number | Call Type | Minutes | Amount |
|---|---|---|---|---|---|---|---|
| 08/11/08 | 02:05 PM | New York | NY | (212)549-2567 | RD | 1.2 | .00 |
| 08/11/08 | 11:57 AM | Matthews | NC | (704)844-9516 | RD | 12.3 | .00 |
| 08/12/08 | 03:32 PM | Matthews | NC | (704)844-9516 | RD | 8.9 | .00 |
| 08/16/08 | 10:22 AM | Matthews | NC | (704)844-9516 | RD | 4.4 | .00 |
| 08/20/08 | 03:03 PM | Matthews | NC | (704)844-9516 | RD | 12.0 | .00 |

**CALL FROM: (202)393-4930   ACCT. CODE: 030,**

| Date | Time | Call To | | Number | Call Type | Minutes | Amount |
|---|---|---|---|---|---|---|---|
| 08/12/08 | 09:33 AM | Severna Pk | MD | (410)974-2432 | RD | 5.6 | .00 |
| 08/12/08 | 10:26 AM | Matthews | NC | (704)844-9516 | RD | 2.0 | .00 |
| 08/12/08 | 10:29 AM | Charlotte | NC | (704)545-2016 | RD | 1.1 | .00 |
| 08/16/08 | 02:31 PM | Matthews | NC | (704)844-9516 | RD | 20.7 | .00 |

*continued*

---

## Call Detail Report - Outbound

**CARRIER DESCRIPTION: XO Communications**
**SERVICE LOCATION: 915 15TH ST NW NW , WASHINGTON**

**CALL FROM: (202)393-4930   ACCT. CODE: 030,**

| Date | Time | Call To | | Number | Call Type | Minutes | Amount |
|---|---|---|---|---|---|---|---|
| 08/16/08 | 02:54 PM | Matthews | NC | (704)844-9516 | RD | 5.2 | .00 |
| 08/17/08 | 03:28 PM | Las Vegas | NV | (702)448-3020 | RD | 5.2 | .00 |
| 08/18/08 | 12:39 PM | New York | NY | (212)549-2691 | RD | 0.2 | .00 |
| 08/18/08 | 03:16 PM | Las Vegas | NV | (702)448-3801 | RD | 1.1 | .00 |
| 08/18/08 | 03:25 PM | Las Vegas | NV | (702)448-3801 | RD | 0.1 | .00 |
| 08/23/08 | 12:31 PM | Matthews | NC | (704)844-9516 | RD | 1.4 | .00 |
| 08/28/08 | 03:19 PM | Snfc Junpr | CA | (415)672-1508 | RD | 0.6 | .00 |

**TOTAL FOR:**
**ACCT. CODE: 030**

| Service | Calls | Minutes | Amount |
|---|---|---|---|
| Inter-State Long Distance | 20 | 90.6 | .00 |
| **TOTAL** | 20 | 90.6 | .00 |

**CALL FROM: (202)393-0064   HART v. ARPAIO,**

| Date | Time | Call To | | Number | Call Type | Minutes | Amount |
|---|---|---|---|---|---|---|---|
| 08/11/08 | 11:19 AM | Snfc Mtev | CA | (415)753-0321 | RD | 1.0 | .00 |
| 08/18/08 | 10:11 AM | Annapolis | MD | (443)822-8264 | RD | 0.6 | .00 |
| 08/18/08 | 10:19 AM | No Phoenix | AZ | (602)200-0990 | RD | 1.1 | .00 |
| 08/18/08 | 02:41 PM | No Phoenix | AZ | (602)640-9384 | RD | 2.3 | .00 |
| 07/08/08 | 10:10 AM | Davis | CA | (530)979-6558 | RD | 1.1 | .00 |

| Service | Calls | Minutes | Amount |
|---|---|---|---|
| Inter-State Long Distance | 1 | 0.7 | .00 |

**CALL FROM: (202)393-0064   HART v. ARPAIO,**

| Date | Time | Call To | | Number | Call Type | Minutes | Amount |
|---|---|---|---|---|---|---|---|
| 07/08/08 | 04:10 PM | Kearney | NE | (308)224-9887 | RD | 0.7 | .00 |

**CALL FROM: (202)393-0118   HART v. ARPAIO,**

| Date | Time | Call To | | Number | Call Type | Minutes | Amount |
|---|---|---|---|---|---|---|---|
| 07/08/08 | 10:04 AM | Freehold | NJ | (415)764-0775 | RD | 0.2 | .00 |

**CALL FROM: (202)393-0064   PLRA,**

| Date | Time | Call To | | Number | Call Type | Minutes | Amount |
|---|---|---|---|---|---|---|---|
| 07/03/08 | 10:37 AM | Freehold | NJ | (732)580-5921 | RD | 0.7 | .00 |

**TOTAL FOR:**
**PLRA**

| Service | Calls | Minutes | Amount |
|---|---|---|---|
| Inter-State Long Distance | 1 | 0.7 | .00 |
| **TOTAL** | 1 | 0.7 | .00 |

*continued*

Manage your account online: www.businesscenter.xo.com          Contact Customer Care: 800.421.3872

# XO Communications ®

| Account Name | THE NATIONAL PRISON PROJECT OF THE ACLU |
| Account Number | 0010000006586... |
| Invoice Number | 0224573642 |
| Invoice Date | 07/09/08 |
| Total Amount Due | $1,816.09 |

## Call Detail Report - Outbound

CARRIER DESCRIPTION: XO Communications
SERVICE LOCATION: 915 15TH ST NW , WASHINGTON
CALL FROM: (202)393-3846   HART v. ARPAIO,

continued

| Date | Time | Call To | | Number | Call Type | Minutes | Amount |
|---|---|---|---|---|---|---|---|
| 06/16/08 | 09:27 AM | Snfc Cntrl | CA | (415)995-1701 | RD | 0.6 | .00 |
| 06/16/08 | 12:54 PM | Mesa | AZ | (480)924-8462 | RD | 2.3 | .00 |
| 06/17/08 | 11:50 AM | Phoenix | AZ | (602)606-2810 | RD | 1.1 | .00 |
| 06/17/08 | 11:52 AM | Snfc Mtew | AZ | (415)522-2000 | RD | 0.9 | .00 |
| 06/17/08 | 04:26 PM | No Phoenix | AZ | (602)640-9384 | RD | 3.6 | .00 |
| 06/18/08 | 12:54 PM | Conejo | CA | (805)492-4365 | RD | 0.8 | .00 |
| 06/18/08 | 02:47 PM | Conejo | CA | (805)492-4365 | RD | 0.2 | .00 |
| 06/18/08 | 11:10 AM | Snfc Cntrl | CA | (415)764-0775 | RD | 0.2 | .00 |
| 06/18/08 | 03:26 PM | No Phoenix | AZ | (602)640-9000 | RD | 1.3 | .00 |
| 06/18/08 | 03:29 PM | Phoenix | AZ | (602)322-7640 | RD | 1.2 | .00 |
| 06/18/08 | 04:52 PM | Phoenix | AZ | (602)322-7640 | RD | 5.9 | .00 |
| 06/18/08 | 05:28 PM | No Phoenix | AZ | (602)640-9325 | RD | 2.3 | .00 |
| 06/18/08 | 05:29 PM | Phoenix | AZ | (602)884-6496 | RD | 10.3 | .00 |
| 06/20/08 | 12:00 PM | Snfc Mtew | AZ | (415)522-9000 | RD | 1.1 | .00 |
| 06/20/08 | 01:17 PM | Phoenix | AZ | (602)606-2810 | RD | 1.2 | .00 |
| 06/24/08 | 02:31 PM | No Phoenix | AZ | (602)640-9384 | RD | 2.3 | .00 |
| 06/24/08 | 03:13 PM | Snfc Cntrl* | CA | (415)522-2000 | RD | 1.1 | .00 |
| 06/24/08 | 03:52 PM | Snfc Cntrl | CA | (415)522-2000 | RD | 0.5 | .00 |
| 06/24/08 | 03:54 PM | Snfc Mtew | CA | (415)522-9000 | RD | 2.0 | .00 |
| 06/25/08 | 02:00 PM | Snfc Cntrl | CA | (415)522-2000 | RD | 1.2 | .00 |
| 06/25/08 | 02:43 PM | Snfc Mtew | CA | (415)753-0321 | RD | 14.3 | .00 |
| 06/25/08 | 10:14 AM | Arrgrgsvis | MD | (410)439-0141 | RD | 1.1 | .00 |
| 06/25/08 | 10:59 AM | Sacramento | CA | (916)327-8726 | RD | 0.3 | .00 |
| 07/07/08 | 03:32 PM | Kearney | NE | (308)224-9887 | RD | 0.2 | .00 |
| 07/07/08 | 02:00 PM | Kearney | NE | (308)224-9887 | RD | 0.6 | .00 |
| 07/08/08 | 10:50 AM | Sacramento | CA | (916)327-8726 | RD | 57.5 | .00 |
| 07/08/08 | 12:07 PM | Snfc Cntrl | CA | (415)995-1701 | RD | 0.2 | .00 |
| 07/08/08 | 02:27 PM | Snfc Mtew | CA | (415)753-0321 | RD | 8.0 | .00 |
| 07/08/08 | 02:42 PM | Snfc Mtew | CA | (415)753-0321 | RD | 8.3 | .00 |
| 07/08/08 | 04:18 PM | Snfc Mtew | CA | (415)753-0321 | RD | 11.1 | .00 |

CALL FROM: (202)393-4930   HART v. ARPAIO,

| Date | Time | Call To | | Number | Call Type | Minutes | Amount |
|---|---|---|---|---|---|---|---|
| 06/06/08 | 12:07 PM | Frnk Main | CA | (510)557-1086 | RD | 20.6 | .00 |
| 06/16/08 | 01:06 PM | No Phoenix | AZ | (602)840-9000 | RD | 1.0 | .00 |

Manage your account online: www.businesscenter.xo.com

## Call Detail Report - Outbound

CARRIER DESCRIPTION: XO Communications
SERVICE LOCATION: 915 15TH ST NW , WASHINGTON
CALL FROM: (202)393-4930   HART v. ARPAIO,

continued

| Date | Time | Call To | | Number | Call Type | Minutes | Amount |
|---|---|---|---|---|---|---|---|
| 06/18/08 | 01:45 PM | Phoenix | AZ | (602)234-9775 | RD | 1.3 | .00 |
| 06/18/08 | 01:53 PM | Snfc Cntrl | CA | (415)764-0775 | RD | 0.4 | .00 |
| 06/18/08 | 01:58 PM | No Phoenix | CA | (415)764-0775 | RD | 0.4 | .00 |
| 06/18/08 | 02:59 PM | No Phoenix | AZ | (602)200-0990 | RD | 4.6 | .00 |
| 06/17/08 | 03:06 PM | No Phoenix | AZ | (602)200-0990 | RD | 0.5 | .00 |
| 06/18/08 | 11:45 AM | No Phoenix | AZ | (602)840-9384 | RD | 1.2 | .00 |
| 06/18/08 | 11:51 AM | No Phoenix | AZ | (602)640-9325 | RD | 0.3 | .00 |
| 06/18/08 | 11:55 AM | No Phoenix | CA | (602)640-9325 | RD | 4.8 | .00 |
| 06/18/08 | 12:49 PM | Baltimore | MD | (443)524-2860 | RD | 1.6 | .00 |
| 06/18/08 | 01:42 PM | Snfc Cntrl | CA | (415)764-0775 | RD | 0.2 | .00 |
| 06/18/08 | 03:16 PM | No Phoenix | AZ | (602)234-9775 | RD | 1.8 | .00 |
| 06/18/08 | 04:01 PM | Phoenix | AZ | (602)606-2810 | RD | 1.3 | .00 |
| 06/18/08 | 04:24 PM | Snfc Mtew | CA | (415)755-0321 | RD | 3.1 | .00 |
| 06/18/08 | 04:28 PM | No Phoenix | AZ | (602)200-0990 | RD | 3.5 | .00 |
| 06/18/08 | 04:32 PM | No Phoenix | CA | (415)753-0321 | RD | 0.8 | .00 |
| 06/19/08 | 05:51 PM | Snfc Mtew | CA | (415)753-0321 | RD | | .00 |
| 06/19/08 | 09:11 PM | Annapolis | MD | (443)822-8264 | RD | 1.0 | .00 |
| 06/19/08 | 10:17 AM | No Phoenix | AZ | (602)884-6496 | RD | 1.5 | .00 |
| 06/19/08 | 01:13 PM | No Phoenix | AZ | (602)234-9775 | RD | 1.3 | .00 |
| 06/19/08 | 11:16 AM | No Phoenix | AZ | (602)200-0990 | RD | 1.2 | .00 |
| 06/19/08 | 12:06 PM | Phoenix | AZ | (602)322-7640 | RD | 1.9 | .00 |
| 06/19/08 | 12:24 PM | No Phoenix | CA | (415)753-0321 | RD | | .00 |
| 06/19/08 | 11:02 AM | Snfc Cntrl | AZ | (602)322-7640 | RD | 0.6 | .00 |
| 06/20/08 | 11:23 AM | Gainesvl | FL | (352)375-2484 | RD | 1.6 | .00 |
| 06/20/08 | 11:25 AM | Gainesvl | FL | (352)375-2484 | RD | 2.0 | .00 |
| 06/20/08 | 11:42 AM | Phoenix | AZ | (602)606-2810 | RD | 1.8 | .00 |
| 06/20/08 | 02:02 PM | Snfc Mtew | AZ | (602)322-7640 | RD | 1.2 | .00 |
| 06/20/08 | | | | | | 157.6 | .00 |
| 06/24/08 | 03:16 PM | Snfc Cntrl | CA | (415)522-2060 | RD | 0.6 | .00 |
| 06/25/08 | 02:31 PM | Snfc Cntrl | CA | (415)753-0321 | RD | 3.7 | .00 |
| 06/25/08 | 02:52 PM | Snfc Cntrl | CA | (415)522-2000 | RD | 0.6 | .00 |
| 06/25/08 | 01:19 PM | Snfc Mtew | CA | (415)753-0321 | RD | 1.1 | .00 |

Contact Customer Care: 800.421.3872



XO® Communications

| Account Name | THE NATIONAL PRISON PROJECT OF THE ACLU |
| Account Number | 0010000000665365 |
| Account Number | 0224573642 |
| Invoice Number | |
| Invoice Date | 07/09/08 |
| Total Amount Due | $1,816.09 |

## Call Detail Report - Outbound
continued

CARRIER DESCRIPTION: XO Communications
SERVICE LOCATION: 915 15TH ST NW NW , WASHINGTON
CALL FROM: (202)393-4930   HART v. ARPAIO , WASHINGTON

| Date | Time | Call To | | Number | Call Type | Minutes | Amount |
|---|---|---|---|---|---|---|---|
| 07/27/08 | 02:22 PM | Snfc Mtwy | CA | (415)753-0321 | RD | 1.3 | .00 |
| 07/27/08 | 02:37 PM | Snfc Cntrl | CA | (415)995-1701 | RD | 0.7 | .00 |
| 06/30/08 | 04:46 PM | Snfc Mtwy | CA | (415)753-0321 | RD | 3.1 | .00 |
| 06/30/08 | 11:31 AM | Snfc Cntrl | CA | (415)753-0321 | RD | 24.2 | .00 |
| 06/30/08 | 12:42 PM | Snfc Cntrl | CA | (415)995-1701 | RD | 0.5 | .00 |
| 06/30/08 | 12:58 PM | Snfc Cntrl | CA | (415)995-1701 | RD | 0.3 | .00 |
| 06/30/08 | 12:59 PM | Snfc Cntrl | CA | (415)753-0321 | RD | 0.2 | .00 |
| 06/20/08 | 03:30 PM | Sacramento | CA | (916)327-8726 | RD | 128.3 | .00 |
| 07/30/08 | 04:04 PM | No Phoenix | AZ | (602)640-9325 | RD | 1.4 | .00 |
| 07/30/08 | 06:58 PM | No Phoenix | AZ | (602)640-9325 | RD | 0.2 | .00 |
| 07/01/08 | 03:47 PM | Snfc Cntrl | CA | (415)995-1701 | RD | 15.5 | .00 |
| 07/01/08 | 03:47 PM | Snfc Cntrl | CA | (415)995-1701 | RD | 0.1 | .00 |
| 07/01/08 | 03:47 PM | Snfc Mtwy | CA | (415)753-0321 | RD | 3.0 | .00 |
| 07/01/08 | 06:35 PM | Wlfars | CA | (530)796-2395 | RD | 0.5 | .00 |
| 06/01/08 | 06:36 PM | No Phoenix | AZ | (602)640-9325 | RD | 0.8 | .00 |
| 07/02/08 | 09:37 AM | Snfc Mtwy | CA | (415)753-0321 | RD | 1.9 | .00 |
| 07/02/08 | 10:25 AM | No Phoenix | AZ | (602)200-0980 | RD | 3.8 | .00 |
| 07/02/08 | 10:43 AM | No Phoenix | AZ | (602)640-9325 | RD | 0.6 | .00 |
| 07/02/08 | 10:45 AM | Phoenix | AZ | (602)984-0496 | RD | 4.0 | .00 |
| 07/02/08 | 12:07 PM | Snfc Cntrl | CA | (415)995-1701 | RD | 1.6 | .00 |

TOTAL FOR:
HART v. ARPAIO

| Service | Calls | Minutes | Amount |
|---|---|---|---|
| Inter-State Long Distance | 112 | 842.7 | .00 |
| TOTAL | 112 | 842.7 | .00 |

## Call Detail Report - Outbound
continued

CARRIER DESCRIPTION: XO Communications
SERVICE LOCATION: 915 15TH ST NW NW , WASHINGTON
CALL FROM: (202)393-4930   HART v. ARPAIO,

| Date | Time | Call To | | Number | Call Type | Minutes | Amount |
|---|---|---|---|---|---|---|---|
| 07/08/08 | 10:00 AM | Snfc Cntrl | CA | (415)995-1701 | RD | 108.1 | .00 |
| 07/08/08 | 02:56 PM | Snfc Mtwy | CA | (415)753-0321 | RD | 4.1 | .00 |

CALL FROM: (202)393-4930   HART v. ARPAIO,

| Date | Time | Call To | | Number | Call Type | Minutes | Amount |
|---|---|---|---|---|---|---|---|
| 06/19/08 | 05:26 PM | Phoenix | AZ | (602)322-7644 | RD | 1.6 | .00 |
| 06/20/08 | 02:58 PM | Phoenix | AZ | (602)750-0036 | RD | 0.4 | .00 |
| 06/20/08 | 03:14 PM | Phoenix | AZ | (602)606-2811 | RD | 0.9 | .00 |

CALL FROM: (202)393-0064   PUBLIC EDUCATION,

| Date | Time | Call To | | Number | Call Type | Minutes | Amount |
|---|---|---|---|---|---|---|---|
| 06/09/08 | 02:05 PM | Scranton | PA | (570)558-5970 | RD | 0.3 | .00 |
| 06/09/08 | 02:06 PM | Phila | PA | (215)439-1177 | RD | 5.1 | .00 |
| 06/16/08 | 11:19 AM | New York | NY | (212)549-2582 | RD | 5.6 | .00 |
| 06/27/08 | 04:26 PM | Severna Pk | MD | (410)974-0555 | RD | 4.1 | .00 |
| 07/02/08 | 03:11 PM | Bton Bton | CA | (818)954-3255 | RD | 0.4 | .00 |
| 07/03/08 | 11:36 AM | New York | NY | (212)549-2078 | RD | 0.8 | .00 |
| 07/07/08 | 12:52 PM | New York | NY | (212)519-7870 | RD | 1.1 | .00 |

| Service | Calls | Minutes | Amount |
|---|---|---|---|
| Inter-State Long Distance | 112 | 842.7 | .00 |
| TOTAL | 112 | 842.7 | .00 |

CALL FROM: (202)393-0846   PUBLIC EDUCATION,

| Date | Time | Call To | | Number | Call Type | Minutes | Amount |
|---|---|---|---|---|---|---|---|
| 06/09/08 | 10:57 AM | New York | NY | (212)549-2582 | RD | 0.5 | .00 |
| 08/12/08 | 01:37 PM | New York | NY | (212)549-2582 | RD | 7.2 | .00 |
| 06/20/08 | 11:50 AM | Losangeles | CA | (213)977-5241 | RD | 0.3 | .00 |
| 06/20/08 | 11:51 AM | Losangeles | CA | (213)977-5241 | RD | 1.2 | .00 |
| 06/30/08 | 02:31 PM | New York | NY | (212)549-2582 | RD | 9.6 | .00 |
| 06/30/08 | 02:40 PM | Waltham | MA | (781)249-8860 | RD | 1.3 | .00 |
| 07/02/08 | 10:42 AM | Providence | RI | (401)831-7171 | RD | 0.5 | .00 |
| 07/03/08 | 03:10 PM | Baltimore | MD | (410)547-6600 | RD | 0.1 | .00 |
| 07/03/08 | 03:10 PM | Baltimore | MD | (410)547-6600 | RD | 3.9 | .00 |



**XO Communications**®

Manage your account online: www.businesscenter.xo.com

| Account Name | THE NATIONAL PRISON PROJECT OF THE ACLU |
|---|---|
| Account Number | 0010000006536? |
| Invoice Number | 0224573642 |
| Invoice Date | 07/09/08 |
| Total Amount Due | $1,816.09 |

## Call Detail Report - Audio and Document Conferencing    continued

**Conference Calling from Service 100140444**

Conference ID#: 71387227   Account Code: 218   Chairperson: Bigelow, Eugenia
Call Date: 06/05/08   Time of Call: 20:28:27   Scheduler:

| Participant Name | Telephone# | Start Time | Minutes | Type | Minute Rate | Total Charge |
|---|---|---|---|---|---|---|
| (415)753-0321 | (415)753-0321 | 20:28:27 MST | 49 | QCMM | 0.250 | 12.25 |
| (202)460-5303 | (202)460-5303 | 20:28:37 MST | 51 | QCMM | 0.250 | 12.75 |
| (480)223-0806 | (480)223-0806 | 20:30:01 MST | 48 | QCMM | 0.250 | 12.00 |
| (410)283-0259 | (410)283-0259 | 20:30:21 MST | 3 | QCMM | 0.250 | 0.75 |
| (410)283-0259 | (410)283-0259 | 20:31:53 MST | 47 | QCMM | 0.250 | 11.75 |
| Conference Call Total: | | | | | | 49.50 |

Conference ID#: 71601467   Account Code: 533   Chairperson: Bigelow, Eugenia
Call Date: 06/09/08   Time of Call: 15:57:09   Scheduler:

| Participant Name | Telephone# | Start Time | Minutes | Type | Minute Rate | Total Charge |
|---|---|---|---|---|---|---|
| (312)923-2835 | (312)923-2835 | 15:57:09 MST | 103 | QCMM | 0.250 | 25.75 |
| (312)923-2841 | (312)923-2841 | 15:58:23 MST | 102 | QCMM | 0.250 | 25.50 |
| (312)840-7455 | (312)840-7455 | 15:59:50 MST | 101 | QCMM | 0.250 | 25.25 |
| (414)272-4032 | (414)272-4032 | 16:01:30 MST | 99 | QCMM | 0.250 | 24.75 |
| (202)393-0846 | (202)393-0846 | 16:02:29 MST | 98 | QCMM | 0.250 | 24.50 |
| (202)393-0064 | (202)393-0064 | 16:03:22 MST | 97 | QCMM | 0.250 | 24.25 |
| Conference Call Total: | | | | | | 150.00 |

Conference ID#: 71689632   Account Code: 234   Chairperson: Bigelow, Eugenia
Call Date: 06/10/08   Time of Call: 14:16:54   Scheduler:

| Participant Name | Telephone# | Start Time | Minutes | Type | Minute Rate | Total Charge |
|---|---|---|---|---|---|---|
| (304)947-7607 | (304)947-7607 | 14:16:54 MST | 59 | QCMM | 0.250 | 14.75 |
| (202)347-5194 | (202)347-5194 | 14:28:14 MST | 47 | QCMM | 0.250 | 11.75 |
| (202)628-8787 | (202)628-8787 | 14:28:36 MST | 36 | QCMM | 0.250 | 9.00 |
| (215)925-8132 | (215)925-8132 | 14:28:36 MST | 47 | QCMM | 0.250 | 11.75 |
| (202)393-4930 | (202)393-4930 | 14:28:23 MST | 46 | QCMM | 0.250 | 11.50 |
| (202)955-3000 | (202)955-3000 | 14:28:52 MST | 46 | QCMM | 0.250 | 11.50 |
| (212)577-3300 | (212)577-3300 | 14:30:29 MST | 45 | QCMM | 0.250 | 11.25 |
| (615)226-7288 | (615)226-7288 | 14:30:58 MST | 12 | QCMM | 0.250 | 3.00 |
| (202)347-5193 | (202)347-5193 | 14:32:59 MST | 43 | QCMM | 0.250 | 10.75 |
| (202)319-1014 | (202)319-1014 | 14:33:09 MST | 27 | QCMM | 0.250 | 6.75 |
| (615)226-7288 | (615)226-7288 | 14:40:57 MST | 35 | QCMM | 0.250 | 8.75 |
| Conference Call Total: | | | | | | 110.75 |

## Call Detail Report - Audio and Document Conferencing    continued

**Conference Calling from Service 100140444**

Conference ID#: 71862717   Account Code: 533   Chairperson: Bigelow, Eugenia
Call Date: 06/12/08   Time of Call: 14:58:24   Scheduler:

| Participant Name | Telephone# | Start Time | Minutes | Type | Minute Rate | Total Charge |
|---|---|---|---|---|---|---|
| (202)393-4930 | (202)393-4930 | 14:58:24 MST | 27 | QCMM | 0.250 | 6.75 |
| (414)272-4033 | (414)272-4033 | 15:00:38 MST | 25 | QCMM | 0.250 | 6.25 |
| (608)266-7342 | (608)266-7342 | 15:01:42 MST | 24 | QCMM | 0.250 | 6.00 |
| (301)652-0512 | (301)652-0512 | 15:01:46 MST | 24 | QCMM | 0.250 | 6.00 |
| Conference Call Total: | | | | | | 25.00 |

Conference ID#: 72328402   Account Code: 218   Chairperson: Bigelow, Eugenia
Call Date: 06/19/08   Time of Call: 18:26:19   Scheduler:

| Participant Name | Telephone# | Start Time | Minutes | Type | Minute Rate | Total Charge |
|---|---|---|---|---|---|---|
| @*MARGARET WINTER | (972)516-0000 | 18:25:19 MST | 21 | DO | 0.360 | 7.56 |
| JEFFREY MCLERRAN | (972)516-0000 | 18:27:17 MST | 20 | DO | 0.360 | 7.20 |
| JUDGE WAKE | (972)516-0000 | 18:28:29 MST | 18 | DO | 0.360 | 6.48 |
| Conference Call Total: | | | | | | 21.24 |

Audio and Document Conferencing Total for Service 100140444:    669.24

**Legend:**
DO - Scheduled Dial Out
QCMM - Quick Conference

Contact Customer Care: 800.421.3872



**FedEx Kinko's**

FedEx Kinko's
3801 N Central Ave
Phoenix, AZ 85012-1901
(602) 241-9440

8/27/2008                    8:10:46 PM MST
Trans.: 6905                 Branch: 2306
Register: 006                Till:07161847
Team Member: Diana W.

SALE



\* 2 3 0 6 0 0 6 6 9 0 5 \*

FS C SS 8.5x11/14                35.40 T
  0173        60.00 @ 0.5900

Sub-Total                        35.40
Deposit                           0.00
  Tax                             2.94
Total                            38.34
    AmEx (S)                     38.34
    Account: 4105
    Auth: 527360 (A)
Total Tender                     38.34
Change Due                        0.00

Thank you for visiting

FedEx Kinko's
Make It. Print It. Pack It. Ship It.
www.fedexkinkos.com

Customer Copy

**Lux Coffee Bar**
4404 N Central Ave
Phoenix, AZ 85012
(602) 696-9976

Card Type: Visa
Card Number: XXXX XXXX XXXX 6318
WINTER/MARGARET

**SALE TRANSACTION**

Invoice: 121093
Associate: Lux Coffee
Date Opened: 8/17/2008 4:42:34 PM
Transaction ID: 1011468689    Auth: 07502A

| | |
|---|---|
| Amount: | $5.00 |
| Tax: | 0.00 |
| Subtotal: | $5.00 |

Tip: _____

Total: _____

cardholder signature

Cardholder acknowledges and agrees to pay for all charges
indicated per card issuer agreement.

© 2007 Edge Studios, Inc.
www.edgestudios.com

---

visit **www.hamptoninn.com** or call **1.800.hampton**

**thought pad.**

**Guest Receipt**

| Date | Amount | Guest |
|---|---|---|
| | | 605261 |

---

**DOMINIC'S
DOWNTOWN**
401 W WASHINGTON STREET
SUITE #210
PHOENIX, AZ

DATE 08/12/2008 TUE  TIME 12:11

| | |
|---|---|
| MISC  T1 | $3.41 |
| TAX1 | $0.28 |
| TOTAL | $3.69 |
| CASH | $4.00 |
| CHANGE | $0.31 |
| CLERK 1 | 069630    00000 |

---

CITY HALL GARAGE
PHOENIX AZ
CENTRAL PARKING SYSTEM
602 495 6777

Rcpt#E250640
09/04/08 17:37  L# 3 A# 9  Txn# 74383
09/04/08 08:22 In  09/04/08 17:37 Out
Tkt# 858174
CASH PAID       $  16.00-
THANK YOU!!!
PLEASE DRIVE WITH CARE
DON'T DRINK AND DRIVE

---

CITY HALL GARAGE
PHOENIX AZ
CENTRAL PARKING SYSTEM
602 495 6777

Rcpt#H253093
09/05/08 17:48  L# 4 A# 5  Txn# 51509
09/05/08 08:18 In  09/05/08 17:48 Out
Tkt# 032793
CASH PAID       $  16.00-
THANK YOU!!!
PLEASE DRIVE WITH CARE
DON'T DRINK AND DRIVE

DOMINIC'S
DOWNTOWN
401 W WASHINGTON STREET
SUITE #210
PHOENIX, AZ
DATE 08/28/2008 THU   TIME 12:50

MISC. T1              $5.95
MISC. T1             $0.25
LRG SODA  T1         $1.25
MISC. T1            $3.75
MISC. T1            $3.75
           T1
TAXI                 $1.21
TOTAL              $16.16
CASH              $20.00
CHANGE             $3.84
CLERK 1           00000

071595            070673

Merchant ID: 4480000565
Term ID: 0567

Sale

PHOENIX AZ 85044
602-264-5626
HDR B

VISA
XXXXXXXXXXXX6318
Entry Method: Swiped
Magnetic card present:
Approved: Online
08/01/08
Batch#: 000000
12:53:40

Inv #: 000000000            Appr Code: 002000

Total:        $        4.22

Customer Copy
Thank You
FTR 4

---

DOMINIC'S
DOWNTOWN
401 W WASHINGTON STREET
SUITE #210
PHOENIX, AZ
DATE 08/27/2008 THU   TIME 12:11

MED SODA       T1      $1.25
MED SODA       T1      $1.25
LUNCH BLT      T1      $4.95
TAXI                   $0.60
TOTAL                 $8.05
CASH               $20.05
CHANGE             $12.00
CLERK 1           00000

070673

Jamba Juice
3110 N. Central Ave
Phoenix, AZ 85012
(602) 266-7153

Server: KARINA
05:24 PM
PEBBY/1

VISA
Card #XXXXXXXXXXXXx6318
Magnetic card present: WINTER MARGARET
Approval: 09925N

DOB: 08/18/2008
08/18/2008
2/20253
2097393

Amount:        12.56

Customer Copy

---

DOMINIC'S
DOWNTOWN
401 W WASHINGTON STREET
SUITE #210
PHOENIX, AZ
DATE 08/13/2008 WED   TIME 12:17

LUNCH BLT      T1      $4.95
MISC T1              $3.75
LUNCH BLT      T1      $4.95
LG SODA        T1      $1.50
LG SODA        T1      $1.50
TAXI                   $1.35
TOTAL             $18.00
CASH              $20.00
CHANGE             $2.00
CLERK 1           00000

069709

Lux Coffee Bar
4404 N Central Ave
Phoenix, AZ 85012
(602) 696-9976

SALE TRANSACTION

Card Type: Visa
Card Number: XXXX XXXX XXXX 6318
                        WINTER MARGARET

Invoice: 121092
Associate: Lux Coffee
Date Opened: 8/17/2008 4:41:45 PM
Transaction ID: 10114680596  Auth: 060222A

Amount:           $8.50
Tax:              0.00
Subtotal:         $8.50

Tip: _____

Total: _____

cardholder signature
Cardholder acknowledges and agrees to pay for all other
indicated per card issuer agreement

© 2007 Edge Studios, Inc.
www.edgestudios.com

**Annapolis Cab Company**

1825 George Avenue, Unit 6, Annapolis, Maryland 21

**410-268-0022 / 410-268-1323**

Date _____

Amount of Fare $ _____

Other Charges $ _____

Total _____ $ _____

Cab Number _____

---

**TRADER JOE'S**

4821 N. 20th Street
Phoenix   AZ   85016
Store #09C - (602) 912-9022

OPEN 9:00AM TO 9:00PM DAILY

LOWFAT COT'T CHEESE- QUART
CEREAL 4'S SPROUTED BREAD
HANDS R/NS
FRESH CALIF. FIGS
R'BERRIES 1*OZ.
A'BLACKBERRY '5 OZ
R-BLUEBERRIES 11 OZ
70% FRENCY 'BELLETTI .S
CRYSTAL C SER LIME H ATER
CRYSTAL GEYSER VI 3R? ATER
R-BLUEBERRIES 1'
STRAWBERRIES O
FRESH CALIF. 'MSHELL
NECTARINES 1' 1.5#

SUBTOTAL                    $44.42
TOTAL                       $44.42
AMEX                        $ 1.42
***********4105

PURCHASE
SWIPED
AUTH# 506592
INVOICE #:       2279
.90, ,000.
08-25-2008 03:54PM
REFERENCE #:     C01C01700C

ITEMS '4
08-25-2008  03:55PM  StevO))), McCormick

THANK YOU FOR SHOPPING AT
TRADER JOE'S
www.traderjoes.com

***CUSTOMER COPY***

---

**ALLSTATE CAB**
TAXI RECEIPT

taxiwithus.com
24 HOURS A DAY • 7 DAYS A WEEK

DRIVER ID NUMBER _____

CRAZY JIM'S RESTAURA
3RF N WASHINGTON UNIT#104
PHOENIX, AZ 85003

TERMINAL I.D.:              96518812

MERCHANT #:        000000 XXXXXX

VISA
XXXXXXXXXX X6318         SALE
SALE                       $50.00
BATCH/ROOM#   1.0U: 61
DATE: SEP 11  01:48:09

BASE                       $       .

TIP

TOTAL

X _____

***CUSTOMER COPY***



VIP TAXI
RECEIPT

CLEAN • COURTEOUS • ON-TIME
24 HOURS A DAY • 7 DAYS A WEEK

Phoenix: 623-847-8294
Tucson: 520-884-8294
www.TAXIWITHUS.com

DATE 9-8-08   FARE $ 25.00
CAB#   779
FROM
TO

August

---

SP & MW

THAI BASIL
3110 N CENTRAL AVE #108
PHOENIX AZ 85012
602-274-5020

Merchant ID: 000000645098
Term ID: 00377681   Ref ...

Sale

XXXXXXXXXXXX4105

AMEX   Esther Methuen Salem

Amount:        $      25.00

Tip:

Total:                      30

02/16/08                 19:10:26
Inv #: 088017  Appr Code: 504425
Apprvd: Online      Batch#: 000255

Customer Copy

---

#0232
Day
047  AUG 10'08   W/SW02 P1

CSHR                       IN

TOTAL                    5.91

AMEX
XXXXXXXXXXXX4105         5.91
AMEX                     2.59

TAX TOTAL        .33
SUBTOTAL       5.58
TAXABLE        5.58

CAFS SLD        2.99
BTL WAIR        2.59

If we did ... did not exceed your
expectations, we would like to
hear from you.  Please call
1-800-426-6971 ext 1021 or
email wecare@indspring.com

---

HOUSTON'S
(602) 957-9700

Server: JEN D 1023   DOB: 08/10/2008
08:05 PM                   08/10/2008
Table 42/1                  7/70014

                           83886
AMEX
Card #XXXXXXXXXX4105

Magnetic card present: WINTER M
Approval: 565469

                Amount:      40.14

           + Gratuity: _____

           Quick Guide
           15% = 6.02
           18% = 7.23
           20% = 8.03

                = Total: _____

PLEASE LEAVE SIGNED COPY

X _____

---

HOUSTON'S
(602) 957-9700

Server: JEN D 1023   DOB: 08/14/2008
07:08 PM                   08/14/2008
Table 42/1                  6/60040

                           8389677
AMEX
Card #XXXXXXXXXX4105

Magnetic card present: WINTER M
Approval: 509096

                Amount:      30.66

           + Gratuity: _____

           Quick Guide
           15% = 12.10
           18% = 14.52
           20% = 16.14

                = Total: _____

PLEASE LEAVE SIGNED COPY

X _____

MW HN SP;

MBE   *Tebo*

*Cash* *Tebo CASH*

MW HN



**THAI BASIL**
3110 N CENTRAL AVE #181
PHOENIX AZ 85012
602-274-5020

Merchant ID: 00900340509B
Term ID: 03377681    Ref #: 0002

Sale

xxxxxxxxxx4105

AMEX     Entry Method: Swiped

Amount:        $        18.30

Tip: 

Total: 

08/30/08            18:18:53

Inv #: 000002  Appr Code: 502707

Apprvd: Online    Batch#: 000278

Customer Copy

---

TEBO
603 N. 5TH AVE
PHOENIX, AZ 85003
TERMINAL-1

Terminal #:     00000001
AUG 18, 08      8:08 PM

Server ID: 26

2# EXPRESS
xxxxxxxxxx4105
SALE              REF#:018
CHK# 937          AUTH #: 503373

AMOUNT        $118.05

TIP       $_____

TOTAL     $_____

15%=$17.70  18%=$21.24  20%=$23.61

APPROVED

602-441-2697

CUSTOMER COPY

---

THE GOOD EGG

3110 N Central Ave.
Phoenix, AZ 85013
(602)248-3897

Date:       Aug17'08 08:43AM
Card Type:  Amex
Acct #:     XXXXXXXXXXX4105
Trans Key:  EIE000782534861
Exp Date:   XX/XX
Auth Code:  564225
Check:      1456
Table:      66/1
Server:     110 JOJO

Subtotal:         25.78

Tip:__

Total:            30 78

_____

Signature

I agree to pay above total
according to my card issuer
agreement.
* * * * Customer Copy * * * *

---

Zen32
602-954-8700
3160 E Camelback
Phoenix, AZ 85016

DOB: 08/22/2008
     08/22/2008
     1/10044

1048605

Server: Christine
06:48 PM
Table 92/1

Amex
Card #XXXXXXXXXX4105
Magnetic card present:
Approval: 508386

Amount:        51.44

+ Tip: __

= Total: __

X_____

Approval: 508386    Customer Copy

## THE GOOD EGG

3110 N. Central Ave.
Phoenix, AZ 85013
(602) 678-9897

Date:            Aug 31'08 09:13AM
Card Type:       Amex
Acct #:          XXXXXXXXX4105
Trans Key:       A1A0X01012257471
Exp Date:        XX/XX
Auth Code:       55-464
Check:           1444
Table:           60/1
Server:          102 Sue G

Subtotal:        12.83

Tip: _____

Total: _____

I agree to pay above total
according to my card issuer
agreement.
* * * * Customer Copy * * * *

---

## Lux Coffee Bar

4404 N Central Ave
Phoenix, AZ 85012
(602) 696-9976

Card Type: American Express
Card Number: XXXX XXXXXX X4105

Invoice: 124524
Associate: Lux Coffee
Date Opened: 8/27/2008 7:16:51 AM
Transaction ID: 10114696469  Auth: 148092

### SALE TRANSACTION

Amount:          $8.75
Tax:             0.00
**Subtotal:**    **$8.75**

Tip: _____

Total: _____

cardholder signature

Cardholder acknowledges and agrees to pay for all charges
indicated per card issuer agreement.

© 2007 Edge Studios, Inc.
www.edgestudios.com

---

ZIPLz
53 W. THOMa
PHOENIX, AZ 85013
(602)234-3269

AMERICAN EXP  : AUTH
CARD #        : XXXXXXXXXX4105
EXP           : XX/XX
DATE          : 08/24/08
TIME          : 09:29:59 PM
APPROVED      : 104036
SERVER ID     : 88
TICKET ID     : 345827
TILL #        : 990

AMOUNT        :        $ 14.26

TIP AMOUNT    : ....................

TOTAL         : ....................

SIGN X........................

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
THANK YOU
PLEASE COME AGAIN

THAI BASIL
3119 N CENTRAL AVE #181
PHOENIX AZ 85012
602-274-5020

Merchant ID: 00C003445098
Term ID: 001:181    Ref #: 0005

Sale

XXXXXXXXXX4185
AMEX        Enter Method: Swiped

Amount:        $    $1.50

Tip:

Total:

08/28/08                10:36:24
Inv #: 000005   Appr Code: 503752
Apprvd: Online   Batch#: 000274

Customer Copy

---

THAI BASIL
3119 N CENTRAL AVE #181
PHOENIX AZ 85012
602-274-5020

Merchant ID: 00C003445098
Term ID: 001:182    Ref #: 0005

Sale

XXXXXXXXXX4185
AMEX        Enter Method: Swiped

Amount:        $    34.55

Tip:

Total:

08/26/08                10:31:22
Inv #: 000005   Appr Code: 500207
Apprvd: Online   Batch#: 000270

Customer Copy

---

THAI BASIL
3119 N CENTRAL AVE #181
PHOENIX AZ 85012
-5020

Merch
Term

Sale

XXXXXXXXXX4185
AMEX        Enter Method: Swiped

Amount:        $    35.55

Tax:

Total:                 7.00
                      $42.55

09/20/08                20:17:38
Inv #: 000005   Appr Code: 544719
Apprvd: Online   Batch#: 000261

Customer Copy

---

BWI Taxi Management, Inc.
BALTIMORE/WASHINGTON
INTERNATIONAL AIRPORT
MARYLAND... 21240

410-859-1100
410-859-1102
Operator of

BWI AIRPORT CAB
16090-045

RECEIVED FROM:

NAME _____

TRANSPORTATION TO _____

DATE _____ 20 ___

CAB NO. 231

Chauffeur _____

| | METER FARE | |
|---|---|---|
| | BAGGAGE | |
| | TOLLS | |
| | OTHER | |
| | TIP | |
| | TOTALS | $25.00 |

Please refer to rate schedules posted in each taxicab. Should you have any questions regarding lost articles or service, please
call BWI Taxi Management, Inc. (410-859-1102) or the Maryland Aviation Administration (410-859-7033). Thank you.

## Lux Coffee Bar
4404 N Central Ave
Phoenix, AZ 85012
(602) 696-9976

Card Type: American Express
Card Number: XXXX XXXXXXX X4105

**SALE TRANSACTION**

Invoice: 127641
Associate: Lux Coffee
Date Opened: 9/5/2008 7:54:16 AM
Transaction ID: 1011471 12393   Auth: 147543

Amount:        $9.50
Tax:            0.00
**Subtotal:      $9.50**

Tip: _____

**Total:** _____

cardholder signature

Cardholder acknowledges and agrees to pay for all charges
indicated per card issuer agreement

© 2007 Edge Studios, Inc.
www.edgestudios.com

---

## Tarbell's
www.tarbells.com
32nd Street & Camelback
Phoenix, AZ

Server: Scott          DOB: 09/05/2008
09:31 PM                     09/05/2008
Table 41/2                      1/10045

Amex                          3145757
Card #XXXXXXXXXX4105
Magnetic card present:
Approval: 501880              501880

Amount:          60.00

+ Tip: _____

= Total: _____

X_____

Approval: 501880

Tarbell's Copy

---

## FEZ
FOOD DRINKS MUSIC

3815 N. Central Avenue
Phoenix, AZ 85012
602.287.8700
www.fezoncentral.com

Pre-Authorization
AMEX ***** **** **** 4105   Terminal:3
Reference:61227                  ****
Auth:521969
Tbl:101
Date:9/2/2008                Time:7:08 pm
Invoice:989962               Name:Jesus
Approved - Thank You

Amount:  55.23

Tip: _____

Total: _____

Signature  M WINTER

ardholder agrees to pay issuer such total
in accordance with issuer's agreement
with cardholder.



---

Thai Basil
3110 N Central Ave #101
PHOENIX AZ 85(
602-274-5620
Merchant ID: U000810485918-:
Term ID: 00317C61:   Ref #: J021

Sale

XXXXXXXXXXXX4105
AMEX

Entry Method: SL

Amount:        $.5

Tip: _____

Total: _____

09/04/08        20:11:07
Inv #: 000021  Appr Code: 582206
Apprvd: Online   Batch#: 000204

Customer Copy

*HN, MTW*
*dinner 9/3/08*

Pei Wei Asian Diner
701 W. McDowell Rd. #101
Phoenix, AZ. 17545

Host: _PW Cashier #2                09/03/2008
8                                        6:25 PM
                                          20160

Potstickers 6                              4.95
Spring Rolls 2                             3.75
Orange Peel                                8.25
  Beef
Spicy Korean                               8.25
  Beef
Drink                                      1.75
Drink                                      1.75

Subtotal                                  28.70
Tax                                        2.38

Dine In Total              31.08

AMEX                                      31.08
  Auth:509680


Pei Wei Gift Cards
are now available online.
Visit us at www.peiwei.com

--- Check Closed ---

---

*HN, MTW*
*dinner 8/29/08*

Pei Wei
701 W. McDowell Rd. #101
Phoenix, AZ. 17545

Host: _PW Cashier #2                08/29/2008
16                                       1:20 PM
                                          20060

Potstickers 6                              4.95
Orange Peel                                7.75
  Chicken
Teriyaki Bowl                              6.75
  Beef
Drink                                      1.75
Drink                                      1.75

Subtotal                                  22.95
Tax                                        1.90

Dine In Total              24.85

AMEX                                      24.85
  Auth:561562

Be nice and share.
Purchase gift cards now or
online at www.peiwei.com

--- Check Closed ---

** STARBUCKS COFFEE COMPANY **
PARK CENTRAL MALL     #05480
PHOENIX             AZ85012

1 EL EGG SALAD SAND        5.55
1 VT ICD COFFEE            2.65
SUBTOTAL                   8.20
TAX 8.3                    0.68
TOTAL                      8.88
AMEX                       8.88
  CARD#: XXXXXXXXXXX4105
CHANGE DUE                 0.00

05480 02A1 690840  0015690069E
09/02/08                07:09

Make a purchase prior to 2PM
Bring receipt in today after
2PM for a grande cold drink
For $2+tax at select us stores
Same day only. Value 1/20 cent

---

# THE GOOD EGG

3110 N Central Ave.
Phoenix, AZ 85013
(602)248-3897
Date:           Sep01'08 07:28AM
Card Type:      Amex
Acct #:         XXXXXXXXXXX4105
Trans Key:      A1A0010151122953
Exp Date:       XX/XX
Auth Code:      584113
Check:          7797
Table:          60/1
Server:         110 JoJo

Subtotal: _____

Tip: _____

Total: _____    10.40

Signature _____

I agree to pay above total
according to my card issuer
agreement.
**** Customer Copy ****

---

# PHOENIX CITY GRILLE

Date: 8/31/08    Time: 8:03:23 PM

TABLE: 49
Status:                  Approved

Card Type:      American Express
Card Number:    #:XXXXXXXXXXX4105
Expiration Date: 5/31/09
Swipe/Manual:   Manual
Server ID:      25
Server Name:    ALISA
Check Number:   450312
Check Name:

Tab Number:     49
Profit Center ID: 3
Profit Cente..   Table Sales
Number Of Covers: 2
Persons:        1, 2
Card Owner:     Manual Entry

AMOUNT          18.95

TIP  _____

TOTAL _____

Approval: 142978

*** GUEST COPY ***

**Nguyen, Hanh**

**From:** Southwest Airlines [SouthwestAirlines@mail.southwest.com]
**Sent:** Sunday, August 31, 2008 3:54 PM
**To:** Nguyen, Hanh
**Subject:** Ticketless Confirmation - NGUYEN/HANH - 2BH5IG





Save up to **25% OFF** & earn Triple Rapid Reward Credit on any two day rental from Alamo. BOOK NOW >> Use Corporate ID/Rate 7013951

Receipt and Itinerary as of 08/31/08 2:54 PM

## Confirmation Number
## 2BH5IG



Confirmation Date: 08/31/08
Received: HANH NGU

### Passenger Information

| Passenger Name | Account Number | Ticket# | Expiration[1] |
|---|---|---|---|
| NGUYEN/HANH | 00000380344171 | 526-8757036922-1 | 08/31/09 |

[1] All travel involving funds from this Confirmation Number must be completed by the expiration date.

### Itinerary

| Date | Flight | Routing Details |
|---|---|---|
| Sat Sep 06 | 2442 | Depart PHOENIX AZ (PHX) at 6:30 AM |
| | | Arrive in BALTIMORE-WASHNTN (BWI) at 1:45 PM |

### Cost and Payment Summary

| | |
|---|---|
| Air | $ 347.91 |
| Tax | $ 29.59 |
| PFC Fee | $ 4.50 |
| Security Fee | $ 2.50 |

**Total Payment: $384.50**

Current payment(s)
08/31/08 AMER EXPRESS xxxxxxxxxxx3628 Ref 526-8757036922-1 $384.50

### Fare Rule(s)

Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must be completed by the expiration date. Any change to this itinerary may result in a fare increase.

Fare Calculation:

ADT- 1 PHXWNBWI YL 374.00 $374.00 ZPPHX XFPHX4.50 AYPHX2.50 $384.50

### Important Checkin Requirement



## room: 312

160 West Catalina Drive • Phoenix, AZ 85013
Phone (602) 200-0990 • Fax (602) 200-0999
hamptoninn.com/hi/phoenix-midtown

official sponsor u.s. olympic team


U S A

| | |
|---|---|
| NGUYEN, HANH **name** <br> 1827 FLORIDA AVE NW APT. 104 **address** <br> HOTELS.COM #157013178 <br> WASHINGTON, DC 20009 <br> US | room number: 312/KXTY <br> arrival date: 09/02/08 11:30AM <br> departure date: 09/06/08 |
| | adult/child: 1/0 <br> room rate: $109.00 |

If the debit/credit card you are using for check-in is attached to a bank or checking account, a hold will be placed on the account for the full anticipated dollar amount to be owed to the hotel, including estimated incidentals, through your date of check-out and such funds will not be released for 72 business hours from the date of check-out or longer at the discretion of your financial institution.

Confirmation: 82229106

09/06/08    PAGE    1

RATE PLAN    S-HH0
HH# 354725077 SILVER
AL:         AA #391D1W4
BONUS AL:                    CAR:

Rates subject to applicable sales, occupancy, or other taxes. Please do not leave any money or items of value unattended in your room. The hotel is not responsible for lost or stolen articles from your room or vehicle. A safety deposit box is available for you in the lobby. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or full amount of these charges, I authorize you to bill the full balance of my account to my credit card which was presented or authorized upon registration. "I have requested weekday delivery of USA Today. If refused, a credit of $0.75 will be applied to my account. In the event of an emergency, I, or someone in my party require special evacuation assistance due to a physical disability. Please indicate yes by checking here:

signature: _____ ☐

| date | reference | description | amount |
|---|---|---|---|
| 09/02/08 | 815017 | GUEST ROOM | $109.00 |
| 09/02/08 | 815017 | STATE TAX | $7.92 |
| 09/02/08 | 815017 | CITY TAX | $5.45 |
| 09/03/08 | 815142 | GUEST ROOM | $109.00 |
| 09/03/08 | 815142 | STATE TAX | $7.92 |
| 09/03/08 | 815142 | CITY TAX | $5.45 |
| 09/04/08 | 815235 | VALET LAUNDRY | $14.50 |
| 09/04/08 | 815235 | TAXES | $1.17 |
| 09/04/08 | 815290 | GUEST ROOM | $109.00 |
| 09/04/08 | 815290 | STATE TAX | $7.92 |
| 09/04/08 | 815290 | CITY TAX | $5.45 |
| 09/05/08 | 815411 | GUEST ROOM | $109.00 |
| 09/05/08 | 815411 | STATE TAX | $7.92 |
| 09/05/08 | 815411 | CITY TAX | $5.45 |
| | | WILL BE SETTLED TO AX *3628 | $505.15 |
| | | EFFECTIVE BALANCE OF | $0.00 |

You have earned approximately 11554 HHonors points for this stay. To check your earnings for this stay or any other stay at any of more than 3,000 Hilton Family hotels worldwide visit HiltonHHonors.co

Hit the road this weekend and take time out for you! Visit family, friends and just take time to play. Visit hamptoninn.com or call 1-800-HAMPTON.

for reservations call 1-800-hampton or visit us online at www.hamptoninn.com

| | |
|---|---|
| account no. | date of charge    folio/check no. <br><br> 173504    A |
| card member name | authorization    initial |
| establishment no. and location    *establishment agrees to transmit to card holder for payment* | purchases & services |
| | taxes |
| | tips & misc. |
| **signature** of card member <br><br> X | **total** amount <br><br> 0.00 |

       

Breakfast 9/2

Java City, B Terminal, BWI #54
If we did or did not exceed your
expectations, we would like to
hear from you.  Please call
1-800-426-5971 ext 1021 or
email wecare@mindspring.com

#0109                    IN

1 M LATTE          3.20
1 SKIM
1 CROISSANTS       2.19

SUBTOTAL           5.39
TAX TOTL            .32
TOTAL             5.71

XXXXXXXXX3628
AMEX              5.71

---

B.W.I. AIRPORT PARKING
DAILY A GARAGE
MARYLAND PARKING

Rcpt# 27802
09/06/08 13:50   L# 6 A# 50   Txn# 43644
09/02/08 08:01 In  09/06/08 13:50 Out
Fee .....2       $ 47.00
Total Tax        $ 3.00
Total Fee        $ 50.00
AMERICAN EXP     $ 50.00-
XXXXXXXXXX3628
Approval No.: 529505
Reference No.: 169
Change Due       $ 0.00
THANK YOU
HAVE A SAFE TRIP

---

Hotel Tip
$3 × 22 days

$66.00    8/10-
          9/6

(no receipt)

---

visit **www.hamptoninn.com** or call **1.800.hampton**

thought pad.

---

Yoshi's Asian Grill
*
3800 W. Sky Harbor Blvd. T4/S2
Phoenix, AZ 85034
602-267-1341


CUSTOMER COPY


TIME 11:02 AM              DATE 9/2/08
ACCT# XXXXXXXXXX**3628**
EXP DATE    0412
CARD TYPE   AMEX
SERVER ID   0236
TRAN TYPE   **SALE**
AUTH CODE   551967
TICKET #    38677


AMOUNT      **$12.76**

TIP AMOUNT  _____


TOTAL AMOUNT_____


SIGN X_____
I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
           THANK YOU
        PLEASE COME AGAIN


CITY HALL GARAGE
PHOENIX AZ
CENTRAL PARKING SYSTEM
602 495 6777


Rcpt#222668
09/03/08 17:40   L# 4 A# 5   Txn# 50468
09/03/08 08:11 In  09/03/08 17:40 Out
Tkt# 031656
CASH PAID    $ 16.00-
THANK YOU!!!
PLEASE DRIVE WITH CARE
DON'T DRINK AND DRIVE

Kelly  CSHR
0148 08:29 SEP 02'08    W/S#01 P1

Tax   Breakfast 9/3

C4/12        73
HANH NGUYEN
NATIONAL PRISON PROJ

| DATE | | SERVER/CASHIER |
| --- | --- | --- |
| AUTHORIZATION NO. | REFERENCE NO. | |

5634314

| QTY. | DESCRIPTION | AMOUNT |
| --- | --- | --- |
| | | 22 50 |
| | TAX | |
| SALES SLIP | TIP MISC | 4 ~ |
| | TOTAL | 26 50 |

PURCHASER SIGN HERE
X
Cardholder acknowledges receipt of goods and/or services in the amount
of the Total shown hereon and agrees to perform the obligations set forth
in the Cardholder's agreement with the Issuer.

CUSTOMER COPY

**IMPORTANT: RETAIN THIS COPY FOR YOUR RECORDS**

** STARBUCKS COFFEE COMPANY **

PARK CENTRAL MALL        #05480
PHOENIX        AZ85012

| 1 TL LATTE | 2.70 |
| --- | --- |
| ADD SHOT | 0.55 |
| 1 CRSNT BUTTER | 1.65 |
| SUBTOTAL | 4.90 |
| TAX 8.3 | 0.41 |
| TOTAL | 5.31 |
| AMEX | 5.31 |
| CARD#: XXXXXXXXXXX3628 | |
| CHANGE DUE | 0.00 |

05480 02B2 699816  001377240M
09/03/08        06:45
Make a purchase pior to 2PM
Bring receipt in today after
2PM for a grande cold drink
For $2+tax at select us stores
Same day only. Value 1/20 cent

Breakfast 9/4
MW Snack (late night)
Closing

** STARBUCKS COFFEE COMPANY **

PARK CENTRAL MALL        #05480
PHOENIX        AZ85012

| 1 GR ICD COFFEE | 2.30 |
| --- | --- |
| SUBTOTAL | 2.30 |
| TAX 8.3 | 0.19 |
| TOTAL | 2.49 |
| AMEX | 2.49 |
| CARD#: XXXXXXXXXXX3628 | |
| CHANGE DUE | 0.00 |

05480 01F2 702314  001087178M
09/04/08        19:39
Make a purchase pior to 2PM
Bring receipt in today after
2PM for a grande cold drink
For $2+tax at select us stores
Same day only. Value 1/20 cent

Lunch mw + thu 9/5

Stickers

09/05/2008
12:22 PM
102213

Host: Jarret
519

| IBC | 1.75 |
| --- | --- |
| Bottled Water | 1.60 |
| Italian | 5.45 |
| Greens Large | 6.00 |
| Sub Total | 14.80 |
| Tax | 1.23 |
| Order Total | 16.03 |
| Cash | 20.00 |
| Change | 3.97 |

Thank You
See you again soon.
---- Check Closed ----

Paradise Bakery
Term4 Skyharbor Airport
Phoenix AZ
602-681-0909

**Order #166**

Host: Am 1                        09/06/2008
Order #166                        5:23 AM
                                  10003

BUTTER CROISSANT (2 @2.25)              4.50
HAM & SWISS SAND-WHOLE                  7.50
    WHITE 2 SLC
    COOKIE
CALIFORNIA TURKEY-WHOLE                 7.50
    MULTI GRAIN-2 SLICE
    COOKIE
COFFEE-SMALL                            1.85
HOT TEA-LARGE                           1.65

Sub Total                              23.00
Tax                                     1.91

ToGo Total                             24.91
AMEX #XXXXXXXXXXX3628           $      24.91
Auth:598296

        Thank You !!

     --- Check Closed ---

---

Paradise Bakery
Term4 Skyharbor Airport
Phoenix AZ
602-681-0909

Server: Am 1                     DOB: 09/06/2008
05:23 AM                              09/06/2008
Order #166/1                       1/10003

AMEX                                  1048679
Card #XXXXXXXXXXX3628
Magnetic card present: NGUYEN H
Approval1: 598296

                    Amount:            24.91

        Thank You !!

     **GUEST COPY**

X_____
Approval1: 598296

---

*Breakfast + Lunch mw + LN 9/6*

---

*Breakfast mw LN 9/6*

---

**Lux Coffee Bar**
4404 N Central Ave
Phoenix, AZ 85012
(602) 696-9876

Card Type: American Express
Card Number: XXXX-XXXXXX-X3628
             NGUYENIH

Invoice: 127279
Associate: Lux Coffee
Date Opened: 9/4/2008 7:22:54 AM
Transaction ID: 101147110740  Auth: 507302

**SALE TRANSACTION**

Amount:              $12.75
Tax:                  0.00
**Subtotal:         $12.75**

**Tip:** _____

**Total:** _____

_____
cardholder signature
Cardholder acknowledges and agrees to pay for all charges
indicated per card issuer agreement.

© 2007 Edge Studios, Inc.
www.edgestudios.com

# XO Communications ®

## Call Detail Report - Outbound
continued

THE NATIONAL PRISON PROJECT OF THE ACLU

| Account Name | THE NATIONAL PRISON PROJECT OF THE ACLU |
|---|---|
| Account Number | 0225156934 |
| Invoice Number | |
| Invoice Date | 08/09/08 |
| Total Amount Due | $1,291.73 |

CARRIER DESCRIPTION: XO Communications
SERVICE LOCATION: 915 15TH ST NW NW , WASHINGTON
CALL FROM: (202)393-4930 PUBLICATIONS,

| Date | Time | Call To | | Number | Call Type | Minutes | Amount |
|---|---|---|---|---|---|---|---|
| 07/17/08 | 02:00 PM | Lake Park | IA | (712)432-1690 | RD | 24.5 | .00 |
| 07/17/08 | 05:01 PM | Tulsa | OK | (918)599-8123 | RD | 6.8 | .00 |
| 07/17/08 | 05:49 PM | Cleveland | OH | (216)533-2653 | RD | 0.5 | .00 |
| 07/17/08 | 05:55 PM | Hackensack | NJ | (201)360-3167 | RD | 0.5 | .00 |
| 07/17/08 | 05:56 PM | TeaneckK | NJ | (201)692-2086 | RD | 9.8 | .00 |
| 07/22/08 | 01:16 PM | Newark | NJ | (973)642-2086 | RD | 1.5 | .00 |
| 07/22/08 | 02:52 PM | Oakland | CA | (510)387-3323 | RD | 0.5 | .00 |
| 07/23/08 | 02:46 PM | Snfc Cntrl | CA | (415)395-9344 | RD | 0.5 | .00 |
| 07/24/08 | 11:48 AM | New York | NY | (212)549-2611 | RD | 3.4 | .00 |
| 07/24/08 | 12:16 PM | Austin | TX | (512)478-7300 | RD | 17.8 | .00 |
| 07/24/08 | 04:49 PM | Miami | FL | (786)363-2738 | RD | 0.5 | .00 |
| 07/24/08 | 04:53 PM | Chicago | IL | (312)960-2834 | RD | 49.3 | .00 |
| 07/28/08 | 06:07 PM | La Jolla | CA | (858)454-8463 | RD | 0.5 | .00 |
| 07/28/08 | 06:08 PM | La Mesa | CA | (619)750-5419 | RD | 4.0 | .00 |
| 07/28/08 | 06:22 PM | San Diego | CA | (619)417-0071 | RD | 0.9 | .00 |
| 07/31/08 | 01:14 PM | New York | NY | (212)446-4983 | RD | 0.7 | .00 |
| 07/31/08 | 01:49 PM | Concord | NH | (603)224-6591 | RD | 0.4 | .00 |
| 08/01/08 | 03:29 PM | Atlanta Ne | GA | (770)475-1023 | RD | 1.3 | .00 |
| 08/01/08 | 03:06 PM | Spencer | IA | (712)580-1800 | RD | 20.6 | .00 |
| 08/01/08 | 04:00 PM | Spencer | IA | (712)580-1800 | RD | 48.2 | .00 |
| 08/01/08 | 04:50 PM | Cliffside | NJ | (201)224-4269 | RD | 8.3 | .00 |
| 08/01/08 | 05:04 PM | La Jolla | CA | (858)457-2210 | RD | 15.9 | .00 |
| 08/01/08 | 05:30 PM | Losangeles | CA | (213)977-5228 | RD | 1.4 | .00 |
| 08/01/08 | 05:01 PM | Portland | ME | (207)774-4444 | RD | 0.4 | .00 |
| 08/06/08 | 11:02 AM | Lake Park | IA | (712)432-1690 | RD | 60.9 | .00 |
| 08/06/08 | 05:02 PM | Tampacen | FL | (813)254-3361 | RD | 18.9 | .00 |
| 08/07/08 | 02:34 PM | Losangeles | CA | (213)977-9500 | RD | 0.1 | .00 |
| 08/07/08 | 02:34 PM | Losangeles | CA | (213)977-9500 | RD | 0.3 | .00 |
| 08/07/08 | 02:35 PM | Losangeles | CA | (213)977-9500 | RD | 1.8 | .00 |
| 08/07/08 | 02:37 PM | Portland | ME | (207)774-4444 | RD | 12.5 | .00 |

| TOTAL FOR: PUBLICATIONS, | | | Service | | Calls | Minutes | Amount |
|---|---|---|---|---|---|---|---|
| | | | Inter-State Long Distance | | 60 | 524.8 | .00 |
| 08/08/08 | 03.23 PM | Miami | FL | (305)573-1106 | RD | 0.4 | .00 |

## Call Detail Report - Outbound
continued

CARRIER DESCRIPTION: XO Communications
SERVICE LOCATION: 915 15TH ST NW NW , WASHINGTON
CALL FROM: (202)393-4930 PUBLICATIONS,

| Date | Time | Call To | | Number | Call Type | Minutes | Amount |
|---|---|---|---|---|---|---|---|
| | | | | | TOTAL | 60 | 524.8 | .00 |

CALL FROM: (202)393-0646 MAGBIE,

| Date | Time | Call To | | Number | Call Type | Minutes | Amount |
|---|---|---|---|---|---|---|---|
| 07/09/08 | 10:28 AM | Littlerock | AR | (501)374-2842 | RD | 54.7 | .00 |
| 07/09/08 | 02:30 PM | NewYork | NY | (212)549-2643 | RD | 62.3 | .00 |
| 07/14/08 | 12:38 PM | NewOrleans | LA | (504)592-8056 | RD | 1.3 | .00 |

| TOTAL FOR: MAGBIE, | | | Service | | Calls | Minutes | Amount |
|---|---|---|---|---|---|---|---|
| | | | Inter-State Long Distance | | 3 | 118.3 | .00 |
| | | | TOTAL | | 3 | 118.3 | .00 |

CALL FROM: (202)393-0118 MAGBIE,

| Date | Time | Call To | | Number | Call Type | Minutes | Amount |
|---|---|---|---|---|---|---|---|
| 07/14/08 | 01:31 PM | San Diego | CA | (619)234-8467 | RD | 0.9 | .00 |
| 07/14/08 | 01:32 PM | San Diego | CA | (619)813-4347 | RD | 0.9 | .00 |

| TOTAL FOR: MAGBIE, | | | Service | | Calls | Minutes | Amount |
|---|---|---|---|---|---|---|---|
| | | | Inter-State Long Distance | | 5 | 8.4 | .00 |
| | | | TOTAL | | 5 | 8.4 | .00 |

CALL FROM: (202)393-0118 HART v. ARPAIO,

| Date | Time | Call To | | Number | Call Type | Minutes | Amount |
|---|---|---|---|---|---|---|---|
| 07/24/08 | 02:02 PM | No Phoenix | AZ | (602)640-9299 | RD | 0.6 | .00 |
| 07/30/08 | 03:33 PM | Phoenix | AZ | (602)606-2810 | RD | 1.2 | .00 |
| 08/01/08 | 10:17 AM | No Phoenix | AZ | (602)266-6525 | RD | 0.7 | .00 |
| 08/01/08 | 03:31 PM | No Phoenix | AZ | (602)604-9000 | RD | 1.2 | .00 |
| 08/07/08 | 01:58 PM | Snfc Cntrl | CA | (415)995-1701 | RD | 0.6 | .00 |

CALL FROM: (202)393-0118 HART v. ARPAIO,

| Date | Time | Call To | | Number | Call Type | Minutes | Amount |
|---|---|---|---|---|---|---|---|
| 07/30/08 | 12:10 PM | Phoenix | AZ | (602)606-2810 | RD | 1.6 | .00 |

CALL FROM: (202)393-0118 PLRA,

| Date | Time | Call To | | Number | Call Type | Minutes | Amount |
|---|---|---|---|---|---|---|---|
| 07/14/08 | 01:34 PM | New York | NY | (917)287-1560 | RD | 0.9 | .00 |
| 07/14/08 | 01:42 PM | Boston | MA | (617)980-6574 | RD | 0.8 | .00 |

| TOTAL FOR: PLRA, | | | Service | | Calls | Minutes | Amount |
|---|---|---|---|---|---|---|---|
| | | | Inter-State Long Distance | | 60 | 524.8 | .00 |

CALL FROM: (202)393-0118 MAGBIE,

| Date | Time | Call To | | Number | Call Type | Minutes | Amount |
|---|---|---|---|---|---|---|---|
| 07/14/08 | 01:43 PM | Anchorage | AK | (907)646-8613 | RD | 4.2 | .00 |

# XO® Communications

| | |
|---|---|
| Account Name | THE NATIONAL PRISON PROJECT OF THE ACLU |
| Account Number | 0010000006366 |
| Invoice Number | 0225158934 |
| Invoice Date | 08/09/08 |
| Total Amount Due | $1,291.73 |

## Call Detail Report - Outbound

CARRIER DESCRIPTION: XO Communications
SERVICE LOCATION: 915 15TH ST NW , WASHINGTON
CALL FROM: (202)393-0846     HART v. ARPAIO, WASHINGTON
continued

| Date | Time | Call To | | Number | Call Type | Minutes | Amount |
|------|------|---------|---|--------|-----------|---------|--------|
| 07/25/08 | 04:22 PM | Boston | MA | (617)727-2896 | RD | 5.6 | .00 |
| 07/28/08 | 05:39 PM | Snfc Mtev | CA | (415)753-0321 | RD | 0.6 | .00 |
| 07/28/08 | 04:48 PM | Snfc Mtev | CA | (415)753-0321 | RD | 3.2 | .00 |
| 07/28/08 | 03:09 PM | No Phoenix | AZ | (602)206-6925 | RD | 11.9 | .00 |
| 07/28/08 | 03:23 PM | No Phoenix | AZ | (602)640-9325 | RD | 0.6 | .00 |
| 07/23/08 | 10:51 AM | Snfc Cntrl | CA | (415)995-1701 | RD | 2.0 | .00 |
| 07/30/08 | 04:37 PM | No Phoenix | AZ | (602)640-9325 | RD | 0.9 | .00 |
| 07/31/08 | 02:13 PM | Phoenix | AZ | (602)606-2810 | RD | 1.1 | .00 |
| 07/01/08 | 01:00 PM | No Phoenix | AZ | (602)206-6925 | RD | 0.9 | .00 |
| 07/04/08 | 10:26 AM | No Phoenix | AZ | (602)206-6925 | RD | 1.4 | .00 |
| 06/01/08 | 03:24 PM | Snfc Cntrl | CA | (602)322-7640 | RD | 1.5 | .00 |
| 06/01/08 | | Mesa | AZ | (480)464-4431 | RD | 0.3 | .00 |
| 07/30/08 | 10:47 AM | Mesa | AZ | (480)464-4431 | RD | 0.8 | .00 |
| 07/31/08 | 10:21 AM | Mesa | AZ | (480)464-4431 | RD | 1.6 | .00 |
| 07/01/08 | 01:00 PM | No Phoenix | AZ | (602)200-0990 | RD | 0.9 | .00 |
| 07/04/08 | 04:57 PM | No Phoenix | AZ | (602)322-7640 | RD | 1.5 | .00 |
| 06/04/08 | 07:22 PM | Snfc Cntrl | CA | (602)322-7640 | RD | 1.9 | .00 |

| Date | Time | Call To | | Number | Call Type | Minutes | Amount |
|------|------|---------|---|--------|-----------|---------|--------|
| 09/06/08 | 10:47 AM | Snfc Mtev | CA | (415)753-0321 | RD | 0.5 | .00 |
| 09/06/08 | 01:09 PM | Baltimore | MD | (410)468-1030 | RD | 1.8 | .00 |
| 09/06/08 | 01:35 PM | Snfc Mtev | CA | (415)753-0321 | RD | 1.0 | .00 |
| 09/06/08 | 10:53 AM | Mesa | AZ | (480)464-4431 | RD | 1.6 | .00 |

## Call Detail Report - Outbound

CARRIER DESCRIPTION: XO Communications
SERVICE LOCATION: 915 15TH ST NW , WASHINGTON
CALL FROM: (202)393-4930     HART v. ARPAIO, WASHINGTON
continued

| Date | Time | Call To | | Number | Call Type | Minutes | Amount |
|------|------|---------|---|--------|-----------|---------|--------|
| 07/16/08 | 07:12 PM | Annapolis | MD | (443)822-8264 | RD | 0.4 | .00 |
| 07/16/08 | 07:53 PM | Annapolis | MD | (443)822-8264 | RD | 1.6 | .00 |
| 07/17/08 | 11:54 AM | No Phoenix | AZ | (602)640-9000 | RD | 10.2 | .00 |
| 07/17/08 | 03:59 PM | No Phoenix | AZ | (602)640-9283 | RD | 1.1 | .00 |
| 07/17/08 | 06:59 PM | No Phoenix | AZ | (602)640-9283 | RD | 8.0 | .00 |
| 07/21/08 | 11:56 AM | No Phoenix | AZ | (602)640-9325 | RD | 2.3 | .00 |
| 07/21/08 | 04:24 PM | Snfc Cntrl | CA | (415)995-1701 | RD | 0.7 | .00 |
| 07/21/08 | 04:25 PM | Snfc Cntrl | CA | (415)995-1701 | RD | 0.7 | .00 |
| 07/21/08 | 04:47 PM | Snfc Cntrl | CA | (415)995-1701 | RD | 1.0 | .00 |
| 07/21/08 | 10:56 AM | Phoenix | AZ | (602)606-2810 | RD | 0.9 | .00 |
| 07/22/08 | | Phoenix | AZ | (602)640-9325 | RD | 4.4 | .00 |
| 07/25/08 | 12:21 PM | No Phoenix | AZ | (602)640-9000 | RD | 2.1 | .00 |
| 07/23/08 | 11:00 AM | Snfc Mtev | CA | (415)753-0321 | RD | 30.7 | .00 |
| 07/23/08 | 11:35 AM | Snfc Mtev | CA | (415)753-0321 | RD | 38.5 | .00 |
| 07/23/08 | 05:53 PM | No Phoenix | AZ | (602)640-9000 | RD | 5.8 | .00 |
| 07/24/08 | 11:24 AM | Phoenix | AZ | (602)606-2810 | RD | 1.2 | .00 |
| 07/27/08 | 10:37 AM | No Phoenix | AZ | (415)753-0321 | RD | 0.9 | .00 |
| 07/25/08 | 11:20 AM | Snfc Mtev | CA | (415)753-0321 | RD | 0.7 | .00 |
| 07/25/08 | 11:54 AM | Snfc Mtev | CA | (415)753-0321 | RD | 0.7 | .00 |
| 07/26/08 | 04:28 PM | No Phoenix | AZ | (602)640-9000 | RD | 0.9 | .00 |
| 07/25/08 | 05:16 PM | No Phoenix | AZ | (602)640-9325 | RD | 27.4 | .00 |
| 07/29/08 | 05:44 PM | Snfc Cntrl | CA | (415)848-0050 | RD | 2.7 | .00 |
| 07/26/08 | 02:47 PM | Snfc Mtev | CA | (415)753-0321 | RD | 0.1 | .00 |
| 07/26/08 | 03:18 PM | No Phoenix | AZ | (602)640-9325 | RD | 1.1 | .00 |
| 07/26/08 | 04:47 PM | No Phoenix | AZ | (602)640-9325 | RD | 8.1 | .00 |
| 07/26/08 | 06:08 PM | No Phoenix | AZ | (602)640-9325 | RD | 5.9 | .00 |
| 07/27/08 | 01:27 PM | Phoenix | AZ | (602)606-2810 | RD | 0.2 | .00 |
| 07/29/08 | 03:43 PM | No Phoenix | AZ | (602)640-9325 | RD | 2.6 | .00 |
| 07/28/08 | 12:57 PM | Snfc Mtev | CA | (415)753-0321 | RD | 44.3 | .00 |
| 07/28/08 | 02:51 PM | No Phoenix | AZ | (602)640-9000 | RD | 1.9 | .00 |
| 07/28/08 | 03:19 PM | No Phoenix | AZ | (602)640-9325 | RD | 7.4 | .00 |
| 07/28/08 | 07:20 PM | Snfc Cntrl | CA | (415)995-1701 | RD | 1.4 | .00 |
| 07/29/08 | 10:43 AM | No Phoenix | AZ | (602)640-9000 | RD | 2.7 | .00 |
| 07/29/08 | 06:15 PM | No Phoenix | AZ | (602)640-9325 | RD | 0.1 | .00 |
| 07/29/08 | 06:18 PM | No Phoenix | AZ | (602)648-6496 | RD | 2.4 | .00 |
| 07/30/08 | 11:12 AM | Phoenix | AZ | (602)606-2810 | RD | 15.0 | .00 |

# XO Communications ®

| | |
|---|---|
| Account Name | THE NATIONAL PRISON PROJECT OF THE ACLU |
| Account Number | 0010000065865 |
| Invoice Number | 0225158934 |
| Invoice Date | 08/09/08 |
| Total Amount Due | $1,291.73 |

## Call Detail Report - Outbound

CARRIER DESCRIPTION: XO Communications
SERVICE LOCATION: 915 15TH ST NW NW, WASHINGTON

CALL FROM: (202)393-4930   HART v. ARPAIO, WASHINGTON

| Date | Time | Call To | | Number | Call Type | Minutes | Amount |
|---|---|---|---|---|---|---|---|
| 07/30/08 | 11:28 AM | No Phoenix | AZ | (602)640-9325 | RD | 2.7 | .00 |
| 07/30/08 | 11:42 AM | Phoenix | AZ | (602)606-6520 | RD | 8.0 | .00 |
| 07/30/08 | 12:29 PM | No Phoenix | AZ | (602)286-6825 | RD | 3.8 | .00 |
| 07/30/08 | 03:54 PM | No Phoenix | AZ | (602)640-9325 | RD | 2.2 | .00 |
| 07/30/08 | 04:53 PM | Phoenix | AZ | (602)322-7640 | RD | 6.2 | .00 |
| 07/30/08 | 06:10 PM | Phoenix | AZ | (602)606-2810 | RD | 0.3 | .00 |
| 07/30/08 | 06:12 PM | Phoenix | AZ | (602)606-2810 | RD | 1.3 | .00 |
| 07/30/08 | 07:50 PM | Phoenix | AZ | (602)606-2810 | RD | 3.0 | .00 |
| 07/31/08 | 01:33 PM | Phoenix | AZ | (602)606-2810 | RD | 0.7 | .00 |
| 07/31/08 | 03:12 PM | New York | NY | (212)549-2582 | RD | 13.3 | .00 |
| 07/31/08 | 04:18 PM | Snfc Mtwy | CA | (415)753-0321 | RD | 5.6 | .00 |
| 07/31/08 | 06:09 PM | Snfc Mtwy ' | CA | (415)753-0321 | RD | 4.2 | .00 |
| 08/01/08 | 05:34 PM | No Phoenix | AZ | (602)640-9325 | RD | 0.1 | .00 |
| 08/01/08 | 05:36 PM | No Phoenix | AZ | (602)640-9325 | RD | 1.0 | .00 |
| 08/04/08 | 12:47 PM | Mesa | AZ | (480)464-4431 | RD | 1.7 | .00 |
| 08/04/08 | 12:49 PM | Phoenix | AZ | (602)606-2810 | RD | 3.9 | .00 |
| 08/04/08 | 02:46 PM | Mesa | AZ | (480)464-4431 | RD | 1.7 | .00 |
| 08/04/08 | 02:49 PM | Phoenix | AZ | (602)606-2810 | RD | 1.7 | .00 |
| 08/04/08 | 05:07 PM | Phoenix | AZ | (602)322-7640 | RD | 86.0 | .00 |
| 08/04/08 | 05:07 PM | Phoenix | AZ | (602)322-7640 | RD | 0.6 | .00 |
| 08/04/08 | 06:54 PM | Phoenix | AZ | (602)332-7640 | RD | | |
| 08/04/08 | 08:55 PM | Phoenix | AZ | (602)322-7640 | RD | 20.0 | .00 |
| 08/04/08 | 08:01 PM | Phoenix | AZ | (602)640-9325 | RD | 13.9 | .00 |
| 08/04/08 | 09:42 AM | Annapolis | MD | (443)822-8264 | RD | 0.6 | .00 |
| 08/04/08 | 11:32 PM | No Phoenix | AZ | (602)640-9364 | RD | 8.0 | .00 |
| 08/05/08 | 02:18 PM | Mesa | AZ | (602)640-9325 | RD | 0.7 | .00 |
| 08/06/08 | 12:49 PM | Phoenix | AZ | (602)606-2810 | RD | 3.9 | .00 |
| 08/05/08 | 02:20 PM | Snfc Cntrl | CA | (415)995-1701 | RD | 0.4 | .00 |
| 08/06/08 | 06:25 PM | Snfc Mtwy | CA | (415)753-0321 | RD | 1.9 | .00 |
| 08/06/08 | 10:41 AM | No Phoenix | AZ | (602)640-9325 | RD | 0.4 | .00 |
| 08/06/08 | 12:57 PM | Mesa ' | AZ | (480)909-3999 | RD | 33.3 | .00 |
| 08/06/08 | 02:18 PM | Mesa | AZ | (480)909-3999 | RD | 2.0 | .00 |
| 08/06/08 | 01:50 PM | Mesa | AZ | (480)909-3999 | RD | 40.0 | .00 |
| 08/07/08 | 10:03 AM | No Phoenix | AZ | (602)640-9325 | RD | 13.9 | .00 |
| 08/07/08 | 03:58 PM | Snfc Cntrl | CA | (415)995-1701 | RD | 177.4 | .00 |
| 08/08/08 | 11:04 AM | New York | NY | (646)408-6312 | RD | 9.9 | .00 |

*continued*

---

## Call Detail Report - Outbound

CARRIER DESCRIPTION: XO Communications
SERVICE LOCATION: 915 15TH ST NW NW, WASHINGTON

CALL FROM: (202)393-4930   HART v. ARPAIO.

| Date | Time | Call To | | Number | Call Type | Minutes | Amount |
|---|---|---|---|---|---|---|---|
| 07/21/08 | 01:23 PM | Snfc Cntrl | CA | (415)348-0050 | RD | 0.2 | .00 |
| 07/21/08 | 01:25 PM | Snfc Cntrl | CA | (415)348-0077 | RD | 0.8 | .00 |

CALL FROM: (202)393-4931   HART v. ARPAIO.

| Date | Time | Call To | | Number | Call Type | Minutes | Amount |
|---|---|---|---|---|---|---|---|
| 08/05/08 | 11:17 AM | Phoenix | AZ | (602)606-2811 | RD | 0.8 | .00 |
| 08/05/08 | 11:18 AM | Phoenix | AZ | (602)606-2811 | RD | 0.8 | .00 |

TOTAL FOR:
HART v. ARPAIO

| | Minutes | Amount |
|---|---|---|
| | 878.6 | .00 |

CALL FROM: (202)393-0064   PUBLIC EDUCATION,

| Date | Time | Call To | | Number | Call Type | Minutes | Amount |
|---|---|---|---|---|---|---|---|
| 07/09/08 | 03:45 PM | New York | NY | (646)803-5940 | RD | 25.3 | .00 |
| 07/10/08 | 04:17 PM | New York | NY | (917)538-4686 | RD | 1.6 | .00 |
| 07/14/08 | 01:42 PM | Baltimore | MD | (410)493-1330 | RD | 3.5 | .00 |
| 07/21/08 | 10:38 AM | New York | NY | (212)549-2582 | RD | 11.9 | .00 |
| 07/28/08 | 10:33 AM | New York | NY | (212)549-2582 | RD | 2.7 | .00 |

CALL FROM: (202)393-0646   PUBLIC EDUCATION,

| Date | Time | Call To | | Number | Call Type | Minutes | Amount |
|---|---|---|---|---|---|---|---|
| 07/11/08 | 12:02 PM | Conroe | TX | (936)588-8441 | RD | 1.3 | .00 |
| 07/14/08 | 02:12 PM | Elkridge | MD | (410)540-6373 | RD | 1.4 | .00 |
| 07/14/08 | 02:52 PM | Albuquerque | NM | (505)266-5915 | RD | 2.1 | .00 |
| 07/14/08 | 02:54 PM | Albuquerque | NM | (505)453-4593 | RD | 11.2 | .00 |
| 07/21/08 | 09:50 AM | Seattle | WA | (206)624-2184 | RD | 0.4 | .00 |
| 07/24/08 | 01:59 PM | Summit | NJ | (908)656-0528 | RD | 24.1 | .00 |
| 07/24/08 | 02:58 PM | Morristown | NJ | (973)975-7740 | RD | 19.5 | .00 |
| 07/25/08 | 04:29 PM | Losangeles | CA | (213)977-5219 | RD | 18.0 | .00 |
| 07/28/08 | 10:11 AM | New York | NY | (212)549-2582 | RD | 4.3 | .00 |
| 07/30/08 | 10:34 AM | Austin | TX | (512)476-7300 | RD | 16.8 | .00 |
| 08/05/08 | 09:59 AM | Morristown | NJ | (973)975-7740 | RD | 15.8 | .00 |
| 08/05/08 | 01:32 PM | Ann Arbor | MI | (734)222-5098 | RD | 0.3 | .00 |
| 08/05/08 | 01:37 PM | Ann Arbor | MI | (734)222-0088 | RD | 4.4 | .00 |
| 08/06/08 | 05:06 PM | No Phoenix | AZ | (602)861-6800 | RD | 1.3 | .00 |
| 08/07/08 | 03:53 PM | Culverny | CA | (310)425-9165 | RD | 1.3 | .00 |

| Service | Calls | Minutes | Amount |
|---|---|---|---|
| Inter-State Long Distance | 111 | 878.6 | .00 |
| TOTAL | 111 | 878.6 | .00 |

*continued*

Manage your account online: www.businesscenter.xo.com        Contact Customer Care: 800.421.3872

**Nguyen, Hanh**

| | |
|---|---|
| **From:** | travel@expedia.com |
| **Sent:** | Tuesday, July 29, 2008 8:24 PM |
| **To:** | susan.pourciau@law.duke.edu |
| **Subject:** | Expedia travel confirmation - Phoenix, AZ - Aug 10, 2008 - (Itin# 124609146971) |

**Travel Confirmation**

Thank you for booking your trip with Expedia. This email is your receipt for the travel item(s) you just booked; a complete itinerary that includes all applicable ticket numbers, reservation IDs,etc. will follow in the next 4 days.

Remember that you can always view your itinerary online for the most up-to-date information. Our interactive demo can show you how easy it is to get information about your itinerary.

Did you know about all the ways you can earn ThankYou® Points on Expedia?
Although this itinerary doesn't qualify for ThankYou Points, you can still earn points if you add a hotel booking today or any time before you travel.

Learn more about how to earn points for future bookings.

**ThankYou®**
Rewards Network

Your ticket purchase has not been confirmed by the airline. Please check your complete itinerary after 24 hours have passed for ticket confirmation information.

**Flight: Raleigh to Phoenix**
**Traveler name:** Susan Pourciau

| Total ticket cost: | $365.01 |
|---|---|
| Taxes & Fees: | $38.49 |
| **Airfare total:** | **$403.50** |

| | | | | |
|---|---|---|---|---|
| Raleigh (RDU) to Phoenix (PHX) | 8/10/08 | 5:25 pm - 7:02 pm | US Airways 415 | |
| Phoenix (PHX) to Atlanta (ATL) | 8/22/08 | 11:00 pm - 5:35 am | Delta 1036 | |
| Atlanta (ATL) to Raleigh (RDU) | 8/23/08 | 7:00 am - 8:19 am | Delta 1533 | |

Special requests
We will forward your requests to the travel vendor, but as these are subject to availability we can not guarantee that they will be honored. Some special requests (e.g., ski racks, rollaway beds) may incur additional charges from the vendor.

Free and special meals are not available on many flights.
**Flight:** Raleigh to Phoenix
Susan Pourciau
Meal: Vegetarian dairy/egg meal

View your itinerary for complete and up-to-date trip details, or to make changes online.

**Customer Support**
**Itinerary number: 124609146971**

If you have questions about your reservation, fill out our itinerary assistance form. We'll respond within 24 hours: For immediate assistance call Expedia at 1-800-EXPEDIA (1-800-397-3342) or 1-404-728-8787 and have the itinerary number ready.

7/31/2008



**room:**

160 West Catalina Drive • Phoenix, AZ 85013
Phone (602) 200-0990 • Fax (602) 200-0999
hamptoninn.com/hi/phoenix-midtown

Phoenix Midtown

official sponsor u.s. olympic team

USA

| | |
|---|---|
| NGUYEN, HANH                                    name | room number:      312/KXTY |
| 1827 FLORIDA AVE NW APT. 104                    address | arrival date:     08/10/08 6:36PM |
| HOTELS.COM #157013178 | departure date:   08/22/08 |
| WASHINGTON, DC 20009 | |
| US | adult/child:      1/0 |
| | room rate:        $89.00 |

If the debit/credit card you are using for check-in is attached to a bank or checking account, a hold will be placed on the account for the full anticipated dollar amount to be owed to the hotel, including estimated incidentals, through your date of check-out and such funds will not be released for 72 business hours from the date of check-out or longer at the discretion of your financial institution.

RATE PLAN      S-HH0
HH# 354725077 BLUE
AL:          AA #391D1W4
BONUS AL:              CAR:

Confirmation: 80440071

Rates subject to applicable sales, occupancy, or other taxes. Please do not leave any money or items of value unattended in your room. The hotel is not responsible for lost or stolen articles from your room or vehicle. A safety deposit box is available for you in the lobby. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or full amount of these charges, I authorize you to bill the full balance of my account to my credit card which was presented or authorized upon registration. "I have requested weekday delivery of USA Today. If refused, a credit of $0.75 will be applied to my account. In the event of an emergency, I, or someone in my party require special evacuation assistance due to a physical disability. Please indicate yes by checking here: ☐

08/22/08       PAGE      1

signature:

| date | reference | description | amount |
|---|---|---|---|
| 08/10/08 | 811807 | GUEST ROOM | $89.00 |
| 08/10/08 | 811807 | STATE TAX | $6.47 |
| 08/10/08 | 811807 | CITY TAX | $4.45 |
| 08/11/08 | 811909 | GUEST ROOM | $89.00 |
| 08/11/08 | 811909 | STATE TAX | $6.47 |
| 08/11/08 | 811909 | CITY TAX | $4.45 |
| 08/12/08 | 812030 | GUEST ROOM | $89.00 |
| 08/12/08 | 812030 | STATE TAX | $6.47 |
| 08/12/08 | 812030 | CITY TAX | $4.45 |
| 08/13/08 | 812205 | GUEST ROOM | $89.00 |
| 08/13/08 | 812205 | STATE TAX | $6.47 |
| 08/13/08 | 812205 | CITY TAX | $4.45 |
| 08/14/08 | 812410 | GUEST ROOM | $89.00 |
| 08/14/08 | 812410 | STATE TAX | $6.47 |
| 08/14/08 | 812410 | CITY TAX | $4.45 |
| 08/15/08 | 812543 | GUEST ROOM | $69.00 |
| 08/15/08 | 812543 | STATE TAX | $5.02 |
| 08/15/08 | 812543 | CITY TAX | $3.45 |
| 08/16/08 | 812638 | GUEST ROOM | $69.00 |
| 08/16/08 | 812638 | STATE TAX | $5.02 |
| 08/16/08 | 812638 | CITY TAX | $3.45 |
| 08/17/08 | 812713 | GUEST ROOM | $89.00 |
| 08/17/08 | 812713 | STATE TAX | $6.47 |
| 08/17/08 | 812713 | CITY TAX | $4.45 |

for reservations call 1-800-hampton or visit us online at www.hamptoninn.com

| | |
|---|---|
| account no. | date of charge      folio/check no. |
| | 173259    A |
| card member name | authorization          initial |
| establishment no. and location    establishment agrees to transmit to card holder for payment | purchases & services |
| | taxes |
| | tips & misc. |
| **signature** of card member | **total** amount |
| X | 0.00 |

       



**Hampton**

160 West Catalina Drive • Phoenix, AZ 85013
Phone (602) 200-0990 • Fax (602) 200-0999
hamptoninn.com/hi/phoenix-midtown

official sponsor u.s. olympic team



USA

| | | |
|---|---|---|
| NGUYEN, HANH | name | room number: 312/KXTY |
| 1827 FLORIDA AVE NW APT. 104 | address | arrival date: 08/10/08;6:36PM |
| HOTELS.COM #157013178 | | departure date: 08/22/08 |
| WASHINGTON, DC 20009 | | |
| US | | adult/child: 1/0 |
| | | room rate: $89.00 |

If the debit/credit card you are using for check-in is attached to a bank or checking account, a hold will be placed on the account for the full anticipated dollar amount to be owed to the hotel, including estimated incidentals, through your date of check-out and such funds will not be released for 72 business hours from the date of check-out or longer at the discretion of your financial institution.

RATE PLAN    S-HH0
HH# 354725077 BLUE
AL:          AA. #391D1W4
BONUS AL:              CAR:

Confirmation: 80440071

08/22/08        PAGE     2

Rates subject to applicable sales, occupancy, or other taxes. Please do not leave any money or items of value unattended in your room. The hotel is not responsible for lost or stolen articles from your room or vehicle. A safety deposit box is available for you in the lobby. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or full amount of these charges, I authorize you to bill the full balance of my account to my credit card which was presented or authorized upon registration. "I have requested weekday delivery of USA Today. If refused, a credit of $0.75 will be applied to my account. In the event of an emergency, I, or someone in my party require special evacuation assistance due to a physical disability. Please indicate yes by checking here:

signature: ☐

| date | reference | description | amount |
|---|---|---|---|
| 08/18/08 | 812830 | GUEST ROOM | $89.00 |
| 08/18/08 | 812830 | STATE TAX | $6.47 |
| 08/18/08 | 812830 | CITY TAX | $4.45 |
| 08/19/08 | 812973 | GUEST ROOM | $89.00 |
| 08/19/08 | 812973 | STATE TAX | $6.47 |
| 08/19/08 | 812973 | CITY TAX | $4.45 |
| 08/20/08 | 813145 | GUEST ROOM | $89.00 |
| 08/20/08 | 813145 | STATE TAX | $6.47 |
| 08/20/08 | 813145 | CITY TAX | $4.45 |
| 08/21/08 | 813293 | GUEST ROOM | $89.00 |
| 08/21/08 | 813293 | STATE TAX | $6.47 |
| 08/21/08 | 813293 | CITY TAX | $4.45 |
| | | WILL BE SETTLED TO AX *3628 | $1,154.14 |
| | | EFFECTIVE BALANCE OF | $0.00 |

*You have earned approximately 20560 HHonors points and approximately 100 miles with American Airlines for this stay. To check your earnings for this stay or any other stay at any of more than 3,000 Hi*

*Hit the road this weekend and take time out for you! Visit family, friends and just take time to play. Visit hamptoninn.com or call 1-800-HAMPTON.*

for reservations call 1-800-hampton or visit us online at www.hamptoninn.com

| | | |
|---|---|---|
| account no. | date of charge | folio/check no. |
| | | 173259    A |
| card member name | authorization | initial |
| establishment no. and location    establishment agrees to transmit to card holder for payment | purchases & services | |
| | taxes | |
| | tips & misc. | |
| **signature** of card member | **total** amount | |
| X | | 0.00 |

The Hilton Family  Hilton  CONRAD  DOUBLETREE  EMBASSY SUITES  Hampton  Hilton Garden Inn  HOMEWOOD SUITES     **thanks.**

room: #312



**Hampton**

**Phoenix / Mid**
160 West Catalina Drive • Phoenix, AZ 85013
Phone (602) 200-0990 • Fax (602) 200-0999
hamptoninn.com/hi/phoenix-midtown

official sponsor u.s. olympic team

USA

| | |
|---|---|
| NGUYEN, HANH | name |
| 1827 FLORIDA AVE NW APT. 104 | address |
| HOTELS.COM #157013178 | |
| WASHINGTON, DC 20009 | |
| US | |

| | |
|---|---|
| room number: | 312/KXTY |
| arrival date: | 08/25/0810:58AM |
| departure date: | 08/29/08 |
| adult/child: | 1/0 |
| room rate: | $99.00 |

If the debit/credit card you are using for check-in is attached to a bank or checking account, a hold will be placed on the account for the full anticipated dollar amount to be owed to the hotel, including estimated incidentals, through your date of check-out and such funds will not be released for 72 business hours from the date of check-out or longer at the discretion of your financial institution.

RATE PLAN     S-HH0
HH# 354725077 SILVER
AL:           AA #391D1W4
BONUS AL:                     CAR:

Confirmation:  80916018

Rates subject to applicable sales, occupancy, or other taxes. Please do not leave any money or items of value unattended in your room. The hotel is not responsible for lost or stolen articles from your room or vehicle. A safety deposit box is available for you in the lobby. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or full amount of these charges, I authorize you to bill the full balance of my account to my credit card which was presented or authorized upon registration. "I have requested weekday delivery of USA Today. If refused, a credit of $0.75 will be applied to my account. In the event of an emergency, I, or someone in my party require special evacuation assistance due to a physical disability. Please indicate yes by checking here:

08/29/08        PAGE      1

**signature:**                                                                           ☐

| date | reference | description | amount |
|---|---|---|---|
| 08/25/08 | 813836 | GUEST ROOM | $99.00 |
| 08/25/08 | 813836 | STATE TAX | $7.20 |
| 08/25/08 | 813836 | CITY TAX | $4.95 |
| 08/26/08 | 814002 | GUEST ROOM | $99.00 |
| 08/26/08 | 814002 | STATE TAX | $7.20 |
| 08/26/08 | 814002 | CITY TAX | $4.95 |
| 08/27/08 | 814163 | GUEST ROOM | $99.00 |
| 08/27/08 | 814163 | STATE TAX | $7.20 |
| 08/27/08 | 814163 | CITY TAX | $4.95 |
| 08/28/08 | 814264 | VALET LAUNDRY | $28.00 |
| 08/28/08 | 814264 | TAXES | $2.27 |
| 08/28/08 | 814328 | GUEST ROOM | $99.00 |
| 08/28/08 | 814328 | STATE TAX | $7.20 |
| 08/28/08 | 814328 | CITY TAX | $4.95 |
| | | WILL BE SETTLED TO AX *3628 | $474.87 |
| | | EFFECTIVE BALANCE OF | $0.00 |

*You have earned approximately 10494 HHonors points for this stay. To check your earnings for this stay or any other stay at any of more than 3,000 Hilton Family hotels worldwide visit HiltonHHonors.co*

*Hit the road this weekend and take time out for you! Visit family, friends and just take time to play. Visit hamptoninn.com or call 1-800-HAMPTON.*

for reservations call 1-800-hampton or visit us online at www.hamptoninn.com

| account no. | date of charge | folio/check no. |
|---|---|---|
| | | 173503       A |
| card member name | authorization | initial |
| establishment no. and location | establishment agrees to transmit to card holder for payment | purchases & services |
| — | — | — |
| | | taxes |
| | | tips & misc. |
| **signature** of card member | **total** amount | |
| X | 0.00 | |

       

**thanks.**

Case 2:77-cv-00479-NVW    Document 1747-5    Filed 12/19/08    Page 51 of 75

**Nguyen, Hanh**

| | |
|---|---|
| **From:** | Southwest Airlines [SouthwestAirlines@mail.southwest.com] |
| **Sent:** | Thursday, August 07, 2008 3:57 PM |
| **To:** | Nguyen, Hanh |
| **Subject:** | Ticketless Confirmation - NGUYEN/HANH - 27FBY5 |



**Receipt and Itinerary as of 08/07/08 2:57 PM**

## Confirmation Number
## 27FBY5



Confirmation Date: 08/07/08
Received: HANH NGU

### Passenger Information

| Passenger Name | Account Number | Ticket# | Expuration[1] |
|---|---|---|---|
| NGUYEN/HANH | 00000380344171 | 526-8754908142-5 | 08/07/09 |

[1] All travel involving funds from this Confirmation Number must be completed by the expiration date.

### Itinerary

| Date | Flight | Routing Details |
|---|---|---|
| Fri Aug 29 | 1462 | Depart PHOENIX AZ (PHX) at 4:45 PM |
| | | Arrive in BALTIMORE-WASHNTN (BWI) at 11:55 PM |
| Tue Sep 02 | 691 | Depart BALTIMORE-WASHNTN (BWI) at 9:15 AM |
| | | Arrive in PHOENIX AZ (PHX) at 11:10 AM |

### Cost and Payment Summary

| | |
|---|---|
| Air | $ 305.11 |
| Tax | $ 29.89 |
| PFC Fee | $ 9.00 |
| Security Fee | $ 5.00 |

**Total Payment: $349.00**

Current payment(s)
    08/07/08 AMER EXPRESS xxxxxxxxxxx3628 Ref 526-8754908142-5 $349.00

### Fare Rule(s)

Valid only on Southwest Airlines. NON REFUNDABLE/STANDBY REQ UPGRADE TO YL All
travel involving funds from this Confirmation Number must be completed by the expiration date.
Any change to this itinerary may result in a fare increase.

Fare Calculation:

NRF- 1 PHXWNBWI S14NTNR 149.00 BWIWNPHX O14NTNR 179.00 $328.00 ZPPHX BWI

## Nguyen, Hanh

**From:** Southwest Airlines [SouthwestAirlines@mail.southwest.com]
**Sent:** Tuesday, July 29, 2008 11:11 AM
**To:** Nguyen, Hanh
**Subject:** Ticketless Confirmation - NGUYEN/HANH - 2WA27D



Receipt and Itinerary as of 07/29/08 10:11 AM

### Confirmation Number
### 2WA27D



Confirmation Date: 07/29/08
Received: MAGARET

### Passenger Information

| Passenger Name | Account Number | Ticket# | Expiration[1] |
|---|---|---|---|
| NGUYEN/HANH | 00000380344171 | 526-8503951387-5 | 07/29/09 |

[1] All travel involving funds from this Confirmation Number must be completed by the expiration date.

### Itinerary

| Date | Flight | Routing Details |
|---|---|---|
| Sun Aug 10 | 2683 | Depart BALTIMORE-WASHNTN (BWI) at 2:50 PM<br>Arrive in PHOENIX AZ (PHX) at 4:40 PM |

### Cost and Payment Summary

| | |
|---|---|
| Air | $ 226.98 |
| Tax | $ 20.52 |
| PFC Fee | $ 4.50 |
| Security Fee | $ 2.50 |

**Total Payment: $254.50**

Current payment(s)
  07/29/08 AMER EXPRESS xxxxxxxxxxx4105 Ref 526-8503951387-5 $254.50

### Fare Rule(s)

Valid only on Southwest Airlines. NON REFUNDABLE/ STANDBY REQ UPGRADE TO YL All travel involving funds from this Confirmation Number must be completed by the expiration date. Any change to this itinerary may result in a fare increase.

Fare Calculation:

ADT- 1 BWIWNPHX H7NR 244.00 $244.00 ZPBWI XFBWI4.50 AYBWI2.50 $254.50

### Important Checkin Requirement



HN Laundry 2 wks

**Organic Cleaners 02**
341 W Thomas Rd.
Phoenix, AZ 85013
602-265-1298

Nguyen, Hanh
(202) 460-6303

Receipt - Customer Copy

Friday Aug 22, 2008 6:24 AM

Invoice#
08-021801
08-021803
Total Due:

| | Price |
|---|---|
| | $45.58 |
| | $26.82 |
| | $72.40 |

mount Tendered:
Change:

$72.40 Credit Card
$0.00

Credit Card Information:
Name:NGUYEN H
AMEX:************3628
Auth #:522100         (SWP)

Amount          $72.40  Sale

Thank You!

PLEASE C

Elizabeth Al
Margaret W
Eric Balabar
Gabe Eber
Amy Fettig
Tom Jawetz
Hanh Nguye

**RETURN T**
**AFTER CU**

---

Gabe Eber

685$805068092
PHOENIX PLAZA
21 E CATALINA DR
PHOENIX, AZ 85012
602-256-5666

**Sale**

Tran ID: 001

Ter.Part ID: 800000002334          Ref #: 026

PURCHASE
SWIPED
*************5507
VISA
AUTH# 08909C          2840
INVOICE #:
08-15-2008  09:08PM
REFERENCE #:    0010013420

ITEMS 3
08-15-2008  09:08PM  0090 03 1214 2840

THANK YOU FOR SHOPPING AT
TRADER JOE'S
www.traderjoes.com

SUBTOTAL          $12.41
STATE TAX 1        $0.58
**TOTAL**         $13.05
VISA              $13.05

P, Jay

Find for
week
Cloud +
water}

---

CITY HALL GARAGE
PHOENIX AZ
CENTRAL PARKING SYSTEM
602 495 6777

Rcpt#H228045
08/15/08 15:03  L# 3 AM 16
08/15/08 12:13 In  08/15/08 15:03 Out
Tck# 846973
THANK YOU!!!!
CASH PAID        $  12.00-
PLEASE DRIVE WITH CARE
DON'T DRINK AND DRIVE

---

CITY HALL GARAGE
PHOENIX AZ
ACE PARKING
602 495 6777

Rcpt#167W026
08/20/08 15:28  L# 7 AM  3  Txn#F5965E
08/20/08 09:18 In  08/20/08 15:28 Out
Tck# 851049
THANK YOU!!!!
CASH PAID        $  16.00-
PLEASE DRIVE WITH CARE
DON'T DRINK AND DRIVE

---

THE PHOENIX PLAZA
CENTRAL PARKING SYSTEM
(ADP) 351-9915

Rcpt# 36691
08/25/08 15:29  L# 5 AM 10  Txn#K034G5
08/25/08 11:58 In  08/25/08 15:29 Out
Tck# 667090
CASH PAID        $  7.00-
THANK YOU!!!!

MW 3 Breakfast
LTN     8/12

**DOMINIC'S**
**DOWNTOWN**
401 W WASHINGTON STREET
SUITE #210
PHOENIX, AZ
DATE 08/12/2008 TUE   TIME 08:18

MISC T1                    $3.00
SM COFFEE   T1             $1.25
SM COFFEE   T1             $1.25
TAX1                       $0.45
TOTAL                      $5.95
CHARGE2                    $5.95
CLERK 1        069428   00000

Breakfast 8/11

**YOUR RECEIPT**
**THANK YOU**
**CALL AGAIN**

REG   08-11-2008 07:29
                        000019

DEPT23      T1T2      $1.75
DEPT03               $3.00
TOTAL                $4.75
CASH                $20.00
CHANGE              $15.25

**SALE** 8/12

DIEGO RAYS DELI & GRILL
401 W WASHINGTON 210
PHOENIX, AZ 85003
1-602-252-0014
THANK YOU

MERCHANT ID: 267672680886
DEVICE ID: 100D
Item: 002 VISA SALE / SWIPED
Acct: XXXXXXXXXXX5507
INVOICE: 0002
SERVER ID: 1

FOOD/BEV/TAX

$    5.95

TIP        $_____.__

TOTAL      $_____.__

I AGREE TO PAY ABOVE AMOUNT ACCORDING
TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF RETURN)

DATE: 08/12/08         TIME: 08:20
RESP: AUTH/TKT   07126C    E
TID: 168225553576783   ACI: E

BOTTOM COPY-CUSTOMER

MW + HW dinner
dinner 8/12

THAI BASIL
3110 N CENTRAL AVE #101
PHOENIX AZ 85012
602-274-5020

Merchant ID: 000003445098
Term ID: 00377681   Ref #: 0002

Sale

XXXXXXXXXXX3628

AMEX      Entry Method: Swiped

Amount:     $     37.70

Tip:                6.00

Total:            43.70

08/12/08              18:09:57
Inv #: 000003  Appr Code: 567902
Apprvd: Online   Batch#: 000248

Customer Copy

Lunch

**Mayorga**
**Coffee Roasters**
Sky Airport
Phone:  410-859-1157

10005 Morning
----------------------------------------
Check: 2096              Guests: 1
        08/10/2008 01:20PM
----------------------------------------
1   Sm. Spiced Chai Latte   3.15
    Skim Milk
1   Bottle Water            2.25
1   Blue Berry Muffin       2.10
    Amex                    7.95
    ***********3628

    Sub-Total               7.50
    Tax                     0.45
    Payment                 7.95
**Change Due          $0.00**

---------- Check Closed ----------
        08/10/2008 01:21:27PM

    Please visit our website
    www.mayorgacoffee.com
   Thank you for joining us!

Lunch 8/12
    HW

**DOMINIC'S**
**DOWNTOWN**
401 W WASHINGTON STREET
SUITE #210
PHOENIX, AZ
DATE 08/12/2008 TUE   TIME 12:16

MISC T1        -           $6.95
MISC T1                    $0.50
MED SODA    T1             $1.25
TAX1                       $0.70
TOTAL                      $9.40
CASH                      $10.00
CHANGE                     $0.60
CLERK 1        069542   00000

MW & HW  8/14
Breakfast

** STARBUCKS COFFEE COMPANY **
PARK CENTRAL MALL    #05480
PHOENIX            AZ85012

1 TL LATTE                2.70
1 TL BREWED COFFEE        1.60
SUBTOTAL                  4.30
  TAX 8.3                 0.36
TOTAL                     4.66
AMEX                      4.66
  CARD#: XXXXXXXXXXX3628
CHANGE DUE                0.00

05480 0282 701313  001377240M
08/14/08                 08:11
Make a purchase prior to 2pm
Bring receipt in today after
2pm for a Grande cold drink-
$2+any tax at select US stores
Same day only. Value 1/20 cent



GUESTCHECK

Dinner 8/13  M-HW+HS
                  H. Nguyen
                  Mrs. Bautista
                  Nguyen

Date 8/13   Table 108  Guests   Server  0832622

APPT-SOUP/SAL-ENTREE-VEG/POT-DESSERT-BEV

Masa    P    M
Brocoli  (1)  M
Yum woon sen H
orange chicken rice
            39.86
            10.50

08   #108

Thank You

GuestCheck™    www.nationalchecking.com    Tax    Total

MW & HW
Breakfast  8/13

PARK CENTRAL MALL    #05480
PHOENIX            AZ85012
** STARBUCKS COFFEE COMPANY **

1 TL LATTE                2.70
1 TL BREWED COFFEE        1.60
SUBTOTAL                  4.30
  TAX 8.3                 0.36
TOTAL                     4.66
AMEX                      4.66
  CARD#: XXXXXXXXXXX3628
CHANGE DUE                0.00

05480 02A1 700547  001546921E
08/13/08                 07:46
Make a purchase prior to 2pm
Bring receipt in today after
2pm for a Grande cold drink-
$2+any tax at select US stores
Same day only. Value 1/20 cent

Lunch 8/14
HN

8/15   4 Nguyen

Breakfast s Pourcian
4 Nguyen

8/15

---

**DOMINIC'S DOWNTOWN**
401 W WASHINGTON STREET
SUITE #210
PHOENIX, AZ

DATE 08/14/2008 THU   TIME 12:18

| MISC T1 | $0.75 |
| MISC T1 | $0.75 |
| MISC T1 | $1.25 |
| SM COFFEE T1 | $1.25 |
| SM COFFEE T1 | $1.25 |
| TAX1 | $0.43 |
| TOTAL | $5.68 |
| CASH | $5.68 |
| CLERK 1        069846 | 00000 |

---

Lunch s Pourcian
+ H Nguyen
8/16

PARK CENTRAL DELI
AND CATERING
WHAT A SANDWICH!
602-277-4783

08-16-2008      #2

| VEGI SAND | 7.29 T |
| BLT AVACADO | 7.29 T |
| SUBTL | 14.58 |
| TAX | 1.21 |
| CASH | 15.79 |

9294 12:04TM

---

Dinner H. Nguyen  8/16

CENTRAL KING EGGROLL
13538 W VAN BUREN #A-18
GOODYEAR, AZ 85338

TERMINAL ID:         083446333
MERCHANT #:      226316691998

VISA
#xxxxxxxxxxxxx5507
SALE
BATCH: 000267      INVOICE: 067945
DATE: AUG 16, 08      TIME: 19:54
SQ: 033      AUTH NO: 02025C

PRE-TIP AMT      **$22.45**
TIP      4.00
TOTAL      26.45

CUSTOMER COPY

---

8/15   4 Nguyen

CRAZY JIM'S RESTAURA
305 W WASHINGTON #104
PHOENIX, AZ 85003

TERMINAL I.D.:            96518817

MERCHANT #:      800000776381092

VISA      SRV: 4
XXXXXXXXXXXXX5507
SALE
BATCH: 000156      INV: 63
DATE: AUG 15, 08      TIME: 13:09:40
AUTH NO: 08478C

BASE      $26.53

TIP      5—

TOTAL      31.53

HANH NGUYEN

X _____
I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

***CUSTOMER COPY***

---

Breakfast s Pourcian
4 Nguyen
8/15

** STARBUCKS COFFEE COMPANY **

WEST MCDOWELL      #10798
PHOENIX      AZ85007

| 1 TL LATTE | 2.70 |
| 1 TL LATTE | 2.70 |
| SUBTOTAL | 5.40 |
| TAX 8.3 | 0.45 |
| TOTAL | 5.85 |
| AMEX | 5.85 |
| CARD#: XXXXXXXXXXX3628 | |
| CHANGE DUE | 0.00 |

10798 02B2 701392  001394013M
08/15/08      08:15
Make a purchase prior to 2pm
Bring receipt in today after
2pm for a Grande cold drink-
$2+any tax at select US stores
Same day only. Value 1/20 cent

---

Breakfast: H. Nguyen
8/16

** STARBUCKS COFFEE COMPANY **      #05480

PARK CENTRAL MALL
PHOENIX      AZ85012

| 1 TL LATTE | 2.70 |
| 1 NAKED GRN MCH 100 | 2.25 |
| SUBTOTAL | 4.95 |
| TAX 8.3 | 0.41 |
| TOTAL | 5.36 |
| AMEX | 5.36 |
| CARD#: XXXXXXXXXXX3628 | |
| CHANGE DUE | 0.00 |

05480 01B2 700661  00127I504E
08/16/08      09:16
Make a purchase prior to 2pm
Bring receipt in today after
2pm for a Grande cold drink-
$2+any tax at select US stores
Same day only. Value 1/20 cent

*snack H. Nguyen 8/16*
*M. Ransas*

## Paradise
### BAKERY & CAFE

Paradise Bakery
9995 W. McDowell Rd. D-101
Avondale, AZ 85392
623-889-6313

## Order #5012

08/16/2008
5:02 PM
5001

Host: ISAURA
Order #5012

SOFT DRINK-SMALL (2 @1.75)   3.50

Subtotal                      3.50
Tax                           0.30

Here Total                    3.80
CASH                        $ 5.00
**Change                    $ 1.10**

Here We Grow Again
Now Hiring for our newest
locations
See Manager for
Details.

--- Check Closed ---

---

*Lunch H.N 8/17*
*mns 8/17*

Honey Bears BBQ
Phoenix
2824 N. Central Avenue
Phoenix, AZ 85004

08/17/2008
12:38 PM
20042

### 42

Host: Reg 2
42

Pork BBQ              4.50
Chicken BBQ           4.50
Cowbro Beans          1.50
Sweet Potato Pie      2.50

Sub Total            13.00
Tax                   1.08

To Go Total          14.08

---

*Lunch - mw 8/18*
*+ SP*
*HN*

## CUSTOMER COPY

**Plaza Cafe**
2909 N Central Ave #100
Phoenix, AZ 85012

08/18/08  12:29 PM  140 - 2909 - Take Out
Name: H NGUYEN
Card: #### #### #### 3628
AUTH - 511602 Terminal PC_CASHIER

Amount      $24.53

Gratuity     800

Total       30.53

X _____
   Signature

## CUSTOMER COPY

---

*Breakfast 8/18*

**Lux Coffee Bar**
4404 N Central Ave
Phoenix, AZ 85012
(602) 696-9976

Card Type: American Express
Card Number: XXXX XXXXXX X3628
NGUYEN/H

Invoice: 121198
Associate: Lux Coffee
Date Opened: 8/18/2008 7:11:54 AM
Transaction ID: 10114681532  Auth: 586726

### SALE TRANSACTION

Amount:    $9.50
Tax:        0.00
**Subtotal:  $9.50**

Tip: _____

**Total:**  $9.50

cardholder signature

Cardholder acknowledges and agrees to pay for all charges
indicated per card issuer agreement

© 2007 Edge Studios, Inc.
www.edgestudios.com

*HN*

## Receipt 1 — Tom's Restaurant & Tavern

Tom's Restaurant & Tavern
One Renaissance Square
Two North Central Avenue
Phoenix, Arizona 85004

Tue 8/19/2008 5:28:19 PM
Check 86   Table 24
Eliseo H.

AmericanExpress  XXXXXXXXXXXX3628
Approval 502544

SIGN X
nguyen/h

Merchant Copy

We Deliver  602-257-1688
Thank You
www.tomstavernphoenix.com

I agree to pay below total amount
according to card issue agreement
(Merchant agreement if credit voucher)

BASE          $58.10
TIP           $1.00
TOTAL         $76.10

8/19 - dinner
F. Romero
M. Moody
Merchant Copy

## Receipt 2 — Lux Coffee Bar

**Lux Coffee Bar**
4404 N Central Ave
Phoenix, AZ 85012
(602) 696-9976

Card Type:  American Express
Card Number:  XXXX XXXXXXX X3628
NGUYEN/H

Invoice:  122030
Associate:  Lux Coffee
Date Opened:  8/20/2008 9:01:10 AM
Transaction ID: 1011468371  Auth: 507174

**SALE TRANSACTION**

Amount:   $6.25
Tax:      0.00
**Subtotal:**   **$6.25**

**Tip:**
**Total:**

Cardholder acknowledges and agrees to pay for all charges
indicated per card issuer agreement

cardholder signature

© 2007 Edge Studios, Inc.
www.edgestudios.com

## Receipt 3 — Plaza Cafe

**Plaza Cafe**
2909 N Central Ave #100
Phoenix, AZ 85012
602-241-0447

12:29:29 PM  8/18/2008  140
Take Out Guests - - 0000

| | | |
|---|---|---|
| 1 | Cajun Salad lg | $6.29 |
| 0 | + Raspberry Vngrt | $0.00 |
| 1 | Cobb Salad lg | $6.49 |
| 1 | Cottage Cup | $1.99 |
| 1 | Fruit lg | $3.29 |
| 1 | Greek Salad sm | $4.59 |

| | |
|---|---|
| Subtotal | $22.65 |
| Sales Tax | $1.88 |
| Total | $24.53 |
| Charge Card | $24.53 |
| Tender | $24.53 |
| **Change** | **$0.00** |

**Order Number**
**140**

## Receipt 4 — Lux Coffee Bar

**Lux Coffee Bar**
4404 N Central Ave
Phoenix, AZ 85012
(602) 696-9976

Card Type:  American Express
Card Number:  XXXX XXXXXXX X3628
NGUYEN/H

Invoice:  121601
Associate:  Lux Coffee
Date Opened:  8/19/2008 8:00:14 AM
Transaction ID: 1011468702  Auth: 533543

**SALE TRANSACTION**

Amount:   $9.50
Tax:      0.00
**Subtotal:**   **$9.50**

**Tip:**
**Total:**

cardholder signature

Cardholder acknowledges and agrees to pay for all charges
indicated per card issuer agreement

© 2007 Edge Studios, Inc.
www.edgestudios.com

**Lux Coffee Bar**
4404 N Central Ave
Phoenix, AZ 85012
(602) 696-9976

Card Type: American Express
Card Number: XXXX XXXXXX X3628
NGUYEN/H

Invoice: 122383
Associate: Lux Coffee
Date Opened: 8/21/2008 8:14:41 AM
Transaction ID: 101114685792  Auth: 563706

**SALE TRANSACTION**

Amount:          $9.00
Tax:              0.00
**Subtotal:**   **$9.00**

Tip: _____

Total: _____

Cardholder signature

Cardholder acknowledges and agrees to pay for all charges
indicated per card issuer agreement

---

Lunch 8/20
SALE

DIEGO RAYS DELI & GRILL
401 W WASHINGTON 210
PHOENIX, AZ 85003
1-602-252-0014
THANK YOU

MERCHANT ID: 267672680886
DEVICE ID: 1000
Item: 014 VISA SALE / SWIPED
Acct: XXXXXXXXXXXX5507
INVOICE: 6014
SERVER ID: 1

FOOD/BEV/TAX        $    7.05

TIP                $_____.__

TOTAL              $_____.__

I AGREE TO PAY ABOVE AMOUNT ACCORDING
TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF RETURN)

DATE: 08/20/08          TIME: 12:14
RESP: AUTH/TKT  09152C      E
TID: 008233693984623   ACI: E

BOTTOM COPY-CUSTOMER

---

** STARBUCKS COFFEE COMPANY **

PARK CENTRAL MALL      #05480
PHOENIX     AZ85012

1 GR LATTE              3.25
SUBTOTAL                3.25
TAX 8.3                 0.27
TOTAL                   3.52
AMEX                    3.52
CARD#: XXXXXXXXX3628
CHANGE DUE              0.00

05480 01A1 699210  001306310E
08/22/08              06:30
Make a purchase prior to 2pm
Bring receipt in today after
2pm for a Grande cold drink-
$2+any tax at select US stores
Same day only. Value 1/20 cent

---

** STARBUCKS COFFEE COMPANY **

WEST MCDOWELL         #10798
PHOENIZ     AZ85007

1 GR LATTE              3.25
SUBTOTAL                3.25
TAX 8.3                 0.27
TOTAL                   3.52
AMEX                    3.52
CARD#: XXXXXXXXX3628
CHANGE DUE              0.00

10798 01B2 696802  001206259E
08/25/08              10:45
Make a purchase prior to 2pm
Bring receipt in today after
2pm for a Grande cold drink-
$2+any tax at select US stores
Same day only. Value 1/20 cent



**Cranberry Hills**

3003 N Central Ave # 118
Phoenix, AZ 85012
(602) 230-2030
Fax (602) 230-2233
1:31:03 PM 8/27/2008 449
Take Out Guests -- 0000

| 1 | 12/BLT | $5.45 |
| 1 | 15/Turkey Club | $6.75 |
| * | NO Mayo | |
| * | NO Mayo | |
| | ADD Avocado | $0.75 |
| 1 | u Special | $0.25 |
| 2 | 20/Cup Soup | $5.00 |

Subtotal        $18.20
Sales Tax        $1.51
Total           $19.71
Charge Card     $19.71
Tender          $19.71
Change           $0.00

*Be sure to join our*
*VIP program, its free*
Card #### #### #### 3628
AUTH - 568868 Terminal CASH2

**Order Number**
# 449

Start Time
Finish   1:31:03 PM

MW +
HN
Lunch
8/27

---

**Lux Coffee Bar**

4404 N Central Ave
Phoenix, AZ 85012
(602) 696-9976

Card Type: American Express
Card Number:
XXXX XXXXXX X3628
NGUYEN/H

Invoice: 124127
Associate: Lux Coffee
Date Opened: 8/26/2008 7:00:18 AM
Transaction ID: 1011.4695386  Auth: 572039

**SALE TRANSACTION**

Subtotal:   **$8.75**
Tax:         0.00
Amount:     $8.75

Tip: _____

Total: _____

cardholder signature

Cardholder acknowledges and agrees to pay for all charges
indicated per card issuer agreement.

© 2007 Edge Studios, Inc.
www.edgestudios.com

---

***RESTAURANT***
BAJA FRESH CAMELBACK 54
1615 E CAMELBACK RD #F
PHONE:  602 263 0110
GENERAL  YOHANA TAPIA

140 Fernanda

Chk 4788 Aug25'08 04:11PM Gst 0
- - - - - - - - - - - - - - - - - - - -
T A K E   O U T
1 SMALL DRINK              1.39
1 TACO BAJA MAHI           2.75
1 TACO PLT BAJ CAR         5.95
   HOT SALSA
   BLACK BEANS
1 SIDE SALAD               2.45
   FatFree Slsavrde
XXXXXXXXXXXX3628 04/12
   AMEX                   13.58
- - - - - - - - - - - - - - - - - - - -
FOOD                      11.15
BEVERAGE                   1.39
TAX                        1.04
PAYMENT                   13.58

N E X T  $ 2 . 0 0  O F F
P U R C H A S E
CALL 800 705 5754 or
Go to www.mshare.net/bajafresh
and take our brief survey.
When Prompted, Enter Store 054
Write down redemtion code____
Offer valid on purchase of $5.00
or more.Offer expires in 30 days
Good at participating locations
Cashier Use: Promo Code 3

**Your Order #: 88**

GUESTCHECK™

138148

| Date | Table | Guests | Server |
|------|-------|--------|--------|

APPT–SOUP/SAL–ENTREE–VEG/POT–DESSERT–BEV

Gan Cuon

Chi Gio

Bus Tom Tuy

Com BoN   2014

Dub

Dr Van Ket

8-27-08

Thank You — Please Come Again

GUESTCHECK™   www.nationalchecking.com

Ri 6000

---

Annex 8/29

** STARBUCKS COFFEE COMPANY **
PARK CENTRAL MALL      #05480
PHOENIX      AZ85012

```
1 TL LATTE            2.70
1 TL TEA              1.45
1 TL BREWED COFFEE    1.60
1 CRSNT BUTTER        1.65
SUBTOTAL              7.40
  TAX 8.3             0.61
TOTAL                 8.01
AMEX                  8.01

CARD#: XXXXXXXXXX3628
CHANGE DUE            0.00

05480 02A1 701256 001306310E
08/28/08            08:18
Make a purchase prior to 2pm
Bring receipt in today after
2pm for a Grande cold drink-
$2+any tax at select US stores
Same day only. Value 1/20 cent
```

---

HMSHost
S3 CPK KIOSK
Phoenix Sky Harbor Int'l Airport

8939 BEREKET

CHK 7874 AUG29'08  3:22PM

```
1 Fruit Plate         4.49
1 ADW SUPERFOOD       4.49
1 SPORTS BTL 25oz.    2.59

Subtotal             11.57
Tax                   0.96
Amt Paid          12.53
XXXXXXXXXXXXXXX      XX/XX
AMEX     A3 37*      12.53
```

HMSHost
S3 CPK KIOSK
Phoenix Sky Harbor Int'l Airport

# TAXICAB RECEIPT

Time: 8/10

Date: _____

Origin of trip: DC

Destination: BWI

Fare: $82.00   Sign: _____

5580482   09-36

CUSTOMER COPY

| QUAN. | CLASS | DESCRIPTION | PRICE | AMOUNT |
|-------|-------|-------------|-------|--------|
| 1 | | Trip Bus To | | |
| | | DC | | |
| | | | SUB TOTAL | |
| | | | TAX | |
| DATE 8/30/08 | AUTHORIZATION 116001 | | TIPS MISC. | |
| REFERENCE NO. | REG/DEPT. | | | |
| FOLIO/CHECK NO. | SERVER | CLERK | TOTAL | 86 50 |

SALES SLIP

AmEx

IMPORTANT: RETAIN THIS COPY FOR YOUR RECORDS

PURCHASER SIGN HERE   X

Cardholder acknowledges receipt of goods and/or services in the
amount of the Total shown hereon and agrees to perform the
obligations set forth in the Cardholder's agreement with the issuer.

04/12
HANH NGUYEN
NATIONAL PRISON PROJ       73

gas
Cash

8/29/08 2:17:54 PM
Pump 4
Order Number: **2682650**

Thank You For
Shopping at Circle K!
Phoenix, AZ 85034
602-253-9445

Tran Seq No: 2682650

Register:2
Store No:2708894

Prepay Fuel Sale
Pump # 4 UNL-MID
5.250 Gallons @ $3.809/Gal          20.00
Original Prepay Amount             -20.00

Sub. Total:                          0.00
Tax:                                 0.00
Total:                               0.00
Discount Total:                      0.00

Change                               0.00

You could win free gas for life
Or win over 200
See in store for details

---

THANKS FOR CHOOSING
CIRCLE K

Term :
80000006549000102
Appr : 546047

PUMP# 04   CREDIT/SELF
UNL-REG    @ $3.679/G
VOLUME        14.648 GAL

GAS TOTAL         $53.89

TOTAL             $53.89
American Express
XXXXXXXXXXXXX:3628

08/29/2008 15:35:23

I agree to pay the
above Total Amount
according to Card
Issuer Agreement.

THANK YOU
FOR YOUR BUSINESS

---

gas
cash

8/29/08 2:19:12 PM
Pump 4
Order Number: **2682626**

Thank You For
Shopping at Circle K!
Phoenix, AZ 85034
602-253-9445

Tran Seq No: 2682626

Term :
80000065141102
Appr : 588853

Register:100
Store No:2708894

Pay at Pump Sale
Pump # 4 UNL-REG
3.871 Gallons @ $3.679/Gal          14.24

Sub. Total:                         14.24
Tax:                                 0.00
Total:                              14.24
Discount Total:                      0.00

American Express:                   14.24
Change                               0.00

American Express
XXXXXXXXXXXX3628

## AVIS

Thank you for renting from Avis.

★ Please check your car for personal effects. ★

RENTAL NUMBER 023547413   CAR NUMBER C   CAR GROUP
365807541
NGUYEN, HANH
CV - CAXXXXXXXXX3628
FTN UA/03092062685   MV

```
OUT PHX 10AUG08/1752 MI = 12589
IN  PHX 22AUG08/1927 MI = 12888
    299 MI@    .00 =
        HR@  10.00 =
        DY@  19.99 =
     2 WK@ 109.99 =  219.98
#4.50/DAY FEE      =   58.50
$.47/DY ERF        =    6.11
$.77/DAY FMF       =   10.01
 11.11% FEE        =   26.90
 SRS 50DY          =    6.00
TAXABLE SUBTOT     =  327.50
TAX 15.300%        =   50.11
 3.25% SURCHARG    =    8.22
```

TOTAL CHARGES            =  385.83
★CONCESSION RECOVERY FEE
★CNTY SUR MAX 3.25%/MIN$2.50
#$4.50/DAY CUST FAC CHARGE
ENERGY RECOVERY FEE   .47/DY
FF MLS/PNTS EARNED     500

Receive rental receipts by email every time you rent.
And get access to special offers & more. See reverse.

---

## Alamo

```
A L A M O              Inv 4001650993B
RA 415423900
Rented 25-AUG-2008 10:00 AM
PHOENIX SKY HARBOR ARPT
Return 29-AUG-2008 02:30 PM
PHOENIX SKY HARBOR ARPT
HANH NGUYEN
Vehicle # 8C221080
Model        ALTIMA
Class Driven FCAR    Class Charged FCAR
License# AMP6605     State/Province AZ
H/Kms Driven 84
```

| Charges | No Unit | Price | Amount |
|---|---|---|---|
| 1 & M H/KM | 1 Week | 124.89 | 124.89* |
| UNLIM H/KM | 0 H/Kms | | 0.00* |
| DSCNT TBM 10.00% | | | -12.49* |
| DLY FF FEE | 0 | | -2.00* |
| PHX CITY ORD.G-4530 | | | 22.50* |
| FAC MAINT FEE .77/DAY | | | 3.85* |
| CONCESSION RECOUP FEE | | | 13.14* |
| MARICOPA COUNTY SUR | | | 4.99 |
| ARIZONA SURCHARGE 5 PCT | | | 7.67 |
| SALES TAX 9%10.300 % | | | 15.85 |

```
Total Charges              USD 182.40

Paid By   AMEX  3628          -182.40

Amount Due                 USD 0.00
```

* Taxable Items
Subject to Audit
Frequent Flyer 0000380344171 Credit to
SOUTHWEST AIRLINES
Customer service Number 1(800) 445-5664



**Phoenix/Midtown**
160 West Catalina Drive • Phoenix, AZ 85013
Phone (602) 200-0990 • Fax (602) 200-0999
hamptoninn.com/hi/phoenix-midtown

official sponsor u.s. olympic team

**U·S·A**


| | | | |
|---|---|---|---|
| WINTER, MARGARET | name | room number: | 408/SXBL |
| 915 15th St., NW | address | arrival date: | 07/15/08   6:34PM |
| 7th Floor | | departure date: | 07/19/0812:08PM |
| Washington, DC 20005 | | adult/child: | 1/0 |
| US | | room rate: | **  89.00      LV2 |

If the debit/credit card you are using for check-in is attached to a bank or checking account, a hold will be placed on the account for the full anticipated dollar amount to be owed to the hotel, including estimated incidentals, through your date of check-out and such funds will not be released for 72 business hours from the date of check-out or longer at the discretion of your financial institution.

RATE PLAN
HH#
AL:      WN #00000068195035
CAR:

CONFIRMATION NUMBER : 84217288

08/25/08        PAGE        1

Rates subject to applicable sales, occupancy, or other taxes. Please do not leave any money or items of value unattended in your room. The hotel is not responsible for lost or stolen articles from your room or vehicle. A safety deposit box is available for you in the lobby. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or full amount of these charges, I authorize you to bill the full balance of my account to my credit card which was presented or authorized upon registration. "I have requested weekday delivery of USA Today. If refused, a credit of $0.75 will be applied to my account. In the event of an emergency, I, or someone in my party require special evacuation assistance due to a physical disability. Please indicate yes by checking here:  ☐

**signature:**

| date | reference | description | amount |
|---|---|---|---|
| 07/15/08 | 808387 | GUEST ROOM | $89.00 |
| 07/15/08 | 808387 | STATE TAX | $6.47 |
| 07/15/08 | 808387 | CITY TAX | $4.45 |
| 07/16/08 | 808546 | GUEST ROOM | $89.00 |
| 07/16/08 | 808546 | STATE TAX | $6.47 |
| 07/16/08 | 808546 | CITY TAX | $4.45 |
| 07/17/08 | 808699 | GUEST ROOM | $89.00 |
| 07/17/08 | 808699 | STATE TAX | $6.47 |
| 07/17/08 | 808699 | CITY TAX | $4.45 |
| 07/18/08 | 808846 | GUEST ROOM | $69.00 |
| 07/18/08 | 808846 | STATE TAX | $5.02 |
| 07/18/08 | 808846 | CITY TAX | $3.45 |
| 07/19/08 | 808887 | AX *4105 | ($377.23) |
| | | * * BALANCE * * | $0.00 |

for reservations call 1-800-hampton or visit us online at www.hamptoninn.com

| | | |
|---|---|---|
| account no.<br><br>AX *4105 | date of charge<br><br>07/15/08 | folio/check no.<br><br>172210    A |
| card member name<br><br>WINTER, MARGARET | authorization<br><br>504486 | initial |
| establishment no. and location | establishment agrees to transmit to card holder for payment | purchases & services |
| | | taxes |
| | | tips & misc. |
| signature of card member<br><br>X | total amount | -377.23 |

          **thanks.**

TRANSMISSION VERIFICATION REPORT

```
TIME : 07/21/2008 00:27
NAME : ALPER LAW OFFICE
FAX  : 2026250762
TEL  :
```

```
DATE,TIME          07/21  00:26
FAX NO./NAME       14153480077-218
DURATION           00:00:25
PAGE(S)            01
RESULT             OK
MODE               STANDARD
                   ECM
```

07/21/2008  08:40   14153480077          STAR REPORTING                PAGE  02

2Ↄ8

### TRANSCRIPT ORDER FORM

| | Office use only |
|---|---|
| | Job #_____ |
| | Reporter:_____ |
| | Initiating Attorney:_____ |

**STAR REPORTING SERVICE, INC.**

703 Market St.,Suite 1003-1113
San Francisco, CA 94103
Ph (415)348-0950 Fax (415)348-0077          Date:_____

By signing this Transcript Order Form  you agree to bind yourself personally and your firm to be responsible for the payment of all services provided at the rate and charges currently in effect at the time of said signing. No alteration to this agreement will be accepted unless approved in writing and agreed to by SRS prior to this date. Terms and conditions are net 30 days. All out-of-town attorneys are subject to COD terms. There are other instances when COD terms will be applied.

Case: __Gravas_____ vs. __Arpaio_____

Witnesses: __Clarke_____ o/c   _____ o/c
           __Goldensen_____ o/c    _____ o/c
           _____ o/c    _____ o/c

| Original (full size) + 1 Copy | Rough: | Video Copy: | | Expedited: |
|---|---|---|---|---|
| ☒ Full size | ☒ Yes | ___ Yes | | ___ Yes |
| ☒ Condensed | ___ No | ___ No | | ___ No |
| ___ Both | | | | |
| ___ Word Index | | ___DVD ___CD ___VHS | | Date needed: |
| ☒ E-Transcript | | | | |
| Copy: | Exhibits: | | | |
| ___ Full size | ☑ Hard Copy : | ☑ Yes ___No | | |
| ___ Condensed | ___ Colored Copy | ___ Yes ___ No | | |
| ___ Both | ___ Scanned on CD | ___ Yes ___ No | | |
| ___ Word Index | | | | |
| ___ E-Transcript | | | | |

INSURANCE Co._____        CLAIM No._____
PHONE NUMBER_____         CLAIM ADJUSTER_____

No transcript will be prepared and/or delivered without a signature.



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 2-873-10513 | Aug 19, 2008 | | 7 of 7 |

**Pickup Date:** Aug 06, 2008    **Cust. Ref.:** Hart-218    **P.O.#:**
**Payor:** Shipper    **Dept.#:**

| Tracking ID | 354 869110000144 | **Sender** | **Recipient** | Transportation Charge | 41.15 |
|---|---|---|---|---|---|
| Service Type | Ppd, Domestic | NATIONAL PRISON PROJECT | DEBRA HILL, ESQ. | Fuel Surcharge | 4.22 |
| Zone | 08 | 915 15TH ST NW FL 7 | Margaret Winter | **Total Charge**   **USD** | **$45.37** |
| Packages | 1 | WASHINGTON DC 20005-2302 | Osborn Maledon, PA | | |
| Rated Weight | 60 lbs | | 2929 N CENTRAL AVE STE 2100 | | |
| Delivered | Aug 11, 2008 | | PHOENIX AZ 85012 | | |

**Pickup Date:** Aug 06, 2008    **Cust. Ref.:** Hart-218    **P.O.#:**
**Payor:** Shipper    **Dept.#:**

| Tracking ID | 354 869110000151 | **Sender** | **Recipient** | Transportation Charge | 41.15 |
|---|---|---|---|---|---|
| Service Type | Ppd, Domestic | NATIONAL PRISON PROJECT | DEBRA HILL, ESQ. | Fuel Surcharge | 4.22 |
| Zone | 08 | 915 15TH ST NW FL 7 | Margaret Winter | **Total Charge**   **USD** | **$45.37** |
| Packages | 1 | WASHINGTON DC 20005-2302 | Osborn Maledon, PA | | |
| Rated Weight | 60 lbs | | 2929 N CENTRAL AVE STE 2100 | | |
| Delivered | Aug 11, 2008 | | PHOENIX AZ 85012 | | |

**Pickup Date:** Aug 06, 2008    **Cust. Ref.:** Hart-218    **P.O.#:**
**Payor:** Shipper    **Dept.#:**

| Tracking ID | 354 869110000168 | **Sender** | **Recipient** | Transportation Charge | 41.15 |
|---|---|---|---|---|---|
| Service Type | Ppd, Domestic | NATIONAL PRISON PROJECT | DEBRA HILL, ESQ. | Fuel Surcharge | 4.22 |
| Zone | 08 | 915 15TH ST NW FL 7 | Margaret Winter | **Total Charge**   **USD** | **$45.37** |
| Packages | 1 | WASHINGTON DC 20005-2302 | Osborn Maledon, PA | | |
| Rated Weight | 60 lbs | | 2929 N CENTRAL AVE STE 2100 | | |
| Delivered | Aug 11, 2008 | | PHOENIX AZ 85012 | | |

**Pickup Date:** Aug 06, 2008    **Cust. Ref.:** Hart-218    **P.O.#:**
**Payor:** Shipper    **Dept.#:**

| Tracking ID | 354 869110000175 | **Sender** | **Recipient** | Transportation Charge | 41.15 |
|---|---|---|---|---|---|
| Service Type | Ppd, Domestic | NATIONAL PRISON PROJECT | DEBRA HILL, ESQ. | Fuel Surcharge | 4.22 |
| Zone | 08 | 915 15TH ST NW FL 7 | Margaret Winter | **Total Charge**   **USD** | **$45.37** |
| Packages | 1 | WASHINGTON DC 20005-2302 | Osborn Maledon, PA | | |
| Rated Weight | 60 lbs | | 2929 N CENTRAL AVE STE 2100 | | |
| Delivered | Aug 11, 2008 | | PHOENIX AZ 85012 | | |

| | | |
|---|---|---|
| **Hart-218 Reference Subtotal** | **USD** | **$362.96** |
| **Total FedEx Ground** | **USD** | **$362.96** |



10358 4/4


| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 2-873-10513 | Aug 19, 2008 | ███████ | 6 of 7 |

Tracking ID: 799893236776 continued

| | | | |
|---|---|---|---|
| Rated Weight | N/A | Transportation Charge | 18.35 |
| Delivered | Aug 14, 2008 13:22 | Discount | -2.94 |
| Svc Area | A1 | Fuel Surcharge | 5.32 |
| Signed by | Y.CARPENTER | **Total Charge** USD | **$20.73** |
| FedEx Use | 000000000/0000222/_ | | |

**hadix-618 Reference Subtotal**   USD   **$20.73**

Picked up: Aug 12, 2008          Cust. Ref: hamilton-504          Ref.#2:
Payor: Shipper                   Ref.#3:
• Fuel Surcharge - FedEx has applied a fuel surcharge of 34.50% to this shipment.
• Distance Based Pricing, Zone 2
• Package sent from: 20002 zip code

| | | | |
|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** |
| Tracking ID | 791119841452 | ERIC BALABAN | Clerk, Court of Appeals |
| Service Type | FedEx Standard Overnight | National Prison Project of the | Maryland Court of Appeals |
| Package Type | FedEx Envelope | 915 15th St., NW | 361 ROWE BLVD |
| Zone | 02 | WASHINGTON DC 20005 US | ANNAPOLIS MD 21401 US |
| Packages | 1 | | |
| Rated Weight | N/A | Transportation Charge | 13.25 |
| Delivered | Aug 13, 2008 09:19 | Discount | -2.12 |
| Svc Area | A2 | Fuel Surcharge | 5.22 |
| Signed by | S.RICE | Courier Pickup Charge | 4.00 |
| FedEx Use | 000000000/0000200/_ | **Total Charge** USD | **$20.35** |

**hamilton-504 Reference Subtotal**   USD   **$20.35**

**Total FedEx Express**   USD   **$148.70**

## FedEx Ground Shipment Detail By Reference (Original)

Pickup Date: Aug 06, 2008          Cust. Ref: Hart-218          P.O.#:
Payor: Shipper                     Dept.#:

| | | | | |
|---|---|---|---|---|
| Tracking ID | 354 869110000106 | **Sender** | **Recipient** | Transportation Charge 41.15 |
| Service Type | Ppd, Domestic | NATIONAL PRISON PROJECT | DEBRA HILL, ESQ. | Fuel Surcharge 4.22 |
| Zone | 08 | 915 15TH ST NW FL 7 | Margaret Winter | **Total Charge** USD **$45.37** |
| Packages | 1 | WASHINGTON DC 20005-2302 | Osborn Maledon, PA | |
| Rated Weight | 60 lbs | | 2929 N CENTRAL AVE STE 2100 | |
| Delivered | Aug 11, 2008 | | PHOENIX AZ 85012 | |

Pickup Date: Aug 06, 2008          Cust. Ref: Hart-218          P.O.#:
Payor: Shipper                     Dept.#:

| | | | | |
|---|---|---|---|---|
| Tracking ID | 354 869110000113 | **Sender** | **Recipient** | Transportation Charge 41.15 |
| Service Type | Ppd, Domestic | NATIONAL PRISON PROJECT | DEBRA HILL, ESQ. | Fuel Surcharge 4.22 |
| Zone | 08 | 915 15TH ST NW FL 7 | Margaret Winter | **Total Charge** USD **$45.37** |
| Packages | 1 | WASHINGTON DC 20005-2302 | Osborn Maledon, PA | |
| Rated Weight | 60 lbs | | 2929 N CENTRAL AVE STE 2100 | |
| Delivered | Aug 11, 2008 | | PHOENIX AZ 85012 | |

Pickup Date: Aug 06, 2008          Cust. Ref: Hart-218          P.O.#:
Payor: Shipper                     Dept.#:

| | | | | |
|---|---|---|---|---|
| Tracking ID | 354 869110000120 | **Sender** | **Recipient** | Transportation Charge 41.15 |
| Service Type | Ppd, Domestic | NATIONAL PRISON PROJECT | DEBRA HILL, ESQ. | Fuel Surcharge 4.22 |
| Zone | 08 | 915 15TH ST NW FL 7 | Margaret Winter | **Total Charge** USD **$45.37** |
| Packages | 1 | WASHINGTON DC 20005-2302 | Osborn Maledon, PA | |
| Rated Weight | 60 lbs | | 2929 N CENTRAL AVE STE 2100 | |
| Delivered | Aug 11, 2008 | | PHOENIX AZ 85012 | |

Pickup Date: Aug 06, 2008          Cust. Ref: Hart-218          P.O.#:
Payor: Shipper                     Dept.#:

| | | | | |
|---|---|---|---|---|
| Tracking ID | 354 869110000137 | **Sender** | **Recipient** | Transportation Charge 41.15 |
| Service Type | Ppd, Domestic | NATIONAL PRISON PROJECT | DEBRA HILL, ESQ. | Fuel Surcharge 4.22 |
| Zone | 08 | 915 15TH ST NW FL 7 | Margaret Winter | **Total Charge** USD **$45.37** |
| Packages | 1 | WASHINGTON DC 20005-2302 | Osborn Maledon, PA | |
| Rated Weight | 60 lbs | | 2929 N CENTRAL AVE STE 2100 | |
| Delivered | Aug 11, 2008 | | PHOENIX AZ 85012 | |



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 2-873-10513 | Aug 19, 2008 | ████████ | 4 of 7 |

## FedEx Express Shipment Detail By Reference (Original)

**Picked up:** Aug 12, 2008     **Cust. Ref:** 218-HART     **Ref.#2:**
**Payer:** Shipper     **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 34.50% to this shipment.
- Distance Based Pricing, Zone 8
- Package sent from: 20002 zip code

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 790559532826 | Alicia Gathers | HANH NGUYEN (Guest) | |
| Service Type | FedEx 2Day | NATIONAL PRISON PROJECT | Hampton Inn-Phoenix Midtown | |
| Package Type | FedEx Envelope | 915 15TH ST., NW | 160 W CATALINA DR | |
| Zone | 08 | WASHINGTON DC 20005 US | PHOENIX AZ 85013 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 14.60 |
| Delivered | Aug 14, 2008 11:38 | Courier Pickup Charge | | 4.00 |
| Svc Area | A1 | Discount | | -1.46 |
| Signed by | A.WEBB | Fuel Surcharge | | 5.91 |
| FedEx Use | 000000000/0001070/_ | **Total Charge** | **USD** | **$23.05** |

| | | |
|---|---|---|
| **218-HART Reference Subtotal** | **USD** | **$23.05** |

**Picked up:** Aug 13, 2008     **Cust. Ref:** 555 - Admin     **Ref.#2:**
**Payer:** Shipper     **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 34.50% to this shipment.
- Distance Based Pricing, Zone 3
- Package sent from: 20002 zip code

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 790068114058 | Gina Bigelow | Yesenia Wilson | |
| Service Type | FedEx Standard Overnight | NATIONAL PRISON PROJECT | ACLU | |
| Package Type | FedEx Envelope | 915 15th Street, NW | 125 Broad Street | |
| Zone | 03 | WASHINGTON DC 20005 US | NEW YORK CITY NY 10004 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Aug 14, 2008 11:32 | Transportation Charge | | 15.40 |
| Svc Area | A1 | Fuel Surcharge | | 4.46 |
| Signed by | S.DOUGLAS | Discount | | -2.46 |
| FedEx Use | 000000000/0000211/_ | **Total Charge** | **USD** | **$17.40** |

**Dropped off:** Aug 13, 2008     **Cust. Ref:** 555 - Admin     **Ref.#2:**
**Payer:** Shipper     **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 34.50% to this shipment.
- Distance Based Pricing, Zone 3

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 798995285865 | Gina Bigelow | David Baird | |
| Service Type | FedEx Standard Overnight | NATIONAL PRISON PROJECT | ACLUF | |
| Package Type | FedEx Envelope | 915 15th Street, NW | 125 Broad Street | |
| Zone | 03 | WASHINGTON DC 20005 US | NEW YORK CITY NY 10004 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Aug 14, 2008 11:32 | Transportation Charge | | 15.40 |
| Svc Area | A1 | Fuel Surcharge | | 4.46 |
| Signed by | S.DOUGLAS | Discount | | -2.46 |
| FedEx Use | 000000000/0000211/_ | **Total Charge** | **USD** | **$17.40** |

Join Dividend Miles |  DM# or User Name  |  [Log In]  ☐ Remember Me     Log-in Help



**US AIRWAYS**
*Fly with US.*



See *San Antonio* with *US.*
From **$158** roundtrip
*ADDTL TAXES/FEES APPLY*

**US AIRWAYS**
*Fly with US*
Learn more ▸

Book travel | Dividend Miles | Specials | Travel tools | About US

Home > Book travel > Flights > **Booking confirmation**

## Confirmation

Enter Details  Low Fare Finder  Build Itinerary  Purchase  **Confirmation**

Thank you for making your reservation on usairways.com. Your new reservation is now complete and your reservation has been electronically ticketed. No paper tickets will be sent.

🖨 View a printer
friendly version

**Book travel**
Flights
Cars
Hotels
Air & hotel
Vacations
Cruises
Where we fly
Worldwide sites

**You can also...**
Make Another Reservation
Make a Hotel Reservation
Make a Car Reservation

Receive your
US Airways discount
**Get a Quote**   Hertz   SELECT ▸

**Need Help?**

❓ Help with This
Page

✉ Email us

☎ Call us 800-428-4322

| Confirmation | B2448F |
| Date Issued | 7/28/2008 |
| Form of Payment | American Express ***-****-****-3628 |
| Amount | $489.00 |

▸ New Baggage Policy
▸ Make Another Reservation
▸ Make a Hotel Reservation
▸ Make a Car Reservation
▸ View Online Reservations
▸ Email Reservation
▸ Download Reservation to Outlook ❓

**Click here to claim your 500 Dividend Miles for being a valued US Airways customer.**   [Continue]
By clicking above, you can claim your reward from our preferred partner



**Passenger Information** change

| Party of (1) | Frequent Flyer # | Ticket # | Seats change |
| --- | --- | --- | --- |
| HANH NGUYEN | UA-03092062685 | 03723167927570 | 13F, 18D |

If you have selected an exit row, please view Emergency exit row/Airport check in kiosk notice

**Contact Information** change

| Contact Name | | Day Phone | Destination Phone |
| --- | --- | --- | --- |
| HANH NGUYEN | | (202) 460-5303 | |

**Itinerary and Fare Information**

| Depart | Arrive | Flight # and Details | | |
| --- | --- | --- | --- | --- |
| 10:10 PM 22 Aug 2008 | 6:15 AM ✈ 23 Aug 2008 | Flight: 222 | Airbus A319 | Meal: None |
| Phoenix, AZ | Boston, MA | Class: Coach | On-Time: 80-90% | Travel Time: 5 h 5 m |
| **Return** | **Arrive** | **Flight # and Details** | | |
| 6:45 AM 25 Aug 2008 | 9:13 AM 25 Aug 2008 | Flight: 400 | Airbus A320 | Meal: In-flight Café |
| Boston, MA | Phoenix, AZ | Class: Coach | On-Time: 50-60% | Travel Time: 5 h 28 m |

✈ Flight arrives next day. Flights to Australia, India, New Zealand and Singapore arrive two days later.



| | **Summary (1 Passenger)** |
| --- | --- |
| Base Fare | $468.00 |
| Taxes and Fees | $21.00 |
| **Grand Total**    Hide Details | **$489.00** |

*Confirm* (handwritten)

| Passenger Type | Adult |
| --- | --- |
| Base Fare | |
| PHX to BOS - Fare Basis LIAUSJ4Y | $217.67 |
| BOS to PHX - Fare Basis LIAUSJ4Y | $217.67 |

US AIRWAYS
*In partnership with
Access America*

| | |
|---|---|
| Adjusted Base Fare | $435.34 |
| Tax: US Domestic Percentage | $32.66 |
| **Fare** | **$468.00** |
| Tax: US Domestic Segment | $7.00 |
| September 11 Security Fee | $5.00 |
| Fee: US Passenger Facility Charge | $9.00 |
| **Total Per Passenger** | **$489.00** |
| Number of Passengers | 1 |
| **Total by Passenger Type** | **$489.00** |

### Terms and Conditions

- Ticket is non-transferable.
- Ticket is non-refundable.
- Unused tickets must be cancelled by midnight on the date of departure to retain value.
- Any change to this reservation (including flight, dates, or cities) is subject to a $150.00 change fee per passenger. The new itinerary will be priced at the lowest available published fare at the time of change, which may result in a fare increase.
- Ticket expires one year from original date of issue. Unflown value expires one year from original date of issue.
- Checked baggage fees may apply.
- Changes to the country of origin are not permitted, except for changes between the United States and U.S. territories.

## Changes in Check-in Procedures

The Transportation Security Administration (TSA) is moving secondary passenger searches from the gate to the security checkpoints. This means customers will need to have a boarding pass to get through security checkpoints. E-ticket receipts, paper tickets and itineraries will no longer provide access through the security checkpoints.

## Travel Tips

January 23, 2007: All U.S. citizens (including infants and children) must have a valid passport to travel to and from Bermuda, Canada, Mexico, Central and South America, and the Caribbean (excluding Puerto Rico and the U.S. Virgin Islands). You need a valid passport to re-enter the U.S. This policy also applies to foreign nationals of Canada, Bermuda and Mexico.

### International travel

Required documents and helpful information on international travel.

### Carry-on update

Get the latest carry-on updates.

### Prepare for checkpoint inspection

All passengers are required to show their boarding pass at the security checkpoint. View checkpoint protocols.

### Arrive early

Allow extra time for unexpected delays, parking, security and check-in. View our recommended airport check-in times.

### Safe travel

Learn about safe travel tips.

Get tips on traveling with infants and children, child safety or having a healthy flight.

### Rules of Carriage

To view, download or print the US Airways Rules of Carriage, visit our Contract of Carriage page.

## Terms of Transportation

The Terms of Transportation contains US Airways' general terms of transportation applicable to the transportation of passengers and their baggage on all flight segments. These terms constitute the conditions upon which US Airways transports passengers when they purchase a ticket from our airline. The Customer First Commitments are contained within these rules.

**RECEIPT**

Date 12/4/08   Driver _____

From Skyharbor Airport

To Hampton Inn W. Catalina Drive

Thank you for choosing Discount Airport Resort VIP Service.
We hope to serve you again very soon.   Total Paid $ 30⁰⁰

```
                    HMSHost
                  S3 Nathans
        Phoenix Sky Harbor Int'l Airport

        8939 BEREKET
        ---------------------------------
        CHK 4361 DEC05'08  4:06PM
        ---------------------------------

          1  FRANK                2.99
               NO COMBO
          1  FRANK                2.99
               NO COMBO
          1  COKE BTL             2.69

          Subtotal               8.67
          Tax                    0.72
          Amt.Paid              9.39
          XXXXXXXXXXXXXX        XX/XX
          AMEX        A3 37*     9.39

                    HMSHost
                  S3 Nathans
        Phoenix Sky Harbor Int'l Airport
```

```
        --------------------------------
             Order  Number:

                  46

        --------------------------------


        128 Adriena
        --------------------------------
        Chk 46        Dec04'08 12:26PM  Gst 0
        --------------------------------
          Express
        1 Ham&Cheddar(GnG)          6.99
        XXXXXXXXXXXX5102 XX/XX
          Amex                      7.41

          Subtotal                  6.99
          Tax                       0.42
          Payment                   7.41
```



**Hampton**
**Phoenix Midtown**
160 West Catalina Drive • Phoenix, AZ 85013
Phone (602) 200-0990 • Fax (602) 200-0999
hamptoninn.com/hi/phoenix-midtown



official sponsor u.s. olympic team

| | | | |
|---|---|---|---|
| WINTER, MARGARET | name | room number: | 325/KXTY |
| 733 15TH ST NW | address | arrival date: | 12/04/08 5:53PM |
| | | departure date: | 12/05/08 |
| WASHINGTON, DC 20005 | | adult/child: | 1/0 |
| US | | room rate: | $122.00 |

If the debit/credit card you are using for check-in is attached to a bank or checking account, a hold will be placed on the account for the full anticipated dollar amount to be owed to the hotel, including estimated incidentals, through your date of check-out and such funds will not be released for 72 business hours from the date of check-out or longer at the discretion of your financial institution.

RATE PLAN    L-GVT
HH# 354724919 SILVER
AL:
BONUS AL:              CAR:

Confirmation: 83383046

Rates subject to applicable sales, occupancy, or other taxes. Please do not leave any money or items of value unattended in your room. The hotel is not responsible for lost or stolen articles from your room or vehicle. A safety deposit box is available for you in the lobby. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or full amount of these charges, I authorize you to bill the full balance of my account to my credit card which was presented or authorized upon registration. "I have requested weekday delivery of USA Today. If refused, a credit of $0.75 will be applied to my account. In the event of an emergency, I, or someone in my party require special evacuation assistance due to a physical disability. Please indicate yes by checking here:  ☐

12/05/08      PAGE      1

signature:

| date | reference | description | amount |
|---|---|---|---|
| 12/04/08 | 826967 | GUEST ROOM | $122.00 |
| 12/04/08 | 826967 | STATE TAX | $8.87 |
| 12/04/08 | 826967 | CITY TAX | $6.10 |
| | | WILL BE SETTLED TO AX *5102 | $136.97 |
| | | EFFECTIVE BALANCE OF | $0.00 |

*You have earned approximately 1403 HHonors points and approximately 0.5 miles with Southwest Airlines for this stay. To check your earnings for this stay or any other stay at any of more than 3,000 Hi*

*Cozy up to some great seasonal offers from Hampton. Visit hampton.com for details.*

for reservations call 1-800-hampton or visit us online at www.hamptoninn.com

| | | |
|---|---|---|
| account no. | date of charge | folio/check no. |
| | | 177698    A |
| card member name | authorization | initial |
| establishment no. and location    establishment agrees to transmit to card holder for payment | purchases & services | |
| – | taxes | |
| | tips & misc. | |
| **signature** of card member | **total** amount | |
| X | | 0.00 |

       

**thanks.**



05/13
MARGARET WINTER
NATIONAL PRISON PROJ

TAXI to airport

AUTHORIZATION    12-5-08    SERVER

REFERENCE NO.

5866247

PURCHASER SIGN HERE
X

Cardholder acknowledges receipt of goods and/or services in the amount
of the Total shown hereon and agrees to perform the obligations set forth
in the Cardholder's agreement with the issuer.

RETAIN FOR YOUR RECORDS

| QTY. | DESCRIPTION | AMOUNT |
|---|---|---|
| | | 32 00 |
| | TAX | |
| SALES SLIP | TIP MISC. | |
| | TOTAL | 32 00 |

CUSTOMER COPY

---

Server: silke                     DOB: 12/05/2008
01:47 PM                               12/05/2008
Table 2/1                              1/10015

Amex                              1048596
Card #XXXXXXXXXX5102
Magnetic card present: WINTER M
Approval: 501400

            Amount:           16.24

          + Tip: _____

          Total: _____

X_____
Approval: 501400

          Customer Copy

---

          Christopher's &
          CRUSH Lounge
      2502 E. Camelback Road.
          Phoenix, AZ
          602-522-2344

Server: Mark                     DOB: 12/04/2008
08:51 PM                               12/04/2008
141/1                                  1/10039

AMEX                              1048614
Card #XXXXXXXXXX5102
Magnetic card present: winter m
Approval: 520864

        Amount:        25.00

      + Tip: _____

      = Total: _____

X_____

      Customer Copy

---

B.W.I. AIRPORT PARKING
MAIN TERMINAL GARAGE
MARYLAND PARKING

Rcpt#116353
12/05/08 23:34  L#16 A# 22  Txn#413433
12/04/08 12:04 In   12/05/08 23:34 Out
Fee ..... 9   $   38.80
Total Tax     $    1.20
Total Fee     $   40.00
AMERICAN EXP  $   40.00-
XXXXXXXXXX5102
Approval No.:563864
Reference No.:00000090
Change Due    $    0.00
THANK YOU
HAVE A SAFE TRIP

AMERICAN EXPRESS®BUSINESS TRAVEL

## Travel Arrangements for  MARGARET WINTER

| | |
|---|---|
| Record Locator | **EILSGU** |
| Trip ID | **10877776222** |
| | AMERICAN CIVIL LIBERTIES UNION |

Agent ID: TK

1 Parklane Blvd  Suite 1614 East - Dearborn, MI  48126
Phone: (888) 762-8728 / Fax: (313) 203-3822

## Invoice Details

### Ticket Information

| | | | |
|---|---|---|---|
| Airline Code | 526 | | |
| Ticket Number | 8764407396 | Invoice | 0314747 |
| Check Digit | 0 | Electronic | Yes |
| Billing Code | XXXX-LITIG-0218 | | |

### Charges

| | |
|---|---|
| Ticket Base Fare | 386.98 |
| Ticket Tax Fare | 50.02 |
| Total (USD) Ticket Amount | 437.00 |

Airfare charged to American Express

| | |
|---|---|
| Billing Account: | AX XXXXXXXXXX5102 |

| | |
|---|---|
| Total | 437.00 |

PLEASE REVIEW THIS ITINERARY/INVOICE
CONTACT US UPON RECEIPT FOR ANY CHANGES
OR CANCELLATIONS.
*************************************

## Travel Details                    Thursday  December  4, 2008

\*THIS FARE IS NONREFUNDABLE\*SEE REMARKS BELOW FOR IMPORTANT INFORMATION\*\*

### Flight Information

| | | | |
|---|---|---|---|
| Airline | SOUTHWEST AIRLINES | Estimated time | 5 hours 15 minutes |
| Flight | 2781 | Distance | 1,998 Miles |
| Origin | Baltimore Washington, MD | Meal Service | No Meal Service |
| Destination | Phoenix, AZ | Plane | Boeing 737-700 |
| Departing | 1:35 PM | | |
| Arriving | 4:50 PM | | |

| | |
|---|---|
| Arrival Terminal | TERMINAL 4 |
| Seat | Unassigned |
| Class | R |

### Hotel Information

| | |
|---|---|
| Hotel | HAMPTON INN |
| | HAMPTON INN PHOENIX MDTN |
| Hotel Address | 160 WEST CATALINA DRIVE |
| | PHOENIX AZ 85013 |
| Confirmation Number | 83383046 |
| Check in Date | 12/4/2008 |
| Check out Date | 12/5/2008 |
| Hotel Rate | 139.00 USD per night |
| Phone Number | 602 200-0990 |
| Fax Number | 602 200-0999 |
| | Late Arrival Guarantee - Credit Card |
| Special Info | ZD734283164-- |

ONLINE | OFFLINE | ALL AROUND THE WORLD | EXPERIENCE MATTERS™