# Exhibit B

1    Larry A. Hammond, 004049
     Debra A. Hill, 012186
2    Sharad H. Desai, 025255
     OSBORN MALEDON, P.A.
3    2929 North Central Avenue, Suite 2100
     Phoenix, Arizona 85012-2793
4    (602) 640-9000
     lhammond@omlaw.com
5    dhill@omlaw.com
     sdesai@omlaw.com
6
     Margaret Winter (admitted *pro hac vice*)
7    Hanh Nguyen (admitted *pro hac vice*)
     ACLU National Prison Project
8    915 15th Street, N.W., 7th Floor
     Washington, D.C. 20005
9    (202) 548-6605
     mwinter@npp-aclu.org
10   hnguyen@npp-aclu.org

11   Daniel J. Pochoda, 021979
     American Civil Liberties Union of Arizona
12   P.O. Box 17148
     Phoenix, Arizona 85011-0148
13   (602) 650-1854
     dpochoda@acluaz.org
14
     Attorneys for Plaintiffs
15

16              IN THE UNITED STATES DISTRICT COURT

17                 FOR THE DISTRICT OF ARIZONA

18   Fred Graves, et al.,                )   No. CV 77-479-PHX-NVW
                                          )
19                      Plaintiffs,       )   **DECLARATION OF DEBRA HILL**
                                          )   **IN SUPPORT OF PLAINTIFFS'**
20   v.                                   )   **MEMORANDUM  FOR**
                                          )   **ATTORNEYS' FEES AND COSTS**
21   Joseph Arpaio, et al.,               )
                                          )
22                      Defendants.       )
                                          )
23   ─────────────────────────────       )

24         Debra A. Hill hereby declares as follows:

25         1.      I am a partner in the Phoenix law firm of Osborn Maledon P.A. and was

26   one of the principal attorneys representing Plaintiffs in this matter.  I began working

27   on this case when Osborn Maledon agreed in January 2006 to co-counsel this case

28   with Ted Jarvi and the ACLU National Prison Project ("NPP").  Mr. Jarvi and Mr.

1   David Fathi of the NPP approached me and my partner, Larry Hammond, and asked if

2   we would be willing to substitute in as counsel for the Plaintiffs, given the imminent

3   retirement of Alice Bendheim, who had been working on the case on behalf of ACLU

4   of Arizona.  Osborn Maledon agreed to enter its appearance on the case based on our

5   understanding that NPP would co-counsel the case, ensuring that the team would have

6   NPP resources and expertise.

7       2.      I am familiar with the work performed in this case, and I make the

8   following statements based on my personal knowledge and based on a review of the

9   records maintained by my firm in the ordinary course of business.

10      3.      I am licensed to practice law in the State of Arizona and have been so

11  licensed since 1988, when I began practicing at Meyer Hendricks Victor Osborn &

12  Maledon, the predecessor firm to Osborn Maledon.  I am also licensed to practice law

13  in New Mexico.  I concentrate my practice on criminal defense and complex

14  commercial litigation and have significant experience litigating civil rights cases,

15  including representation, along with Mr. Hammond, of all inmates housed in

16  protective segregation at the Arizona Department of Corrections in the case of *John*

17  *Does v. Terry Stewart*, No. CIV-96-0486 PHX WFN (UAM).

18      4.      I received my undergraduate degree, *cum laude*, from the University of

19  New Mexico and also received my law degree, *magna cum laude*, from the University

20  of New Mexico Law School.

21      5.      Larry Hammond is also a partner at Osborn Maledon.  He joined Osborn

22  Maledon's predecessor firm in 1975 and has worked at the firm since then.  Mr.

23  Hammond received his B.A. and J.D. from the University of Texas.  He then clerked

24  for Judge Carl McGowan, U.S. Court of Appeals, District of Columbia Circuit, and

25  U.S. Supreme Court Justices Hugo Black and Lewis F. Powell, Jr.  Mr. Hammond

26  focuses his practice on criminal defense, civil rights and commercial litigation.  He

27  has been listed in Chambers USA, *America's Leading Lawyers for Business*,

28  Litigation: White-Collar Crime & Government Investigations, 2004-08; *The Best*

1    *Lawyers in America*, Commercial Litigation, White-Collar Criminal Defense,

2    Appellate Law, 1995-2009; Best of the Bar, *Business Journal*, Pro Bono 2005;

3    *Southwest Super Lawyers*, Top 50 Arizona Attorneys, 2007-08; and *Southwest Super*

4    *Lawyers*, Criminal Defense: White Collar, 2007-08.

5          6.     Sharad Desai is an associate with our firm, who worked on this case and

6    assisted at trial.  Mr. Desai received a B.A., *magna cum laude*, and a B.S., *magna cum*

7    *laude*, from the University of Arizona.  Mr. Desai received his law degree, *cum laude*,

8    from New York University School of Law.  He then clerked for Vice Chief Justice

9    Rebecca Berch of the Arizona Supreme Court in 2006-2007 before joining Osborn

10    Maledon as a litigation associate in 2007.  After Ms. Meyers (see Paragraph 9 below)

11    left the firm to move to Seattle, Washington, in 2007, Mr. Desai was the sole

12    associate at Osborn Maledon assigned to this case.

13          7.     Jason Romero is a litigation associate with our firm, who worked on this

14    case for approximately one year after Osborn Maledon appeared in the case.  Mr.

15    Romero obtained a B.A. from Baylor University and a J.D., *summa cum laude*, from

16    Arizona State University.  He then clerked for Chief Justice Ruth McGregor of the

17    Arizona Supreme Court.  Mr. Romero joined Osborn Maledon in 2005.

18          8.     Anne Chapman is a litigation associate with our firm who assisted in

19    summarizing the jail operations journals.  Ms. Chapman received her J.D., *cum laude*,

20    from Duke University School of Law in 1999.  She clerked for Judge Robert Whaley,

21    U.S. District Court, Eastern District of Washington.  Ms. Chapman then spent five

22    years in the Federal Defenders Office for the Eastern District of Virginia before

23    joining Osborn Maledon as an associate in 2008.

24          9.     Diane Meyers was, but no longer is, an associate with our firm.  She

25    worked on this case for approximately two years after Osborn Maledon appeared in

26    the case.  Ms. Meyers received her B.A., *cum laude*, from the University of Notre

27    Dame, and her J.D., *cum laude*, from the University of Notre Dame Law School.  She

28

1   clerked for Judge Charles Wilson, 11th Circuit Court of Appeals from 2003-2004, and

2   then worked as a litigation associate at Osborn Maledon from 2004-2007.

3        10.    Patricia Sherrill has been a litigation paralegal with Osborn Maledon

4   since 1996.  She has a degree in criminal justice from Sam Houston State and a

5   paralegal certificate from Southwestern Paralegal Institute.  Ms. Sherrill has 26 years

6   experience as a paralegal.  She worked as a paralegal for a solo practitioner in

7   Houston, Texas, for five years, and then worked for Snell & Wilmer for 8½ years as a

8   paralegal in that Firm's civil litigation and products liability groups before joining

9   Osborn Maledon, where she works as a litigation paralegal.  Ms. Sherrill's hourly

10   rates ranged from $135-$155 for the 2006-2008 time period.

11        11.    Lori Dickman was, but no longer is, a paralegal with our firm.  Ms.

12   Dickman worked on this case for a short period in early 2006.  She obtained a B.A.

13   and a paralegal certificate, and worked for Osborn Maledon as a litigation paralegal

14   for ten years.  Ms. Dickman's hourly rate in 2006 was $135.

15        12.    Five summer law clerks performed work on this case.  Joe Roth

16   performed legal research projects in the summer of 2006.  The remaining four

17   summer associates performed legal research projects and assisted with expert

18   inspections at the Jails during the summer of 2008.

19        13.    At the time Mr. Roth worked at Osborn Maledon as a law clerk, he was

20   a second-year law student at Columbia University School of Law.  (He has now

21   graduated from Columbia Law School, and, after a clerkship with Justice Scott Bales

22   of the Arizona Supreme Court, is now an associate at Osborn Maledon.)

23        At the time they clerked for Osborn Maledon, Spencer Scharff was a

24   first-year law student at the University of Arizona James E. Rogers College of Law;

25   John Parsi was a first-year law student at the University of Michigan Law School;

26   Brandon Hale was a second-year law student at the University of Chicago Law

27   School; and Beau Roysden was a May 2008 graduate of the University of Arizona

28   James E. Rogers College of Law.

1    In 2006, Osborn Maledon billed Mr. Roth's time at $125 an hour.  In

2    2008, Osborn Maledon billed Mr. Scharff and Mr. Parsi (both first-year law students)

3    at $110 an hour; Mr. Hale, a second-year student, at $145 an hour; and Mr. Roysden,

4    a law student graduate, at $165 an hour.

5        14.    Marci Wright has been employed as a litigation paralegal assistant at

6    Osborn Maledon and its predecessor firm for the last 20 years.  Ms. Wright graduated

7    from Barat College in Lake Forest, Illinois, and attended the Paralegal Institute in

8    Phoenix.  Ms. Wright's job responsibilities include assisting lawyers and paralegals

9    on complex litigation and document intensive cases.  If Ms. Wright was not employed

10   by the firm, Ms. Sherrill or another paralegal would do the work performed by Ms.

11   Wright.  Ms. Wright's hourly rate was $50 in 2007 and $60 in 2008.

12       15.    Brenda Sena is the Network Administrator at Osborn Maledon.  She has

13   a degree from Eastern New Mexico University.  She was previously employed as a

14   Network Engineer Consultant for Hughes Calihan and Kentex, and the

15   Communications Manager for Phoenix Elementary School District before joining

16   Osborn Maledon in early 2005.  She assisted counsel with the display of the intake

17   security CDs during Captain Dean's cross-examination.  (Because we were unsure

18   when the cross-examination of Captain Dean would actually occur, Ms. Sena spent

19   parts of two days in the courtroom waiting to assist Ms. Hill with her cross-

20   examination.)  Her hourly rate is $150.

21       16.    All of the attorneys, paralegals and other staff identified here are highly

22   competent, qualified and experienced in litigation and their services were vital to the

23   successful preparation of Plaintiffs' case.

24       17.    Plaintiffs seek to be reimbursed for attorneys' fees of $587,346.85 and

25   for non-taxable costs of $75,657.85 that have been incurred by Osborn Maledon in

26   opposing Defendants' Motion to Terminate.  An Itemized Fee Entry and Non-Taxable

27   Cost Report is attached to this Declaration as Ex. 1.  The supporting documentation

28

1    for all of the non-taxable costs (other than photocopying and CD and DVD copies,

2    which are addressed below) is attached as Ex. 2 to this Declaration.

3         18.    Because the fees and costs attached are those incurred only through

4    December 5, 2008, additional time and costs will be incurred in relation to this matter

5    between December 5 and the time that we file our reply memorandum in support of

6    our motion for fees and costs.  We will provide the Court with any supplemental fees

7    and costs at the time we file the reply memorandum.  In addition, as additional fees

8    and/or costs are incurred in connection with this case, Plaintiffs anticipate providing

9    the Court with supplemental requests.  Finally, as we noted in our original motion for

10   attorneys' fees and costs, to the extent that the Clerk does not tax any of our proposed

11   Taxable Costs, we will also include those additional costs as part of the supplemental

12   requests included in the reply memorandum.

13        19.    The amount of fees and costs being requested by Osborn Maledon

14   represents the amount incurred in the preparation for the hearing on Defendants'

15   Motion to Terminate, which ultimately occurred in August and September 2008.  As

16   this Court has noted, this case has been pending for more than seven years.  After

17   Osborn Maledon made an appearance in the case, our firm bore primary responsibility

18   for drafting and filing motions in the case, communicating with opposing counsel, and

19   interviewing and communicating with class members.  (At the time Osborn Maledon

20   made its appearance in the case, Mr. Fathi had already prepared a very early draft of

21   the Omnibus Motion that was ultimately filed in May 2006.  However, both Ms. Hill

22   and Mr. Fathi spent time revising and updating the Omnibus Motion before it was

23   filed.)  Once the case was assigned to this Court and a hearing date set, Osborn

24   Maledon and the ACLU National Prison Project informally divided the areas that each

25   firm would be responsible for at trial.  Osborn Maledon agreed to handle the issues

26   related to the Sheriff, and the NPP was responsible for the medical and mental health

27   care issues.  Because the case was located in Phoenix and the NPP did not have an

28   available paralegal, Osborn Maledon has always had the primary administrative

- 6 -

1   responsibility for the case.  All of the documents in the case were maintained at

2   Osborn Maledon and all of the paralegal work on the case was done by Osborn

3   Maledon paralegals and paralegal assistants.

4          20.     The requested amount reflects the billing rate for each non-lawyer over

5   the course of the litigation.  (The specific time entries shown in Ex. 1 reflect the then-

6   current hourly rate for each time entry.)  With respect to lawyers, the requested

7   amount reflects an hourly rate of $169.50, the maximum amount permitted under the

8   Prison Litigation Reform Act, 42 U.S.C. § 1997 e(d)(3).

9          21.     My billing rate was $310 per hour in 2006; $350 per hour in 2007; and

10  $375 per hour in 2008.  Mr. Hammond's hourly rate was $400 in 2006, $425 in 2007,

11  and $500 in 2008.  I am familiar with rates normally charged in the Phoenix

12  community by lawyers, law clerks and paralegals of comparable experience,

13  performing similar services, as the result of my general experience of years of practice

14  of law and my previous experience in civil rights cases, class actions and as

15  administrative counsel in a federal death penalty case.  It is my professional opinion

16  that my rates and the rates charged for the other attorneys, law clerks, paralegals and

17  other staff in our firm are reasonable, and that they are generally in accordance with

18  the rates charged by other professionals in this market and community with similar

19  experience and education.  *See also* the Declaration of Michael Manning, attached as

20  Ex. 3; Declaration of Lee Stein, attached as Ex. 4; and Declaration of Barry Mitchell,

21  attached as Ex. 5.

22         22.     With respect to photocopies, Osborn Maledon's normal business

23  practice and internal system requires that each copy made be manually assigned an

24  internal client number.  The firm's policy also dictates that only copies related to this

25  case utilize the internal client number assigned to the case.  The firm bills clients for

26  photocopies at 20¢ per page.  The firm also bills 50¢ per page for color copies and

27  30¢ per page for color prints.  We charged 985 color copies and 14 color prints in this

28  case, for a total of $496.70 for color copies and prints.

1    23.    In our Bill of Costs, I advised the Court that the firm copies were billed

2    at a rate of 10¢ per page.  This was an error on my part.  The copying charges shown

3    on Ex. 1 reflect the total cost of all copies at the firm rate of 20¢ per copy, less the

4    $6,225.60 requested in our Bill of Costs.

5    24.    In addition, the firm charges $10 per CD for CD duplication and $35 per

6    DVD for DVD duplication.  We made 96 CD and 22 DVD copies, for total charges of

7    $960 and $770, respectively.  For the most part, these were CD and DVD copies of

8    discovery provided to us by the Defendants, which we then provided to our four

9    experts.  Clearly, all experts did not receive all of the discovery CDs, but we needed

10    to provide copies of virtually all of the CDs and DVDs provided by Defendants to at

11    least two of our experts.  At the time each CD or DVD copy was made at the firm, the

12    assigned case number was entered into our system, therefore ensuring that this case

13    was properly billed for these charges.

14    25.    Osborn Maledon P.A. uses a computerized billing system called CD

15    Tracker.  The Itemized Fee Entry Report (attached as Ex. 1 hereto) details the time

16    that was spent by Osborn Maledon lawyers and staff in connection with the

17    representation of Plaintiffs in this case.  The Bill of Costs, previously filed, details the

18    taxable costs incurred in connection with the representation of Plaintiffs, and the

19    Itemized Non-Taxable Cost Report (included as part of Ex. 1 attached hereto) reflects

20    all other costs incurred by Osborn Maledon in the matter that would have normally

21    been billed to a paying client.  I have reviewed these documents.  The Itemized Fee

22    Entry and Non-Taxable Cost Report is derived from the billing system used by

23    Osborn Maledon and are the result of time and charges entered on a daily basis

24    regarding Osborn Maledon's representation of Plaintiffs.  The Fees Report reflects the

25    work that each member of my law firm maintained on a daily basis and reflects the

26    work that each member of my law firm spent on a particular matter.  Each member

27    enters time on a daily basis subsequent to performing each task relating to that matter.

28    Time is billed in increments of 1/10th of an hour.  This practice and procedure is

1    standard to our firm and is within its normal business operations.  The other records

2    for costs are also records kept in the normal course of business.

3         26.    In my professional opinion, the costs, legal services performed in the

4    litigation of this case, and the legal fees charged are reasonable and necessarily

5    performed, and represent a reasonable fee for those services under the circumstances

6    of this case.

7         27.    I have reviewed the Osborn Maledon time and charges and am satisfied

8    that the time included in the Fee Report is necessary, and neither duplicative nor

9    unnecessary.  I have reduced the bill by $932.05, which represents 4.9 hours incurred

10   by me and .70 hours incurred by paralegal Tricia Sherrill relating to media contacts.  I

11   have also reduced the billing records by an additional $880 for the time spent by our

12   summer clerk, Mr. Parsi, in observing the first day of the hearing.  I have also

13   reviewed the time records for entry errors and have corrected all errors I found.

14        28.    I have also reviewed the non-taxable costs and satisfied myself that the

15   costs are reasonable and necessary.

16        29.    On July 17, 2008, three weeks prior to the beginning of the hearing,

17   Plaintiffs proposed to Defendants to settle the case through an agreement to appoint a

18   medical/mental health care and a corrections monitor for a period of two years, with

19   quarterly reports to counsel and the Court.  Plaintiffs received absolutely no response

20   to the settlement offer from Defendant Arpaio; apparently counsel for the Board

21   Defendants met with the Board in early August and the Board rejected the settlement

22   offer.

23        30.    Osborn Maledon's *pro bono* program was severely strained as a result

24   of incurring such a large amount of *pro bono* fees in one fiscal year.  This case

25   required virtually full-time work by me and Sharad Desai over a period of four

26   months, and Tricia Sherrill, our paralegal, worked for more than two months full-time

27   on the case.  As a result of the very significant outlay of *pro bono* hours during

28

1  Osborn Maledon's 2008 fiscal year (which ended October 31, 2008), the firm's 2009

2  *pro bono* budget has been significantly curtailed.

3       DATED this 18th day of December, 2008.

4

5

6                                    *Debra A Hill*

7                                    Debra A. Hill

8  2381630_1

- 10 -

# Exhibit 1

The Phoenix Plaza
21st Floor
2929 North Central Avenue
Phoenix, Arizona  85012-2793

P.O. Box 36379
Phoenix, Arizona  85067-6379
Telephone    602.640.9000
Facsimile     602.640.9050



**OSBORN MALEDON**

A PROFESSIONAL ASSOCIATION
ATTORNEYS AT LAW

Osborn Maledon                          December 5, 2008
2929 N. Central Avenue                  Invoice: ******
P.O. Box 36379                          Matter:  99999.0624
Phoenix, Arizona   85067-6379

                                                Tax I.D. #86-0789930

For professional services rendered through December 5, 2008
RE: Hart et al v MCSO et al

01/17/06 Review plaintiffs' motions in Hart.              .20    33.90
         D. Meyers

01/18/06 Attend litigation strategy meeting with Fathi,  1.50   254.25
         Jarvi, Urin, Hammond, Rosenbaum, Hill, Fisk,
         Meyers.
         J. Romero

01/18/06 Retrieve magistrate's order in Hart (.2); meet  1.70   288.15
         with David Fathi, Ted Jarvi, Steve U'Ren, Debbie
         Hill and Jason Romero re case (1.5).
         D. Meyers

01/18/06 Meeting with David Fathi and Ted Jarvi re case. 1.50   254.25
         D. Hill

01/19/06 Confer with Larry Hammond re scope of            .10    16.95
         representation.
         D. Meyers

01/23/06 Dictate two memos re two witnesses.              .20    33.90
         L. Hammond

01/23/06 Conference call with Jarvi, Uren and Fathi.      .80   135.60
         L. Hammond

01/23/06 Conference with Larry Hammond re various issues 1.50   254.25
         (.3); conference call with co-counsel re how to
         proceed (1.); conference with Diane Meyers re
         same (.1); conference with Tricia Sherrill re
         same (.1).
         D. Hill

01/23/06 Exchange email re scope of representation;       .10    16.95
         confer with Debbie Hill re same.
         D. Meyers

01/24/06 Memos re direction of research.                  .20    33.90
         L. Hammond

```
                                      December 5, 2008        PAGE 2
FILE NUMBER: 99999.0624
INVOICE NO.: ******
```

01/24/06 Consider Rule 23 issues.                          .20    33.90
         L. Hammond

01/24/06 Conference with Larry Hammond re determining     1.70   288.15
         scope of condition issues (.1); conference with
         Larry Hammond re talking to class reps (.1);
         conference with co-counsel re same (.1); review
         docket and parties and send conflict check
         (.1); conference with co-counsel re appointment
         of new class reps (.2); conference with Andrew
         Kelly re supervisor issue (.1); numerous
         conferences with Ted Jarvi re class rep (.2);
         conference with Diane Meyers, Jason Romero and
         Tricia Sherrill re status of case and how to
         proceed (.6); numerous conferences with Ted
         Jarvi's office re review of file (.2).
         D. Hill

01/24/06 Attend strategic planning meeting with Debbie     .60   101.70
         Hill, Diane Meyers, Tricia Sherrill.
         J. Romero

01/24/06 Review magistrate's omnibus order dated Sept.    1.10   186.45
         30, 2005 (.4); meet with Debbie Hill, Tricia
         Sherrill and Jason Romero re our
         representation (.6); review email re class
         representative (.1).
         D. Meyers

01/25/06 Memos re new counsel.                             .20    33.90
         L. Hammond

01/25/06 Various conferences with counsel re appointment   .90   152.55
         of Jessica Funkhouser to be jail-crowding
         monitor (.3); conference with Bill Culbertson
         re same (.6).
         D. Hill

01/25/06 Exchange emails with OM team re Madison and 4th  1.00   169.50
         Avenue jails.
         D. Meyers

01/26/06 Memos re Funkhauser contact.                      .30    50.85
         L. Hammond

01/27/06 Conference with Diane Meyers re conference with   .20    33.90
         Bill Culbertson and personal reps.
         D. Hill

01/27/06 Telephone conference with Bill Culbertson re      .30    50.85
         Rule 11 issues (.2); email to Debbie Hill
         re same (.1).
         D. Meyers

01/29/06 Memos re jail medical conditions.                 .20    33.90
         L. Hammond

```
                                      December 5, 2008        PAGE 3
FILE NUMBER: 99999.0624
INVOICE NO.: ******
```

---

01/29/06 Dictate memo re fee issues.                       .20    33.90
         L. Hammond

01/29/06 Review email from Holly Wake re MCSO commissary   .10    16.95
         and medical practice.
         D. Meyers

01/30/06 Meet with Hank Watkins; dictate memo re same.     .80   135.60
         L. Hammond

01/31/06 Review file; conference with Ted Jarvi and       3.10   525.45
         Steve U'Ren (2.5); numerous conferences with
         team re motion to withdraw; conference with
         David Fathi re same and motion for status
         conference (.5); conference with Alice Bendheim
         re motion to withdraw (.1).
         D. Hill

01/31/06 Read and respond to emails.                       .20    33.90
         J. Romero

01/31/06 Review file at Ted Jarvi's office (2.7);         3.00   508.50
         review local rule re substitution and withdrawal
         of counsel (.3)
         D. Meyers

02/01/06 Draft memo to pro bono committee; revise same     .50    84.75
         (.2); conference with Ted Jarvi re additional
         inmates to interview (.2); conference with Dawn
         Sinclair re same (.1).
         D. Hill

02/01/06 Review email re Ken Holt and possible             .10    16.95
         interviewees.
         D. Meyers

02/02/06 Review all pending planning memos.                .20    33.90
         L. Hammond

02/02/06 Consider client list and preliminary             .20    33.90
         injunction.
         L. Hammond

02/02/06 Conference with Alice Bendheim re withdrawal     1.40   237.30
         motion (.2); draft notice of appearance (.2);
         draft motion for Rule 16 status conference
         (.2); review and finalize same (.2); conference
         with co-counsel re strategy (.1); conference
         with Beth at Ted Jarvi's office re CD with
         pleadings, etc.; conference with team members
         here re same (.1); conference with David Fathi
         re witness interviews (.2); conference with
         Larry Hammond re same and contacts re same (.2)
         D. Hill

02/02/06 Review email exchange re obtaining                .10    16.95

FILE NUMBER: 99999.0624
INVOICE NO.: ******

```
            declarations, filing notice of appearance, and
            requesting status conference.
              D. Meyers

02/02/06  Trip to U.S. District Court to review and copy       1.20   162.00
            documents from case file at Debbie Hill's
            request.
              T. Sherrill

02/03/06  Review filings and consider next steps.               .20    33.90
              L. Hammond

02/03/06  Numerous conferences with co-counsel re how to        .80   135.60
            proceed (.2); conference with Larry Hammond re
            same (.1); email to Jeremy Musselman re
            interviews (.2); conference with Bob Briney re
            same (.2); forward declarations and interview
            questions to Diane Meyers and Jason Romero
            (.1).
              D. Hill

02/03/06  Read and respond to emails.                           .10    16.95
              J. Romero

02/03/06  Review email exchanges re clients to interview.       .10    16.95
              D. Meyers

02/04/06  Consider issues outline to Mussman.                   .20    33.90
              L. Hammond

02/06/06  Meeting re response to mandamus.                      .20    33.90
              L. Hammond

02/06/06  Conference with Ted Jarvi re Kathleen Carey and      1.40   237.30
            medical care problems (.1); review petition for
            writ of mandamus (.3); conference with team re
            same (.1); review materials on qualified
            immunity and conference with Rubin Salter re
            same (.2); conference with Ted Jarvi re various
            inmate issues (.2); conference with Joan Burke
            re inmate issues (.1); review order re status
            conference (.1); conference with Larry Hammond
            re status of case (.2); conference with Ted Jarvi
            re Funkhouser article (.1).
              D. Hill

02/06/06  Read and respond to emails.                           .30    50.85
              J. Romero

02/06/06  Review petition for mandamus and related email        .20    33.90
            exchange.
              D. Meyers

02/06/06  Search pleadings, motions re qualified               1.90   256.50
            immunity, and memo to Diane Meyers re same
            (.4); review pleadings in old case files re
            qualified immunity (Nirschel, Dennis Miller,
```

FILE NUMBER: 99999.0624
INVOICE NO.: ******

```
                Ray Girdler, Solnick), and memos to and from
                Debbie Hill and Donna Toland re same (1.5).
                   T. Sherrill

02/07/06  Review Jack Potts memos.                          .20      33.90
                   L. Hammond

02/07/06  Conference with Dan Kaplan re writ of mandamus;    .90     152.55
                conference with Larry Hammond and David Fathi
                re status conference; email to Mike Terrible
                re inmate interviews; conference with Diane
                Meyers re privilege issue (.4); conference with
                David Fathi re hearing and division of fees
                with ACLU (.2); email to Larry Hammond re same
                (.1); review omnibus motion re conditions of
                confinement and conference with David Fathi re
                same (.2).
                   D. Hill

02/07/06  Read and respond to email; review various          .30      50.85
                documents.
                   J. Romero

02/07/06  Review and respond to email exchange re            .20      33.90
                conferring with Dr. Potts; review email
                exchange re fee issue; draft email re
                potential privilege issue.
                   D. Meyers

02/07/06  Search internet sites, phone conferences with      5.00     675.00
                Superior Court personnel re Citizens Jail
                Oversight Committee, and memos to and from
                Debbie Hill and Markita Martinez re same (.6);
                conference with Martinez re news articles re
                jail conditions, and review and organize same
                (.8); search internet sites and read and
                organize articles from Mothers Against
                Arpaio.com and Arpaio.com for Debbie Hill
                (3.6).
                   T. Sherrill

02/08/06  Review memos re inmate issues.                     .20      33.90
                   L. Hammond

02/08/06  Numerous emails with co-counsel re filing          1.20     203.40
                omnibus motion or status conference brief and
                contents of same (.2); email from Mike
                Terrible re inmate (.1); email to Diane Meyers
                re interview with inmate Stalter (.1);
                conference with David Fathi and conference with
                Ted Jarvi re status conference brief (.2);
                conference with team re Stalter and chart re
                inmates (.1); conference with Chris Dupont re
                jail issues (.5).
                   D. Hill

02/08/06  Read and respond to emails.                        .20      33.90
```

```
                                        December 5, 2008        PAGE 6
FILE NUMBER: 99999.0624
INVOICE NO.: ******
```
---

          J. Romero

| | | | |
|---|---|---|---|
| 02/08/06 | Review David Fathi email re filing omnibus motion (.1); review letter from Larry Joe Prince re 4th Avenue jail conditions (.2); review omnibus motion (.2); telephone conference with Cindy Stalter re daughter Melissa's conditions of confinement (.4).<br>          D. Meyers | .90 | 152.55 |
| 02/08/06 | Create table and report in Access database re inmate declarations for review by Debbie Hill.<br>          T. Sherrill | 1.60 | 216.00 |
| 02/09/06 | Draft memos re investigation.<br>          L. Hammond | .20 | 33.90 |
| 02/09/06 | Draft chart re inmates (.4); conference with Tricia Sherrill re same (.1); numerous conferences with co-counsel re status conference brief (.2); conference with Chris Dupont re inmate (.1); conference with Nick Hentoff re inmate (.2).<br>          D. Hill | 1.00 | 169.50 |
| 02/09/06 | Review e-mail exchange re Chris DuPont.<br>          D. Meyers | .10 | 16.95 |
| 02/09/06 | Prepare table in Access re inmates and generate reports for review by Debbie Hill.<br>          T. Sherrill | 2.00 | 270.00 |
| 02/10/06 | Memos re jail conditions; Office conference with Robin Mayer and consider next steps.<br>          L. Hammond | .40 | 67.80 |
| 02/10/06 | Conference with Ted Jarvi (.1); conference with Tricia Sherrill re file organization (.1); revise draft chart re inmates (.2); conference with Jeremy Mussman re inmates; conference with AACJ members re same; conference with Rita Giglos re inmates; conference with David Fathi re status conference brief (.6).<br>          D. Hill | 1.00 | 169.50 |
| 02/10/06 | Review inmate chart.<br>          J. Romero | .10 | 16.95 |
| 02/10/06 | Review email exchange re new inmate contact information (.1); review inmate chart (.2); draft email providing comments thereon (.1); confer with Debbie Hill re new referrals (.1).<br>          D. Meyers | .50 | 84.75 |
| 02/10/06 | Edit and finalize chart re inmates, and conferences with Debbie Hill re same (.7); edit and finalize chart pursuant to requests by | 1.00 | 135.00 |

FILE NUMBER: 99999.0624
INVOICE NO.: ******

```
              Diane Meyers (.3).
                T. Sherrill

02/11/06 Review chart and consider open issues.         .20    33.90
                L. Hammond

02/13/06 Meeting with Team re: records and ways to       .30    50.85
              proceed.
                L. Hammond

02/13/06 Review status conference brief (.2); revise    1.30   220.35
              same and conference with Larry Hammond re same
              (.2);conference with Larry Hammond re status
              (.2);numerous conferences with defense counsel re
              inmate stories (.3); conference with Diane Meyers re
              same (.1); conference with Ted Jarvi's office re
              pleadings (.1); conference with Ted Jarvi re amended
              records request (.2).
                D. Hill

02/13/06 Confer with Larry Hammond and Debbie Hill re    .50    84.75
              meeting with Dr. Potts and referrals from
              Defender's office (.3); review email exchange re
              referrals (.2).
                D. Meyers

02/13/06 Update and distribute Inmate List re new       1.00   135.00
              inmates to be interviewed.
                T. Sherrill

02/14/06 Consider pending inmate concerns.               .20    33.90
                L. Hammond

02/14/06 Numerous conferences with defense counsel re   1.00   169.50
              conditions at jail (.2); conference with Steve U'Ren
              re revised records request (.1); conference with
              David Fathi re revised status conference brief (.2);
              conference with David Fathi re same (.1); review
              articles re Jail Commission and memo to Diane
              Meyers and Jason Romero (.3); review articles re
              jail conditions and memo to Diane Meyers and
              Jason Romero (.1).
                D. Hill

02/14/06 Review Rule 11 court findings and related       .20    33.90
              email.
                D. Meyers

02/14/06 Update inmate list re new candidates, and edit 3.00   405.00
              and finalize same (1.2); work in Access
              database, and conferences with Brenda Sena re
              same (1.8).
                T. Sherrill

02/15/06 Conference with former inmate re conditions     .70   118.65
              (.2); conference with team re same (.1); review
              email re inmate Felix Dukepoo (.1); conference
```

```
                                           December 5, 2008        PAGE 8
FILE NUMBER: 99999.0624
INVOICE NO.: ******
```

<table>
<tr><td></td><td>with Ted Jarvi's office re file (.1);<br>conference with Chris Dupont re inmate (.1);<br>review documents from Chris Dupont (.1).<br>   D. Hill</td><td></td><td></td></tr>
<tr><td>02/15/06</td><td>Review email from Chris Dupont (.1); telephone<br>conference with Felix Dukepoo (.2); review email<br>from Debbie Hill re client meeting on Monday (.1).<br>   D. Meyers</td><td>.40</td><td>67.80</td></tr>
<tr><td>02/16/06</td><td>Telephone conference with legal defender and<br>Disability Law Center re issues.<br>   L. Hammond</td><td>.50</td><td>84.75</td></tr>
<tr><td>02/16/06</td><td>Conference with Diane Meyers re CD with<br>pleadings (.1); conference with Diane Meyers re<br>lunch with Hank Watkins (.1); conference with<br>Tricia Sherrill re inmate chart (.1).<br>   D. Hill</td><td>.30</td><td>50.85</td></tr>
<tr><td>02/16/06</td><td>Review inmate list; read and review email.<br>   J. Romero</td><td>.20</td><td>33.90</td></tr>
<tr><td>02/16/06</td><td>Review email exchange with CHS re Felix<br>Dukepoo's diabetic condition (.1); review CDs<br>received from co-counsel Steve U'Ren (.5); email to<br>Steve U'Ren re inmate interviews (.2); confer with<br>Debbie Hill re same (.2); confer with Steve U'Ren re<br>same (.2).<br>   D. Meyers</td><td>1.20</td><td>203.40</td></tr>
<tr><td>02/16/06</td><td>Update Inmate List re new entries, memos from<br>and to Diane Meyers re same and distribute same<br>(1.6); review materials in disk received from<br>Ted Jarvi (.6); create tables in Access<br>database (1.7).<br>   T. Sherrill</td><td>3.90</td><td>526.50</td></tr>
<tr><td>02/17/06</td><td>Review public records request to County Public<br>Defender (.1); conference with Ted Jarvi and<br>team re Sheriff's appearance and discussion at<br>MCBA conference (.2); conference with Felix<br>Dukepoo, inmate at 4th Avenue Jail (.1).<br>   D. Hill</td><td>.40</td><td>67.80</td></tr>
<tr><td>02/17/06</td><td>Review email exchange re meeting with Hank<br>Watkins, conference re jail visitation issues,<br>and conference call with diabetic inmate.<br>   D. Meyers</td><td>.10</td><td>16.95</td></tr>
<tr><td>02/18/06</td><td>Consider jail meeting issue.<br>   L. Hammond</td><td>.20</td><td>33.90</td></tr>
<tr><td>02/19/06</td><td>Read Omnibus motion and respond.<br>   L. Hammond</td><td>.40</td><td>67.80</td></tr>
<tr><td>02/20/06</td><td>Conference with Larry Hammond re status</td><td>.90</td><td>152.55</td></tr>
</table>

FILE NUMBER: 99999.0624
INVOICE NO.: ******

---

conference memo (.1); conference with Scott
Ferriss (.2); conference with team re
conference with Ferriss (.1); conference with
Lori Dickman re visit to inmates at DOC (.1);
conference with Diane Meyers and Jason Romero
re meeting (.1); conference with Lori Dickman
re same; conference with Diane Meyers re
information obtained from Jarvi's office (.1);
conference with Scott Ferriss re cystic
fibrosis issues at jail (.2).
   D. Hill

| | | |
|---|---|---|
| 02/20/06 | Review Ted Jarvi letter requesting documents from County Defenders' Office (.1); review Debbie Hill memorandum re news articles and jail oversight committee (.2).<br>   D. Meyers | .30 | 50.85 |
| 02/20/06 | Update and distribute latest Inmate List (.7); review memo from Debbie Hill re jail newspaper articles (.1); review revised database in Access and conferences with Brenda Sena re same (.2); create witness list and issues list in Access (.2).<br>   T. Sherrill | 1.20 | 162.00 |
| 02/21/06 | Memos re: jail funding.<br>   L. Hammond | .20 | 33.90 |
| 02/21/06 | Review and revise inmate list (.3); conference with Jason Romero and Diane Myers re division of inmates and other to-do projects (1.0); conference with Steve U'Ren re attorney visits with inmates (.2); conference with Chris Dupont re inmate issues (.1); conference with Jason Romero re scheduling visits with former jail inmates; conference with Diane Meyers re same; conference with Lori Dickman re arranging DOC visits (.2).<br>   D. Hill | 1.80 | 305.10 |
| 02/21/06 | Conference with Debbie Hill, Diane Meyers, Tricia Sherrill (.9); review inmate list in preparation for same (.7); read memos from Debbie Hill, and review certain articles attached to same (.4).<br>   J. Romero | 2.00 | 339.00 |
| 02/21/06 | Meet with Debbie Hill, Tricia Sherrill and Jason Romero re status and assignment of interviews (.9); review Debbie Hill memorandum re new research issues (.6).<br>   D. Meyers | 1.50 | 254.25 |
| 02/21/06 | Attend meeting with Debbie Hill, Diane Meyers and Jason Romero (.7); conferences with inmate attorneys, revise and update inmate list, prepare to do list, and distribute both (4.4); | 5.40 | 729.00 |

FILE NUMBER: 99999.0624
INVOICE NO.: ******

---

        update witness information in Access (.3).
          T. Sherrill

02/21/06 Review of e-mail from Debra A. Hill regarding          .50    67.50
        visits with inmates (.1); review of ADC website for
        information on inmates to be visited (.2);
        conference with Debra A. Hill and Tricia
        Sherrill regarding inmates moved (.1); telephone
        conference with CO3 Hargrove regarding
        arrangements for visit (.1).
          L. Dickman

02/22/06 Conference with Lori Dickman re arranging              .70   118.65
        inmate visits at Tucson DOC units; conference
        with Diane Meyers re same (.3); review revised
        inmate lists (.1); conference with Hank Watkins
        re case (.3).
          D. Hill

02/22/06 Meet with Hank Watkins and Andrew Mudryk re            .40    67.80
        Arizona Center for Disability Law's assistance
        in evidentiary hearing (.2); review declaration of
        David Aranda (.1); coordinate with team re DOC
        interviews (.1).
          D. Meyers

02/22/06 Phone message from inmate, memos from Lori            1.20   162.00
        Dickman re inmate location, interview
        scheduling, update inmate list and distribute
        same (.5); conference with Dickman re Tucson
        facility (.1); review documents re David Aranda
        received from Steve U'Ren, and update inmate
        list re same (.6).
          T. Sherrill

02/22/06 Conference with Debra A. Hill regarding visit          .40    54.00
        to Tucson prison; telephone conference with
        prison officials regarding location of inmates.
          L. Dickman

02/23/06 Review articles regarding jail conditions and          .30    50.85
        county jail oversight commission.
          D. Meyers

02/23/06 Numerous telephone conversations with DOC              .80   108.00
        administrative assistants to arrange
        attorney/inmate visits for Debra A. Hill and
        Diane Meyers (.6); e-mail to Debra A. Hill and Diane
        Meyers regarding arrangements made (.2).
          L. Dickman

02/24/06 Review inmate issues.                                  .20    33.90
          L. Hammond

02/24/06 Travel to Estrella and meet with Alice Watkins        2.70   457.65
        and prepare declaration (2.0); review and revise
        inmate list; conference with Tricia Sherrill re

```
                                      December 5, 2008        PAGE 11
FILE NUMBER: 99999.0624
INVOICE NO.: ******
```

---

           same (.2); conference with Scott Ferris (.2);
           conference with team re same (.1); conference
           with Michael Mullins (.2).
              D. Hill

02/24/06   Prepare for interview of Alice Watkins by          4.50    762.75
           reviewing inmate notes, 1995 amended judgment,
           and draft declaration forms (2.2); interview Alice
           Watkins with Debbie Hill at Estrella (2.0); email
           Steve Uren re Watkins declaration, filing of
           same (.3).
              J. Romero

02/24/06   Update Inmate List; conferences re MCSO inmate      6.00    810.00
           recording system; phone conferences with Rena
           Glitsos, secretary to Ulises Ferragut; Cindy
           Stalter, incorporate information from e-mails,
           declarations, NM DOC, AZ DOC and AZ State Bar
           websites re same; distribute same to attorneys;
           distribute declarations to Chris Dupont and
           Holly Wake (6.0).
              T. Sherrill

02/26/06   Review revised inmate list, declarations of         .20     33.90
           Watkins and Dukepoo, and Dowling records.
              D. Meyers

02/26/06   Update Inmate Lists in Word and Access re notes     .20     27.00
           by Debbie Hill, and distribute same.
              T. Sherrill

02/27/06   Conference with Steve U'Ren re new inmate list      .40     67.80
           (.1); conference with Steve U'Ren re Alice
           Watkins declaration (.1); conference with Jason
           Romero re meeting with Dowling (.1); conference
           with Diane Meyers re Melissa Statler (.1).
              D. Hill

02/27/06   Exchange email with Debbie Hill re Melissa          .30     50.85
           Statler; telephone call to Cindy Statler;
           office conference with Tricia Sherrill re same.
              D. Meyers

02/27/06   Draft medical release for inmates signature per    3.40    459.00
           Debbie Hill's request (1.2); update inmate list
           re additional information requested by Debbie
           Hill, read file materials re same, memos to and
           from Diane Meyers and Jason Romero re same,
           phone conference with Rena Glitsos re same, and
           distribute same (1.6); prepare notebook re
           inmate declarations and other documents (.6).
              T. Sherrill

02/28/06   Memos re: Vera Institute.                           .20     33.90
              L. Hammond

02/28/06   Conference with Jason Romero re visit with          .60    101.70

```
                                      December 5, 2008       PAGE 12
FILE NUMBER: 99999.0624
INVOICE NO.: ******
```

| | | | |
|---|---|---|---|
| | Dowling (.1); conference with inmate Dowling (.2); review and revise medical records release to use with clients (.2); conference with Steve U'Ren re revised authorization (.1).<br>   D. Hill | | |
| 02/28/06 | Review and organize pleadings, motions and orders.<br>   T. Sherrill | .70 | 94.50 |
| 03/01/06 | Conference with Scott Ferris to arrange visit (.1); conference with Steve U'Ren re medical authorization (.1).<br>   D. Hill | .20 | 33.90 |
| 03/01/06 | Phone message from Michele Cain re Bruce Goldman, and memo to her re request for information re same.<br>   T. Sherrill | .20 | 27.00 |
| 03/02/06 | Travel to Sam Lewis Correctional Facility and interview with Patrick Dowling (3.5); conference with Jason Romero re additional witness interviews (.1); conference with Steve U'Ren re Alice Watkins (.1); revise inmate memo (.2); conference with Jason Romero re additional legal research for brief (.1); conference with Steve U'Ren re request for injunction (.1).<br>   D. Hill | 4.10 | 694.95 |
| 03/02/06 | Prepare for and conduct interview of Patrick Dowling at Lewis prison.<br>   J. Romero | 4.10 | 694.95 |
| 03/02/06 | Telephone conferences with prison officials regarding visits to Winchester, Cimarron and Santa Rita yards (.2); memo to Debra A. Hill regarding inmates and visits (.5).<br>   L. Dickman | .70 | 94.50 |
| 03/03/06 | Interview with Scott Ferriss (2.0); conference with counsel re same (.2); conference with Michael Mullins (.2); conference with Jason Romero re same (.1); conference with Diane Meyers re meeting with Manning (.1).<br>   D. Hill | 2.60 | 440.70 |
| 03/03/06 | Review status conference brief (.3); research re right to discovery prior to evidentiary hearing (3.5).<br>   J. Romero | 3.80 | 644.10 |
| 03/03/06 | Review and respond to email from Debbie Hill re conversation with Mike Manning.<br>   D. Meyers | .10 | 16.95 |

FILE NUMBER: 99999.0624
INVOICE NO.: ******

| Date | Description | Hours | Amount |
|---|---|---|---|
| 03/03/06 | Set up and organize witness files, conferences with Jason Romero and Lynda Smock re Dowling declaration, update Inmate List re declarations, and distribute same.<br>T. Sherrill | 4.50 | 607.50 |
| 03/04/06 | Review draft Ferris memo and office conference with Jason Romero and Debbie Hill.<br>L. Hammond | .30 | 50.85 |
| 03/04/06 | Review email re Scott Ferriss and declaration re same.<br>D. Meyers | .10 | 16.95 |
| 03/05/06 | Review Culbertson RTC material.<br>L. Hammond | .30 | 50.85 |
| 03/06/06 | Travel to Tucson; meet with David Martin and Antonio Beltran and obtain declarations; return travel from Tucson.<br>D. Hill | 4.00 | 678.00 |
| 03/06/06 | Review status conference brief; research issues re same.<br>J. Romero | .70 | 118.65 |
| 03/06/06 | Prepare for and meet with Antonio Beltran and David Martin; travel to and from Tucson DOC facilities.<br>D. Meyers | 7.40 | 1,254.30 |
| 03/07/06 | Conference with Steve U'Ren re withdrawal of motion for injunctive relief (.2); review and revise status conference memo (.5); emails to team re Martin and Beltran memos (.2); revise status conference memo (.3); review and revise same (.2);conference with Steve U'Ren re same (.1).<br>D. Hill | 1.50 | 254.25 |
| 03/07/06 | Updates to inmate list and databases re additions and corrections by Debbie Hill, new declarations, and declarations same (2.4); conference with Jason Romero re Dowling records (.1); review same and memos to/from Hill and Romero re same (.4); conference with Marcie Wright re same (.1).<br>T. Sherrill | 3.00 | 405.00 |
| 03/07/06 | Process documents received from Dowling.<br>M. Wright | 2.00 | 100.00 |
| 03/08/06 | Memos re: oral argument and briefing.<br>L. Hammond | .20 | 33.90 |
| 03/08/06 | Review and finalize status conference brief (.2); conference with Steve U'Ren re same (.1); review | 1.30 | 220.35 |

```
FILE NUMBER: 99999.0624
INVOICE NO.: ******
```

```
            1995 judgment and other documents (.2); conference
            with Tricia Sherrill re document organization (.2);
            draft notice of withdrawal of motion for
            injunctive relief (.3); file organization (.3).
               D. Hill

03/08/06  Organize and index documents forwarded by Ted      4.60   621.00
            Jarvi.
               T. Sherrill

03/08/06  Process documents received from Dowling and        5.50   275.00
            prepare binders re same.
               M. Wright

03/09/06  Review memos re mental health issues.               .20    33.90
               L. Hammond

03/09/06  Conference with David Fathi (.1); conference       1.70   288.15
            with Steve U'Ren re conference call (.1);
            conference with Larry Hammond re status hearing
            (.1); conference with Diane Meyers and Jason
            Romero re same (.1); extended conference with
            David Fathi, Ted Jarvi and Steve U'Ren re
            strategy at status conference (.7); conference
            with Jason Romero re calling Saltz (.1); review
            materials re jail prisoner litigation (.2);
            conference with David Fathi re status
            conference and meeting with Disability Center
            (.1); review Jail memo re psychiatric care at
            LBJ (.1); conference with defense counsel re
            federal civil cases filed by Jail inmates (.1).
               D. Hill

03/09/06  Review email exchange re Monday's hearing.          .20    33.90
               D. Meyers

03/09/06  Read and organize file documents received from     6.00   810.00
            Ted Jarvi.
               T. Sherrill

03/10/06  Consider pro se case list; plan for 3/13/06         .40    67.80
            hearing.
               L. Hammond

03/10/06  Review correspondence from Martin and external      .80   135.60
            referee decision (.1); conference with Steve U'Ren
            and David Fathi re same and discovery requests (.2);
            review amended judgment re external referee
            provisions (.1); conference with Tricia Sherrill re
            inmate Goldman (.1); review Trujillo case (.2);
            conference with David Fathi and Steve U'Ren re
            same (.1).
               D. Hill

03/10/06  Email Jamie McClendon; telephone call with         1.00   169.50
            Chris Page (Perry Saltz' mother); conference
            with Perry Saltz; review and respond to emails;
```

December 5, 2008        PAGE 15

FILE NUMBER: 99999.0624
INVOICE NO.: ******

---

analyze grievance documents; telephone call with
Perry Saltz re obtaining a declaration from him.
   J. Romero

03/10/06 Review e-mail re external referee information   .50    84.75
(.1);telephone conference with Hank Watkins re
RTC and Amended Judgment (.2); review RTC
appellate opinion (.2).
   D. Meyers

03/10/06 Review and organize documents received from Ted  6.40   864.00
Jarvi.
   T. Sherrill

03/11/06 Consider Trujillo case.    .20    33.90
   L. Hammond

03/13/06 Prepare for hearing; conference with David   4.00   678.00
Fathi re hearing (1.5); travel to and attend
hearing (1.5); conference with David Fathi and
Alice Bendheim re how to proceed re experts and
discovery requests (.5); correspondence to
Steve U'Ren and Ted Jarvi re status conference
and obtaining transcripts (.2); conference with
Tim Ring re inmate conditions (.2); conference
with Jason Romero re visiting clients tomorrow
(.1).
   D. Hill

03/13/06 Review file.    .20    33.90
   J. Romero

03/13/06 Meet with David Fathi and Debbie Hill re   2.60   440.70
today's status conference; attend status
conference.
   D. Meyers

03/13/06 Read and organize files received from Ted Jarvi  6.50   877.50
(5.0); review orders and pleadings re documents
requested by Debbie Hill, and deliver same to
her (1.5).
   T. Sherrill

03/14/06 Consider hearing results of 3/13/06.    .20    33.90
   L. Hammond

03/14/06 Office conference with Hill re response to    .40    67.80
hearing.
   L. Hammond

03/14/06 Additional conference with co-counsel re   2.70   457.65
discovery issues (.2); review previous motions
for production, expert affidavits re same, and
Sitver's order re same (.5); interview Michael
Mullins and other inmates at 4th Ave jail (2.0).
   D. Hill

FILE NUMBER: 99999.0624
INVOICE NO.: ******

---

| 03/14/06 | Interview Michael Mullins, Timothy Ring and Felipe Cisneros at 4th Ave. Jail.<br>J. Romero | 3.10 | 525.45 |

| 03/14/06 | Exchange e-mail re yesterday's hearing; confer with Jason Romero re same.<br>D. Meyers | .30 | 50.85 |

| 03/14/06 | Review pleadings received from Ted Jarvi, and organize motions, responses and orders for Debbie Hill (3.0); read, organize and index declarations received from Ted Jarvi (3.0).<br>T. Sherrill | 6.00 | 810.00 |

| 03/15/06 | Consider discovery issues.<br>L. Hammond | .20 | 33.90 |

| 03/15/06 | Conference with Arizona Center for Disability Law re case and issues regarding medical care and mental health (.5); conference with David Fathi re additional discovery requests (.2); conference with Jason Romero re additional inmate declarations (.2).<br>D. Hill | .90 | 152.55 |

| 03/15/06 | Prepare grievance documents; begin drafting Mullins declaration.<br>J. Romero | .40 | 67.80 |

| 03/15/06 | Meet with attorneys from Arizona Center for Disability Law re assistance re diabetes issues (.5);review email exchange re defendants' response to production request (.3); exchange email with Tricia Sherrill re interview of Cindy Statler (.2).<br>D. Meyers | 1.00 | 169.50 |

| 03/15/06 | Update witness files re attorney correspondence (.5); review and organize materials received from M. Mullins and T. Ring, and conferences with Jason Romero re same (2.3); update and distribute Inmate List (.6); memos to/from Diane Meyers re meeting with C. Statler (.1); phone conference with C. Statler re same (.1); complete organization and index of affidavits received from T. Jarvi (.4).<br>T. Sherrill | 4.00 | 540.00 |

| 03/16/06 | Review e-mail exchange re opposing counsel and discovery requests (.1); telephone conference with Steve U'Ren re hearing, inmate interview, and discovery requests (.3).<br>D. Meyers | .40 | 67.80 |

| 03/16/06 | Phone conference with Cindy Stalter, memo to Diane Meyers and Debbie Hill re same, and update inmate list re same (.3); organize orders, pleadings, motions and discovery | 5.60 | 756.00 |

December 5, 2008          PAGE 17

FILE NUMBER: 99999.0624
INVOICE NO.: ******

---

received from Ted Jarvi (5.3).
  T. Sherrill

03/17/06 Conference with inmate Mullins re inmate with          1.00    169.50
         colon cancer; conference with Tricia Sherrill
         re same (.2); review correspondence from David
         Fathi to Dennis Wilenchik; conference with
         David Fathi re same (.2); review correspondence
         from David Fathi; conference with David Fathi
         re same (.4); draft correspondence to Dennis
         Wilenchik re experts and discovery (.2).
  D. Hill

03/17/06 Draft declaration.                                      .20     33.90
  J. Romero

03/17/06 Exchange e-mail re Cindy Statler; review e-mail         .30     50.85
         exchange re Mike Mullins; review letter to
         opposing counsel Dennis Wilenchik re discovery
         requests; review e-mail exchange re same.
  D. Meyers

03/17/06 Organize and index orders and pleadings                6.10    823.50
         received from Ted Jarvi (5.7); update Inmate
         List re Gerald Goldtooth, search DOC, BOP, MCSO
         and State Bar websites re same, and phone
         conferences with MCSO personnel re same (.4).
  T. Sherrill

03/18/06 Review letter to defense counsel re: discovery.         .20     33.90
  L. Hammond

03/20/06 Conference with Larry Hammond re letter to             .30     50.85
         Dennis Wilenchik; review email re jail
         policies; conference with Ted Jarvi re same.
  D. Hill

03/20/06 Draft declarations; email Jamie McClendon;            2.00    339.00
         review Dowling docs.
  J. Romero

03/20/06 Review e-mail exchange re interviewing former          .10     16.95
         county employees.
  D. Meyers

03/20/06 Organize and index pleadings received from Ted        7.00    945.00
         Jarvi.
  T. Sherrill

03/21/06 Consider witness questions.                            .20     33.90
  L. Hammond

03/21/06 Attend MCBA presentation with Jail employee           .20     33.90
         speaker re jail issues and policies.
  D. Hill

03/21/06 Draft declarations; email Debbie Hill re same.        1.70    288.15

```
                                          December 5, 2008        PAGE 18
FILE NUMBER: 99999.0624
INVOICE NO.: ******
```
---

                J. Romero

03/21/06  Telephone conference with inmate Jamie Maledon;    1.20    203.40
          email team re same.
                J. Romero

03/21/06  Exchange e-mail re transcript of hearing.           .10     16.95
                D. Meyers

03/21/06  Correspondence from and to Jason Romero re         6.40    864.00
          Jamie McClendon, Patrick Dowling documents
          (.1); update inmate list re McClendon, and
          distribute same (.2); organize pleadings and
          discovery received from Ted Jarvi (5.8);
          conference with Karen McClain and Candy Potter
          re transcript of status conference (.3).
                T. Sherrill

03/22/06  Conference with attorney for Goldtooth; travel     1.30    220.35
          to LBJ jail and interview inmate Goldtooth (1.0);
          conference with Victoria Tandy re cases re
          constitutional standards for health care, etc (.3).
                D. Hill

03/22/06  Review and organize documents received from Ted    6.20    837.00
          Jarvi's office (6.2).
                T. Sherrill

03/23/06  Review docs provided by inmates.                    .20     33.90
                J. Romero

03/23/06  Review letter from counsel for Defendants'          .10     16.95
          denying request for discovery.
                D. Meyers

03/23/06  Organize and read correspondence received from     4.20    567.00
          Ted Jarvi (4.2).
                T. Sherrill

03/24/06  Review correspondence from Dennis Wilenchik         .80    135.60
          (.2); conference with David Fathi re same (.2);
          conference with David Fathi re brief with court
          (.1); conference with David Fathi re same (.3).
                D. Hill

03/24/06  Review, consider and respond to e-mail exchange     .50     84.75
          re defendants' response to discovery request.
                D. Meyers

03/24/06  Complete organization and review of               6.00    810.00
          correspondence received from Ted Jarvi and
          create witness file and other folders from same
          (5.9); memo to Michelle Cain re 3rd request to
          interview client (.1).
                T. Sherrill

03/25/06  Review brief on "current and ongoing"; review       .30     50.85

FILE NUMBER: 99999.0624
INVOICE NO.: ******

```
            documents related to Agster verdict.
               D. Meyers

03/26/06 Read transcript of hearing.                      .20     33.90
            L. Hammond

03/27/06 Draft post status conference brief.             1.30    220.35
            D. Hill

03/28/06 Revise post-status conference brief (.6);       1.40    237.30
            conference with defense counsel re same (.1);
            conference with Diane Meyers re same (.1);
            additional conference with Diane Meyers re
            brief (.2); revise brief (.1); conference with
            Mike Manning re meeting and issues at jail;
            review articles re Arpaio's testimony at recent
            trial (.3).
               D. Hill

03/28/06 Review post-status conference brief (.3);       1.00    169.50
            draft e-mail providing comments re same (.4);
            e-mail exchange re meeting with Mike Manning (.1);
            review media coverage re Agster trial (.2).
               D. Meyers

03/29/06 Consider role of Manning et al.                  .20     33.90
            L. Hammond

03/30/06 Conference with Ted Jarvi re mental health       .30     50.85
            issues; conference with Scott Ferris's dad re
            medical treatment of Scott Ferris.
               D. Hill

03/31/06 Conference with Kathleen Carey re staph          .20     33.90
            infection and inmate with medical issues.
               D. Hill

04/03/06 Meeting to discuss next issues with Debbie       .20     33.90
            Hill.
               L. Hammond

04/03/06 Review supplement to mandamus motion (.1);      1.00    169.50
            conference with David Fathi re same and
            transcript (.1); conference with Larry Hammond
            re status (.1); conference with Scott Ferris's
            parents re lack of medical care (.2); file
            organization (.5).
               D. Hill

04/03/06 Review and respond to email from David Fathi re  .10     16.95
            March hearing transcript.
               D. Meyers

04/03/06 Read and organize documents received from Ted   5.70    769.50
            Jarvi into witness files, discovery files.
               T. Sherrill
```

December 5, 2008        PAGE 20

FILE NUMBER: 99999.0624
INVOICE NO.: ******

| | | | |
|---|---|---|---|
| 04/04/06 | Memo to Donna Bosco re names of declarants and witnesses (.3); conference with Bosco re same (.1); prepare witness files, organize documents re same, and enter information re produced documents into Word and Access (2.3). <br> T. Sherrill | 2.70 | 364.50 |
| 04/05/06 | Review and revise declarations by Romero (.4); review and revise inmate list (.2); correspondence to Tony Lucero, inmate in Oklahoma (.3). <br> D. Hill | .90 | 152.55 |
| 04/05/06 | Review and organize correspondence re discovery requests/responses, witnesses, and index same in Word and Access. <br> T. Sherrill | 5.50 | 742.50 |
| 04/06/06 | Conference with Gary Kunko re clients of Phoenix PD; conference with Kunko re same (.2); review Scott Ferriss medical records (.3); review and finalize correspondence to Allan MacDonald (.2); conference with Larry Hammond re incident with Tandy's client (.2); review response to brief by Wilenchik (.2); conference with team re MacDonald (.1). <br> D. Hill | 1.20 | 203.40 |
| 04/06/06 | Review e-mail exchange with Gary Kula. <br> D. Meyers | .20 | 33.90 |
| 04/06/06 | Search CDs received from Ted Jarvi re missing discovery correspondence (.7); review and index documents provided by Patrick Dowling (4.0). <br> T. Sherrill | 4.70 | 634.50 |
| 04/07/06 | Update Inmate List and distribute same (1.0); edit and finalize indexes re pertinent documents received from Dowling, and conference with Jason Romero re same (1.3); organize and review Ferris documents (1.2). <br> T. Sherrill | 3.50 | 472.50 |
| 04/08/06 | Memos re: experts. <br> L. Hammond | .20 | 33.90 |
| 04/08/06 | Review 3/29 post-hearing pleading. <br> L. Hammond | .20 | 33.90 |
| 04/10/06 | Edit and finalize notice re availability of experts (.3); conference with defense counsel re same (.1); file organization (.2); conference with Steve U'Ren re two additional inmates with medical issues (.2); conference with Tricia Sherrill re same (.1). <br> D. Hill | .90 | 152.55 |

FILE NUMBER: 99999.0624
INVOICE NO.: ******

| | | | |
|---|---|---|---|
| 04/10/06 | Read and index pertinent records of Scott Ferriss (1.3); create new files re Charles Agster, RTC, and memo to Donna Bosco re same (.4); conference with Karen McClain re expert CVs and forward same to her (.1).<br>T. Sherrill | 1.80 | 243.00 |
| 04/11/06 | Conference with team re experts (.2); review correspondence from Treasure VanDreumel re Tim Ring (.1); conference with defense counsel re same (.1) ; conference with defense counsel re experts (.1); conference with David Fathi re same (.1); conference with David Fathi re same (.1); conference with Ted Jarvi re expert funding (.1).<br>D. Hill | .80 | 135.60 |
| 04/11/06 | Review emails and analyze funding options for expert witnesses.<br>J. Romero | .30 | 50.85 |
| 04/11/06 | Update Inmate List re new declarants, distribute same, set up new files re same, and memo to Donna Bosco re same (.7); memos to and from Holly Wake re new declarants (.1); amend and distribute Inmate List re same (.2).<br>T. Sherrill | 1.00 | 135.00 |
| 04/12/06 | Draft memos re experts.<br>L. Hammond | .20 | 33.90 |
| 04/12/06 | Review letter from Treasure VanDreumel re Tim Ring (.1); draft memo to team re same (.2); draft correspondence to Treasure VanDreumel re Tim Ring and status of case (.2); numerous conferences with Ted Jarvi re experts and budget (.2).<br>D. Hill | .70 | 118.65 |
| 04/12/06 | Review email exchange re expert witnesses.<br>D. Meyers | .10 | 16.95 |
| 04/13/06 | Conference with Larry Hammond and Diane Meyers re meeting with Mike Manning (.2); conference with Mike Manning re jail conditions issue; numerous calls to ACLU re donation from Agsters for experts (2.5); conference with Diane Meyers and Jason Romero re to-do items (.3); finalize correspondence to Treasure VanDreumel and memo to co-counsel (.2).<br>D. Hill | 3.20 | 542.40 |
| 04/13/06 | Review email from Debbie Hill re status of jail research (.2); meet with Mike Manning re wrongful death cases against County and corresponding issues at jails(2.2); confer with Tricia Sherrill re documents requested by Mike Manning (.1).<br>D. Meyers | 2.50 | 423.75 |

FILE NUMBER: 99999.0624
INVOICE NO.: ******

| | | | |
|---|---|---|---|
| 04/13/06 | Search DOC website re Scott Ferriss, and memo to Debbie Hill re same (.1); update and distribute Inmate List re same (.1).<br>T. Sherrill | .20 | 27.00 |
| 04/14/06 | Conference with Mike Manning re donation for expert witnesses (.2); conference with ACLU re donation for use with experts (.2); review motion to strike from county (.1); conference with David Fathi re same (.1); review our response to motion to strike (.1); revise same and finalize (.2); conference with ACLU re donation (.1); conference with David Fathi re expert budget (.1).<br>D. Hill | 1.10 | 186.45 |
| 04/14/06 | Review emails and proposed filings with court; discuss upcoming research issue with Diane Meyers.<br>J. Romero | .20 | 33.90 |
| 04/14/06 | Review e-mail re expert witness fee donation; review draft response to motion to strike; review Debbie Hill memo re Treasure VanDreumel; email to Steve U'Ren re Braillard declarations.<br>D. Meyers | .30 | 50.85 |
| 04/14/06 | Read declarations forwarded by Ted Jarvi, and memo to Diane Meyers re same (.8); read materials received from declarant Ring's attorney, and update Inmate List re same (.8).<br>T. Sherrill | 1.60 | 216.00 |
| 04/17/06 | Conference with Diane Meyers re to-do items (.1); conference with Jason Romero and Diane Meyers re staffing issues (.6); conference with Tricia Sherrill and Diane Meyers re Braillard declarations (.1); conference with Diane Meyers re same; conference with Diane Meyers re library search; conference with Jason Romero re staffing; conference with David Fathi re DOJ settlement; conference with Ted Jarvi re same (.2).<br>D. Hill | 1.00 | 169.50 |
| 04/17/06 | Conference with Diane Meyers re research projects (.6); revise Ring and Mullins declarations and correspondence to same with original grievance documents (.8).<br>J. Romero | 1.40 | 237.30 |
| 04/17/06 | Confer with Debbie Hill and Jason Romero re status of research assignments (.6); confer with Theresa Greco re updating county jail research (.2); prepare memorandum re jail facilities (1.5).<br>D. Meyers | 2.30 | 389.85 |

```
                                        December 5, 2008        PAGE 23
FILE NUMBER: 99999.0624
INVOICE NO.: ******
```

04/18/06  Office conference with Debbie Hill re: how to          .30    50.85
          proceed with Bartels, Rich Robertson, etc.
             L. Hammond

04/18/06  Review declarations of inmates received from          2.70   457.65
          ACLU (.5); correspondence to ACLU providing
          declarations (.3); conference with James McKay re
          civil inmate condition cases (.3); conference with
          Tricia Sherrill re same (.3); additional conference
          with Tricia Sherrill re same (.2); review emails re
          experts (.1); conference with David Fathi re same (.2);
          review expert CV (.2); conference with Mike Manning
          re Agster judgment (.2); conference with George
          Lyons re Judge Carroll's law clerk and status of
          case (.2); review Dr. Dvoskin's report (.2).
             D. Hill

04/18/06  Exchange email with Debbie Hill re production         1.00   169.50
          of documents to Mike Manning (.1); review email
          exchange re inmate declaration and medical
          release practice (.1); confer with Theresa Greco re
          updating jail conditions research (.1); review
          Dvoskin report provided to DOJ (.2); review and
          summarize external referee procurement request (.3);
          review inmate declarations received from ACLU (.2).
             D. Meyers

04/18/06  Review case documents received from Ted Jarvi        4.50   607.50
          re lists of inmates produced by the government,
          organize same for Debbie Hill (1.2); search
          PACER re inmate v. Arpaio cases, print same,
          and conferences with Hill and Karen McClain re
          same (.7); update Inmate List re four inmates,
          and distribute same (2.2); update docket sheet
          (.2); organize Arpaio case lists for Hill (.2).
             T. Sherrill

04/19/06  Memos re: Bartels role.                               .20    33.90
             L. Hammond

04/19/06  Telephone conference with Debbie Hill re: Rich        .30    50.85
          Robertson; telephone conference with Bartels.
             L. Hammond

04/19/06  Conference with Bob Bartels re DOJ                   1.90   322.05
          investigation into jail (.4); conference with
          defense counsel re same (.3); conference with Tricia
          Sherrill re document organization (.4); review RFP
          re external referees and conference with
          defense team re same (.4); conference with ACLU re
          status of case (.4).
             D. Hill

04/19/06  Telephone call from Tim Ring; email team re           .30    50.85
          same.
             J. Romero

FILE NUMBER: 99999.0624
INVOICE NO.: ******

| | | |
|---|---|---|
| 04/19/06 | Review email exchange re DOJ monitoring and review and respond to email re Braillard inmates.<br>    D. Meyers | .30    50.85 |
| 04/19/06 | Search websites re news articles on DOJ jail investigation, and conference with Debbie Hill re same (1.3); review documents received from Ted Jarvi, conduct Westlaw searches on potential hearing witnesses, and review results of same (.7); memo to David Fathi re same (.2); conferences with Hill and Lori Dickman re Casemap (.3); conferences with Hill and Diane Meyers re LBJ (.2); review memo from Meyers re jail facilities (.3); prepare and organize witness files (.5).<br>    T. Sherrill | 3.50    472.50 |
| 04/20/06 | Consider health case issues.<br>    L. Hammond | .20    33.90 |
| 04/20/06 | Conference with Joan Burke; file organization; review letter from inmate MacDonald.<br>    D. Hill | .40    67.80 |
| 04/20/06 | Review memo by Diane Meyers re various jail facilities.<br>    J. Romero | .30    50.85 |
| 04/20/06 | Forward Braillard inmate list to Manning team; review expert CVs.<br>    D. Meyers | .20    33.90 |
| 04/21/06 | Office conference with Debbie Hill and review correspondence re: Lyons cases.<br>    L. Hammond | .20    33.90 |
| 04/21/06 | Conference with inmate (.2); memo to team re same (.1); conference with team re MacDonald letter (.1); conference with George Lyons re email from Brownlee re diabetic inmate (.2); draft email to Lyons for distribution to personal injury lawyers re potential witnesses (.2); conference with Diane Meyers re Value Options contact (.2).<br>    D. Hill | 1.00    169.50 |
| 04/21/06 | Confer with Debbie Hill re Shelly Curran; leave message with Ms. Curran; research re Ms. Curran; review e-mail re Gretchen Hampton; review e-mail exchange re Mr. Brownlee's client and plaintiff's bar.<br>    D. Meyers | .50    84.75 |
| 04/21/06 | Update Inmate List to include additional declarant information and distribute same, organize file materials. | .80    108.00 |

FILE NUMBER: 99999.0624
INVOICE NO.: ******

---

T. Sherrill

| | | | |
|---|---|---|---|
| 04/22/06 | Review various emails; review article on pest control problems at county jails. | .20 | 33.90 |
| | J. Romero | | |
| 04/23/06 | Miscellaneous memo review and consider Estrella issues. | .30 | 50.85 |
| | L. Hammond | | |
| 04/23/06 | Review newspaper re vermin infestation in jails; conference with defense counsel re same. | .20 | 33.90 |
| | D. Hill | | |
| 04/24/06 | Consider RFP and related issues. | .20 | 33.90 |
| | L. Hammond | | |
| 04/24/06 | Office conference with Gonzales re: case. | .30 | 50.85 |
| | L. Hammond | | |
| 04/24/06 | Conference with inmate Ponczak re jail conditions (.2); conference with defense counsel re same (.2); conference with David Fathi re how to proceed to get order (.1); conference with Larry Hammond re same (.1). | .60 | 101.70 |
| | D. Hill | | |
| 04/24/06 | Review Arizona Republic article re conditions at Estrella Jail. | .10 | 16.95 |
| | D. Meyers | | |
| 04/25/06 | Memos re: delay in ruling and how to proceed. | .20 | 33.90 |
| | L. Hammond | | |
| 04/25/06 | Review e-mail exchange re case status. | .10 | 16.95 |
| | D. Meyers | | |
| 04/28/06 | Conference with Rich Robertson re document request (.1); conference with Rich Robertson re same (.1); review documents and correspondence from Tony Lucero (.2). | .40 | 67.80 |
| | D. Hill | | |
| 05/02/06 | Conference with David Gordon, Ferrell's father, re inmate death at Estrella. | .20 | 33.90 |
| | D. Hill | | |
| 05/03/06 | Conference with inmate re rat incident; review motion for reconsideration and denial of petition for writ of mandamus (.4); draft memo re conference with inmate Beitz (.2). | .60 | 101.70 |
| | D. Hill | | |
| 05/03/06 | Review e-mail exchange re conditions at Estrella and recent death. | .10 | 16.95 |
| | D. Meyers | | |

FILE NUMBER: 99999.0624
INVOICE NO.: ******

---

05/04/06 Memos re: food issues.                            .20    33.90
         L. Hammond

05/04/06 Consider CA9 order and next steps.                .20    33.90
         L. Hammond

05/04/06 Conference with David Fathi re conference.        .10    16.95
         D. Hill

05/05/06 Update and distribute inmate list and organize   1.60   216.00
         new materials received from various sources.
         T. Sherrill

05/06/06 Review table of cases.                            .20    33.90
         L. Hammond

05/07/06 Consider DOJ issues.                              .20    33.90
         L. Hammond

05/08/06 Conference with David Fathi re how to proceed.    .30    50.85
         D. Hill

05/08/06 Review materials received from Mike Manning re   2.50   423.75
         Agster case (.6); confer with Tricia Sherrill and
         Debbie Hill re same (.2); telephone call to Shelly
         Curran, Director of Court Advocacy and Jail
         Diversion for Value Options (.2); watch video tour
         of Tent City (1.5).
         D. Meyers

05/08/06 Conference with Diane Meyers re disks received   1.40   189.00
         from the Manning team (.1); prepare and review
         disk of key documents (1.3).
         T. Sherrill

05/09/06 Numerous conferences with David Fathi re filing   .50    84.75
         omnibus brief; conference with Larry Hammond re
         same; conference with Hart team re same;
         conference with David Fathi re same; conference
         with Tricia Sherrill re same.
         D. Hill

05/09/06 Review e-mail exchange re filing omnibus         1.00   169.50
         motion(.1); review transcripts in Evans case (.9).
         D. Meyers

05/09/06 Organize, index and review documents and         4.60   621.00
         transcripts on disk received from the Manning
         team, and memo to team members re same (3.2);
         review documents on second disk provided to
         Diane Meyers by the Manning team (1.4).
         T. Sherrill

05/10/06 Office conference with Debbie Hill re: next       .30    50.85
         steps and review Fahti memos re: same.
         L. Hammond

FILE NUMBER: 99999.0624
INVOICE NO.: ******

| Date | Description | Hours | Amount |
|---|---|---|---|
| 05/10/06 | Conference with Steve U'Ren re omnibus motion; conference with Steve U'Ren re same (.2); conference with defense counsel re materials from Morrison and Hecker; conference with defense counsel re obtaining same (.2); conference with Diane Meyers re her review of video of tent city (.1).<br>D. Hill | .50 | 84.75 |
| 05/10/06 | Review Crenshaw depositions received from Mike Manning; review and respond to e-mail exchange re omnibus motion.<br>D. Meyers | 1.10 | 186.45 |
| 05/10/06 | Review and index documents produced by defendants.<br>T. Sherrill | 3.00 | 405.00 |
| 05/11/06 | Conference with David Fathi re jail video.<br>D. Hill | .10 | 16.95 |
| 05/11/06 | Review e-mail re filing of omnibus motion and relevant documents from Agster case; review and respond to e-mail re conditions in county jail.<br>D. Meyers | .20 | 33.90 |
| 05/12/06 | Work on Hardt issues.<br>L. Hammond | .20 | 33.90 |
| 05/12/06 | Review Prison Legal News re jail issues (.1); conference with Ted Jarvi re status of case (.2); conference with David Fathi re new inmate (.2); conference with Diane Meyers and Tricia Sherrill re same (.1); file organization (.1); conference with David Fathi re getting copies of documents sent by Manning (.1); conference with Larry Hammond re how to move case forward (.2); file organization; conference with Tricia Sherrill re summarizing inmate declarations for omnibus motion (.1).<br>D. Hill | 1.10 | 186.45 |
| 05/12/06 | Review materials from DOJ lawsuits against jail.<br>D. Hill | .50 | 84.75 |
| 05/12/06 | Review revised inmate list and e-mail re status conference and omnibus motion.<br>D. Meyers | .10 | 16.95 |
| 05/12/06 | Search internet sites re environmental records re MCSO (.5); update and distribute inmate list (.3); review draft Omnibus motion, read and summarize declarations by inmates and memos to and from Debbie Hill re same (5.3).<br>T. Sherrill | 6.10 | 823.50 |

December 5, 2008      PAGE 28

FILE NUMBER: 99999.0624
INVOICE NO.: ******

| 05/13/06 | Consider new evidence re: conditions.<br>    L. Hammond | .20 | 33.90 |
|---|---|---|---|
| 05/15/06 | Conference with inmate Tyler Coberson.<br>    D. Hill | .10 | 16.95 |
| 05/15/06 | E-mail to David Fathi re nature of represented<br>    class.<br>    D. Meyers | .10 | 16.95 |
| 05/15/06 | Organize materials requested by David<br>    Fathi, and prepare letter enclosing same (.8);<br>    read declarations of inmates and prepare<br>    summaries of same for omnibus motion (.7).<br>    T. Sherrill | 1.50 | 202.50 |
| 05/16/06 | Conference with Athia Hardt re: status.<br>    L. Hammond | .50 | 84.75 |
| 05/16/06 | Conference with Jason Romero re Ring;<br>    conference with Jason Romero re same;<br>    conference with David Fathi re Board of<br>    Supervisors meeting; conference with Diane<br>    Meyers re same; conference with Diane Meyers re<br>    assistant county manager of criminal justice;<br>    review omnibus motion (.6); conference with<br>    Larry Hammond, Diane Meyers and Athia Hardt<br>    re how to move case forward (.5); conference<br>    with Tricia Sherrill re Wilenchik issues;<br>    conference with Larry Hammond re same;<br>    conference with Tricia Sherrill re attorney<br>    appearances in state cases; conference with Bob<br>    Bartels re CRIPA order re jails (.5);<br>    conference with David Fathi (.2); draft omnibus<br>    motion (4.0).<br>    D. Hill | 5.80 | 983.10 |
| 05/16/06 | E-mail exchange re Board of Supervisors'<br>    meeting; review Board agenda and research re<br>    executive session resolution.<br>    D. Meyers | 1.50 | 254.25 |
| 05/16/06 | Search PACER and print and organize case<br>    documents re Dennis Wilenchik, conferences with<br>    Debbie Hill re same, and memos to and from Hill<br>    re same (3.1); edit draft summaries of<br>    declarations and memo to Debbie Hill re same<br>    (.8); search internet re environmental reports<br>    re jail, and phone message to Lindsey Collom re<br>    same (.3); organize file materials and<br>    correspondence re Wilenchik (.2).<br>    T. Sherrill | 4.40 | 594.00 |
| 05/17/06 | Memos re Wilenchik issues; consider new<br>    motions; consider Board of Supervisors.<br>    L. Hammond | .50 | 84.75 |

```
                                    December 5, 2008      PAGE 29
FILE NUMBER: 99999.0624
INVOICE NO.: ******
```

| 05/17/06 | Attend board of supervisors meeting re resolution on case (.3); conference with Diane Meyers re same; conference with David Fathi re same; conference with Rich Robertson re Wilenchik fees (.5); revise and draft omnibus motion (2.0); revise exhibits to omnibus motion; conference with inmate; conference with Diane Meyers re interviews of inmates (1.0); conference with David Fathi re discovery (.1); conference with David Fathi re declaration summaries (.1); conference with Tricia Sherrill re same and review same (.2).<br>    D. Hill | 4.20 | 711.90 |
|---|---|---|---|
| 05/17/06 | Review Rich Robertson memorandum re county spending on Wilenchik (.2); attend Board of Supervisors meeting re Hart v. Hill resolution (.4); review David Fathi's e-mail re rights of incarcerated (.1); draft e-mail re Board meeting (.2); draft letter to inmate Tom Durbish (.2); research re Wilenchik representation of County (1.3); exchange e-mail with Rich Robertson re executive session report (.2); confer with Debbie Hill re same (.1).<br>    D. Meyers | 2.70 | 457.65 |
| 05/17/06 | Search government website, review and organize environmental reports for jail facilities, and conference with Debbie Hill re same, summaries of declarations (6.7).<br>    T. Sherrill | 6.70 | 904.50 |
| 05/18/06 | Consider USDC filings.<br>    L. Hammond | .20 | 33.90 |
| 05/18/06 | Revise omnibus motion and attached exhibits; review environmental health services reports; revise exhibits to motion; review affidavit for motion (2.0); review budget info re payment of lawyers (.2); revise omnibus motion; conference with David Fathi re same (1.0); conference with Bob Bartels re CRIPA judgment (.2); draft second set of requests for production (1.0); conference with David Fathi (.1).<br>    D. Hill | 4.50 | 762.75 |
| 05/18/06 | Review e-mail exchange re omnibus motion; search for executive session resolution from Board of Supervisors.<br>    D. Meyers | .20 | 33.90 |
| 05/18/06 | Review and organize inspection reports, phone conferences with Environmental Services personnel re missing records, phone message to Amy Upton re public records request, and memo to Debbie Hill re same (2.8); update Access database re inmate list (.6).<br>    T. Sherrill | 3.40 | 459.00 |

FILE NUMBER: 99999.0624
INVOICE NO.: ******

05/19/06  Revise omnibus motion and attachments (4.0);      7.00  1,186.50
          extended conference with David Fathi re motion and
          exhibits (.7); review environmental reports and add
          references to exhibits (2.0); revise omnibus motion (.3).
             D. Hill

05/19/06  Finalize and distribute jail inspection reports     5.70   769.50
          to Debbie Hill (.8); forward requested
          documents to Hill (.1); conference with Hill re
          work to be done for omnibus motion (.1); update
          inmate list re new declarants, organize files
          re same and distribute inmate list (.5); organize
          materials received from inmates, prepare letters
          to inmates re same, and memos to and from Lori
          Dickman re same (2.0); proof and cite check draft
          omnibus motion and exhibit to same (2.2).
             T. Sherrill

05/22/06  Draft exhibit re conditions for omnibus motion;     3.00   508.50
          conference with Tricia Sherrill re same and
          notice of filing declarations (2.3); email from
          Rich Robertson re Board resolution (.1);
          conference with Rich Robertson re defendants'
          legal budget for case (.1); conference with
          Bob Bartels re obtaining expert reports and
          defendants' responses in CRIPA case; conference
          with Diane Meyers re same (.2); file organization
          (.2); conference with Jason Romero re contacting
          inmate Saltz (.1).
             D. Hill

05/22/06  Review e-mail exchange re Board resolution and      2.00   339.00
          attorney fee budgets (.1); review and revise omnibus
          motion (.7); prepare for meeting with Debbie Hill re
          same (.2); review and revise omnibus motion (1.0).
             D. Meyers

05/22/06  Work on cites and edits to draft Omnibus            7.00   945.00
          motion, review file materials re same,
          and conference with Debbie Hill re same.
             T. Sherrill

05/23/06  Review resolution of the Board of Supervisors;      3.90   661.05
          conference with Larry Hammond re same; numerous
          conferences with David Fathi re revisions to
          omnibus motion and Ex. B to the motion (.5);
          conference with Diane Meyers re status of
          inmate declarations (.4); conference with
          Tricia Sherrill re inmate list (.1); revise
          omnibus motion and various attachments;
          conference with David Fathi re same; revise
          exhibit re production of documents (2.0); revise
          exhibit to omnibus motion (.5); revise omnibus
          motion and conference with David Fathi re same.
             D. Hill

FILE NUMBER: 99999.0624
INVOICE NO.: ******

---

05/23/06  Review and revise Plaintiffs' omnibus motion (3.0);   3.20   542.40
          confer with Debbie Hill re outstanding issues (.2).
             D. Meyers

05/23/06  Work on cites and edits to draft omnibus                6.70   904.50
          motion, email enclosing copies of declarations
          to David Fathi, phone conferences with Debbie
          Hill re same (5.6); update inmate list to
          incorporate Hill changes (.3); draft
          correspondence to inmates to return original
          documents, and update files re same (.8).
             T. Sherrill

05/24/06  Memos re plan for meeting with Mary Rose                 .20    33.90
          Wilcox.
             L. Hammond

05/24/06  Additional work on omnibus motion and Exhibits         3.20   542.40
          B and D to motion; numerous conferences with
          David Fathi re same; revise same based on
          Fathi's suggestions; conference with David
          Fathi re his declarations; finalize omnibus
          motion; finalize motion to exceed page limits;
          draft notice of filing reply in support of
          motion to compel; conference with Tricia
          Sherrill re same; conference with Tricia
          Sherrill re cite checking Ex. D to motion;
          conference with Tricia Sherrill re providing
          health inspection reports to Fathi (3.0);
          conference with Diane Meyers re follow-up on
          inmate declarations with Steve U'Ren (.1);
          conference with Diane Meyers re public records
          request for expert reports from CRIPA cases
          (.1).
             D. Hill

05/24/06  Review David Fathi revisions to draft motion           1.50   254.25
          and e-mail exchange re same (.4); draft letter to
          inmate Brian Glover re conditions in jail (.3);
          draft public records request re DOJ
          investigation (.4); confer with Tricia Sherrill re
          inmate list (.2); exchange e-mail with Steve U'Ren
          re same (.1); conference with inmate Adrian
          Rodriguez (.1).
             D. Meyers

05/24/06  Work on cites in draft motion, forward                 7.10   958.50
          inspection reports to David Fathi, conferences
          with District Court clerk and Debbie Hill re
          reply referenced in motion, review files re
          same, organize declarations and memos to Hill
          and Fathi re same, review files of declarants
          and memos from and to Diane Meyers re same, and
          review file materials re expert declarations
          (7.1).
             T. Sherrill

```
                                       December 5, 2008        PAGE 32
FILE NUMBER: 99999.0624
INVOICE NO.: ******
```

| | | | |
|---|---|---|---|
| 05/25/06 | Conference with David Fathi re adding Agster judgment to Ex. D; conference with Tricia Sherrill re same; revise Ex. D; review Agster articles; forward judgment to Fathi (.8); finalize notice of filing reply memo and affidavits; conference with David Fathi re missing page to affidavit (.2); conference with David Fathi re insertions to Ex. D; revise Ex. D; conference with David Fathi re same; conference with David Fathi re revisions to Ex. D; review additional Fathi edits re same; conference with Tricia Sherrill re same; draft second requests for production (2.3); conference with ACLU re newsletter update re case (.1); review September 2005 Balla decision as it relates to overcrowding; conference with Larry Hammond re same; conference with David Fathi re same; revise Ex. D with case; additional legal research re legal crowding issue (.6); review and revise public records request and conference with Diane Meyers re same (.3).<br>    D. Hill | 4.30 | 728.85 |
| 05/25/06 | Telephone conference with Rena Glitsos re inmate Perry Saltz (.4); telephone call to inmate Tyler Coberson (.2); telephone conference with Maricopa County Correctional Health Service re medical record request (.2); request medical records for inmate Allan MacDonald (.2); review Goldman declaration (.2).<br>    D. Meyers | 1.20 | 203.40 |
| 05/25/06 | Memos from and to Debbie Hill re Agster judgment (.1); memos from and to David Fathi and Steve U'Ren re original declarations obtained by Kathleen Carey (.1); cite check and edit document "Current and Ongoing Constitutional Violations" and memos to and from Debbie Hill re same (5.7); memos from and to Diane Meyers and Lindsay Jensen re inmate information (.1).<br>    T. Sherrill | 6.00 | 810.00 |
| 05/26/06 | Prepare for meeting with Mary Rose Wilcox.<br>    L. Hammond | .20 | 33.90 |
| 05/26/06 | Numerous conferences with David Fathi re Ex. D and his declaration (.2); conference with Rich Robertson re legal budget for county outside counsel (.1); additional work on omnibus motion and exhibits; numerous conferences with Tricia Sherrill re same; numerous conferences with David Fathi (2.0).<br>    D. Hill | 2.30 | 389.85 |
| 05/26/06 | Phone conference with Steve U'Ren re original | 6.10 | 823.50 |

FILE NUMBER: 99999.0624
INVOICE NO.: ******

---

    declarations, and memo to Lindsay Jensen re
    pickup of same (.2); memos to and from Debbie
    Hill, Steve U'Ren and David Fathi re declarant
    John Waller (.2); memos to and from Hill re
    Braillard declarants (.1); prepare draft notice
    of filing declarations, and memos to and from
    Karen McClain and Hill re same (.5); continue
    edit and cite checking of draft Omnibus motion,
    and highlight changes for McClain (3.8); memos
    from and to U'Ren re Goldman original
    declaration, correspondence to U'Ren enclosing
    same (.3); organize declarations received from
    U'Ren, review constitutional violations
    document, search docket sheet, and memo to
    U'Ren re missing declarations (.7); organize
    documents re new declarants (.3).
      T. Sherrill

| Date | Description | Hours | Amount |
|---|---|---|---|
| 05/28/06 | Memos re: draft Omnibus motion.<br>  L. Hammond | .20 | 33.90 |
| 05/28/06 | Read final draft of Omnibus motion.<br>  L. Hammond | .30 | 50.85 |
| 05/28/06 | Revise/edit Omnibus Motion.<br>  L. Hammond | .60 | 101.70 |
| 05/29/06 | Read Balla opinion - USDC Idaho.<br>  L. Hammond | .30 | 50.85 |
| 05/30/06 | Office conference with Debbie Hill re: filing of omnibus and next steps.<br>  L. Hammond | 1.40 | 237.30 |
| 05/30/06 | Conference with Larry Hammond re revision to omnibus motion; finalize same (.2); review new Powitz CV and finalize Ex. A (.2); conference with David Fathi re revisions to second set of production requests; conference with Larry Hammond re same (.2); finalize omnibus motion; review David Fathi declaration; numerous conferences with Tricia Sherrill re notice of filing declarations and problems with getting affidavits; revise second set of production requests; conference with David Fathi re same (3.0); conference with Jason Romero re Ring declaration (.1).<br>  D. Hill | 3.70 | 627.15 |
| 05/30/06 | Review voicemail from Tim Ring; dictate letter to Ring re result of medical grievance.<br>  J. Romero | .30 | 50.85 |
| 05/30/06 | Review e-mail exchange re discovery requests; review draft discovery requests; review Maricopa County Board of Supervisors update; exchange e-mail re omnibus motion. | .30 | 50.85 |

```
FILE NUMBER: 99999.0624
INVOICE NO.: ******
```

|  |  |  |  |
|---|---|---|---|
| | D. Meyers | | |
| 05/30/06 | Review case file materials re original exhibits, conferences/memos with/to/from Debbie Hill, secretary to Steve U'Ren, Steve U'Ren, David Fathi, Karen McClain and Alice Bendheim re same, and organize same for filing and for files. | 5.20 | 702.00 |
| | T. Sherrill | | |
| 05/31/06 | Telephone conference with Diane Meyers re: how to proceed with inmate issues. | .20 | 33.90 |
| | L. Hammond | | |
| 05/31/06 | Memos re: filing of document production request. | .20 | 33.90 |
| | L. Hammond | | |
| 05/31/06 | Conference with David Fathi re second set of requests for production; finalize and file same; conference with Larry Hammond re status. | .40 | 67.80 |
| | D. Hill | | |
| 05/31/06 | Review e-mail exchange re document production requests; exchange e-mail with Tricia Sherrill re inmates (.1); telephone conference with Toni Ferriss re conditions at Estrella (.2); confer with Larry Hammond re same (.1); review inmate grievance forwarded from ACLU (.1); review letter from inmate Dubrish (.1); coordinate with Tricia Sherrill re same (.1). | .70 | 118.65 |
| | D. Meyers | | |
| 05/31/06 | Update inmate list. | .60 | 81.00 |
| | T. Sherrill | | |
| 06/01/06 | Meeting with Athia Hardt re counsel selection and other issue in case. | 1.00 | 169.50 |
| | L. Hammond | | |
| 06/01/06 | Telephone conference with Debbie Hill re requests for production, conditions in Estrella and inmate complaint (.2); review defendants' objection to OM representation, objection to reply and motion for extension of time (.2); exchange e-mail with David Fathi re same (.1); legal research re same (.7). | 1.20 | 203.40 |
| | D. Meyers | | |
| 06/01/06 | Update inmate list re new correspondence. | 1.00 | 135.00 |
| | T. Sherrill | | |
| 06/02/06 | Review Wilenchik motion; outline response; consider motion to extend. | 1.10 | 186.45 |
| | L. Hammond | | |
| 06/02/06 | Exchange e-mail with David Fathi and Larry | 1.70 | 288.15 |

FILE NUMBER: 99999.0624
INVOICE NO.: ******

Hammond re County motions and responses (.2); confer
with Joe Roth re research project and draft
motion (1.2); telephone conference with David Gordon
re Toni Ferriss (.3).
  D. Meyers

06/02/06 Research for Diane Meyers re response to          .10    12.50
         objections to appearance of class counsel.
           J. Roth

06/05/06 Exchange e-mail re inmate Guillermo Gamboa;       .30    50.85
         review draft opposition to opposition to
         filing; exchange e-mail with David Fathi re
         same; review updated inmate list.
           D. Meyers

06/05/06 Update and distribute inmate list, memo to       1.20   162.00
         Diane Meyers re Gamboa complaint, organize new
         file documents, and memo to Donna Bosco re
         same.
           T. Sherrill

06/06/06 Memos re: all open briefing issues.               .20    33.90
           L. Hammond

06/06/06 Exchange e-mail re response to Defendants'        .20    33.90
         motions; review and revise Notice of Errata for
         filing; review and revise letter to inmate
         Gamboa.
           D. Meyers

06/06/06 Research for Diane Meyers re response to         2.50   312.50
         objections to appearance of class counsel.
           J. Roth

06/06/06 Memos from and to Diane Meyers and Debbie Hill   1.10   148.50
         re Matthew Caraway, edit inmate list re same,
         and distribute same (.3); draft letter to
         Guillermo Gamboa re return of original
         complaint, and memos to and from Diane Meyers
         re same (.4); phone message from inmate
         relative re information concerning him, update
         and distribute inmate list, and memo to Diane
         Meyers and Jason Romero re same (.4).
           T. Sherrill

06/07/06 Conference call re three replies re Rule 23, et   .50    84.75
         al.
           L. Hammond

06/07/06 Exchange e-mail re response to motion to        2.80   474.60
         clarify (.2); review David Fathi's suggested
         outline re same (.3); confer with Joe Roth re
         Rule 23 research and arguments (.5); telephone
         conference with David Fathi, Larry Hammond and
         Joe Roth re responses (.5); draft response to
         motion to clarify (1.3).

```
                                          December 5, 2008        PAGE 36
FILE NUMBER: 99999.0624
INVOICE NO.: ******
```

---

D. Meyers

| Date | Description | Hours | Amount |
|------|-------------|-------|--------|
| 06/07/06 | Research for Diane Meyers re response to objections to appearance of class counsel.<br>J. Roth | 7.00 | 875.00 |
| 06/08/06 | Confer with Joe Roth re response to opposition (.4); review and revise response to motion for clarification (1.5); review summary of prison conditions report (.3); confer with Larry Hammond re same (.2); legal research re Rule 7 (1.8).<br>D. Meyers | 4.20 | 711.90 |
| 06/08/06 | Research for Diane Meyers re response to objections to appearance of class counsel.<br>J. Roth | 6.70 | 837.50 |
| 06/08/06 | Research for Diane Meyers re response to objections to appearance of class counsel.<br>J. Roth | .10 | 12.50 |
| 06/09/06 | Review NPR report re jail issues.<br>L. Hammond | .20 | 33.90 |
| 06/09/06 | Consider United States District Court 105 day order.<br>L. Hammond | .30 | 50.85 |
| 06/09/06 | Office conference re MRSA/Debus.<br>L. Hammond | .30 | 50.85 |
| 06/09/06 | Leave message with Ted Jarvi re response (.1); telephone conference with Ted Jarvi re declaration (.2); memo to file re conference with Ted Jarvi (.2); draft e-mail to Joe Roth re same (.1); confer with Joe Roth and Larry Hammond re same (.3); review Court's order re clarification and extension (.2); review and revise inmate list (.5); draft motion for reconsideration (2.7).<br>D. Meyers | 4.20 | 711.90 |
| 06/09/06 | Research for Diane Meyers re response to objections to appearance of class counsel.<br>J. Roth | 4.00 | 500.00 |
| 06/10/06 | Dictate memo re Martin and experts.<br>L. Hammond | .20 | 33.90 |
| 06/11/06 | Review Board of Supervisors' Agenda (.1); e-mail to Debbie Hill and Larry Hammond re same (.1); draft affidavit of Ted Jarvi in support of Plaintiffs' Response to Defendants' Objections to Osborn Maledon (.4).<br>D. Meyers | .60 | 101.70 |
| 06/12/06 | Exchange e-mail with Tricia Sherrill re inmate | 1.20 | 203.40 |

FILE NUMBER: 99999.0624
INVOICE NO.: ******

|  |  |  |  |
|---|---|---|---|
| | Allan MacDonald (.1); review and revise response to defendants' objections (.9); confer with Joe Roth re same (.2).<br>   D. Meyers | | |
| 06/12/06 | Research for Diane Meyers re response to objections to appearance of class counsel.<br>   J. Roth | 3.10 | 387.50 |
| 06/12/06 | Print transcripts and documents received from the Manning team, update indexes re same and organize binders re same (1.2); update and distribute inmate list, and memos to and from Diane Meyers re medical records (.5); prepare medical records for inmate MacDonald, and draft letter re same (.3).<br>   T. Sherrill | 2.00 | 270.00 |
| 06/13/06 | Review various emails re status; review court order re response to omnibus motion and conference with Larry Hammond re status.<br>   D. Hill | .40 | 67.80 |
| 06/13/06 | Review and revise response to Objection (3.6); confer with Joe Roth re same (.2); review summary of MacDonald records (.2).<br>   D. Meyers | 4.00 | 678.00 |
| 06/13/06 | Research for Diane Meyers re response to objections to appearance of class counsel.<br>   J. Roth | 2.50 | 312.50 |
| 06/13/06 | Read and prepare summary of medical records of Allan McDonald received from CHS, and distribute same (5.3); review and prepare relevant records of Tony Lucero (.3).<br>   T. Sherrill | 5.60 | 756.00 |
| 06/14/06 | Conference with Diane Meyers re status of motion to reconsider and response to objection to our representation; conference with Rich Robertson re jail issues.<br>   D. Hill | .30 | 50.85 |
| 06/14/06 | Review and revise response to objection (1.5); legal research re independence of counsel and disqualification motions (1.5); confer with Joe Roth re same (.3).<br>   D. Meyers | 3.30 | 559.35 |
| 06/14/06 | Draft response to objection to appearance of class counsel.<br>   J. Roth | 4.70 | 587.50 |
| 06/14/06 | Review file materials re documents received from Tony Lucero, memos to and from Diane Meyers re same, and prepare index of same | 4.00 | 540.00 |

FILE NUMBER: 99999.0624
INVOICE NO.: ******

---

             (3.6); memos from and to David Fathi and Meyers
             re John Fabricius, and update and distribute
             Inmate List re same (.4).
                T. Sherrill

06/15/06  Consider response to motion to disqualify.          .20    33.90
             L. Hammond

06/15/06  Review and revise draft of response to motion      2.20   372.90
          opposing representation of class by OM (.6);
          conference with Diane Meyers re same (.2);
          review and revise same (.3); draft Debbie Hill
          declaration (.4); conference with Larry Hammond
          re same (.1); conference with Alice Bendheim re
          withdrawal; conference with Alice Bendheim re
          same; conference with Diane Meyers re drafting
          withdrawal (.3); numerous conferences with
          David Fathi re status (.2); conference with
          Steve U'Ren (.1).
             D. Hill

06/15/06  Exchange e-mail re case status.                     2.80   474.60
             D. Meyers

06/15/06  Research for Diane Meyers re response to             .30    37.50
          objections to appearance of class counsel.
             J. Roth

06/15/06  Memo from Diane Meyers re Allan McDonald, and        .50    67.50
          update Inmate List re same (.2); read and edit
          response to defendants' objection re
          representation (.3).
             T. Sherrill

06/16/06  Memos re: counsel motion.                            .30    50.58
             L. Hammond

06/16/06  Numerous conferences with Rich Robertson and        .90   152.55
          others re Dennis Wilenchik (.2); conference
          with David Fathi re revisions to response to
          motion re objection to OM; conference with
          David Fathi re same (.2); conference with
          Tricia Sherrill re info for response motion
          (.2); conference with David Fathi re response
          (.1); file organization (.2).
             D. Hill

06/16/06  Leave message with Ted Jarvi re declaration        1.20   203.40
          (.1);review and revise response to OM
          objection (.3);confer with Debbie Hill re
          same (.2); legal research re same (.6).
             D. Meyers

06/16/06  Read attorney memos re Wilenchik, search           3.80   513.00
          Superior Court website, and memos from and to
          Debbie Hill re same (.3); search files re ps
          case number, search PACER re docket sheet, and

```
                                        December 5, 2008      PAGE 39
FILE NUMBER: 99999.0624
INVOICE NO.: ******
```

memos to and from Debbie Hill and Lori Dickman
re case dismissal date (.4); check cites in
response to defendants' objection re Osborn
Maledon firm, and memo to Diane Meyers re same
(2.5); review case documents, and distribute
order re dismissal of ps case to Debbie Hill
and Lori Dickman (.4); conference with Lori
Dickman re same (.2).
   T. Sherrill

| Date | Description | Hours | Amount |
|---|---|---|---|
| 06/17/06 | Work on draft response re: DQ<br>   L. Hammond | .30 | 50.85 |
| 06/17/06 | Review e-mail exchange re conflict issue and revisions to response.<br>   D. Meyers | .40 | 67.80 |
| 06/18/06 | Revise Jarvis affidavit and office conference with Meyers re: same and consider motion to withdraw.<br>   L. Hammond | .70 | 118.65 |
| 06/18/06 | Review budget issues.<br>   L. Hammond | .20 | 33.90 |
| 06/18/06 | Revise response to objection to Osborn Maledon (.5); draft Motion for Withdrawal (1.1); review and revise Declarations of Ted Jarvi and Debbie Hill (.3); confer with Larry Hammond re same (.2).<br>   D. Meyers | 2.10 | 355.95 |
| 06/19/06 | Revise and edit Disqualification response.<br>   L. Hammond | .50 | 84.75 |
| 06/19/06 | Conference with inmate Donald Banks; conference with Diane Meyers and Tricia Sherrill re same (.3); review various emails re response to motion re objection to OM (.2); review motion for withdrawal by Alice Bendheim (.1); review and finalize response to motion re objection and Debbie Hill declaration (.2); review summary of Lewis and MacDonald medical records (.2).<br>   D. Hill | 1.00 | 169.50 |
| 06/19/06 | Review and revise response to Objection; coordinate, finalize and file same.<br>   D. Meyers | .40 | 67.80 |
| 06/19/06 | Review filing re cites, and phone conferences with Diane Meyers and Karen McClain re same.<br>   T. Sherrill | .50 | 67.50 |
| 06/20/06 | Telephone conference with inmate Mike Mullins re medical records; review and revise motion to reconsider. | .50 | 84.75 |

FILE NUMBER: 99999.0624
INVOICE NO.: ******

---

D. Meyers

06/21/06  Review and revise motion for reconsideration;     .30    50.85
          conference with Diane Meyers re same (.3).
          D. Hill

06/21/06  Review and revise motion for reconsideration;     .80   135.60
          leave message with Alice Bendheim re
          withdrawal.
          D. Meyers

06/21/06  Update and distribute inmate list (.3); update     .50    67.50
          inmate files (.2).
          T. Sherrill

06/22/06  Review correspondence from Tim Ring re            1.00   169.50
          grievance and 4th Avenue conditions.
          D. Meyers

06/23/06  File organization.                                 .20    33.90
          D. Hill

06/23/06  Review, revise and finalize motion to             .20    33.90
          reconsider for filing.
          D. Meyers

06/23/06  Update inmate list.                                .20    27.00
          T. Sherrill

06/24/06  Draft letter to inmate Hall; review recent PLRA    .40    67.80
          case.
          D. Meyers

06/26/06  Review article on Thomas and consider jail issues. .10    16.95
          D. Hill

06/26/06  Review news story re County spending on            .30    50.85
          contract attorneys; review letter from inmate
          MacDonald; revise letter to inmate Hall.
          D. Meyers

06/26/06  Read correspondence from inmate MacDonald,         .70    94.50
          search Internet re NCCHC standards, review file
          materials re DOJ agreement, and memo to Diane
          Meyers re same.
          T. Sherrill

06/29/06  Update inmate list re new inmate, and memo to      .20    27.00
          Donna Bosco re same.
          T. Sherrill

06/30/06  Conference with Diane Meyers re status and how     .20    33.90
          to proceed.
          D. Hill

06/30/06  Update and distribute inmate list (.4); search    1.00   135.00
          websites, organize documents re John Hall, and

```
                                        December 5, 2008      PAGE 41
FILE NUMBER: 99999.0624
INVOICE NO.: ******
```

```
         memo to Diane Meyers re same (.6).
            T. Sherrill

07/01/06 Telephone conference with Mitchell re jail      .30    50.85
         issues and memo re same.
            L. Hammond

07/02/06 Dictate memo re: pending cases.                 .30    50.85
            L. Hammond

07/02/06 Review article re spending on legal services    .50    84.75
         for County and letter from Wilenchik re same;
         draft letter to inmate Fiorentino.
            D. Meyers

07/05/06 Telephone conference with inmate Michael        .50    84.75
         Mitchell (.1); review defendants' reply in support
         of their objections (.2); exchange e-mail with Joe
         Roth re same (.1); e-mail to Steve U'Ren re
         interviewing witnesses (.1).
            D. Meyers

07/05/06 Research for Diane Meyers re defendants' reply  1.30   162.50
         in support of their objection to the
         representation of the plaintiff class.
.
            J. Roth

07/06/06 Review Larry Hammond memorandum re Wilenchik    .20    33.90
         attorneys; review inmate letters re jail
         conditions.
            D. Meyers

07/07/06 Telephone conference with inmate Toni Ferriss;  .30    50.85
         memo to file re same; review e-mail exchange re
         document production.
            D. Meyers

07/09/06 Consider document production response.          .20    33.90
            L. Hammond

07/09/06 Consider request to produce response.           .20    33.90
            L. Hammond

07/09/06 Review and respond to letter from inmate       1.40   237.30
         MacDonald (.3); review and respond to letter from
         inmate Rodriguez (.3); review defendants' response
         to our request for discovery (.3); exchange e-mail
         re same (.1); draft e-mail to Carmen Fischer re
         MacDonald medical affidavit (.2); e-mail to team re
         defendants' discovery response (.2).
            D. Meyers

07/10/06 Review and revise letter to inmate MacDonald.   .10    16.95
            D. Meyers

07/12/06 Conference with David Fathi re Rule 7.2 email   .30    50.85
```

```
                                       December 5, 2008      PAGE 42
FILE NUMBER: 99999.0624
INVOICE NO.: ******
```

to Dennis Wilenchik; conference with David
Fathi re same; conference with ACLU re inmate
complaints.
   D. Hill

07/12/06 Review Fathi e-mail re defendants' discovery   .10   16.95
   responses; review Debbie Hill e-mail re ACLU
   reference.
      D. Meyers

07/13/06 Review Fahti Rule 7 letter.   .20   33.90
      L. Hammond

07/18/06 Telephone conference with Steve U'Ren re inmate   .60   101.70
   interviews (.3); review voicemail message from
   inmate re case (.1); coordinate with Tricia Sherrill
   re documents from inmate and inmate lists (.2).
      D. Meyers

07/18/06 Read correspondence and e-mails, update and   2.50   337.50
   distribute inmate list re same, and memos
   to/from Diane Meyers and Donna Bosco re same
   (1.5); review correspondence file, and update
   inmate files re same (.5); conferences with
   Meyers re correspondence from Michael Mitchell,
   review files re same, and memos to/from Meyers
   re same (.3); review file materials re Adrian
   Rodriguez, and phone message to him re original
   documents (.2).
      T. Sherrill

07/19/06 Office conference with Sherrill re: Soza case.   .50   84.75
      L. Hammond

07/19/06 Exchange e-mail re defendants' certiorari   .20   33.90
   petition; review same.
      D. Meyers

07/19/06 Phone message to Adrian Rodriguez re return   .40   54.00
   of original documents (.1); conference with
   Larry Hammond re conference with Mrs. Soza
   (.2); memos to and from Karen McClain and
   Stephen U'Ren re inmate list (.1).
      T. Sherrill

07/20/06 Review cert petition; conference with David   .20   33.90
   Fathi re same.
      D. Hill

07/20/06 Telephone conference with inmate Jimmie   .30   50.85
   Alexander.
      D. Meyers

07/21/06 Exchange e-mail with Tricia Sherrill re inmate   .40   67.80
   list; review Mitchell declaration; review
   Phoenix Magazine article re Agster case.
      D. Meyers

December 5, 2008          PAGE 43

FILE NUMBER: 99999.0624
INVOICE NO.: ******

---

07/21/06 Phone message to Adrian Rodriguez re original      3.80   513.00
         documents (.1); read correspondence from
         Michael Mitchell (.1); search internet re Billy
         Soza, distribute results to Larry Hammond re
         same, and memo to Donna Bosco re same (.4);
         update inmate list re Rodriguez, Mitchell,
         Soza, Alexander and Combs and distribute same
         (.6); trip to 4th Avenue Jail to obtain
         documents from and meet with Michael Mullins
         (1.5); read declaration of Michael Mitchell,
         update and distribute inmate list , and memos
         to Donna Bosco (.4); organize and file new
         materials (.4); conference with Donna Walkington
         re Mullins' documents (.1); phone conference with
         Amber Rock re conditions at Estrella (.2).
            T. Sherrill

07/23/06 Work on cert response.                               .20    33.90
            L. Hammond

07/23/06 Read cert petition.                                  .30    50.85
            L. Hammond

07/23/06 Review and respond to Larry Hammond e-mail re        .20    33.90
         cert petition; legal research re same.
            D. Meyers

07/24/06 Dictate letter re: inmate suit.                      .20    33.90
            L. Hammond

07/24/06 Conference with David Fathi re opposition to         .50    84.75
         cert petition (.1); telephone conference with
         same (.2);review message from and draft letter
         to inmate Michael Mitchell (.2).
            D. Meyers

07/25/06 Consider cert issues.                                .30    50.85
            L. Hammond

07/25/06 Confer with Larry Hammond re cert petition          .20    33.90
         response and case status issues; exchange
         e-mail with David Fathi re same.
            D. Meyers

07/26/06 Review Michael declaration; review letter from      .30    50.85
         defense counsel re writ; conference with Diane
         Meyers re same.
            D. Hill

07/26/06 Exchange e-mail re opposition to cert petition      .50    84.75
         (.2); exchange e-mail with Tricia Sherrill re
         inmate interviews and documents (.1); telephone
         conference with inmate Michael Mitchell (.2).
            D. Meyers

07/26/06 Read correspondence from attorneys to inmates      2.50   337.50

```
                                          December 5, 2008        PAGE 44
FILE NUMBER: 99999.0624
INVOICE NO.: ******
```

```
            (.1); phone messages from, and to Adrian
            Rodriguez re return of original documents (.1);
            conference with Amber Rock re problems
            experienced at Estrella (.1); organize and file
            inmate materials (.4); phone message to Office
            Nolan re return of Mullins' materials (.1);
            phone conference with Amber Rock re Estrella
            conditions, and memo to Diane Meyers re same
            (.6); phone conference with Officer Reger re
            return of Mullins' documents (.1); trip to 4th
            Avenue Jail to return documents to Mullins, and
            memo to Meyers re same (.9); conference with
            Marcie Wright re Mullins documents (.1).
              T. Sherrill

07/26/06 Process documents for production.           3.50   175.00
           M. Wright

07/28/06 Consider motion to compel.                   .20    33.90
           L. Hammond

07/28/06 Exchange e-mail re motion to compel.         .10    16.95
           D. Meyers

07/29/06 Review response to cert. petition.           .30    50.85
           L. Hammond

07/29/06 Review draft opposition to cert petition;    .20    33.90
           exchange e-mail with Larry Hammond and David
           Fathi re same.
           D. Meyers

07/30/06 Memos re: cert. response.                    .20    33.90
           L. Hammond

07/31/06 Draft response letter to inmate MacDonald;   .30    50.85
           review enclosures included in MacDonald letter.
           D. Meyers

08/01/06 Review and revise letter to inmate Allan     .40    67.80
           MacDonald.
           D. Meyers

08/03/06 Review opposition to cert.                   .20    33.90
           L. Hammond

08/03/06 Exchange e-mail re opposition to cert petition;  .20   33.90
           review revised draft; exchange e-mail with ACLU
           re pretrial detainee complaints.
           D. Meyers

08/11/06 E-mail to David Fathi re inmate declarations.  .10   16.95
           D. Meyers

08/12/06 Work on budget.                              .20    33.90
           L. Hammond
```

```
                                  December 5, 2008      PAGE 45
FILE NUMBER: 99999.0624
INVOICE NO.: ******
```

| 08/14/06 | Review and respond to letters from inmates Proctor, Shepler and Gulley.<br>     D. Meyers | .60 | 101.70 |
|---|---|---|---|
| 08/15/06 | Review budget.<br>     L. Hammond | .20 | 33.90 |
| 08/15/06 | Telephone conference with Tricia Sherrill re inmate Rodriguez; telephone conference with Rodriguez.<br>     D. Meyers | .40 | 67.80 |
| 08/15/06 | Phone conferences with Adrian Rodriguez and Diane Meyers re return of original documents to him (.1); prepare letter to Rodriguez re same (.2); update inmate list (.2).<br>     T. Sherrill | .50 | 67.50 |
| 08/16/06 | Review letters and complaints from inmates; forward same to Tricia Sherrill.<br>     D. Meyers | .20 | 33.90 |
| 08/19/06 | Status memos.<br>     L. Hammond | .20 | 33.90 |
| 08/21/06 | Telephone conference with Michael Mitchell re complaint.<br>     D. Meyers | .40 | 67.80 |
| 08/23/06 | Review and respond to letters from inmates.<br>     D. Meyers | .30 | 50.85 |
| 08/24/06 | Draft letter to AZ ACLU.<br>     D. Meyers | .10 | 16.95 |
| 08/27/06 | Begin drafting motion to compel.<br>     D. Meyers | .60 | 101.70 |
| 08/29/06 | Review e-mail exchange re opposing counsel and press coverage.<br>     D. Meyers | .10 | 16.95 |
| 08/30/06 | Telephone conference with David Fathi re motion to compel and reply.<br>     D. Meyers | .20 | 33.90 |
| 09/01/06 | E-mail to Tricia Sherrill re inmate list.<br>     D. Meyers | .10 | 16.95 |
| 09/01/06 | Review inmate and attorney correspondence, update and distribute inmate list, re same, organize file materials, and memo to Donna Bosco re same.<br>     T. Sherrill | 3.00 | 405.00 |
| 09/11/06 | Phone conferences with Amber Rock re additional occurrences in jail, draft declaration, call | .60 | 81.00 |

FILE NUMBER: 99999.0624
INVOICE NO.: ******

```
            from father of pre-trial detainee Angelica.
              T. Sherrill

09/12/06  Exchange e-mail re omnibus reply and extension    .10    16.95
            of time; review Arizona Republic story re
            jailcam.
              D. Meyers

09/13/06  Telephone conference with opposing counsel Adam    .30    50.85
            Polson re extension; exchange e-mail with Larry
            Hammond re same.
              D. Meyers

09/14/06  Draft letters to inmates re Hart action; draft     .40    67.80
            motion for extension of time and forward same
            to counsel.
              D. Meyers

09/15/06  Review defendants' response to motion for          .10    16.95
            extension of time.
              D. Meyers

09/18/06  Finalize and file reply in support of extension    .10    16.95
            of time.
              D. Meyers

09/19/06  Telephone conference with chambers re motion       .20    33.90
            for extension.
              D. Meyers

09/19/06  Review inmate and attorney correspondence,        2.50   337.50
            update inmate list re same, draft declaration
            of pre-trial detainee Amber Rock, phone message
            to her re same, and phone conference with Ken
            Rives re inmate Kathleen Gaeta (2.5).
              T. Sherrill

09/20/06  Review order on extension; exchange e-mail with     .10    16.95
            Debbie Hill re same; exchange e-mail with
            Tricia Sherrill re inmate complaint.
              D. Meyers

09/20/06  Phone conference with Ken Rives re inmate           .60    81.00
            Kathleen Gaeta (.2); search PACER re court
            records re Gaeta (.2); memo to Diane Meyers re
            same (.1); update inmate list re same (.1).
              T. Sherrill

09/21/06  Telephone conference with inmate Gaeta.            .20    33.90
              D. Meyers

09/22/06  Exchange e-mail re conversation with inmate.       .10    16.95
              D. Meyers

09/22/06  Review correspondence file, update inmate files  1.50   202.50
            re communications received and sent to inmates,
            and update inmate list (1.5).
```

FILE NUMBER: 99999.0624
INVOICE NO.: ******

---

      T. Sherrill

| | | | |
|---|---|---|---|
| 09/29/06 | Review order re discovery and miscellaneous issues; exchange e-mail re same.<br>   D. Meyers | .20 | 33.90 |
| 09/29/06 | Read order by Judge Carroll.<br>   T. Sherrill | .10 | 13.50 |
| 10/02/06 | Conference with David Fathi re call; review order from court; review reply re omnibus motion (.3); conference with David Fathi re order from court, reply and possible motion to compel discovery (.5); review previous correspondence with defendants re document production (.2); review omnibus motion and conference with Tricia Sherrill re obtaining updated environmental reports (.2); review supplemental declaration (.1); conference with Steve U'Ren re case and conference with David Fathi re same (.1); draft letter to Dennis Wilenchik re production issues and conference with David Fathi re same (.6).<br>   D. Hill | 2.00 | 339.00 |
| 10/02/06 | Confer with Debbie Hill re case status issues (.2); review letters from inmates re conditions (.5); draft declarations for inmates re conditions (2.9); visit inmates re conditions (4.0).<br>   D. Meyers | 7.60 | 1,288.20 |
| 10/02/06 | Conference with Debbie Hill re update of jail inspection reports (.1); conferences with Diane Meyers re inmate correspondence, visit to LBJ, Bruce Goldman (.2); review omnibus motion and related filings re Goldman and memos to and from Meyers re same (.3); phone conference with LBJ visitation and memo to Meyers re same (.2); update jail inspection reports, and read jail internet information re Durango Towers facility (1.4).<br>   T. Sherrill | 2.20 | 297.00 |
| 10/03/06 | Conference with David Fathi re letter to defendants (.2); revise and finalize same (.2); review recent jail inspections and forward same to David Fathi (.2); conference with David Fathi and Tricia Sherrill re same (.2); conference with Diane Meyers re new inmate declarations (.2).<br>   D. Hill | 1.00 | 169.50 |
| 10/03/06 | Forward inmate declarations to team; draft letters to inmates re declarations; review e-mail exchange re letter to Dennis Wilenchik and discovery from defendants.<br>   D. Meyers | .30 | 50.85 |

FILE NUMBER: 99999.0624
INVOICE NO.: ******

| Date | Description | Hours | Amount |
|---|---|---|---|
| 10/03/06 | Memos from and to Debbie Hill, David Fathi, Diane Meyers and Donna Bosco re inspection reports, new declarations, new declarants, and organize materials re declarants.<br>    T. Sherrill | .70 | 94.50 |
| 10/04/06 | Conference with Michael Mullins (inmate) about lack of medical care (.2); conference with David Fathi re same and including facts in reply re omnibus motion (.1).<br>    D. Hill | .30 | 50.85 |
| 10/04/06 | Exchange e-mail re Mullins declaration; draft letter to McCuin returning documents; review article re county jails.<br>    D. Meyers | .30 | 50.85 |
| 10/05/06 | Draft motion to compel production; legal research re same; revise same (2.9); conference with Diane Meyers re Mullins affidavit (.1).<br>    D. Hill | 3.00 | 508.50 |
| 10/05/06 | Review Mullins file; meet with Mullins; draft declaration for Mullins (1.5); review draft reply and motion to compel (.3); confer with Debbie Hill re same (.2).<br>    D. Meyers | 2.00 | 339.00 |
| 10/06/06 | Review and revise reply re omnibus motion; draft declarations of Debra Hill and David Fathi (1.0); review and revise reply and declarations; conference with David Fathi re same (1.0); conference with Tricia Sherrill re cite checking reply re omnibus motion (.1); exchange of emails with Dennis Wilenchik's office re second set of requests for production; review earlier exchange of emails in July re same (.2); conference with David Gordon re inmate medical issues (.1).<br>    D. Hill | 2.40 | 406.80 |
| 10/06/06 | Review inspection reports received from Debbie Hill, pull remainder of reports from internet, and forward same to David Fathi.<br>    T. Sherrill | 1.00 | 135.00 |
| 10/09/06 | All memos and emails 9/22 - 10/9 re: Judge Carroll Order and evidentiary hearing.<br>    L. Hammond | 1.00 | 169.50 |
| 10/09/06 | Revise motion to compel (1.8); correspondence from Dennis Wilenchik (.2); draft statement pursuant to Local Rule 37 (.3); conference with Tricia Sherrill re cite checking omnibus motion (.2); numerous conferences with David Fathi re discovery issues (.5).<br>    D. Hill | 3.00 | 508.50 |

FILE NUMBER: 99999.0624
INVOICE NO.: ******

| | | | |
|---|---|---|---|
| 10/09/06 | Review letter from Francisco Aguirre (.1); draft response to same (.2); review letter from inmate Montoya (.2); draft response to same (.2); draft declaration for and letter to inmate Pettyjohn (.3).<br>    D. Meyers | 1.00 | 169.50 |
| 10/09/06 | Cite check reply to response to omnibus response, and prepare memo to Debbie Hill.<br>    T. Sherrill | 3.00 | 405.00 |
| 10/10/06 | Review and revise motion to compel; finalize motion and exhibits; review and finalize statement re local rule 37.<br>    D. Hill | 2.00 | 339.00 |
| 10/10/06 | Exchange e-mail with Tricia Sherrill re inmate letter.<br>    D. Meyers | .10 | 16.95 |
| 10/10/06 | Read declarations and correspondence to Diane Meyers from inmates, organize same for files, update inmate list re same, information from the Superior Court website,, and memo to Meyers re same.<br>    T. Sherrill | 4.10 | 553.50 |
| 10/11/06 | Review and revise reply re omnibus motion (.6); conference with David Fathi re same (.2); conference with Tricia Sherrill re cite checking (.2).<br>    D. Hill | 1.00 | 169.50 |
| 10/11/06 | Exchange e-mail with Tricia Sherrill re inmate requests; review e-mail re reply brief; review same.<br>    D. Meyers | .30 | 50.85 |
| 10/11/06 | Memos from and to Diane Meyers re Lorenzo Orr, and review file materials re same (.2); read motion to compel production of documents, and exhibits to same (.7); read and organize inmate correspondence and documents, memos to and from Diane Meyers re same, and prepare correspondence to inmates (1.8); phone message to Yolanda Orr (wife of Lorenzo Orr) in response to her e-mail to Diane Meyers (.1); trip to 4th Avenue Jail to meet with inmate Michael Mullins (1.1).<br>    T. Sherrill | 2.80 | 378.00 |
| 10/12/06 | Revise and finalize reply re omnibus motion (.2);finalize notice of filing declarations (.2);conference with David Fathi re same (.2); conference with Larry Hammond re Steve U'Ren move (.2);conference with Tricia Sherrill re | 1.00 | 169.50 |

```
                                        December 5, 2008        PAGE 50
FILE NUMBER: 99999.0624
INVOICE NO.: ******
```

---

```
            order appointing Ted Jarvi (.2).
               D. Hill

10/12/06   Exchange e-mail re supplemental declarations;      .30    50.85
            draft letter to inmate Ferriss.
               D. Meyers

10/12/06   Search files re order appointing Ted              .90   121.50
            Jarvi, and memos from and to Debbie Hill re
            same (.4); memos from and to Lety Figueroa
            (paralegal to Larry Debus) re documents from
            Timothy Shepler, and review same received from
            her (.2); review grievances provided to Diane
            Meyers by Michael Mullins (.3).
               T. Sherrill

10/13/06   Conference with ACLU re case(.1); forward         .70   118.65
            information to ACLU re status (.1); conference
            with Tricia Sherrill re order re appointment of
            Ted Jarvi (.1); consider same and how to proceed
            in light of Steve U'Ren move (.2); conference
            with David Fathi re same (.2).
               D. Hill

10/13/06   Review case files re May 1998 order concerning   5.00   675.00
            appointment of Ted Jarvi (1.0); phone
            conference with Ted Jarvi's office re same
            (.1); review files at USDC re same (3.1);
            phone conferences with Debbie Hill re same
            (.1); read and respond to inmate correspondence,
            update inmate list re same, and memo to
            Donna Bosco (.7).
               T. Sherrill

10/15/06   Consider status of representation and review      .30    50.85
            motion to compel.
               L. Hammond

10/16/06   Conference with David Fathi re order appointing   .30    50.85
            Ted Jarvi; conference with David Fathi re same;
            conference with Larry Hammond re same.
               D. Hill

10/17/06   Review Stipulation and Order of 1998.             .20    33.90
               L. Hammond

10/17/06   Conference with David Fathi re Ted Jarvi (.1);    .50    84.75
            conference with Ted Jarvi re billing
            arrangements (.2); conference with Larry
            Hammond re same (.1); consider budget
            issues (.1).
               D. Hill

10/17/06   Review e-mail exchange re substitution of         .10    16.95
            counsel.
               D. Meyers
```

FILE NUMBER: 99999.0624
INVOICE NO.: ******

| | | | |
|---|---|---|---|
| 10/18/06 | Plan for discovery and evidentiary hearing.<br>L. Hammond | .50 | 84.75 |
| 10/18/06 | Conference with Larry Hammond re budget and how to proceed.<br>D. Hill | .30 | 50.85 |
| 10/19/06 | Calculate budget and email to pro bono committee re same (1.0); conference with David Fathi re protective order (.1); numerous conferences with David Fathi and Adam Polson re protective order; numerous reviews of protective order and stipulation; numerous conferences with Adam Polson re same (1.3).<br>D. Hill | 2.40 | 406.80 |
| 10/19/06 | Review e-mail exchange re protective order.<br>D. Meyers | .10 | 16.95 |
| 10/19/06 | Create database in Casemap, and enter information inmate and document information into same.<br>T. Sherrill | 1.70 | 229.50 |
| 10/20/06 | Memo re planning for evidentiary hearing.<br>L. Hammond | .30 | 50.85 |
| 10/20/06 | Conference with David Fathi re protective order; conference with Larry Hammond re same (.3); conference with David Fathi re NCCHC documents; conference with David Fathi re same (.2).<br>D. Hill | .50 | 84.75 |
| 10/20/06 | Create database in Casemap, and enter document and witness information into same.<br>T. Sherrill | 5.40 | 729.00 |
| 10/22/06 | Dictate memo re: budget.<br>L. Hammond | .30 | 50.85 |
| 10/23/06 | Conference with David Fathi re NCCHC records; conference with David Fathi re NCCHC records (.2); conference with Adam Polson re stipulation; conference with David Fathi re same and document production (.2); conference with Larry Hammond re how to proceed in case (.2); review stipulation and finalize same (.2).<br>D. Hill | .80 | 135.60 |
| 10/23/06 | Telephone conference with Janet Minal re her injured son.<br>D. Meyers | .30 | 50.85 |
| 10/23/06 | Work in Access re witness information of pretrial detainees and experts, and search | 6.60 | 891.00 |

FILE NUMBER: 99999.0624
INVOICE NO.: ******

| | | | |
|---|---|---|---|
| | Superior Court, MCSO and DOC websites re same.<br>    T. Sherrill | | |
| 10/24/06 | Consider budgeting issues.<br>    L. Hammond | .50 | 84.75 |
| 10/24/06 | Work in Access re witness information of<br>    pretrial detainees and experts, and search<br>    Superior Court, MCSO and DOC websites re same.<br>    T. Sherrill | 6.20 | 837.00 |
| 10/25/06 | Work in Access re witness information of<br>    pretrial detainees, plaintiff experts and<br>    defendant witnesses, search websites re same,<br>    and create witness files re same.<br>    T. Sherrill | 6.00 | 810.00 |
| 10/26/06 | Conference with David Fathi re reply in support<br>    of motion to compel and production of documents.<br>    D. Hill | .20 | 33.90 |
| 10/26/06 | Read records forwarded by class members and<br>    index select documents.<br>    T. Sherrill | 4.00 | 540.00 |
| 10/27/06 | Review response to motion to compel.<br>    D. Hill | .10 | 16.95 |
| 10/27/06 | Exchange e-mail with Tricia Sherrill re letter<br>    from inmate Shepler; draft letter to inmate<br>    Aguirre; review responses to motion to compel;<br>    review motion re other outstanding motions;<br>    e-mail to team re same.<br>    D. Meyers | .40 | 67.80 |
| 10/27/06 | Work on witness files and read documents and<br>    deposition transcripts re same (5.1);<br>    conference with Diane Meyers re Tim Shepler<br>    documents (.1).<br>    T. Sherrill | 5.20 | 702.00 |
| 10/30/06 | Meeting to plan budget.<br>    L. Hammond | 1.00 | 169.50 |
| 10/30/06 | Meeting with Debbie Hill and Diane Meyers re:<br>    planning.<br>    L. Hammond | 1.00 | 169.50 |
| 10/30/06 | Conference with Larry Hammond re pro bono<br>    budget (.6); extended conference with Ted<br>    Jarvi and Steve U'Ren re strategy (.3);<br>    review revised response to motion to compel;<br>    conference with David Fathi re strategy (.2);<br>    review article re Dennis Wilenchik's<br>    representation of Sheriff; review request for<br>    production for county attorneys and consider<br>    conflict issues (.2); conference with Larry | 2.40 | 406.80 |

FILE NUMBER: 99999.0624
INVOICE NO.: ******

---

          Hammond re response to motion to compel (.1);
          attend meeting re budget for coming year (1.0).
            D. Hill

| | | | |
|---|---|---|---|
| 10/30/06 | Review e-mail exchange re county response; review letters to inmates re same.<br>   D. Meyers | .20 | 33.90 |
| 10/31/06 | Telephone calls re budget applications.<br>   L. Hammond | .50 | 84.75 |
| 10/31/06 | Additional work on Hart budget; memo to Larry Hammond and Diane Meyers re same.<br>   D. Hill | 1.00 | 169.50 |
| 10/31/06 | Review letter from Allen Reed re medical condition.<br>   D. Meyers | .10 | 16.95 |
| 11/01/06 | Review reply in support of motion to compel production; conference with David Fathi re same re suggested revisions (.5).<br>   D. Hill | .50 | 84.75 |
| 11/01/06 | Review reply in support of motion to compel.<br>   D. Meyers | .20 | 33.90 |
| 11/02/06 | Conference with Larry Hammond re budget; draft memo to pro bono committee.<br>   D. Hill | .60 | 101.70 |
| 11/02/06 | Update document and witness files in Access re case documents.<br>   T. Sherrill | 2.20 | 297.00 |
| 11/03/06 | Conference with Chris Dupont re inmate with medical issues (.1); conference with Steve U'Ren re same (.1); conference with Larry Hammond re budget (.2).<br>   D. Hill | .40 | 67.80 |
| 11/03/06 | Read case documents, and update document and witness databases re same.<br>   T. Sherrill | 2.00 | 270.00 |
| 11/06/06 | Conference with David Fathi re reply re motion to compel (.1); review and finalize same; draft declaration for same (.6); conference with America Sherwood re inmate with staph infection; conference with Steve U'Ren re same (.2).<br>   D. Hill | .90 | 152.55 |
| 11/06/06 | Update witness and document databases, and memos to/from Donna Bosco re same (3.7); prepare correspondence to inmate Kosisky, and update inmate list re same (.3). | 4.00 | 540.00 |

FILE NUMBER: 99999.0624
INVOICE NO.: ******

       T. Sherrill

| | | | |
|---|---|---|---|
| 11/07/06 | Conference with ACLU re status of case; conference with Larry Hammond re budget; conference with Steve U'Ren re additional inmate (.2); conference with Tricia Sherrill (.2).<br>    D. Hill | .40 | 67.80 |
| 11/07/06 | Read and respond to inmate correspondence, and memos to and from Diane Meyers re same.<br>    T. Sherrill | 3.50 | 472.50 |
| 11/08/06 | Review response to production order; conference with David Fathi re same; conference with Larry Hammond and Diane Meyers re same.<br>    D. Hill | .30 | 50.85 |
| 11/08/06 | Confer with Debbie Hill re defendants' document production.<br>    D. Meyers | .30 | 50.85 |
| 11/08/06 | Complete inmate correspondence, update inmate list, and organize inmate files.<br>    T. Sherrill | 1.30 | 175.50 |
| 11/09/06 | Numerous emails with David Fathi re defendants' supplemental discovery responses (.5); conference with David Fathi re same (.2); additional conference with David Fathi re conversation with Dennis Wilenchik (.2); conference with Adam Polson re failure to produce required documents (.3); conference with David Fathi re same (.2); draft correspondence to defendants requesting production of documents (.6); conference with David Fathi re same (.2); legal research re availability of sanctions under Rule 37(b) (.5); conference with Larry Hammond and Diane Meyers re letter to Dennis Wilenchik (.1).<br>    D. Hill | 2.80 | 474.60 |
| 11/09/06 | Review letter and e-mail re motion for sanctions.<br>    D. Meyers | .10 | 16.95 |
| 11/13/06 | Conference with Tricia Sherrill re inmate call; conference with Tricia Sherrill re production by Dennis Wilenchik.<br>    D. Hill | .10 | 16.95 |
| 11/13/06 | Phone conference with inmate Ralph Rodriguez.<br>    T. Sherrill | .10 | 13.50 |
| 11/14/06 | Conference with David Fathi, Larry Hammond and Diane Meyers re possible strategy in moving forward (.4); draft motion for status | 4.40 | 745.80 |

December 5, 2008        PAGE 55

FILE NUMBER: 99999.0624
INVOICE NO.: ******

conference; draft motion for sanctions for
failure to comply with discovery order;
numerous conference with David Fathi re same
(4.0).
    D. Hill

11/14/06  Telephone conference with David Fathi, Larry        .40     67.80
          Hammond and Debbie Hill re case strategy
          issues.
              D. Meyers

11/14/06  Phone conference with Debbie Hill re response       .20     27.00
          to 2004 motion to compel, review files and
          deliver same to Hill.
              T. Sherrill

11/15/06  Additional work on motion for sanctions; legal     7.30  1,237.35
          research re same; additional conference with
          David Fathi re same; review previous discovery
          documents re factual basis for motion;
          conference with Larry Hammond re motion (6.0);
          conference with David Fathi re proposed budget;
          conference with and memo to Larry Hammond re
          same (1.0); revise motion (.3).
              D. Hill

11/15/06  Coordinate with Tricia Sherrill re inmate           .10     16.95
          letters and declarations.
              D. Meyers

11/15/06  Enter information into database re supplemental     .20     27.00
          documents produced by defendants pursuant to
          Judge Sitver's 9/30/05 order.
              T. Sherrill

11/16/06  Draft correspondence to counsel re discovery       1.60    271.20
          responses and review discovery responses (.5);
          draft motion for oral argument on motion to
          compel (.2); revise same (.1); revise motion
          for sanctions (.5); revise motion for status
          conference (.2); conference with David Fathi re
          motion for sanctions (.1).
              D. Hill

11/17/06  Conference with David Fathi re motions; review     1.00    169.50
          transcript for Wilenchik quote; revise motion
          for sanctions (.5); revise correspondence to
          Dennis Wilenchik; conference with David Fathi
          re same (.3); revise remaining motion for
          status conference (.1); revise motion for oral
          argument on contempt motion (.1).
              D. Hill

11/20/06  Review and revise motion for sanctions.             .20     33.90
              D. Hill

11/20/06  Exchange e-mail re calls from inmates.              .10     16.95

FILE NUMBER: 99999.0624
INVOICE NO.: ******

---

       D. Meyers

| Date | Description | Hours | Amount |
|---|---|---|---|
| 11/21/06 | Finalize motion for sanctions; draft Hill declaration re certification with local rule 7(j) (1.0); conference with Tricia Sherrill re same (.1); conference with Larry Hammond re proposed budget; draft memo re same (.4). <br> D. Hill | 1.50 | 254.25 |
| 11/27/06 | Review letter from Dennis Wilenchik. <br> D. Hill | .10 | 16.95 |
| 11/28/06 | Draft motion to compel supplemental responses to first request for production. <br> D. Hill | 2.00 | 339.00 |
| 11/28/06 | Phone conference with Debbie Hill re fire marshal and other reports, review same, and memo to Hill re same. <br> T. Sherrill | .80 | 108.00 |
| 11/29/06 | Revise motion to compel; draft declaration of Debbie Hill in support of same. <br> D. Hill | .50 | 84.75 |
| 11/29/06 | Review and revise motion to compel. <br> D. Meyers | .30 | 50.85 |
| 11/30/06 | Review and revise motion to compel. <br> D. Meyers | .20 | 33.90 |
| 12/04/06 | Draft responses to inmate letters. <br> D. Meyers | .30 | 50.85 |
| 12/05/06 | Conference with Judge Carroll's clerk re status conference; conference with David Fathi re same (.3); review correspondence from ACLU re inmate; conference with Steve U'Ren re same (.2). <br> D. Hill | .50 | 84.75 |
| 12/06/06 | Review correspondence from Larry Hammond re inmate letter; conference with Diane Meyers re same. <br> D. Hill | .20 | 33.90 |
| 12/08/06 | Review message from Jay Harold Whitmore; telephone conference with Lori Dickman re same; exchange e-mail with Steve U'Ren re inmate declaration and Jill Kennedy. <br> D. Meyers | .20 | 33.90 |
| 12/11/06 | Review defendants' response to motion for sanctions; conference with David Fathi re same. <br> D. Hill | .30 | 50.85 |
| 12/11/06 | E-mail to Steve U'Ren re inmate declarations; | .20 | 33.90 |

FILE NUMBER: 99999.0624
INVOICE NO.: ******

```
             review response to motion for sanctions.
                D. Meyers

12/12/06  Conference with David Fathi re reply re motion     .30     50.85
             for sanctions.
                D. Hill

12/14/06  Consider reply re motion for sanctions and         .20     33.90
             motion to compel.
                D. Hill

12/15/06  Consider response to motion to compel and for     6.00  1,017.00
             sanctions (.2); conference with David Fathi re
             same (.2); draft and revise replies to motion
             to compel and for sanctions; revise same (5.5);
             conference with David Fathi re same (.1).
                D. Hill

12/18/06  Conference with David Fathi re reply re motion     .90    152.55
             for sanctions and to compel supplementation
             (.2); revise same (.5); conference with Tricia
             Sherrill re cite checking same (.1); conference
             with Allison Pulaski re request for status
             conference (.1).
                D. Hill

12/18/06  Cite check and proofing of reply re motion for    1.00    135.00
             sanctions.
                T. Sherrill

12/19/06  Finalize reply re motion for sanctions and to      .80    135.60
             compel supplementation (.3); draft declaration
             of Debbie Hill re same (.2); conference with
             David Fathi re declaration (.1); finalize same
             (.2).
                D. Hill

12/19/06  Complete cite check and proofing of reply re      3.20    432.00
             motion for sanctions, and memos to and from
             Karen McClain re same.
                T. Sherrill

12/27/06  Review and respond to inmate letters; forward      .10     16.95
             same to Steve U'Ren; review articles re jail
             and Arpaio.
                D. Meyers

01/02/07  Conference with Larry Hammond re status;           .20     33.90
             conference with David Fathi re conference with
             Judge Carroll's clerk.
                D. Hill

01/02/07  Memos from and to Holly Wake re inmate referral    .10     14.50
             by her.
                T. Sherrill

01/05/07  Review inmate correspondence and comments by       .20     29.00
```

FILE NUMBER: 99999.0624
INVOICE NO.: ******

```
            Diane Meyers re same (.2).
              T. Sherrill

01/08/07  Conference with Allison, Judge Carroll's clerk,      .20    33.90
            re status conference; conference with David
            Fathi re same.
              D. Hill

01/09/07  Emails to Steve U'Ren re inmate complaints.          .20    33.90
              D. Hill

01/09/07  Review inmate correspondence, update inmate         1.80   261.00
            list, and memos to Diane Meyers re same (.4);
            update file materials re correspondence and
            attachments to and from inmates (.7); memo from
            Debbie Hill re return of Dowling original
            documents, and review case file materials re
            same (.3); prepare index of documents produced
            by defendants (.4).
              T. Sherrill

01/10/07  Prepare summary of discovery received from          1.70   246.50
            defendants (1.5); phone conferences with
            personnel at Morey Unit re return of Patrick
            Dowling materials (.2).
              T. Sherrill

01/18/07  Conference with Ted Jarvi; conference with           .20    33.90
            David Fathi re status.
              D. Hill

01/19/07  Conference with Larry Hammond; conference with      1.50   254.25
            David Fathi re request to refer to magistrate;
            conference with Allison Pulaski; conference
            with David Fathi re same (.4); draft motion to
            refer to magistrate; revise same (1.0);
            conference with Larry Hammond and David Fathi
            re same (.1).
              D. Hill

01/22/07  Conference with Larry Hammond re motion to           .70   118.65
            refer to magistrate; conference with David
            Fathi re same (.2); conference with David Fathi
            re article re Dennis Wilenchik (.1); revise
            motion to refer to magistrate; conference with
            Judge Carroll's chambers re same (.2);
            conference with Catholic Charities re
            conditions issues and calls from inmates (.2).
              D. Hill

01/23/07  File organization.                                   .20    33.90
              D. Hill

01/26/07  Conference with Larry Hammond re articles re         .30    50.85
            jail conditions; conference with Bob Hooker
            re pleadings in case.
              D. Hill
```

```
                                         December 5, 2008      PAGE 59
FILE NUMBER: 99999.0624
INVOICE NO.: ******
```

---

| | | | |
|---|---|---|---|
| 01/27/07 | Conference with Phil Hartel re client in jail; conference with Larry Hammond re article re jail conditions.<br>  D. Hill | .20 | 33.90 |
| 02/01/07 | Index documents provided by Ted Jarvi.<br>  T. Sherrill | 1.00 | 145.00 |
| 02/02/07 | Telephone conference with CO3 Garcia re legal call with Gamboa.<br>  D. Meyers | .20 | 33.90 |
| 02/05/07 | Conference with Alice Bendheim re article about jail conditions (.2); conference with Larry Hammond and Diane Meyers re meeting (.1).<br>  D. Hill | .30 | 50.85 |
| 02/06/07 | Conference with Larry Hammond and Diane Meyers re meeting.<br>  D. Hill | .10 | 16.95 |
| 02/07/07 | Review response to motion to refer to magistrates.<br>  D. Hill | .20 | 33.90 |
| 02/07/07 | Telephone conference with inmate Gamboa; review response from defendants re motion to refer to magistrate; confer with Debbie Hill re case status issues.<br>  D. Meyers | .30 | 50.85 |
| 02/09/07 | Conference with David Fathi; conference with David Fathi (.1); conference with Larry Hammond re reply re motion to transfer (.1); forward letters from ACLU to U'Ren; review Dollar declaration (.1); conference with Bruce Feder re medical care at jail (.1).<br>  D. Hill | .40 | 67.80 |
| 02/12/07 | Draft reply in support of motion to send discovery to magistrate (.7); conference with Bruce Feder re inmate declaration (.1); conference with Steve U'Ren re inmate declaration (.1).<br>  D. Hill | .90 | 152.55 |
| 02/13/07 | Review and revise reply in support of motion to refer (.5); conference with David Fathi re same (.1); conference with Larry Hammond re strategy in case (.4); conference with Bruce Feder re additional inmate; conference with Steve U'Ren re same (.2).<br>  D. Hill | 1.20 | 203.40 |
| 02/13/07 | Review and provide comments re reply in support of motion to refer. | .30 | 50.85 |

```
                                      December 5, 2008       PAGE 60
FILE NUMBER: 99999.0624
INVOICE NO.: ******
```

---

      D. Meyers

| | | | |
|---|---|---|---|
| 02/14/07 | Conference with David Fathi re reply re motion to refer to magistrate (.2); revise and finalize reply (.2); conference with Larry Hammond and Athia Hardt re jail conditions (.2). | .60 | 101.70 |

      D. Hill

| | | | |
|---|---|---|---|
| 02/16/07 | Conference with David Fathi (.3); draft summary of case; review ABA resolution re PLRA (1.0); review PLRA stay provisions; conference with David Fathi re same (.2). | 1.50 | 254.25 |

      D. Hill

| | | | |
|---|---|---|---|
| 02/16/07 | Memo from Debbie Hill re defendants' motion to terminate, and forward same to her. | .10 | 14.50 |

      T. Sherrill

| | | | |
|---|---|---|---|
| 02/19/07 | Revise memo re status of case; conference with Athia Hardt re same. | .20 | 33.90 |

      D. Hill

| | | | |
|---|---|---|---|
| 02/20/07 | Conference with Judge Carroll's clerk (.1); conference with David Fathi re motion re stay (.1); conference with David Fathi re pending motions notification and other options in case (.1). | .30 | 50.85 |

      D. Hill

| | | | |
|---|---|---|---|
| 02/22/07 | Conference with Athia Hardt; additional conference with Athia Hardt. | .20 | 33.90 |

      D. Hill

| | | | |
|---|---|---|---|
| 02/23/07 | Correspondence to Michael Mitchell to forward copies to him of his declarations, and memo to Diane Meyers re same (.2); forward DeRoche correspondence to Steve U'Ren (.1). | .30 | 43.50 |

      T. Sherrill

| | | | |
|---|---|---|---|
| 02/28/07 | Lengthy conference with Allison Pulaski, Judge Carroll's clerk, re status (.3); conference with David Fathi re same (.2); conference with David Fathi (.1). | .60 | 101.70 |

      D. Hill

| | | | |
|---|---|---|---|
| 03/01/07 | Call SPC Lewis re conference call with Mr. Gamboa; leave message with Tricia Sherrill re same. | .10 | 16.95 |

      D. Meyers

| | | | |
|---|---|---|---|
| 03/02/07 | Memo from Diane Meyers re Guillermo Gamboa, review file materials re same, and memo to Diane Meyers re same (.2); prepare letter to Guillermo Gamboa returning his documents (.2). | .40 | 58.00 |

      T. Sherrill

```
                                    December 5, 2008      PAGE 61
FILE NUMBER: 99999.0624
INVOICE NO.: ******
```

| Date | Description | Hours | Amount |
|---|---|---|---|
| 03/06/07 | Conference with Athia Hardt re possible articles about jail; conference with Larry Hammond re same (.5); review inmate declarations from Steve U'Ren (.2); conference with Athia Hardt re inmate declaration; conference with Bruce Feder re same (.1).<br>D. Hill | .80 | 135.60 |
| 03/06/07 | Review postcard from inmate and forward same to Tricia Sherrill.<br>D. Meyers | .10 | 16.95 |
| 03/09/07 | Conference with David Fathi.<br>D. Hill | .10 | 16.95 |
| 03/12/07 | Conference with Larry Hammond re motion to refer discovery to magistrate.<br>D. Hill | .10 | 16.95 |
| 03/14/07 | Conference with Michele Michaelson re Pima County Jail and our case, and strategy for getting mental health records from Maricopa County (.7); forward materials to Michele Michaelson; conference with Michele Michaelson re same (.3).<br>D. Hill | 1.00 | 169.50 |
| 03/16/07 | Conference with Larry Hammond re conference with Center for Disability Law.<br>D. Hill | .40 | 67.80 |
| 03/19/07 | Conference with David Fathi re status of publicity efforts (.2); conference with Peter Ozanne re status of case (.2).<br>D. Hill | .40 | 67.80 |
| 03/20/07 | Conference with Peter Ozanne; forward materials to Peter Ozanne re jail conditions.<br>D. Hill | .30 | 50.85 |
| 03/22/07 | Conference with Michelle Michaelson; conference with Allison Pulaski re possible hearing on motion to refer discovery to magistrate.<br>D. Hill | .20 | 33.90 |
| 03/26/07 | Conference with David Fathi; conference with Michelle Michaelson.<br>D. Hill | .20 | 33.90 |
| 03/27/07 | Conference with Peter Ozanne re meeting.<br>D. Hill | .10 | 16.95 |
| 03/29/07 | Conference with Athia Hardt re article by Wagner; correspondence from Steve U'Ren.<br>D. Hill | .20 | 33.90 |
| 04/09/07 | Review messages from Bruce Goldman; draft | .10 | 16.95 |

```
                                      December 5, 2008      PAGE 62
FILE NUMBER: 99999.0624
INVOICE NO.: ******
```

letter re same.
    D. Meyers

04/11/07 Review filing from Michele Iafrate (.1);     .40   67.80
         conference with Center for Disability Law;
         conference with Peter Ozanne; conference with
         David Fathi (.3).
            D. Hill

04/12/07 Conference with Peter Ozanne re jail conditions;   .20   33.90
         conference with Peter Ozanne re same; conference
         with David Fathi re Ozanne conference.
            D. Hill

04/14/07 Conference with Larry Hammond re email from      .10   16.95
         Ozanne.
            D. Hill

04/17/07 Conference with Peter Ozanne re FOIA request.     .10   16.95
            D. Hill

04/26/07 Conference with Larry Hammond re Arpaio       1.50  254.25
         testimony; conference with Mike Manning re
         same; conference with Larry Hammond re same;
         conference with Center for Disability Law re
         request for documents and tour of jail (.2);
         draft correspondence to County re public
         records request for Jail documents (.2);
         conference with David Fathi re status of case
         (.1); research re Jail Oversight Committee;
         revise Public Records request to Oversight
         Committee; conference with Amy Rex re minutes
         and list of committee members; review latest
         2006 committee minutes; conference with Amy Rex
         re committee meetings; conference with Larry
         Hammond re same; conference with Larry Hammond
         and Diane Meyers re records request (1.0).
            D. Hill

04/27/07 Review minutes of Jail Oversight Committee;     .70  118.65
         conference with David Fathi re same (.4);
         conference with David Fathi re status of case
         (.3).
            D. Hill

04/30/07 Conference with released inmate Scott Williams,   .40   58.00
         and prepare memo re same (.4).
            T. Sherrill

05/08/07 Conference with Allison; conference with Larry   .40   67.80
         Hammond and Fathi; draft notice of motion
         pending for more than 180 days.
            D. Hill

05/09/07 Conference with Larry Hammond and David Fathi   .10   16.95
         about how to proceed (.1).
            D. Hill

```
                                        December 5, 2008       PAGE 63
FILE NUMBER: 99999.0624
INVOICE NO.: ******
```

| | | | |
|---|---|---|---|
| 05/10/07 | Finalize notice for 180 day motions.<br>D. Hill | .10 | 16.95 |
| 05/15/07 | Review correspondence from Amy Rex; conference with Larry Hammond re same.<br>D. Hill | .20 | 33.90 |
| 05/17/07 | Conference with David Fathi re meeting with Dean White.<br>D. Hill | .10 | 16.95 |
| 05/22/07 | Conference with Tricia White re status of jail oversight committee.<br>D. Hill | .10 | 16.95 |
| 06/07/07 | Conference with Allison in Judge Carroll's office; conference with David Fathi re same; conference with David Fathi re how to move case forward.<br>D. Hill | .30 | 50.85 |
| 06/21/07 | Review file (.1); draft second pending motions notification (.2); conference with Trish White re jail oversight committee; conference with Trish White re same (.2).<br>D. Hill | .50 | 84.75 |
| 07/04/07 | Review correspondence from Joel Robbins re inmate declaration.<br>D. Hill | .10 | 16.95 |
| 07/10/07 | Conference with Judge Carroll's chambers; conference with Larry Hammond and David Fathi re renewed motion for status conference.<br>D. Hill | .20 | 33.90 |
| 07/11/07 | Conference with David Fathi re motion.<br>D. Hill | .10 | 16.95 |
| 07/12/07 | Conference with Alice Ann Burns re case (from Carroll's court).<br>D. Hill | .20 | 33.90 |
| 07/18/07 | Phone message from Tony Lucero re class action, and memos from Donna Toland and Debbie Hill re same.<br>T. Sherrill | .20 | 29.00 |
| 07/19/07 | Phone conference with relative of Tony Lucero re call received from him.<br>T. Sherrill | .10 | 14.50 |
| 07/31/07 | Conference with Court; conference with David Fathi re status.<br>D. Hill | .10 | 16.95 |

```
                                     December 5, 2008        PAGE 64
FILE NUMBER: 99999.0624
INVOICE NO.: ******
```

| | | | |
|---|---|---|---|
| 08/06/07 | Conference with Jana Bommersbach; review file and respond to Jana's questions for article.<br>    D. Hill | .40 | 67.80<br>[NOT SEEKING REIMBURSEMENT] |
| 08/08/07 | Phone messages from and to sister of class inmate.<br>    T. Sherrill | .10 | 14.50 |
| 08/20/07 | Conference with David Fathi re status.<br>    D. Hill | .10 | 16.95 |
| 08/24/07 | Review minute entry re status conference; conference with David Fathi re same; numerous conferences with Dennis Wilenchik re scheduling issues with hearing.<br>    D. Hill | .40 | 67.80 |
| 08/27/07 | Conference with David Fathi re hearing (.3); conference with Ted Jarvi re same (.1); numerous conferences with Dennis Wilenchik's office re hearing date (.2); conference with court re hearing (.1).<br>    D. Hill | .70 | 118.65 |
| 09/05/07 | Numerous conferences with David Fathi re status (.2); file organization (.2).<br>    D. Hill | .40 | 67.80 |
| 09/07/07 | Conference with David Fathi re trial date; conference with David Fathi re same.<br>    D. Hill | .20 | 33.90 |
| 09/10/07 | Conference with Ted Jarvi re hearing (.1); review documents in preparation for Friday hearing (.2);conference with Patricia White re criminal justice committee meeting (.1).<br>    D. Hill | .40 | 67.80 |
| 09/11/07 | Conference with David Fathi re substitution.<br>    D. Hill | .10 | 16.95 |
| 09/12/07 | Conference with David Fathi re conference (.1); review notes for status conference (.1); review and revise notice of substitution (.2); conference with David Fathi re same (.1).<br>    D. Hill | .50 | 84.75 |
| 09/14/07 | Prepare for hearing; attend hearing (1.4); conference with Ted Jarvi re various ideas re representation (.2); review minute entry (.1); conference with Larry Hammond re 3/06 transcript and previous discussion of appearance; conference with Larry Hammond re how to proceed (.3)<br>    D. Hill | 2.00 | 339.00 |
| 09/17/07 | Conference with Ted Jarvi re payment issues; | .50 | 84.75 |

December 5, 2008        PAGE 65

FILE NUMBER: 99999.0624
INVOICE NO.: ******

         review memo from Larry Hammond (.1);
         numerous conferences with David Fathi re
         appointment (.2); consider how to proceed
         with appointment; conference with Larry
         Hammond re same (.2)
            D. Hill

09/17/07 Read correspondence, declarations and materials    3.30    478.50
         forwarded by inmates, organize same, memo to
         Donna Bosco and update Access database re same.
            T. Sherrill

09/18/07 Extended conference with David Fathi and           1.10    186.45
         Margaret Winters re status of case (.7);
         conference with Larry Hammond re status (.2);
         conference with Peter Ozanne re status (.1);
         conference with Peter Ozanne (.1).
            D. Hill

09/18/07 Review inmate correspondence, update witness       2.00    290.00
         database re same, and create witness table re
         pretrial detainees, MCSO witnesses.
            T. Sherrill

09/19/07 Conference with Peter Ozanne re meeting.            .10     16.95
            D. Hill

09/19/07 Prepare and update witness chart re pretrial       2.40    348.00
         detainees, DOC witnesses, and organize case
         folders (2.3); memos to and from Debbie Hill
         and Lindsay Jensen re request for transcript of
         status hearing (.1).
            T. Sherrill

09/20/07 Review article by Bommersbach; conference with     .30     50.85
         Athia Hardt re same; conference with David
         Fathi re same.
            D. Hill

09/21/07 Conference with David Fathi; review objection      .30     50.85
         to appointment of Margaret Winters; conference
         with Larry Hammond re same.
            D. Hill

09/21/07 Organize inmate correspondence into file           6.00    870.00
         folders (.3); continue to update witness
         database re same (.5); continue index of
         documents produced by the defendants (5.2).
            T. Sherrill

09/24/07 Conference with Steve U'Ren re response to         .30     50.85
         motion; conference with Rich Robertson re
         payments to Dennis Wilenchik.
            D. Hill

09/24/07 Memos to and from Naomi Ewing re                   4.70    681.50
         transcript request form (.1); continue

FILE NUMBER: 99999.0624
INVOICE NO.: ******

| | | | |
|---|---|---|---|
| | preparation of index of documents produced in discovery (4.6).<br>T. Sherrill | | |
| 09/25/07 | Meeting with Larry Hammond to discuss case (.2); continue preparation of index to documents produced through discovery (4.6).<br>T. Sherrill | 4.80 | 696.00 |
| 09/26/07 | Conference with Larry Hammond re strategy in case re response to Dennis Wilenchik motion and staffing.<br>D. Hill | .30 | 50.85 |
| 09/26/07 | Continue index of documents produced through discovery.<br>T. Sherrill | 4.00 | 580.00 |
| 09/27/07 | Conference with Scott Williams re declaration (.2); conference with Larry Hammond re response to Dennis Wilenchik's objection to Margaret Winter (.2).<br>D. Hill | .40 | 67.80 |
| 09/27/07 | Continue preparation of index to documents produced in discovery (3.5); read transcript of 9/14/07 status conference, and distribute same to attorneys (.3); memos from and to Karen McClain re meeting with released inmate, and review file materials re same (.2).<br>T. Sherrill | 4.00 | 580.00 |
| 09/28/07 | Consider response to Dennis Wilenchik motion and review various pleadings re history of counsel in case (.2); review transcript of last hearing (.1); conference with Margaret Winter re response; conference with Larry Hammond re same (.2).<br>D. Hill | .50 | 84.75 |
| 09/28/07 | Continue index of documents produced during discovery.<br>T. Sherrill | 5.60 | 812.00 |
| 10/01/07 | Conference with Margaret Winter; conference with Larry Hammond re response to motion re appointment of counsel; review materials from Margaret Winter re her professional background.<br>D. Hill | .30 | 50.85 |
| 10/01/07 | Prepare for meeting with Williams re preparation of declaration (.2); meet with Williams (1.3); read article, Disorder in the Court re Hart lawsuit (.1); continue index of documents produced through discovery (1.9); prepare letter to Williams returning original documents (.2); review materials received from | 6.40 | 928.00 |

December 5, 2008        PAGE 67

FILE NUMBER: 99999.0624
INVOICE NO.: ******

---

Williams, organize same and memo to Donna Bosco
re same (1.2); review notes and Williams'
materials and draft declaration for his review
(1.5).
  T. Sherrill

| 10/02/07 | Draft response to objection to Margaret Winter's representation.<br>  D. Hill | 1.00 | 169.50 |
|---|---|---|---|
| 10/03/07 | Draft response to Dennis Wilenchik's motion.<br>  D. Hill | 2.00 | 339.00 |
| 10/03/07 | Read letter from inmate and prepare letter in response, update inmate table and Access database re same (.6); continue index of documents produced in discovery (3.9); conference with Debbie Hill re inserts for draft response, review case file materials and insert same, and distribute to Debbie Hill (.7); create table re timeline of events (.2).<br>  T. Sherrill | 5.40 | 783.00 |
| 10/04/07 | Revise response (.1); conference with Diane Meyers re inmate correspondence (.1); conference with Larry Hammond re response (.1); conference with Diane Meyers re inmate letter (.1); conference with Diane Meyers re Mullins correspondence (.1).<br>  D. Hill | .50 | 84.75 |
| 10/04/07 | Review letter from inmate Robert Mile re medical condition; coordinate re meeting same (.4); confer with Debbie Hill re inmate Michael Mullins' file (.1).<br>  D. Meyers | .50 | 84.75 |
| 10/04/07 | Prepare a timeline of case filings important to the case.<br>  T. Sherrill | 4.80 | 696.00 |
| 10/05/07 | Coordinate with Tricia Sherrill re inmate Michael Mullins' file.<br>  D. Meyers | .20 | 33.90 |
| 10/05/07 | Read 9/30/05 Order by Judge Sitver, review and update docket sheet, and continue creation of table re timeline of events.<br>  T. Sherrill | 4.60 | 667.00 |
| 10/08/07 | Revise and finalize response to motion (.6); conference with Ted Jarvi re same and strategy re substitution (.2); conference with Peggy Winter re same (.1); conference with Larry Hammond re staffing (.1).<br>  D. Hill | 1.00 | 169.50 |

```
                                        December 5, 2008        PAGE 68
FILE NUMBER: 99999.0624
INVOICE NO.: ******
```

| Date | Description | Hours | Amount |
|---|---|---|---|
| 10/09/07 | Conference with Karen McClain re response; conference with Peggy Winter re same.<br>   D. Hill | .20 | 33.90 |
| 10/17/07 | Review e-mail re Criminal Justice Oversight Committee meeting; conference with Larry Hammond re same (.1).<br>   D. Hill | .10 | 16.95 |
| 10/18/07 | Review materials.<br>   S. Desai | .50 | 84.75 |
| 10/19/07 | Conference with Peggy Winter re status (.1); conference with Peggy Winter (.1); review reply re objection to Winter representation (.1); conference with Peggy Winter re same (.1).<br>   D. Hill | .40 | 67.80 |
| 10/19/07 | Review materials in case.<br>   S. Desai | 2.20 | 372.90 |
| 10/21/07 | Conference with Larry Hammond re Dennis Wilenchik's reply re Winter representation and issues surrounding Wilenchik's representation.<br>   D. Hill | .30 | 50.85 |
| 10/21/07 | Exchange e-mail with Sharad Desai re detainee interviews.<br>   D. Meyers | .10 | 16.95 |
| 10/22/07 | Exchange e-mail with Sharad Desai re visit to jail.<br>   D. Meyers | .20 | 33.90 |
| 10/23/07 | Conference with Tricia Sherrill re search for information on appointment of defendant's counsel and earlier appointment of Ted Jarvi; numerous conferences with Tricia Sherrill re same; conference with Ted Jarvi re motion re alignment of counsel (1.0); draft motion re alignment of counsel; revise same (2.0); conference with Larry Hammond re same (.2).<br>   D. Hill | 3.20 | 542.40 |
| 10/23/07 | Exchange e-mail with Sharad Desai re interviews of pretrial detainees (.2); telephone conference with Debbie Hill re conflict research (.3).<br>   D. Meyers | .50 | 84.75 |
| 10/23/07 | Read letters from Francisco Aguirre and Robert Allen Mile (.3); review the omnibus motion (1.0); review Judge Sitver's 9/30/05 order (.2); review motions regarding appointment of expert witnesses (.5).<br>   S. Desai | 2.00 | 339.00 |
| 10/23/07 | Phone conferences with Debbie Hill re search of | 1.80 | 261.00 |

FILE NUMBER: 99999.0624
INVOICE NO.: ******

---

docket sheet re representation by John Michaels
and Ted Jarvi, search same, and memos to and
from Debbie Hill re same.
    T. Sherrill

| | | |
|---|---|---|
| 10/24/07 Numerous conferences with Tricia Sherrill re timeline re appointment of counsel for defendants (.6); review and revise motion re alignment of counsel (.5); conference with Diane Meyers re motion to disqualify (.1).     D. Hill | 1.20 | 203.40 |
| 10/24/07 Review documents related to Wilenchik's role as special prosecutor; exchange e-mail with Sharad Desai re interview of detainees.     D. Meyers | .30 | 50.85 |
| 10/24/07 Phone conferences with Chris (U.S.D.C.) re docket sheet for Dkt. Nos. 1-498, and memo to Debbie Hill re same (.3); roundtrip to U.S.D.C. to pick up copy of early pages of docket sheet (.8); read Docket Sheet pages 1-27 re appointment of Birnbaum, and memos to and from Debbie Hill re same (1.3); distribute requested copies of docket sheet to Debbie Hill (.1); search later docket sheet re Dennis Wilenchik, and memo to Debbie Hill re same (.1); phone conferences with Becky (U.S.D.C.) re requests for copies of documents and transcripts, prepare fax to U.S.D.C. Customer Service re same, and memo to Debbie Hill re same (.5).     T. Sherrill | 3.10 | 449.50 |
| 10/25/07 Review and revise motion re realignment of counsel (.3); conference with Ted Jarvi and Peggy Winter re same (.2); conference with Diane Meyers re possible motion re Wilenchik (.2); review articles re same and memo to Diane Meyers (.1).     D. Hill | .80 | 135.60 |
| 10/25/07 Review motion clarifying counsel issues; e-mail to Debbie Hill re same.     D. Meyers | .20 | 33.90 |
| 10/25/07 Review documents relating to motion to compel production.     S. Desai | 3.40 | 576.30 |
| 10/25/07 Forward correspondence to U.S.D.C. (.1); phone conferences with Candy Potter re transcripts, and U.S.D.C. clerks re documents requested by Debbie Hill (.3); memos to and from Lindsay Jensen re transcripts (.1).     T. Sherrill | .50 | 72.50 |
| 10/26/07 Review transcripts and order re appearance of | .30 | 50.85 |

FILE NUMBER: 99999.0624
INVOICE NO.: ******

---

defendants counsel; conference with Diane
Meyers re same.
    D. Hill

| | | | |
|---|---|---|---|
| 10/26/07 | Trip to U.S.D.C. to pick up transcripts and documents, organize same for file, distribute to Debbie Hill, and phone conference with Candy Potter re missing page in transcript.<br>    T. Sherrill | | 1.20 | 174.00 |
| 10/29/07 | Extended conference with Peggy Winter re memo.<br>    D. Hill | | .30 | 50.85 |
| 10/29/07 | Read drafts re realignment of plaintiff's counsel.<br>    S. Desai | | .10 | 16.95 |
| 10/30/07 | Prepare for and meet with pretrial detainee (2.5);telephone conference with former detainee re claim (.2); e-mail to Sharad Desai and Debbie Hill re same (.1).<br>    D. Meyers | | 2.80 | 474.60 |
| 10/30/07 | Meet with Robert Allen Mile at Lower Buckeye Jail re jail issues.<br>    S. Desai | | 2.00 | 339.00 |
| 10/31/07 | Gather documents related to jail conditions (.5); conference with Mike Lacey re same (.7); conference with Tricia Sherrill re various documents relating to jail conditions and reports; conference with Peggy Winter re same; conference with Peggy Winter re same; review Justice System Report and DOJ Jail report (1.3); conference with Mike Lacey re jail issues (.5); consider budget issues (.2).<br>    D. Hill | [.5 HOURS NOT SEEKING REIMBURSEMENT] | 3.20 | 542.40 |
| 10/31/07 | Phone conferences with Debbie Hill re preparation for meeting with media, search database and forward inmate declarations to Hill (.7); search ADOC website and phone conferences with MCSO re current locations of pretrial detainees (1.0); search mailsite re email from David Fathi re jail statistics, and memos to and from Karen McClain and Debbie Hill re same (.8); memos to and from Fathi re same, search County website re annual justice report re jail statistics, and forward same to Hill (.2).<br>    T. Sherrill | [.7 HOURS NOT SEEKING REIMBURSEMENT] | 2.70 | 391.50 |
| 11/01/07 | Conference with Larry Hammond re motion re realignment of counsel; review and revise same; conference with Peggy Winter re same (.8); review various jail documents from Tricia Sherrill; conference with Peggy Winter re same (.3). | | 1.10 | 186.45 |

FILE NUMBER: 99999.0624
INVOICE NO.: ******

---

          D. Hill

11/01/07 Review and revise Declaration of Robert Mile;        .20    33.90
         exchange e-mail with Sharad Desai re same.
          D. Meyers

11/01/07 Review pleadings related to discovery in the        2.70   457.65
         case (2.3); draft declaration for Robert Mile
         (.4).
          S. Desai

11/01/07 Search Access database re policies requested in     2.40   348.00
         requests for production, search Internet, and
         memos to and from Debbie Hill re same.
          T. Sherrill

11/02/07 Conference with Larry Hammond re motion re          1.00   169.50
         realignment (.1); revise same (.2); extended
         conference with Ted Jarvi re declaration (.3);
         draft Jarvi declaration (.2); conference with
         Margaret Winter; conference with Trish Sherrill
         re various issues (.2).
          D. Hill

11/06/07 Review and revise supplemental memo and              .60   101.70
         declaration (.4); conference with Ted Jarvi re
         same (.1);conference with Margaret Winter re
         same (.1).
          D. Hill

11/06/07 Review Jarvi declaration.                            .20    33.90
          S. Desai

11/13/07 Review response from Dennis Wilenchik.               .10    16.95
          D. Hill

11/13/07 Review defendant's response to supplemental          .10    16.95
         memorandum re alignment of counsel; review CJOC
         Nov. 14 meeting agenda.
          S. Desai

11/14/07 Conference with Trish White re CJOC meeting;         .50    84.75
         conference with Sharad Desai re same (.4);
         conference with Trish White re jails issues (.1).
          D. Hill

11/14/07 Conference with Debbie Hill and Patricia            2.90   491.55
         White to discuss CJOC meeting; attend CJOC
         meeting.
          S. Desai

11/19/07 Draft email to Debbie Hill and Larry Hammond         .20    33.90
         recapping the November 14, 2007, CJOC meeting.
          S. Desai

11/20/07 Conference with Sharad Desai re CJOC meeting.        .10    16.95
          D. Hill

```
                                    December 5, 2008      PAGE 72
FILE NUMBER: 99999.0624
INVOICE NO.: ******
```

---

| | | | |
|---|---|---|---|
| 11/27/07 | Conference with Larry Hammond re counsel issues; draft fourth notice of status of motions.<br>D. Hill | .40 | 67.80 |
| 12/10/07 | Search all categories in Mailsite re Michelle McCollum, search website directory re same, and memo to Larry Hammond and Debbie Hill distributing documentation re same (.8); review hard copies of file materials, and memo to Steve U'Ren re McCollum declaration (.2); phone conference with U'Ren re same (.1).<br>T. Sherrill | 1.10 | 159.50 |
| 12/12/07 | <mark>Conference with New Times re article (.2);</mark> conference with Rich Robertson re defendants' legal fees (.1).<br>D. Hill | .30<br><mark>[.2 HOURS NOT SEEKING REIMBURSEMENT]</mark> | 50.85 |
| 12/18/07 | Review documents re Wilenchik's fees.<br>D. Hill | .10 | 16.95 |
| 12/20/07 | Review articles on jail conditions; conference with Peggy Winter re same.<br>D. Hill | .30 | 50.85 |
| 12/21/07 | Conference with Larry Hammond re jail conditions article; correspondence to Trish White re same (.2); conference with Alice Ann Burns re status (.2); conference with team re same (.1).<br>D. Hill | .50 | 84.75 |
| 12/27/07 | Review article re Dennis Wilenchik (.1); conference with Larry Hammond and Peggy Winter (.2); conference with Richard Martinez (.1); conference with Steve U'Ren (.2).<br>D. Hill | .60 | 101.70 |
| 12/28/07 | Conference with Peggy Winter re articles (.1); conference with Steve U'Ren re inmate declaration (.1); conference with David Kephardt re jail issues (.1).<br>D. Hill | .30 | 50.85 |
| 01/02/08 | Conference with Larry Hammond re fees incurred by Iafrate and Wilenchik.<br>D. Hill | .20 | 33.90 |
| 01/07/08 | Conference with Larry Hammond re Mullennex declaration; review Martinez declaration; conference with Steve U'Ren re Mullennex declaration; file organization.<br>D. Hill | .40 | 67.80 |
| 01/07/08 | Read 12/27/07 New Times article, e-mails from | .70 | 108.50 |

```
FILE NUMBER: 99999.0624
INVOICE NO.: ******
```

---

Debbie Hill and Larry Hammond, and update
witness files re declarations (.3); update
inmate list and database re new declarants, and
memo to Donna Bosco re same (.4).
  T. Sherrill

01/08/08 Review emails from Peggy Winter re jail video        .40    67.80
(.1); numerous conferences with Peggy Winter and
Larry Hammond re strategy and conference call (.3).
  D. Hill

01/08/08 Phone conference with Debbie Hill re John Toma,      2.70   418.50
Ph.D. and Alan Tavassoli, memos to and from
Tavassoli and Hill, and phone message to Carole
re same (3.0); review and organize declarations
received to date re index of declarations not
yet filed (2.4).
  T. Sherrill

01/09/08 Phone conference with Carole re inmate letters       .30    46.50
received by Alan Tavassoli, review same, memos
to and from Tavassoli and memo to Debbie Hill
re same.
  T. Sherrill

01/15/08 Review order setting status conference (.2);         1.00   169.50
numerous conferences with Peggy Winter re same
(.4); conference with Steve U'Ren and Ted Jarvi re
same (.4).
  D. Hill

01/16/08 Conference with Sharad Desai re research re          1.00   169.50
counsel issues (.2); conference with attorney
re declaration; conference with Steve U'Ren re
same; conference with Peggy Winter; conference
with Peggy Winter; conference with Mike Manning
re jail issues; conference with Sharad Desai re
amended judgment (.8).
  D. Hill

01/16/08 Meet with Debbie Hill to discuss research            2.90   491.55
assignment; research class counsel issue.
  S. Desai

01/16/08 Update inmate list and Access database re            .70    108.50
Michael Escarsega, and memo to Donna Bosco re
same (.3); update inmate records re letters
received from Alan Tavassoli, and memo to
Tavassoli re same (.4).
  T. Sherrill

01/17/08 Conference with Peggy Winter re appointment          .50    84.75
issues (.3); conference with Sharad Desai re
same (.1); conference with Larry Hammond re
meeting with Rose Mary Wilcox in light of
continued issues with Dennis Wilenchik (.1).
  D. Hill

```
                                          December 5, 2008      PAGE 74
FILE NUMBER: 99999.0624
INVOICE NO.: ******
```

---

| Date | Description | | |
|---|---|---|---|
| 01/17/08 | Read correspondence received from Alan Tavassoli and organize same (.8).<br>T. Sherrill | .80 | 124.00 |
| 01/18/08 | Conference with Sharad Desai re legal research (1.0); review pleadings re motions to disqualify (.2); conference call with Peggy Winter and other co-counsel re hearing on January 24 (.3).<br>D. Hill | 1.50 | 254.25 |
| 01/18/08 | Review research and discuss with Debbie Hill prior to conference call.<br>S. Desai | 3.00 | 508.50 |
| 01/22/08 | Draft memo re argument for Thursday (.3); conference with Steve U'Ren and Ted Jarvi re same (.2); conference with Peggy Winter re same; conference with Peggy Winter (.2); prepare for oral argument (.3).<br>D. Hill | 1.00 | 169.50 |
| 01/22/08 | Review Debbie Hill's email regarding our strategy at the 1/24/08 hearing, as well as email from Peggy Winter.<br>S. Desai | .20 | 33.90 |
| 01/23/08 | Conference with Ted Jarvi re hearing; prepare for hearing.<br>D. Hill | .40 | 67.80 |
| 01/23/08 | Review strategy emails for 1/24 hearing regarding appointment of class counsel.<br>S. Desai | .10 | 16.95 |
| 01/24/08 | Prepare for and attend hearing re objection to Osborn Maledon as counsel (2.2); conference with Peggy Winter re strategy (.2).<br>D. Hill | 2.40 | 406.80 |
| 01/24/08 | Attend hearing regarding appointment of class counsel.<br>S. Desai | 2.00 | 339.00 |
| 01/24/08 | Memos from and to Debbie Hill re transcript of hearing (.1).<br>T. Sherrill | .10 | 15.50 |
| 01/25/08 | Prepare form for transcript order request, forward same to Karen McClain, and memos to McClain and Lindsay Jensen re same (.3).<br>T. Sherrill | .30 | 46.50 |
| 01/28/08 | Review declarations; conference with counsel re same; file organization.<br>D. Hill | .20 | 33.90 |

FILE NUMBER: 99999.0624
INVOICE NO.: ******

| Date | Description | Hours | Amount |
|---|---|---|---|
| 01/29/08 | Review declarations of protected segregation inmates from Alan Tavvassoli.<br>S. Desai | .30 | 50.85 |
| 01/30/08 | Conference with Bruce Feder re inmate declaration.<br>D. Hill | .30 | 50.85 |
| 02/01/08 | Conference with Jeremy Mussman; email from Mussman re inmate with medical issue.<br>D. Hill | .30 | 50.85 |
| 02/04/08 | Conference with Center for Disability Law re status of mental health issues at jail.<br>D. Hill | .20 | 33.90 |
| 02/04/08 | Research judicial statistics in support of possible mandamus.<br>S. Desai | .10 | 16.95 |
| 02/05/08 | Conference with Peggy Winter re strategy.<br>D. Hill | .10 | 16.95 |
| 02/05/08 | Phone conferences with Debbie Hill re transcript of 1/24/08 hearing, and phone message to Candy Potter re same (.1); phone conference with Potter and e-mail to Debbie Hill re same (.1).<br>T. Sherrill | .20 | 31.00 |
| 02/08/08 | Review transcript of last hearing; conference with Peggy Winter re same.<br>D. Hill | .20 | 33.90 |
| 02/08/08 | Review transcript of hearing regarding appointment of counsel.<br>S. Desai | .30 | 50.85 |
| 02/08/08 | Review transcript received from Candy Potter, memo to Potter, and distribute transcript to attorneys.<br>T. Sherrill | .20 | 31.00 |
| 02/11/08 | Review memo from Larry Hammond (.1); conference with Peggy Winter (.1); review correspondence from Steve U'Ren re additional materials from declarant (.2).<br>D. Hill | .40 | 67.80 |
| 02/11/08 | Review Larry Hammond's and Peggy Winter's emails regarding how to proceed with regard to alignment of counsel and Judge Carroll's suggestion that he conduct a walk-through of the prisons.<br>S. Desai | .10 | 16.95 |
| 02/18/08 | Conference with Tim Eckstein; conference with | .50 | 84.75 |

FILE NUMBER: 99999.0624
INVOICE NO.: ******

    Peggy Winter re motions for expedited
    consideration; review 9th Circuit materials re
    impaired judges (.5).
      D. Hill

02/18/08 Meet with Theresa Greco to discuss report of    .10   16.95
    pending cases.
      S. Desai

02/18/08 Memos from and to Larry Hammond re judicial    .70  108.50
    impairment treatment by the Ninth Circuit,
    search AJS website re same and distribute same.
      T. Sherrill

02/19/08 Conference with Peggy Winter re status of    .10   16.95
    motions.
      D. Hill

02/21/08 Meet with Theresa Greco to discuss judicial    .30   50.85
    statistics (.2); review letter from inmate
    regarding his claims (.1).
      S. Desai

02/25/08 Review notification of pending motions (.2);    .30   50.85
    review our response to draft regarding Judge
    Carroll's view of the jails (.1).
      S. Desai

02/25/08 Conference with Debbie Hill re review of    .10   15.50
    discovery requests and responses in preparation
    for a public records request.
      T. Sherrill

03/04/08 Conference with Peggy Winter re Judge    .20   33.90
    Carroll's possible inspection; conference
    with Peggy Winter re same.
      D. Hill

03/05/08 Conference with inmate; extended conference    .30   50.85
    with Steve U'Ren re same.
      D. Hill

03/07/08 Review complaint by inmates Popoca et al. (.3);    .60  101.70
    review statutes re transfer and consolidation
    (.2); conference with Larry Hammond re same (.1).
      D. Hill

03/10/08 Conference with Peggy Winter re transfer    .20   33.90
    and consolidation; conference with Peggy
    Winter re same.
      D. Hill

03/10/08 Read memos from Debbie Hill and Peggy Winter,    .30   46.50
    review file materials and forward requested
    documents to Winter.
      T. Sherrill

FILE NUMBER: 99999.0624
INVOICE NO.: ******

---

| | | | |
|---|---|---|---|
| 03/11/08 | Conference with Mary Kay Reinhart re newspaper article re jail conditions (.3); conference with Peggy Winter re motion to consolidate; review memo from Larry Hammond (.2). D. Hill | .50 | 84.75 [.3 HOURS NOT SEEKING REIMBURSEMENT] |
| 03/12/08 | Numerous conferences with Peggy Winter (.2); conference with California Bar re issues re impaired judges (.3). D. Hill | .50 | 84.75 |
| 03/12/08 | Review plaintiffs' requests for documents defendants' responses to same and orders re same re public records request to MCSO; search Internet re Arizona public records request. T. Sherrill | 1.70 | 263.50 |
| 03/13/08 | Draft motion to appoint class counsel (1.1); draft motion for expedited consideration (.3); consider motion to consolidate (.2); conference with California Bar re impaired judge issues (.2); conference with Peggy Winter re conference call (.2). D. Hill | 2.00 | 339.00 |
| 03/13/08 | Phone message to MCSO public information re records request (.1); complete draft of proposed public information requests to the MCSO (1.3); memos from and to Karen McClain, review case materials re motion to terminate, and forward same to McClain (.2). T. Sherrill | 1.60 | 248.00 |
| 03/14/08 | Draft motion to consolidate and to transfer (2.3); revise motion for appointment of class counsel and motion for expedited consideration (.5); conference with James McKay re Judge Carroll's caseload (.2). D. Hill | 3.00 | 508.50 |
| 03/17/08 | Conference with Peggy Winter re status; revise motions; conference with Larry Hammond re same; legal research re motion to consolidate (1.4); conference with California Bar re issues in case (.1); conference with Isaac Popoca at jail (1.5); conference with Larry Hammond re status; conference with Peggy Winter re same (.2). D. Hill | 3.20 | 542.40 |
| 03/17/08 | Numerous conferences with Ted Jarvi re status of case (.2); revise motions in light of call from Carlton (.1). D. Hill | .30 | 50.85 |
| 03/17/08 | Teleconference with Debbie Hill and Peggy Winters (.2); review emails concerning pending motion situation and delays in case, as well as | .40 | 67.80 |

FILE NUMBER: 99999.0624
INVOICE NO.: ******

---

    Peggy Winter's declaration concerning her
    qualifications (.2).
      S. Desai

03/17/08 Conference with Debbie Hill re information    1.00   155.00
    needed by her for Motion to Consolidate, review
    docket sheets in Isaac Popoca v. Arpaio and
    related, severed cases and case file materials
    in Hart re same, and memos to and from Hill re
    same.
      T. Sherrill

03/18/08 Revise various motions (2.0); conference with    4.00   678.00
    Peggy Winter re declaration and revisions
    (.3); draft declaration (.3); review and
    revise motions (1.4).
      D. Hill

03/19/08 Finalize motions (1.2); conference with    1.50   254.25
    Peggy Winter re NCCHC issues re jail (.3).
      D. Hill

03/19/08 Consider motion re notice if Judge Carroll    .10   16.95
    decides to tour the jails; review email from
    Debbie Hill to Peggy Winter.
      S. Desai

03/20/08 Conference with Tricia Sherrill re public    .20   33.90
    records request.
      D. Hill

03/20/08 Memos from and to Peggy Winter and Debbie Hill    .50   77.50
    re drafted requests for FOIA request (.1); memo
    from Debbie Hill re Montini editorial re death
    of pretrial inmate Barry Bowman, pull and forward
    same to Hill and Winter (.2); search Superior
    Court civil cases re same and memo to Karen
    McClain re same (.2).
      T. Sherrill

03/24/08 Work on Public Records act request (1.0);    3.00   508.50
    conference with Rich Robertson re same (.2);
    conference with Tricia Sherrill re same (.1);
    review motion for time filed by Popoca (.2);
    conference with inmate's mother re jail
    conditions (.2); review County's response (.2);
    research re status of external referees (1.1).
      D. Hill

03/24/08 Review Popoco's motion for extension of time to    .10   16.95
    file amended complaint, as well as the County's
    opposition to that motion.
      S. Desai

03/25/08 Draft public records request to Sheriff, CHS,    4.00   678.00
    Board of Supervisors, County Justice Dept. and
    State Dept. of Health (3.0); revise same (.4);

FILE NUMBER: 99999.0624
INVOICE NO.: ******

---

conference with Tricia Sherrill re same (.1); review
external referee contracts (.2); conference with
Larry Hammond; review order from Judge Bolton (.1);
correspondence to Popoca (.2).
    D. Hill

03/25/08 Conferences with Debbie Hill re additional work        1.30    201.50
         to be done in connection with the public
         records requests to the MCSO, CHS and the
         County, search database and review documents re
         same and update requests.
           T. Sherrill

03/26/08 Draft public records requests (.6); conference         1.20    203.40
         with Peggy Winter re same (.2); revise and
         finalize correspondence to Popoca (.2); review
         response from Sheriff's counsel in Popoca case
         re motion to transfer (.2).
           D. Hill

03/26/08 Review Popoca defendants' opposition to our             .20     33.90
         motions to consolidate and transfer; review
         emails between Peggy Winters and Debbie Hill
         (.1); review letter to Isaac Popoca (.1).
           S. Desai

03/26/08 Review and kwiktag DOJ report re prison and             .60     93.00
         jail conditions, and memos to and from Karen
         McClain re same (.2); organize new declarations
         and backup documentation and update witness
         table re same (.4).
           T. Sherrill

03/27/08 Extended conference with Bruce Crawford (.4);          1.20    203.40
         memo to team re same (.1); finalize public
         records requests (.4); conference with team re
         same and recent opinion re public records
         requests (.2); file organization (.1).
           D. Hill

03/28/08 Review and finalize notice of appearance in             .20     33.90
         Popoca case and addition of new counsel in
         Hart.
           D. Hill

03/28/08 Organize and file documents re deceased                 .20     31.00
         detainee, and pretrial detainees.
           T. Sherrill

03/31/08 Read notes from John Stuart, update list                .20     31.00
         and organize file re same.
           T. Sherrill

04/01/08 Review order from court; review amended                 .80    135.60
         judgment for reports that are to be provided to
         plaintiffs (.3); extended conference with Ted
         Jarvi and Steve U'Ren re strategy (.3);

December 5, 2008        PAGE 80

FILE NUMBER: 99999.0624
INVOICE NO.: ******

---

conference with Peggy Winter re same (.1);
conference with Peggy Winter (.1).
   D. Hill

04/01/08 Review Judge Carroll's orders re appointment of    .10   16.95
class counsel and production of reports by
County; review emails between Peggy Winters and
Debbie Hill regarding Judge Carroll's orders.
   S. Desai

04/02/08 Conference with Larry Hammond re status of case    .70   118.65
(.4); numerous conferences with Peggy Winter re
attorneys' fees issue and other projects (.3).
   D. Hill

04/02/08 Review letter from Sherry Watson re ADA    .40   67.80
discrimination issue (.1); review emails from
Peggy Winter concerning projects for new ACLU
fellow and fee application in case (.2); review
emails from Debbie Hill regarding Judge Carroll's
orders and research projects (.1).
   S. Desai

04/03/08 Review order from Judge Carroll recusing    1.90   322.05
himself and order appointing Judge Holland
(.1); numerous conferences with attorneys re
Judge Holland (.3); conference with Tim
Thomason re recent experience with Judge
Holland (.1); numerous conferences with Peggy
Winter re motion to consolidate and to transfer
(.2); review response to motion to consolidate
filed by Dennis Wilenchik (.2); review motion
to strike letter (.1); numerous additional
conferences with lawyers about Judge Holland
(.3); conference with Tim Thomason (.2);
conference with Peggy Winter re strategy (.2);
conference with Larry Hammond (.2).
   D. Hill

04/03/08 Review Judge Carroll's order recusing himself,    .20   33.90
as well as emails between Peggy Winter and
Debbie Hill concerning how to proceed now (.1);
review County's response to motion to
consolidate (.1).
   S. Desai

04/04/08 Review responsive motions filed by defendants    6.00 1,017.00
(.3); numerous conferences with Peggy Winter re    **[.1 HOURS**
strategy (.4); review court order recusing    **NOT SEEKING**
Judge Holland and appointing Magistrate Judge    **REIMBURSEMENT]**
Burns (.1); conference with Peggy Winter re
same and strategy (.3); conference with Karen
McClain re consent to magistrate (.1);
conference with Steve U'Ren re Popoca
defendants (.2); conference with Steve U'Ren re
conference with Popoca (.2); conference with
Larry Hammond re strategy (.1); draft reply in

FILE NUMBER: 99999.0624
INVOICE NO.: ******

---

support of motion to consolidate (2.0); legal
research re cases in which there are different
facts and legal theories; carefully review and
analyze Gilmore and Benjamin opinion in light
of County's arguments (2.0); ==conference with Mary
K. Reinhart re jail conditions (.1)==; conference
with Tricia Sherrill re open records request and
name of inmate's family member (.2).
  D. Hill

04/04/08 Review pleadings and email concerning transfer    .10    16.95
of case to Judge Burns, as well as Fred Graves
substituting as lead plaintiff.
  S. Desai

04/04/08 Phone conference with Debbie Hill re open         .30    46.50
records materials, review file materials
and forward same, and memos re same.
  T. Sherrill

04/05/08 Review and revise draft of reply in support of   3.30   559.35
motion to consolidate; conference with Larry
Hammond re same (2.0); revise same; conference
with Larry Hammond re same (1.0); conference with
Peggy Winter re NCCH accreditation (.2); review
reply re motion re court's visit to jail;
conference with Peggy Winter re same (.1).
  D. Hill

04/07/08 Conference with Peggy Winter re reply in         1.00   169.50
support of motion to consolidate (.3);
revise same (.5);finalize same and response
re judge's tour (.2).
  D. Hill

04/07/08 Review our reply in support of motion to          .20    33.90
consolidate; meet with Debbie Hill to discuss
Fred Graves addition as class plaintiff.
  S. Desai

04/08/08 Conference with Peggy Winter re strategy re       .20    33.90
filing reply re motion to consolidate in light
of Judge Holland's recusal.
  D. Hill

04/08/08 Review Popoca amended complaint and County's     1.40   237.30
motion for reconsideration of appointment of
Debbie Hill and Peggy Winter (.4); research issue of
substituting class representative (1.0).
  S. Desai

04/09/08 Review order from Judge Bolton denying motion    1.00   169.50
to consolidate (.1); conference with Peggy
Winter and Sharad Desai re conference call
(.2); extended conference with Peggy Winter and
Sharad Desai re same and possible motion for
reconsideration (.6); review County's District

```
                                         December 5, 2008      PAGE 82
FILE NUMBER: 99999.0624
INVOICE NO.: ******
```

Judge Option (.1).
   D. Hill

04/09/08  Legal research issue of adding a class     1.20   203.40
          representative; draft declaration for Fred
          Graves re class representative (.2); review order
          denying both consolidation and transfer and
          emails re same (.1); teleconference with Debbie
          Hill and Peggy Winter re same and Fred Graves
          (.6);review letters provided by pretrial detainees
          and draft response to Joe Bennett's letter (.2);
          review County's election of district court
          judge (.1).
            S. Desai

04/10/08  Review assignment of case to Judge Neil Wake     .60   101.70
          (.1); numerous conferences with attorneys re
          assignment choice and views re same in light of
          prior experience with Judge Wake (.3); numerous
          conferences with Peggy Winter and Larry Hammond
          re motion to reconsider in light of judge
          assignment (.2).
            D. Hill

04/10/08  Review order assigning case to Judge Wake and     .10    16.95
          related e-mails.
            S. Desai

04/11/08  Visit Fred Graves at 4th Avenue Jail (1.4);     1.50   254.25
          conference with Peggy Winter (.1).
            S. Desai

04/13/08  Review various orders and pleadings (.2);     .90   152.55
          review County motion for reconsideration (.2);
          review local rules re motion for
          reconsideration (.1); conference with Peggy
          Winter re possible motion for status conference
          and fees issue (.2); conference with Carol
          Singleton re declaration from son (.1);
          conference with Sharad Desai re same (.1).
            D. Hill

04/13/08  Review e-mail exchanges by Debbie Hill, Larry     .10    16.95
          Hammond and Peggy Winter.
            S. Desai

04/14/08  Review correspondence from Dept. of Licensing     1.80   305.10
          in response to public records request (.2);
          review email from County Board re public
          records request; review request; respond to
          Board of Supervisors re same (.3); review email
          from CHS re public records request; review
          request; respond to CHS re same (.3);
          conference with inmate re declaration;
          conference with Sharad Desai re same (.2);
          conference with Tricia Sherrill re various
          to-do items (.2); conference with Peggy Winter

FILE NUMBER: 99999.0624
INVOICE NO.: ******

---

              re attorneys' fee issues (.2); conference with
              Peggy Winter re conference call (.1); draft
              motion for status conference (.3).
                   D. Hill

04/14/08   Review inmate letters to determine who to            .20    33.90
           visit; review emails.
                   S. Desai

04/14/08   Update Miljour files re call from Bignell, and       .40    62.00
           update witness list re same (.2); memos from
           and to Debbie Hill and Karen McClain re
           Wilenchik notice of filing, review files
           and forward filing to team members.
                   T. Sherrill

04/15/08   Conference with Peggy Winter re strategy            1.30   220.35
           and fees issues (1.0); revise motion for status
           conference (.2); conference with Peggy Winter
           re same (.1).
                   D. Hill

04/15/08   Teleconference with Debbie Hill, Larry Hammond,      .80   135.60
           and Peggy Winter re status conference and
           relevant issues.
                   S. Desai

04/15/08   Review case file materials re exhibits to          3.00   465.00
           2003-2004 evidentiary hearing, and memos to and
           from Debbie Hill re same (.5); phone conference
           with Clerk, USDC re same, and forward request for
           estimated page number to same (.3); review
           Justice Policy Institute website re reports
           concerning jails, and print same for attorneys
           (1.2); search Westlaw database re news articles
           re MCSO articles and read same (1.0).
                   T. Sherrill

04/16/08   Review Fred Graves' grievances.                    1.10   186.45
                   S. Desai

04/16/08   Read and organize newspaper articles re MCSO       3.10   480.50
           pulled from Westlaw (2.8); conference with
           Sharad Desai re letter to inmate, review
           letters in file re same and memos to and from
           Desai re same (3.).
                   T. Sherrill

04/17/08   Review various orders by Judge Wake, including     1.00   169.50
           order re fees (.2); numerous conferences with
           Peggy Winter and Larry Hammond re attorneys'
           fees issue (.3); conference with Peggy Winter
           re status of document reviews(.2); conference
           with Michelle Iafrate re public records request
           to Sheriff (.1); conference with Michelle
           Iafrate re same (.2).
                   D. Hill

FILE NUMBER: 99999.0624
INVOICE NO.: ******

04/17/08 Review order affirming our appointment (.2);          2.60    440.70
         research PLRA rate in 9th Circuit (2.0); review
         Fred Graves' documents and draft declaration
         (.4).
            S. Desai

04/17/08 Memos from and to Peggy Winter, Debbie Hill and         .80    124.00
         Sharad Desai re exhibits to evidentiary
         hearing, compilation and organization of
         declarations, and review declarations and
         docket sheet re declarations to be forwarded to
         Winter (.8).
            T. Sherrill

04/18/08 Conference with Amy Rex re document request            .40     67.80
         to County (.1); conference with Amy Rex
         re same (.1); file organization (.2).
            D. Hill

04/18/08 Memos from Peggy Winter and Debbie Hill re            1.60    248.00
         declarations to be forwarded to Winter, and
         review and forward same (1.2); conference
         with Sharad Desai re letter to inmate (.1) draft
         same, and memo to Lindsay Jensen re same (.3).
            T. Sherrill

04/22/08 Conference with Larry Hammond re attorneys'            .40     67.80
         fees issue (.1); conference with Peggy Winter
         re same (.1); conference with Sharad Desai re
         Graves declaration and motion to substitute
         class reps (.2).
            D. Hill

04/22/08 Review Larry Hammond's email re payment              1.30    220.35
         stipulation with County (.1); draft motion to
         add class representative (1.0); conference with
         Debbie Hill re same (.2).
            S. Desai

04/23/08 Visit Derek Webb and Derrick Singleton at            3.30    559.35
         Durango jail for declarations; visit Fred
         Graves at Fourth Avenue Jail for declaration
         and clarification of staph infection issues (3.0);
         conference with Debbie Hill re Julian Holbrook
         and declarations in general (.3).
            S. Desai

04/24/08 Review memo from Larry Hammond; correspondence         .30     50.85
         to Dennis Wilenchik re proposal to have
         attorneys' fees paid on current basis (.3).
            D. Hill

04/24/08 Review draft order re motion to add Fred Graves       .10     16.95
         as Class Representative; review letter to
         Wilenchik.
            S. Desai

FILE NUMBER: 99999.0624
INVOICE NO.: ******

| | | | |
|---|---|---|---|
| 04/25/08 | Review order from court; conference with Larry Hammond re same (.3); conference with Peggy Winter re same and contacting experts (.3); conference with Tricia Sherrill re expert contact information (.1); conference with Tricia Sherrill re same (.1); correspondence to Toni Bair and Bob Powitz re scheduling issues and expert work (.3); conference with Adam Polson re fee issues (.2); conference with team re same (.1); conference with Larry Hammond re correspondence to Dennis Wilenchik re fee issue; finalize same (.2); conference with Peggy Winter re additional issues raised by order in terms of condition claims (.2). | 1.80 | 305.10 |
| | D. Hill | | |
| 04/25/08 | Review minute entry re outstanding motions and setting schedule. | .40 | 67.80 |
| | S. Desai | | |
| 04/25/08 | Phone conference with Debbie Hill re order re upcoming evidentiary hearing, experts to contact (.1); review case file materials and forward contact information of Toni Bair and Robert Powitz to Debbie Hill (.2); read and organize memos from Hill re upcoming meetings, phone conferences (.1); conferences with Debbie Hill and Inger Spaulding re hearing preparation (.2). | .60 | 93.00 |
| | T. Sherrill | | |
| 04/28/08 | Conference with Peggy Winter re conference call (.2); conference call with team and Peggy Winter re experts and strategy (1.2); conference with Toni Bair, possible expert (.2); conference with Toni Bair (.1); conference with Bob Powitz, possible expert (.2); conference with Bob Powitz (.1); conference with Peggy Winter re other two experts (.1). | 2.10 | 355.95 |
| | D. Hill | | |
| 04/28/08 | Speak with Reginald Foster (inmate) (.2); review memos re post July 2007 declarations and summary of all evidence (.2); conference with team including ACLU attorneys re expert witness issues and other trial issues (1.2). | 1.60 | 271.20 |
| | S. Desai | | |
| 04/28/08 | Read new declaration from Fred Douglas Graves, update inmate list and databases, forward declaration to Peggy Winter, prepare folder re materials forwarded to Winter, memo to Donna Bosco re Graves declaration, and memo to Sharad Desai and Karen McClain re case organization (.8); read/view, forward Channel 15 news | 3.00 | 465.00 |

```
FILE NUMBER: 99999.0624
INVOICE NO.: ******
```

article and video links re investigation into
Sheriff Arpaio to team members, and organize
same (.4); review and organize case filings
received from Karen McClain (.6); attend
meeting with Larry Hammond, Debbie Hill, Sharad
Desai and Peggy Winter team re case projects
(1.2).
  T. Sherrill

04/29/08 Conference with Sharad Desai re jail          6.30 1,067.85
information to provide experts (.2); conference
with Bob Powitz (1.0); conference with Steve
Martin re potential experts (.5); numerous
conference with Peggy Winter re possible
experts (1.0); conference with Peggy Winter and
Powitz re conditions and food issue (.3);
conference with Toni Bair (.5); extended
conference with Peggy Winter re experts and
various issues surrounding expert schedules
(.5); conference with Michele Iafrate re public
records request (.1); conference with defense
counsel re meeting on Tuesday (.2); conference
with defense counsel re same (.1); conference
with defense counsel re same (.1); draft memo
to pro bono committee re same (.3); conference
with Dan Pochoda re payment of experts (.2);
conference with Mike Manning re various issues,
including experts (.4); conference with Larry
Hammond re status of case and amended judgment
issues (.3); review various CVs of other
experts and consider same (.3); file
organization (.3).
  D. Hill

04/29/08 Review MCSO jail information and amended        4.10   694.95
judgment (.4); teleconference with Debbie Hill,
Peggy Winter, and Bob Powitz re environmental
expert testimony (1.0); draft letter to Fred
Graves re status of case (1.0); summarize Popoca
complaint (1.0);review inmate letters (.7).
  S. Desai

04/30/08 Extended conference with Peggy Winter re        5.70   966.15
experts (.4); review previous report and CV
from mental health expert (.3); extended
conference with Peggy Winter re experts, fees
and scheduling issues (.8); conference with
Michele Iafrate (.1); conference with Adam
Polson; conference with Adam Polson re meeting
with defense counsel (.2); review motion for
continuance (.2); draft response (.3); conference
with Michele Iafrate (.2); revise response to
motion for continuance in light of County's
refusal to permit jail inspection by experts
(.2); conference with Larry Hammond re status
of case and motion for continuance (.2);
conference with Jeremy Mussman re mental health

FILE NUMBER: 99999.0624
INVOICE NO.: ******

issues (.3); conference with Fredrica Strumpf
re same (.3); conference with Fredrica Strumpf
re various documents (.2); conference with Peggy
Winter re conference with Fredrica Strumpf on Friday
(.1); review various inmate correspondence and
forward to Sharad Desai (.2); review various
emails to medical expert (.2); conference with
Bob Powitz; forward document requests;
conference with Bob Powitz re conference (.4);
consider scheduling issues and figure out
proposed schedule to present to defense counsel
(.3); revise pro bono committee memo (.2); file
organization (.2); revise and finalize motion
to withdraw in Popoca matter (.2); conference
with defense counsel re case management meeting
and exchange of proposed orders (.2).
    D. Hill

04/30/08  Review memos re meet and confer and expert          .80    135.60
          witnesses (.2); review motion to continue (.3);
          conference with Debbie Hill and Peggy Winter re
          summary of Popoca claims (.3).
              S. Desai

04/30/08  Memos from and to Peggy Winter re materials          .10     15.50
          provided by Dr. John Clark.
              T. Sherrill

05/01/08  Conference with Peggy Winter re expert payment      3.30    559.35
          issues (.2); conference with Peggy Winter re
          same (.2); conference with Larry Hammond re
          same (.2); extended conference with Peggy
          Winter re same and medical and mental health
          experts (.4); conference with Jeremy Mussman re
          need for nurse and dietician (.2); draft email
          for AACJ website re need for nurse and
          dietician (.2); conference with Dan Pochoda re
          expert payment (.1); conference with Dan
          Pochoda re same (.2); draft email to Pochoda re
          additional funding for experts and history of
          case (.3); conference with Peggy Winter re
          discovery schedule (.2); numerous conferences
          with Peggy Winter re experts (.2); conference
          with Iafrate's office re production of reports
          (.3); conference with Sharad Desai re
          additional to-do items (.2); review court order
          denying motion to continue (.1); conference
          with Michele Iafrate re experts (.1);
          conference with Larry Hammond re various issues
          and how to proceed (.2).
              D. Hill

05/01/08  Review and prepare for interviews with inmates      1.70    288.15
          (1.1); conference with Debbie Hill re public
          records requests, inmate visits, and other case
          issues (.2);review protective order (.2); review CHS
          public records request information (.2).

FILE NUMBER: 99999.0624
INVOICE NO.: ******

S. Desai

| | | | |
|---|---|---|---|
| 05/01/08 | Read and organize memos and attachments from Peggy Winter (.2); review USDC website, AZ State Bar website, correspondence and other materials and update contact list re judge, judge's staff, attorneys, support staff, experts, and class representative, memos to and from Hanh Nguyen re same, and distribute to Donna Toland and Karen McClain (2.2); read CHS response to public records request (.2); search Maricopa County website re Annual Activities Report, and memo to Debbie Hill re same (.2). | 2.80 | 434.00 |

T. Sherrill

| | | | |
|---|---|---|---|
| 05/02/08 | Draft letter re pre-hearing order (2.0); conference with Adam Polson re same (.2); conference with Sharad Desai re status of various issues (.1); extended conference with Dr. Powitz (1.5); conference with private attorneys re mental health issues at jail (1.5); numerous conferences with Peggy Winter re status of expert witnesses and fee issues (.3); conference with Toni Bair re list of required production (.2). | 5.80 | 983.10 |

D. Hill

| | | | |
|---|---|---|---|
| 05/02/08 | Visit with inmates Quardillion Roberson and Reginald Foster at Durango Jail; visit inmates Fred Graves and Isaac Popoca at Fourth Avenue Jail (3.0); teleconference with Debbie Hill and Bob Powitz re documents needed (1.5); draft letter to inmate Foster (.3); conference with Tricia Sherrill re documents produced (.2); review public records request (.2); call with Jeffrey McLerran re public records request (.3); draft letter to inmate Isaac Popoca re class representative declaration (.2). | 5.70 | 966.15 |

S. Desai

| | | | |
|---|---|---|---|
| 05/02/08 | Conferences with Sharad Desai, Dianne Runyon and Deanna De La Noy re CDs received from MCSO, project for Debbie Hill (.4); forward hard copies received from defendants to Peggy Winter, Hanh Nguyen, Robert Powitz, Desai and Hill (.4);conference with Desai re documents to be forwarded to Winter (.3); prepare discovery log (.5); kwiktag, organize and distribute documents received from defendants to attorneys and team members (3.4); begin organizing and distributing environmental health reports to attorneys (.6). | 5.60 | 868.00 |

T. Sherrill

| | | | |
|---|---|---|---|
| 05/04/08 | Draft memo re "cutoff" (.2). | .20 | 33.90 |

L. Hammond

FILE NUMBER: 99999.0624
INVOICE NO.: ******

---

05/04/08  Work on letter to defense counsel re case          3.50   593.25
          management order (2.0); review Tribune article on
          jail; conference with Rich Robertson re same;
          conference with team re same; conference with
          Powitz and Bair re same (.3); conference with
          mother of inmate about jail conditions (.2);
          conference with father of inmate re jail
          conditions (.2); analyze schedule and consider
          options re discovery, etc.; conference with
          Peggy Winter and Larry Hammond re same (.3);
          file organization (.3); conference with Peggy
          Winter re protective order (.1); conference
          with Sharad Desai re inmate declarations and
          public records request (.1).
             D. Hill

05/05/08  Revise budget and consider planning; dictate         .60   101.70
          memo re: jail conditions/health care (.6)
             L. Hammond

05/05/08  Numerous conferences with Peggy Winter re          10.30 1,745.85
          protective order (.2); conference with Larry
          Hammond re same (.1); conference with Peggy
          Winter re expert reports (.2); draft letter to
          defense counsel re prehearing report and expert
          inspections (1.0); conference with Toni Bair re
          requested documents (.2); review email from
          Peggy Winter re Stewart inspection and
          documents (.1); review Winter email re
          Goldenson and requested documents (.2);
          conference with Mike Manning re jail conditions
          (1.5); review defendant's draft order (.3);
          conference with defense counsel re same (.2);
          conference with Tricia Sherrill re various
          to-do items, including Bates numbering
          documents and articles (.3); review documents
          produced on May 1 (.3); conference with Sharad
          Desai re inmate declarations (.1); review
          Popoca letter and declaration; revise same
          (.2); review Desai memo re other inmate
          interviews (.2); conference with Sharad Desai
          re forwarding same to experts (.1); conference
          with Sharad Desai re various public records
          requests (.2); review Desai memo re same (.2);
          conference with Sharad Desai re review of
          documents at Iafrate's office (.2); numerous
          conferences with Peggy Winter re requests for
          production (.7); draft requests for production
          (1.5); draft interrogatories (.5); revise
          requests for production in light of Winter
          emails (.5); revise interrogatories (.2);
          review emails to Jim Aiken (.2); conference
          with Jim Aiken (.1); conference with ACLU
          Arizona re expert fee payment (.5); conference
          with Larry Hammond re status and various
          scheduling issues (.3).
             D. Hill

FILE NUMBER: 99999.0624
INVOICE NO.: ******

05/05/08 Draft interview summaries (4.8); email to          6.00 1,017.00
         Debbie Hill re MCSO public records request,
         Popoca interview summary, and Popoca
         declaration (.3);review article re jail
         conditions and resignation letter of Dr.
         Wilcox (.2); review draft case management
         report (.2); review County's proposed case
         management report (.2); compare public records
         requests (.3).
           S. Desai

05/05/08 Read and organize correspondence between          6.50 1,007.50
         attorneys, experts (.7); organize materials
         to be forwarded to Peggy Winter and Robert
         Powitz, and finalize cover letters enclosing
         same (.7);memos to and from Lindsay Jensen re
         same (.1); memos to and from Hanh Nguyen re
         attempts to forward emails containing documents
         to Nguyen and Winter (.2); review East Valley
         Tribune article forwarded by Debbie Hill and
         print statistics from same (.2); phone conference
         with Hill re documents from CDs produced by
         defendants, organize and distribute same to Hill
         (2.4); memos from and to Hill re newspaper articles,
         and forward same to her (.3); memos from and to Hill
         re organization of articles for experts (.1); review
         documents in Access database re document
         organization (.2); phone conference with Hill re
         meeting to discuss document warroom (.1);
         memo to Marcie Wright and Michele Conerly re
         bates numbering documents produced by defendants,
         and conference with Wright re same (.3); phone
         conference with Susan Pratt re warrooms (.2);
         review case file materials and forward Montini
         editorial to Hill (.5); update discovery log
         re new documents (.2); memos to Winter, Nguyen
         and Powitz forwarding DEF documents (.3).
           T. Sherrill

05/05/08 Process documents for production.                 2.50   150.00
           M. Wright

05/06/08 Review joint pretrial statement (.5).              .50    84.75
           L. Hammond

05/06/08 Numerous conferences with Peggy Winter re         8.30 1,406.85
         revisions to interrogatories and third set of
         requests for production (.6); various emails
         with experts (.2); revise requests for
         production and interrogatories (.4); extended
         conference with Peggy Winter and Hahn Nguyen re
         various scheduling issues and response to draft
         proposal by defendants (1.0); prepare for meeting
         with defense counsel (.3); conference with
         defense counsel re case management report
         (1.3); conference with Sharad Desai re

FILE NUMBER: 99999.0624
INVOICE NO.: ******

---

additional to-do items for case (.3);
additional conference with Peggy Winter re
requests for production (.3); conference with
Dan Pochoda re expert costs and payment by ACLU
(.3); conference with Larry Hammond re status
(.2); travel to Iafrate's office and review
documents produced in response to public
records request (1.5); review drafts of third
set of requests for production and revise same
(.5); conference with Jim Aiken; various emails
with Peggy Winter and Jim Aiken (.2);
conference with Jim Aiken (.3); conference with
Tricia Sherrill re file organization issues
(.2); consider issues raised by defendants at
meeting (.3); conference with Sharad Desai re
various legal research projects (.2);
conference with Ronda Fisk re same (.2).
   D. Hill

05/06/08 Review defendants' draft case management report   5.60   949.20
and draft protective order (.5); teleconference
with Debbie Hill and ACLU co-counsel re case
management meet and confer with defendants'
counsel (1.5); meet and confer with defendants'
counsel (1.3); leave voicemail message for Diana
Alvarez (.1); inspect records at Iafrate's office
with Debbie Hill (1.5); draft letter to Jeff
McLerran re public records request (.7).
   S. Desai

05/06/08 Conference with Karen McClain re meeting with   6.00   930.00
Debbie Hill (.1); create table re materials
forwarded to experts (.6); update contact list
re experts (.2); phone conference with
Hill re creation of electronic files re
communication with/materials forwarded to
experts, and search Filesite and begin creation
of same (2.5); phone conference with Hill re
declarations to be forwarded to Robert Powitz,
and organize and assemble same for Hill (1.6);
memos from and to Hanh Nguyen re documents
previously forwarded to her, and forward in
revised format (.1); conferences with WP personnel
re documents to be scanned onto CD for Peggy
Winter (.3); conference with Marcie Wright re same
(.1);memo to Donna Bosco re new witness files (.1);
update witness list re Julian Holbrook (.1);
conferences with Sharad Desai re new CDs
received from defendants (.3).
   T. Sherrill

05/06/08 Process documents for production.   2.50   150.00
   M. Wright

05/07/08 Meeting with Committee and Debbie Hill re: case   1.00   169.50
(1).
   L. Hammond

FILE NUMBER: 99999.0624
INVOICE NO.: ******

| | | | |
|---|---|---|---|
| 05/07/08 | Conference with Hanh Nguyen re various document issues and providing copies to experts (.2); conference with experts re deposition schedules (.2); conference with Tricia Sherrill re file organization issues (.3); correspondence to defense counsel re case management report and deposition schedules (.3); conference with Tricia Sherrill re Bates numbering polices and procedures and providing copies to co-counsel (.2); conference with Leslie O'Hara re relevant documents (.2); conference with Mary K. Reinhart re documents referenced in her article (.1); numerous additional conferences with Hanh Nguyen re documents, experts etc. (.3); conference with Sharad Desai re conference with defense counsel re stipulation re additional class representatives (.1); conference with Tricia Sherrill re witness and contact list (.1); conference with Tricia Sherrill re same (.1); lengthy conference with Mary K. Reinhart re jail conditions and list of inmates who have died (.3); conference with Dr. Goldenson and Dr. Stewart re deposition scheduling (.1); conferences with Dr. Goldenson re same (.2); conference with Dr. Stewart re same (.2); conference with Peggy Winter re same (.1); conference with Tricia Sherrill re expert emails (.1); review and revise correspondence to Iafrate's office re additional documents (.3); conference with Sharad Desai re same (.1); conference with pro bono committee re status (.8); conference with Adam Polson re request to be paid on current basis (.1); conference with Sharad Desai re inmate declaration (.1); conference with Peggy Winter re expert deposition schedule (.1); review list of inmates who died in prison (.1); conference with team re same (.1); conference with family of inmate Stuart re issues in jail (.1); review correspondence from inmate Cruse (.1); conference with Tricia Sherrill re same (.1). <br>   D. Hill | | 5.10 | 864.45 |
| 05/07/08 | Review emails re expert witness document review and deposition scheduling (.1); conference with Debbie Hill re addition of Fred Graves and Isaac Popoca as class representatives and email Michele Iafrate and Adam Polson re same (.3); email Tricia Sherrill re inmate addresses (.1); draft form letter to inmates re hearing and request for relevant information (.2); review letters and materials from Julian Holbrook and other inmates (.3); conference with Tricia Sherrill re letters to inmates and inmate files (.1); email Bob Powitz re inmate Terry Peltz letter and revise letter to Jeff McLerran re | | 1.30 | 220.35 |

FILE NUMBER: 99999.0624
INVOICE NO.: ******

---

             public records request (.2).
               S. Desai

| | | | |
|---|---|---:|---:|
| 05/07/08 | Read and organize into witness files memos forwarding materials to experts (.7); conference with Debbie Hill re organization of warroom (.3);print out contents of policy manuals CD produced by defendants, organize same, remove old policies and duplicates, and conferences with Marcie Wright re Bates labeling same (3.3); update contact list re experts, class representative (.3); conference with Sharad Desai re responses to inmate letters (.1); organize and prepare witness files for correspondence received from inmates (1.2); conference with copy personnel re kwiktag current manuals (.1); organize documents into binder for Debbie Hill (.4); prepare memo concerning putting documents onto CDs for co-counsel and experts (.1); conference with Wright re organization and numbering of remaining policies on CD produced by defendants (.3).<br>   T. Sherrill | | 6.80 | 1,054.00 |
| 05/07/08 | Process documents for production.<br>   M. Wright | | 4.50 | 270.00 |
| 05/08/08 | Two telephone calls to Manning re his case and jail conditions (.3).<br>   L. Hammond | | .30 | 50.85 |
| 05/08/08 | Memos re: plan for hearing (.2).<br>   L. Hammond | | .20 | 33.90 |
| 05/08/08 | Conference with Jim Aiken re call (.1); conference with Peggy Winter re deposition dates (.2); conference with Dr. Goldenson re deposition date (.1); conference with Dr. Stewart re same (.1); correspondence to defense counsel re Goldenson and Stewart deposition dates (.2); extended conference with Jim Aiken (.8); conference with Jim Aiken re public records request (.2); revise correspondence to Iafrate re public records request and conference with Sharad Desai re same (.2); numerous conferences with Tricia Sherrill re forwarding CDs to experts (.3); conference with Tricia Sherrill re follow-up on production of reports by defendants (.2); review list of inmate deaths from Mary K. Reinhart (.1); conference with Larry Hammond re same (.1); conference with Larry Hammond re same (.1); review correspondence from Stinson re articles re jail; conference with Tricia Sherrill re same (.2); file organization (.5); conference with defense counsel re Jim Aiken inspection | | 4.20 | 711.90 |

December 5, 2008       PAGE 94

FILE NUMBER: 99999.0624
INVOICE NO.: ******

---

dates (.2); correspondence to team re Jim Aiken
(.2); correspondence to Jim Aiken re jails
(.2); conference with Sharad Desai re possible
inadvertent privileged disclosure (.2).
   D. Hill

| | | |
|---|---|---|
| 05/08/08 Revise and finalize letter to Jeff McLerran re public records request (.3); review emails sent by Debbie Hill re Jim Aiken (.1); review to-do list and emails re same (.2); review documents obtained in MCSO public records request (.4).<br>   S. Desai | 1.00 | 169.50 |
| 05/08/08 Memos from and to Dianne Runyon re documents to be burned onto CD (.1); memos to and from Debbie Hill and Lindsay Jensen re same (.2); prepare letters to Peggy Winter and Robert Powitz re same (.4); update discovery log (.2); continue organization of inmate correspondence and attachments into efiles (1.0); prepare index in Access of MCSO policies and procedures, Bates Nos. DEF001225-1630 (3.8); phone conference with Debbie Hill re CDs to be forwarded to Jim Aiken, phone conference with Marcie Wright, memo to Lindsay Jensen, and prepare letter to Aiken enclosing same (.5); prepare initial to do list (.3); update contact list, and forward to Debbie Hill and Sharad Desai (.2); memos from and to Hanh Nguyen re CDs forwarded to them (.1).<br>   T. Sherrill | 6.80 | 1,054.00 |
| 05/08/08 Prepare material to be sent to expert witness.<br>   M. Wright | .40 | 24.00 |
| 05/09/08 Review CV of Jim Aiken (.1); conference with Tricia Sherrill re same (.1); email to defense counsel re Case Management Report (.1); conference with Bob Powitz (.4); conference with defense team re conference with Bob Powitz and status of documents (.1); review documents produced by defendants and conference with Sharad Desai re Bates numbering and inadvertently produced document (.3); review order re substitution of proper defendants (.1); conference with Adam Polson re case management report (.1); conference with Peggy Winter re same (.1); review MCSO policies and draft memo re same (2.0).<br>   D. Hill | 3.40 | 576.30 |
| 05/09/08 Review Jim Aiken's background information (.2); review order re substitution of named defendants (.1); teleconference with Jeff McLerran re privileged documents (.5).<br>   S. Desai | .80 | 135.60 |
| 05/09/08 Print and organize inspection reports for jail | 6.40 | 992.00 |

FILE NUMBER: 99999.0624
INVOICE NO.: ******

complexes (1.4); organize warroom and conference
with Amos Harris re same (2.1); memos from and
to Hanh Nguyen re CDs forwarded to them (.1);
print out newspaper articles re jail conditions
from CD received from Leslie O'Hara (.2); phone
message to and with Jeannie (Environmental
Services) re Durango Jail on their website (.3);
forward newspaper articles to team members (.2);
conferences with Sharad Desai re MCSO documents
received from Iafrate & Associates (.2); organize
binders containing policy manuals for Debbie Hill
and Sharad Desai (1.8); forward Environmental
Services inspection reports for jails to Debbie
Hill and Sharad Desai (.1).
   T. Sherrill

05/12/08 Conference with Peggy Winter (.3); conference          4.80   813.60
with Jim Aiken (.1); conference with Jim
Aiken's office re scheduling for inspections
and deposition (.2); conference with defense
counsel re same (.2); review policies and
procedures and draft memo re same (.4);
extended conference with Bob Powitz re
additional requests for production and
deposition dates (.4); conference with defense
counsel re Powitz deposition dates (.1);
conference with Tricia Sherrill re updated
environmental reports; review same (.3);
conference with Tricia Sherrill re missing
policies and procedures (.2); review newspaper
articles re jail conditions; conference with
John Dickerson re same (.4); conference with
Peggy Winter re providing copies of articles to
experts and how to proceed re inmates who have
died (.3); conference with Larry Hammond re
analysis of inmates who have died in jail (.1);
draft fourth requests for production of
documents and notice of service of same (1.0);
numerous conferences with Peggy Winter re
requests for production (.2); extended
conference with Adam Polson re Case Management
Report and other issues (.3); conference with
team re same and strategy in light of same
(.2); conference with Michele Iafrate re
requests for production (.1).
   D. Hill

05/12/08 Draft letter to Diana Alvarez (CHS) re              1.00   169.50
requests (.3); review fourth set of requests
for production of documents (.3); research
Avondale Jail issue (.2); telephone conference
with Diana Alvarez re document requests (.2).
   S. Desai

05/12/08 Organize hard copies of news articles received      6.80  1,054.00
from Leslie O'Hara re jail conditions (.3);
review letter from new potential declarant,

FILE NUMBER: 99999.0624
INVOICE NO.: ******

```
            prepare witness file, forward to Debbie Hill,
            and update witness list re same (.3);
            conferences with Marcie Wright re bates
            numbering of documents reviewed by Debbie Hill
            and Sharad Desai (.1); prepare documents
            contained on external referee CD, organize and
            compare same to documents on policy manual CD,
            discard duplicates, conference with Marcie
            Wright re same and memo to team members
            re status of same (6.1).
              T. Sherrill

05/12/08 Process documents for production.            4.50   270.00
           M. Wright

05/13/08 Review all pending discovery memos; work on    .30    50.85
         Dr. Wilcox question (.3).
           L. Hammond

05/13/08 Meeting with Team re: staffing and budget (.5). .50    84.75
           L. Hammond

05/13/08 Extended conference with Peggy Winter (.7);   5.80   983.10
         review draft of case management order; revise
         same and add plaintiffs' sections (2.0);
         conference with Peggy Winter re medical records
         review issue (.3); review proposed
         confidentiality order; conference with Hanh
         Nguyen re same; conference with Peggy Winter re
         same; review revised order and motion (.4);
         conference with defense counsel re same (.1);
         conference with defense counsel re same (.1);
         review email re class reps from defense
         counsel; conference with Peggy Winter re same;
         conference with Sharad Desai re same (.3);
         review additional email from defense counsel re
         same (.1); conference with Peggy Winter re
         additional issues and proposed schedule (.2);
         draft case management order (1.0); conference
         with Peggy Winter re same (.1); conference with
         Jim Aiken re inspection (.1); numerous
         conferences with Tricia Sherrill re providing
         additional materials to experts (.1); review
         case re reimbursement of expert fees under
         section 1983 (.1); review correspondence from
         Adam Polson re confidentiality of accreditation
         documents (.2).
           D. Hill

05/13/08 Email Hanh Nguyen re Manning and Wilcox letters 2.10  355.95
         and contact information (.4); review Polson
         letter re confidentiality (.1); review
         documents sent by Peggy Winter re HIPAA
         documents (.2); teleconference with Brad
         Bignell re his fiancee (Gayle Miljour, inmate
         in Estrella) re medical conditions and
         temperature (.2); draft email re conversation
```

FILE NUMBER: 99999.0624
INVOICE NO.: ******

to team (.1); review Adam Polson's email re
addition of class representatives, discuss with
team, and draft response (.7); review
additional email re substitution of class
representatives, discuss with team, and draft
response re same (.4).
    S. Desai

05/13/08 Memos from and to Hanh Nguyen re CDs containing        7.00 1,085.00
         policies and superseded policies (.2); review
         and kwiktag MCSO documents reviewed by Debbie
         Hill and Sharad Desai, update discovery log,
         and conferences with Marcie Wright and WP
         personnel re same (1.6); index documents
         DEF001631-1719 (.8); replace superseded policy
         and forward current policy to team members and
         experts (.3); kwiktag and organize additional
         MCSO policies and accompanying documents
         produced on external referee CD on 5-6-08 (.8);
         memos to and from Sharad Desai re preparation
         of binder containing produced documents (.1);
         memos to and from Sharad Desai and WP personnel
         re preparation of CDs to be forwarded to team
         members and experts, and prepare forms and
         correspondence to firm personnel, experts and
         team members re same (7.0); memos to and from
         Debbie Hill and Sharad Desai re materials being
         forwarded to experts (.2); conferences with
         Sharad Desai re inmate visit and prepare letter
         re same (.4); conferences with Dianne Runyon
         and Diana Riggins re problems with burning CD
         (.3); memos from Peggy Winter and Debbie Hill
         re project re inmates who have died in MCSO
         custody (.1); reorganize MCSO policy label
         binders to include additional policies from
         external referee CD (1.5).
             T. Sherrill

05/13/08 Process documents for production.                      2.50   150.00
             M. Wright
05/14/08 Telephone conference with Debbie Hill re:               .30    50.85
         open issues (.3).
             L. Hammond

05/14/08 Memos re: Wilcox 4.8 issue and expert fee               .40    67.80
         question (.4).
             L. Hammond

05/14/08 Conference with Peggy Winter re expert fees            6.90 1,169.55
         (.2); conference with Larry Hammond re same
         (.2); conference with Larry Hammond re same
         (.2); conference with Peggy Winter re same and
         arrangements for Monday (.3); draft case
         management order; numerous conferences with
         Peggy Winter re same; revise case management
         order (3.6); lengthy conference with Ted Jarvi
         re various issues in case (.4); conference with

FILE NUMBER: 99999.0624
INVOICE NO.: ******

```
            Jim Aiken (.1); conference with Jim Aiken re
            his inspection (.3); conference with Sharad
            Desai re class rep issues (.2); conference with
            defense counsel re proposed plaintiffs'
            protective order (.2); conference with Adam
            Polson re same (.1); conference with Adam
            Polson re same (.1); draft motion re
            confidentiality order; legal research re HIPAA
            provisions re same (1.0).
              D. Hill

05/14/08  Review emails re ability to interview Dr.        3.40    576.30
            Wilcox (.1); review Manning letter to DOJ (.2);
            review Adam Polson's email re class
            representation, discuss with Debbie Hill, and
            respond (.2); review letter from Isaac Popoca
            (.1); prepare for meet and confer with Adam
            Polson re class representatives(.4); meet and
            confer re same(.2); draft and review emails re
            same, as well as re Case Management Report
            (.2); draft motion for substitution of class
            representatives and 7.2(j) certification (1.4);
            research typicality issue (.6).
              S. Desai

05/14/08  Trip to Fourth Avenue Jail to obtain signed      6.80  1,054.00
            declaration from Isaac Popoka, and distribute
            same to Sharad Desai (1.3); review and organize
            team correspondence (.3); organize MCSO
            documents reviewed by Debbie Hill and Sharad
            Desai on May 6, 2008, and distribute same to
            them (.6); conference with Sharad Desai re
            declarations obtained from Popoka (.1);
            organize documents from inmates into various
            witness files (.6); organize superseded
            policies into binder (.2); review and organize
            newspaper articles re jails, Arpaio (1.2);
            assemble and organize documents produced by
            defendants on May 1, 2008 (2.5).
              T. Sherrill

05/15/08  Review motion to substitute class               3.90    661.05
            representatives; conference with Peggy Winter
            re same; conference with Sharad Desai re
            revisions to same (.3); conference with Adam
            Polson re proper defendants; conference with
            Peggy Winter and Ted Jarvi re same (.2);
            conference with Adam Polson re objection to our
            proposed confidentiality order; conference with
            Adam Polson re same (.2); review and revise
            motion for substitution of class
            representatives and declaration of Desai (.2);
            conference with Peggy Winter re issue of
            defendants (.1); conference with ACLU re
            additional counsel; conference with Dan Pochoda
            re same (.2); conference with Peggy Winter and
            Hanh Nguyen re status (.3); review and revise
```

FILE NUMBER: 99999.0624
INVOICE NO.: ******

case management report (1.5); conference with
Adam Polson re same; forward exhibits re same
(.3); conference with Adam Polson re
defendants' objections to our confidentiality
order (.2); conference with Mike Manning re
inmate with diabetes problem; conference with
Hanh Nguyen re same (.2); conference with Mike
Manning re name of second inmate with diabetes
issues (.1); conference with Hanh Nguyen re
same (.1).
   D. Hill

05/15/08 Revise Motion to Substitute and prepare for     .30    50.85
        filing.
          S. Desai

05/15/08 Memos from and to Lindsay Jensen re materials   6.10   945.50
        forwarded to Peggy Winter and experts (.1);
        index documents Bates numbered DEF003171-3729
        and DEF000001-100 (5.8); update witness list re
        Jerry Lynn Reitz, and prepare witness file for
        her (.2); memos from and to Hanh Nguyen re
        documents being forwarded to her (.1); memos to
        and from Debbie Hill re meeting to discuss
        projects (.1).
          T. Sherrill

05/16/08 Draft motion re production of medical records   5.20   881.40
        (1.5); conference with Peggy Winter re same
        (.1); draft proposed order (.4); conference
        with Peggy Winter re same (.1); review and
        finalize motion (.2); conference with Rich
        Robertson re Arpaio (.1); numerous conferences
        with Adam Polson and Peggy Winter re
        stipulation re substitution of defendants;
        review proposed stipulation and order re same
        (.4); conference with Peggy Winter re same and
        Monday's hearing (.1); review MCSO policies and
        procedures (.5); conference with Peggy Winter
        re incident report forms (.1); conference with
        Jim Aiken and Bob Powitz re policy re sheriff
        organizational info (.2); conference with
        Tricia Sherrill re various to-do items (.2);
        review final case management report and
        consider arguments for Monday's hearing (.7);
        prepare binder of materials for Monday's
        hearing (.1); review documents and conference
        with Larry Hammond re status of Dr. Wilcox re
        possible interview (.5).
          D. Hill

05/16/08 Review summary of 2004 hearing (.6); review    1.40   237.30
        case management report filed with Court (.5);
        review article re segregation of inmates in
        Maricopa County Jails (.3).
          S. Desai

FILE NUMBER: 99999.0624
INVOICE NO.: ******

05/16/08 Meet with Debbie Hill to discuss projects (.3);      6.70 1,038.50
         review and update witness list (1.6); phone
         messages from and to Hanh Nguyen re documents
         forwarded to them, update and re-format
         discovery log and forward same to Nguyen (.3);
         read and assemble Superior Court minutes
         entries and newspaper articles re inmates who
         died while in jail (3.9); memos from and to
         Nguyen re CD of documents received, memos to
         and from WP personnel re same, and memos to
         experts re same (.4); review and forward MCSO
         policy re organization chart to experts (.2).
              T. Sherrill

05/17/08 Consider 4.2 issue and Wilcox (.2)                     .20    33.90
              L. Hammond

05/18/08 Read Case Management Order and send memo re            .40    67.80
         same; read WVU v. Casey (.4)
              L. Hammond

05/18/08 Review Casey case re expert fees (.4); review          .60   101.70
         emails re Dr. Wilcox and Lang case (.2).
              S. Desai

05/19/08 Meeting with co-counsel re: how to proceed             .50    84.75
         with hearing today (.5).
              L. Hammond

05/19/08 Attend status conference (1.50).                      1.50   254.25
              L. Hammond

05/19/08 Conference with Peggy Winter re various to-do         9.00 1,525.50
         items (.5); conference with Peggy Winter re
         strategy at hearing (.5); conference with
         Sharad Desai re status of outstanding public
         records requests (.2); prepare for hearing
         (1.5); conference with Larry Hammond re
         suggested weekly status conferences (.1);
         prepare for status conference (.7); travel to
         and from and attend status conference (4.0);
         conference with Larry Hammond and Peggy Winter
         re how to proceed in light of County's
         statements, discovery issues, etc. (1.5).
              D. Hill

05/19/08 Research Maricopa County Department of                6.50 1,101.75
         Environmental Services' authority to regulate
         jails (1.6); draft email memorandum to Debbie
         Hill re same (.3); prepare documents for case
         management hearing (.1); draft email to Jeff
         McLerran re MCSO request and call (.2); draft
         letter to inmate Fred Anderson (.4); draft
         letter to Isaac Popoca re hearing and his
         requests (.4); attend case management hearing
         (3.5).
              S. Desai

FILE NUMBER: 99999.0624
INVOICE NO.: ******

05/19/08 Phone message from, and conference with Jim          6.10   945.50
         Aiken re CD of documents forwarded to him (.2);
         memos from and to Robert Powitz re email
         address, documents forwarded to him (.1);
         update contact list re Aiken and Powitz contact
         information (.1); phone conference with Brenda
         Sena re documents to be burned onto CD for
         experts (.1); organize correspondence from
         Alicia Gathers into witness files, and memo to
         Donna Bosco re new expert file (.3); conference
         with Theresa Greco re website search re news
         articles concerning pretrial detainees (.2);
         organize various documents received from Debbie
         Hill (external referee, public request, MRSA,
         etc.), and memos to Donna Bosco re same (.7);
         review contents of replacement CDs for
         DEF003171-3729, memo to Lindsay Jensen, and
         prepare cover letters re same (.5); conference
         with Sharad Desai re inmate letter, review case
         in PACER, and memo to attorneys re issues in
         complaint (.5); meet Peggy Winter, provide her
         with replacement CD, and conference with
         Lindsay Jensen re same (.2); continue searching
         Superior Court website and Internet re inmates
         who died in MCSO custody (3.2).
            T. Sherrill

05/20/08 Conference with John Dickerson re status of         6.00 1,017.00
         case and hearing (.4); review minute entry from
         court (.1); review order re substitution of
         counsel (.1); conference with Sharad Desai re
         to-do list (.2); review correspondence to class
         counsel and revise same (.3); conference with
         Adam Polson (.1); conference with Sharad Desai
         re CHS failure to produce documents pursuant to
         public records request (.1); extended
         conference with Adam Polson re requests for
         production and interrogatories (.5); conference
         with Dr. Goldenson (.1); conference with Dr.
         Stewart (.1); conference with Dr. Goldenson and
         Dr. Stewart re discovery (.1); conference with
         Dr. Goldenson re same (.3); revise third and
         fourth sets of requests for production (1.0);
         conference with Dr. Powitz re revised discovery
         requests (.5); conference with Michele Iafrate
         (.1); conference with Adam Polson re requests
         for production and interrogatories (.5);
         additional conference with Adam Polson and
         Michele Iafrate (.5); revise third and fourth
         set of requests for production (1.0).
            D. Hill

05/20/08 Telephone conference with 4th Avenue inmate         1.30   220.35
         Rafael Martinez and email to team re same (.4);
         review case management hearing minute entry
         (.1); draft email to Debbie Hill re CHS and

FILE NUMBER: 99999.0624
INVOICE NO.: ******

---

MCSO public records requests (.1); conference
with Debbie Hill re same (.1); draft letters to
inmates Popoca and Graves (.6).
  S. Desai

05/20/08 Phone conference with Debbie Hill re case          6.70 1,038.50
management hearing (.1); continue searching
Superior Court website and Internet re
information concerning deceased pretrial
detainees and prepare index re same (6.6).
  T. Sherrill

05/21/08 Extended conference with Michele Iafrate re         5.30   898.35
third set of requests for production (.6);
revise third set of requests for production and
fourth set of requests for production (1.0);
conference with Bob Powitz re floor plans and
inspection schedule (.4); numerous conferences
with Peggy Winter re requests for production
and needs of Dr. Stewart (.5); conference with
Hanh Nguyen re various inmate calls (.3);
conference with Jeremy Mussman re status of
case (.3); conference with Tricia Sherrill re
transcript of hearing (.2); draft plaintiffs'
proposed discovery scheduling order; conference
with defense counsel re same; review
defendants' revisions; conference with defense
counsel re same (.7); conference with Michele
Iafrate re revisions to requests (.3);
conference with Adam Polson re requests for
production (.4); review proposed revisions to
confidentiality orders; conference with Peggy
Winter re same (.3); conferences with Peggy
Winter re needed legal research (.3).
  D. Hill

05/21/08 Telephone conference with Tangela McKay, wife        .80   135.60
of inmate Robert McKay (.3); review Mr. McKay's
complaint and draft summary to team (.4); draft
email to team regarding inmate visits on 5/23
(.1).
  S. Desai

05/21/08 Organize materials into witness and other files     6.80 1,054.00
(.2); memos from and to Hanh Nguyen re CD
provided to Peggy Winter (.1); memos from and
to Hanh Nguyen and Debbie Hill re documents
from Mike Manning's office, numbering of same
(.1); update discovery log re corrected CDs
forwarded to experts (.1); memos to and from
Debbie Hill re transcript of May 19 case
management conference (.1); continue searching
Superior Court and other websites re records of
pretrial detainees who died while in MCSO
custody, and prepare chart re same (5.4);
organize new correspondence and other materials
from inmates and memos to Donna Bosco re same

FILE NUMBER: 99999.0624
INVOICE NO.: ******

```
              (.4); search Medical Examiner's website, phone
              conference with personnel re records from same,
              and memos to and from Debbie Hill re same (.4).
                T. Sherrill

05/22/08 Telephone conference with Debbie Hill re:          .30    50.85
              strategy for Wilenchik (.3).
                L. Hammond

05/22/08 Conference with Michele Iafrate (.1);             6.60 1,118.70
              conference with Michele Iafrate re requests for
              production (.1); conference with Michele
              Iafrate re same (.4); review court order and
              revise defendants' protective order; conference
              with Peggy Winter re same (.5); conference with
              Adam Polson re same (.1); revise third set of
              requests for production (.3); conference with
              defense counsel re same (.1); conference with
              defense counsel re same (.1); correspondence to
              defense counsel re their revisions to our
              protective order (.1); conference with Adam
              Polson re protective orders and requests for
              production (.3); draft Rule 26.1 disclosure
              statement (.7); conference with Tricia Sherrill
              re same (.2); draft motion re our proposed
              discovery schedule (.5); conference with Jim
              Aiken re inspection, etc. (.3); conference with
              Adam Polson re stipulation and protective
              orders (.2); conference with Adam Polson re
              same (.1); conference with Karen McClain re
              revised requests for production (.1);
              conference with Adam Polson re same (.1);
              research Powitz standards for sampling (.3);
              prepare for hearing (.2); travel to and from
              and attend hearing re request for floor plans
              (1.8).
                D. Hill

05/22/08 Review Peggy Winter's questions for medical         .30    50.85
              inmate interviews (.1); review emails re
              contacting Dr. Wilcox ex parte (.1); review
              Rule 26 statement (.1).
                S. Desai

05/22/08 Continue work on list of deceased pretrial         6.30   976.50
              detainees (1.7); calls to MCSO re location of
              inmate Jerry Allgood, and memos to and from
              Sharad Desai re same (.5); phone calls to LBJ
              visitation re visit to see inmate in infirmary,
              and memos to and from Sharad Desai re same
              (.4); phone conferences with Debbie Hill re
              work to be done on plaintiffs' initial
              disclosure statement, review witness list re
              same, phone calls to MCSO inmate locater re
              same and memo to WP personnel re same (3.7).
                T. Sherrill
```

FILE NUMBER: 99999.0624
INVOICE NO.: ******

---

| | | |
|---|---|---|
| 05/23/08 Planning telephone conference with Debbie Hill (.3)<br>  L. Hammond | .30 | 50.85 |

05/23/08 Conference with Dr. Powitz (.2); conference        4.90   830.55
         with Peggy Winter re same and discovery
         conference (.3); conferences with five
         different attorneys about clients with medical
         and mental health issues; conference with Peggy
         Winter and Hanh Nguyen re interviews of same;
         conference with Tricia Sherrill re same (1.0);
         conference with Tricia Sherrill re Rule 26.1
         statement (.2); review and revise same (.2);
         conference with Tricia Sherrill re same (.1);
         review same (.1); conference with Peggy Winter
         re same (.2); conference with Tricia Sherrill
         re contact list (.1); conference with Adam
         Polson re CHS requests (.2); draft notice of
         filing Rule 26 disclosure statement (.2);
         review Sheriff's notice of filing Rule 26
         disclosure statement (.1); conference with
         Peggy Winter re Dr. Wilcox (.2); conference
         with summer clerks re two legal research
         projects relating to standard for conditions
         and PLRA issues (.2); conference with Larry
         Hammond re PLRA issue and whether State is
         permitted to draft remedies (.3); conference
         with Peggy Winter re same (.2); conference with
         Peggy Winter re same (.1); review court order
         re hearing (.1); conference with Tricia
         Sherrill re transcript; conference with Judge
         Wake's clerk re documents; conference with
         Tricia Sherrill re transcript (.2); review
         signed protective orders (.2); conference with
         Sharad Desai re interview of class members;
         conference with Peggy Winter re same;
         conference with Sharad Desai re same (.3);
         conference with attorney re clients in jail
         (.2).
           D. Hill

05/23/08 Conference with inmate Michelle Pewe re medical   4.50   762.75
         conditions and inmate death (2.5); draft
         summary of same for team (1.4); review emails
         re visiting jail inmates and draft email to
         team re same (.6).
           S. Desai

05/23/08 Phone conference with Vance Nelson re case        6.00   930.00
         issues, and prepare and forward letter and
         declaration form to him (.3); phone conferences
         with Debbie Hill re status of draft disclosure
         statement, continue work on same, and forward
         to Hill for review and comment (1.4); phone
         calls to MCSO recording re current locations of
         declarants, and search DOC website re same
         (.5); update contact list (.1); phone

FILE NUMBER: 99999.0624
INVOICE NO.: ******

conference with MCSO personnel re same, revise
disclosure statement re same, and memos to and
from Karen McClain re same (.3); phone
conference with MCSO personnel re location of
Jerry Allgood, and memos to and from Sharad
Desai and Hanh Nguyen re same (.2); review
Manning documents forwarded by Nguyen, and memo
to paralegal assistants re same (.3); read
memos from Ron Wood and Debbie Hill and phone
message to Wood re Jason Berger contact
information (.1); prepare transcript request
forms re May 19 and May 22 hearings, obtain
signatures from Debbie Hill and memos to and
from Lindsay Jensen and Karen McClain re filing
of same (.3); memo to Donna Bosco re witness
files for new potential declarants (.1); read
attorney memos, assemble and organize documents
and memos to Bosco re same (1.6); search
Superior Court and State Bar websites re Jerry
Allgood case, and forward materials to Hill re
same (.3); continue Internet search re Allgood,
phone conference with Hill and memo to Nguyen
re same (.5).
    T. Sherrill

05/23/08 Organize documents received from Michael        4.00   240.00
         Manning; process documents for production.
            M. Wright

05/24/08 Plan for Mussman call (.2).                       .20    33.90
            L. Hammond

05/24/08 Conference with attorneys re names of inmates     .40    67.80
         who have medical and mental health problems
         (.2); conference with Larry Hammond re Wilcox
         (.2).
            D. Hill

05/25/08 Consider 4.2 question and send memo re: same.     .20    33.90
         (.2)
            L. Hammond

05/25/08 Review County's Rule 26(a) disclosure (.1);       .30    50.85
         review emails re inmate medical visits (.2).
            S. Desai

05/26/08 Meeting at my home re: packet of material and     .30    50.85
         staffing for summer help on case (.3).
            L. Hammond

05/26/08 Conference with Larry Hammond re various         1.00   169.50
         strategy decisions (.2); conference with team
         re County's disclosure statement (.2); file
         organization (.4); conference with team re
         inmates with medical issues (.2).
            D. Hill

December 5, 2008     PAGE 106

FILE NUMBER: 99999.0624
INVOICE NO.: ******

05/26/08 Summarize interview with Michelle Pewe for team     .90     152.55
         (.9).
           S. Desai

05/27/08 Telephone conference with Tricia Sherrill     .50     84.75
         re planning (.5).
           L. Hammond

05/27/08 Conference with various lawyers re clients with     3.00     508.50
         mental and medical care issues (.3); research
         re Dr. Kern and Burns (.3); conference with
         Peggy Winter re same (.1); conference with
         Peggy Winter re same (.1); conference with Adam
         Polson (.1); conference with Peggy Winter re
         discovery on experts (.1); review Sheriff's
         disclosure statement; conference with Peggy
         Winter re same and conference with Larry
         Hammond re DeLand (.3); conference with Peggy
         Winter re same (.1); conference with Tricia
         Sherrill re to-do items (.2); conference with
         Michele Iafrate re Aiken tour (.1); conference
         with Iafrate's office (.1); conference with Jim
         Aiken (.1); conference with Jim Aiken (.1);
         conference with Adam Polson re status of County
         withdrawal and third requests for production
         (.2); conference with defense team re same
         (.1); numerous conferences with defendants'
         counsel re deposition of DeLand (.2); review
         documents provided with Sheriff's disclosure
         statements (.3); conference with experts re
         same (.1); conference with Peggy Winter (.1).
           D. Hill

05/27/08 Revise medical release form for current usage     3.00     508.50
         (.8); draft letters to Michelle Pewe and other
         inmates re medical release form (.6); review
         emails from team re experts, inmates, and
         withdrawal of motion to terminate (.5); draft
         email re authority of County Department of
         Environmental Services (1.1).
           S. Desai

05/27/08 Read, organize and assemble memos and attached     6.00     930.00
         documentation into new witness files for
         proposed declarants and defendants' experts,
         and memos to Donna Bosco re same (1.3);
         conference with Debbie Hill re materials to be
         forwarded to team members, and review and
         distribute same (.5); prepare letters with
         attached medical releases to potential declarants,
         phone calls to MCSO and search DOC website re
         locations of inmates and deliver to Sharad Desai
         for his signature (1.4); conferences with Marcie
         Wright re documents on CD received from Mike
         Manning (.3);update witness list re inmate
         locations (.4); review same for privileged
         documents and memos to Hanh Nguyen and Debbie

FILE NUMBER: 99999.0624
INVOICE NO.: ******

---

    Hill re same (.6); organize materials into
expert and witness files (1.1); memos to
and from Hanh Nguyen re contents of Manning
CD (.1); review report by Fred Cohen, and
forward to team members (.3).
    T. Sherrill

05/27/08 Organize documents received from Michael    10.00   600.00
Manning re inmate deaths and jail conditions;
process documents for production.
    M. Wright

05/28/08 Memos re: staffing (.2).    .20   33.90
    L. Hammond

05/28/08 Conference with Peggy Winter re deposition    3.90   661.05
dates and other issues (.3); review objection
to discovery schedule (.2); conference with
Peggy Winter re same (.1); draft reply (1.5);
revise reply (.5); conference with Dr. Powitz
(.1); conference with Dr. Powitz (.2);
conference with Adam Polson re dates for expert
depositions (.2); conference with Peggy Winter
re same (.3); conference with Adam Polson re
same (.2); revise and finalize requests for
production and interrogatories (.3).
    D. Hill

05/28/08 Teleconference with Peggy Winter re dates of    .60   101.70
defendants' experts depositions (.1); review
proposed discovery order (.2); review and
exchange emails with team re inmate visits
(.3).
    S. Desai

05/28/08 Memos from and to Judy Clingerman re documents    2.70   418.50
needed from DOC ps case (.2); search Westlaw re
defendant experts, review and assemble
materials, organize same and forward same to
team members (1.0); memos from and to Hanh
Nguyen re Jason Berger (.1); organize documents
received from Mike Manning, and conferences
with Marcie Wright and copy center personnel re
same (.7); memos from Nguyen and Debbie Hill re
Jerry Allgood, search DOC, Superior Court and
AZ State Bar websites and memo to Nguyen re
same (.3); phone conference with Sharad Desai
re form letter re paralegal visits to MCSO, and
forward same to him (.1); memos from and to
Laurie Adams and Debra Huss re transcript of
hearing and check for same, and conference with
Kathy Busk re same (.2); review memos and memo
to Debbie Hill re medical examiner reports
(.1).
    T. Sherrill

05/28/08 Organize documents received from Michael    8.50   510.00

```
                                          December 5, 2008      PAGE 108
FILE NUMBER: 99999.0624
INVOICE NO.: ******
```

---

Manning; process documents for production.
    M. Wright

05/29/08 Review all orders and respond (.2).       .20   33.90
    L. Hammond

05/29/08 Conference with Dr. Powitz (1.0); conference  6.50 1,101.75
    with Larry Hammond and Sharad Desai re Powitz
    inspection and additional help requirements
    (.2); conference with Sharad Desai re inmate
    jail visits (.1); conference with Donna Hamm re
    inmates with issues (.2); conference with Bruce
    Feder re inmate with medical issues (.2);
    review proposed findings of fact and
    conclusions of law (.4); conference with Peggy
    Winter re same (.1); forward examples of
    findings to Peggy Winter (.1); review
    information relating to Sheriff's expert and
    witnesses (.2); review information relating to
    Burns (.2); conference with Tricia Sherrill re
    memo re inmate declarations (.2); review
    federal court/Wake forms and procedures;
    conference with Tricia Sherrill re same (.3);
    draft notice of filing Ex. A (.2); finalize
    same (.1); review order from court re discovery
    schedule; conference with Larry Hammond re same
    (.2); conference with Peggy Winter re coverage
    of Goldenson deposition (.1); review Farmer and
    other cases related to evidentiary requirements
    (.2); review Pelican Bay cases re various legal
    issues (.3); conference with Peggy Winter re
    cases requiring court to give State opportunity
    to draft plan (.2); file organization (.2);
    conference with Cindy Cantrell re jail
    conditions (.1); consider document subpoenas
    for experts (.2); conference with Michele
    Iafrate re deposition scheduling (.1);
    conference with Jim Aiken re call (.1);
    conference with Adam Polson re discovery
    materials (.8); review summary; conference with
    experts re same; conference with Tricia
    Sherrill re exhibits from previous hearing
    (.5).
    D. Hill

05/29/08 Interview inmates Tommy Johnson, Ronald    5.00  847.50
    Cardoza, and Jeannie Smith (4.4); review email
    re jail tours with Powitz (.2); draft brief
    summary email re inmate interviews (.4).
    S. Desai

05/29/08 Interview detainees at LBJ and Estrella.    4.30  473.00
    J. Parsi

05/29/08 Memos from Peggy Winter and Debbie Hill re    2.40  372.00
    transcripts and report by Kathryn Burns, memos
    to and from Karen McClain, copy center and WP

FILE NUMBER: 99999.0624
INVOICE NO.: ******

---

      personnel re same, print same for Debbie Hill
and organize same and other materials received
from Alicia Gathers into witness and expert
files (1.4); prepare copy center form and memos
to attorneys and Marcie Wright re ST documents
to be processed (.2); phone conference with
Debbie Hill re project to be completed (.1);
memos from and to Hanh Nguyen re Billy Little,
memos to and from Theresa Greco, and phone
conference to Public Defenders office re same
(.3); memos from and to Nguyen re June 3
document production (.1); memos from and to
Debbie Hill and Marcie Wright re processing of
documents received from Joel Robbins (.1);
forward document to Jim Aiken and memos from
and to Debbie Hill re same (.1); memo to Ted
Jarvi requesting exhibits from termination
hearing before Judge Carroll (.1).
      T. Sherrill

| | | |
|---|---|---|
| 05/29/08 | Organize documents received from Michael Manning; process documents for production.<br>    M. Wright | 6.50 | 390.00 |
| 05/30/08 | Conference with Jim Aiken re conference call; conference with Jim Aiken (.2); conference with Peggy Winter re conference call (.1); extended conference with Peggy Winter re issue pertaining to sentenced inmates' medical records per call from Adam Polson (.4); conference with Tricia Sherrill re conference call (.1); conference with Hanh Nguyen re production of documents by defendants (.1); conference with Michele Iafrate re call (.1); draft memo re legal research re quantum of evidence necessary at hearing (.2); conference with Jim Aiken (1.0); conference with Michele Iafrate (1.0); conference with Jim Aiken; review correspondence from Adam Polson (.1); conference with Adam Polson and CHS re medical records issues (.4); conference with Peggy Winter re same (.1); correspondence to Michele Iafrate re Aiken resume (.2); conference with Tricia Sherrill re inmate declarations (.1); conference with Jim Aiken enclosing various documents (.2); review calendar, Sheriff's disclosure statement and consider deposition scheduling (.5); conference with Larry Hammond re same and various to-do items (.1); conference with clerks re jail visits with Jim Aiken (.1); conference with Michele Iafrate re deposition scheduling (.2); conference with Michele Iafrate re number of visitors on expert inspections (.1).<br>    D. Hill | 5.30 | 898.35 |
| 05/30/08 | Organize additional sets of Manning documents | 1.10 | 170.50 |

FILE NUMBER: 99999.0624
INVOICE NO.: ******

---

      to be kwiktagged (.2); review contents of CD
forwarded by Alicia Gathers, and memo to Marcie
Wright re assembly and organization of same
(.2); review and chronologize news articles
pulled by Theresa Greco, organize into files,
and memo to attorneys re same (.4); conference
with Marcie Wright re RC and additional ST
documents, and update discovery log re same
(.3); organize RC documents into files and memo
to attorneys re same (.3); roundtrip travel
(Osborn Maledon/USDC) to deliver check to
Laurie Adams for requested transcripts (.7);
memos to and from Beth Lamb and Ted Jarvi re
request for exhibits to termination hearing
before Judge Carroll (.2); conference with
Marcie Wright re additional ST documents to be
assembled and organized (.1);
      T. Sherrill

05/30/08 Organize documents received from Michael        5.50   330.00
      Manning; process documents for production.
      M. Wright

05/31/08 Plan for experts; review all pending             .20    33.90
      correspondence (.2).
      L. Hammond

05/31/08 Review various documents produced by defendants  3.50   593.25
      and analyze same; consider various to-do
projects and work to be done by ACLU clerks;
consider various environmental issues; file
organization (3.5).
      D. Hill

05/31/08 Review letter from Adam Polson re discovery       .30    50.85
      hardships and other emails sent by time.
      S. Desai

06/01/08 Meeting with Larry Hammond re strategy and       6.00 1,017.00
      various issues (2.5); review and summarize
policies and procedures; draft deposition
questions for deponents based on policies and
procedures (3.5).
      D. Hill

06/02/08 Review correspondence re:  discovery issues (.2). .20    33.90
      L. Hammond

06/02/08 Draft memo re:  protective order; consider        .40    67.80
      letter from Wilenchik (.4).
      L. Hammond

06/02/08 Meet with Debbie Hill re preparation for         1.50   254.25
      Hearing and all open issues (1.5).
      L. Hammond

06/02/08 Dictate memo to Hirsh re: PC; send memo           .40    67.80

FILE NUMBER: 99999.0624
INVOICE NO.: ******

---

to Steve Martin; memo to Mary Durand (.4).
  L. Hammond

06/02/08 Conference with Judge Wake's chambers re          6.80 1,152.60
         hearing and how to proceed (.3); conference
         with defense counsel re same (.2); conference
         with Michele Iafrate's office re same (.2);
         extended conference with Peggy Winter and team
         re documents produced on 6/4 and how to proceed
         (.8); conference with Tricia Sherrill and
         Sharad Desai re various projects and to-do
         lists (.8); draft statement re discovery
         dispute (.3); conference with Peggy Winter re
         same (.2); review CHS's statement (.2);
         conference with Jim Aiken re inspection and
         various other issues (1.0); travel to and from
         courthouse; attend hearing on discovery dispute
         and conference with CHS re issues (2.3);
         conference with Larry Hammond re hearing (.2);
         conference with Bob Powitz (.1); numerous
         conferences with Tricia Sherrill re to do items
         (.2).
           D. Hill

06/02/08 Meet with Debbie Hill and Tricia Sherrill re      1.30   220.35
         things to do in Hart (.8); telephone conference
         with inmate Michael Stacey re LBJ infirmary
         conditions and draft email to team re same (.5).
           S. Desai

06/02/08 Prepare inmate interviews.                        1.80   198.00
           J. Parsi

06/02/08 Organize documents received from Michael          6.50   390.00
         Manning; process documents for production.
           M. Wright

06/03/08 Memos to Durand; Martin (.3).                      .30    50.85
           L. Hammond

06/03/08 Conference with Peggy Winter re expert issues     8.40 1,423.80
         and discovery matters (.6); conference with
         Larry Hammond re mental health inmates (.2);
         review and prepare summaries of policies (1.0);
         conference with Bob Powitz re inspection;
         conference with Bob Powitz re same (.3);
         conference with Mary Jo Miller re budget issues
         (.2); consider deposition scheduling;
         conference with Peggy Winter re same (.3);
         extended conference with Michele Iafrate re
         depositions and inspections (.2); conference
         with summer clerk re legal research project re
         quantum of proof necessary to prevail (.5);
         conference with Dan Pochoda re meeting with law
         clerks (.2); conference with summer clerks re
         materials in case (.2); conference with
         Veronika Ulicna re materials and inspection

FILE NUMBER: 99999.0624
INVOICE NO.: ******

```
          (.2); conference with Tricia Sherrill re info
          for jail inspections (.2); conference with
          various attorneys and mitigation experts re
          names for mental health expert, and food and
          recreation issues (1.0); conference with Tricia
          Sherrill re food and recreation journals (.2);
          conference with Michele Iafrate and Adam Polson
          re discovery responses; pick up discovery
          responses from Adam Polson and trip to Fedex to
          forward to Peggy Winter (1.0); review same;
          conference with Tricia Sherrill re responses
          and CDs; conference with Peggy Winter re same;
          conference with experts re same; conference
          with Hanh Nguyen re list of inmates receiving
          psychotropic drugs (1.3); conference with
          Michele Iafrate re psychotropic drugs in light
          of policy and consider same (.3); conference
          with Dr. Wilcox (.1); conference with Dr.
          Wilcox (.2); conference with Tricia Sherrill re
          deposition notice (.1); conference with Michele
          Iafrate re Reddy deposition (.1).
             D. Hill
```

| Date | Description | Hours | Amount |
|---|---|---|---|
| 06/03/08 | Teleconference with Peggy Winter re discovery agreement with Adam Polson and Stewart jail tour (.6); review emails re same and analysis of records on June 9 (.2); review John Parsi's interview summaries and draft email to team re same (.3).<br>  S. Desai | 1.10 | 186.45 |
| 06/03/08 | Draft memo re interviews with inmates.<br>  J. Parsi | 3.70 | 407.00 |
| 06/03/08 | Research on Farmer v. Brennan.<br>  S. Scharff | 1.00 | 110.00 |
| 06/03/08 | Telephone conference with Larry Hammond and Debbie Hill.<br>  S. Scharff | .60 | 66.00 |
| 06/03/08 | Process documents for production; prepare jail binders.<br>  M. Wright | 9.50 | 570.00 |
| 06/04/08 | Telephone conference with Debbie Hill re mental Health interviews (.4).<br>  L. Hammond | .40 | 67.80 |
| 06/04/08 | All witness memos (.3).<br>  L. Hammond | .30 | 50.85 |
| 06/04/08 | Long telephone conference with Jeremy Mussman and dictate memo re: same (.8).<br>  L. Hammond | .80 | 135.60 |
| 06/04/08 | Draft memo re hearing plan; review draft | .50 | 84.75 |

FILE NUMBER: 99999.0624
INVOICE NO.: ******

---

    subpoena (.5).
     L. Hammond

06/04/08  Prepare for meeting with clerks; meeting with    8.40 1,423.80
    ACLU clerks and summer clerks (1.7); conference
    with Larry Hammond re status and inmate Bolin
    (.2); conference with Peggy Winter re problems
    with production (.2); review various emails
    from Peggy Winter to defense counsel re
    problems with production (.2); conference with
    Adam Polson re same (.2); conference with
    defense counsel re schedule of expert visits
    (.2); conference with Tricia Sherrill re
    production of additional documents (.2);
    conference with Michele Iafrate's office re
    Reddy's deposition (.2); conference with Tricia
    Sherrill and review of forms for review of
    environmental and security override analysis
    (.2); draft recreation and food journal forms
    and instructions (.3); prepare for meeting with
    mitigation specialists re inmates in jails with
    medical and mental health problems (.3); review
    June menu (.2); conference with mitigation
    specialists (1.6); conference with mitigation
    specialist re inmates with medical and mental
    health issues (.1); conference with Peggy
    Winter re meeting and expert schedules (.2);
    review materials from other mitigation
    specialists and correspondence to Peggy Winter
    re same (.2); conference with Lisa B. re food
    and recreation journals (.2); conference with
    Dawn Sinclair re inmates with issues (.1);
    review and revise food and recreation journals
    (.2); conference with Lisa Christiansen re same
    (.2); conference with Adam Polson re response
    to RFP (.1); conference with Michele Iafrate re
    May menus (.2); review letter from County's
    counsel; draft response (.4); conference with
    Larry Hammond re status (.2); revise summaries
    of policies (.2); conference with Kahryn Nix re
    depositions and scheduling (.2); conference
    with Larry Hammond re Seriously Mentally Ill
    Commission (.1); conference with summer clerk
    re attending meeting of same (.1).
     D. Hill

06/04/08  Review e-mails and summaries re inmate visits    2.70   457.65
    (.4); redact same for production (.2); draft
    subpoenas for defendants' expert witnesses
    (1.4); review letter re contact with Wilcox
    (.1); review articles re harm to inmates (.6).
     S. Desai

December 5, 2008      PAGE 114

FILE NUMBER: 99999.0624
INVOICE NO.: ******

---

| | | | |
|---|---|---|---|
| 06/04/08 | Meeting with ACLU Legal Director, ACLU Summer Clerks, OM Summer Clerks, and Debbie Hill re background for legal research projects.<br>  S. Scharff | 1.00 | 110.00 |
| 06/04/08 | Legal research re pretrial detainees and PLRA.<br>  S. Scharff | 2.70 | 297.00 |
| 06/04/08 | Conference with Debbie Hill re environmental reports and security overrides, review, assemble and organize same for ACLU clerks (2.0); consider corrupt DVDs provided by defendants, and memo to Debbie Hill re same (.2).<br>  T. Sherrill | 2.20 | 341.00 |
| 06/04/08 | Process documents for production; prepare binders re documents received from MCSO.<br>  M. Wright | 3.50 | 210.00 |
| 06/05/08 | Work on witness prep; office conference with clerk re: SMI meeting (.4).<br>  L. Hammond | .40 | 67.80 |
| 06/05/08 | Meeting with Mary Durand re jail issues (1.0).<br>  L. Hammond | 1.00 | 169.50 |
| 06/05/08 | Extended conference with Michele Iafrate re depositions and other issues (.7); draft deposition notices for Reddy and food services manager (.3); extended conference with Kahryn Nix re court reporter issues (.3); conference with Larry Hammond re letter re Wilcox; draft correspondence to Dennis Wilenchik re same (.5); numerous conferences with Michele Iafrate re discovery issues (.5); numerous conferences with Peggy Winter re list of names and other inspection issues (.5); review documents provided by Michele Iafrate (1.6); conference with Jim Aiken re same (.2); numerous conferences with Tricia Sherrill re various to-do items (.5); conference with Michele Iafrate's office re DVDs; numerous conferences in house re same; forward same to Pablo Stewart and Peggy Winter (.5); numerous conferences with Michele Iafrate re deposition scheduling (.4); conference with Michele Iafrate re expert schedule (.2); numerous conferences with Dawn Sinclair re food and rec issues (.3); conference with Mary Durand re food and rec issues (.2); numerous emails re finding dietician (.2).<br>  D. Hill | 6.90 | 1,169.55 |
| 06/05/08 | Review e-mails from team regarding discovery and jail tours (.9); review documents from first part of hearing re nutriloaf (.1); review | 2.70 | 457.65 |

FILE NUMBER: 99999.0624
INVOICE NO.: ******

---

Debbie Hill response to letter re Rule 4.2
(.1); telephone conversation with inmate
Christopher Smith and summary to team (.4);
revise subpoenas for defendants' experts
pursuant to team's suggestions (.7); draft
cover letter to opposing counsel re expert
subpoenas (.5).
   S. Desai

| | | |
|---|---|---|
| 06/05/08 Review materials relating to Commission of Justice System Intervention for the Seriously Mentally Ill.<br>   S. Scharff | 2.00 | 220.00 |
| 06/05/08 Draft memo on SMI Commission Meeting.<br>   S. Scharff | 1.10 | 121.00 |
| 06/05/08 Draft memo on quantum of proof.<br>   S. Scharff | .40 | 44.00 |

06/05/08 Work on master index of declarations by issue   8.00 1,240.00
(2.3); memos from and to Debbie Hill and Marcie
Wright re environmental inspection reports and
security override documents (.2); memos from and
to Hill and Wright re organization of CHS and
MCSO documents produced on June 3 (.2); memos
from and to Hill re people attending inspections
(.1); phone conference with Hill re CDs forwarded
to Hanh Nguyen (.1); memos to Hill and Nguyen re
same (.2);update contact list and distribute to
Hill and Karen McClain (.3); update discovery log
(.5); memos to and from Sharad Desai re meeting to
discuss projects (.1); create and update witness
files and memos to Donna Bosco and Hill re same
(3.6); phone conference with Hill re video DVDs,
phone message and memos to IS re same, and memos
to and from McClain re same (.3); phone conference
with Lindsay Jensen re CDs to be fed exed to Pablo
with Stewart and Nguyen (.1).
   T. Sherrill

06/05/08 Prepare binders re documents received from   2.00   120.00
MCSO, CHS and MC.
   M. Wright

06/06/08 Conference with Peggy Winter re issues with Dr.   5.60   949.20
Stewart's inspection (.4); review and revise
statement re dispute; draft order; numerous
conferences with Peggy Winter re same (1.0);
conference with Michele Iafrate re Reddy and
food services manager depositions (.2);
conference with Michele Iafrate re menus (.2);
review subpoenas to experts; conference with
Sharad Desai re same and review correspondence
to counsel (.3); draft deposition notices (.2);
conference with counsel for Dr. Wilcox (.3);
numerous conferences with Adam Polson re Wilcox

FILE NUMBER: 99999.0624
INVOICE NO.: ******

deposition (.3); prepare for inspections (.5);
conference with Jim Aiken; conference with
Sharad Desai re info for Jim Aiken; conference
with Sharad Desai re recreation info (.4);
conference with Peggy Winter re inspection
issues (.2); conference with Adam Polson re
list of names (.1); conference with Bruce Feder
re inmate (.1); conference with Larry Hammond
re Mary Durand; conference with Mary Durand re
food and rec journals (.2); conference with
team re Feder's inmate (.1); conference with
mitigation specialists re meeting (.1);
numerous conferences with Tricia Sherrill re
to-do items (.3); conference with clerks re
inspections (.2); conference with Jeremy
Mussman re mental health issues (.3);
conference with Adam Polson re Stewart depo
(.2).
  D. Hill

| | | |
|---|---|---|
| 06/06/08 Teleconference with Debbie Hill re third request for production's requests 32-34 and Sheriff's response (.3); teleconference with Peggy Winter re dispute re confidential visits with inmates and filing for court to hear dispute (.2); meet with Tricia Sherrill re list of witnesses and their documents; conference with Debbie Hill re subpoenas to expert witnesses (.2); review letter from Lisa Mile, Robert Allen Mile's wife, re medical care and releases (.1); review judge's order re discovery (.1); conference with Debbie Hill re logbook review (.1).<br>  S. Desai | 1.00 | 169.50 |
| 06/06/08 Research on pretrial detainee legal standards re issues in case.<br>  S. Scharff | 1.50 | 165.00 |
| 06/06/08 Assemble and organize declarations to be forwarded to Michelle Iafrate (.3); memos from Hanh Nguyen and to Deanna Rexing re Phych 2 CD (.1); assemble and organize declarations referenced in Disclosure Statement and forward same to Michelle Iafrate (.4); phone conferences with Rast Unit CO3 re call to inmate, and memos to and from Debbie Hill re same (.3); conference with Marcie Wright re credential files, and assemble and organize same (.4); continue work on master index of declarations by issue, and memo to Debbie Hill re same (5.6); phone conference with, and memos to Hanh Nguyen re Psych 3 video (.3); conference with Sharad Desai re Psych 3 CD to be provided to Nguyen, declarations listed in Disclosure Statement and forward same to him (.2); organize materials for witness files | 8.40 | 1,302.00 |

FILE NUMBER: 99999.0624
INVOICE NO.: ******

     received from Desai (.1); pull and distribute
     to Debbie Hill directions to jails (.3); review
     CDs and update discovery log re bates numbers
     of documents produced by CHS and MCSO (.4).
       T. Sherrill

| Date | Description | Hours | Amount |
|---|---|---|---|
| 06/07/08 | Telephone conference with Debbie Hill re Aiken day #1 and Aiken's initial opinions (1.0).<br>  L. Hammond | 1.00 | 169.50 |
| 06/07/08 | Telephone conference with Steve Martin re: seven experts and dictate memo re: same (1.5).<br>  L. Hammond | 1.50 | 254.25 |
| 06/07/08 | Travel to and from jails; inspect jails (10.0); draft summary of visit and prepare list for medical and mental health charts to pull (2.0).<br>  D. Hill | 12.00 | 2,034.00 |
| 06/07/08 | Tour Towers, Durango, and Estrella jails with Debbie Hill and Jim Aiken; conference with inmates re issues.<br>  B. Hale | 9.00 | 1,305.00 |
| 06/08/08 | Meeting with Aiken and Stewart and ACLU team to report and prepare for next interviews (1.1).<br>  L. Hammond | 1.10 | 186.45 |
| 06/08/08 | Telephone conference with Debbie Hill re Aiken day #2 and LBJ (.5).<br>  L. Hammond | .50 | 84.75 |
| 06/08/08 | Travel to and from LBJ jail; inspect LBJ jail (5.6); extended conference with Larry Hammond re LBJ tour and "boat" issues and strategy re same (.4); conference with Jim Aiken re additional document requests (.2); review medical grievances from inmates and prepare list of charts to pull (.5); draft Fifth Set of Requests for Production (.5); draft correspondence to Michele Iafrate re same (.2); travel to and from Estrella; meeting with inmate at Estrella re issues (1.0).<br>  D. Hill | 8.40 | 1,423.80 |
| 06/08/08 | Tour Lower Buckeye Jail with Debbie Hill and Jim Aiken; conference with inmates and class members.<br>  S. Scharff | 5.00 | 550.00 |
| 06/08/08 | Draft memo re LBJ tour.<br>  S. Scharff | 1.20 | 132.00 |
| 06/09/08 | Telephone conference with Debbie Hill re Arnold v. Saine; telephone call to Ann Ronan re Arnold v. Saine and mental health issues | .30 | 50.85 |

FILE NUMBER: 99999.0624
INVOICE NO.: ******

---

          at jail (.3).
            L. Hammond

06/09/08  Telephone conference with Debbie Hill and Sharad        .50    84.75
          Desai re tour on 6/9 (.5).
            L. Hammond

06/09/08  Travel to and from 4th Avenue Jail; tour jail     11.00  1,864.50
          with Jim Aiken (8.5); conference with Sharad
          Desai re problems with document production by
          Sheriff (.3); conference with Larry Hammond and
          Sharad Desai re 4th Avenue Jail and other
          issues raised by tour (.4); conference with
          Peggy Winter and Dr. Stewart re jails and
          mental health issues at 4th Avenue (1.0);
          conference with Peggy Winter re various
          strategy issues (.3); consider deposition
          questions, additional requests for production
          and strategy questions in case (.5).
            D. Hill

06/09/08  Review materials to prepare for logbook review      8.30  1,406.85
          (.2); review grievances and psych documents at
          Lower Buckeye Jail (7.3); conference with
          Debbie Hill re review of documents at LBJ and
          need for access to incident reports (.5); draft
          email to team re day's events (.1); review
          emails from team (.2).
            S. Desai

06/09/08  Draft memo re from jail tour.                       3.60   522.00
            B. Hale

06/09/08  Review AARIN Report Research.                        .20    22.00
            S. Scharff

06/09/08  Draft and revise LBJ tour Memo.                      .10    11.00
            S. Scharff

06/09/08  Legal research on consent decrees and jail          3.10   341.00
          conditions.
            S. Scharff

06/09/08  Prepare binders re documents received from          6.50   390.00
          Michael Manning on 5/21/08; process documents.
            M. Wright

06/10/08  Telephone conference with Debbie Hill;               .50    84.75
          second telephone conference re: discovery
          issues (.5).
            L. Hammond

06/10/08  Prepare for ASU/SMI meeting; address food/           .40    67.80
          quality assurance issue; plan meeting with
          Debbie Hill (.4).
            L. Hammond

December 5, 2008     PAGE 119

FILE NUMBER: 99999.0624
INVOICE NO.: ******

---

06/10/08 Numerous conferences with Michele Iafrate and          8.00 1,356.00
         Hahn Nguyen re production of documents;
         numerous conferences with Hahn Nguyen re
         document requests (1.0); conference with inmate
         (.2); numerous conferences with Cindy Cantrell
         re John Stuart and conditions at jail (.3);
         conference with Estrella inmates (.2); draft
         requests for production and additional
         interrogatories (1.0); conference with Nancy
         Romanick re food issues (.6); conference with
         Bob Powitz (.1); conference with Bob Powitz re
         various issues (.5); conference with summer
         clerks re projects re minimal constitutional
         standards (.6); conference with Spencer Scharff
         re various food issues (.3); conference with
         John Parsi re additional issues (.2); consider
         various issues; conference with Larry Hammond
         re strategy in case (.5); conference with ACLU
         clerks re projects (.3); numerous conferences
         with Michele Iafrate's office re depositions
         (.3); conference with Adam Polson re Wilcox's
         deposition; finalize memo; conference with
         Wilcox's attorney (.4); consider safety issues
         (.5); conference with Peggy Winter and Pablo
         Stewart re status (1.0).
            D. Hill

06/10/08 Review Judge Wake's decisions on prisoner cases          .60   101.70
         (.3); review letters from inmates Michelle Pewe
         and Michael Stacy (.1); review Arpaio's request
         for production of documents and Debbie's
         informal email response (.1); brief conference
         with Debbie Hill re same (.1).
            S. Desai

06/10/08 Legal research on legal standards re exercise           1.50   165.00
         and recreation.
            J. Parsi

06/10/08 Draft memo summarizing notes from tour of 4th           4.50   742.50
         Avenue Jail.
            B. Roysden

06/10/08 Meet with Debbie Hill and John Parsi re:                1.00   110.00
         constitutional minimum research.
            S. Scharff

06/10/08 Research and draft memo on constitutional               6.40   704.00
         minimums on food quality and quantity.
            S. Scharff

06/10/08 Process privileged documents.                           1.50    90.00
            M. Wright

06/11/08 Telephone conference with Jim Rozalewycz                1.00   169.50
         and second telephone conference with Rich
         Robertson re canteen issue and Show Low

December 5, 2008        PAGE 120

FILE NUMBER: 99999.0624
INVOICE NO.: ******

---

     client in County jails (1.0).
       L. Hammond

06/11/08 Review documents and prepare exhibits for Reddy   8.00 1,356.00
     deposition (.5); prepare for Reddy deposition
     (3.0); numerous conferences with Michele Iafrate
     re production of documents (.3); conference
     with Hahn Nguyen re same (.3); draft
     correspondence to Michele Iafrate re Powitz
     visit (.8); revise same (.2); extended
     conference with Jim Aiken (.5); conference with
     Sharad Desai re various food issues in
     preparation for Reddy deposition (.5); review
     emails from Sharad Desai re same (.2);
     conference with inmate re Estrella (.2);
     conference with mitigation specialists re facts
     in case (.7); conference with Peggy Winter and
     Dr. Stewart (.3); conference with Stephen
     Clarke re deposition (.3); finalize notice of
     deposition (.2).
       D. Hill

06/11/08 Draft email to Mary K. Reinhart re dead inmate   6.20 1,050.90
     files (.3); conference with Debbie Hill re
     moldy food research, letters to inmates for
     food and recreation journals, and issues in
     defendants' responses to interrogatories and
     requests for production (.4); draft letter to
     inmates re food and recreation journals (.8);
     teleconference with inmate Rafael Martinez re
     jail not allowing him to send legal mail to us
     (.1); draft email to Michelle Iafrate and Jeff
     McLerran re same (.2); draft email to
     defendants' counsel re service of expert
     subpoenas and request for production issues
     (.8); telephone conference with Cindy Marquez
     re medical condition and email to team re same
     (.3); research issue re authority to use
     restraints, seclusion, or forced medication
     (.6); review procurement code regarding issues
     of food procurement (.3); research
     constitutionality of serving rotten food and
     health code issues, and draft email memo re
     same (1.9); review Arpaio's comments re food
     (.5).
       S. Desai

06/12/08 Telephone conference with Center re: Arnold.     .20    33.90
       L. Hammond

06/12/08 Review and respond to status memos.     .20    33.90
       L. Hammond

06/12/08 Prepare for Reddy deposition; conference with   6.00 1,017.00
     Patty Cleaver; conference with Michele Iafrate
     re failure to produce actual served menus (1.0);
     take Reddy deposition (3.5); conference with

FILE NUMBER: 99999.0624
INVOICE NO.: ******

---

inmates re conditions at 4th Avenue (.3);
conference with Shannon Richter's mom (.2);
conference with Michele Iafrate re same (.2);
conference with Sharad Desai re Reddy
deposition (.2); conference with Sharad Desai
re responses to requests for production of
documents (.2); conference with ACLU clerks re
review of grievances; conference with
paralegals re same; conference with Sharad
Desai re same (.4).
   D. Hill

06/12/08 Review team emails (.3); draft email re inmates      2.10   355.95
         who have provided medical release forms (.3);
         telephone conference with inmate Veronica Ross
         re inmate cleaning (.3); conference with Debbie
         Hill on document production of grievances (.3);
         review inmate letters (.2); draft email to team
         re inmate letters and phone calls (.3);
         telephone conference with Jeff McLerran re
         MCSO's first request for production of
         documents and email to team re same (.4).
            S. Desai

06/12/08 Draft memo on notes from tour of 4th Avenue         3.00   495.00
         Jail.
            B. Roysden

06/12/08 Research and draft memo on issues related to         .20    22.00
         food conditions.
            S. Scharff

06/12/08 Research on quantum of proof need to               2.30   253.00
         demonstrate constitutional violations in
         conditions of confinement.
            S. Scharff

06/12/08 Research re Constitutional Standards re              .60    66.00
         confinement.
            S. Scharff

06/13/08 Meeting with clerk re: ASU inquiry.                  .40    67.80
            L. Hammond

06/13/08 Meeting with Debbie Hill re: Aikens report.         .40    67.80
            L. Hammond

06/13/08 Conference with Michele Iafrate's office;          4.00   678.00
         conference with Sharad Desai; conference with
         Veronika Ulicna re document review; conference
         with Larry Hammond re issues with respect to
         Jim Aiken; draft response to first request for
         production; revise same; conference with Sharad
         Desai re response to request for production
         (2.5); conference with Stephen Clark re Wilcox
         deposition (.5); consider questions for
         deposition of facility executive officers at

FILE NUMBER: 99999.0624
INVOICE NO.: ******

| | | | |
|---|---|---|---|
| | deposition; consider issues to discuss with Michele Iafrate on Monday (1.0).<br>    D. Hill | | |
| 06/13/08 | Review inmate files for MCSO's first request for documents, teleconference with Tricia Sherrill re same, conference with Marcie Wright re same, and prepare documents for production (4.6); teleconference with Jeff McLerran re identification problem (.1); review inmate mail (.3); revise response to discovery request (.3); review subpoenas for Goldenson and Stewart (.2); email to Debbie Hill re subpoenas (.1).<br>    S. Desai | 5.60 | 949.20 |
| 06/13/08 | Draft memo re legal standards re Conditions of Confinement.<br>    S. Scharff | 2.20 | 242.00 |
| 06/13/08 | Review declarant files for grievances, process documents re plaintiffs' response to Arpaio's Request for Production.<br>    M. Wright | 5.50 | 330.00 |
| 06/14/08 | Review all discovery memos (.2).<br>    L. Hammond | .20 | 33.90 |
| 06/14/08 | Conference with Tricia Sherrill; conference with Larry Hammond re status.<br>    D. Hill | .20 | 33.90 |
| 06/14/08 | Read correspondence from attorneys, support staff and court reporter, organize same into witness files, create new files, and memos to Debbie Hill, Donna Bosco, Marcie Wright and Karen McClain re same (4.0).<br>    T. Sherrill | 4.00 | 620.00 |
| 06/15/08 | Memorandum re paralegal staffing. (.2)<br>    L. Hammond | .20 | 33.90 |
| 06/15/08 | Conference with Peggy Winter re status of case (.5); conference with Larry Hammond re staffing issues (.2).<br>    D. Hill | .70 | 118.65 |
| 06/16/08 | Telephone conference with Dan Pochoda; telephone conference with Carrie Sperling, all re the grievance issues.<br>    L. Hammond | .50 | 84.75 |
| 06/16/08 | Dictate memo re Fourth Avenue; conference with Sharad Desai (1.0); conference with Sharad Desai and Hanh Nguyen re documents; draft correspondence to Michele Iafrate re production issues; review email from Michele Iafrate; | 10.00 | 1,695.00 |

FILE NUMBER: 99999.0624
INVOICE NO.: ******

---

    prepare deposition questions for Peter Pilat
    (4.0); draft questionnaire for class members;
    conference with Sharad Desai re documents;
    review and summarize grievances (3.0); prepare
    deposition questions and exhibits for Peter
    Pilat (1.0); numerous conferences with Michele
    Iafrate re requested documents (.4); review
    supplemental disclosure statements and reports;
    forward same to Bob Powitz and Jim Aiken;
    conference with Bob Powitz re call (.6).
      D. Hill

06/16/08 Review inmate grievances (8.8); review emails    9.00 1,525.50
    from team (.2).
      S. Desai

06/16/08 Legal research re recreation issues.    1.60   176.00
      J. Parsi

06/16/08 Draft legal research memo on county's    5.50   907.50
    right to propose remedy for violations.
      B. Roysden

06/16/08 Review and draft memo re AARIN meeting    .60    66.00
    with David Choate.
      S. Scharff

06/16/08 Meet with David Choate of the ASU's Center for    1.80   198.00
    Violence Prevention and Community Safety at
    ASU's West Campus re jail issues.
      S. Scharff

06/16/08 Research re legal standards re conditions    .70    77.00
    of confinement.
      S. Scharff

06/16/08 Read attorney memos, create witness files, and    .50    77.50
    memos to Donna Bosco re same (.3); memos from
    and to Debbie Hill re information to provide to
    Michele Iafrate, and memo to Iafrate re same
    (.2).
      T. Sherrill

06/16/08 Organize documents for Tricia Sherrill;    4.50   270.00
    prepare binders.
      M. Wright

06/17/08 Telephone conference with Ann Ronan and    .50    84.75
    dictate memorandum re same.
      L. Hammond

06/17/08 Consider Estrella conditions; consider issues    .30    50.85
    re Ann Ronan.
      L. Hammond

06/17/08 Prepare questionnaires for inmates and    8.90 1,508.55
    correspondence to same (.5); take Pilat

FILE NUMBER: 99999.0624
INVOICE NO.: ******

```
                deposition (3.0); conference with Peggy Winter
                re jail issues and strategy (.7); conference
                with Jim Aiken; conference with Jim Aiken;
                conference with Bob Powitz re materials
                (.3); extended conference with Peggy Winter re
                various issues (.5); review emails re expert
                depositions and other discovery disputes (.3);
                review incident reports (2.0); conference with
                Michele Iafrate re missing documents; review
                previous correspondence re same (.3);
                conference with law clerks re food issues (.4);
                conference with law clerks re additional legal
                research (.2); file organization (.5);
                conference with Sharad Desai re review of
                incident reports and ojs (.2).
                D. Hill

06/17/08  Review food grievances (4.2); teleconference      4.40    745.80
          with Hanh Nguyen re discovery and grievances
          (.2); review fax re Goldenson and Stewart
          subpoenas.
          S. Desai

06/17/08  Legal research re recreation issues.              4.00    440.00
          J. Parsi

06/17/08  Continue drafting memo on County's right to       5.00    825.00
          propose remedy in jail conditions litigation.
          B. Roysden

06/17/08  Research conditions of confinement.               2.20    242.00
          S. Scharff

06/17/08  Review memos from attorneys and support staff,    1.30    201.50
          create and organize witness files re same.
          T. Sherrill

06/17/08  Assemble documents to be forwarded to Stephen      .40     62.00
          Clark, and memos to and from Clark re same.
          T. Sherrill

06/17/08  Review and summarize Operational Journals.        6.00    360.00
          M. Wright

06/18/08  Review planning memorandum and respond.            .20     33.90
          L. Hammond

06/18/08  Telephone conference with Debbie Hill re           .50     84.75
          Aiken report.
          L. Hammond

06/18/08  Conference with Jim Aiken (.6); numerous         11.40  1,932.30
          conference with Peggy Winter re discovery
          issues (.2); conference with Eric re discovery
          issue (.1); determine deposition schedule for
          Sheriff employees (.2); conference with Sharad
          Desai re summaries of incident reports and how
```

December 5, 2008     PAGE 125

FILE NUMBER: 99999.0624
INVOICE NO.: ******

---

to proceed (.5); conference with Michele
Iafrate re documents (.1); email to Iafrate re
same (.1); prepare summaries of Durango
organizational journal (3.0); conference with law
clerks re constitutional minimum for various
issues (1.0); conference with Jim Aiken (1.0);
prepare summaries of Durango organizational
journal (2.0); review correspondence from
Iafrate's office (.2); draft correspondence to
Iafrate (1.0); draft statement of discovery
dispute and proposed order (.8); lengthy
conference with Larry Hammond re Aiken
summaries (.3); conference with Peggy Winter re
photograph and issues re Goldenson's inspection
(.3).
  D. Hill

06/18/08 Review subpoenas and draft same (.1); review    9.00 1,525.50
Online Journal documents and work with
volunteers re review of OJs (2.7);
teleconference with Peggy Winter re expert
subpoenas (.1); teleconference with Hanh Nguyen
re sick inmate incident reports (.1); review
OJs from Towers pod 4 and 5 (6.0).
  S. Desai

06/18/08 Legal research re recreation, over crowding,    6.70  737.00
and bed issues.
  J. Parsi

06/18/08 Draft and edit memo re County's right to    5.70  940.50
propose remedy in jail conditions litigation.
  B. Roysden

06/18/08 Meeting with Debbie Hill and John Parsi    1.00  110.00
re legal standards re issues in case.
  S. Scharff

06/18/08 Research on conditions of confinement    3.40  374.00
(food, fire, general standards).
  S. Scharff

06/18/08 Read attorney memos, and organize same into    1.00  155.00
witness files.
  T. Sherrill

06/18/08 Review and summarize Operational Journals.    6.30  378.00
  M. Wright

06/19/08 Plan for James Aiken and other experts; review    .40  67.80
all correspondence.
  L. Hammond

6/19/08 Prepare for deposition of James Aiken.    .20  33.90
  L. Hammond

06/19/08 Conference with Peggy Winter re discovery    5.50  932.25

FILE NUMBER: 99999.0624
INVOICE NO.: ******

disputes (.3); conference with Karen McClain re
correspondence to Michele Iafrate (.2);
conference with Karen McClain re Iafrate call
(.1); extended conference with Peggy Winter re
discovery disputes (.3); conference with Hanh
Nguyen re 26.1 disclosures and other matters
(.3); conference with Eric B. re same (.1);
extended conference with Michele Iafrate re
discovery disputes (.3); conference with Peggy
Winter re same (.2); review various pleadings
re conference call with Judge and discovery
dispute (.3); conference with Peggy Winter re
Wake ruling; review same (.2); conference with
Tricia Sherrill re transcript of hearing (.1);
correspondence to counsel re tour memos (.2);
conference with Bob Powitz re list of items in
briefcase (.1); conference with Sharad Desai re
summaries of ojs and other to-do items (.4);
conference with Michele Iafrate re Powitz
inspection (.2); memo to Larry Hammond re Aiken
summaries (.8); conference with Larry Hammond
re status (.2); dictate 4th Avenue tour summary
(.4); conference with John Parsi re research
memo; review cases; conference with Spencer
Scharff re research memo; review Spencer
Scharff's memo re food issues (.3); finalize
deposition notices (.2); conference with Hanh
Nguyen re deposition of Clifton (.1);
conference with Michele Iafrate re deposition
notices (.2).
    D. Hill

| Date | Description | Hours | Amount |
|---|---|---|---|
| 06/19/08 | Review OJ's and work with volunteers to review same. S. Desai | 11.50 | 1,949.25 |
| 06/19/08 | Review documents; create log of events. A. Chapman | 2.30 | 389.85 |
| 06/19/08 | Legal research and draft memo re recreation issues. J. Parsi | 1.50 | 165.00 |
| 06/19/08 | Legal research and draft memo on minimum constitutional standards. S. Scharff | 1.80 | 198.00 |
| 06/19/08 | Draft and edit memo on constitutional minimums for conditions of confinement; organize cases re same. S. Scharff | 5.20 | 572.00 |
| 06/19/08 | Review and summarize Operational Journals re Estrella Jail. M. Wright | 6.00 | 360.00 |
| 06/20/08 | Review memo re construction issues. | .20 | 33.90 |

```
                                    December 5, 2008      PAGE 127
FILE NUMBER: 99999.0624
INVOICE NO.: ******
```

---

            L. Hammond

06/20/08 Prepare for meeting with James Aiken.          .30    50.85
            L. Hammond

06/20/08 Conference with Bob Powitz; review documents   1.00   169.50
            relating to revision of food policies re 2900
            calories and memo to Larry Hammond re same (1.0).
            D. Hill

06/20/08 Conference with Dr. Powitz (.5); summarize      3.50   593.25
            journal for D8 (Durango) (3.0).
            D. Hill

06/20/08 Review oj's (7.4); conference with Karen        8.30 1,406.85
            McClain re documents to Jim Aiken (.1); draft
            forms re meal distributions, recreation,
            laundry, and out of cell time; teleconference
            with Hanh Nguyen re psych incident reports and
            other documents (.2); leave voicemail message
            for Cari Shehorn re document production (.1);
            teleconference with Rafael Martinez re legal
            mail (.1); teleconference and email Jeff
            McLerran re same (.2); review emails and
            documents in case (.2).
            S. Desai

06/20/08 Review operations journals; create log.        2.00   339.00
            A. Chapman

06/20/08 Review and summarize Operational Journals re    6.50   390.00
            Estrella Jail.
            M. Wright

06/21/08 Read Deland report and resume; read notes       2.20   372.90
            of jail tours in preparation for James
            Aiken report.
            L. Hammond

06/21/08 Work on Hart/Aiken report.                      .30    50.85
            L. Hammond

06/22/08 Read Burns and related reports and jail         1.50   254.25
            tour notes in preparation for James Aiken
            meeting.
            L. Hammond

06/22/08 Summarize unit log for Durango D9; draft super  5.00   847.50
            summaries re same.
            D. Hill

06/23/08 Prepare for meeting with client; meeting        .80    135.60
            with J Cabou and review relevant documents.
            L. Hammond

06/23/08 Meeting with Debbie Hill re all James Aiken     3.00   508.50
            issues.

```
                                        December 5, 2008      PAGE 128
FILE NUMBER: 99999.0624
INVOICE NO.: ******
```

---

          L. Hammond

06/23/08 Prepare for Aiken meeting.                      1.30    220.35
          L. Hammond

06/23/08 Draft expert summary and work with Aiken.       6.00  1,017.00
          L. Hammond

06/23/08 Tour 4th Ave. Jail; review additional documents  12.00  2,034.00
          produced by defendants; conference with Tricia
          Sherrill with respect to to-do items (9.5);
          conference with Larry Hammond re Aiken report
          and correctional issues (2.5).
          D. Hill

06/23/08 Review voicemail messages from inmates (.5);    10.00  1,695.00
          summarize same in email to team (.3); review
          Spencer Scharff's memo re ASU mental health
          meeting (.1); review emails from team (1.1);
          review incident report spreadsheet for inmate
          injury issues (.4); conference with inmate
          Ronnie Joseph and David Dugan (.2); work on
          super summaries (7.2); speak with Cheryl
          Otterson re son; speak with inmate Alejandra
          Paco re journals and other documents (.1);
          draft email to Jeff McLerran re privileged
          document (.1).
          S. Desai

06/23/08 Tour jail with expert Aiken.                     8.10    891.00
          J. Parsi

06/23/08 Legal research on conditions of confinement.      .40     44.00
          S. Scharff

06/23/08 Read attorney correspondence, create and        8.50  1,317.50
          organize witness files of new declarants, MCSO
          witnesses and experts (4.8); conferences with
          Karen McClain, Marcie Wright re documents produced
          by defendants, and conference with Hanh Nguyen re
          organization of same (.8); conference with Debbie
          Hill re materials to forward to Robert Powitz (.3);
          assemble and organize documents for review
          by Jim Aiken (2.6).
          T. Sherrill

06/23/08 Organize documents for declarant files.         1.50     90.00
          M. Wright

06/24/08 Tour of Towers Jail (5.5); conference with Jim   11.00  1,864.50
          Aiken; conference with Jim Aiken and Bob
          Powitz; meeting with Jim Aiken re his reports
          and various issues (5.5).
          D. Hill

06/24/08 Conference with Debbie Hill re Hart documents    5.30    898.35
          and RFPs 7 and 8 (.2); prepare OJ summaries for

```
FILE NUMBER: 99999.0624
INVOICE NO.: ******
```

Jim Aiken (.2); conference with Jim Aiken and
Larry Hammond re expert summary (1.5); draft
Seventh RFP (directed to County) (.3); draft
Eight RFP (directed to Sheriff) and revise and
finalize same pursuant to Debbie Hill's
comments (.7); conference with Marcie Wright
and Genevieve Paul re "super summaries" (.3);
conference with Veronika Ulicna re same (.3);
review Aiken information (.5); conference with
Debbie Hill re OJ's (.1); review and organize
OJ summaries and super summaries (1.2).
   S. Desai

| | | | |
|---|---|---|---|
| 06/24/08 | Tour jail with Aiken and draft memo.<br>   J. Parsi | 5.30 | 583.00 |
| 06/24/08 | Research and draft memo on constitutional<br>minimums for cleaning supplies and intake<br>facilities in jail.<br>   S. Scharff | 2.80 | 308.00 |
| 06/24/08 | Search documents produced by defendants re<br>Intake Receiving Screening Questionnaire and<br>memo to Hanh Nguyen re same (1.1); memos from<br>and to Laurie Adams re transcript of 6-19-08<br>conference and memo to Lindsay Jensen re same (.2);<br>memos to and from WP re burning documents to<br>CD (.1); prepare CDs containing ST and CHS documents<br>for Nguyen (.3); assemble and organize documents<br>for Robert Powitz (1.6); forward requested<br>discovery to Alicia Gathers (.4); conference with<br>Lindsay Jensen re filing transcript order form,<br>and memo to Debbie Huss re same (.3); correspondence<br>to numerous inmates returning original documents<br>forwarded by them (4.0); organize and assemble<br>materials for Jim Aiken; conference with Debbie<br>Hill re new projects (.2); search emails re summary<br>by Hill and conferences with Hill and Randy O'Donnell<br>re same (.5).<br>   T. Sherrill | 8.70 | 1,348.50 |
| 06/24/08 | Prepare super summaries of Operational Journals<br>re Fourth Avenue Jail.<br>   M. Wright | 6.20 | 372.00 |
| 06/25/08 | Tour Estrella Jail (4.0); inspect food factory<br>and travel (1.0); conference with Bob Powitz re<br>case (.3); lengthy conference with Tricia<br>Sherrill re to-do items; file organization;<br>review additional questionnaires and letters<br>and grievances; conference with Sharad Desai re<br>summaries; conference with summer clerks re<br>research projects (2.3); conference with Bob<br>Powitz (.5); conference with Peggy Winter and<br>Hanh Nguyen (1.5); review and revise super<br>summaries for two LBJ units (2.0).<br>   D. Hill | 11.60 | 1,966.20 |

                                          December 5, 2008        PAGE 130
FILE NUMBER: 99999.0624
INVOICE NO.: ******

---

06/25/08  Tour Estrella Jail and Food Factory with Bob      8.30  1,406.85
          Powitz (6.4); teleconference with Becky Hunter
          (P410797) (.2); continue working on summaries
          of OJ's (1.6); leave voicemail message with
          Adam Polson re 7th request for production
          deadline and faxing/hand-delivering of
          documents (.1).
             S. Desai

06/25/08  Draft and research memo re standards for          6.20   682.00
          recreation.
             J. Parsi

06/25/08  Edit constitutional minimums memo.                4.70   517.00
             S. Scharff

06/25/08  Phone calls to inmate locater services re         8.20  1,271.00
          Michelle Pewe and memos to and from Hanh Nguyen
          re same (.4); correspondence returning original
          documents to inmates (2.8); search documents for
          Wilcox materials and forward same to Eric Balaban
          (1.5); assemble and organize materials for Robert
          Powitz (.8); continue assembly and organization
          of materials for witness files (1.6); meeting
          with Debbie Hill re additional projects to
          be done, and work on same (.7); kwiktag
          and prepare documents on CDs for Nguyen (.4).
             T. Sherrill

06/25/08  Prepare super summaries of Operational Journals   6.00   360.00
          re Fourth Avenue Jail.
             M. Wright

06/26/08  Work on recreation issue; office conference        .70   118.65
          with Spencer Scharff re research re standard
          of proof.
             L. Hammond

06/26/08  Tour of Durango (3.5); review various            11.30  1,915.35
          documents; conference with Tricia Sherrill re
          inmate correspondence; conference with Lori
          (ACLU law clerk)re summaries re food; review
          various responses to requests for production;
          conference with Jim Aiken; conference with Michele
          Iafrate re Reddy and Pilat depositions; conference
          with Lisa Christenson re inmate information;
          conference with Tricia Sherrill re supplemental
          disclosure statement (2.0); tour of holding cells
          (1.5); conference with Jim Aiken; review legal
          research memos re constitutional minimums;
          review documents; file organization; conference
          with Jim Aiken; review expert subpoenas and
          conference with Tricia Sherrill re same (1.5);
          conference with Bob Powitz re depositions and
          how to proceed (.5); conference with Michele
          Iafrate re deposition scheduling; review Aiken

December 5, 2008      PAGE 131

FILE NUMBER: 99999.0624
INVOICE NO.: ******

---

            draft; file organization (1.0); draft summary for
            other incidents in LBJ T11 (1.3).
              D. Hill

06/26/08 Do super summaries on Tower 1 and 3 (.8);    7.90    1,339.05
         review summaries for OJ's to determine need for
         "other incident" super summaries and begin
         doing one for Estrella J (6.4); conference with
         Debbie Hill on other super summaries; go
         through inmate mail (.4); email Tricia Sherrill
         re Michelle Pewe's whereabouts (.1); conference
         with Debbie Hill on status of super summaries,
         other incident summaries, and compilations of
         super summaries on specific topics (.2).
              S. Desai

06/26/08 Legal research re recreation.                  2.00    220.00
              J. Parsi

06/26/08 Finalize memo re constitutional issues.      3.00    330.00
              S. Scharff

06/26/08 Memos from and to Hanh Nguyen, and to and from  8.10 1,255.50
         Dianne Runyon re documents to be burned to CDs,
         call to MCSO re location of Michelle Pewe, and
         memo and phone message to Nguyen re all (.6);
         deliver CDs to Nguyen (.2); continue creation and
         organization of witness files (4.1); pdf and forward
         Flores v. Arpaio documents to Peggy Winter (.3);
         organize discovery received from Arpaio, and
         update discovery log (.7); deliver food ledgers to
         Lori and conference re same (.4); conference with
         Marcie Wright re organization of hard copies of
         documents in witness files (.3); organize grievance
         folders to be forwarded to Robert Powitz,
         prepare letter re same, and memos to and from
         Lindsay Jensen re same (.8); memos from Sharad Desai
         and Nguyen re Pewe, and call to MCSO re Inmate
         Locator number re same (.3); memo to Alicia Gathers
         re additional documents that need to be Bates
         numbered (.1); conferences with Wright and Genie Paul
         re return of original documents to inmates,
         cover letters to same (.2); memo from Hill re
         subpoenas to experts (.1).
              T. Sherrill

06/26/08 Prepare binders; organize and update declarant   6.00    360.00
         files; create new files.
              M. Wright

06/27/08 Telephone conference with Debbie Hill re       .30    50.85
         Aiken re report.
              L. Hammond

06/27/08 Office conference with Powitz re his         .50    84.75
         conclusions.
              L. Hammond

FILE NUMBER: 99999.0624
INVOICE NO.: ******

---

06/27/08 Look at constitutional issues.                          .20    33.90
         L. Hammond

06/27/08 Tour of LBJ (4.5); conference with Jim Aiken;     10.00 1,695.00
         review Aiken report and revise same (1.0);
         conference with Jim Aiken (1.5); review
         questionnaires and conference with Tricia
         Sherrill re same; conference with Sharad Desai
         re super summaries of logs; conference with
         Sharad Desai re supplemental disclosure;
         conference with Peggy Winter re Wilcox
         deposition; file organization; numerous
         conferences with inmates; conference with
         Jackie re her status re work; conference with
         John Parsi re memo; review legal research memos
         (2.0); organize super summaries and log summaries
         to use in Aiken's report (1.0).
         D. Hill

06/27/08 Conference with Veronika Ulicna re other          6.30 1,067.85
         incident summaries and cell search project
         (.3); continue with other incident summary for
         Estrella J (.9); work on other incident summary
         from 4th Ave 2A (.5); draft other incident
         summary for TOWR 4 (1.7); draft recreation
         quick info sheet (.8); conference with Debbie
         Hill re status of tours and OJ documents (.2);
         review emails re standing in holding cell (.1);
         revise Recreation Quick Info sheet (.4); draft
         memo re tour of Estrella on June 25, 2008 (.2);
         prepare all summaries for Jim Aiken (1.2).
         S. Desai

06/27/08 Tour LBJ with Powitz and draft memo.              9.10 1,001.00
         J. Parsi

06/27/08 Review materials assembled and forwarded to Jim   6.50 1,007.50
         Aiken and memo to Debbie Hill re same (2.2); pdf
         food questionnaires to Hill (.4); prepare list of
         documents forwarded to Jim Aiken (.6); phone message
         to Aiken re subpoena (.1); assemble and organize
         documents for Wilcox deposition (1.8); conferences
         with Marcie Wright re organization of inmate
         correspondence (.3); phone conference with Aiken re
         subpoena, and conference with Hill re same (.3);
         assemble and forward emails to Hill re
         materials forwarded to Aiken (.8).
         T. Sherrill

06/27/08 Organize and update declarant files.              6.00   360.00
         M. Wright

06/28/08 Draft list of materials shown to Aiken.            .60   101.70
         L. Hammond

06/28/08 Telephone conferences with Debbie Hill             .20    33.90

FILE NUMBER: 99999.0624
INVOICE NO.: ******

```
            re Aiken.
              L. Hammond

06/28/08  Review Veronika Ulicna summaries and edit and      1.00   169.50
          meet with her re same.
              L. Hammond

06/28/08  Prepare for Wilcox deposition (2.0); attend       10.60 1,796.70
          Wilcox deposition (8.2); conference with Jim
          Aiken (.2); conference with Larry Hammond re
          deposition and Aiken summary (.2).
              D. Hill

06/28/08  Deliver documents to Debbie Hill for upcoming      4.20   651.00
          Reddy deposition, and memos from and to Hill re
          same, subpoena to Jim Aiken, disclosure
          statement (.6); meeting with Larry Hammond re
          materials provided to Jim Aiken, review
          correspondence to and from Aiken, continue list
          of materials forwarded to him and emails to and
          from Debbie Hill re same (3.6).
              T. Sherrill

06/29/08  Work on Aiken; review all open motions and          .50    84.75
          documents.
              L. Hammond

06/29/08  Edit Aiken draft.                                  1.00   169.50
              L. Hammond

06/29/08  Conference with Peggy Winter (.3); review and      13.00 2,203.50
          analyze documents for Jim Aiken report (4.0);
          numerous conferences with Jim Aiken (2.0);
          numerous conferences with Tricia Sherrill re
          to-do items (1.0); prepare for Reddy deposition
          (5.0); conference with Hanh Nguyen re disclosure
          statement (.3);conference with Tricia Sherrill
          re same (.2);conference with Larry Hammond re
          status of Aiken report (.2).
              D. Hill

06/29/08  Continue work on Supplemental Disclosure            7.10 1,100.50
          Statement and materials for Aiken subpoena (4.8);
          forward various materials to Aiken (1.3);
          conferences with Debbie Hill re same and other
          matters (1.0).
              T. Sherrill

06/30/08  Edit Aiken draft memos re same; read               1.90   322.05
          Scharff memo re legal issues.
              L. Hammond

06/30/08  Office conference with Debbie Hill re Aiken         .20    33.90
          final.
              L. Hammond

06/30/08  Prepare for Reddy deposition (1.5); conference    10.30 1,745.85
```

FILE NUMBER: 99999.0624
INVOICE NO.: ******

with Jim Aiken; review and revise report;
conference with Peggy Winter re same (.8) take
Reddy's deposition (1.5); numerous conferences
with Jim Aiken; review and finalize report;
conference with counsel re same; prepare for
intake and Estrella depos; conference with
Tricia Sherrill re various issues, including
disclosure statement; conference with Larry
Hammond re Wilcox; conference with Adam Polson
re protective order; conference with Adam
Polson re certification; conference with Peggy
Winter re Wilcox issue; review Stewart report;
prepare exhibits for depositions (6.5).
   D. Hill

06/30/08 Review John Parsi's memo on the constitutional   6.50 1,101.75
minimums for exercise and recreation (.1);
review Spencer Scharff's memo on conditions of
confinement (.2); brief review of transcript of
Wilcox deposition (.2); draft memo to Debbie
Hill re tour of Estrella Jail (1.7); telephone
conference with inmate Becky Hunter (.1);
review letters from inmates (1.1); conference
with Debbie Hill re 11th request for production
and draft same (1.9); review voicemail message
from inmate Becky Hunter's mother and call back
same (.2); review Aiken summary (.6);
teleconference with inmates Michael Stacy and
Aaron Apodaca re medical conditions and emails
to team re same (.3); review voicemail message
from I/M Kevin Brown and draft email re same
(.1).
   S. Desai

06/30/08 Meeting with Debbie Hill to discuss   8.00 1,240.00
supplemental disclosure statement, subpoena to
Jim Aiken, and revise and edit same (.6); work on
witnesses and exhibits to supplemental
disclosure statement (3.8); conferences with Marcie
Wright re correspondence from and to inmates (.3);
read materials to be disclosed pursuant to
Aiken subpoena, and conferences with WP
personnel re same (.4); conference with Hill re
same (.1); read documents re Estrella, assemble and
organize same for deposition of Lisa Lamoreaux,
and conference with Hill re same (2.8).
   T. Sherrill

06/30/08 Organize and update declarant files; prepare   6.00   360.00
letters to declarants; create new files.
   M. Wright

07/01/08 Office conference with Debbie Hill re   .30   50.85
request for admissions.
   L. Hammond

07/01/08 Read Aiken report; research re Wilcox and   1.20   203.40

FILE NUMBER: 99999.0624
INVOICE NO.: ******

        read his deposition.
          L. Hammond

07/01/08 Prepare for Dean deposition (1.0); take Dean          9.30 1,576.35
        deposition (2.5); prepare for Estrella
        deposition; conference with Larry Hammond re
        Wilcox issues; conference with Peggy Winter re
        same (1.5); extended conference with Jim Aiken
        (1.6); prepare for Estrella deposition (.2);
        take Estrella deposition (1.5); review requests
        for admission and conference with Larry Hammond
        re same (.3); conference with Peggy Winter re
        same (.2); lengthy conference with Peggy Winter
        re various strategy issues (.3); review Dean
        transcript; conference with Jim Aiken re same;
        conference with Bob Powitz re same (.2).
          D. Hill

07/01/08 Teleconference with Hanh Nguyen re 12th request      2.00   339.00
        for production and Michelle Pewe (.1); review
        emails from team from the previous day,
        Defendants' response to the 7th request for
        production, and letters from inmates (.3);
        conference with Debbie Hill re request for
        videos and draft same (.4); telephone
        conference with inmate Antoinette Ramirez and
        email to team re same (.2); review voicemail
        message from inmate Alan Yollin (.1); draft email
        to Dan Pochoda re visiting inmate Michael Stacy
        (.1); telephone conference with inmate Anthony
        Emerson (.1); teleconference with inmate Robert
        Cobb and email to team re same (.2); teleconference
        with former inmate William Kirk (.1); briefly
        review MCSO's request for admissions and related
        request for production (.1); prepare for interview
        with Michelle Pewe (.3.).
          S. Desai

07/01/08 Organize and forward materials to Will Matthews       8.20 1,271.00
        (NPP) pursuant to Debbie Hill request (.3);
        phone conference with Jim Aiken re materials in
        his possession, and memo to Hill re same (.2);
        read food questionnaires and food journals and
        work on supplemental disclosure statement re same
        (3.8);conferences with Debbie Hill and WP
        personnel re CDs for opposing counsel re Aiken
        materials (.4);conference with Hill re materials
        for deposition of Lt. Kaiser (.2); read documents
        re Durango, and assemble and organize same for
        Kaiser deposition (2.4); forward documents received
        from CHS to Hanh Nguyen (.3); conferences with
        Marcie Wright re organization of correspondence
        from and to inmates (.4); phone conference with
        inmate re materials forwarded by him (.2).
          T. Sherrill

07/01/08 Organize documents and update declarant and          6.80   408.00

FILE NUMBER: 99999.0624
INVOICE NO.: ******

```
           witness files.
             M. Wright

07/02/08 Depo of clients - prepare memos; office          .70   118.65
           conference with Sharad Desai re client
           depositions.
             L. Hammond

07/02/08 Conference call with USDC re ethical issues      .80   135.60
           and research re same.
             L. Hammond

07/02/08 Prepare for depositions; attend beginning of   14.00  2,373.00
           Clifton depositions; conference with Larry
           Hammond and Peggy Winter re ethical issue of
           Michele Iafrate; take deposition of Craig
           Kaiser; attend conference with court; attend
           conference with court; conference with Tricia
           Sherrill re documents needed for depositions;
           prepare for depositions of Fisher, Williams and
           Barcelo; conference with Peggy Winter re
           witnesses; conference with Larry Hammond and
           Sharad Desai re class reps depositions;
           conference with Adam Polson re discovery;
           conference with Adam Polson re documents;
           review documents for depositions; prepare
           exhibits; review and revise second supplemental
           disclosure statement; conference with Tricia
           Sherrill re supplemental response to request
           for production (13); file organization (1.0).
             D. Hill

07/02/08 Review discovery requests to ensure answers     5.30   898.35
           have been provided (.8); telephone conference
           with I/Ms Tammy Hunter and David Dugan, and
           emails to team re same (.4); conference with
           Debbie Hill re 13th request for production and
           draft same (.6); draft emails to team re
           deposition prep of inmates Graves and Popoca
           and supplemental response to Arpaio's first
           request for production (.3); review letters
           from Debbie Hill to Michele Iafrate re request
           for production, tour of additional Estrella
           dorms, and seizure of privileged documents, and
           re Arpaio's requests for admissions (.3);
           review notice of deposition for Isaac Popoca
           and email team re same (.1); meet with Larry
           Hammond re deposition prep of Isaac Popoca and
           review documents re same (1.0); teleconference
           with I/M Ryan Buckman and email to team re same
           (.4); review documents to be produced in
           supplemental response to Arpaio's first request
           for production (.2); attend teleconference re
           Michele Iafrate's ethical issue (1.0); review
           supplemental disclosure statements and
           conference with Debbie Hill re removal of
           certain inmates from witness list (.2).
```

FILE NUMBER: 99999.0624
INVOICE NO.: ******

---

     S. Desai

| | | | |
|---|---|---|---|
| 07/02/08 | Conference with Debbie Hill re projects to be done (.2); continue work on supplemental disclosure statement (2.9); review documents produced by MCSO re recreation documents and phone conferences with Hill re same (.7); assemble and organize documents provided to Jim Aiken, Part 3 for production to defendants (1.6); phone conference with Hill re witness files for upcoming depositions (.1); review and assemble documents for deposition of Robert Barcelo (2.2); review materials re affidavits of Bill Williams, assemble and deliver same and hearing testimony to Hill (.5). | 8.20 | 1,271.00 |

     T. Sherrill

| | | | |
|---|---|---|---|
| 07/02/08 | Create new files; organize documents and update declarant and witness files. | 6.50 | 390.00 |

     M. Wright

| | | | |
|---|---|---|---|
| 07/03/08 | Plan Graves deposition. | .30 | 50.85 |

     L. Hammond

| | | | |
|---|---|---|---|
| 07/03/08 | Prepare for Barcelo deposition; prepare deposition exhibits; conference with Tricia Sherrill re deposition exhibits; conference with Peggy Winter re various issues, including status of discovery (2.0); take Williams, Fisher and Barcelo depositions (5.0); review documents re hard beds and portable beds; review answers to second set of interrogatories (1.0); conference with Tricia Sherrill re document organization; conference with Tricia Sherrill re status of additional document review; conference with counsel re depositions taken today (.5); review correspondence from Michele Iafrate; review correspondence from Michele Iafrate; correspondence from Matt Lopez re Aiken CDs; conference with Deanna De La Noy re same (.5). | 9.00 | 1,525.50 |

     D. Hill

| | | | |
|---|---|---|---|
| 07/03/08 | Review County's responses to requests for production due July 2, interrogatories, and third supplemental disclosure, as well as request for production responses from MCSO (.5); listen to voicemail message from I/M Aaron Apodaca re medical treatment and speak with I/M Brian Gilliam re medical treatment (.1); draft email to team re same (.3); review questionnaire submitted by Ryan Buckman (.1); review Dr. Stewart's expert summary (.2); review voicemail message from I/M Steven Yollin (.2); draft notes for Popoca deposition prep (1.1); review first supplemental response to Arpaio's first request for production and | 3.90 | 661.05 |

December 5, 2008      PAGE 138

FILE NUMBER: 99999.0624
INVOICE NO.: ******

---

assist with filing of same (.4); review letter
from I/M Jack Conroy and email team re same
(.5); conference with Debbie Hill re
Defendants' response to request for production
6 re boats (.3); prepare for interview with
Michelle Pewe tomorrow and email re Popoca
deposition (.1); review faxes from Michele
Iafrate re discovery dispute and tour of
Estrella (.1).
   S. Desai

07/03/08 Memos from and to Debbie Hill re exhibits for        8.70 1,348.50
deposition, MCSO discovery responses (.1);
conferences with Hill re same (.3); organize
original and copies of exhibits and deliver
same to Hill (2.6); assemble and organize
discovery responses received from Arpaio and
conference with Sharad Desai re same (2.3);
update Supplemental Disclosure Statement re
information received from Peggy Winter (1.0);
prepare first supplemental response to Arpaio's
first requests for production, and conferences
with Sharad Desai and Marcie Wright re same (1.4);
conferences with Marcie Wright re organization
of witness and expert files (.2); organize Hill copies
of deposition exhibits (.6); conferences with Hill and
Deanna Rexing re CDs forwarded to defendants (.2).
   T. Sherrill

07/03/08 Create new files; organize documents and update    7.00    420.00
declarant and witness files.
   M. Wright

07/04/08 Prepare for Popoca interview; memos re               .30     50.85
total client attendance.
   L. Hammond

07/04/08 Additional Popoca prep; meeting with client         3.00    508.50
and Sharad Desai at jail.
   L. Hammond

07/04/08 Dictate memo re jail prep for Popoca and             .70    118.65
his criminal history; read Stewart report
and draft memo. (.7)
   L. Hammond

07/04/08 Review cases and draft proposed findings of         5.00    847.50
fact and conclusions of law.
   D. Hill

07/04/08 Interview inmate Michelle Pewe and prepare          4.00    678.00
Isaac Popoca for deposition with Larry Hammond.
   S. Desai

07/04/08 Revamp electronic witness files in Mailsite and     2.20    341.00
memos to IS and Marcie Wright re same.
   T. Sherrill

FILE NUMBER: 99999.0624
INVOICE NO.: ******

---

07/05/08 Research re Rule 30 (b)(1).                       .20    33.90
         L. Hammond

07/05/08 Confer with Debbie Hill re DeLand, Popoca,        .50    84.75
         and deposition rules.
         L. Hammond

07/05/08 Draft supplemental Rule 26.1 disclosure         10.50 1,779.75
         statement; review memos and notes to determine
         other witnesses, including trial witnesses;
         draft summaries of testimony (3.0); conference
         with Larry Hammond re status of case and
         various discovery matters (.3); review and
         analyze various documents re length of stay and
         ADP; consider additional interrogatories re
         same; consider motion to shorten interrogatory
         response time; conference with Larry Hammond re
         trial exhibit issues; conference with Tricia
         Sherrill re document organization; review
         additional documents produced by Sheriff on
         Thursday and consider impact on Aiken
         testimony; conference with Michele Iafrate re
         failure to produce DeLand documents as required
         by subpoena; review additional documents and
         consider use at Towers and Durango depositions;
         review hard bed and portable bed documents;
         consider various issues for DeLand depo; draft
         outline for Marchand depo (7.2).
         D. Hill

07/06/08 Research re Rule 45 and office conference         .50    84.75
         with Debbie Hill and Veronika Ulicna re same.
         L. Hammond

07/06/08 Dictate memo re DeLand.                           .50    84.75
         L. Hammond

07/06/08 Finish drafting Marchand outline; revise 2nd     6.00 1,017.00
         supplemental disclosure statement; conference
         with Jim Aiken; conference with Tricia Sherrill
         re document organization and other depositions
         (3.0); draft outline for DeLand; prepare exhibits
         for Barker and Olson depositions; draft 5th set
         of interrogatories (3.0).
         D. Hill

07/06/08 Memos from and to Debbie Hill re materials for   7.60 1,178.00
         depositions (.2); prepare indexes to documents
         produced by MCSO (6.1); review and supplement
         second supplemental disclosure statement, calls
         to MCSO and DOC re current whereabouts of
         inmates, and memos to Debbie Hill re same (1.2)
         conference with Hill re same (.1).
         T. Sherrill

07/07/08 Prepare for depositions; take depositions of     9.40 1,593.30

FILE NUMBER: 99999.0624
INVOICE NO.: ******

```
            Marchand, Barker and Olson (5.4); conference
            with Jim Aiken and prepare for his deposition;
            review various documents; conference with Peggy
            Winter; revise Rule 26.1 disclosure statement;
            numerous conferences with Iafrate's office re
            CDs; review documents produced by Gary DeLand;
            draft Fifth Set of Interrogatories (4.0).
              D. Hill

07/07/08 Review our supplemental disclosure statement      7.00 1,186.50
            (.1); email Hanh Nguyen re meeting with
            Michelle Pewe on 7/4 (.3); draft letter to
            Isaac Popoca re review of documents (.4);
            prepare for deposition prep with Fred Graves
            (2.5); review Goldenson's expert summary (.2);
            review Larry Hammond's email re 7/4 meeting
            with Popoca (.2); draft email to team re Popoca
            additional issues (.7); teleconference with
            Jason Keller, Popoca's criminal lawyer, and
            email to team re same (.4); conference with
            officer at Lewis-Barchey re visit with Fred
            Graves (.1); review 5th set of interrogatories
            and supplemental disclosure statements (.1);
            draft memo to Hanh Nguyen re meeting with
            inmate Michelle Pewe (2.0).
              S. Desai

07/07/08 Memos to and from Hanh Nguyen re Joel Robbins      8.00 1,240.00
            documents (.1); forward same to Nguyen (.1);
            assemble and organize documents for Jim Aiken
            and upcoming depositions (1.8); continue review
            and organization of documents for warroom (2.7);
            review file materials re documents received from
            class representative and conferences with Sharad
            Desai re same (.7);prepare list of documents
            provided to Aiken and not yet disclosed to
            defendants and conferences with Hill re same
            (.8); review, organize and assemble documents
            received from CHS (1.6); conference with Karen
            McClain re documents for witness files (.2).
              T. Sherrill

07/08/08 Office conference re depositions of                 .30   50.85
            witnesses.
              L. Hammond

07/08/08 Aiken prep issues; Popoca issues.                   .30   50.85
              L. Hammond

07/08/08 Telephone call with Debbie Hill re DeLand           .20   33.90
            and witnesses.
              L. Hammond

07/08/08 Conference with Jim Aiken; travel to and attend   15.40 2,610.30
            deposition of Jim Aiken (9.5); conference with
            Bob Powitz; revise Powitz report; numerous
            conferences with Bob Powitz (.5); conference
```

FILE NUMBER: 99999.0624
INVOICE NO.: ******

with Larry Hammond re depositions of class
members; conference with Dan Pochoda re same;
conference with Peggy Winter (.4); prepare for
deposition of Gary DeLand (5.0).
  D. Hill

07/08/08 Draft correspondence to Michele Iafrate re          .70   118.65
         documents produced to sheriff; conference with
         Deanna De La Noy re organization of documents.
           D. Hill

07/08/08 Meet with Fred Graves at DOC-Lewis (4.3); draft    6.50 1,101.75
         email to team re same (1.0); review voicemail
         messages from inmates and review letter from
         Michele Iafrate re additional witnesses listed
         in our disclosure (.2); left voicemail message
         for Jason Keller re Popoca deposition (.1);
         review Powitz report (.5); teleconference with
         inmate Alejandra Paco and email to team re same
         (.3); review letter from inmate Bradley
         Dickherber (.1).
           S. Desai

07/08/08 Memos from Debbie Hill and to Robert Powitz re     7.80 1,209.00
         documents to be disclosed to defendants (.1);
         assemble and organize documents requested by
         Hill re Gary DeLand and memo to file room
         personnel re same (1.3); memos from and to Karen
         McClain re additional DeLand materials to be
         disclosed (.1); review, assemble and organize
         documents for warroom, and conferences with
         Marcie Wright re same (3.2); conferences with Wright
         re materials for witness files (.2); conference with
         Karen McClain re Arpaio responses to Sixth Set
         of Requests for Production (.2); assemble and
         organize materials provided to Powitz since
         case started, and conferences with Hill and
         McClain re same (2.7).
           T. Sherrill

07/08/08 Prepare files; update declarant and witness        7.20   432.00
         files.
           M. Wright

07/09/08 Office conference with Veronika Ulicna re Rule 45.   .30    50.85
           L. Hammond

07/09/08 Memos re Graves; work on identifying                .30    50.85
         volunteers.
           L. Hammond

07/09/08 Prepare for DeLand deposition (1.0); take         10.00 1,695.00
         DeLand deposition (9.0).
           D. Hill

07/09/08 Visit inmate Isaac Popoca re documents for         3.40   576.30
         deposition (.5); review emails from team re

FILE NUMBER: 99999.0624
INVOICE NO.: ******

---

discovery and other issues (.2); conference
with Debbie Hill re supplemental disclosure
statement and letter to inmate witnesses re
depositions, and draft/revise and assist in
getting out same (2.2); review Hanh Nguyen's
letter to opposing counsel re outstanding
discovery requests and email Hanh Nguyen re
same (.1); telephone conference with inmate
Aaron Apodaca (.1); telephone conference with
inmate Rodney Hardy and inmate Damian Dudley
(.1); conference with Karen McClain re letter
to trial witness inmates (.1); conference with
Debbie Hill re Deland deposition (.1).
   S. Desai

07/09/08 Assemble additional documents forwarded by Dr.    8.50 1,317.50
Powitz, and memos from and to Powitz re same (1.1);
forward requested discovery requests and
responses to Hanh Nguyen, and memos from and to
Nguyen re same (.4); assemble additional documents
re Powitz received from Debbie Hill and memos
from and to Hill re same (.5); search DOC database
re current locations of inmates requested by
Sharad Desai, phone calls to MCSO, and memo to
Sharad Desai re same (.7); memos from and to Hill re
status of warroom, response to Powitz subpoena (.2);
conference with Hill re warroom organization (.2);
complete assembly of documents for Dr. Powitz,
and conferences with copy and WP personnel re
same (.6); review CD of Powitz materials to be
provided to defendants (.3); conferences with Karen
McClain and Marcie Wright re assembly of food
journals and questionnaires to accompany
letters to prospective witnesses (.4); conferences
with WP, IS and Hill re attachments to pst
files (.3); assemble and organize documents produced
by MCSO and CHS, and update discovery log re
same (1.8); phone conferences with MCSO re attempts
to locate detainees, and memos to and from Hanh
Nguyen re same (.4); assemble materials for Hudson
deposition and deliver same to Hill (1.6).
   T. Sherrill

07/09/08 Review and prepare food journals to be sent to     7.10   426.00
declarants; update declarant and witness files.
   M. Wright

07/10/08 Attend deposition of Popoca.                       4.00   678.00
   L. Hammond

07/10/08 Review various documents; correspondence to        8.50 1,440.75
Michele Iafrate re deposing inmates;                        [.2 HOURS
correspondence to Michele Iafrate re additional             NOT SEEKING
DeLand documents; conference with Larry Hammond             REIMBURSEMENT]
re deposition schedule; conference with Larry
Hammond re Popoca deposition; conference with
Sharad Desai re same; prepare for Hudson

FILE NUMBER: 99999.0624
INVOICE NO.: ******

---

deposition; lengthy conference with Pablo
Stewart and Peggy Winter re various documents,
including exhibits re housing units and
classifications; conference with Tricia
Sherrill re documents; conference with attorney
for Bianco re psych problems; conference with
Peggy Winter re same; conference with Dan
Pochoda re possible inmate depositions;
conference with counsel for inmates re
depositions (8.1); conference with Joel Robbins re
videotape of security walks (.2); conference with
Mary K. Reinhart re CHS issues (.2).
   D. Hill

07/10/08 Attend deposition of Isaac Popoca (4.2); meet      5.30    898.35
        with Debbie Hill re discovery responses and
        verifications outstanding, review same, and
        draft letter to opposing counsel re same (1.0);
        telephone conference with inmate Ferdinand Dix
        re lack of AIDS medication and conference with
        Debbie Hill re recreation issue and recreation
        charts gleaned from operational journals (.1).
         S. Desai

07/10/08 Phone conference with Debbie Hill re documents     1.00    155.00
        needed by Pablo Stewart, review file materials
        and forward same to Hill (.4); phone
        conferences with Hill re documents produced in
        Defendant's Response to Ninth Request for
        Production, and review and assemble same for
        Hill (.4); update discovery log re documents in
        Arpaio Ninth RFP response (.2).
         T. Sherrill

07/10/08 Update declarant and witness files; review        5.50    330.00
        documents for jail binders.
         M. Wright

07/11/08 Work on memo re Popoca deposition.                 .20     33.90
         L. Hammond

07/11/08 Telephone conference with COIII Bigelow            .30     50.85
        re Graves.
         L. Hammond

07/11/08 Prepare for Hudson deposition (1.0); take Hudson   6.50  1,101.75
        deposition (3.0); extended conference with Tricia
        Sherrill re to-do items, including prepare
        exhibits for trial; file organization (1.3);
        correspondence to Michele Iafrate re additional
        items to be produced; review additional
        incident reports re 9th request for production;
        review Dong materials (1.0); conference with
        Tricia Sherrill re Yvohnne Saxton incident
        report; conference with Jim Aiken re staffing
        questions for Hudson (.2).
         D. Hill

FILE NUMBER: 99999.0624
INVOICE NO.: ******

| | | | |
|---|---|---:|---:|
| 07/11/08 | Briefly review rough draft of Popoca deposition transcript (.2); telephone conference with Adam Polson re need to discuss medical issues with Fred Graves (.1); review MCSO's supplement to 10th request for production (.1); telephone conference with inmate Donald Delahanty (P071971) (.1); telephone conference with inmate Tommy Johnson and email substance of same to Hanh Nguyen (.4); teleconference with Debbie Hill re security overrides through May (.1).<br>    S. Desai | 1.00 | 169.50 |
| 07/11/08 | Conference with Debbie Hill re projects to be completed (.6); prepare copies of documents requested by Hill and deliver same (.2).<br>    T. Sherrill | .80 | 124.00 |
| 07/11/08 | Organize documents; update declarant and witness files.<br>    M. Wright | 3.30 | 198.00 |
| 07/12/08 | Draft memo re Graves.<br>    L. Hammond | .20 | 33.90 |
| 07/12/08 | Review cases and draft proposed findings of fact and conclusions of law.<br>    D. Hill | 2.00 | 339.00 |
| 07/12/08 | Memos from and to Karen McClain re discovery received from Arpaio, and update discovery log re same.<br>    T. Sherrill | .30 | 46.50 |
| 07/13/08 | Review deposition transcripts and draft proposed findings of fact and conclusions of law.<br>    D. Hill | 2.00 | 339.00 |
| 07/13/08 | Review security overrides and draft email to Debbie Hill re same (.7); preparation for Fred Graves deposition (.2).<br>    S. Desai | .90 | 152.55 |
| 07/13/08 | Review, assemble, organize and index discovery responses received from Arpaio.<br>    T. Sherrill | 4.60 | 713.00 |
| 07/14/08 | Office conference with Sharad Desai re deposition of Graves, et al.<br>    L. Hammond | .30 | 50.85 |
| 07/14/08 | Review correspondence from Michele Iafrate re depositions; correspondence to Michele Iafrate re same; revise same; correspondence to Michele Iafrate re additional recreation related | 9.50 | 1,610.25 |

FILE NUMBER: 99999.0624
INVOICE NO.: ******

documents; conference with Sharad Desai re
security overrides; conference with Hanh Nguyen
re isolation logs; conference with Hanh Nguyen
re Goldenson report; review Goldenson report;
review cases and draft Findings of Fact and
Conclusions of Law; legal research re crowding
issue; draft Conclusions of Law; conference
with Sharad Desai re Graves deposition;
conference with Adam Polson re 9th set of
requests for production and failure to produce
documents; conference with Michele Iafrate re
returned letters; conference with several
clients re depositions; conference with Dan
Pochoda re depositions and possible topics;
conference with inmate witnesses who have been
released; numerous conferences with Tricia
Sherrill re documents to take to Powitz
deposition; conference with ACLU clerk re
recreation project; conference with ACLU clerk
re same; review responses to 11th request for
production from Sheriff; conference with Bob
Powitz; review documents and various emails to
Jim Aiken forwarding documents; conference with
Jim Aiken re review of additional documents;
conference with Peggy Winter re Powitz
testimony; conference with summer clerk re
research project re due process right to
grievance process (9.5).
   D. Hill

07/14/08 Defend Fred Graves' deposition (4.5); meet        5.10    864.45
        briefly with Debbie Hill re privilege issue
        (.1); review emails from team and letters and
        emails to and from Michele Iafrate re
        deposition of inmate witnesses (.4); review
        deposition notices filed by Michele Iafrate
        (.1).
         S. Desai

07/14/08 Review and analyze pretrial detainee and          1.60    176.00
        grievance procedures.
         S. Scharff

07/14/08 Memos from and to Debbie Hill re materials        6.80  1,054.00
        forwarded to Jim Aiken (.1); conferences with Hill
        re materials for her trip to see Robert Powitz,
        documents to be forwarded to Jim Aiken (.4);
        assemble and organize same (2.7); forward to Hill,
        update witness files re same; conferences with
        Hill re depositions of pretrial detainees,
        witness files to be forwarded to Dan Pochoda (.2);
        conferences with Marcie Wright re organization
        of witness and jail files (.3); assemble, organize
        and index materials forwarded to experts and
        not yet disclosed to defendants (1.8); review
        discovery requests forwarded to defendants and
        assemble requests in which responses have not

December 5, 2008        PAGE 146

FILE NUMBER: 99999.0624
INVOICE NO.: ******

```
            yet been received (1.3).
              T. Sherrill

07/14/08 Update declarant and witness files; organize      4.00   240.00
         food journals.
           M. Wright

07/15/08 Travel to Chicago for Powitz deposition; review  11.50 1,949.25
         materials for Powitz deposition; conference
         with Bob Powitz preparing for deposition;
         conference with Sharad Desai re letter re
         attorney-client privilege documents; review
         deposition notices; conference with Sharad
         Desai re environmental reports supplement;
         conference with Hanh Nguyen re trial briefs;
         conference with Bob Powitz; conference with
         Sharad Desai; review additional deposition
         notices (8.5); review cases and draft proposed
         findings of fact and conclusions of law (3.0).
           D. Hill

07/15/08 Research attorney-client privilege in federal     5.00   847.50
         court, and draft letter to Michele Iafrate re
         same (3.6); review voicemail message from
         inmate Amon Boyle (.1); email Hanh Nguyen re
         final pre-trial order and proposed findings of
         fact and conclusions of law (.5); review letter
         from inmate Danny Jones re transportation
         issues (.1); review documents re Jeannie Smith
         (.2); draft email to Debbie Hill re grievance
         statistics for 2008 and review documents re
         same (.5).
           S. Desai

07/15/08 Memos from and to Dan Pochoda re witness files     2.20   341.00
         of detainees to be deposed, and conferences
         with Marcie Wright re same (.2); conference with
         Lori Markle re food journals (.2); update witness
         files of detainees to be deposed and
         conferences with Wright re same (.5); review Powitz
         CD provided to defendants re Powitz field
         notes, and memos to Debbie Hill and Michele
         Iafrate re same (.4); forward materials to Jim
         Aiken (.1); memos from and to Dan Pochoda re
         additional detainees to be deposed, update
         witness files re same and deliver same to
         Pochoda (.3); organize food journals and review same
         for attorney-client privilege, conferences with
         Wright re same and memo to Markle re same (.5).
           T. Sherrill

07/15/08 Organize files of declarants to be deposed and     8.50   510.00
         send to Dan Pochoda; create new files; update
         declarant and witness files; update jail
         binders; review documents for updating food
         journal list.
           M. Wright
```

```
                                      December 5, 2008      PAGE 147
FILE NUMBER: 99999.0624
INVOICE NO.: ******
```

07/16/08  Prepare for Powitz deposition; attend Powitz      15.00 2,542.50
          deposition (8.0); extended conference with Jim
          Aiken; extended conference with Peggy Winter re
          expert reports; review correspondence from
          Courtney Cloman; conference with Dan Pochoda re
          inmate depositions; review various emails and
          respond (2.5); travel to Phoenix (4.5).
             D. Hill

07/16/08  Research supplementation of disclosure            1.10   186.45
          statements and draft letter to Michele Iafrate
          re supplementation of grievance statistics for
          2008 (.7); telephone conference with inmate
          Simon Ruiz and email to Debbie Hill re same
          (.3); review letter from Isaac Popoca (.1).
             S. Desai

07/16/08  Organize new food journals and forward same to    6.30   976.50
          Lori Markle (.3); memos from and to Debbie Hill and
          Karen McClain re additional food journals to be
          delivered (.1); review Aiken file materials re food
          journals previously forwarded to him, organize
          additional journals to be forwarded to him, and
          memo to Hill enclosing same (1.4); conference with
          McClain re upcoming depositions, review
          schedule forwarded by her and memo to Hill re
          preparations for same (.6); conference with Marcie
          Wright re food journals forwarded to Markle and
          Aiken (.2); review deposition exhibits re documents
          to be organized into jail binders (1.5); continue
          organization of produced documents (2.1); phone
          conference with Hill re documents forwarded by
          her to Jim Aiken (.1).
             T. Sherrill

07/16/08  Create new files; organize documents and update   8.00   480.00
          declarant and witness files; update jail
          binders; review documents re Yvonne Saxton.
             M. Wright

07/17/08  Memos re deposition questions.                      .20    33.90
             L. Hammond

07/17/08  Draft proposed findings of fact and conclusions  13.10 2,220.45
          of law (3.0); conference with Peggy Winter re
          possible settlement efforts (.3); conference
          with Adam Polson re same (.2); conference with
          Michele Iafrate's office re discovery issues;
          conference with Courtney Cloman re same;
          conference with Carmen Fischer re depositions
          of her clients tomorrow; conference with Dan
          Pochoda re response to Courtney Cloman's
          letter; lengthy email to Michele Iafrate re
          discovery and deposition issues (1.0); conference
          with court; conference with Michele Iafrate's
          office; arrangements for conference call with

FILE NUMBER: 99999.0624
INVOICE NO.: ******

---

   court; conference with court re discovery
disputes office; conference with Jackie McLean
re recreation chart (2.0); draft findings of fact
and conclusions of law; conference with Peggy
Winter re status of case; conference with Hanh
Nguyen re findings of fact and conclusions of
law; numerous conferences with Cari Shehorn re
Estrella inspection, depositions on Monday, and
additional documents (4.0); review documents
forwarded to Jim Aiken, including additional
incident reports (1.0); conference with Jim Aiken
re supplemental report (1.3); conference with
Peggy Winter re trial issues (.3).
   D. Hill

07/17/08 Conference with Debbie Hill re discovery          1.30   220.35
requests and responses and review them for the
upcoming discovery dispute hearing with the
court (.4); draft response to letter from
Popoca (.3); draft email to Tricia Sherrill re
Popoca documents (.2); review letters from Brad
Dickherber and draft email re same (.2); review
minute entry re discovery dispute (.1);
conference with Debbie Hill re Cari Shehorn
letter re attorney-client privilege (.1).
   S. Desai

07/17/08 Conferences with Lori Markle re food journal      8.50 1,317.50
summaries, organize and forward same to Debbie
Hill and conference with Hill re same (1.3); work on
organization of produced documents in warroom (7.2).
   T. Sherrill

07/17/08 Organize documents; update declarant and          7.00   420.00
witness files; organize and label operational
journals.
   M. Wright

07/18/08 Review all deposition issues.                      .20    33.90
   L. Hammond

07/18/08 Tour Estrella dorms (2.3); review                 8.20 1,389.90
correspondence from Sharad Desai; conference
with Sharad Desai re attorney-client privilege
issue (.2); numerous conferences with Bob
Powitz (.5); forward additional documents to
Jim Aiken; conference with Jim Aiken;
conference with Jim Aiken (.7); conference with
Peggy Winter re Burns deposition (.2);
conference with Dan Pochoda; conference with
Peggy Winter re Burns deposition (.2);
conference with Michele Iafrate re settlement
(.1); conference with Cari Shehorn re
additional materials from Gary DeLand (.2);
conference with Dan Pochoda; conference with
Pat Gitre re deposition (.2); conference with
Carmen Fischer re Hodge and Trujillo

FILE NUMBER: 99999.0624
INVOICE NO.: ******

depositions (.1); conference with Dan Pochoda
re depositions; conference with Pat Gitre (.2);
conference with Carmen Fischer re depositions
(.1); review Jim Aiken draft; conference with
Jim Aiken; review and revise supplemental
opinion; conference with Jim Aiken; email to
counsel re same (1.0); review Bob Powitz draft;
conference with Bob Powitz; multiple
conferences with Bob Powitz; review final
supplemental report (1.0); extended conference
with Tricia Sherrill re supplemental response
to expert subpoenas (.3); conference with Peggy
Winter re paragraphs in Amended Judgment still
at issue (.4); conference with Peggy Winter re
trial issues, strategy and possible settlement
(.5).
   D. Hill

07/18/08 Research attorney-client privilege issue          1.40   237.30
         (including in camera review, applicability of
         state law, and documents sent to lawyer) and
         draft response letter to Cari Shehorn re
         privilege (1.3); telephone conference with Cari
         Shehorn re privilege issue (.1).
            S. Desai

07/18/08 Continue assembly, organization and indexing of   8.60  1,333.00
         produced documents for warroom (4.0);
         conferences with Debbie Hill re supplemental
         response to expert subpoenas (.3); organize
         additional exhibits received from Hill (1.6);
         documents to/from experts Aiken and Powitz (1.3);
         conferences with Hill re same, and forward to
         defendants' counsel (.3); distribute materials
         for witness files to Marcie Wright (.3); conference
         with Hill re materials needed for weekend review,
         and compile and assemble same (.8).
            T. Sherrill

07/18/08 Organize and label operational journals; update   7.50   450.00
         declarant and witness files; update jail
         binders.
            M. Wright

07/19/08 Meeting with Debbie Hill re settlement             .50    84.75
         and witness prep.
            L. Hammond

07/19/08 Review documents produced with Arpaio's Fifth     7.10  1,203.45
         Supplemental Disclosure Statement; notes to
         Tricia Sherrill re same; email to Jim Aiken re
         new external referee decisions; conference with
         Jim Aiken re same (1.3); numerous conferences
         with Dan Pochoda re Courtney Cloman's letter re
         "unfinished" depositions and how to proceed
         (.3); review recreation logbooks and prepare
         summary charts; review intake logbooks and

```
FILE NUMBER: 99999.0624
INVOICE NO.: ******
```

```
            prepare summaries; draft findings of fact and
            conclusions of law; conference with Larry
            Hammond re possible settlement (5.0); review Dr.
            Burns' deposition transcript (.5).
              D. Hill

07/20/08  Confer with Debbie Hill re length of stay          .50    84.75
            and admin. seg. issues.
              L. Hammond

07/20/08  Draft findings of fact and conclusions of law    11.00 1,864.50
            (3.2); consider motion for reconsideration;
            conference with Larry Hammond re same (.3);
            review documents and draft Final 26.1
            disclosure statement (4.5); prepare for
            depositions of Pilat, Towers and 4th Avenue
            commanders; prepare exhibits (1.0); file
            organization; consider various trial issues
            (.5); draft motion to reconsider (1.5).
              D. Hill

07/21/08  Telephone conference with Sherry Bell re           .40    67.80
            mental health issues at Estrella and
            telephone conference with Debbie Hill re
            same.
              L. Hammond

07/21/08  Telephone conferences re ACLU cost issues          .40    67.80
            with Debbie Hill; review motion to reconsider
            ad. seg. issue.
              L. Hammond

07/21/08  Prepare for depositions (2.0); take Peter Pilat,  9.80 1,661.10
            Towers and 4th Avenue Commander depositions
            (2.5); conference with Tricia Sherrill re 26.1
            disclosure statement; conference with Lori re
            summaries of recreation (.3); conference with
            Veronika Ulicna re information re inmates;
            conference with Dan Pochoda re inmate
            depositions; numerous conferences with Cari
            Shehorn re security tapes; conference with
            Peggy Winter re settlement issues; draft
            findings of fact and conclusions of law (5.0).
              D. Hill

07/21/08  Review Aiken's and Powitz's supplemental expert  1.80   305.10
            summaries (.3); review amended judgment for
            paragraphs we wish to contest (.3); leave
            voicemail messages for Cari Shehorn re meet and
            confer for Reddy attorney-client privilege
            issue and telephone conference with her re same
            re meet and confer (.2); review letters from
            inmates Reynaldo Conde and Brad Dickherber
            (.4); review documents from inmates for
            privilege/production (.3); telephone conference
            with inmate Donald Delahunty (.1); draft email
            to Debbie Hill re meet and confer with Cari
```

FILE NUMBER: 99999.0624
INVOICE NO.: ******

---

Shehorn (.2).
   S. Desai

07/21/08 Memos from Debbie Hill and to Monica (Nix) re    7.20 1,116.00
        status of 7-17-08 deposition transcripts (.1);
        update discovery log re CHS and Arpaio
        discovery responses (.5); memos to and from Karen
        McClain re Arpaio Fifth Supplemental Disclosure
        Statement (.1); update jail files re documents
        received from Hill (.7); forward inmate
        questionnaires to Veronika Ulicna, and organize
        same for warroom (.6); conferences with Marcie
        Wright re documents for witness and facility
        files (.3); memos to Hill re returned inmate mail;
        memos from and to Monica re pdf copies of
        depositions, and forward same to attorneys (.4);
        update witness files; conference with Wright re
        review of deposition exhibits for jail binders (.3);
        conference with Hill re projects to be
        undertaken (.1); work on additions, changes and
        deletions to disclosure statement, conferences
        with Wright re same, memos to and from Hill re
        same, and forward updated version to Hill (3.0);
        review and organize additional documents
        received from Arpaio (1.1).
         T. Sherrill

07/21/08 Create new files; update declarant and witness    7.00   420.00
        files; update jail binders.
         M. Wright

07/22/08 Telephone conference with Peggy and Debbie    .50    84.75
        Hill re all open issues.
         L. Hammond

07/22/08 Draft correspondence to counsel re paragraphs   10.20 1,728.90
        in Amended Judgment at issue (1.1); conference
        with Peggy Winter re same; review DeLand
        supplemental report; review Kern supplemental
        report; conference with Peggy Winter re same;
        conference with Bob Powitz re time records;
        conference with Peggy Winter re press coverage
        of trial (.4); numerous conferences with Peggy
        Winter and Sharad Desai re correspondence to
        counsel; revise same and finalize same;
        correspondence to counsel re same (.5)
        conference with Sharad Desai re various to-do
        issues, including possible motions in limine
        and trial briefs (.3); draft findings of fact
        and conclusions of law (3.5); correspondence to
        Jim Aiken re DeLand report; conference with Jim
        Aiken re same (.2); conference with Karen
        McClain re depositions and signature page;
        review correspondence to inmates re signature
        pages to deposition transcripts and revise
        same; conference with Jackie McLean re incident
        reports; review same (.5) conference with

FILE NUMBER: 99999.0624
INVOICE NO.: ******

---

    Jackie McLean re recreation logs (.3);
conferences with Peggy Winter re various trial
issues, including updated disclosure statement
(.3); conference with Peggy Winter and Larry
Hammond re trial issues (.4); conference with
Bob Powitz; review invoices; numerous
conferences with ACLU re same; correspondence
to counsel re same (.5); conference with
Michele Iafrate re additional documents (.2);
numerous conferences with Cari Shehorn re
intake security videos, including two
conferences with intake detention officers (1.0);
conference with Tricia Sherrill re Final 26.1
statement; conference with Peggy Winter re
same; draft findings of fact about food; review
Reddy deposition re same (1.0).
    D. Hill

| | | |
|---|---|---|
| 07/22/08 Briefly review Deland's supplemental expert summary (.2); review our letter sent in lieu of responding to Arpaio's request for admission (.7); conference with Debbie Hill re tasks that need to be done in Hart (.3); review outstanding discovery requests and email Debbie re same (.4); telephone conference with Scott Zwillinger re documents for inmate Juan Mendoza-Farias (.1); draft our portion of joint statement re discovery dispute and Rule 7.2 certification and email same to Iafrate's office (1.5); draft email to Hanh Nguyen and Peggy Winter re RFP 12 (.3); conference with Debbie Hill re documents held by Scott Zwillinger (.1).<br>    S. Desai | 3.60 | 610.20 |
| 07/22/08 Review case documents and continue work on final disclosure statement (6.9); conferences with Marcie Wright and Debbie Hill re same (.3); memos from and to Susan (ACLU) re status of receipt of interrogatory answers from Arpaio, and review discovery re same (.8).<br>    T. Sherrill | 8.00 | 1,240.00 |
| 07/22/08 Update declarant and witness files; review exhibits relating to jails for jail binders; organize documents.<br>    M. Wright | 7.00 | 420.00 |
| 07/23/08 Memos with National Prison Project and ACLU re planning.<br>    L. Hammond | .20 | 33.90 |
| 07/23/08 Work on disclosure statement; numerous conferences with Peggy Winter re status of case; review and revise proposed findings of fact and conclusions of law; conference with Sharad Desai re various discovery matters; | 8.00 | 1,356.00 |

FILE NUMBER: 99999.0624
INVOICE NO.: ******

conference with Scott Zwillinger re review of
inmate records; numerous conferences with
inmates; conference with Sharad Desai re
Graves; numerous conferences with Tricia
Sherrill re exhibit list; conference with
Jackie re organization of environmental
documents (8.0).
  D. Hill

07/23/08 Telephone conference with Cari Shehorn re 12th     1.80   305.10
request for production and review of documents
at Zwillinger's office and email to team re
same (.3); telephone conference with Fred
Graves (.1); teleconference with Cari Shehorn
re 12th request for production and Zwillinger
review of documents, and email team re same
(.1); teleconference with and email to Scott
Zwillinger re review of Mendoza-Farias
documents (.2); review emails to and from
Debbie Hill and Scott Zwillinger re documents
(.1); draft email to team re timing of
discovery dispute resolution (.1); revise
letters to Isaac Popoca and Fred Graves re
deposition transcripts (.2); draft emails to
team re Fred Graves' trial attendance and leave
voicemail message for COIII Bigelow (.6);
telephone conference with Roel Garza (P433215)
(.1).
  S. Desai

07/23/08 Incorporate additions and edits to final         8.30 1,286.50
disclosure statement, memos to and from Debbie
Hill re same, and phone conferences with Hill,
Peggy Winter and Karen McClain re same.
  T. Sherrill

07/23/08 Review exhibits relating to jails for jail        6.50   390.00
binders; update declarant and witness files;
organize documents.
  M. Wright

07/24/08 Work on Graves and other DOC witnesses;            .40    67.80
Team meeting re trial preparation.
  L. Hammond

07/24/08 Review various disclosure statements;             8.50 1,440.75
conference with Peggy Winter re same; numerous
conferences with Peggy Winter; draft
correspondence to Adam Polson and Michele
Iafrate re insufficient disclosure statements;
conference with Peggy Winter and rest of team
re to-do items before next Wednesday;
conference with court clerk re designated
depositions (4.0); conference with Adam Polson;
conference with Veronika Ulicna re deposition
cites; highlight depositions for inclusion into
final pretrial order; review documents produced

FILE NUMBER: 99999.0624
INVOICE NO.: ******

---

by Michele Iafrate yesterday; conference with
Tricia Sherrill re same; review response re
motion to compel; conference with Sharad Desai
re same; finalize motion for reconsideration
and obtain exhibits for same (4.5).
  D. Hill

07/24/08 Review emails from team re Graves attendance      2.80   474.60
and discovery issues (.2); review our final
disclosure statement and MCSO 6th supplemental
disclosure statement (.2); telephone conference
with inmate Robert Cobb (P291564); review and
revise letter from Debbie Hill to Michele
Iafrate and Adam Polson re deficiencies in
defendants' final 26(a)(3.0) disclosure
statements and other discovery issues (.2);
attend team meeting re outstanding tasks (1.1);
draft email re additional paralegal assistance
(.2); review Defendants' portion of joint
statement to court re A/C privilege issue and
finalize for filing with court (.9).
  S. Desai

07/24/08 Conferences with Debbie Hill re document         7.10  1,100.50
requested by her, and review case file
materials re same (.5); attend team meeting
re projects to be done (1.1); review new
discovery received from Arpaio, update log, and
conferences with Hill re same (1.3); memo to Peggy
Winter enclosing Hill index of documents (.1);
conferences with Marcie Wright re projects to
be done (.4); assemble and organize CHS discovery
(2.5);organize Arpaio discovery (1.2).
  T. Sherrill

07/24/08 Update declarant and witness files; review       6.70   402.00
exhibits relating to jails for jail binders;
prepare and label exhibit folders; organize
documents.
  M. Wright

07/25/08 Conference with Peggy Winter; work on final      8.00  1,356.00
pretrial order; conference with Peggy Winter re
Kern deposition (1.0); conference with Karen
McClain re final pretrial order; review and
revise order re motion for reconsideration;
conference with Sharad Desai re joint discovery
motion; review revision to same; correspondence
to counsel re meeting to exchange exhibits;
conference with Cari Shehorn re outstanding
discovery (1.0); highlight transcripts for
presentation to court and insertion of cites
into final pretrial order (1.5); highlight
deposition transcripts; conference with Tricia
Sherrill re exhibit lists; conference with
Jackie (ACLU clerk) re duplicate exhibits; lengthy
conference with Peggy Winter re objections to

December 5, 2008       PAGE 155

FILE NUMBER: 99999.0624
INVOICE NO.: ******

exhibits; legal research re obligation to
timely supplement disclosure statements;
conference with Tricia Sherrill re various
to-do issues; conference with Cari Shehorn re
production of documents; conference with Adam
Polson re CD with deposition exhibits;
conference with Driver & Nix re same;
conference with Adam Polson re same; review
Polson supplemental responses; conference with
Peggy Winter re same; conference with Adam
Polson re missing CD (4.5).
   D. Hill

07/25/08 Revise and finalize joint statement re A/C      1.70   288.15
privilege discovery dispute (.5); review
voicemail message from inmate Dale Hausner
(.1); conference with Larry Hammond (.2);
telephone conference with inmate Kevin Krueger
and review correspondence from inmate Michael
Burion (.2); review team emails and motion for
reconsideration re length of stay documents
(.1); draft discovery dispute statement re
Mendoza-Farias docs and request for production
12 #3 (.6).
   S. Desai

07/25/08 Begin cite checking findings of fact and        1.00   155.00
conclusions of law.
   M. Kemp

07/25/08 Work on projects in preparation for trial and   7.00 1,085.00
conferences with Debbie Hill, Marcie Wright,
Jackie, Donna Walkington, Frank Tatum and WP
personnel re same (6.3); review Aiken materials
disclosed to defendants, and memo to Hill re
same (.7).
   T. Sherrill

07/25/08 Create new files (1.5); update declarant files   7.00   420.00
(2.0);conference with Debbie Hill and Tricia
Sherrill (.5); review exhibits relating to jails
for jail binders (2.5); organize documents (.5).
   M. Wright

07/26/08 Memos re document production; meeting with       1.20   203.40
Debbie Hill re Rule 1006 and 901 and
disclosure rules.
   L. Hammond

07/26/08 Office conference re witnesses for                .20    33.90
foundation.
   L. Hammond

07/26/08 Numerous conferences with Peggy Winter re       10.50 1,779.75
various issues relating to final pretrial order
draft and proposed findings of facts; numerous
conferences with Tricia Sherrill re exhibits

FILE NUMBER: 99999.0624
INVOICE NO.: ******

and other issues; review environmental reports
and conference with Tricia Sherrill re
obtaining missing documents; review and prepare
exhibits re environmental reports; review
Iafrate exhibit list and draft objections to
same; conference with Tricia Sherrill and
Marcie Wright re facility binders; legal
research re failure to timely supplement
disclosure statement; draft motion to exclude
exhibits for failure to timely supplement
(10.5).
　D. Hill

07/26/08 Conference with Debbie Hill re Graves documents      .10     16.95
and naming me as a witness for
foundation/authenticity purposes (.1).
　S. Desai

07/26/08 Continue work on draft proposed final pretrial    7.00  1,085.00
Order (3.9); assemble and organize environmental
reports for Debbie Hill (2.6); conferences with
Marcie Wright and Hill re organization of jail
Binders (.5).
　T. Sherrill

07/26/08 Create new files (1.0); conference with Debbie     7.00    420.00
Hill and Tricia Sherrill re jail binders (.5);
review exhibits relating to jails for jail
binders (4.5);update declarant files (1.0).
　M. Wright

07/27/08 Dictate memo re Popoca.                             .30     50.85
　L. Hammond

07/27/08 Revise final pretrial order (3.0); conference      9.90  1,678.05
with Tricia Sherrill re same; numerous
conferences with Tricia Sherrill re same (1.0);
draft and revise findings of fact and
conclusions of law (5.0); review charts and
diagrams; memo to Veronika Ulicna re proofing
final pretrial order; conference with Peggy
Winter re dental issues (.4); revise final
pretrial order draft; conference with Peggy
Winter re same (.5).
　D. Hill

07/27/08 Cite check brief.                                  5.00    775.00
　M. Kemp

07/27/08 Continue work of proposed order, and              5.50    852.50
conferences with Debbie Hill and Dianne Runyon
re same, CD to be burned for Iafrate.
　T. Sherrill

07/28/08 Office conference with Debbie Hill re               .50     84.75
trial plan.
　L. Hammond

```
                                      December 5, 2008      PAGE 157
FILE NUMBER: 99999.0624
INVOICE NO.: ******
```

---

07/28/08 Additional work reviewing and revising final        10.40 1,762.80
         pretrial order; numerous conferences with Peggy
         Winter re same; review incident reports and
         prepare exhibit; conference with Tricia
         Sherrill re exhibits; review documents produced
         by defendants late Friday; review videos;
         correspondence to Jim Aiken re same; revise
         joint statement re Mendoza-Farias records;
         conference with Zwillinger re same; conference
         with court clerk re joint statement; conference
         with Veronika Ulicna re proofing final pretrial
         order; conference with Iafrate's office re
         missing videos; prepare for meeting with
         defense counsel; draft proposed issues of fact
         and conclusions of law; conference with Peggy
         Winter re same; conference with defense counsel
         re pretrial order (5.5); conference with
         defense counsel (3.0); conference with Larry
         Hammond re anticipated length of trial and
         related issues, including letter re settlement
         (.4); draft findings of fact and conclusions of
         law (1.5).
           D. Hill

07/28/08 Revise discovery dispute statement and draft          .60   101.70
         Rule 7.2(j) certification and conference with
         Debbie Hill re same (.5); review letter from
         Debbie Hill to Courtney Cloman re continuation
         of depositions and email from Larry Hammond re
         Popoca (.1).
           S. Desai

07/28/08 Cite check brief; brief conference with Debbie       5.20   806.00
         Hill regarding revisions to same.
           M. Kemp

07/28/08 Continue work on proposed pretrial order and         7.50 1,162.50
         memos from and to Debbie Hill re same (2.8);
         organize materials for meeting with defendants'
         counsel (1.7);attend meeting with Debbie Hill
         and defendants' counsel re exhibits (3.0).
           T. Sherrill

07/28/08 Review exhibits relating to jails for jail           6.50   390.00
         binders; update declarant and witness files.
           M. Wright

07/29/08 Work on case budget.                                  .20    33.90
           L. Hammond

07/29/08 Draft findings of fact and conclusions of law;      13.00 2,203.50
         numerous conferences with Peggy Winter re same
         and pretrial order; numerous conferences with
         Tricia Sherrill re exhibits; review grievances
         for use at trial; conference with Karen McClain
         re highlighted depositions; conference with

FILE NUMBER: 99999.0624
INVOICE NO.: ******

---

      Michele Iafrate's office re videotapes;
conference with Bob Powitz re findings of fact
and conclusions of law; conference with defense
counsel re additional exhibits; conference with
Peggy Winter re trial brief; conference with
Peggy Winter re Dong exhibit; conference with
Jackie and Lori re testimony; significant
redrafting of findings of fact and conclusions
of law; draft trial brief; conference with
Larry Hammond re status (13).
      D. Hill

07/29/08 Review Dr. Wilcox's objection to Defendants'     3.60  610.20
      subpoena (.1); conference with Debbie Hill re
visiting inmates (.1); research waiver of
objection to request for production (.2);
revise joint discovery statement and email
opposing counsel re same (.3); review NPP's
draft of trial brief (.2); summarize deposition
as example for Veronika Ulicna (1.8);
conference with Veronika Ulicna re summaries
(.2); review cite-check results for red-flagged
cases (.7).
      S. Desai

07/29/08 Draft memo re Fire Code.                     .50   55.00
      S. Scharff

07/29/08 Finalize cite check of brief; conference with    3.50  542.50
      Debbie Hill regarding overruled cases.
      M. Kemp

07/29/08 Conference with Debbie Hill re projects to be    4.60  713.00
      done, materials for witness files (.2); organize
documents for various files (1.6); conferences
with Marcie Wright re organization of same (.2);
from and to Hanh Nguyen re Arpaio discovery,
review case materials re same, and conferences
with Karen McClain re same (.7); read literature
re exhibit preparation, witness list (.2);
organize exhibit files (1.2); conference with
Hill re inmate with lung disease, review files
re same and forward materials re same to Hill (.3);
conference with McClain re materials forwarded
to co-counsel and experts (.2).
      T. Sherrill

07/29/08 Create new files; review exhibits relating to    8.00  480.00
      jails for jail binders; organize documents.
      M. Wright

07/30/08 Review court orders and motions.            .20   33.90
      L. Hammond

07/30/08 Draft and revise pretrial order; numerous calls  10.00 1,695.00
      with opposing counsel re same; conference with
Peggy Winter re same (4.0); draft and revise

FILE NUMBER: 99999.0624
INVOICE NO.: ******

findings of fact and conclusions of law; revise
same (4.0); conference with Tom Lordan re Wilcox
deposition; review and revise trial brief;
conference with Peggy Winter re same; finalize
Wilcox deposition highlighting; correspondence
to Judge Wake re same; review opposing
counsels' findings of fact and conclusions of
law (1.0); work on motion to exclude; conference
with Tricia Sherrill re trial exhibits; review
Adam Polson's trial brief; conference with Hanh
Nguyen re same (1.0).
  D. Hill

07/30/08 Conference with Debbie Hill re trial brief    5.70  966.15
(.1); draft portions of, cite-check, and revise
trial brief (5.3); conference with Veronika
Ulicna re deposition summaries and review same
briefly (.2); prepare for meeting with Towers
inmates Thursday morning (.1).
  S. Desai

07/30/08 Conference with Debbie Hill re materials    7.50 1,162.50
returned by Michele Iafrate, and phone message
to Carey Shehorn re same (.2); organize documents
for expert witness files (1.6); search ADOC database
re Jeannie K. Smith (.1); memo to Marcie Wright re
weekly reports to be provided to defendants (.1);
prepare witness list (1.8); phone conferences with
MCSO personnel re current locations of Calvin
Walker and Diego Hanze, and memo to Hill re
same (.3); phone conferences with Hill re same (.1);
search Superior Courthouse and State Bar
websites re Walker and Hanze, and forward
documents re same to Hill (.5); phone call to MCSO
re current location of Atyey Dong and memo to
Hill and Wright re same (.2); conferences with
Wright re Belcourt, Hollister, Rice exhibits
and compile and review same (.7); conferences with
Hill and Wright re inmate files for attorneys'
7/31/08 visit to Towers (.3); review inmates files
and supplement same re correspondence,
deposition transcripts (1.0); review proposed
pretrial order and conferences with Hill re
manner in which exhibits are listed (.3); review
case orders re same (.2); phone messages to and from
Carey Shehorn re laundry list and MCSO policies
CD (.1).
  T. Sherrill

07/30/08 Organize documents for jail binders; organize    7.50  450.00
detainee files for visit to Towers Jail.
  M. Wright

07/31/08 Travel to Towers Jail and interview four trial    6.70 1,135.65
witnesses (4.3); review supplement to final
pretrial order; legal research and draft
response; revise same (1.6); conference with

FILE NUMBER: 99999.0624
INVOICE NO.: ******

---

    Sharad Desai re 4th Ave interviews; conference
    with Marcie Wright re Estrella interviews;
    review and conference with Sharad Desai re
    discovery statement; conference with Tom Lordan
    re Kern exhibits (.5); conference with Peggy
    Winter re witness interviews (.3).
      D. Hill

07/31/08 Conference with inmates in Towers (Chelgren,          6.40 1,084.80
    Diaz, Dickherber and Dong) re trial testimony
    (4.2); telephone conference with inmate Simon
    Ruiz (.1); conference with Marcie Wright re 4th
    Avenue files for tomorrow (.3); conference with
    inmate Michael Stacy and email to Debbie Hill
    and Dan Pochoda re same (.2); review discovery
    dispute issues (.1); review documents produced
    on CD by Zwillinger (.2); review Adam Polson's
    letter re medical testimony from inmates (.1);
    revise and research re joint discovery dispute
    (.7); email Tricia Sherrill re Reynaldo Diaz'
    food journal; prepare for visits with 4th
    Avenue inmates tomorrow (.4); review and revise
    response to objections to our deposition
    designations (.1).
      S. Desai

07/31/08 Memos from Debbie Hill and to/from Karen             3.50   542.50
    McClain re revised laundry exhibit (.1); memos from
    and to Hanh Nguyen and Karen McClain re
    deposition exhibits, index to same (.2); memos to
    and from Nguyen re organization of exhibits for
    attorneys, clerk and Court (.2); assemble and
    organize materials for detainees' witness
    files, and memo to Marcie Wright re compilation
    of additional materials for same (1.2); work on
    exhibit list (1.3); memos from and to McClain re
    Powitz exhibits (.1); memos from and to Hanh Nguyen
    re defendant discovery to be forwarded to her (.1);
    memo from Sharad Desai re location of Angel
    Jennings, review Superior Court and DOC files
    re same, and memo to Desai re same (.2); memos from
    and to Wright re inmate files requested from
    Desai (.1).
      T. Sherrill

07/31/08 Organize detainee files for visits to Estrella       7.00   420.00
    and Fourth Avenue jails; organize deposition
    transcripts.
      M. Wright

08/01/08 Review key pretrial pleadings.                        .20    33.90
      L. Hammond

08/01/08 Draft budget memo.                                    .50    84.75
      L. Hammond

08/01/08 Interview inmate witnesses at Estrella (3.0);        7.50 1,271.25

FILE NUMBER: 99999.0624
INVOICE NO.: ******

---

      conference with Peggy Winter re psychologist
deposition (.3); review court orders (.2);
conference with Michele Iafrate re review of
Mendoza-Farias records; conference with
Iafrate's office; conference with Tricia
Sherrill re file organization; conference with
counsel re recreation records; conference with
counsel re additional food journals (1.0); legal
research and draft motion to exclude trial
exhibits; revise same; conference with Peggy
Winter re same (2.0); review Adam Polson letter
re medical inmate witnesses; extended
conference with Adam Polson re same; additional
conference with Tricia Sherrill re inmate
files; conference with court law clerk re
proposed findings of fact; conference with
Karen McClain re same (1.0).
    D. Hill

08/01/08 Conference and prepare nine inmates at 4th        8.80 1,491.60
      Avenue Jail re testimony (8.4); review letters
from inmates Shannon Richter and James Zanzot
(.1); draft letter to inmate Zanzot (.2);
review pleadings filed today (.1).
    S. Desai

08/01/08 Conferences with Marcie Wright re materials for    7.10 1,100.50
      witness files, review case file materials and
assemble and organize same (2.5); memos from and to
Hanh Nguyen re materials requested by her,
review case file materials and assemble same
for her (1.4); conferences with Karen McClain re
additional documents produced by defendants,
and update discovery log re same (.4); conferences
with Debbie Hill re recreation journals, review
case file materials, assemble and organize same
and forward to Hill (2.6); deliver witness files to
Hill (.1); conference with Hill re additional food
journals (.1).
    T. Sherrill

08/01/08 Organize detainee files for visits to Durango      6.00   360.00
      and Lower Buckeye jails; organize documents.
    M. Wright

08/02/08 Interview inmate Brownell; conference with         7.60 1,288.20
      inmates at Estrella (5.0); conference with Larry
Hammond re opening statement and other issues
(.3); review inmate files and dictate memos
(2.3).
    D. Hill

08/02/08 Visit five inmates at Fourth Avenue Jail (3.9).    3.90   661.05
    S. Desai

08/02/08 Assemble and organize LBJ incident reports for     6.00   930.00
      Debbie Hill binder (1.2); review case file

FILE NUMBER: 99999.0624
INVOICE NO.: ******

---

             materials and assemble plaintiffs' exhibits
             listed in proposed final pretrial order (4.7);
             memo to Hill re assembly of defendants'
             exhibits (.1).
               T. Sherrill

08/03/08   Read Rule 45 Memorandum.                             .50     84.75
               L. Hammond

08/03/08   Read trial memorandum and memos re same;             .80    135.60
             send memos re same.
               L. Hammond

08/03/08   Interview inmate witnesses at Towers and LBJ        6.80  1,152.60
             (4.3); draft witness memos; consider list of
             witnesses; conference with Peggy Winter re
             various issues, including motion to exclude
             (2.5).
               D. Hill

08/03/08   Review case files re plaintiffs' designated        4.60    713.00
             exhibits, assemble same, and conference with
             Debbie Hill re same, grievances received.
               T. Sherrill

08/04/08   Telephone call with Debbie Hill re pretrial         .30     50.85
             conference.
               L. Hammond

08/04/08   Review and draft motion to exclude trial          9.70  1,644.15
             exhibits; finalize same (3.0); conference with
             Tricia Sherrill re various exhibit issues (.3);
             conference with Genie Paul re grievances and
             organization re same (.3); prepare for hearing;
             calculate hours of inmate testimony; calculate
             hours of cross; extended conference with Peggy
             Winter re same; prepare for various issues that
             might arise at hearing; conference with Sharad
             Desai re witness testimony from 4th Ave.;
             conference with Hanh Nguyen re medical inmate
             testimony; extended conference with Tricia
             Sherrill re exhibits and demonstrative
             evidence; conference with Peggy Winter re
             issues for hearing (2.0); attend hearing (3.4);
             conference with Peggy Winter and Hanh Nguyen re
             same (.4); conference with Larry Hammond re
             status and trial dates (.3).
               D. Hill

08/04/08   Meeting with Debbie Hill re witnesses (.2);        4.70    796.65
             review notes from meetings with inmates to
             determine who to call as witnesses (.3); email
             Tricia Sherrill re grievances from McFarland
             (.1); prepare for and attend pretrial
             conference (4.0); draft email to team re
             Zwillinger documents (.1).
               S. Desai

FILE NUMBER: 99999.0624
INVOICE NO.: ******

08/04/08 Review CD containing 1825 pages and phone          7.20 1,116.00
         conference with Karen McClain re date of
         production of same (.3); read to-do memo by
         Debbie Hill, search old case materials re
         writs and related documents (.5); conference
         with Debbie Hill re projects to be done (.3);
         conferences with personnel and Deanna Rexing
         re same (.4); continue review of case materials,
         and organize and assemble plaintiffs' trial
         exhibits (5.7).
           T. Sherrill

08/04/08 Update jail binders with deposition exhibits;      6.90   414.00
         update detainee and witness files.
           M. Wright

08/05/08 Plan for trial days.                                .20    33.90
           L. Hammond

08/05/08 Numerous conferences with Michele Iafrate re       7.00 1,186.50
         exhibits (1.0); draft correspondence to defense
         counsel re inmate witnesses; conference with
         Tricia Sherrill re exhibits; conference with
         Tricia Sherrill and Sharad Desai re various
         matters, including writ and laundry issues;
         review Estrella E dorm operations journal and
         do summary; prepare impeachment chart showing
         meal times (more than 14 hours); several
         conferences with Peggy Winter re various
         issues; conference with Adam Polson re medical
         witnesses; conference with Stephen Clarke re
         Wilcox; conference with Peggy Winter re same;
         research emails re Wilcox deposition to use in
         response to motion to compel; review order re
         Reddy materials; review same; conference with
         Judge Wake re Mendoza-Farias medical records
         (6.0).
           D. Hill

08/05/08 Teleconference with Eric Balaban re               5.90 1,000.05
         Mendoza-Farias documents (.1); review and
         organize files of inmate witnesses (.6);
         conference with Debbie Hill and Tricia Sherrill
         re tasks before trial (.5); review letter re
         inmates that will be called to testify (.2);
         teleconference with Eric Balaban re mental
         health review of Mendoza documents (.2); review
         laundry sheets for Durango and Estrella (.4);
         review judge's order re K.S. Reddy weekly
         reports (.1); review Jeremy Chelgren's file
         (.1); draft email to Lori Markle and Jackie
         Lombardo re foundation testimony (.1); review
         unredacted documents re Reddy (.2); telephone
         conference with inmate Charity Hill (.1);
         review documents re Mendoza-Farias at Scott
         Zwillinger's office (3.3).

FILE NUMBER: 99999.0624
INVOICE NO.: ******

S. Desai

08/05/08 Meetings with Debbie Hill and Sharad Desai re          8.50 1,317.50
         projects to be done (.7); conferences with Dianne
         Runyon, Frank Tatum and Genie Paul re oversized
         charts (.6); phone conferences with Kingman DOC
         personnel re phone call between Desai and
         Jeffrey Huges (.3); meeting with Hill and Michele
         Iafrate (telephonically) re witnesses, exhibits
         and writs (.3); organize Powitz materials and
         forward same to Hill (.5); memos to Genie Paul re
         projects to be done (.2); prepare clean copy of
         exhibit list for Michele Iafrate and forward
         same to Hill (.3); conferences with Tatum and Hill
         re demonstrative exhibits (.4); continue review of
         case files and organization and assembly of
         plaintiffs' trial exhibits (5.2).
         T. Sherrill

08/05/08 Update jail binders with deposition exhibits;          6.50   390.00
         organize documents.
         M. Wright

08/06/08 Conference with Michele Iafrate re exhibits;          10.00 1,695.00
         conference with Tricia Sherrill re same (1.0);
         numerous conferences with Tricia Sherrill re
         exhibits; conference with Sharad Desai re
         writs; conference with Sharad re Hughes;
         prepare for Estrella witness testimony and
         review numerous operations journals for
         Estrella; numerous conferences with Sandi re
         writs; conference with Marshal's office re same
         (6.5); review response to motion to exclude;
         review motion to compel; conference with
         Stephen Clark re same; conference with Adam
         Polson re invoking rule for experts; legal
         research re same; conference with Sharad Desai
         re motion re same; draft response re motion to
         compel attendance of Dr. Wilcox (2.5).
         D. Hill

08/06/08 Draft emails to team re Medoza-Farias documents        3.90   661.05
         (.4); review Defendants' supplemental proposed
         pre-trial order (.1); prepare for telephone
         conference with Inmate Jeffrey Hughes (.5);
         review letters from inmate Brad Dickherber and
         Alex Fitch (.1); telephone conference with
         inmate Jeff Hughes (.7); review inmate files
         (.2); draft writs for inmate Popoca (.8);
         conference with Debbie Hill re motion re expert
         witnesses (.1); research and draft motion to
         exempt expert witnesses from exclusion (.7);
         review County's motion to compel attendance of
         Dr. Wilcox (.1); review and draft second
         supplemental response to Arpaio request for
         production (.2).
         S. Desai

FILE NUMBER: 99999.0624
INVOICE NO.: ******

08/06/08 Meet with Debbie Hill and Michelle Iafrate      10.50 1,627.50
         (telephonically) re exhibits (.1); continue to
         review case files, and organize and assemble
         plaintiffs' exhibits for hearing (10.1); conferences
         with staff members re same (.3).
             T. Sherrill

08/06/08 Update detainee and witness files; organize        7.50   450.00
         trial exhibits.
             M. Wright

08/07/08 Numerous conferences with Tricia Sherrill re       8.00 1,356.00
         exhibits; prepare cross for Estrella and
         DeLand; conference with Bob Powitz; conference
         with Michele Iafrate re exhibit; conference
         with defense counsel re exchange of documents;
         conference with Tricia Sherrill re exhibits;
         draft reply in support of motion to exclude;
         review and revise response to motion to compel;
         conference with Peggy Winter re same; prepare
         for trial; conference with Sharad Desai re
         motion to invoke rule exception for experts.
             D. Hill

08/07/08 Review and revise draft response to motion to      3.80   644.10
         compel (.2); email Hanh Nguyen re taking law
         clerk to jail legal visits (.1); attempts to
         call Scott Zwillinger and email team re same
         (.1); review documents to prepare to supplement
         Arpaio's request for production (.2); email
         team re autopsy report for dead inmate (.1);
         email team re documents from Zwillinger's
         office (.1); draft motion to exempt from
         exclusion (2.4); telephone conference with
         inmate Simon Ruiz and draft letter re same
         (.2); conference with Marcie Wright re
         supplement (.1); draft writ ad testificandum
         (.2); conference with Martina Ambrosio at the
         U.S. Marshals office (.1).
             S. Desai

08/07/08 Work on assembly and organization of             13.00 2,015.00
         plaintiffs' exhibits.
             T. Sherrill

08/07/08 Organize trial exhibits.                         10.00   600.00
             M. Wright

08/08/08 Conference with Peggy Winter (.2); conference     8.50 1,440.75
         with Bob Powitz (.3); determine additional
         documents to send to Jim Aikens and Bob Powitz
         (.6); conference with Tricia Sherrill re
         exhibits (.2); conference with Peggy Winter re
         reply re motion to exclude (.2); revise; revise
         and finalize same (.4); prepare opening
         statement; revise same; numerous conferences

FILE NUMBER: 99999.0624
INVOICE NO.: ******

with Tricia Sherrill re exhibit exchanges;
conference with defense counsel re same;
exchange exhibit lists; conference with Tricia
Sherrill re same; draft opening outline; review
and revise motion re experts; conference with
Sharad Desai re same; review order from court
re motion to exclude exhibits; conference with
Stephen Clark re response to motion to compel;
conference with Stephen Clark re same; review
Wilcox's response to motion to compel (6.6).
  D. Hill

08/08/08 Review reply in support of our motion to          4.00   678.00
         exclude (.2); telephone conference with inmate
         Alejandra Paco (.1); assist Tricia Sherrill in
         compiling exhibits (.2); draft motion to exempt
         experts from exclusion (2.0); revise same (.9);
         telephone conference with inmate Christopher
         Rivera Cook (.1); telephone conference with
         Samuel DeRosier (.1); review Wilcox motion to
         quash (.3); briefly review summaries of inmate
         depositions (.1).
  S. Desai

08/08/08 Assemble and organize plaintiffs' exhibits;        9.70 1,503.50
         organize defendants' sets of exhibits.
  T. Sherrill

08/08/08 Organize trial exhibits.                          10.50   630.00
  M. Wright

08/09/08 Prepare cross for Donna Hudson (Towers) (7.0);     8.50 1,440.75
         numerous conferences with Tricia Sherrill re
         exhibit issues (1.0); conference with Michele
         Iafrate re same (.2); conference with Adam
         Polson re same (.3).
  D. Hill

08/09/08 Organize court and clerk sets of plaintiffs'       9.20 1,426.00
         exhibits; conferences with Adam Polson re
         plaintiffs' exhibits.
  T. Sherrill

08/09/08 Organize trial exhibits.                          10.00   600.00
  M. Wright

08/10/08 Several status memos re exhibits and trial          .50    84.75
         prep.
  L. Hammond

08/10/08 Draft cross examinations for Lamoureux, finish    12.00 2,034.00
         Hudson questions re Durango, numerous
         conferences with Tricia Sherrill re exhibits;
         numerous conferences with defense counsel re
         exhibits; prepare for hearing; review exhibit
         list and review defense objections; review
         operations journals for cross examination;

```
                                        December 5, 2008     PAGE 167
FILE NUMBER: 99999.0624
INVOICE NO.: ******
```

```
          revise recreational summaries.
             D. Hill

08/10/08  Draft memo to file re interview with Bradley    2.00   339.00
          Dickherber (2.0).
             S. Desai

08/10/08  Organize court and clerk sets of exhibits.     13.50  2,092.50
             T. Sherrill

08/10/08  Organize trial exhibits.                       11.50   690.00
             M. Wright

08/11/08  Prepare for trial; numerous conferences with   10.00  1,695.00
          Tricia Sherrill re exhibit list, exhibits and
          witness lists; prepare Pilat cross; prepare
          Fisher cross; conference with Peggy Winter re
          closing statement; review and practice opening
          statement; review and revise motion in support
          of motion re experts; review court order re
          same; conference with Stephen Clark re Wilcox
          motion; review Patino deposition; conference
          with Dan Pochoda; conference with Bob Powitz;
          conference with Ted Jarvi.
             D. Hill

08/11/08  Conferences with team re tasks to do for trial   7.10  1,203.45
          (.7); draft writs and related documents for
          inmate witnesses (2.5); review letter from
          anonymous mother of inmate (.1); draft letter
          to inmate Bradley Dickherber (.2); draft reply
          in support of motion to exempt experts from
          exclusion (2.2); telephone conference with
          inmate Simon Ruiz (.1); review Debbie Hill's
          opening statement (.4); briefly review
          Wilenchik's Motion in Limine (.1); prepare
          trial notebook for trial (.8).
             S. Desai

08/11/08  Work on preparing copies of trial exhibits for    .90   139.50
          trial.
             T. Spangler

08/11/08  Complete assembly and prepare exhibits for      10.70  1,658.50
          transport to USDC; conferences re completion of
          organization of Debbie Hill exhibit binders;
          transport exhibits to USDC and organize same;
          hand-deliver additional exhibits to Adam Polson
          and Michele Iafrate.
             T. Sherrill

08/11/08  Organize trial exhibits; update witness and      5.50   330.00
          detainee files.
             M. Wright

08/12/08  Memos re opening statement and orders by          .30    50.85
          Court re Rule 615.
```

FILE NUMBER: 99999.0624
INVOICE NO.: ******

---

      L. Hammond

08/12/08 Attend trial; conference with Peggy Winter re   11.50 1,949.25
      trial and strategy for next day.
      D. Hill

08/12/08 Attend trial; email and conference with team re   9.80 1,661.10
      timing issues.
      S. Desai

08/12/08 Attend opening arguments and first day   8.00   880.00
      of trial.   [NO REIMBURSEMENT
      J. Parsi   SOUGHT]

08/12/08 Prepare for trial, travel to USDC and attend   9.20 1,426.00
      day 1 of trial.
      T. Sherrill

08/12/08 Organize documents; update files.   3.00   180.00
      M. Wright

08/13/08 Telephone conference with Debbie Hill re   .50    84.75
      trial strategy.
      L. Hammond

08/13/08 Attend trial; strategy conference with Larry   12.00 2,034.00
      Hammond; conference with Peggy Winter re
      strategy; prepare for cross of Haggard; review
      cross of Dean; numerous conferences with Tricia
      Sherrill re DVD of Dean and other issues.
      D. Hill

08/13/08 Email Debbie Hill re inmate witness issues   8.40 1,423.80
      (.2); review voicemail message from Barbara
      Melcher (.1); review voicemail message from
      Daniel McFarlane (.1); review notes taken at
      first day of trial and Court's minute entry
      (.3); review filings re motion to compel
      Wilcox's attendance (.4); telephone conference
      with Simon Ruiz and email to team re same (.3);
      draft trial brief re remedies (2.4); telephone
      conference with Carol Singleton, inmate's
      mother (.1); research admissibility of expert
      deposition testimony to hearsay rule (.6);
      draft memo to file re interview with Reynaldo
      Diaz (1.0); memo to file re meeting with Clark
      Fish (1.6); meeting with team re trial planning
      for tomorrow (.7) ; begin drafting memo to file
      re interview with Kevin Brownell (.6).
      S. Desai

08/13/08 Memos to and from Mike Watkiss re witness list,   7.50 1,162.50
      Dr. Kern (.1); conference with Genie Paul re OJs
      and summaries to same (.2); phone conference with
      Brian Lalley re DVD to be played during trial (.1);
      phone conference with Watkiss re exhibit list, and
      memo to Hill re same (.2); trip to Estrella re

```
FILE NUMBER: 99999.0624
INVOICE NO.: ******
```

documents to be provided to Hill from Jeannie
Smith, and conferences with Sharad Desai re
same (1.4); conferences with IS personnel re cables
for laptop (.2); search Superior Court website re
Antoinette Ramirez, memo to Hill re same (.2);
conferences with Marcie Wright re witness
files (.3); conferences with Karen McClain and Diana
Riggins re MCSO inmate length of stay table,
and memo to Hill re same (.4); organize materials
for trial (4.4).
   T. Sherrill

08/13/08 Update files for Court.                          .50     30.00
         M. Wright

08/14/08 Status report on day #2; report on key          .70    118.65
         issues in trial.
         L. Hammond

08/14/08 Attend trial; assist with questions for Dr.   14.50  2,457.75
         Kern; review and work on cross of Dean,
         Haggard, Hudson and Lamoureux (14.5).
         D. Hill

08/14/08 Attend trial (9.5); review inmate notes re     9.90  1,678.05
         exercise in 4th Avenue dayrooms (.4).
         S. Desai

08/14/08 Preparation prior to attending trial; attend   9.50  1,472.50
         trial; preparation for trial on following day.
         T. Sherrill

08/14/08 Organize documents; update files.              1.50     90.00
         M. Wright

08/14/08 Trial support for computer video presentation. 2.00    300.00
         B. Sena

08/15/08 Status report with Debbie Hill.                 .30     50.85
         L. Hammond

08/15/08 Attend trial; prepare for trial; work on       9.50  1,610.25
         Barcelo cross.
         D. Hill

08/15/08 Attend trial (10.4); prepare files for inmate 11.20  1,898.40
         visits (.8).
         S. Desai

08/15/08 Attend trial; assemble and organize materials  8.50  1,317.50
         for Debbie Hill and Sharad Desai for review.
         T. Sherrill

08/15/08 Update files.                                   2.50    150.00
         M. Wright

08/15/08 Trial support for computer video presentation. 9.50  1,425.00

FILE NUMBER: 99999.0624
INVOICE NO.: ******

B. Sena

| Date | Description | Hours | Amount |
|---|---|---|---|
| 08/16/08 | Telephone conference with Debbie Hill re how to proceed with Deland.<br>L. Hammond | .50 | 84.75 |
| 08/16/08 | Conference with Peggy Winter re expert fee issues; conference with Jim Aiken; conference with Bob Powitz; conference with Larry Hammond re status of case and issues involving DeLand and Powitz; conference with Michele Iafrate re same; review food grievances and pick out ones for cross examination; review external referee rulings and prepare for cross; conference with Peggy Winter re same; prepare remainder of Fisher cross and prepare exhibits re same (8.5).<br>D. Hill | 8.50 | 1,440.75 |
| 08/16/08 | Prepare for visits with inmates (.6); visit inmates at Durango (3.0); review operational journals for entries involving DeLand (1.0).<br>S. Desai | 4.60 | 779.70 |
| 08/17/08 | Read Deland supplement and draft memo to Debbie Hill re calling him as a witness.<br>L. Hammond | 1.00 | 169.50 |
| 08/17/08 | Prepare for Reddy deposition; conference with Peggy Winter re various issues (6.3).<br>D. Hill | 6.30 | 1,067.85 |
| 08/17/08 | Review operational journals for DeLand entries and to see if inmates in Estrella housing units get programs (3.8); call Richard Goodwin and William Thomas regarding case and their relatives' issues (.2); draft trial brief re remedies (.5).<br>S. Desai | 4.50 | 762.75 |
| 08/18/08 | Telephone conference with Debbie Hill re Deland and witness order and review memos re same.<br>L. Hammond | .30 | 50.85 |
| 08/18/08 | Prepare for cross; revise cross for Hudson, Fisher, Lamoureux, Reddy; conference with Antoinette Ramirez's lawyer; conference with Sharad Desai re inmates; review and revise trial brief re remedies; numerous conferences with Peggy Winter; numerous conferences with Michele Iafrate and Adam Polson re Powitz and DeLand; conference with Jim Aiken re status; conference with Tricia Sherrill re additional documents; review and revise impeachment exhibit; conference with Larry Hammond deposition issues (8.0). | 8.00 | 1,356.00 |

```
FILE NUMBER: 99999.0624
INVOICE NO.: ******
```

---

      D. Hill

| | | | |
|---|---|---|---|
08/18/08 Draft trial brief re remedies (4.0); attempt to visit inmate John Stuart (.9); review letter from inmate Lynn Crews (.1); telephone conference with Clay at Jason Keller's law firm re Popoca trial (.1); leave voicemail message for Martina Ambrosio and speak with same re writs (.2); telephone conference with Kelie at ASPC Stafford re Dickherber (.1); conference with Debbie Hill re inmate witnesses (.3); prepare chart re inmate witnesses (.5); draft letter to inmate witnesses who will not be called (.8); review oj's for Estrella and Durango re programs (.6); review inmate files (.5); draft memo to file re Kevin Brown interview (.7); draft memo to file re Chelgren interview (.5).

        9.30 1,576.35

      S. Desai

08/18/08 Continued trial preparation to include assembly and organization of new exhibits, materials re Eli Flores, organization of kitchen grievances, payment for transcript of Kern cross-examination, search of DOC database re inmate locations, calls to MCSO locator service re same, and conferences with Hill and Marcie Wright re same, additional projects to be done.

        7.60 1,178.00

      T. Sherrill

08/18/08 Organize documents; update files.        3.50   210.00

      M. Wright

08/19/08 Attend trial; prepare for cross of jail witnesses.        12.00 2,034.00

      D. Hill

08/19/08 Conference with inmate John Stuart (1.4); attend trial (8.3); conference with Debbie Hill re recreation statistics chart (.2); email Martina Ambrosio inmate witness list for Thursday (.1); research Rule 52(c) standards and email Debbie Hill re same (1.7).

        11.70 1,983.15

      S. Desai

08/19/08 Search Mailsite, update witness files and conference with Marcie Wright re same; attend trial; check DOC website re locations of inmates Smith and Mungia, and memo to attorneys re same.

        8.20 1,271.00

      T. Sherrill

08/19/08 Organize documents; update files.        2.50   150.00

      M. Wright

08/20/08 Telephone conference with Debbie Hill re status of trial and open issues.        .50    84.75

```
                                          December 5, 2008       PAGE 172
FILE NUMBER: 99999.0624
INVOICE NO.: ******
```

---

          L. Hammond

08/20/08 Attend trial; prepare demonstrative exhibit re          13.00 2,203.50
          food; prepare direct of inmates; work on cross
          of Lamoureux.
          D. Hill

08/20/08 Attend trial (9.7); meet with team re inmate            13.60 2,305.20
          witnesses and draft email to Adam Polson re
          same (.4); prepare materials for trial tomorrow
          (1.7); draft outline of direct for Clark Fish
          (1.8).
          S. Desai

08/20/08 Attend trial.                                            9.00 1,395.00
          T. Sherrill

08/20/08 Organize documents; update files.                        .50    30.00
          M. Wright

08/21/08 Attend trial; meet with inmate witnesses (9.5);         11.50 1,949.25
          prepare for inmate testimony; conference with
          Mike Terribile re CHS issues (2.0).
          D. Hill

08/21/08 Draft outline of direct for inmate Clark Fish           17.20 2,915.40
          (.3); draft outline for Arthur Flores direct
          (1.5); draft outline for Jeff Taylor direct
          (1.9); attend trial (10.3); conference with
          Debbie Hill re inmate witnesses and food
          journal entries, and prepare food journal
          exhibits (.7); revise direct examinations for
          Clark, Flores, and Taylor (1.3); draft direct
          outline for Reynaldo Diaz (1.0); draft direct
          outline for Kevin Brown (.2).
          S. Desai

08/21/08 Attend trial; trip to Osborn Maledon to prepare          9.70 1,503.50
          transcript order form, check DOC database re
          inmate Mungia; continued attendance at trial;
          organize documents for trial the following day.
          T. Sherrill

08/21/08 Organize documents; update files.                        2.00   120.00
          M. Wright

08/22/08 Telephone conference with Debbie Hill in                  .50    84.75
          p.m. re standard of proof and trial witness
          order.
          L. Hammond

08/22/08 Attend trial; conference with clients over              10.60 1,796.70
          lunch hour; conference with Sharad Desai re
          various issues (10.0); conference with Peggy
          Winter re various legal issues, closing
          argument and day at trial (.3); conference with
          Larry Hammond re various legal issues raised by

FILE NUMBER: 99999.0624
INVOICE NO.: ******

---

      court (.3).
        D. Hill

08/22/08 Draft direct outline for Kevin Brown (.7);     11.50 1,949.25
      draft direct outline for John Stuart (1.3);
      attend trial (9.5).
        S. Desai

08/22/08 Attend trial; prepare transcript request.     4.80  744.00
        T. Sherrill

08/23/08 Review DeLand deposition transcript and     5.40  915.30
      designate portions; conference with Michele
      Iafrate re same; conference with Tricia
      Sherrill re exhibits to DeLand deposition (3.0);
      legal research re issue of whether judge can
      grant modified relief in terms of amended
      judgment; conference with Peggy Winter and
      Larry Hammond re same (1.5); review findings of
      fact and memo to Sharad Desai re remaining
      areas to cover with inmates (.5); review
      Gilmore; conference with Peggy Winter and Larry
      Hammond re modifying terms of amended judgment
      (.4).
        D. Hill

08/24/08 Memos and research re Gilmore et al.     .40  67.80
        L. Hammond

08/24/08 Prepare list of DeLand designations; conference     5.00  847.50
      with Michele Iafrate; exchange deposition
      designations; conference with Tricia Sherrill
      re exhibits to DeLand deposition; review and
      designate Powitz deposition portions; prepare
      list of Powitz deposition designations;
      conference with Larry Hammond and Peggy Winter
      re additional trial brief; conference with Bob
      Powitz re trial schedule; conference with ACLU
      re payment of Powitz expenses; conference with
      Peggy Winter re various trial issues; file
      organization.
        D. Hill

08/25/08 Conference with Peggy Winter re various legal     7.50 1,271.25
      issues; draft amended pretrial hearing; draft
      correspondence to Judge Wake; conference with
      Linda Skon re depositions and exhibits;
      exchange deposition designations with Michele
      Iafrate (2.0); prepare direct testimony of Jim
      Aikens; review and revise response to motion to
      exclude witness deposition designations; review
      order re same; review findings of fact and
      provide record citations for same; conference
      with Sharad Desai re time restrictions and
      inmate testimony; conference with John
      Dickerson; conference with various inmates;
      conference with Michele Iafrate re inmate list

FILE NUMBER: 99999.0624
INVOICE NO.: ******

---

    for Thursday and Friday; conference with Tricia
Sherrill re additional exhibits from courthouse
(5.5).
    D. Hill

08/25/08 Review letter from Adam Polson re expert       6.50 1,101.75
    deposition fees (.1); review inmate files and
prepare to-do list (.3); review findings of
fact re things that we still must prove (.4);
draft email to Lori Markle and Jackie Lombardo
re status of case (.2); draft email to Dan
Pochoda re inmate direct examinations and
review response email re same (.2); telephone
conference with Simon Ruiz (.2); revise direct
of Kevin Brown and John Stuart (3.1); prepare
time calculation re remaining portion of our
case (.3); review and respond to email from
Martina Ambrosio re inmate testifying dates
(.4); meeting with Debbie Hill re inmate
witness prep (.4); review minute entries to see
which exhibits admitted (.6); telephone
conference with inmate Rochelle Thompson (.1);
telephone conference with inmate Kevin Brownell
(.1); telephone conference with inmate Clark
Fish (.1).
    S. Desai

08/25/08 Assemble set of DeLand deposition exhibits for   7.00 1,085.00
    Debbie Hill, and conferences with Hill and
McClain re same (2.0); update exhibit list, and memos
to and from McClain re same (.7); review, organize
and label CDs produced by Michele Iafrate (1.3);
search case files re Amended Judgment with
signature page (.3); review and organize materials
for Aiken witness file and provide same to
Hill (.7); conference with Hill re transcripts, and
memos to and from Laurie Adams re same (.2);
conference with Hill re exhibits needed from
courthouse, and memos to and from Sandi
Fredlund re same (.2); trip to courthouse re same (1.2);
memos from and to Hill and Adams re Flores'
testimony, prepare transcript order form, and
conference with Genie Paul re same (.4).
    T. Sherrill

08/25/08 Organize documents; update files.              1.50    90.00
    M. Wright

08/26/08 Memos re Gilmore & burden.                .20    33.90
    L. Hammond

08/26/08 Work on Aiken direct; conference with Sharad   7.00 1,186.50
    Desai re length-of-stay documents and
comparison to housing records; analyze same;
draft direct of Brownell, revise Nathan Akins,
draft Coleman and McClellan; numerous
conferences with John Dickerson re issues;

FILE NUMBER: 99999.0624
INVOICE NO.: ******

       conference with Peggy Winter re Friaris
       documents; conference with US Marshals re
       Jeanie Smith; conference with Jeremy Chelgren;
       conference with Tricia Sherrill re various
       exhibit issues; conference with Hanh Nguyen re
       Jeanie Smith.
         D. Hill

08/26/08 Revise direct for John Stuart and Kevin Brown   5.90 1,000.05
       (3.4); review exhibits regarding length of stay
       in intake and meet with Debbie Hill re same
       (.7); draft and review emails re inmate
       attendance at trial and coordinate with team re
       same (.6); draft direct examination of Joseph
       DeScheen (1.2).
         S. Desai

08/26/08 Review file materials and forward link to     5.80  899.00
       impeachment chart to Debbie Hill (.3); review file
       materials re Hill notes concerning intake
       videos, memos to and from Brenda Sena re same,
       conference with Hill re same, and memos to and
       from Frank Tatum re splicing/blurring of intake
       videos (.7); phone conferences with Samantha
       (K-Video) and memos to and from Hill re same (.3);
       continue organization of CDs produced in case
       and update discovery log re contents of same (4.0);
       memos from and to Hill and Laurie Adams re
       additional transcripts requested by Hill (.1);
       conference with Hill re exhibits to be returned
       to courthouse (.2); memos from and to Sharad Desai
       and Laurie Adams re transcripts requested by
       inmates (.2).
         T. Sherrill

08/26/08 Update files.                              .50   30.00
         M. Wright

08/27/08 Attempt to see inmates Brownell and Coleman;   4.50  762.75
       interview with inmate McClellan (2.0); extended
       conference with Jim Aiken (1.5); conference
       with Sharad Desai re Coleman; conference with
       Peggy Winter re Stewart testimony; review email
       re court time; conference with Hanh Nguyen re
       exhibit list; review intake CD and conference
       with Tricia Sherrill re same (1.0).
         D. Hill

08/27/08 Draft DeScheen and Hodge directs (1.5); visit   7.00 1,186.50
       inmates Hodge, DeScheen, Brown, and Stuart to
       go over direct testimony (3.5); search for
       Michael Coleman on DOC website (.1); draft
       email to Martina Ambrosio re Coleman/Chelgren
       switch (.2); revise letter to Brad Dickherber
       re case (.2); talk to ADOC Alhambra records
       department re inmate Michael Coleman and
       coordinate with Martina Ambrosio, ADOC, and

```
FILE NUMBER: 99999.0624
INVOICE NO.: ******
```

Hart team re writ for Coleman (.4); revise
Brown direct (.6); revise Stuart direct (.5).
   S. Desai

08/27/08 Memos from and to Dianne Runyon re organization      7.10 1,100.50
of CDs produced by Iafrate (.1); continue
organization of CDs produced by defendants, and
update discovery log re contents of same (4.5); phone
conferences with Hanh Nguyen re documents,
review case file materials and forward same to
her (.2); prepare trial transcript request form, and
conferences with Genie Paul re same (.2); memos from
and to Laurie Adams and Debbie Hill re
transcripts to be forwarded to Hill (.2);
conferences with Samantha (K-Video) re video of
Fourth Avenue Intake (.3); conference with Karen
McClain re retrieval of documents from
courthouse (.2); trip to courthouse to refile
plaintiffs' set of exhibits, and phone
conference with Laurie Adams re check for her (1.4).
   T. Sherrill

08/27/08 Organize documents; update files.                     .50    30.00
   M. Wright

08/28/08 Telephone conference with Debbie Hill re              .50    84.75
Pablo Stewart and end of trial.
   L. Hammond

08/28/08 Travel to Towers and attempt to meet with Kevin     11.00 1,864.50
Brownell (out to court); prepare for trial;
rearrange exhibits; attend trial; revise
exhibit list; work on chart re food; attend
afternoon session of trial; conference with
Larry Hammond re trial; finalize food chart;
conference with Peggy Winter re testimony of
Pablo Stewart.
   D. Hill

08/28/08 Attend trial (9.5); review Arpaio's response        10.00 1,695.00
to trial brief re remedies (.1); review John
Stuart's file and affidavits (.4).
   S. Desai

08/28/08 Phone conference with Diane (K-Video) re Intake       6.70 1,038.50
videos (.2); memos to and from Frank Tatum (MPAC)
re same (.1); trip to K-Video to confer with
Diane re preparation of video clips from intake
videos DVD (1.4); continue organization of CDs
produced by defendants, and update discovery log
re contents of same (3.5); phone conference with
Legal Video Specialists re intake video clips (.1);
trip to Legal Video Specialists to confer re same
(.3);phone conferences with Kahryn Nix re word
indexes, and review deposition transcripts in
Mailsite re same (.4); organize word indexes
received from Nix, and memos to and from Monica

```
FILE NUMBER: 99999.0624
INVOICE NO.: ******
```

---

Brooks re same (.4); phone conferences with Dianne (K-Video) re estimate for video clips and memo to Hill re status of same (.3).
   T. Sherrill

| | | |
|---|---|---|
| 08/28/08 Organize documents.<br>   M. Wright | 1.00 | 60.00 |
| 08/29/08 Attend trial; conference with Sharad Desai re additional to-do items (6.0); work on citations to findings of fact and conclusions of law (1.0).<br>   D. Hill | 7.00 | 1,186.50 |
| 08/29/08 Attend trial (4.8); conference with Debbie Hill re memo for all inmates re closing and re issues with Tricia Sherrill and Jim Aiken (.3); conference with Tricia Sherrill re videos (.2); telephone conference with Jim Aiken re Indiana statutes re duties in connection with jails(.2); research Indiana statutes and email results to Debbie Hill and Jim Aiken (1.3).<br>   S. Desai | 6.80 | 1,152.60 |
| 08/29/08 Phone conference with Craig (Legal Video Specialists) re intake videos, and memos from Craig and to Debbie Hill re same (.3); prepare Deland exhibits and Powitz reports for Hill, organize same and deliver them to Hill (1.4); complete index of CDs produced by defendants and labeling/organization of same (2.0); phone conferences with Dianne (K-Video) re intake video and memo to Hill re same (.2); conferences with Sharad Desai re same (.1); deliver CDs produced by defendants to Desai, and conference re same (.2).<br>   T. Sherrill | 4.20 | 651.00 |
| 08/29/08 Organize documents.<br>   M. Wright | 1.00 | 60.00 |
| 08/30/08 Begin review of CA 10 decision; read response re remedy and send memo re same.<br>   L. Hammond | .50 | 84.75 |
| 08/30/08 Work on citations to findings of fact; conference with Larry Hammond re status of case (3.3).<br>   D. Hill | 3.30 | 559.35 |
| 08/30/08 Draft memo to Debbie Hill re inmate testimony.<br>   S. Desai | 2.00 | 339.00 |
| 08/31/08 Work on citations to findings of fact; consider closing argument (2.3); conference with Peggy Winter re reply re trial brief, 5th Cir. case, and issues re Goldenson testimony (.3).<br>   D. Hill | 2.60 | 440.70 |

```
                                              December 5, 2008      PAGE 178
FILE NUMBER: 99999.0624
INVOICE NO.: ******
```

---

08/31/08 Prepare Popoca direct.                            2.20   372.90
         S. Desai

09/01/08 Conference with Donna Toland re docket;          9.20 1,559.40
         conference with Peggy Winter re complaint and
         class certification (.2); work on closing
         argument; work on proposed findings; conference
         with Peggy Winter re reply re trial brief;
         review and revise same; numerous conferences
         with Hanh Nguyen re length of stay; review
         Desai memo re inmate testimony and supplement
         findings of fact (9.0).
         D. Hill

09/02/08 Prepare for Aiken cross; review and revise       12.50 2,118.75
         reply re brief; travel to Towers in attempt to
         see Kevin Brownell; travel to court to obtain
         exhibits; conference with Karen McClain re
         revised findings of fact (4.0); trial prep with
         Jim Aiken (5.0); travel to Towers and conference
         with Kevin Brownell; travel to Mesa and
         conference with Hanze, former cell mate of
         Dong; conference with Peggy Winter re same (3.0);
         prepare for day 11 of trial (.5).
         D. Hill

09/02/08 Visit inmates Isaac Popoca and Dale Ellis         5.10   864.45
         (3.3); review voicemail message from inmate
         Charles Nealy and draft letter to same (.1);
         review 10th Cir. case re remedies and class
         certification and our reply in support of our
         trial brief re remedies (.9); review documents
         re medical files for certain inmates (.3);
         draft email to Martina Ambrosio re inmate
         witnesses (.2); revise Ellis direct (.3).
         S. Desai

09/03/08 Telephone conference with Debbie Hill re           .50    84.75
         Aikens and closing.
         L. Hammond

09/03/08 Prepare for hearing; attend day 12 of hearing;   11.50 1,949.25
         conference with Jim Aiken over noon hour and
         prep of inmate witnesses (10.5); conference
         with Larry Hammond re hearing status (.3);
         conference with Peggy Winter re status and
         possible jail tour (.2); review exhibit lists
         and determine additional exhibits to be
         offered; email to defense counsel re same;
         prepare court and exhibit copy of new exhibits
         (.5).
         D. Hill

09/03/08 Attend trial.                                    10.00 1,695.00
         S. Desai

09/04/08 Prepare additional exhibits before trial;        14.30 2,423.85

FILE NUMBER: 99999.0624
INVOICE NO.: ******

```
          attend trial (5.3); work on closing argument;
          conference with Peggy Winter re Goldenson cross
          and other issues; review cases and additional
          revision of closing argument (9.0).
             D. Hill

09/04/08 Attend trial.                                    4.90   830.55
             S. Desai

09/05/08 Prepare final arguments (2.0); attend final day 11.00 1,864.50
          of trial; remove exhibits from courtroom (9.0).
             D. Hill

09/05/08 Attend trial.                                   10.00 1,695.00
             S. Desai

09/06/08 Telephone conference with Debbie Hill re          .80   135.60
          closing and findings.
             L. Hammond

09/06/08 File organization and exhibit organization       3.00   508.50
          after trial.
             D. Hill

09/07/08 File organization and exhibit organization       3.00   508.50
          after trial; conference with Tricia Sherrill re
          various post-hearing matters; conference with
          Peggy Winter and Hanh Nguyen re post-trial
          findings of fact and conclusions of law.
             D. Hill

09/08/08 Work on findings of fact and conclusions of      5.30   898.35
          law; conference with Peggy Winter re
          transcripts; conference with Laurie Adams re
          closing transcripts; file transcript request
          form; file organization; conference with
          several inmates re status of case.
             D. Hill

09/08/08 Organize files and exhibits (.6); email Hanh     1.40   237.30
          Nguyen re medical testimony of inmates (.7);
          review reply in support of motion for
          attorneys' fees by Dr. Wilcox (.1).
             S. Desai

09/09/08 Draft findings of fact and conclusions of law    2.40   406.80
          (2.0); conference with Peggy Winter (.2); review
          transcript of closings; obtain reduced version
          of Ex. 279 (.2).
             D. Hill

09/09/08 Review findings of fact and conclusions of law.   .30    50.85
             S. Desai

09/10/08 Work on findings of fact and conclusions of      3.00   508.50
          law; numerous conferences with Peggy Winter and
          Hanh Nguyen.
```

FILE NUMBER: 99999.0624
INVOICE NO.: ******

D. Hill

09/10/08 Review trial transcript from closing arguments     5.30    898.35
         (1.2); review and make suggestions on findings
         of fact and conclusions of law and conference
         with Debbie Hill re same (2.9); research issue
         of CJA rate and attorney fees, and compile
         relevant documents (.9); review Arpaio's
         closing brief (.3).
           S. Desai

09/10/08 Begin case closeout, and conferences with          2.20    341.00
         Marcie Wright re same (1.3); review correspondence
         from inmates (.5); prepare letters to Jeanie K.
         Fisher and Robert Powitz enclosing original
         documents, and memos to and from Lindsay Jensen
         re same (.4).
           T. Sherrill

09/11/08 Review various briefs; conference with Hanh         1.40    237.30
         Nguyen re Jeanie Smith; conference with Susan
         Rogers re Jeanie Smith; conference with Arizona
         Republic re status of case; conference with
         Sharad Desai re attorneys' fees research;
         conference with Larry Hammond re possible
         attorneys fee award (1.0); file organization
         (.4).
           D. Hill

09/11/08 Review letter from inmate Jesse Merriman (.1);       .80    135.60
         assist Hanh Nguyen re exhibit list (.1); review
         letters from Joshua DeRoche and Jeanie Smith
         (.1); draft form response letters for future
         inmate letters (.4); briefly review Wilenchik
         post-trial brief (.1).
           S. Desai

09/11/08 Memos from and to Lindsay Jensen re                  .20     31.00
         correspondence to Robert Powitz and Jeanie K.
         Smith (.1); review updated flip chart exhibit re
         food journal testimony (.1).
           T. Sherrill

09/12/08 Research applicability of PLRA rate cap to          2.30    389.85
         paralegal fees, and research reasonable
         paralegal fees in D. Ariz. (1.7); review letter
         from inmate re participation in case and recent
         court holding by Judge Murgia submitted by
         Michele Iafrate (.2); telephone conference with
         Mary K. Reinhart re post-trial motions (.1);
         draft email to Debbie Hill re recent case
         submitted by Michele Iafrate (.3).
           S. Desai

09/12/08 Phone message from Debbie Hill re case              .20      31.00
         projects (.1); conference with Marcie Wright re
         Same (.1).

FILE NUMBER: 99999.0624
INVOICE NO.: ******

---

       T. Sherrill

| Date | Description | Hours | Amount |
|---|---|---|---|
| 09/15/08 | Review closing argument transcript.<br>   L. Hammond | .30 | 50.85 |
| 09/15/08 | Review Iafrate memo re other conditions case (individual not in relevant time period); conference with Peggy Winter re various matters; conference with Dong's attorney; conference with Tricia Sherrill re file organization matters, including invoice for copying charges; conference with Tricia Sherrill re request for copying reimbursement; conference with Tricia Sherrill re agreement re DeLand invoice; conference with Tricia Sherrill re Aiken invoice; review correspondence from Adam Polson; conference with Margaret Winter re same (1.2)<br>   D. Hill | 1.20 | 203.40 |
| 09/15/08 | Conferences with Debbie Hill re projects to be completed (.5); search for and review email exchanges between Hill and Iafrate re Deland and Aiken depositions, and forward same to Hill (.8); search Mailsite re invoice from Powitz to Iafrate and memos to/from Karen McClain, Donna Bosco, Hill and Robert Powitz re same (1.2); review of grievances files in warroom and memo to Hill re cost for copies of same (1.0); pull copies of filed witness and exhibit lists of plaintiffs and defendants, organize same, and memo to Hill re same (.9).<br>   T. Sherrill | 4.40 | 682.00 |
| 09/16/08 | Conference with Tricia Sherrill re invoices; calculate same and correspondence to Michele Iafrate; conference with Jim Aiken re his invoice (1.0); review invoice from Michele Iafrate; review emails re documents copied; correspondence to Michele Iafrate re same (.5); conference with Jones Osborn re status (.2).<br>   D. Hill | 1.70 | 288.15 |
| 09/16/08 | Memos from and to Bob Powitz re invoice to Iafrate, and forward same to Debbie Hill (.1); conference with Marcie Wright re case organization projects for Hill (.2).<br>   T. Sherrill | .30 | 46.50 |
| 09/16/08 | File documents from Court.<br>   M. Wright | 3.00 | 180.00 |
| 09/17/08 | Conference with Jim Aiken's office re invoices (.3); conference with ACLU Arizona re payment of expert fees (.2).<br>   D. Hill | .50 | 84.75 |

FILE NUMBER: 99999.0624
INVOICE NO.: ******

| | | | |
|---|---|---|---|
| 09/17/08 | Conference with Marcie Wright re Hill projects (.1); review documents received from Robert Powitz and phone message to Powitz re materials requested by him (.1).<br>T. Sherrill | .20 | 31.00 |
| 09/18/08 | Draft email memo to Debbie Hill re paralegal rates in PLRA cases and continue researching same.<br>S. Desai | 1.50 | 254.25 |
| 09/18/08 | Memo from Sharad Desai re ps application for attorneys fees, search file materials re same, and memos to and from Desai re same.<br>T. Sherrill | .30 | 46.50 |
| 09/19/08 | Review documents provided from PS case re paralegal rates.<br>S. Desai | .10 | 16.95 |
| 09/19/08 | Search for and assemble documents re fees and costs for Sharad Desai and deliver same to him.<br>T. Sherrill | 3.00 | 465.00 |
| 09/22/08 | Memos from and to Debbie Hill and Peggy Winter re Powitz invoice to Hill (.1); memo to Dr. Powitz re materials requested by him (.1); complete case closeout of files and conferences with Marcie Wright re same (1.6).<br>T. Sherrill | 1.80 | 279.00 |
| 09/23/08 | Review pending motions and office conference with Debbie Hill re status.<br>L. Hammond | .20 | 33.90 |
| 09/23/08 | Memo from Debbie Hill re Michelle McCollum, search DOC and resident locator websites, and memo to Marcie Wright re same.<br>T. Sherrill | .30 | 46.50 |
| 09/24/08 | Numerous conferences with Bob Powitz re attorney fees; conference with Peggy Winter re same.<br>D. Hill | .30 | 50.85 |
| 09/24/08 | Organize and index documents received from Debbie Hill re amended judgment (.8); review file materials re Michelle McCollum, and memos to and from Hill and John Dickerson re same (.4).<br>T. Sherrill | 1.20 | 186.00 |
| 09/25/08 | Conference with Michele Iafrate's office re emails to Michele Iafrate re DeLand invoice; conference with Polly at Michele Iafrate's office re same; review revised DeLand invoice; conference with Michele Iafrate re same. | .70 | 118.65 |

December 5, 2008     PAGE 183

FILE NUMBER: 99999.0624
INVOICE NO.: ******

---

       D. Hill

09/27/08  Office conference with Debbie Hill re        .30    50.85
         ruling.
            L. Hammond

09/29/08  Review invoices of experts and calculate    1.20   203.40
         various options; conference with Peggy Winter
         re same; conference with DeLand's office
         invoice; review various emails with Bob Powitz;
         conference with Michele Iafrate re payment of
         DeLand invoice (1.0); conference with Polly;
         correspondence to Polly re Powitz invoice (.2).
            D. Hill

09/30/08  Telephone conferences re Baker letter and    .50    84.75
         pleading.
            L. Hammond

09/30/08  Review filing re NCCHC accreditation;       4.60   779.70
         conference with Larry Hammond re same;
         conference with Peggy Winter re same; numerous
         conferences with Peggy Winter re same;
         conference with Will Matthews at ACLU (1.0);
         meeting with group re jail conditions (.6);
         meeting with reporter re jail conditions (.4);
         conference with Channel 3; conference with
         reporter re NCCHC accreditation termination
         (1.0); conference with Channel 15; conference
         with reporter re NCCHC accreditation (.6);
         conference with Mary K. Reinhart; conference
         with John Dickerson re NCCHC accreditation
         (.4); conference with Linda Skon re timing of
         order (.1); conference with Linda Skon re same
         (.1); conference with Peggy Winter re letter
         from Jeanie Smith (.1); conference with Peggy
         Winter re various matters (.2); conference with
         attorneys re inmates with medical issues (.1).
            D. Hill

09/30/08  Review affidavit of Betty Adams and attachments   .40    67.80
         re NCCHC termination and email team re same.
            S. Desai

10/01/08  Memos re NCCHC letter.                       .20    33.90
            L. Hammond

10/01/08  Conference with Ben Lemoine re medical care at   .30    50.85
         the jail; conference with Annette Gonzales re
         same (.3).
            D. Hill

10/01/08  Review letter from inmate Donald Cook re     .10    16.95
         outcome of case (.1).
            S. Desai

10/02/08  Conference with Peggy Winter re court order   .40    67.80

FILE NUMBER: 99999.0624
INVOICE NO.: ******

---

     (.1); conference with Peggy Winter re same
     (.1); conference with Ben Lemoine re inmates
     with medical issues (.2).
       D. Hill

10/02/08 Conference with Hanh Nguyen re inmate     .10   16.95
     witness testimony outlines.
       S. Desai

10/03/08 Conference with Pam Nichols re client with     .40   67.80
     medical issues (.2); conference with Dave
     Gordon re class member (.2).
       D. Hill

10/06/08 Conference with Anne Ronan re NCCHC     1.00  169.50
     accreditation issue (.2); conference with Anne
     Ronan re same (.2); conference with Tricia
     Sherrill re Stewart trial transcript (.2);
     correspondence from class members re status of
     case (.3); conference with Peggy Winter re
     status (.1).
       D. Hill

10/06/08 Conferences with Debbie Hill and Marcie Wright re     .20   31.00
     redactions to expert depositions (.1); memo to
     Laurie Adams re cost to transcript testimony of
     Pablo Stewart (.1).
       T. Sherrill

10/06/08 Redact detainees' names from deposition     3.00  180.00
     transcripts re Kathryn Burns, M.D. and Pablo
     Stewart, M.D.
       M. Wright

10/07/08 Conference with Mary K. Reinhart re status of     .40   67.80
     case (.2); conference with Larry Hammond re     [.2 HOURS
     status of case (.1); conference with Peggy     NOT SEEKING
     Winter re same (.1).     REIMBURSEMENT]
       D. Hill

10/07/08 Review case materials, prepare copy of Donald     1.20  186.00
     Cook statement, letter to Cook forwarding same,
     and memo to Lindsay Jensen re same (.3); go
     through deposition transcripts in Mailsite and
     provide breakdown to Debbie Hill re number of
     depositions taken in case by persons who took
     them (.9).
       T. Sherrill

10/08/08 Conference with Peggy Winter re attorneys' fee     .50   84.75
     application (.1); conference with Mary K.
     Reinhart re ruling (.1); conference with inmate
     witness (.3).
       D. Hill

10/09/08 Numerous conferences with Peggy Winter re     .30   50.85
     attorneys' fees and statement of costs.

FILE NUMBER: 99999.0624
INVOICE NO.: ******

---

       D. Hill

10/09/08 Review letter from inmate Becky Hunter and     .20   33.90
       draft response.
         S. Desai

10/10/08 Review letter from I/M Jermaine Bostic.     .10   16.95
         S. Desai

10/13/08 Conference with class inmate re status of case   .10   16.95
       (.1).
         D. Hill

10/14/08 Conference with Peggy Winter re status (.1);   .50   84.75
       conference with Peggy Winter re attorneys fees
       issue; conference with Hanh Nguyn re same (.2);
       review defendants' filing re accreditation
       issue (.2).
         D. Hill

10/14/08 Review letter from Betty Adams to NCCHC.     .10   16.95
         S. Desai

10/15/08 Review Baker filing.                    .30   50.85
         L. Hammond

10/15/08 Review emails re our response to Betty Adams'  .10   16.95
       declarations and letters.
         S. Desai

10/16/08 Conference with class member (.2); numerous   1.20  203.40
       conference with Peggy Winter re possible
       response to NCCHC issues; conference with Peggy
       Winter re NCCHC actions; conference with Peggy
       Winter re Greene transcript; conference with
       Tricia Sherill re same; conference with Tricia
       Sherill re same; review filing from Wilenchik
       re NCCHC status; conference with Peggy Winter
       re same and request for documents from
       Wilenchik (1).
         D. Hill

10/16/08 Review emails from team re NCCHC accreditation  .50   84.75
       and re Margaret Greene trial transcripts (.3);
       review 10/16 Betty Adams affidavit (.2).
         S. Desai

10/16/08 Memos from and to Debbie Hill, Laurie Adams,  .50   77.50
       Genie Paul and Kathy Busk re request for
       transcript of Margaret Green (.1); prepare
       transcript order form re same (.2); memos from and
       to Hill and Hanh Nguyen re dates of testimony (.2).
         T. Sherill

10/17/08 Conference with Peggy Winter re NCCHC      3.30  559.35
       accreditation issues (.2); conference with
       Peggy Winter re same (.2); conference with

```
                                    December 5, 2008      PAGE 186
FILE NUMBER: 99999.0624
INVOICE NO.: ******
```

Peggy Winter re attorneys fees claims and
taxable costs (.2); conference with Laurie
Adams re Green trial testimony (.1); review
Hanh's memo re attorneys fees (.1); legal
research re taxable costs and timing of filing
bill of costs and attorneys fee application;
draft memo re same; conference with team re
same (2); review draft attorneys fee motion
from Peggy Winter (.3); conference with Barb
Clark re fee invoices and detailed cost
analysis (.2).
   D. Hill

10/17/08 Review emails from team and respond; review    .30    50.85
Hanh Nyugen's memo concerning the timing for
filing an application for attorneys' fees.
   S. Desai

10/17/08 Trip to USDC to deliver check to Laurie Adams    .80   124.00
for Margaret Green (.6); memos from and to Adams re
same (.1); distribute transcript to Peggy Winter and
Hanh Nguyen (.1).
   T. Sherrill

10/20/08 Conference with Peggy Winter re Bill of Costs    .90   152.55
and initial motion for attorneys' fees and
costs (.2); conference with team re order in
case (.1); conference with Peggy Winter re
NCCHC accreditation issues (.2); conference
with Tricia Sherrill re calculating copying
charges for admitted exhibits for Bill of Costs
(.1); numerous other conferences with Peggy
Winter re attorneys' fees motion and strategy
re same (.3).
   D. Hill

10/20/08 Review emails re taxable costs (.1); review    .90   152.55
Debbie Hill's memo re same (.2); review Peggy
Winter's draft of fee brief (.6).
   S. Desai

10/20/08 Phone conference with Debbie Hill re    .30    46.50
calculation of pages of admitted exhibits for
Bill of Costs (.1); memo to Marcie Wright re same
(.1); review list of plaintiffs' exhibits,
distribute same to Wright and conferences with
Wright re same (.1).
   T. Sherrill

10/20/08 Calculate number of pages of admitted exhibits   2.50   150.00
for Bill of Costs pursuant to request by DAH.
   M. Wright

10/21/08 Office conference with Debbie Hill re steps    .30    50.85
after ruling.
   L. Hammond

FILE NUMBER: 99999.0624
INVOICE NO.: ******

---

10/21/08 Review bill of costs; review billing statement        2.00    339.00
         for taxable costs; conference with accounting
         for backup of same; calculate taxable costs;
         conference with Hanh Nguyen re NPP taxable
         costs; conference with Barb Clarke re backup
         for attorneys' fees motion (1); conference with
         Hanh Nguyen re copying charges for medical
         records exhibits; prepare backup for same;
         conference with Marcie Wright re additional
         documentation for taxable copying costs;
         conference with Hanh Nguyen re draft of
         attorneys' fees motion (.5); conference with
         Peggy Winter re NCCHC accreditation (.1);
         review Agster case re award of fees and costs
         in § 1983 case and conference with Karen McClain
         re obtaining motions for attorneys' fees, etc.
         from Agster case (.4).
           D. Hill

10/21/08 Memos to and from Laurie Adams and Kathy Busk          .30     46.50
         re additional charge for testimony of Margaret
         Green and invoice for same (.1); phone conference
         with Busk re same (.1); memos to and from Debbie
         Hill re same (.1).
           T. Sherrill

10/21/08 Calculate number of pages of admitted exhibits         .30     18.00
         for Bill of Costs pursuant to request by Debbie
         Hill.
           M. Wright

10/22/08 Review billing invoices (2); conference with          4.80    813.60
         accounting department re same; draft motion re
         attorneys' fees (.5); extended conference with
         Peggy Winter re brief re attorneys' fees;
         numerous conferences with Hanh Nguyen re
         taxable costs (.5); review amended judgment and
         findings of fact (.5); conference with Peggy
         Winter re same; conference with Hanh Nguyen re
         same; conference with Larry Hammond and Sharad
         Desai re same (.3); numerous conferences with
         reporters re decision (1).
           D. Hill

10/22/08 Review Second Amended Judgment and FOF/COL and        1.60    271.20
         Order; review orders re Todd Wilcox's
         attorneys' fee request re trial subpoena.
           S. Desai

10/22/08 Memo to Marge Hunter forwarding Order pursuant         .10     15.50
         to Debbie Hill request (.1).
           T. Sherrill

10/23/08 Office conference with Debbie Hill re remedial         .50     84.75
         stage issues.
           L. Hammond

```
                                         December 5, 2008      PAGE 188
FILE NUMBER: 99999.0624
INVOICE NO.: ******
```

---

10/23/08 Extended conference with Peggy Winter re how to          5.70   966.15
         proceed with meetings with defense counsel,         [2.7 HOURS
         etc. (.6); conference with Larry Hammond re         NOT SEEKING
         status of case (.2); conference with Sharad         REIMBURSEMENT]
         Desai re correspondence to clients re judgment
         (.2); conference with Athia Hardt re order
         (.2); conference with Allie Rasmos re order
         (.3); forward order to Rasmos (.2); numerous
         conferences with Athia Hardt re press
         conference (1); attend press conference (.7);
         conference with NY Times reporter (.3);
         conference with Art Flores re result (.1);
         conference with Michele Iafrate re proposed
         meeting re Sheriff's plan to comply with order
         (.1); numerous conferences with Courtney Cloman
         re same and issue of NCCHC and New Times (.3);
         conference with Ted Jarvi re judgment (.2);
         numerous conferences with Peggy Winter and Hanh
         Nguyen re attorneys' fee application, how to
         proceed re meetings with defense counsel, and
         other strategy decisions (.5); conference with
         additional reporters; review Fox coverage of
         case (.3); conference with Dennis Wilenchik re
         County's decision to appeal (.2); numerous
         conferences with Hanh Nguyen re possible
         grounds for stay (.3).
           D. Hill

10/23/08 Conference with Debbie Hill re things to do             3.50   593.25
         (fee app, letter to clients, etc.) (.2); review
         order and FOF/COL (1.3); draft letter to inmate
         witnesses re order (1.1); telephone conference
         with inmate Jimmy Hodge re order (.2); review
         email from Debbie Hill to Courtney Cloman re
         "anonymous" sensitive info sent to New Times
         and NCCHC and emails from team re same, and
         review files to determine what Cloman is
         talking about (.6); conference with Art
         Flores (.1).
           S. Desai

10/23/08 Assemble, organize and read news articles re             .60    93.00
         ruling in case (.4); review docket deadline
         entries (.2).
           T. Sherrill

10/24/08 Memo re appeal, stay, etc.                               .20    33.90
           L.Hammond

10/24/08 Conference with Hanh Nguyen re amount of                1.70   288.15
         attorneys' fees and costs (.2); conference with     [.1 HOUR
         Hanh Nguyen re possible motion                      NOT SEEKING
         for stay (.1); extended conference with Hanh        REIMBURSEMENT]
         Nguyen and Elizabeth Alexander re stay issues
         (.5); conferences re Peggy Winter re NCCHC
         accreditation issues (.2); conference with Art
         Flores (.1); conference with Tricia Sherrill re

FILE NUMBER: 99999.0624
INVOICE NO.: ******

---

invoices (.1); conference with Athia Hardt re
NY Times story; review same (.1) ; conference
with Peter Ozanne re ruling; conference with
Carmen Fischer; conference with OLA (.4).
   D. Hill

10/24/08 Leave voicemail message for Art Flores and    1.40   237.30
        telephone conference with same (.3); draft
        letter to inmates (.9); telephone conference
        with inmate Ryan Buckman re case (.2).
          S. Desai

10/25/08 Review opinion of court and dictate memo re same.   .50   84.75
          L. Hammond

10/25/08 Consider next steps.                           .20   33.90
          L. Hammond

10/27/08 Conference with Hanh Nguyen re emails to County   3.40   576.30
        and Wilenchik's response (.2); review emails
        from County re status of case (.1); extended
        conference with Michele Iafrate re possible
        meeting on Thursday and status of case (.5);
        conference with Larry Hammond re same (.2);
        additional conference with Hanh Nguyen re
        meeting with defendants and how to proceed in
        case (.3); calculate attorneys' fees and
        non-taxable expenses for motion for attorneys'
        fees; review and revise draft in light of order
        and calculations (1); conference with Hanh
        Nguyen re same (.1); calculate additional Larry
        Hammond fees; conference with Hanh Nguyen re
        same (.3); review and revise correspondence to
        inmate witnesses (.2); file organization (.5).
          D. Hill

10/27/08 Telephone conference with inmate Ryan Buckman   1.10   186.45
        re Order and Second Amended Judgment (.1);
        review emails from team and opposing counsel re
        post-judgment meetings and reports re
        compliance with Second Amended Judgment (.4);
        draft email to team re letter to inmates (.5);
        review our motion re fees (.1).
          S. Desai

10/28/08 Draft memo re Court Order.                    .30   50.85
          L. Hammond

10/28/08 Additional work on invoice re Larry Hammond   2.20   372.90
        fees; conference with Karen McClain re same;
        conference with Tricia Sherrill re same;
        conference with Hanh Nguyen re motion re
        attorneys' fees; revise and finalize same
        (1.3); numerous conferences with Hanh Nguyen re
        how to proceed and status of case (.3);
        conference with Anne Ronan re mental health
        issues in case (.2); conference with Tricia

December 5, 2008      PAGE 190

FILE NUMBER: 99999.0624
INVOICE NO.: ******

---

Sherrill re invoices to attach to bill of costs
(.2); conference with Jim Aiken (.2).
  D. Hill

| | | |
|---|---|---|
| 10/28/08 | Review emails from team re fee application (.1); review letter to inmates and draft email to team re same (.2); telephone conference with inmate Annette Clark re conditions in intake on 10/26/08 (.3); conference with Karen McClain re calls and letters from inmates re case (.1); draft form letter to inmates re inquiry on order (.4); call MCSO re status of Isaac Popoca (.1).<br>  S. Desai | 1.20 | 203.40 |
| 10/28/08 | Memos from and to Sharad Desai re updates to inmate addresses for letter and attachments to same (.1); search DOC database and calls to MCSO inmate locator number re same (4.9); conference with Debbie Hill re review and organization of invoices for Bill of Costs (.1); search PACER re transcripts of proceedings requested by Hill, and memos from and to Hill and Laurie Adams re same (.4); prepare index of transcripts to be printed from PACER in future, and calendar same (.4); calls to ADOC re current locations of inmate (.3); search Mesa Police Department, Scottsdale Police Department and Yavapai County Sheriff's Office re current locations of class members (.3).<br>  T. Sherrill | 6.50 | 1,007.50 |
| 10/29/08 | Review fee application documents.<br>  L. Hammond | .20 | 33.90 |
| 10/29/08 | Conference with Michele Iafrate re meeting (.3); conference with Hanh Nguyen re same (.1); extended conference with Hanh Nguyen, Gary Strickland, Tom Lordan and Adam Polson re compliance with order (.8); numerous conferences with Hanh Nguyen re attorneys' fees motions and Bill of Costs (.4); conference with Tricia Sherrill re invoices for Bill of Costs (.2); conference with Sharad Desai re drafting letter to class members (.1); numerous conferences with class members re questions about impact of order (.3).<br>  D. Hill | 2.20 | 372.90 |
| 10/29/08 | Call MCSO to determine location of Inmate Isaac Popoca for visit and review emails re meeting with opposing party pursuant to 10/22 Order (.1); review email from Tricia Sherrill re inmate address list (.1).<br>  S. Desai | .20 | 33.90 |

FILE NUMBER: 99999.0624
INVOICE NO.: ******

---

10/29/08 Phone conference with DOC re location of inmate   5.50   852.50
         (.1); chronologize invoices to be submitted
         with bill of costs, compare against printout of
         hard/soft costs, and conferences with Barb
         Clarke re same (4.7); phone conference with DOC
         re location of inmate (.1); phone conference
         with Yavapai County Sheriff's Office re
         location of inmate (.1); phone conference with
         Scottsdale Police Department re location of
         inmate (.1); phone call with MCSO to learn
         location of remainder of testifying inmates on
         list provided by Sharad Desai, and memo to Desai
         re same (.4).
            T. Sherrill

10/30/08 Conference with Hanh Nguyen re conference with    4.50   762.75
         Michele Iafrate today (.1); calculate costs for  [.1 HOUR
         bill of costs and review invoices for            NOT SEEKING
         transcripts; conference with Tricia Sherrill     REIMBURSEMENT]
         re same (.3); conference with Channel 3 reporter
         (.1); review correspondence to class members
         (.1); draft bill of costs and memorandum in
         support of bill of costs (1.3); numerous
         conferences with Karen McClain re attachments
         to memo (.2); numerous conferences with Hanh
         Nguyen re same and status (.2); travel to and
         attend meeting with Michele Iafrate (1.7);
         review correspondence from class members;
         conference with Michele Iafrate re problems in
         receiving class member mail (.3); review and
         finalize bill of costs and memo re same (.2).
            D. Hill

10/30/08 Conference with class representative Isaac        2.90   491.55
         Popoca at 4th Ave. Jail (1.0); review inmate
         witness contact list and email Tricia Sherrill
         re same and review voicemail message from
         Stanley Fishman (.1); conference with Michele
         Iafrate and Debbie Hill re enforcement of
         second amended judgment (1.8).
            S. Desai

10/30/08 Phone conferences with Debbie Hill re invoices     .60    93.00
         for bill of costs (.1); memos from and to
         Sharad Desai re attempts to reach MCSO
         personnel re addresses for inmates (.1); phone
         conference with MCSO personnel re current
         locations of inmates, update list re same and
         memos to and from Desai re same (.4).
            T. Sherrill

10/31/08 Memos re all pending post-hearing issues.          .50    84.75
            L. Hammond

10/31/08 Conference with Hanh Nguyen re bill of costs;      .80   135.60
         finalize same (.2); review correspondence from
         class members (.2); conference with Sharad

FILE NUMBER: 99999.0624
INVOICE NO.: ******

```
             Desai re meeting with Michele Iafrate (.1);
             file organization (.3).
               D. Hill

10/31/08  Review bill of costs and memorandum in support      .30    50.85
             (.2); review email re Barcelo, Clifton, and
             Belcourt testimony (.1).
               S. Desai

10/31/08  Review witness files re forwarding addresses       1.50   232.50
             for inmates, conference with Marcie Wright re
             same, phone conference with Ken at Papa Johns re
             witness and phone message to Joanne re same (1.2);
             memo re same to Sharad Desai and Karen McClain (.3).
               T. Sherrill

11/03/08  Telephone conference with Ryan Buckman (.1);         .90   152.55
             draft email response re Barcelo, Clifton, and
             Belcourt testimony (.3); telephone conference
             with Brad Farabough (.1); review letter from
             ACLU to County re needed fixes (.2); review
             letter from inmate J. Bacon and draft response
             (.2).
               S. Desai

11/04/08  Review inmates files re addresses for inmate        .30    50.85
             witnesses, and email Tricia Sherrill and Karen
             McClain re same; review email from class member
             Ethan T. Meyer and respond (.3).
               S. Desai

11/04/08  Memos from and to Sharad Desai re contact with      .20    31.00
             former pretrial detainee (.1); phone conference
             with April McClellan re same (.1).
               T. Sherrill

11/05/08  Telephone conference with inmate Simon Ruiz re      .20    33.90
             bad food in jail and review letter sent by him
             (.2).
               S. Desai

11/05/08  Memos from and to Karen McClain re addresses        .40    62.00
             for correspondence to inmates (.2); phone
             conferences with DOC re same (.2).
               T. Sherrill

11/06/08  Telephone conference with inmate Ryan Buckman       .30    50.85
             re enforcement of the judgment and its
             applicability to Hep C (.1); telephone
             conference with Ted Jarvi re attorneys' fee
             affidavit (.1); draft email to Debbie Hill re
             same (.1).
               S. Desai

11/07/08  Telephone conference with Ted Jarvi re NPP fees     .20    33.90
             affidavit (.1); review amendment to motion on
             fees (.1)
```

FILE NUMBER: 99999.0624
INVOICE NO.: ******

---

       S. Desai

| | | | |
|---|---|---|---|
| 11/08/08 | Review filings for the week. | .30 | 50.85 |
| | L. Hammond | | |
| 11/10/08 | Draft email to Dan Pochoda and team re enforcement of second amended judgment (.2). | .20 | 33.90 |
| | S. Desai | | |
| 11/11/08 | Review letter from inmate Kenneth D. Rulapaugh and respond (.1); telephone conference with former inmate Terry Allen (.1); telephone conference with inmate Michelle Pewe and draft letter (.2); telephone conference with Racquel Salazar, girlfriend of inmate Melesio Salgado, and email her re CHS contact information (.2). | .60 | 101.70 |
| | S. Desai | | |
| 11/12/08 | Review letters from inmates Simon Ruiz and John Stuart re conditions in the jails (.2); review letter from inmate L. Templar (.1). | .30 | 50.85 |
| | S. Desai | | |
| 11/13/08 | Review letters from Inmate James Zanzot and Ean Anair and coordinate responses. | .20 | 33.90 |
| | S. Desai | | |
| 11/14/08 | Telephone conference with inmate Gregory Adamson (.1); review letter from inmate Simon Ruiz and email from Maria Gavilan re her inmate boyfriend (.1). | .20 | 33.90 |
| | S. Desai | | |
| 11/17/08 | Conference with Larry Hammond re status of case (.1); conference with Hanh Nguyen re copies of exhibits; conference with Hanh Nguyen re status of defendants' proposals (.2); conference with Michele Iafrate re status of Sheriff's compliance proposal (.1); review transcript orders (.1); conference with Peggy Winter re motion for attorneys' fees and status of defendants' proposals (.2); conference with Bob Powitz re fees (.1); review motion to amend attorneys' fee number and order re same (.1). | .90 | 152.55 |
| | D. Hill | | |
| 11/17/08 | Review letters from inmates Jack Conroy and Vongle Washington (.1). | .10 | 16.95 |
| | S. Desai | | |
| 11/17/08 | Memos from and to Debbie Hill and Hanh Nguyen re exhibits to be forwarded to Nguyen (.1); phone message to Hanh Nguyen returning her call (.1). | .20 | 31.00 |
| | T. Sherrill | | |
| 11/18/08 | Conference with Peggy Winter re conference call | 1.00 | 169.50 |

FILE NUMBER: 99999.0624
INVOICE NO.: ******

```
              (.2); conference with Michele Iafrate (.1);
              conference with Michele Iafrate re MCSO
              compliance with Second Amended Judgment;
              conference with Michele Iafrate re same (.3);
              conference with Tricia Sherrill re exhibits for
              co-counsel (.2); conference with Arizona
              Republic re status of case (.2).
                D. Hill

11/18/08  Review emails re CHS decision to appeal and        .20    33.90
          file remedial plan (.1); review emails re
          conferring with Michele Iafrate re remedial
          plan for Sheriff (.1).
            S. Desai

11/19/08  Memos re reconsideration issues and implementation 1.00   169.50
          questions; telephone conference with Debbie Hill
          re deadlines.
            L. Hammond

11/19/08  Lengthy conference with Larry Hammond re          1.40    237.30
          strategy in case re failure of Sheriff to
          provide details re compliance (.4); conference
          with Michele Iafrate re same; conference with
          Michele Iafrate re same (.2); numerous emails
          with Peggy Winter re CHS's position that
          proposed plan be kept confidential (.4);
          conference with Peggy Winter re same (.4).
            D. Hill

11/19/08  Review emails re County and Sheriff's appeals      .50    84.75
          (.1); review CHS's proposed remedial plan and
          emails re same (.4).
            S. Desai

11/20/08  Review Ted Jarvi info and affidavit; memos         .40    67.80
          re Board of Supervisors.
            L. Hammond

11/20/08  Review email exchange with Tom Lordan re          1.30    220.35
          confidentiality (.1); conference with Anne
          Ronan re status of case and CHS proposals (.1);
          conference with Anne Ronan re same (.1);
          conference with Peggy Winter re conference call
          on Monday (.1); conference with Peggy Winter re
          fee application (.1); review Jarvi declaration;
          conference with Peggy Winter re same (.1);
          additional work on invoices for fee application
          (.2); review motion for protective order;
          conference with Peggy Winter re same; review
          and revise our response to motion; conference
          with Peggy Winter re same (.5).
            D. Hill

11/20/08  Review CHS's motion for protective order and       .30    50.85
          Plaintiff's response (.2); review CHS's
          objection to bill of costs (.1).
```

```
                                    December 5, 2008      PAGE 195
FILE NUMBER: 99999.0624
INVOICE NO.: ******
```

S. Desai

11/20/08 Search Mailsite re Arnold v. Sarn, and memos          .30    46.50
         from and to attorneys re same (.2); search
         Internet and memos to and from Peggy Winter re
         same (.1).
         T. Sherrill

11/21/08 Conference with Peggy Winter re conference call       3.60   610.20
         (.2); conference with Peggy Winter and Hanh           [.1 HOUR
         Nguyen re various issues, including publication       NOT SEEKING
         of case and CHS proposals (.3); review                REIMBURSEMENT]
         supplemental response to motion for protective
         order (.1); conference with Dr. Wilcox's
         attorney re CHS proposal and status of fee
         award (.2); conference with Anne Ronan re CHS
         proposals (.2); conference with Mary K.
         Reinhart re status of case (.1); review various
         appeal documents filed by plaintiffs (.2);
         review CHS's objections to bill of costs (.3);
         legal research re same, including local rule
         (.5); review Sheriff's objections to bill of
         costs (.3); review clerk order awarding costs;
         lengthy conference with Sharad Desai re time
         limits applicable to defendants' response to
         bill of costs (.5); review Iafrate letter re
         steps taken by Sheriff; conference with Peggy
         Winter re same (.3); conference with Peggy
         Winter re same (.1); correspondence to Michele
         Iafrate re her letter of today (.3).
         D. Hill

11/21/08 Review plaintiff's supplemental response to           .40    67.80
         motion for protective order, order denying
         motion, and Arpaio's appeals documents (.1);
         review Clerk's order granting costs and review
         federal rules concerning timing for filing
         opposition to costs (.3).
         S. Desai

11/22/08 Review and consider notice of appeal.                 .30    50.85
         L. Hammond

11/24/08 Conference with Anne Ronan and Peggy Winter re       1.50   254.25
         CHS proposals (.8); review Iafrate motion for
         reconsideration (.2); review Wilenchik motion
         re same (.2); conference with Sharad Desai re
         Sheriff's proposals (.1); conference with
         Michele Iafrate re meeting re same on 11/26;
         conference with Michele Iafrate re same (.2).
         D. Hill

11/24/08 Review Arpaio's motion for extension of time re       .50    84.75
         filing of opposition to costs (.1); review
         Arpaio's "implementation" plan and draft memo
         re same (.4).
         S. Desai

December 5, 2008        PAGE 196

FILE NUMBER: 99999.0624
INVOICE NO.: ******

---

11/25/08 Conference with Michele Iafrate re meeting on        2.50    423.75
         Wednesday (.2); conference with Peggy Winter re
         conference with Gary Strickland and possible
         monitor for CHS (.3); draft response to
         County's motion for reconsideration and
         response to Bill of Costs; legal research re
         transcript provision in 28 USC 1920 (2).
            D. Hill

11/26/08 Conference with Michele Iafrate re meeting;           .30     50.85
         conference with Michele Iafrate re same;
         conference with Peggy Winter re same.
            D. Hill

12/01/08 Conference with Peggy Winter re negotiations         3.70    627.15
         with CHS (.2); review emails re same;
         conference with Peggy Winter re possible joint
         status report with CHS (.2); conference with
         Peggy Winter re motion for attorneys' fees;
         conference with Peggy Winter re same and
         addition of settlement offer prior to trial
         (.2); travel to and meet with Michele Iafrate
         and Chief Olson (2.3); conference with Peggy
         Winter re negotiations with CHS and status
         report (.4); draft our section of status report
         (.3); review various emails between ACLU and
         CHS re status of compliance (.1).
            D. Hill

12/01/08 Review's Peggy Winter's draft of memo in             1.00    169.50
         support of attorneys' fee application (.5);
         review Arpaio's opposition to our request for
         costs (.2); telephone conference with inmate
         Christopher Williams and email team re same
         (.2); review Arpaio's statement of issues to be
         presented on appeal (.1).
            S. Desai

12/02/08 Consider CA9 issues.                                  .20     33.90
            L. Hammond

12/02/08 Numerous conferences with Peggy Winter re           1.70    288.15
         negotiations with CHS (.2); conference with
         father of class member re lack of medical care
         (.2); conference with Sharad Desai re
         recreation at 4th Avenue (.1); conference with
         Michele Iafrate re confidential documents and
         recreation issues (.2); correspondence to
         Michele Iafrate re 4th Avenue issues (.1);
         review drafts of joint status report;
         conference with Peggy Winter re same (.2);
         review materials filed by Michele Iafrate (.2);
         draft plaintiff's status report re Sheriff
         issues; review and revise same (.5).
            D. Hill

FILE NUMBER: 99999.0624
INVOICE NO.: ******

---

12/02/08 Review voicemail message from inmate Alex Adler          .90    152.55
         and email Debbie Hill re same (.2); email
         Michele Iafrate re same (.1); review reports
         concerning compliance (.3); telephone
         conference with inmate James Young (.1);
         telephone conference with inmate Michael Slye
         (.1); email Debbie Hill re telephone
         conferences with inmates (.1).
              S. Desai

12/03/08 Review Arpaio proposal compliance memorandum.            .30     50.85
              L. Hammond

12/03/08 Numerous conferences with Peggy Winter re               2.70    457.65
         attorneys' fee memo (.5); review and revise
         same (1.5); review Sheriff's status report;
         conference with Michele Iafrate re same; draft
         supplemental status report (.7).
              D. Hill

12/03/08 Telephone conference with Melissa Murray re              .50     84.75
         complaints concerning conditions in Fourth
         Avenue jail and review email re attack on
         inmate Eric Weinstein (.1); review our
         supplemental report (.1); telephone conference
         with inmate Christopher Williams (.1);
         telephone conference with inmate Jeremy Kent
         (.1); review emails re attorney fees and
         paralegal fees for fee application (.1).
              S. Desai

12/04/08 Draft revisions to attorneys' fees motions             3.90    661.05
         (3.5); conference with Gary Strickland; review
         resume of possible evaluator (.2); conference
         with Mike Manning re affidavit re paralegal fees;
         conference with Gallagher & Kennedy re same
         (.2).
              D. Hill

12/04/08 Review fee applications and related documents            .40     67.80
         from protective segregation case regarding
         paralegal rates under the PLRA (.4).
              S. Desai

12/04/08 Review docket sheet in John Does v. Stewart re          4.10    635.50
         orders re attorneys fees, and memos to and from
         file room personnel, Debbie Hill and Sharad
         Desai re same (.6); memos from and to Hill,
         Bethany Bonomolo, Michele Kemp and Inger
         Spaulding re paralegal fees, search LAT, APA,
         State Bar websites and Internet re same, phone
         conference with State Bar personnel, and memos
         to Hill re same (3.5).
              T. Sherrill

12/05/08 Telephone conference with Debbie Hill re                 .30     50.85
         monitor issue.

```
                                     December 5, 2008      PAGE 198
FILE NUMBER: 99999.0624
INVOICE NO.: ******
```

L. Hammond

```
12/05/08 Conference with Peggy Winter re strategy re      4.60   779.70
         resolving monitor issues and strategy at
         hearing (.5); prepare for hearing (.3); travel
         to hearing and attend hearing before Judge
         Wake; conference with Dr. Wilcox re status
         hearing and various CHS issues (2.5);
         conference with Peggy Winter re strategy issues
         re CHS (.2); conference with Peggy Winter re
         attorney fees award (.2); revise memo re
         attorney fees (.5); draft order re Sheriff;
         email to Michele Iafrate re same (.4).
              D. Hill

12/05/08 Review Sheriff's status report in depth (.5);     3.20   542.40
         attend status conference (2.5); review and
         revise draft stipulated order re January 9
         status conference (.2).
              S. Desai
```

Total hours:                                         3937.20

| | | | |
|---|---|---|---|
| L. Hammond | 126.20 hours at | $169.50 = | 21,390.90 |
| D. Hill | 1380.70 hours at | $169.50 = | 234,028.65 |
| J. Romero | 31.60 hours at | $169.50 = | 5,356.20 |
| D. Meyers | 123.90 hours at | $169.50 = | 21,001.05 |
| S. Desai | 566.50 hours at | $169.50 = | 96,021.75 |
| J. Roth | 32.30 hours at | $125.00 = | 4,037.50 |
| A. Chapman | 4.30 hours at | $169.50 = | 728.85 |
| B. Hale | 12.60 hours at | $145.00 = | 1,827.00 |
| J. Parsi | 63.80 hours at | $110.00 = | 7,018.00 |
| B. Roysden | 23.70 hours at | $165.00 = | 3,910.50 |
| S. Scharff | 62.30 hours at | $110.00 = | 6,853.00 |
| T. Spangler | 0.90 hours at | $155.00 = | 139.50 |
| M. Kemp | 14.70 hours at | $155.00 = | 2,278.50 |
| T. Sherrill | 347.60 hours at | $135.00 = | 46,926.00 |
| T. Sherrill | 77.20 hours at | $145.00 = | 11,194.00 |
| T. Sherrill | 644.30 hours at | $155.00 = | 99,866.50 |
| L. Dickman | 2.40 hours at | $135.00 = | 324.00 |
| M. Wright | 11.00 hours at | $50.00 = | 550.00 |
| M. Wright | 399.70 hours at | $60.00 = | 23,982.00 |
| B. Sena | 11.50 hours at | $150.00 = | 1,725.00 |

Current Fees:                                        589,158.90

```
     LESS D. Hill      4.90 hours at  $169.50 =      830.55
          J. Parsi     8.00 hours at  $110.00 =      880.00
          T. Sherrill   .70 hours at  $145.00 =      101.50
                                                   --------

          TOTAL CURENT FEES                    $587,346.85
```

FILE NUMBER: 99999.0624
INVOICE NO.: ******

---

COSTS AND CHARGES:

|  |  |
|---|---:|
| CD Duplication Charge | 960.00 |
| Color print charges | 496.70 |
| Collect jail calls from clients | 871.02 |
| Delivery charges | 1,520.45 |
| DVD Duplication Charge | 770.00 |
| Federal Express Delivery charges | 1,639.08 |
| Long distance telephone charges | 682.82 |
| Computerized legal research | 13,252.52 |
| Photocopying charges | 43,349.08 |
| 01/18/06 Duck & Decanter, lunch with Larry Hammond, Diane Meyers, Debbie Hill, Jason Romero, Ted Jarvi, and others | 101.64 |
| 03/02/06 Debra A. Hill, reimbursement for mileage costs to Sam Lewis Correctional Facility, Morey Unit, Buckeye, AZ for interview with inmate Patrick Dowling | 44.50 |
| 03/06/06 Debra A. Hill, reimbursement for mileage costs to interview inmates Musselman, Martin, and Beltran re jail conditions and diabetes issues in Tucson, AZ on March 6, 2006 | 80.10 |
| 03/17/06 Patricia Sherrill, reimbursement for copy charges on February 2, 2006 | 37.50 |
| 03/21/06 Candy L. Potter, RMR, CRR, transcript of hearing March 13, 2006 | 24.90 |
| 04/15/06 Debra A. Hill, reimbursement for mileage costs to meet with inmate Goldtooth Hart on March 22, 2006 | 8.90 |
| 04/18/06 Arizona House of Representatives, for copies of Legislative History | 16.90 |
| 06/07/06 Maricopa County Correctional Health Services, for copies of medical records for Allan MacDonald | 15.00 |
| 06/15/06 Rich Robertson Consulting & Investigations, for professional services rendered from April 27, 2006 through May 22, 2006 | 725.25 |
| 08/15/06 Rich Robertson Consulting for professional services rendered from June and August 2006 | 135.00 |
| 12/12/06 Patricia Sherrill, reimbursement for charges to obtain copies of records at District Court on October 13, 2006 | 3.00 |
| 03/15/07 Rich Robertson Consulting & Investigations, for professional services rendered through March 14, 2007 | 90.00 |
| 04/15/07 Rich Robertson Consulting & Investigations, for professional services rendered through April 13, 2007. | 202.50 |
| 05/23/07 Maricopa County, fee for copies of records | 144.25 |
| 09/27/07 Candy L. Potter, RMR, CRR, for transcript of proceedings at Status Conference on September 14, 2007 | 46.20 |
| 10/25/07 Candy L. Potter, RMR, CRR, fee for copies of hearing transcripts | 21.00 |
| 10/25/07 Patricia Sherrill, reimbursement for copies from U.S. District Court | 13.50 |
| 10/26/07 Patricia Sherrill, reimbursement for charges to | 6.50 |

FILE NUMBER: 99999.0624
INVOICE NO.: ******

|  |  |  |
|---|---|---|
| | obtain copies of documents | |
| 11/15/07 | Rich Robertson Consulting & Investigations, for professional services rendered through October 31, 2007 | 45.00 |
| 02/06/08 | Candy L. Potter, RMR, CRR, for transcript of hearing on January 24, 2008 | 105.85 |
| 05/07/08 | DupLEX, for document preparation services | 176.93 |
| 05/19/08 | Paradise Bakery and Cafe, for lunch expenses on May 19, 2008 with Larry Hammond, Sharad Desai, Debbie Hill, and Peggy Winter | 47.91 |
| 05/27/08 | Patricia Sherrill, reimbursement for auto mileage and parking expenses to obtain a signed declaration from pretrial detainee Isaac Popoca on May 14, 2008 | 3.53 |
| 05/28/08 | Laurie Adams, RMR, CRR, fee for transcript of hearing on May 19, 2008 | 531.25 |
| 06/04/08 | MPAC Enterprises, LLC, for document preparation services | 689.65 |
| 06/09/08 | Laurie Adams, RMR, CRR, for balance due on transcript of proceedings on May 19 and 22, 2008 | 153.00 |
| 06/15/08 | R3 Investigations, for professional services rendered through June 15, 2008 | 216.00 |
| 06/16/08 | Cranberry Hills, for lunch expenses on June 16, 2008 with Sharad Desai, Veronika Ulicna, and Jackie Lombardo | 20.85 |
| 06/17/08 | MPAC Enterprises, LLC, for document preparation services | 1,125.57 |
| 06/19/08 | Cranberry Hills, for lunch during document review on June 19, 2008 with Sharad Desai, Veronika Ulicna, and Jackie Lombardo | 39.91 |
| 06/23/08 | MPAC Enterprises, LLC, for document preparation services | 113.26 |
| 06/24/08 | Laurie Adams, RMR, CRR, fee for transcript of conference with Judge Wake on June 19, 2008 | 72.60 |
| 06/28/08 | Duck & Decanter, for lunch expenses during deposition on June 28, 2008 with Dr. Wilcox, and defense counsel | 22.69 |
| 06/28/08 | Duck & Decanter, lunch expense for Debbie Hill during deposition on June 28, 2008 | 9.79 |
| 07/08/08 | Duck & Decanter, for lunch during deposition on July 8, 2008 with Debbie Hill and Jim Aiken | 26.37 |
| 07/10/08 | Cranberry Hills, for lunch expenses during meeting on July 10, 2008 with Debbie Hill, Peggy Winters, and Dr. Pablo Stewart | 23.72 |
| 07/15/08 | Cranberry Hills, for lunch expenses on July 15, 2008 for Peggy Winter, Esq. | 7.04 |
| 07/15/08 | R3 Investigations, for professional services rendered through July 15, 2008 | 275.50 |
| 07/17/08 | Cranberry Hills, for lunch expenses on July 17, 2008 for Peggy Winter, Esq. Robert Barcelo, taken on July 3, 2008 Gordon Olson taken on July 7, 2008 | 7.04 |
| 07/18/08 | Cranberry Hills, for lunch expenses on July 18, 2008 for Peggy Winter, Esq. | 7.04 |
| 07/25/08 | MPAC Enterprises, LLC, for document preparation | 64.17 |

FILE NUMBER: 99999.0624
INVOICE NO.: ******

| | | |
|---|---|---:|
| | services | |
| 08/08/08 | Stephen C. Clark, Esq., travel costs for attorney of Dr. Todd Wilcox while attending June 28, 2008 deposition | 1,059.12 |
| 08/08/08 | MPAC Enterprises, LLC, for document preparation services | 2,839.53 |
| 08/11/08 | Cranberry Hills, lunch expenses on August 11, 2008 with Debbie Hill and Peggy Winter | 33.41 |
| 08/13/08 | Karen McClain, reimbursement for parking expense to attend opening statements and assist paralegal in trial preparations on August 12, 2008 | 8.00 |
| 08/14/08 | Sharad H. Desai, reimbursement for lunch expenses during jail tours on June 24, 2008 with Sharad Desai, Spencer Scharff, Brandon Hale, John Parsi, and Jim Aiken | 50.94 |
| 08/14/08 | Debra A. Hill, reimbursement for parking expenses during trial on August 12 and 13, 2008 | 32.00 |
| 08/14/08 | Debra A. Hill, reimbursement for meal expenses during deposition of Bob Powitz in Chicago, IL on July 16, 2008 | 19.07 |
| 08/14/08 | Debra A. Hill, reimbursement for meal expenses during jail inspecitons on June 10, 2008 | 75.30 |
| 08/14/08 | Debra A. Hill, reimbursement for meal expenses during trial on August 11 and 13, 2008 | 145.00 |
| 08/14/08 | Debra A. Hill, reimbursement for parking and gratuities during deposition of Bob Powitz in Chicago, IL on July 15 - 16, 2008 | 25.58 |
| 08/14/08 | Debra A. Hill, reimbursement for airfare to attend deposition of Bob Powitz in Chicago, IL on July 15 - 16, 2008 | 426.00 |
| 08/14/08 | Debra A. Hill, reimbursement for hotel expenses during deposition of Bob Powitz in Chicago, IL on July 15 - 16, 2008 | 321.97 |
| 08/14/08 | Debra A. Hill, reimbursement for meals during jail inspections June 9 through June 27, 2008 | 945.91 |
| 08/14/08 | Debra A. Hill, reimbursement for meals during deposition of Bob Powitz in Chicago, IL on July 15 - 16, 2008 | 103.69 |
| 08/14/08 | Debra A. Hill, reimbursement for parking expenses during jail inpections on June 9, 2008 | 16.00 |
| 08/15/08 | Cranberry Hills, lunch expenses on August 15, 2008 for Peggy Winter | 7.04 |
| 08/15/08 | R3 Investigations, for professional services rendered through July 31, 2008 | 219.00 |
| 08/16/08 | Duck and Decanter, lunch expenses on August 16, 2008 for Peggy Winter | 9.58 |
| 08/21/08 | Brenda Sena, reimbursement for parking and auto mileage expenses to provide trial support on August 14 and 15, 2008 | 31.02 |
| 08/21/08 | Sharad H. Desai, reimbursement for parking expenses on August 1, 2008 to meet with inmates at jails re testimony | 16.00 |
| 08/21/08 | Sharad H. Desai, reimbursement for meal on August 15, 2008 during trial with Sharad Desai and Brenda Sena | 12.65 |
| 08/21/08 | Debra A. Hill, reimbursement for parking | 32.00 |

FILE NUMBER: 99999.0624
INVOICE NO.: ******

```
            expenses during trial August 14 and 15, 2008
08/21/08 Debra A. Hill, reimbursement for meal expenses      6.81
            during trial August 15, 2008
08/21/08 Sharad H. Desai, reimbursement for parking         32.00
            expenses to attend trial on August 15 and 19,
            2008
08/22/08 Debra A. Hill, reimbursement for lunch expenses    17.99
            during trial on August 19, and August 20, 2008
08/27/08 Debra A. Hill, reimbursement for parking           48.00
            expenses to attend trial on August 19, 20, and
            21, 2008
09/09/08 MPAC Enterprises, LLC, for document preparation    77.98
            services
09/09/08 MPAC Enterprises, LLC, for document preparation     5.13
            services
09/15/08 R3 Investigations, for professional services      505.00
            rendered through September 15, 2008
09/17/08 Iafrate & Associates, reimbursement for copying   183.76
            charges on DupLEX invoice # 43119
09/19/08 Sharad H. Desai, reimbursement for parking         46.00
            expenses to attend trial and visit inmates to
            go over testimony in August 2008
09/19/08 Debra A. Hill, reimbursement for parking           64.00
            expenses to attend trial from August 28 through
            September 4, 2008
09/19/08 Debra A. Hill, reimbursement for meal expenses     28.47
            during trial from August 28 through September
            5, 2008
10/28/08 Patricia Sherrill, reimbursement for parking       24.00
            expenses during trial from August 13th through
            August 22nd, 2008
                                                         ---------

Total Costs and Charges:                                 75,657.85
                                                         ----------

Current Fees, Costs and Charges:



BALANCE DUE:                                        $   663,004.70
                                                        ==========
```

2313990