# Individual Hard Costs

1/31/06 - email to Donna Toland
asking for billing # 19999.478

(See attached email) → "TO BE TRANSFERRED
TO HART v. HILL "



# DUCK and DECANTER®

| 1651 E. Camelback | 3111 N. Central Ave. | 1 N. Central Ave. |
| Phoenix, AZ 85016 | Phoenix, AZ 85012 | Phoenix, AZ 85004 |
| **(602) 274-5429** | **(602) 234-3656** | **(602) 266-6637** |
| FAX (602) 274-5672 | FAX (602) 234-1338 | FAX (602) 253-4351 |

www.duckanddecanter.com

PO # _____
Approved by _____

### INVOICE NO 170369

| NAME | PHONE | DATE |
|------|-------|------|

SUB TOT, TAX, DEPOSIT, DEL/UPS, PLEASE PAY, TIP, CASH/CARD, CHECK, CHARGE

RECEIVED BY:

DAY:   TIME:   DELIVERED BY:   AT:   AM/PM

190377

Contact: *Donna Ioland*

# CATERING REQUEST

Date: *1/18/06 Wed*     Delivery Time: *11:00 - 11:15*

# of Diners: *10*     Location: *21 West*

Attendees: *LAH, DMM, Ted Jarvi*

Attorney: *LAH*     Billing #: _____

*see attached*

Order:     **BREAKFAST**          ~~LUNCH~~

SPECIFIC: *Assorted Sandwiches, Chips, Cookies*

Caterer: *Duck on Earl*     Phone: _____

**************************************************************************

Ordered on: *1/18/06*   Placed order with: *Joanne*  FAX or PHONE

Bill to Corporate Account?  *Y* N    If C.O.D., amount needed for check: _____

REC'D OSBORN MALEDON P.A.

MAR 0 3 2006

CHECK NO.: _____

DATE: <u>March 2, 2006</u>

NAME: <u>Debbie Hill</u>

### CLAIM FOR EXPENSE REIMBURSEMENT

Please attach receipts for all expenses, except as indicated, and show client and matter <u>numbers</u> as well as names.

| | | | |
|---|---|---|---|
| Auto Mileage at $.445 per mile | 100 | | $ 44.5 |
| Date of trip: | 3/2/06 | 0 | |
| Destination(s): | Sam Lewis Correctional Facility, Morey Unit, Buckeye, AZ | 0 | |
| Purpose: | Interview inmate Patrick Dowling | 0 | |
| Charge To: | Hart, 99999.624 | 0 | |
| | | 0 | |
| **Total** | | | $  44.50 |

    I certify that the above is the correct amount due me for travel and/or entertainment expenses, that no personal expenses are included, and that the supporting statements are true, correct and complete.

<u>Debbie Hill</u>    <u>2/3/06</u>
Signature of Claimant   Date

____ Please initial if check is to be made payable to American Express.

*Information relating to same trip may be aggregated if individual receipts are attached.

---

    I have verified that supporting receipts are attached for all the above unless not required.

Date: <u>3/10/06</u>

<u>K. Eade</u>
Bookkeeper       Revised 1/4/02

190973

OSBORN MALEDON P.A.

MAR 1 3 2006

CHECK NO.: _____                      DATE:   March 13, 2006

NAME:  Debbie Hill

### CLAIM FOR EXPENSE REIMBURSEMENT

Please attach receipts for all expenses, except as indicated, and show client and matter numbers as well as names.

**Please note these two entries are for one roundtrip of 270 miles to Tucson, being divided between two different cases.**

| | | | |
|---|---|---|---|
| Auto Mileage at $.445 per mile | 90 | | $ |
| Date of trip: | | 0 | |
| Destination(s): | | 0 | |
| Purpose: | | 0 | |
| | | | |
| Charge To: | | 0 | |
| | | 0 | |
| Auto Mileage at $.445 per mile | 180 | | $ 80.1 |
| Date of trip: | 3/6/06 | 0 | |
| Destination(s): | Tucson | 0 | |
| Purpose: | Interview inmates Musselman, Martin and Beltran, housed in Tucson DOC units | 0 | |
| Charge To: | Hart, 99999.624 | 0 | |
| | | 0 | |
| **Total** | | | $ ___.15 |

    I certify that the above is the correct amount due me for travel and/or entertainment expenses, that no personal expenses are included, and that the supporting statements are true, correct and complete.

                    _Debbie Hill_   3/13/06
                    Signature of Claimant    Date

____ Please initial if check is to be made payable to American Express.

*Information relating to same trip may be aggregated if individual receipts are attached.

_____

    I have verified that supporting receipts are attached for all the above unless not required.

Date:  _3/17/06_                    _R. Bush_
                                   Bookkeeper              Revised 1/4/02

191153

CHECK NO.: _____                    DATE:   March 17, 2006

NAME:  Tricia Sherrill

### CLAIM FOR EXPENSE REIMBURSEMENT

Please attach receipts for all expenses, except as indicated, and show client and matter <u>numbers</u> as well as names.

| | | |
|---|---|---|
| Copying Charges | | ✓ |
| Date: | 0 | |
| Purpose: | 0 | |
| | | |
| Charge To: | 0 | |
| | 0 | |
| Copying Charges | | $37.50 ✓ |
| Date: | 02/02/06 | 0 |
| Purpose: | Copies for Case No. CV05-007 | 0 |
| Charge To: | Maricopa County Jails, | 0 |
| | 99999.0624 | |
| | | 0 |
| Copying Charges | | 0 ✓ |
| Date: | ) | |
| Purpose: | ) | |
| | | |
| Charge To: | ) | |
| | 0 | |
| **Total** | | |

     I certify that the above is the correct amount due me for travel and/or entertainment expenses, that no personal expenses are included, and that the supporting statements are true, correct and complete.

_Lindsay for Tricia_ 3/17/06
Signature of Claimant          Date

____  Please initial if check is to be made payable to American Express.

*Information relating to same trip may be aggregated if individual receipts are attached.

---

     I have verified that supporting receipts are attached for all the above unless not required.

Date:  _3/17/06_            _K. Bank_____
                            Bookkeeper          Revised 1/4/02



99999
0624

Court Name: United States District Court
Division: 2
Receipt Number: CIV204612
Cashier ID: dhjcash
Transaction Date: 02/02/2006
Payer Name: PATRICIA SHERRILL

CIVIL (DARK?)
For: PATRICIA SHERRILL
Amount:       $37.50

CREDIT CARD
Amt Tendered: $37.50

Total Due:    $37.50
Total Tendered: $37.50
Change Amt:    $0.00

CV05-007

A fee of $45 will be assessed on
all returned remittances.

200 2758

| AO44<br>(Rev. 12/89) | UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF ARIZONA |
|---|---|

INVOICE NO: 00000539

**MAKE CHECKS PAYABLE TO:**

Debra A. Hill
Osborn, Maledon PA
2929 North Central Avenue, St 2100
Phoenix, AZ 85067

Phone:
FAX:

Candy L. Potter, RMR, CRR
United States Court Reporter
401 W. Washington St., Spc 36
Phoenix, AZ 85003-2151

Phone:    (602) 322-7246
FAX:
Tax ID:    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
Candy_Potter@azd.uscourts.gov

| ☐ CRIMINAL    ☒ CIVIL | DATE ORDERED: 03-21-2006 | DATE DELIVERED: 03-21-2006 |
|---|---|---|

**Case Style:** CV 77-479-PHX-EHC, Damian Hart v Tom Agnos
Reporter's Transcript of Proceedings
Status Hearing
March 13, 2006

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL<br>CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | 30 | 0.83 | 24.90 | | | | 24.90 |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | | | MISC. CHARGES: | | |
| | | | | | | | | TOTAL: | | 24.90 |
| | | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | | |
| | | | | | | | TAX (If Applicable): | | | |
| | | | | | | LESS AMOUNT OF DEPOSIT: | | | | |
| | | | | | | | TOTAL REFUND: | | | |
| | | | | | | | TOTAL DUE: | | | $24.90 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees  charged  and page format used  comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | DATE 03-21-2006 |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*

PART 1 (ORIGINAL) - TO PARTY
PART 2 (YELLOW) - TO PARTY FOR RETURN WITH PAYMENT
PART 3 (PINK) - COURT REPORTER
PART 4 (BLUE) - COURT REPORTER SUPERVISOR

191090

REC'D OSBORN MALEDON P.A.

APR 17 2006

CHECK NO.: _____          DATE:   April 15, 2006

NAME:   Debbie Hill

<u>CLAIM FOR EXPENSE REIMBURSEMENT</u>

Please attach receipts for all expenses, except as indicated, and show client and matter <u>numbers</u> as well as names.

Parking (no receipts for charges under $3.00)          ✓ ①
Date(s)                                          0
Purpose:                                         0

Charge To:                                       0
                                                 0
Meals*                                                   ②
Date(s) of meals:                                0
Purpose:                                         0

Present:                                         )

Charge To:                                       .

                        81001000         0
Parking (no receipts for charges under $3.00)            ③
Date(s)                                          0
Purpose:                                         0

Charge To:                                       0
                                                 0
Other                                      :   2 ✓ ④
Date(s)                                          0
Purpose:                                         0

Charge To:                                       0
                                                 0
Auto Mileage at $.445 per mile    20       $ 8.9 ✓ ⑤
Date of trip:                  3/22/06           0
Destination(s):                Lower Buckeye Jail    0
Purpose:                       Meet with inmate Goldtooth    0
Charge To:                     Hart, (99999.624)    0
                                                 0
Auto Mileage at $.445 per mile    30             ⑥
Date of trip:                  3/22/06
Destination(s):                                 0
                                                 0

*client costs*                                   0

*invitations for*      445 per mile   40         0
*women's event*                                  0    ✓ ⑦
   *5/11/06*

191706

$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$
$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$

## CHECK REQUEST
## APPROVAL REQUIRED - $350.00 AND ABOVE

Date Request Submitted:  April 18, 2006 10:58 AM

Attorney:     DMM
Secretary:  nicole

Date Needed:    4/18/06                    Hold for Pickup:  ☐
Time Needed:    1:30                       Return Via Office Mail:  ☐
Amount:         $16.90                     Return Via Dumbwaiter:  ☐

PAYABLE TO:     Arizona House Representatives

CHARGE TO:

Client Name:     99999
Client Number:   00624

Description of Disbursements:

copies of Legislative History.

Check Request.dot
2/26/98

1915nc

8004556

**MARICOPA COUNTY**
## CORRECTIONAL HEALTH SERVICES
4th Avenue Jail
201 South 4th Avenue
Phoenix, Arizona 85003
(602) 876-9168

We have received your request for a copy of the medical records for:

MacDonald, Allan 314153 P045462

Please provide the following information:

☐ Specific dates for which records are requested.

☐ Patient's full name, any know aliases, date of birth, Social Security number.

☐ Patient's signed and dated Release for disclosure of Medical Records form, which includes explicit waiver compliant to State and Federal laws.

☑ Correctional Health Services fees for this service are $10.00 flat rate for the first ten (10) sheets and $.50 per sheet for each additional sheet copied. The record you requested consists of _20_ pages, for a total charge of $ _15.00_ . Please send a check or money order made payable to *MARICOPA COUNTY CORRECTIONAL HEALTH SERVICES* if this record is still desired.

☐ No records are found with the information provided.

☐ Your consent is worded inappropriately for our office.

☐ There is a $26.00 retrieval fee for records in off-site storage.

99999.624

ok to pay

Sincerely,

Medical Records
4th Avenue Jail

REC'D OSBORN MALEDON P.A.

JUN 0 7 2006

192747



**Rich Robertson Consulting & Investigations**
136 W. Main Street, Suite 102
Mesa, AZ  85201
Ph - 480/726-3961 FX- 480/962-1513
AZDPS# 1003003

Tax ID # 86-1004649

# Invoice

| Bill To | OK DAH 99999. 624 |
|---|---|
| Deb Hill<br>Osborn Maledon<br>PO Box 36379<br>Phoenix, AZ 85067-6379 | |

| Date | Invoice # | Due Date |
|---|---|---|
| 6/15/2006 | 2438 | 7/17/2006 |

| Inquiry Regarding |
|---|
| Hart vs Hill (6816) |

| Date | Services / Expenses | Hours / Quantity | Amount |
|---|---|---|---|
| 04/27/06 | Research and draft public records memo | 1.75 | 157.50 |
| 05/16/06 | Review financial data provided by Maricopa County; write summary memo to attorneys | 3.5 | 315.00 |
| 05/17/06 | Research County Attorney budget; arrange to get copies of resolution and tentative budget | 1 | 90.00 |
| 05/18/06 | Request a copy of the Resolution re: Hart v Hill; Request County Atty budget for outside legal svcs; Deliver budget information to Hill | 1.25 | 112.50 |
| 05/18/06 | Records fee | | 5.25 |
| 05/22/06 | Continue research on county attorney budget | 0.5 | 45.00 |

REC'D OSBORN MALEDON P.A.

JUN 2 3 2006

Thank you for your business.

| Total | $725.25 |
|---|---|

192759



**Rich Robertson Consulting & Investigations**

136 W. Main Street, Suite 102
Mesa, AZ  85201
Ph - 480/726-3961 FX- 480/962-1513
AZDPS# 1003003

Tax ID # 86-1004649

# Invoice

| Date | Invoice # | Due Date |
|------|-----------|----------|
| 8/15/2006 | 2529 | 9/17/2006 |

| Bill To |
|---------|
| Deb Hill<br>Osborn Maledon<br>PO Box 36379<br>Phoenix, AZ 85067-6379 |

| Inquiry Regarding |
|-------------------|
| Hart vs Arpaio (Hill)  (6816) |

| Date | Services / Expenses | Hours / Quantity | Amount |
|------|---------------------|------------------|--------|
| 06/27/06 | Contact Richard Ruelas at Republic; E-mail attorneys | 0.5 | 45.00 |
| 08/03/06 | Confer with Republic reporter re Wilenchick; email summary to Hammond | 1 | 90.00 |

*Bill Hart v Hill*
*99999. 624*
*2.0FY*

REC'D OSBORN MALEDON P.A.

AUG 2 9 2006

| Thank you for your business. | **Total** | $135.00 |
|------------------------------|-----------|---------|

193642

REC'D 00_____ _____
DEC 15 2006

CHECK NO.: _____          DATE:   December 12, 2006

NAME:  Tricia Sherrill

*20026032*

CLAIM FOR EXPENSE REIMBURSEMENT

Please attach receipts for all expenses, except as indicated, and show
client and matter numbers as well as names.

| | | | |
|---|---|---|---|
| Copying Charges | | | $3.00 |
| Date: | 10-13-06 | 0 | |
| Purpose: | Review and copy records at | 0 | |
| | District Court re Order | | |
| | appointing Ted Jarvi | | |
| Charge To: | 99999.0624, Hart | 0 | |
| | | 0 | |
| Auto Mileage at $.445 per | | | |
| Date of trip: | | | |
| Destination(s): | | | |
| Purpose: | | | |
| | | | |
| Charge To: | | | |
| | | 0 | |
| Copying Charges | | | |
| Date: | | | |
| Purpose: | | | |
| | | | |
| Charge To: | | | |
| | | | |
| **Total** | | | |

     I certify that the above is the correct amount due me for travel
and/or entertainment expenses, that no personal expenses are included,
and that the supporting statements are true, correct and complete.

                              _Patricia Sherrill_        _12/12/06_
                              Signature of Claimant        Date

____ Please initial if check is to be made payable to American Express.

*Information relating to same trip may be aggregated if individual
receipts are attached.

     I have verified that supporting receipts are attached for all the
above unless not required.

Date: _12/12/06_

                              _K. Busk_
                              Bookkeeper              Revised 1/4/02

195294



Court Name: United States District Court
Division: 2
Receipt Number: PHX049382
Cashier ID: JDeCash
Transaction Date: 10/13/2006
Payer Name: PATRICIA SHERRILL

PRINT (PAPER)
For: PATRICIA SHERRILL
Amount:        $3.00

CREDIT CARD
Amt Tendered:  $3.00

Total Due:     $3.00
Total Tendered: $3.00
Change Amt:    $0.00

0077 479

A fee of $45 will be assessed on
all returned remittances.

99999.0624



**Rich Robertson Consulting & Investigations**
136 W. Main Street, Suite 102
Mesa, AZ  85201
Ph - 480/726-3961 FX- 480/962-1513
AZDPS# 1003003

REC'D OSBORN MALEDON P.A.

MAR 2 3 2007

# Invoice

| Bill To |
|---|
| Deb Hill<br>Osborn Maledon<br>PO Box 36379<br>Phoenix, AZ  85067-6379 |

| Date | Invoice # | Due Date |
|---|---|---|
| 3/15/2007 | 2909 | 4/17/2007 |

| Inquiry Regarding |
|---|
| Hart vs Arpaio (Hill)  (6816) |

| Date | Services / Expenses | Hours / Quantity | Amount |
|---|---|---|---|
| 03/09/07 | Confer with Hammond about county financial records; submit records request to county finance department | 0.75 | 67.50 |
| 03/14/07 | Confer with county on process for vendor payment | 0.25 | 22.50 |

**APPROVED FOR PAYMENT.**
Client #: _99999.624_
Date: _3/23/07_
By: _O AK_

REC'D OSBORN MALEDON P.A.

MAR 2 3 2007

Thank you for your business.

| | |
|---|---|
| Total | $90.00 |
| Payments/Credits | $0.00 |
| **Balance Due** | **$90.00** |

Tax ID # 86-1004649

196790



2003254

**Rich Robertson Consulting & Investigations**

136 W. Main Street, Suite 102
Mesa, AZ 85201
Ph - 480/726-3961 FX- 480/962-1513
AZDPS# 1003003

REC'D OSBORN MALEDON P.A.

APR 27 2007

# Invoice

| Bill To |
| --- |
| Deb Hill<br>Osborn Maledon<br>PO Box 36379<br>Phoenix, AZ 85067-6379 |

| Date | Invoice # | Due Date |
| --- | --- | --- |
| 4/15/2007 | 2946 | 5/17/2007 |

| Inquiry Regarding |
| --- |
| Hart vs Arpaio (Hill) (6816) |

| Date | Services / Expenses | Hours / Quantity | Amount |
| --- | --- | --- | --- |
| 03/26/07 | Confer with county finance re prosecutor contract-back; email findings to Larry and Deb | 0.25 | 22.50 |
| 03/28/07 | Confer with Deb Hill; write proposed language for records request | 0.75 | 67.50 |
| 03/29/07 | Confer with Deb Hill; review revised records request | 0.5 | 45.00 |
| 04/13/07 | Check on records request; review BOS minutes from Joe St. Louis; write email with suggestions | 0.75 | 67.50 |

**APPROVED FOR PAYMENT.**
Client #: _99999- 624_
Date: _4 B/27/07_
By: _DAH_

REC'D OSBORN MALEDON P.A.

APR 30 2007

Thank you for your business.

| | | |
| --- | --- | --- |
| Total | | $202.50 |
| Payments/Credits | | $0.00 |
| Tax ID # 86-1004649 | **Balance Due** | **$202.50** |

197354



# Maricopa County
**County Manager's Office**

*ok*
*DATE*

*99999.624*

**Justice System Coordination**

101 West Jefferson Street
Law Library – 3rd Floor
Phoenix, AZ  85003-2243

County Manager's Office
301 West Jefferson
Tenth Floor
Phoenix, AZ  85003-2143

Phone: 602.506.1310
Fax: 602.506.2313
rexa@mail.maricopa.gov

May 15, 2007

# INVOICE

Records Request received from Osborn Maledon
April 27, 2007 for:

1) Copies of all documents provided to the Maricopa County Jail Oversight
   Committee from January 1, 2004 through the present date

AND

2) Copies of all records submitted by the Maricopa County Jail Oversight Committee
   to the Maricopa County Board of Supervisors from January 1, 2004 through the
   present date.

Total pages:  577
Cost per page:  $0.25

**TOTAL COST: $144.25**

Please remit payment, made payable to Maricopa County, to:
        Amy Rex
        Justice System Coordinator
        Maricopa County
        301 W. Jefferson, 10th Floor
        Phoenix AZ  85003

$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$
$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$

## CHECK REQUEST
### APPROVAL REQUIRED - $350.00 AND ABOVE

Date Request Submitted:  May 23, 2007 3:58 PM

Attorney:     Debbie Hill
Secretary:    Karen McClain

Date Needed:   5/24/07                          Hold for Pickup: ☐
Time Needed:   noon                       Return Via Office Mail: ☒
Amount:        $144.25                 Return Via Dumbwaiter: ☐
                                                       Mail It: ☐
                                       Mail With Attachment: ☐

PAYABLE TO:     Maricopa County

CHARGE TO:

Client Name:     Hart
Client Number:   99999.624

Description of Disbursements:

copy charge (577 pages @.25 per page)

Check Request.dot
08/18/2006

1970ion

AO44
(Rev. 12/89)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

INVOICE NO:   00000788

**MAKE CHECKS PAYABLE TO:**

Debra A. Hill
Osborn, Maledon PA
2929 North Central Avenue, St 2100
Phoenix, AZ 85067

Phone:
FAX:

Candy L. Potter, RMR, CRR
United States Court Reporter
401 W. Washington St., Spc 36
Phoenix, AZ 85003-2150

Phone:   (602) 322-7246
FAX:
Tax ID:   26-0639041
Candy_Potter@azd.uscourts.gov

| ☐ CRIMINAL   ☒ CIVIL | DATE ORDERED: 09-24-2007 | DATE DELIVERED: 09-27-2007 |
|---|---|---|

**Case Style:** CV 77-479-PHX-EHC, Damian Hart v Agnos
Reporter's Transcript of Proceedings
Status Conference
September 14, 2007

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | 14 | 3.30 | 46.20 | | | | | | | 46.20 |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 46.20 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $46.20 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | DATE 09-27-2007 |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*

PART 1 (ORIGINAL) - TO PARTY
PART 2 (YELLOW) - TO PARTY FOR RETURN WITH PAYMENT
PART 3 (PINK) - COURT REPORTER
PART 4 (BLUE) - COURT REPORTER SUPERVISOR

REC'D OSBORN MALEDON P A

SEP 2 6 2007

199844

$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$
$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$

## CHECK REQUEST
### APPROVAL REQUIRED - $350.00 AND ABOVE

Date Request Submitted:  October 25, 2007 2:09 PM

Attorney:       for Tricia Sherrill
Secretary:      Lindsay

Date Needed:    10/26/07                          Hold for Pickup: ☐
Time Needed:    8:00 am                   Return Via Office Mail: ☐
Amount:         $21.00                 Return Via Dumbwaiter: ☐
                                                       Mail It: ☐
                                      Mail With Attachment: ☐

PAYABLE TO:     Candy Potter (Court Reporter, U.S.D.C.)

CHARGE TO:

Client Name:      Hart v. MCSO, 99999.0624
Client Number:

Description of Disbursements:

COPIES OF HEARING TRANSCRIPTS

Check Request.dot
08/18/2006

**Busk, Kathy**

| | |
|---|---|
| **From:** | Sherrill, Tricia |
| **Sent:** | Thursday, October 25, 2007 12:04 PM |
| **To:** | Jensen, Lindsay |
| **Cc:** | Busk, Kathy |
| **Subject:** | Check request - Hart v. MCSO, 99999.0624 |

Lindsay, could you prepare a check request in the above matter for $21.00, payable to Candy Potter (Court Reporter, U.S.D.C.) FOR COPIES OF HEARING TRANSCRIPTS?  oops.  I will need to pick it up when I get in to work tomorrow, as I will head downtown thereafter.

Any questions, please holler.  Thanks very much.

RECD OSBORN MALEDON P A

OCT 2 6 2007

CHECK NO.: _____          DATE:   October 25, 2007

NAME:  Tricia Sherrill

CLAIM FOR EXPENSE REIMBURSEMENT

Please attach receipts for all expenses, except as indicated, and
show client and matter <u>numbers</u> as well as names.

| | | | |
|---|---|---|---|
| Copying Charges | | | $13.50 |
| Date: | 10-24-07 | 0 | |
| Purpose: | Copies of pages 1-27 of the | 0 | |
| | Docket Sheet | | |
| Charge To: | Hart, 99999.0624 | 0 | |
| | | 0 | |

**Total**                                                 $   13.50

     I certify that the above is the correct amount due me for
travel and/or entertainment expenses, that no personal expenses
are included, and that the supporting statements are true,
correct and complete.

*Linda for Tricia*

Signature of Claimant          Date
10/25/07

___  Please initial if check is to be made payable to American
Express.

*Information relating to same trip may be aggregated if
individual receipts are attached.

_____

     I have verified that supporting receipts are attached for
all the above unless not required.

Date: 10/26/07                   *K. Snski*

                                    Revised 1/4/02

DUPLICATE
Court Name: United States District Court
Divisions: 2
Receipt Number: PHX063776
Cashier ID: carolc
Transaction Date: 10/24/2007
Payer Name: PATRICIA SHERRILL

COPIES (990610)
For: PATRICIA SHERRILL
Amount: $13.50

Check/Money Order
Amt Tendered: $13.50

Total Due: $13.50
Total Tendered: $13.50
Change Amt: $0.00

A fee of $45 will be assessed on
all returned remittances.

200271

# Jensen, Lindsay

**From:**    Sherrill, Tricia
**Sent:**    Friday, October 26, 2007 12:02 PM
**To:**      Jensen, Lindsay
**Subject:** One more time

Lindsay, could you put together yet another check request for me?  It is for the Hart v. MCSO case, 99999.624, for copies of documents from USDC requested by Debbie Hill.  Total is a whopping $6.50.  I will put the receipt in interoffice to you. Thanks very much.

```
Court Name: United States District Court
Division: 2
Receipt Number: PHX063812
Cashier ID: carole
Transaction Date: 10/25/2007
Payer Name: PATRICIA SHERRILL
------------------------------------
COPIES (PAPER)
 For: PATRICIA SHERRILL
 Amount:        $6.50
------------------------------------
CREDIT CARD
 Amt Tendered:  $6.50
------------------------------------
Total Due:      $6.50
Total Tendered: $6.50
Change Amt:     $0.00


A fee of $45 will be assessed on
all returned remittances.
```

10/26/2007

REC'D OSBORN MALEDON P.A.

OCT 2 9 2007

CHECK NO.: _____          DATE:  October 26, 2007

NAME:  Tricia Sherrill

CLAIM FOR EXPENSE REIMBURSEMENT

Please attach receipts for all expenses, except as indicated, and show client and matter numbers as well as names.

| Copying Charges | | | $6.50 |
|---|---|---|---|
| Date: | 10-25-07 | 0 | |
| Purpose: | copies of documents from USDC | 0 | |
| Charge To: | Hart v. MCSO case, 99999.624 | 0 | |
| | | 0 | |
| **Total** | | | $  6.50 |

    I certify that the above is the correct amount due me for travel and/or entertainment expenses, that no personal expenses are included, and that the supporting statements are true, correct and complete.

Signature of Claimant                    Date

10/25/07

____  Please initial if check is to be made payable to American Express.

*Information relating to same trip may be aggregated if individual receipts are attached.

    I have verified that supporting receipts are attached for all the above unless not required.

Date: 10/29/07

Bookkeeper                              Revised 1/4/02



**Rich Robertson Consulting & Investigations**
136 W. Main Street, Suite 102
Mesa, AZ  85201
Ph - 480/726-3961 FX- 480/962-1513
AZDPS# 1003003

REC'D OSBORN MALEDON
NOV 2 8 2007

# Invoice

| | Bill To |
|---|---|

Deb Hill
Osborn Maledon
PO Box 36379
Phoenix, AZ  85067-6379

| Date | Invoice # | Due Date |
|---|---|---|
| 11/15/2007 | 3277 | 12/17/2007 |

| Inquiry Regarding |
|---|
| Hart vs Arpaio (Hill)  (6816) |

| Date | Services / Expenses | Hours / Quantity | Amount |
|---|---|---|---|
| 09/24/07 | Examine county financial records and forward to Deb Hill and Larry Hammond | 0.5 | 45.00 |

APPROVED FOR PAYMENT.
Client #: _99999.624_
Date: _11/329/07_
By: _D AH_

REC'D OSBORN MALEDON P A
NOV 3 0 2007

Thank you for your business.

| | |
|---|---|
| Invoice Total | $45.00 |
| Retainer/Payment Applied | $0.00 |
| Balance | $45.00 |

| Tax ID # 86-1004649 | **Amount Due** | **$45.00** |
|---|---|---|

AO44
(Rev. 12/89)

*99999.624*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

INVOICE NO:   00000836

Debra A. Hill
Osborn, Maledon PA
2929 North Central Avenue, St 2100
Phoenix, AZ 85067

Phone:
FAX:

REC'D OSBORN MALEDON P A

FEB 2 1 2008

### MAKE CHECKS PAYABLE TO:

Candy L. Potter, RMR, CRR
United States Court Reporter
401 W. Washington St., Spc 36
Phoenix, AZ 85003-2150

Phone:   (602) 322-7246
FAX:
Tax ID:   26-0639041
Candy_Potter@azd.uscourts.gov

| ☐ CRIMINAL | ☒ CIVIL | DATE ORDERED: 01-29-2008 | DATE DELIVERED: 02-06-2008 |
|---|---|---|---|

Case Style:  CV 77-479-PHX-EHC, Damian Hart v Maricopa County Sheriff's
Reporter's Transcript of Proceedings
In-Court Hearing
January 24, 2008

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | 29 | 3.65 | 105.85 | | | | | | | 105.85 |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 105.85 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $105.85 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | DATE 02-06-2008 |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*

PART 1 (ORIGINAL) - TO PARTY
PART 2 (YELLOW) - TO PARTY FOR RETURN WITH PAYMENT
PART 3 (PINK) - COURT REPORTER
PART 4 (BLUE) - COURT REPORTER SUPERVISOR

202311

DupLEX

2601 N. Third Street, Suite 101
Phoenix, AZ 85004
(602) 241-9333
(602)-241-3339 Fax

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 5/7/2008 | 42679 |

**BILL TO**

Iafrate & Associates
649 N. 2nd Avenue
Phoenix, AZ 85003
602-234-9775
602-234-9733 (Fax)

**APPROVED FOR PAYMENT.**
Client #: 99999.624
Date: 5-9-08
By: SHAH

| Reference Number | TERMS | Rep | Ordered By | Order Number |
|------------------|-------|-----|------------|--------------|
| Arpaio v Hart 2149 | Upon Receipt | SM | McCann, Tamara | 05082023 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 1.259 | Medium Litigation - Copy Work | 0.13 | 163.67T |
| | City and State Tax | 8.10% | 13.26 |

REC'D OSBORN MALEDON P.A.

MAY 12 2008

| | | |
|---|---|---|
| Spring is Here!  The DupLEX team appreciates your confidence in them! | **Total** | $176.93 |

Federal Tax ID# 86-0962319.        Client Signature        Date

*R. Frances*

# INVOICE

#810005 - 001402

Invoice Date: _5-19-08_

Sold by: _Anya_

### DELIVER TO:

Delivery Name and Address:

Special Delivery Instructions:

---

**Paradise Bakery**
3 South 2nd St Ste 205
Phoenix, AZ 85004
(602)256-0462

## Order #1012

| | |
|---|---|
| Host: Barbara | 05/19/2008 |
| Order #1012 | 6:19 AM |
| | 10013 |

| | |
|---|---|
| ... PARADISE COMBO | 8.75 |
| ... PRADS LNC | |
| ...IE | |
| ...PS | |
| ...N WALNUT SAND-WHOLE | |
| ...DISE/MOLASSES-2 SLICE | |
| ...S PARADISE COMBO | 8.75 |
| ...PARADS LNC | |
| ...OKIE | |
| CT CHIPS | |
| HAM & SWISS SAND-WHOLE | |
| WHITE 2 SLC | |
| VEGIE PARADISE COMBO | 8.75 |
| SAND PARADS LNC | |
| CT COOKIE | |
| CT CHIPS | |
| VEGIE SAND-WHOLE | |
| WHEAT 2 SLC | |
| CT EA MIX GREEN | 8.75 |
| LEVAIN-SLICE | |
| CT COOKIE | |
| COURIER FEE | 10.00 |
| | |
| Subtotal | 45.00 |
| | 2.91 |
| ...o Total | 47.91 |
| ... :938 | |

F ...one: 314/633-/10c • Fax: 314/633-/26u

| Description | Price | Amount |
|---|---|---|
| CUNCHES | $ | $ 35.00 |

This order was received by:

Signature:

_R Del Rel_

...nt name and date:

| | | |
|---|---|---|
| Subtotal | $ | |
| Tax | $ 2.91 | |
| Delivery Charge | $ 10.00 | |
| Subtotal | $ 47.91 | |
| Delivery Bonus | $ | |
| Total | $ | |

REC'D OSBORN MALEDON P.A.

**MAY 2 3 2008**

## THANK YOU!

6 3/2

**White Copy - Accounting**       **Yellow Copy - Store**       **Pink Copy - Customer**

203876

Contact: _Karen McClain_

# CATERING REQUEST

Date: _5/19/08_          Delivery Time: _11:00–11:15_

# of Diners: _4_          Location: _20 West_

Attendees: _DAH, LAH, Peggy Winter SHI)_

Attorney: _DAH_          Billing No. _99999.624_

Order: ☐ Breakfast    Menu: _Individuals'_

☒ Lunch

☒ Vegetarian

Caterer: _Paradise Bakery_          Phone: _256-0462_

---

*For Catering Dept. Use Only:*

Date Ordered: _5/16/08_          Placed order with: _Faxed_

Fax or Phone: _____

☐ Bill to Corporate Account

☐ COD; amount needed for check:  $ _____

**NOTES:** _See attached_

2021721v1

**Duncan, Anna**

| | |
|---|---|
| **From:** | McClain, Karen |
| **Sent:** | Wednesday, May 14, 2008 1:26 PM |
| **To:** | Duncan, Anna |
| **Cc:** | DelRae, Rebecca |
| **Subject:** | lunch order for Monday |

Anna,

Can we get lunch ordered for a Monday meeting?  Attending will be Larry Hammond, Debbie Hill, Peggy Winter (co-counsel coming in from D.C.), and maybe Sharad Desai.  We have 20 West booked from 9am to 2:30 pm, where Peggy will be working.  Debbie wants to have lunch brought in, as they are prepping for a 3pm hearing.  Sandwiches from Paradise Bakery she requested.  And perhaps some salad on the side.  Or perhaps coleslaw and fruit on the side.  Just use your discretion.  Debbie just said no pasta salad.  As Sharad may or may not be participating, can you please have one of them vegetarian.  Are you able to do a little sandwich platter for 4 people?  Not sure.  Can just be brought into the room at noon.

If you need the billing number, it's a pro bono case -- Hart, 99999.624.

Let me know if you need any more information.

Thanks.

Karee

DDH - Chix Walnut Salad Sand
Peggy - Salad
SSD - Veg Sand
LAH - Ham & Swiss

5/14/2008

REC'D OSBORN MALEDON P.A

MAY 2 7 2008

CHECK NO.: _____                    DATE: <u>May 27, 2008</u>

NAME: <u>Tricia Sherrill</u>

<u>CLAIM FOR EXPENSE REIMBURSEMENT</u>

Please attach receipts for all expenses, except as indicated, and
show client and matter <u>numbers</u> as well as names.

| | | | |
|---|---|---|---|
| Auto Mileage at $.505 per mile | 5 | | $ 2.525 |
| Date of trip: | 5-14-08 | 0 | |
| Destination(s): | 4th Avenue Jail | 0 | |
| Purpose: | Obtain a signed declaration from pretrial detainee Isaac Popoca | 0 | |
| Charge To: | 99999.624, Pro bono, Hart | 0 | |
| | | 0 | |
| Parking (no receipts for charges under $3.00) | 4th Avenue Jail | | $1.00 |
| Date(s) | 5-14-08 | 0 | |
| Purpose: | Obtain a signed declaration from pretrial detainee Isaac Popoca | 0 | |
| Charge To: | 99999.624, Pro bono, Hart | 0 | |
| | | 0 | |
| | **Total** | | **$   3.53** |

    I certify that the above is the correct amount due me for
travel and/or entertainment expenses, that no personal expenses
are included, and that the supporting statements are true,
correct and complete.

_Lindsey for Tricia 5/27_
Signature of Claimant           Date

____ Please initial if check is to be made payable to American
Express.

*Information relating to same trip may be aggregated if
individual receipts are attached.

    I have verified that supporting receipts are attached for
all the above unless not required.

Date: _5/27/08_

_K. Bush_
Bookkeeper                          Revised 1/4/02

003885

$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$
$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$

<u>CHECK REQUEST</u>
<u>APPROVAL REQUIRED - $350.00 AND ABOVE</u>

Date Request Submitted:  May 28, 2008 2:01 PM

Attorney:      Debbie Hill
Secretary:     Debra Huss (deliver check directly to Tricia Sherrill)


Date Needed:    5/28/08                    Hold for Pickup: ☒
Time Needed:    3:00 pm            Return Via Office Mail: ☐
Amount:         $531.25           Return Via Dumbwaiter: ☐
                                              Mail It: ☐
                              Mail With Attachment: ☐
PAYABLE TO:     Laurie Adams/L and D Reporting, Inc. (Tax ID 86-0808117)


CHARGE TO:

Client Name:    99999.624
Client Number:  Graves v. Arpaio


Description of Disbursements:

Hearing Transcript of 5/19/08 hearing before Judge Wake        ok to pay:

                                                              x Debbie Hill

## Busk, Kathy

**From:** Huss, Debra
**Sent:** Wednesday, May 28, 2008 1:59 PM
**To:** Busk, Kathy
**Subject:** FW: Graves v. Arpaio

Here's the backup for a check request I'll be sending shortly.

**From:** Sherrill, Tricia
**Sent:** Wednesday, May 28, 2008 1:44 PM
**To:** Huss, Debra
**Subject:** FW: Graves v. Arpaio

Debra, in Lindsay's absence, would you mind preparing a check request for the below - case no. 99999.624.  If you need additional information, please let me know.  Debbie can sign the request.

Either I or a messenger can run the check down - whichever is cheapest.  Thanks very much.

**From:** Laurie_Adams@azd.uscourts.gov [mailto:Laurie_Adams@azd.uscourts.gov]
**Sent:** Wednesday, May 28, 2008 1:40 PM
**To:** Sherrill, Tricia
**Subject:** Graves v. Arpaio

I will be preparing the transcript from the hearing on 5/19/08 before Judge Wake.
I noted you would like the transcript e-mailed.  Please send a check to me in the amount of $531.25.
At the time the transcript is completed, I can then e-mail it to you provided that I have payment.
I will also attach an invoice for your records at that time.
Please make check payable to me:
Laurie Adams/L and D Reporting, Inc.
Tax ID 86-0808117
You can have it delivered to us at 401 W. Washington, Suite 312 (Court Reporters Offices)

If you have any questions, don't hesitate to contact me.

Thank you.

Laurie Adams
Official Court Reporter
602-322-7256

05/28/2008


**Document Solutions**

MPAC Document Solutions
2909 N Central Avenue
Suite 210
Phoenix, AZ 85012-2741

(602)241-1530

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 06/04/2008 | 16806 |

**BILL TO**

Osborn Maledon PA
2929 N. Central Ave.
Suite 2100
Phoenix, AZ 85012-2794

| Client/Matter | Ordered By | Sales Rep |
|---------------|------------|-----------|
| 99999-0624 | Tricia Sherrill | FT |

| Activity | Amount |
|----------|--------|
| • Convert Images to tiff for printing, 6,368 @ $0.02 | 127.36T |
| • 2/3-Hole Drill/Punch Documents, 6,368 @ $0.01 | 63.68T |
| • Blowbacks / Prints with color slip sheets., 6,368 @ $0.07 | 445.76T |

APPROVED FOR PAYMENT.
Client #: _99999.624_
Date: _6-4-08_
By: _DAHill_

REC'D OSBORN MALEDON P A

JUN 0 6 2008

PAYMENT TERMS: Due On Receipt

REMITTANCE ADDRESS:
P.O. Box 16006
Phoenix, AZ 85011
EIN: 06-1769834

| | |
|---|---|
| **SUBTOTAL** | $636.80 |
| **TAX (8.3%)** | $52.85 |
| **TOTAL** | **$689.65** |

(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

INVOICE NO:   02008066

| Debra A. Hill | MAKE CHECKS PAYABLE TO: |
|---|---|
| Osborn Maledon | Laurie Adams, RMR, CRR |
| 2929 N. Central Avenue | Certified Realtime Reporter |
| Suite 2100 | Sandra Day O'Connor Courthouse |
| Phoenix, AZ 85012 | 401 W. Washington St., SPC-43 |
| | Phoenix, AZ 85003-2151 |

Phone:

Phone:   (602) 322-7256
FAX       (602) 322-7289

laurie_adams@azd.uscourts.gov

| ☐ CRIMINAL   ☒ CIVIL | DATE ORDERED: 05-23-2008 | DATE DELIVERED: 06-09-2008 |
|---|---|---|

**Case Style:** CV 77-479, Graves v Arpaio
REPORTER'S TRANSCRIPT OF PROCEEDINGS  dated  5/19/08,  131 pgs;  5/22/08,
30 pgs,  14-day expedite

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | 161 | 4.25 | 684.25 | | 0.90 | | | 0.60 | | 684.25 |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 1.20 | | | | | |

| Misc. Desc. | | MISC. CHARGES: | |
|---|---|---|---|
| | | TOTAL: | 684.25 |

**APPROVED FOR PAYMENT.**

Client #: 99999.624

Date: 6/10/08

By: DAH

| | | |
|---|---|---|
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| REC'D OSBORN MALEDON P.A. | TAX (If Applicable): | |
| JUN 1 0 2008 | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |

| Date Paid: 06-09-2008     Amt: $531.25 | TOTAL DUE: | $153.00 |
|---|---|---|

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | DATE 06-09-2008 |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*

204199

# R  INVESTIGATIONS

136 W. Main Street, Suite 102
Mesa, AZ 85201
Ph – 480/726-3961 FX- 480/962-1513
AZDPS# 1003003

REC'D OSBORN MALEDON P.A.

JUN 2 7 2008



# Invoice

| Date | Invoice # | Due Date |
|------|-----------|----------|
| 6/15/2008 | 3724 | 7/17/2008 |

**Bill To**

Deb Hill
Osborn Maledon
PO Box 36379
Phoenix, AZ  85067-6379

| Inquiry Regarding |
|-------------------|
| Hart vs Arpaio (Hill)  (6816) |

| Date | Services / Expenses | Hours/Qty | Amount |
|------|---------------------|-----------|--------|
| 06/11/08 | Confer with Larry about investigating jail canteen; write memo re inmate's nutrition issues | 0.4 | 36.00 |
| 06/15/08 | Obtain copies of MCSO canteen supplies contracts; review and e-mail findings and copies to Larry Hammond and Deb Hill | 2 | 180.00 |

**APPROVED FOR PAYMENT.**
Client #: 99999.634
Date: 6-27-08
By:   D. Hill

REC'D OSBORN MALEDON P.A.

JUN 2 7 2008

Thank you for your business.

| | |
|---|---|
| Invoice Total | $216.00 |
| Retainer/Payment Applied | $0.00 |
| Balance | $216.00 |

| Tax ID # 86-1004649 | **Amount Due** | **$216.00** |
|---|---|---|

# POLITA LLC

DBA Cranberry Hills
3003 N Central Ave Suite 118
Phoenix, AZ 85012
(602) 230-2030

# Invoice

Number: **5383b**

Date: **June 19, 2008**

**Bill To:**

OSBORN MALADON
2929 N CENTRAL AVE
SUITE 2100
PHOENIX, AZ 85012

| Description | Amount |
|---|---|
| lunch 6/16/8 del 283 valerie | 20.85 |

RFC'D OSBORN MALEDON P A

JUN 19



## Cranberry Hills

3003 N Central Ave # 118
Phoenix, AZ 85012
(602) 230-2030
Fax (602) 230-2233

12 04:36 PM  6/16/20080 - 100/Gr
Delivery 283  Guests -

| | | |
|---|---|---|
| 1 | 8/Vermont Chick | $6.50 |
| 1 | 7/Grilled Chicke | $6.50 |
| 1 | 5/ Veggie | $6.25 |
| 1 | A C C O U N T | $0.00 |

Subtotal $19.25
Sales Tax $1.60
**Total Due $20.85**

Be sure to join our
V/P program, its free

| $769.77 | $0.00 | $0.00 | $0.00 | $769.77 |
|---|---|---|---|---|

**Duncan, Anna**

| | |
|---|---|
| **From:** | McClain, Karen |
| **Sent:** | Monday, June 16, 2008 12:03 PM |
| **To:** | DelRae, Rebecca; Duncan, Anna |
| **Subject:** | lunch delivery from Cranberry Hills |

I just ordered 3 items from Cranberry for delivery, and charged it to the firm account.
It should be charged to 99999.624 (Hart case).
It is for Sharad Desai, who is in 20B, with summer associate Veronika Ulicna, and Jackie
Lombardo, who is a clerk from the ACLU.  They are doing document review.
I should be around.  Just call me if you need me to take it down when it arrives.
Thanks.

Karen

Contact: _Karen McClain_

# CATERING REQUEST

Date: _6/16/08_      Delivery Time: _12:15_

\# of Diners: _3_      Location: _20 B_

Attendees: _SHO, Veronika Ulicna, Jackie Lombardo_

Attorney: _SHO/DAH_      Billing No. _99999.624_

Order:
- [ ] Breakfast    Menu: _Individual Orders_
- [ ] Lunch
- [x] Vegetarian

Caterer: _Cranberry Hills_      Phone: _230-2030_

---

### _For Catering Dept. Use Only_:

Date Ordered: _6/16/08_      Placed order with: _Stuart_

Fax or Phone: _____

- [ ] Bill to Corporate Account
- [ ] COD; amount needed for check: $ _____

**NOTES:** _See attached_

2021721\v1



MPAC Document Solutions
2909 N Central Avenue
Suite 210
Phoenix, AZ  85012-2741

(602)241-1530

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 06/17/2008 | 16912 |

**APPROVED FOR PAYMENT.**

Client #: _99999.624_

Date: _6-18-08_

By: _DAH_

**BILL TO**

Osborn Maledon PA
2929 N. Central Ave.
Suite 2100
Phoenix, AZ  85012-2794

| Client/Matter | Ordered By | Sales Rep |
|---------------|------------|-----------|
| 99999-624 | Karen McClain | FT |

| Activity | Amount |
|----------|--------|
| • Blowbacks / Prints - Manually print pdf's on cd., 12,626 @ $0.08 | 1,010.08T |
| • Oversize Copy Work / Total Square Feet, 36 @ $0.79 | 28.44T |
| • Color Imaging Blowbacks / Prints, 1 @ $0.79 | 0.79T |

REC'D OSBORN MALEDON P.A

JUN 2 0 2008

PAYMENT TERMS: Due On Receipt

REMITTANCE ADDRESS:
P.O. Box 16006
Phoenix, AZ  85011
EIN: 06-1769834

| | |
|---|---|
| **SUBTOTAL** | $1,039.31 |
| **TAX (8.3%)** | $86.26 |
| **TOTAL** | **$1,125.57** |

204389

# POLITA LLC

DBA Cranberry Hills
3003 N Central Ave Suite 118
Phoenix, AZ 85012
(602) 230-2030

**Bill To:**

OSBORN MALADON
2929 N CENTRAL AVE
SUITE 2100
PHOENIX, AZ 85012

# Invoice

Number:  **10008**

Date:    **June 26, 2008**

| Description | Amount |
|---|---|
| | 1 |
| lunch 6/19/8 del 476 Karen | 39.91 |

RECD OSBORN MALEDON P.A.

JUL 0 3 2008



**Cranberry Hills**

3003 N Central Ave # 118
Phoenix, AZ 85012
(602) 230-2030
Fax (602) 230-2253

12:17:23 PM  6/19/20080 - 1122Ca
Delivery 476  Guests

| 1 | A C C O U N T | $0.00 |
| 1 | 7/Grilled Chicke | $6.50 |
| 1 | 45/Half Indian S | $4.85 |
| 3 | 5/ Veggie | $18.75 |
| 1 | 15/Turkey Club | $6.75 |

| Subtotal | $36.85 |
| Sales Tax | $3.06 |
| **Total Due** | **$39.91** |

Be sure to join our
VIP program, its free

$207.10

| 0 - 30 days | 31 - 60 days | 61 - 90 days | > 90 days | Total |
|---|---|---|---|---|
| $207.10 | $0.00 | $0.00 | $0.00 | $207.10 |

204721

**Duncan, Anna**

**From:**  McClain, Karen

**Sent:**  Monday, June 16, 2008 12:03 PM

**To:**  DelRae, Rebecca; Duncan, Anna

**Subject:** lunch delivery from Cranberry Hills

I just ordered 3 items from Cranberry for delivery, and charged it to the firm account.
It should be charged to 99999.624 (Hart case).
It is for Sharad Desai, who is in 20B, with summer associate Veronika Ulicna, and Jackie
Lombardo, who is a clerk from the ACLU.  They are doing document review.
I should be around.  Just call me if you need me to take it down when it arrives.
Thanks.

Karen

Contact:    **Karen McClain**

# CATERING REQUEST

Date:    **6/19/08**                          Delivery Time:  **11:15**

# of Diners:    **6  3**                        Location:  **20B**

Attendees:    **Document Review for DAH (SHD, Veronika Ulicna, Jackie Lombardo)**

Attorney:    **DAH**                          Billing No.  **99999.624**

Order:    ☐ Breakfast    Menu:  **Individual Orders**

☒ Lunch

☒ Vegetarian

Caterer:    **Cranberry Hills**                    Phone:  **230-2030**

---

*For Catering Dept. Use Only:*

Date Ordered:    **6/19/08**                    Placed order with:  **Lena**

Fax or Phone:

☒ Bill to Corporate Account

☐ COD; amount needed for check:  $

**NOTES:  See Attached**

2021721v1


**mpac**
**Document Solutions**

MPAC Document Solutions
2909 N Central Avenue
Suite 210
Phoenix, AZ 85012-2741

(602)241-1530

# Invoice

| DATE | INVOICE # |
|---|---|
| 06/23/2008 | 16972 |

**APPROVED FOR PAYMENT.**
Client #: _99999.624_
Date: _6-23-08_
By: _DAT_

| BILL TO |
|---|
| Osborn Maledon PA<br>2929 N. Central Ave.<br>Suite 2100<br>Phoenix, AZ 85012-2794 |

| Client/Matter | Ordered By | Sales Rep |
|---|---|---|
| 99999-624 | Karen McClain | FT |

| Activity | Amount |
|---|---|
| • Blowbacks / Prints, 1,743 @ $0.06 | 104.58T |

REC'D OSBORN MALEDON P.A.

JUN 2 6 2008

PAYMENT TERMS: Due On Receipt

REMITTANCE ADDRESS:
P.O. Box 16006
Phoenix, AZ 85011
EIN: 06-1769834

| | |
|---|---|
| **SUBTOTAL** | $104.58 |
| **TAX (8.3%)** | $8.68 |
| **TOTAL** | **$113.26** |

$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$
$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$

### CHECK REQUEST
### APPROVAL REQUIRED - $350.00 AND ABOVE

Date Request Submitted:  June 24, 2008 10:54 AM

Attorney:      Debbie Hill
Secretary:     Lindsay for Tricia Sherrill


Date Needed:   6/24/08                                      Hold for Pickup:  ☐
Time Needed:   As soon as possible - return to Tricia Sherrill    Return Via Office Mail:  ☐
Amount:        $72.60                                 Return Via Dumbwaiter:  ☐
                                                           Mail It:  ☐
                                              Mail With Attachment:  ☐

PAYABLE TO:     court reporter Laurie Adams

CHARGE TO:

Client Name:     Hart v. Arpaio, 99999.624
Client Number:

Description of Disbursements:

transcript of 6-19-08 conference with Judge Wake

Check Request.dot
08/18/2006

204473

# DUCK and DECANTER®

651 E. Camelback
Phoenix, AZ 85016
**(602) 274-5429**
FAX (602) 274-5672

3111 N. Central Ave.
Phoenix, AZ 85012
**(602) 234-3656**
FAX (602) 234-1338

1 N. Central Ave.
Phoenix, AZ 85004
**(602) 266-6637**
FAX (602) 253-4351

www.duckanddecanter.com

PO #
Approved by

## INVOICE N° 191652

| NAME | | PHONE | | DATE |
| --- | --- | --- | --- | --- |
| COMPANY Osborn Maledon | | | | |
| ADDRESS ADD CV | | | SUITE # | |
| CITY ADD CV | | | FAX# | |
| CARDHOLDER NAME | | CARDHOLDER ADDRESS | | |

SOLD BY   DEL. BK   M.O.P.   ☐ MC ☐ VISA ☐ AMX ☐ DINERS ☐ DISCOVER   EXP

REC'D OSBORN MALEDON P.A.
JUL 0 9 2008

| QTY. | DESCRIPTION | PRICE | AMOUNT | QTY. | DESCRIPTION | PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | nocnon | 6.75 | 6.75 | | | | |
| 1 | | | | | | | |
| 1 | lu | 3.75 | | | | | |

Celebrating 35 years

| | | |
| --- | --- | --- |
| SUB TOT | 20 | 95 |
| TAX | 1 | 74 |
| DEPOSIT | | |
| DEL/UPS | | |
| PLEASE PAY | 22 | 69 |
| CASH | | |
| CARD | | |
| CHECK | | |
| CHANGE | | |

RUNG UP ☐ CA ☐
PU/DEL/UPS TO:
CONTACT:                          PHONE
ADDRESS:

RECEIVED BY: J. Hennessy

DAY:        TIME:        DELIVERED BY:        AT:        AM PM

client

204724

Contact: _Karen McClain_

# CATERING REQUEST

Date: _6/28/08_          Delivery Time: _11:30_

# of Diners: _5_          Location: _20 A_

Attendees: _DAH, Dr. Wilcox_

Attorney: _DAH_          Billing No. _99999.624_

Order:  ☐ Breakfast   Menu: _Individual Orders_
        ☑ Lunch
        ☐ Vegetarian

Caterer: _Duck on Camelback_          Phone: _2745429_

---

*For Catering Dept. Use Only:*

Date Ordered: _6/28/08_          Placed order with: _____

☑ Bill to Corporate Account          Fax or Phone: _____

☐ COD; amount needed for check:  $ _____

NOTES: _____

2021721v1

**DUCK and DECANTER®**

| 1651 E. Camelback | 3111 N. Central Ave | 1 N. Central Ave |
|---|---|---|
| Phoenix, AZ 85016 | Phoenix, AZ 85012 | Phoenix, AZ 85004 |
| **(602) 274-5429** | **(602) 234-3656** | **(602) 266-6637** |
| FAX (602) 274-3672 | FAX (602) 234-1338 | FAX (602) 253-4351 |

www.duckanddecanter.com

PO # _____
Approved by _____

**INVOICE № 191651**

NAME Jose Hernandez     PHONE     DATE June 8

COMPANY Osborn Maledon

ADDRESS 2739 N. Central     SUITE #

CITY     ZIP     FAX #

CARDHOLDER NAME     CARDHOLDER ADDRESS

SOLD BY OSB010   DEL BK   M.O.P.   ☐ MC ☐ VISA ☐ AMX ☐ DINERS ☐ DISCOVER   EXP.

| QTY | DESCRIPTION | PRICE | AMOUNT | QTY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 3 | rooner | 7.50 | 22.50 | | | | |
| 1 | " | 8.25 | 8.25 | | | | |
| 1 | " | 7.25 | 7.25 | | | | |
| 1 | " | | | | | | |
| 1 | Chili | 3.89 | | | | | |
| 1 | Side | 1.49 | | | | | |
| 1 | Side | 2.99 | | | | | |
| 6 | " | .89 | 5.34 | | | | |
| 1 | tea | 1.75 | | | | | |

7 rooner

REC'D OSBORN MALEDON P.A.

JUL 0 9 2008

99999.634
client $    9.79

Sat lunch    $ 70

Sat. Lunches
S/S ✓



## SATURDAY LUNCH                    DATE 6/28/08

RESTAURANT: Duck & Decanter

PHONE: 271-5434

*ORDER WILL BE PLACED @ 10:00 AND LUNCHES WILL*
*BE DELIVERED TO THE KITCHEN AROUND 11:30*

### PLEASE PRINT CLEARLY. THANK YOU!

| NAME & EXT # | ORDER |
|---|---|
| JBM 936? | ALBACORE TUNA ON CIABATTA w/ TOMATO, CUCUMBER, ALFSPROUTS + CHEF'S SALAD w/ BLUE CHEESE DRESSING |
| DAH 9325 | Albacore tuna salad w/2 rice vinegars, large ice tea |
| LAH 9306 | chili large, chips cookie |
| MSC 9212 | Geroa? w side of cottage cheese |
| JJC | Ducklin on wheat + Chicken Salad sand on |
|  | wheat (lettuce tomato), chips, 2 C.C. Cookies |
| Jose | TWT, small chili, Coke |
|  | 7 's Lunches |
|  | 1 lg chili |
|  | 1 sm. chili |
|  | 1 side |
|  | 3 cookies |
|  | 2 chips |
|  | 1 drink |
|  |  |
|  |  |

check
large
order
invoice

DAH

Duck and Decanter
3111 N Central Ave

## DUNCAN, ANNA

| | Verify Receipt Total | |
|---|---|---|
| | 07/08/2008 | |
| **Cost Ea.** | **Qty** | **Total** |
| 7.50 | 1 | 7.50 |
| 6.25 | 1 | 6.25 |
| 2.99 | 2 | 5.98 |
| | | 0.00 |
| | | 0.00 |
| | | 0.00 |
| | | 0.00 |
| | | 0.00 |
| | | 0.00 |
| | | 0.00 |
| | **Sub Total** | 19.73 |
| | **Tax** | 1.64 |
| | **Delivery** | 5.00 |
| | **Grand Total** | **$26.37** |

Host: Term1                          07/08/2008        *B*
DUNCAN, ANNA                         10:03 AM
REPRINT# 1                           10004
Order Type: Delivery

urkey Salad                          7.50
h Salad                              6.25
up O Day (2 @2.99)                   5.98
ery Fee                              5.00

otal                                 24.73
                                     1.64

Delivery Total                       26.37

(DUCKCHRG) #OSB010                   26.37

Tip      :_____

TOTAL    :_____

                      TOTAL  :  26.37      . *dev*

SIGNATURE :_____    _____

st# 397 DUNCAN

REC'D OSBORN MALEDON P A

JUL 8 2008

*client*

*204732*

Contact: **Karen McClain**

# CATERING REQUEST

Date: **7/8/08**                    Delivery Time: **11:00-11:15**

# of Diners: **2**                  Location: **20 West**

Attendees: **DAH, Jim Aiken**

Attorney: **DAH**                   Billing No. **99999.624**

Order:  ☐ Breakfast   Menu: **Soup and Salad**
        ☒ Lunch
        ☐ Vegetarian

Caterer: **Duck on Earll**          Phone: **234-3656**

---

*For Catering Dept. Use Only:*

Date Ordered: **7/8/08**            Placed order with: **Dave**

                                    Fax or Phone:

☒ Bill to Corporate Account

☐ COD; amount needed for check: $

**NOTES:** **See attached.**

2021721v1

**Duncan, Anna**

| | |
|---|---|
| **From:** | McClain, Karen |
| **Sent:** | Tuesday, July 08, 2008 8:02 AM |
| **To:** | Duncan, Anna |
| **Cc:** | DelRae, Rebecca |
| **Subject:** | lunch order requested for today |
| **Importance:** | High |

Hi, Anna. Debbie Hill would like lunch ordered for herself and Jim Aiken, who is our expert in a case in town for his deposition. The deposition is outside the office, but they will come back here to eat lunch. We have booked 20 West. In case they break early for lunch, can we perhaps have it there at 11:30 to be on the safe side. She said Jim is not a big eater. She requested 2 soups and they could split 1 salad (maybe chicken?). I suspect splitting 1 salad might be a hassle. If so, just order 2 salads. The soups do not need to be the same. She said neither is a picky eater. Just use your discretion re what soups and
salad(s) to order. This is for the Hart case, 99999.624.

If you need any more information, please let me know. Thanks!

# POLITA LLC

DBA Cranberry Hills
3003 N Central Ave Suite 118
Phoenix, AZ 85012
(602) 230-2030

# Invoice

Number: **7488**

Date:    **July 17, 2008**

**Bill To:**

OSBORN MALADON
2929 N CENTRAL AVE
SUITE 2100
PHOENIX, AZ 85012

| Description | Amount |
|---|---|
| lunch 7/10/8 del 356 valerie | 23.72 |

REC'D OSBORN MALEDON P.A.

JUL 2 x 2008



**Cranberry Hills**

3003 N Central Ave # 118
Phoenix, AZ 85012
(602) 230 2030
Fax (602) 230-2233

11:48:29 AM 7/10/20080 - 1006.Ju
Delivery 356  Guests -

| 2 | 46/Orchard Salad | $13.00 |
| 1 | 45/Indian Salad | $6.50 |
| 3 | Cookies | $2.40 |
| 1 | A C C O U N T | $0.00 |

| Subtotal | $21.90 |
| Sales Tax | $1.82 |
| Total Due | **$23.72** |

Be sure to join our
VIP program. its fre

Contact: _____

# CATERING REQUEST

Date: 7/10/08 — 12:00          Delivery Time: 7/10/08

# of Diners: 3          Location: 20 West

Attendees: Peggy Winters, Dr. Stuart + DMN
                            Pete Stewart

Attorney: DMN          Billing No. 99999. 004

Order: ☐ Breakfast   Menu: 2 orchard salad
          ☒ Lunch               1 Indian    "
          ☐ Vegetarian

Caterer: Cranberry          Phone: 230 3030

---

*For Catering Dept. Use Only:*

Date Ordered: _____          Placed order with: Stuart

                                        Fax or Phone: _____

☒ Bill to Corporate Account

☐ COD; amount needed for check: $ _____

NOTES: _____
_____
_____
_____
_____
_____

2021721v1

**POLITA LLC**

DBA Cranberry Hills
3003 N Central Ave Suite 118
Phoenix, AZ 85012
(602) 230-2030

# Invoice

Number:   7488

Date:   **July 17, 2008**

**Bill To:**

OSBORN MALADON
2929 N CENTRAL AVE
SUITE 2100
PHOENIX, AZ 85012

| Description | Amount |
|---|---|
| lunch 7/15/8 del o4 karen | 7.04 |

REC'D OSBORN MALEDON P.A.

JUL  2  2008



**Cranberry Hills**

3003 N Central Ave # 118
Phoenix, AZ 85012
(602) 230-2030
Fax (602) 230-2233

12:16:17 PM  7/15/20080 - 1015Ju
Delivery 64   Guests -

| 1 | A C C O U N T | $0.00 |
| 1 | 48/Orchard Salad | $6.50 |
| | Subtotal | $6.50 |
| | Sales Tax | $0.54 |
| | **Total Due** | **$7.04** |

*Be sure to join our
VIP program, its free*

| 0 - 30 | 31 - 60 days | 61 - 90 days | > 90 days | Total |
|---|---|---|---|---|
| $822.45 | $0.00 | $0.00 | $0.00 | $822.45 |

Contact: __**Karen McClain**__

# CATERING REQUEST

Date: __**7/15/08**__                    Delivery Time: __**11:30**__

# of Diners: __**1**__                    Location: __**20 West**__

Attendees: __**Peggy Winter**__

Attorney: __**DAH**__                    Billing No. __**99999.624**__

Order: ☐ Breakfast     Menu: __**Orchard Salad**__

☒ Lunch

☐ Vegetarian

Caterer: __Cranberry Hills__                    Phone: __**230-2030**__

---

*For Catering Dept. Use Only:*

Date Ordered: __**7/15/08**__                    Placed order with: __**Stuart**__

Fax or Phone: _____

☒ Bill to Corporate Account

☐ COD; amount needed for check:  $_____

**NOTES:** __see attached__

2021721v1

**Duncan, Anna**

| | |
|---|---|
| **From:** | McClain, Karen |
| **Sent:** | Monday, July 21, 2008 12:54 PM |
| **To:** | Duncan, Anna |
| **Subject:** | Thursday's lunch order |

Sorry.  Should have copied you on Thursday.

---

**From:** Foster, Valerie
**Sent:** Thursday, July 17, 2008 12:53 PM
**To:** McClain, Karen
**Subject:** RE: lunch order

It just arrived.

---

**From:** McClain, Karen
**Sent:** Thursday, July 17, 2008 12:53 PM
**To:** Receptionists
**Subject:** lunch order

Just ordered a salad from Cranberry Hills charged to the OM account for Peggy Winter, visiting co-counsel from DC.  Should be delivered in about 30 minutes.  Should be charged to Hart, 99999.624.  Just let me know when it arrives and I will come get it. Thanks.

# R INVESTIGATIONS

136 W. Main Street, Suite 102
Mesa, AZ 85201
Ph – 480/726-3961 FX– 480/962-1513
AZDPS# 1003003



REC'D OSBORN MALEDON

JUL 2 5 2008

# Invoice

<table>
<tr><td>Date</td><td>Invoice #</td><td>Due Date</td></tr>
<tr><td>7/15/2008</td><td>3752</td><td>8/17/2008</td></tr>
</table>

| Bill To |
| --- |
| Deb Hill<br>Osborn Maledon<br>PO Box 36379<br>Phoenix, AZ  85067-6379 |

| Inquiry Regarding |
| --- |
| Hart vs Arpaio (Hill)  (6816) |

| Date | Services / Expenses | Hours/Qty | Amount |
| --- | --- | --- | --- |
| 06/15/08 | Obtain copies of MCSO canteen supplies contracts; review and email findings and copies to Larry Hammond and Deb Hill | 2 | 180.00 |
| 07/15/08 | Email from Karen McClain with request to locate former inmate Jorge Giatano; begin research; email preliminary findings to Deb Hill | 0.7 | 63.00 |
| | Database fees | | 32.50 |

**APPROVED FOR PAYMENT.**
Client #: 99999.624
Date: 7-28-08
By: 2 Art

REC'D OSBORN MALEDON P.A

AUG 0 5 2008

Thank you for your business.

| | |
| --- | --- |
| Invoice Total | $275.50 |
| Retainer/Payment Applied | $0.00 |
| Balance | $275.50 |

| Tax ID # 86-1004649 | **Amount Due** | **$275.50** |

= 05173

# POLITA LLC

DBA Cranberry Hills
3003 N Central Ave Suite 118
Phoenix, AZ 85012
(602) 230-2030

## Invoice

Number: **7500**

Date: **July 24, 2008**

**Bill To:**

OSBORN MALADON
2929 N CENTRAL AVE
SUITE 2100
PHOENIX, AZ 85012

| Description | Amount |
|---|---|
| lunch 7/17/8 del 204 karen | 7.04 |

REC'D OSBORN MALEDON P A

JUL 2 5 2008



**Cranberry Hills**

3003 N Central Ave # 118
Phoenix, AZ 85012
(602) 230-2030
Fax (602) 230-2233

12.41.41 PM 7/17/20080 - 1001.lu
Delivery 204  Guests

1  45/Indian Salad      $6.50
1 A C C O U N T         $0.00

Subtotal                $6.50
Sales Tax               $0.54
**Total Due             $7.04**

Be sure to join our
VIP program. Its free

$196.45

205007

Contact:   **Karen McClain**

# CATERING REQUEST

Date:   **7/17/08**                              Delivery Time:   **11:30**

# of Diners:   **1**                              Location:   **20 West**

Attendees:   **Peggy Winter**

Attorney:   **DAH**                              Billing No.   **99999.624**

Order:   ☐ Breakfast   Menu:   **Indian Salad**

☒ Lunch

☐ Vegetarian

Caterer:   **Cranberry Hills**                              Phone:   **230-2030**

---

*For Catering Dept. Use Only:*

Date Ordered:   **7/17/08**                              Placed order with:   **Stuart**

Fax or Phone:

☒ Bill to Corporate Account

☐ COD; amount needed for check:   $

**NOTES:**   **see attached**

2021721v1

**Duncan, Anna**

**From:**   McClain, Karen
**Sent:**   Monday, July 21, 2008 12:54 PM
**To:**   Duncan, Anna
**Subject:** Thursday's lunch order

Sorry.  Should have copied you on Thursday.

**From:** Foster, Valerie
**Sent:** Thursday, July 17, 2008 12:53 PM
**To:** McClain, Karen
**Subject:** RE: lunch order

It just arrived.

**From:** McClain, Karen
**Sent:** Thursday, July 17, 2008 12:53 PM
**To:** Receptionists
**Subject:** lunch order

Just ordered a salad from Cranberry Hills charged to the OM account for Peggy Winter, visiting co-counsel from DC.  Should be delivered in about 30 minutes.  Should be charged to Hart, 99999.624.  Just let me know when it arrives and I will come get it. Thanks.

7/21/2008

# POLITA LLC

DBA Cranberry Hills
3003 N Central Ave Suite 118
Phoenix, AZ 85012
(602) 230-2030

## Invoice

Number: **7500**

Date: **July 24, 2008**

**Bill To:**

OSBORN MALEDON
2929 N CENTRAL AVE
SUITE 2100
PHOENIX, AZ 85012

| Description | Amount |
|---|---|
| lunch 7/16/8 del 242 karen | 7.04 |

REC'D OSBORN MALEDON P.A.

JUL 2 4 2008

Peggy Winter
DAH

IVFR

$196.45



Cranberry Hills

3003 N Central Ave # 118
Phoenix, AZ 85012
(602) 230-2030
Fax (602) 230-2233

10 25.44 AM 7/16/20080 - 1007.lu
Delivery 242  Guests -

| | | |
|---|---|---|
| 1 | 45/Indian Salad | $6.50 |
| 1 | A C C O U N T | $0.00 |

Subtotal          $6.50
Sales Tax         $0.54
**Total Due    $7.04**

Be sure to join our
VIP program. its free

0 -                                        > 90 days                Total

$7.04         $0.00          $0.00          $0.00          $7.04

204008

Contact: __Karen McClain__

# CATERING REQUEST

Date: __7/18/08__                     Delivery Time: __11:30__

\# of Diners: __1__                     Location: __20 West__

Attendees: __Peggy Winter__

Attorney: __DAH__                     Billing No. __99999.624__

Order: ☐ Breakfast      Menu: __Indian Salad__

☒ Lunch

☐ Vegetarian

Caterer: __Cranberry Hills__                     Phone: __230-2030__

---

*For Catering Dept. Use Only:*

Date Ordered: __7/18/08__                     Placed order with: __Stuart__

Fax or Phone: _____

☒ Bill to Corporate Account

☐ COD; amount needed for check: $ _____

NOTES: __see attached__

2021721v1

## Duncan, Anna

**From:** McClain, Karen
**Sent:** Monday, July 21, 2008 1:10 PM
**To:** Duncan, Anna
**Subject:** RE: Thursday's lunch order

In the event I screwed up again on Friday, same thing happened on Friday. Ordered lunch for same person on same case.

**From:** Duncan, Anna
**Sent:** Monday, July 21, 2008 1:01 PM
**To:** McClain, Karen
**Subject:** RE: Thursday's lunch order

No problem, but I'm the one who has to hand in the receipts to Accounting and they will ask for this info. Thanks.

**From:** McClain, Karen
**Sent:** Monday, July 21, 2008 12:54 PM
**To:** Duncan, Anna
**Subject:** Thursday's lunch order

Sorry. Should have copied you on Thursday.

**From:** Foster, Valerie
**Sent:** Thursday, July 17, 2008 12:53 PM
**To:** McClain, Karen
**Subject:** RE: lunch order

It just arrived.

**From:** McClain, Karen
**Sent:** Thursday, July 17, 2008 12:53 PM
**To:** Receptionists
**Subject:** lunch order

Just ordered a salad from Cranberry Hills charged to the OM account for Peggy Winter, visiting co-counsel from DC. Should be delivered in about 30 minutes. Should be charged to Hart, 99999.624. Just let me know when it arrives and I will come get it. Thanks.