*Tricia S*



**Document Solutions**

MPAC Document Solutions
2909 N Central Avenue
Suite 210
Phoenix, AZ 85012-2741

(602)241-1530

## Invoice

| DATE | INVOICE # |
|------|-----------|
| 07/25/2008 | 17217 |

**BILL TO**

Osborn Maledon PA
2929 N. Central Ave.
Suite 2100
Phoenix, AZ 85012-2794

| Client/Matter | Ordered By | Sales Rep |
|---------------|------------|-----------|
| 99999-0624 | Tricia | FT |

| Activity | Amount |
|----------|--------|
| • Oversize Copy Work / Total Square Feet, 75 @ $0.79 | 59.25T |

*OK to pass,*
*Tricia Sherrill*

REC'D OSBORN MALEDON PA

JUL _ _ 2008

PAYMENT TERMS: Due On Receipt

REMITTANCE ADDRESS:
P.O. Box 16006
Phoenix, AZ 85011
EIN: 06-1769834

| | |
|---|---|
| **SUBTOTAL** | $59.25 |
| **TAX (8.3%)** | $4.92 |
| **TOTAL** | $64.17 |

205081

**.om:** Hill, Debbie
**Sent:** Monday, July 14, 2008 8:23 PM
**To:** 'Stephen Clark'
**Cc:** Hill, Debbie; McClain, Karen
**Subject:** Jart  *HART  99999.624*

Thanks, Stephen.  I will get this paid.  Karen, will you print this out and give it to me to OK.  Stephen, did you hear from Adam yet?  I think tomorrow or Wednesday was the date by which Adam siad they would determine if they needed Dr. Wilcox to attend the trial.  I think ou are exactly correct in regards to your position.  I don't think that the judge will order Wilcox to appear under the circumstances.  We will see.  Thanks again.

Debbie
-----Original Message-----        *7/16/08 –*
**From:** Stephen Clark [mailto:SClark@joneswaldo.com]  *Sent e mail requesting w-9*
**Sent:** Monday, July 07, 2008 11:20 AM
**To:** Hill, Debbie
**Subject:**

Debbie, I hope this email finds you well.  Below please find excerpts from my credit card statement for expenses incurred for my trip to Phoenix for Dr. Wilcox's deposition in this matter.  I apologize that the costs include a change to my airline ticket and an extra night's stay, but both were necessitated by the unanticipated duration of the deposition.  Please let me know if you have any questions, otherwise I would appreciate your facilitating prompt payment in the total amount of $1,059.12.  Best regards, Stephen

| | |
|---|---|
| 06/19/08 06/19 IAN Travel Services 800-394-1454 TX (First Night's Hotel and Meal) | $298.66 |
| 06/18/08 06/18 DELTA 00623479422834 ATLANTA GA (Original airfare) | $317.00 |
| 06/28/08 06/28 FIRST WATCH PHOENIX AZ (Breakfast for SCC and TRW before depostion) | $28.53 |
| 06/28/08 06/28 DELTA 00621645554003 ATLANTA GA (Additional Airfare) | $124.00 |
| 6/28/08 06/28 AAA FULL TRANSPORTATIO PHOENIX AZ (Taxi) | $28.00 |
| 06/29/08 06/29 AMPCO SALT LAKE AIRQ46 SALT LAKE CIT UT (Parking) | $50.00 |
| 06/30/08 06/30 TAXICAB TRANSPORTATION PHOENIX AZ (Taxi) | $27.00 |
| 06/30/08 06/30 TRANSTYLE TRANSPORTATI 800-4105479 AZ (Taxi) | $30.00 |
| 06/30/08 06/30 HILTON HOTELS PHOENIX AZ (Second Night's Hotel and Meal) | $155.93 |

JONES
WALDO

**Stephen C. Clark**
*Attorney*

170 S. Main St., #1500
Salt Lake City, UT 84101
**Fax:** 801.328.0537
**www.joneswaldo.com**

**Direct:** 801.534.7437
**Bio**

CONFIDENTIALITY NOTICE: The content of this e-mail is confidential and proprietary and may be attorn
destroy it and notify SClark@joneswaldo.com.

```
                    0 · *

               298 · 66 ÷
               317 · 00 ÷
                28 · 53 ÷
               124 · 00 ÷
                28 · 00 ÷
                50 · 00 ÷
                27 · 00 ÷
                30 · 00 ÷        ecipient, please
               155 · 93 ÷

             1,059 · 12 *
```



**MPAC Document Solutions**
2909 N Central Avenue
Suite 210
Phoenix, AZ 85012-2741

(602)241-1530

**Invoice**

| DATE | INVOICE # |
|------|-----------|
| 08/08/2008 | 17322 |

**BILL TO**

Osborn Maledon PA
2929 N. Central Ave.
Suite 2100
Phoenix, AZ 85012-2794

| Client/Matter | Ordered By | Sales Rep |
|---------------|------------|-----------|
| 99999-624 | Tricia Sherrill | FT |

| Activity | Amount |
|----------|--------|
| • Grade "C" Copies (Standard Litigation-Numerous Binding Elements/Tabs), 25,705 @ $0.10 | 2,570.50T |
| • 2/3-Hole Drill/Punch Documents, 5,141 @ $0.01 | 51.41T |

OK
DAH
99999.624

REC'D OSBORN MALEDON P.8

AUG    2008

| | |
|---|---|
| **SUBTOTAL** | $2,621.91 |
| **TAX (8.3%)** | $217.62 |
| **TOTAL** | $2,839.53 |

PAYMENT TERMS:  Due On Receipt

REMITTANCE ADDRESS:
P.O. Box 16006
Phoenix, AZ 85011
EIN: 06-1769834

# POLITA LLC

DBA Cranberry Hills
3003 N Central Ave Suite 118
Phoenix, AZ 85012
(602) 230-2030

# Invoice

Number: **813**

Date: **August 14, 2008**

**Bill To:**

OSBORN MALADON
2929 N CENTRAL AVE
SUITE 2100
PHOENIX, AZ 85012

| Description | Amount |
|---|---|
| lunch 8/11/8 del 195 Karen | 33.41 |

REC'D OSBORN MALAD..
AUG 2 5 2008

2.19



**Cranberry Hills**
3003 N Central Ave # 118
Phoenix, AZ 85012
(602) 230-2030
Fax (602) 230-2233

11.20 15 AM  8/11/20080 - 1014Ju
Delivery 195  Guests -

| | A C C O U N T | |
|---|---|---|
| 1 | 45/Indian Salad | $0.00 |
| 1 | 48/Orchard Salad | $6.50 |
| 1 | 5/ Veggie | $6.50 |
| 1 | 47/Chicken Caesa | $6.25 |
| 1 | 5/Half Veggie | $7.00 |
| | | $4.60 |

| Subtotal | $30.85 |
| Sales Tax | $2.56 |
| **Total Due** | **$33.41** |

Be sure to join our
VIP program, its free

KAREN

0 - 30 days

$145.5.

$0.00

$0.00

$0.00

206-6-0

Contact: **Karen McClain**

# CATERING REQUEST

Date: **8/11/08**                              Delivery Time: **11:30**

# of Diners: **5**                              Location: **20 West**

Attendees: **DAH, Peggy Winter**

Attorney: **DAH**                              Billing No. **99999.624**

Order: ☐ Breakfast      Menu: **Individual Orders**

☒ Lunch

☐ Vegetarian

Caterer: **Cranberry Hills**                   Phone: **230-2030**

---

*For Catering Dept. Use Only:*

Date Ordered: **8/11/08**                      Placed order with: **Stuart**

                                               Fax or Phone:

☒ Bill to Corporate Account

☐ COD; amount needed for check: **$**

**NOTES:** **see attached**

2021721v1

**Duncan, Anna**

| | |
|---|---|
| **From:** | DelRae, Rebecca |
| **Sent:** | Monday, August 11, 2008 11:36 AM |
| **To:** | Duncan, Anna |
| **Subject:** | RE: Cranberry Hills |

nope not yet

---

**From:** Duncan, Anna
**Sent:** Monday, August 11, 2008 11:35 AM
**To:** DelRae, Rebecca
**Subject:** RE: Cranberry Hills

did it already come and go?

---

**From:** DelRae, Rebecca
**Sent:** Monday, August 11, 2008 11:21 AM
**To:** McClain, Karen
**Cc:** Duncan, Anna
**Subject:** RE: Cranberry Hills

sure

---

**From:** McClain, Karen
**Sent:** Monday, August 11, 2008 11:21 AM
**To:** DelRae, Rebecca
**Subject:** Cranberry Hills

Lunch order will arrive in about 30 minutes.
To be billed to Hart, 99999.624.

If Anna is around, can we please just have it delivered down to 20 West?

Thanks!

Karen

REC D OSBORN MALEDON P.A.

AUG 1 3 2008

CHECK NO.: _____                  DATE:  August 13, 2008

NAME:  Karen McClain

CLAIM FOR EXPENSE REIMBURSEMENT

Please attach receipts for all expenses, except as indicated, and
show client and matter numbers as well as names.

| | | | |
|---|---|---|---|
| Parking (no receipts for charges under $3.00) | | | $8.00 |
| Date(s) | 8/12/08       statements | 0 | |
| Purpose: | Attend opening ~~argument~~ at federal courthouse; assist paralegal with setting up exhibit books in courtroom | 0 | |
| Charge To: | Hart, 99999.624 | 0 | |
| | | 0 | |
| | **Total** | | **$   8.00** |

    I certify that the above is the correct amount due me for
travel and/or entertainment expenses, that no personal expenses
are included, and that the supporting statements are true,
correct and complete.

_Karen L. McClain_        8-13-08
Signature of Claimant           Date

____  Please initial if check is to be made payable to American
Express.

*Information relating to same trip may be aggregated if
individual receipts are attached.

---

AMPCO SYSTEM PARKING (602) 254-4140
CITYSCAPE77
LOCATED IN COPPER SQUARE
1 WEST WASHINGTON AVENUE
PHOENIX, AZ 85004
THANK YOU!!!!
08/12/08 11:35  L# 2 A# 42  Txn#331048
08/12/08 08:22 In  08/12/08 11:35 Out
Main Fee    $   8.00
Total Fee   $   8.00
CASH PAID   $   8.00-
Cash Tender $   8.00
Change Due  $   0.00
    PLEASE DRIVE WITH CARE

...ied that supporting receipts are attached for
...ss not required.

_8/13/08_                _K. Bush_
                        Bookkeeper          Revised 1/4/02

OK SHD

205315

REC'D OSBORN MALEDON P A

AUG 1 5 2008

CHECK NO.: _____                    DATE: August 14, 2008

NAME: Sharad Desai

CLAIM FOR EXPENSE REIMBURSEMENT

Please attach receipts for all expenses, except as indicated, and show client and matter numbers as well as names.

                                                                    $50.94   (1)

Meals*
Date(s) of meals:         6/24/08                         0
Purpose:                  Lunch with expert and summer    0
                          associates during jail tours
Present:                  Sharad Desai, Spencer           0
                          Scharff, Brandon Hale, John
                          Parsi and Jim Aiken (expert)
Charge To:                Hart, 99999.624                 0

    I certify that the above is the correct amount due me for travel and/or entertainment expenses, that no personal expenses are included, and that the supporting statements are true, correct and complete.

                                    _____   8/14/08
                                    Signature of Claimant        Date

____ Please initial if check is to be made payable to American Express.

*Information relating to same trip may be aggregated if individual receipts are attached.

_____

    I have verified that supporting receipts are attached for all the above unless not required.

Date: 8/15/08  _____        _____
                                      Bookkeeper          Revised 1/4/02

205396

HILTON HOTEL
Great American Grille
10 EAST THOMAS ROAD
PHOENIX, AZ 85012
602-222-1111

EMP: STEPHANIE C                          AMEX
Date 06/24/08               Time 13:04
Table   46                          GRILLE
224096

Card Holder  DESAI/SH
Card Number  ###########01009      ##/##
Auth Code..  506943             Ctrl: 28219

Amount..          42.94

Tip....            8.00

Total..          50.94

X _____
Cardmember agrees to pay total in
accordance with agreement governing
use of such card.

*** Customer Copy ***

AUG 1 9 2008

CHECK NO.: _____          DATE: August 14, 2008  *C*

NAME: Debbie Hill

### CLAIM FOR EXPENSE REIMBURSEMENT

Please attach receipts for all expenses, except as indicated, and show client and matter numbers as well as names.

①

| | | | |
|---|---|---|---|
| Meals* | | | $19.07 |
| Date(s) of meals: | 7/16/08 | 0 | |
| Purpose: | Andiamo - Lunch while in Chicago to attend and defend deposition of Bob Powitz | 0 | |
| Present: | Debbie Hill | 0 | |
| Charge To: | Hart, 99999.624 | 0 | |
| | | 0 | |

②+③

| | | | |
|---|---|---|---|
| Meals* | | | $75.30 |
| Date(s) of meals: | 6/10/08 | 0 | |
| Purpose: | Barrio Cafe - Dinner during week of jail inspections (the total of these 2 bills (for food and for drinks) represents one-half of the total bill for dinner; the other half was paid separately by Peggy Winter (ACLU co-counsel) | 0 | |
| Present: | Debbie Hill, Pablo Stewart (expert), Peggy Winter (ACLU co-counsel), Hanh Nguyen (ACLU co-counsel), Eric Balaban (ACLU co-counsel) | 0 | |
| Charge To: | Hart, 99999.624 | 0 | |
| | | 0 | |

④

| | | | |
|---|---|---|---|
| Meals* | | | $66.77 |
| Date(s) of meals: | 8/11/08 | 0 | |
| Purpose: | The Wild Thaiger - Take-out dinner - night before commencement of trial | 0 | |
| Present: | Debbie Hill, Sharad Desai, Peggy Winter (co-counsel), Hanh Nguyen (co-counsel), Susan Pourciau (ACLU law clerk) | 0 | |
| Charge To: | Hart, 99999.624 | 0 | |
| | | 0 | |

⑤

| | | | |
|---|---|---|---|
| Meals* | | | $78.23 |
| Date(s) of meals: | 8/13/08 | 0 | |
| Purpose: | CIBO - Team dinner after second day in trial | 0 | |
| Present: | Debbie Hill, Sharad Desai, | 0 | |

                    Peggy Winter (co-counsel),
                    Hanh Nguyen (co-counsel),
                    Susan Pourciau (ACLU law
                    clerk)

Charge To:          Hart, 99999.624           0                  ⑥
                                              0

Parking (no receipts for charges                        $16.00
under $3.00)
Date(s)             8/12/08                    0
Purpose:            City Hall Garage - first day  0
                    of trial

Charge To:          Hart, 99999.624           0                  ⑦
                                              0

Parking (no receipts for charges                        $16.00
under $3.00)
Date(s)             8/13/08                    0
Purpose:            City Hall Garage - second  0
                    day of trial

Charge To:          Hart, 99999.624           0
                                              0

                    **Total**              | $ 271.37 |

     I certify that the above is the correct amount due me for
travel and/or entertainment expenses, that no personal expenses
are included, and that the supporting statements are true,
correct and complete.

                              _Debbie Hull_  8/14/08
                              Signature of Claimant        Date

____  Please initial if check is to be made payable to American
Express.

*Information relating to same trip may be aggregated if
individual receipts are attached.

_____

     I have verified that supporting receipts are attached for
all the above unless not required.

Date:  _8/15/08_____          _K. Bush_____
                              Bookkeeper              Revised 1/4/02

① 

HILTON CHICAGO O'HARE
ANDIAMO
(773) 601-1746

106 HICHAM

TBL 113/1      1842      GST 2
    JUN 16'08 12:18PM

1 ZUCCHINI QUESADI        12.00
1 KOBE SLIDERS             11.95
2 ICE TEA @ 3.75            7.50

Food                       31.45
F&B Tax                     3.62
Payment                 $15.07
Total Due             20.00
Cash                      20.00

GRATUITY/TIP        4.00

TOTAL              $19.07

PRINT NAME

ROOM NUMBER

SIGNATURE
WE STRIVE TO BE A PERFECT 10. IF
WE DO NOT EXCEED YOUR
EXPECTATIONS ASK FOR A MANAGER.

---

② 

BARRIO CAFE
www.barriocafe.com
DOB: 06/10/2008
10/2008
1/10:48

Server: Lexi
09:01 PM
Table 52/1

1:48613

Visa
Card #XXXXXXXXXXXX5912
Magnetic card present: nil 
Approval: 05445C

Amount:            31.30
+ Tip:              6.00
= Total:           37.30

X
Approval: 05445C

Customer Copy

---

③ 

B CAFE
www.barriocafe.com
DOB: 06/10/2008
06/10/2008
3/30:16

Server: Carlos
07:20 PM
414/2020:856

3145736

Visa
Card #XXXXXXXXXXXX5912
Magnetic card present:
Approval: 03562C

Amount:            32.00
+ Tip:              6.00
= Total:           38.00

X
Approval: 03562C

Customer Copy



⑥

CITY HALL GARAGE
PHOENIX AZ
CENTRAL PARKING SYSTEM
602 495 6777

Rcpt#22B515
08/12/08 17:34   L# 3 AM  9   Txn# 64951
08/12/08 07:59 In  08/12/08 17:34 Out
Tkt# 046583
CASH PAID     $   16.00-
THANK YOU!!!
PLEASE DRIVE WITH CARE
DON'T DRINK AND DRIVE

⑦

CITY HALL GARAGE
PHOENIX AZ
CENTRAL PARKING SYSTEM
602 495 6777

Rcpt#22B645
08/13/08 17:43   L# 3 AM 24   Txn# 65469
08/13/08 08:24 In  08/13/08 17:43 Out
Tkt# 024239
CASH PAID     $   16.00-
THANK YOU!!!
PLEASE DRIVE WITH CARE
DON'T DRINK AND DRIVE

⑤

CIBO
603 N. 5TH AVE
PHOENIX, AZ 85003
TERMINAL-1

Terminal #:        00000001
AUG 13, 08          5:55 PM

Server ID: 1

VISA
#############4912
SALE            REF#:004
BATCH #: 930    AUTH #: 06740C

AMOUNT          $68.23

TIP      $ _____

TOTAL    $ ___78.23___

15/=$10.23  18/=$12.28  20/=$13.64

APPROVED

602-441-2657

CUSTOMER COPY

④

064548
DESSERT - BEV

[handwritten guest check amounts]
5 45
5 45
7 95
4 95   9 95
6 95
9 95
21 65
5 12
20 77

TRATTORIA TROTTER
603 N CENTRAL AVE
PHOENIX AZ 85004

Terminal #:        00000002
AUG 13, 08          20-06-04

Server ID: 5

AM EXPRESS
#############3907
SALE            REF #: 000052
BATCH #: 000599   AUTH #: 517345

AMOUNT          $66.77

TIP      $ _____

TOTAL    $ _$66.77___

15/=$10.01  18/=$12.01  20/=$13.25

APPROVED

602-241-9995

CUSTOMER COPY

⊕ SYSCO CORPORATION, HOUSTON, TX.        Reorder # 4994075

**Guest Receipt**

| Date | Amount | Guests |
|------|--------|--------|
|      |        |        |

064548

RECD USHER V MALEDON P A

AUG 1 5 2008

CHECK NO.: _____          DATE: August 14, 2008  _B_

NAME: Debbie Hill

### CLAIM FOR EXPENSE REIMBURSEMENT

Please attach receipts for all expenses, except as indicated, and show client and matter numbers as well as names.

(1)

| | | | |
|---|---|---|---|
| Meals* | | | $42.55 |
| Date(s) of meals: | 6/9/08 | 0 | |
| Purpose: | Lunch at Crazy Jim's during week of jail inspections | 0 | |
| Present: | Jim Aiken (expert), Debbie Hill, Beau Roysden | 0 | |
| Charge To: | Hart, 99999.624 | 0 | |
| | | 0 | |

(2)

| | | | |
|---|---|---|---|
| Meals* | | | $238.29 |
| Date(s) of meals: | 6/8/08 | 0 | |
| Purpose: | Dinner with co-counsel and experts during jail inspection week | 0 | |
| Present: | Sharad Desai, Hanh Nguyen (co-counsel), Debbie Hill, Eric Balaban (co-counsel), Peggy Winter (co-counsel), Dr. Stewart (expert), Jim Aiken (expert), and Spencer Scharff | 0 | |
| Charge To: | Hart, 99999.624 | 0 | |
| | | 0 | |

(3)

| | | | |
|---|---|---|---|
| Parking (no receipts for charges under $3.00) | | | $16.00 |
| Date(s) | 6/9/08 | 0 | |
| Purpose: | Ongoing jail inspections with Jim Aiken (expert) | 0 | |
| Charge To: | Hart, 99999.624 | 0 | |
| | | 0 | |

(4)

| | | | |
|---|---|---|---|
| Meals* | | | |
| Date(s) of meals: | 6/2/08 | 0 | |
| Purpose: | | 0 | |
| Present: | | 0 | |
| Charge To: | | 0 | |
| | | 0 | |

(5)

| | | | |
|---|---|---|---|
| Meals* | | | $20.79 |
| Date(s) of meals: | 6/7/08 | 0 | |
| Purpose: | Pei Wei - lunch during week of jail inspections with | 0 | |

|  |  | experts |  |
|---|---|---|---|
| Present: |  | Debbie Hill, Jim Aiken | 0 |
|  |  | (expert), Brandon Hale |  |
| Charge To: |  | Hart, 99999.624 | 0 |
|  |  |  | 0 |

$43.20 (6)

|  |  |  |  |
|---|---|---|---|
| Meals* |  |  |  |
| Date(s) of meals: |  | 6/8/08 | 0 |
| Purpose: |  | Good Egg - Lunch during week | 0 |
|  |  | of jail inspections |  |
| Present: |  | Jim Aiken (expert), Debbie | 0 |
|  |  | Hill, Spencer Scharff |  |
| Charge To: |  | Hart, 99999.624 | 0 |
|  |  |  | 0 |

$54.44 (7)

|  |  |  |  |
|---|---|---|---|
| Meals* |  |  |  |
| Date(s) of meals: |  | 6/23/08 | 0 |
| Purpose: |  | Crazy Jim's - Lunch during | 0 |
|  |  | week of jail inspections |  |
| Present: |  | Bob Powitz (expert), Debbie | 0 |
|  |  | Hill, Veronika Ulicna, John |  |
|  |  | Parsi |  |
| Charge To: |  | Hart, 99999.624 | 0 |
|  |  |  | 0 |

$40.73 (8)

|  |  |  |  |
|---|---|---|---|
| Meals* |  |  |  |
| Date(s) of meals: |  | 6/24/08 | 0 |
| Purpose: |  | Pei Wei - Lunch during week | 0 |
|  |  | of jail inpsections |  |
| Present: |  | Bob Powitz (expert), Debbie | 0 |
|  |  | Hill, Veronika Ulicna, |  |
|  |  | Jackie Lombardo (ACLU clerk) |  |
| Charge To: |  | Hart, 99999.624 | 0 |
|  |  |  | 0 |

$79.15 (9)

|  |  |  |  |
|---|---|---|---|
| Meals* |  |  |  |
| Date(s) of meals: |  | 6/25/08 | 0 |
| Purpose: |  | Portland's - Lunch during | 0 |
|  |  | week of jail inspections |  |
| Present: |  | Debbie Hill, Sharad Desai, | 0 |
|  |  | Veronika Ulicna, Bob Powitz |  |
|  |  | (expert) |  |
| Charge To: |  | Hart, 99999.624 | 0 |
|  |  |  | 0 |

$123.14 (10)

|  |  |  |  |
|---|---|---|---|
| Meals* |  |  |  |
| Date(s) of meals: |  | 6/25/08 | 0 |
| Purpose: |  | Houston's - Dinner with | 0 |
|  |  | expert during week of jail |  |
|  |  | inspections |  |
| Present: |  | Debbie Hill, Bob Powitz | 0 |
| Charge To: |  | Hart, 99999.624 | 0 |
|  |  |  | 0 |

$42.00 (11)

|  |  |  |  |
|---|---|---|---|
| Meals* |  |  |  |
| Date(s) of meals: |  | 6/26/08 | 0 |
| Purpose: |  | The Wild Thaiger - Lunch | 0 |
|  |  | during week of jail |  |

|  | inpections | |  |
|---|---|---|---|
| Present: | Bob Powitz (expert), Debbie Hill, Lori Markle (ACLU clerk) | 0 |  |
| Charge To: | Hart, 99999.624 | 0 | ⑫ |
|  |  | 0 |  |
| Meals* |  |  | $174.45 |
| Date(s) of meals: | 6/26/08 | 0 |  |
| Purpose: | Tarbell's - Dinner during week of jail inspections | 0 |  |
| Present: | Debbie Hill, Bob Powitz (expert) | 0 |  |
| Charge To: | Hart, 99999.624 | 0 | ⑬ |
|  |  | 0 |  |
| Meals* |  |  | $87.17 |
| Date(s) of meals: | 6/27/08 | 0 |  |
| Purpose: | Havana Cafe - Dinner during week of jail inspections | 0 |  |
| Present: | Debbie Hill, Bob Powitz (expert) | 0 |  |
| Charge To: | Hart, 99999.624 | 0 | ⑭ |
|  |  | 0 |  |
| Parking (no receipts for charges under $3.00) |  |  | $13.58 |
| Date(s) | 7/15/08-7/16/08 | 0 |  |
| Purpose: | Fasttrack Airport Parking - travel to Chicago to defend Bob Powitz deposition | 0 |  |
| Charge To: | Hart, 99999.624 | 0 | ⑮ |
|  |  | 0 |  |
| Meals* |  |  | $23.77 |
| Date(s) of meals: | 7/16/08 | 0 |  |
| Purpose: | Chili's - Chicago Airport - dinner while in Chicago to defend deposition of Bob Powitz | 0 |  |
| Present: | Debbie Hill | 0 |  |
| Charge To: | Hart, 99999.624 | 0 | ⑯ |
|  |  | 0 |  |
| Meals* |  |  | $7.42 |
| Date(s) of meals: | 7/15/08 | 0 |  |
| Purpose: | Paradise Bakery - breakfast in Chicago while defneding Bob Powitz deposition | 0 |  |
| Present: | Debbie Hill | 0 |  |
| Charge To: | Hart, 99999.624 | 0 | see affidavit |
|  |  | 0 | $12.00 |
| Gratuities (no receipts required) |  |  |  |
| Date: | 7/15/08-7/16/08 | 0 | Ⓐ |
| Purpose: | Tips etc. while in Chicago to defend deposition of Bob Powitz | 0 |  |

```
Charge To:              Hart, 99999.624           0
                                                  0                    ⑰

Meals*                                                        $47.50
Date(s) of meals:       7/15/08                   0
Purpose:                Andiamo - Dinner at hotel  0
                        restaurant - in Chicago to
                        defend deposition of Bob
                        Powitz (expert)
Present:                Debbie Hill               0
Charge To:              Hart, 99999.624           0
                                                  0                    ⑱

Meals*                                                        $25.00
Date(s) of meals:       7/16/08                   0
Purpose:                Breakfast at hotel while in 0        ( affidavit )
                        Chicago to defend deposition
                        of Bob Powitz (expert)
Present:                Debbie Hill               0
Charge To:              Hart, 99999.624           0
                                                  0                    ⑲

Hotel - attach detailed hotel                                $321.97
statement. Where meals are included,
please indicate who was present and the
purpose
Date(s) of stay:        7/15/08                   0
Purpose:                Hilton Chicago O'Hare      0
                        Airport - Attend and defent
                        deposition of Bob Powitz
Charge To:              Hart, 99999.624           0
                                                  0                    ⑳

Plane Travel                                                 $426.00
Date of trip:           7/15/08-7/16/08           0
Destination(s):         Chicago                   0
Purpose:                Attend and defend deposition 0
                        of Bob Powitz (expert)
Charge To:              Hart, 99999.624           0
                                                  0                    ㉑
Meals*
Date(s) of meals:
Purpose:


Present:

Charge To:                                                            ㉒

Meals*
Date(s) of meals:
Purpose:


Present:
Charge To:

                                                  0
```

③

Meals*
Date(s) of meals:
Purpose:

Present:
Charge To:

Other
Date(s)
Purpose:

Charge To:                                          0
                                                    0

    I certify that the above is the correct amount due me for
travel and/or entertainment expenses, that no personal expenses
are included, and that the supporting statements are true,
correct and complete.

                                    _Delira aHill_  8/14/08
                                    Signature of Claimant    Date

____ Please initial if check is to be made payable to American
Express.

*Information relating to same trip may be aggregated if
individual receipts are attached.

    I have verified that supporting receipts are attached for
all the above unless not required.

Date:  8/15/08                      _K. Bush_
                                    Bookkeeper            Revised 1/4/02

③

② 

mcflurbi
CAFE

530 W McDowell
Phoenix, AZ. 85003
(602) 254-0333

Date:        Jun08'08 08:31PM
Card Type:   Visa
Acct #:      XXXXXXXXXXXX5912
Exp Date:    12/10
Auth Code:   07186C
Check:       3742
Table:       64/1
Server:      168 Spaaa M

Subtotal:                198.29

Tip: _____

Total: 238.29

I agree to pay above total
according to my card issuer
agreement.

* * * * Customer Copy * * * *

Please Pay Your Server

Sorry No Checks

①

CRATI▪▪▪E▪ OF STARRA

VISA
SALE
CI ▪▪▪▪▪▪XXXXX▪▪▪

                    $2.45
                    $2.45
             ___    $2.45

                    $8.60

                    $0.60

                    $3.75
                    $2.80
                    ___
                    5.55

$ 42.55

(<-- Th▪ nk  YOU :-)

***CUSTOMER COPY***

No. 92374





THE GOOD EGG

510 i Central Ave.
Phoenix, AZ 85013
(602)248-3897

Date:             Jun08/08 02:03PM
Card Type:        Visa/M.C.
Acct #:           XXXXXXXXXXX5912
Trans Key:        ETE00061583267
Exp Date:         XX/XX
Auth Code:        00298C
Check:            1146
Table:            33/1
Server:           115 DAN S

Subtotal:         37.20

Tip:              6.00

Total:            43.20

_Denise Aluli_
Signature

I agree to pay above total
according to my card issuer
agreement.
* * * * Customer Copy * * * *

---

Pei Wei
701 W McDowell Rd. #101
Phoenix, AZ 17545

Host: _PM Cashier #2         06/07/2008
89                            2:03 PM
                              20061

Add Cup Soup                      1.00
PW Spicy Salad                    6.95
Sweet & Sour
  Chicken                         7.75
Drink                             1.75
Drink                             1.75

Subtotal                         19.20
Tax                               1.59

Dine in Total            20.79

Visa                             20.79
Auth:00545L

Be nice and share.
Purchase gift cards now or
online at www.peiwei.com

--- Check Closed ---

(9)

Bob Powitz
Veronica Showard
DAA

PORTLAND'S
Restaurant & Wine Bar
105 W. Portland St.
Phoenix, AZ 85003
602-795-7480

Date:          Jun25 06 12:37PM
Card Type:     Visa/M.C.
Acct #:        XXXXXXXXXX5912
Exp Date:      12/10
Auth Code:     01266C
Check:         2510
Check ID:      41
Server:        150 M.B.
               DEBRA HILL

Subtotal:              67.15

Tip: _____

Total: _____    29.15

Signature

I agree to pay above total
according to my card issuer
agreement.
* * * * Merchant Copy * * * *

---

(8)

Bob Powitz
DAtt
Veronica     Lombardo
Jackie       Nederlander

Pei Wei
701 W. McDowell Rd. #101
Phoenix, AZ. 17585

Host: JM Cashier #2          06/24/2008
10                           11:52 AM
                             20037

Chop Salad                    6.95
Hot & Sour Bol                3.95
PW Spicy Salad                6.95
Lo Main                       6.75
  Beef
Thai Dynamite Entree          7.75
  Chicken
Drink                         1.75
Drink                         1.75
Drink                         1.75
Subtotal                     37.60
Tax                           3.13

Dine In Total         40.73

Visa                         40.73
Auth:09528C

Be nice and share.
Purchase gift cards now or
online at www.peiwei.com

----- Check Closed -----

---

(7)

Bob Powitz
DAtt
Veronica
John Panel

LAURA

BASE          $47.44

TIP            54.44

TOTAL

DEBRA HILL

X

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

**CUSTOMER COPY**

(10)

HOUSTON'S
(602) 957-9700

Server: SILKE 1043
07:02 PM          DOB: 06/25/2008
Table 19/1             06/25/2008
                        6/60026

VISA                    7340045
Card #XXXXXXXXX5912

Magnetic card present: HILL DEBRA
Approval: 06897C

Amount:         106.14

+ Gratuity: _____17.00____

Quick Guide
15% = 15.92
18% = 19.11
20% = 21.23

= Total: 123.14

DAtt
Bob
Powitz

(11)

Bob Powitz
DAtt
Cari

THE WILD THINGER
2631 NO CENTRAL AVE
PHOENIX AZ 85004

Terminal #:         00000002
JUN 26 08           11:50:43

Server ID: 8

VISA
XXXXXXXX5912
SALE            REF #: 006005
BATCH #: 00045   AUTH #: 0732E

AMOUNT         $315.58

TIP    $

TOTAL  $ 42.00

10:55:2 18:56:40 20:6.1

APPROVED

602 241-0995

........AL R COPY

(12)

Bob Powitz
DAtt

Tarbell's
www.tarbells.com
32nd Street & Camelback
Phoenix, AZ

Server: Nader         DOB: 06/26/2008
07:32 PM                   06/26/2008
Table 27/1                 1/10012

Visa                  1048577
Card #XXXXXXXXXX5912
Magnetic card present: HILL
DEBRA
Approval: 04413C

Amount:      149.45

÷ Tip: ___25.00___

= Total: ___174.45___

X_____
Approval: 04413C

Customer Copy

(13)

DAtt
Powitz  Sale

HAVANA CAFE CAMELBACK
4225 E CAMELBACK RD
PHOENIX A. 85018
602 952 1991

Me hant ID: 00000000009145
We ID: 0010072/   Ref H: 0002
Server ID: 3

XXXXXXXX5912
VISA   Entry Method: Swiped

Amount:     $      75.17
Tip:

Total:            87.17

06/27/08           19:22:26
In. #: 000002  Appr Code: 06795C
Approval Online  Batch#: 000414

Customer Copy



FASTRACK Airport Parking - Economy
4040 E Van Buren St
Phoenix, AZ 85008

```
User ID                          1601
Date               07/16/08 21:43

Ticket #                        36743
Name                      Hill, Debra
Customer #                    413008
Ticket Exp.                      14
New Account Exp.                 35

Vehicle                      UNKNOWN
License
Open Date          07/15/08 06:04
Close Date         07/16/08 21:43

Parking Charges
Days                    2    $ 16.62
Special Days            0    $  0.00
Coupons                      $  0.00-
Discount              20%    $  3.32-
 Disc Type: Business Card Presented
Subtotal                     $ 13.30
Sales Tax          2.100%    $  0.28
                             --------
Parking Total                $ 13.58

Service Charges
Coupons                      $  0.00-
                             $  0.00
 ax              2.100%      $  0.00
                             --------
 .. Total                    $  0.00

        Total                $ 13.58

Payments
VI_5912 Auth:005290          $ 13.58

X _____
```

```
             dinner
             Chicago  5

HMS HOST
CHILI'S  F04  773-685-6180
CHICAGO AIRPORT
CHECK:            9494
TABLE:           131/1
SERVER:          4339 Karamfil
DATE:            JUL16'08  5:48PM
CARD TYPE:       VISA    AO 4*
ACCT #:          XXXXXXXXXXXX5912
EXP DATE:        XX/XX
AUTH CODE:       04346C

TOTAL:           20.27

TIP:             3.50
                 -----
TOTAL:           23.77

X _____
  I AGREE TO PAY THE ABOVE AMOUNT
  IN ACCORDANCE WITH THE CARD
  ISSUER'S AGREEMENT.
```

```
             breakfast
             Chicago  6

     Paradise Bakery
Term4 Skyharbor Airport
     Phoenix AZ
     602-681-0509

Server: Amy 3          DOB: 07/15, 008
06:22 AM                    07/15 2008
Order #801/1                 3,30222

Visa                             145347
Card #XXXXXXXXXXXX3802
Magnetic card present: HILL DEBRA A
Approval: 208745

                       Amount:    7.42

X _____
Approval: 208745


                     Thank You !!

                 Thank You
```

## AFFIDAVIT

I affirm that the expenses listed below were incurred by me in the process of performing business tasks.  This affidavit is submitted in lieu of receipts.

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 7/15/08-7/16/08 | Tips, etc. while in Chicago to defend deposition of Bob Powitz | 12.00 |

TOTAL                                                            $12.00

(A)

Signed _Delwa a Hill_

Date _8/14/08_

Note:    Attach to Claim for Reimbursement

266739.1 Rev 1/00

# Hilton
## Chicago O'Hare Airport

O'HARE INTERNATIONAL AIRPORT
P.O. Box 66414, Chicago, IL 60666
Phone (773) 686-8000 • Fax (773) 601-2873
Reservations: www.hilton.com or 1 800 HILTONS

| Name & Address |
|---|

HILL, DEBRA

Room          9010/K1
Arrival Date  7/15/2008  1:26:00PM
Departure Date 7/16/2008

Adult/Child   1/0
Room Rate     279.00

RATE PLAN     L-P1

HH#
AL
BONUS AL      CAR

 17
 18 Affidavit
 19

Confirmation Number : 3319535076

7/16/2008    PAGE    1

| DATE | DESCRIPTION | ID | REF. NO. | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 7/15/2008 | *ANDIAMO | LINTR | 6750673 | $47.50 | | |
| 7/15/2008 | GUEST ROOM | GFRE | 6751636 | $279.00 | 321.97 | |
| 7/15/2008 | OCCUPANCY TAX | GFRE | 6751636 | $42.97 | | |
| | WILL BE SETTLED TO VS *5912 | | | | | $369.47 |
| | EFFECTIVE BALANCE OF | | | | | $0.00 |

bkfst      +25.00

#394.47

## Zip-Out Check-Out®

**Good Morning ! We hope you enjoyed your stay. With Zip-Out Check-Out®
there is no need to stop at the Front Desk to check out.**

- Please review this statement.  It is a record of your charges as of late last
  evening.
- For any charges after your account was prepared, you may:
  + pay at the time of purchase.
  + charge purchases to your account, then stop by the Front Desk for an
    updated statement.
  + or request an updated statement be mailed to you within two business days.

Simply call the Front Desk from your room and tell us when you are ready to
depart.  Your account will be automatically checked out and you may use this
statement as your receipt.  Feel free to leave your key(s) in the room.

*Please call the Front Desk if you wish to extend your stay or if you have any
questions about your account.*

| DATE OF CHARGE | FOLIO NO./CHECK NO. |
|---|---|
| | ####### A |
| AUTHORIZATION | INITIAL |
| PURCHASES & SERVICES | |
| TAXES | |
| TIPS & MISC. | |
| TOTAL AMOUNT | |

T
H
A
N
K

Y
O
U

## AFFIDAVIT

I affirm that the expenses listed below were incurred by me in the process of performing business tasks.  This affidavit is submitted in lieu of receipts.

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 7/16/08 | Breakfast at Hilton Chicago O'Hare Airport while there to defend deposition of Bob Powitz | 25.00 |

(18)

TOTAL                                                                   $25.00

Signed   _Debbie Hill_

Date   _8/16/08_

Note:   Attach to Claim for Reimbursement

266739.1 Rev 1/00

**McClain, Karen**

| | |
|---|---|
| **From:** | US Airways [reservations@email.myusairways.com] |
| **Sent:** | Wednesday, June 25, 2008 4:59 PM |
| **To:** | McClain, Karen |
| **Subject:** | US Airways Travel Confirmation |



Please add reservations@email.myusairways.com to your personal address book to ensure delivery. Please do not reply to this email.



## US AIRWAYS
*Fly with US.*

Travel Confirmation

**Quick Links:**
- Web Check-in
- Book travel
- Cars
- Hotels
- Join Dividend Miles
- My account
- Credit cards
- US Airways Club
- Travel protection

### Travel Confirmation: C5WTKG

Thank you for flying US Airways. Your purchase is now complete and your reservation has been electronically ticketed. No paper tickets will be sent. For customer assistance, please call 800-428-4322.

**New baggage policy**

Download your reservation to Outlook

| | |
|---|---|
| **CONFIRMATION** | C5WTKG |
| Date Issued | 4:59 PM 6/25/08 |
| Form of Payment | Visa ***********5912 |
| Grand Total | $426.00 |

SPECIAL OFFER FOR DIVIDEND MILES MEMBERS
**EARN BONUS MILES** on your next Budget rental **RESERVE NOW**
**Budget**

**PROTECT YOUR TRIP**

Travel Insurance is your ticket to worry-free travel.

US AIRWAYS
In partnership with Access America.

US AIRWAYS
DIVIDEND MILES
**25,000** Bonus Dividend Miles
after first purchase

**Lots** More Miles

Apply today >>

**Travel protection**
Access America can help protect you from losing prepaid deposits and paying additional expenses caused by unexpected cancellations or trip interruptions. Put your mind at ease - buy your coverage now!

**Passenger Information**

| Party of 1 | Dividend Miles # | Ticket # | Seat # |
|---|---|---|---|
| DEBRA HILL | 00017684119 | 03723140001556 | 19C, 18C |

**Flight itinerary**

| Depart | Flight # | From | To | Arrive | Details |
|---|---|---|---|---|---|
| 7:30 AM 15 Jul 2008 | 1 | Phoenix, AZ (PHX) Airbus A320 | Chicago, IL (ORD) (Chicago O'Hare International Airport) | 1:03 PM 15 Jul 2008 | Meal: In-flight Café Class: Coach |
| 6:55 PM 16 Jul 2008 | 401 | Chicago, IL (ORD) (Chicago O'Hare International Airport) Airbus A320 | Phoenix, AZ (PHX) | 8:32 PM 16 Jul 2008 | Meal: In-flight Café Class: Coach |

| | |
|---|---|
| 1 Passenger(s) | |
| Fare | $376.75 |
| Taxes & Fees | $49.25 |
| **Grand Total** | **$426.00** |

Need luggage or travel accessories for your trip? Visit the Dividend Miles Shopping Mall and earn up to 15 miles per dollar spent.

**Terms and conditions**

- Ticket is non-transferable.

# POLITA LLC

DBA Cranberry Hills
3003 N Central Ave Suite 118
Phoenix, AZ 85012
(602) 230-2030

# Invoice

Number: **210**

Date: **August 21, 2008**

**Bill To:**

OSBORN MALADON
2929 N CENTRAL AVE
SUITE 2100
PHOENIX, AZ 85012

| Description | Amount |
|---|---|
| lunch 8/15/8 del 413 karen | 7.04 |

Cranberry Hills

3003 N Central Ave # 118
nix, AZ 85012
) 230-2030
(602) 230-2233

13:34 AM  8/15/20080 - 1007Ju
very 413   Guests -

45/Indian Salad        $6.50
A C C O U N T          $0.00

ibtotal                $6.50
sales Tax              $0.54
**Total Due**        **$7.04**

Be sure to join our
VIP program. Its free

| 0 - 30 | | | | |
|---|---|---|---|---|
| $236.48 | $0.00 | $0.00 | $0.00 | $236.48 |

Client

Contact: _Karen McClain_

# CATERING REQUEST

Date: _8/15/08_                    Delivery Time: _R.W_

# of Diners: _1_                   Location: _____

Attendees: _Peggy Winter_

_____

Attorney: _DAH_                    Billing No. _99999.624_

Order:  ☐ Breakfast   Menu: _Salad_
        ☒ Lunch       _____
        ☐ Vegetarian  _____

Caterer: _Cranberry Hills_         Phone: _____

---

### _For Catering Dept. Use Only_:

Date Ordered: _____      Placed order with: _____

                                   Fax or Phone: _____

☐ Bill to Corporate Account

☐ COD; amount needed for check:  $ _____

NOTES: _____

_____

_____

_____

_____

2021721v1

**Duncan, Anna**

**From:**     McClain, Karen
**Sent:**     Friday, August 15, 2008 11:40 AM
**To:**       DelRae, Rebecca
**Cc:**        Receptionists; Duncan, Anna
**Subject:** Cranberry Hills delivery

Salad being delivered to me for Peggy Winter, ACLU co-counsel in jail conditions case. Charged the OM account.  Bill to 99999.624.  Just call me when it arrives and I will take it to her.
Thanks!

# R INVESTIGATIONS

136 W. Main Street, Suite 102
Mesa, AZ 85201
Ph – 480/726-3961 FX– 480/962-1513
AZDPS# 1003003

AUG 3 0 2008
REC'D OSBORN MALEDON P.A.

# Invoice

| Bill To |
|---|
| Deb Hill<br>Osborn Maledon<br>PO Box 36379<br>Phoenix, AZ  85067-6379 |

| Date | Invoice # | Due Date |
|---|---|---|
| 8/15/2008 | 3801 | 9/17/2008 |

| Inquiry Regarding |
|---|
| Hart vs Arpaio (Hill)  (6816) |

| Date | Services / Expenses | Hours/Qty | Amount |
|---|---|---|---|
| 07/18/08 | Confer with Hill regarding locate of Jorge Giatano | 0.2 | 18.00 |
| 07/29/08 | Travel to 2031 E. Lemon St Tempe to check for Jorge Giatano; Locate Avondale and Phoenix addresses for Giatano's girlfriend Brittney Thomas, travel to 6903 W. Torquois Phx and attempt to contact | 1.4 | 126.00 |
| 07/30/08 | Note to Deb Hill re food for punishment case in MCSO jail | 0.3 | 27.00 |
| 07/31/08 | Go to 6903 W. Turquois re Brittney Thomasto check plate number of vehicle | 0.4 | 36.00 |
|  | Database fees |  | 12.00 |

**APPROVED FOR PAYMENT.**
Client #: _99999·624_
Date: _9-2-08_
By: _D. Hill_

REC'D OSBORN MALEDON P.A.
SEP 1 2008

Thank you for your business.

| | |
|---|---|
| Invoice Total | $219.00 |
| Retainer/Payment Applied | $0.00 |
| Balance | $219.00 |

Tax ID # 86-1004649

| Amount Due | $219.00 |
|---|---|

**DUCK and DECANTER®**

651 E. Camelback
Phoenix, AZ 85016
**(602) 274-5429**
FAX (602) 274-5672

3111 N. Central Ave.
Phoenix, AZ 85012
**(602) 234-3656**
FAX (602) 234-1338

1 N. Central Ave.
Phoenix, AZ 85004
**(602) 266-6637**
FAX (602) 253-4351

www.duckanddecanter.com

PO #
Approved by

**INVOICE № 192257**

NAME _José Hernandez_      PHONE          DATE 8/6/06

COMPANY _Osborn Maledon_

ADDRESS _2929 N Central_      SUITE #

CITY                ZIP            FAX#

CARDHOLDER NAME              CARDHOLDER ADDRESS

SOLD BY □ DEL. BK □ M.O.P _OSOTO_    □ M/C □ VISA □ AMX □ DINERS □ DISCOVER

| QTY | DESCRIPTION | PRICE | AMOUNT | QTY | DESCRIPTION | PRICE |
|-----|-------------|-------|--------|-----|-------------|-------|
| 1 | Procorer | 7.50 | 7.50 | 1 | Coffee | |
| | | | 6.75 | | | |
| 2 | | 6.95 | 13.90 | | | |
| 1 | | 8.75 | | | | |
| 1 | | | | | | |
| 3 | chip | 9.5 | 2 | | | |
| 3 | cookie | .89 | | | | |
| 1 | FS | 1.99 | .99 | | | |
| 1 | it | 2.6 | | | | |
| 1 | chili | 5.79 | | | | |
| 1 | Tea | 1.71 | | | | |
| 1 | cake | .89 | | | | |

RUNG UP □ CA □

PL/DEL/UPS TO:

CONTACT:              PHONE:

ADDRESS:

RECEIVED BY: _J Hernul_

DAY 7   TIME 11-   DELIVERED BY:      AT:   AM
8/4/06  11:15                             PM

REC'D OSBORN MALEDON P.A.

AUG 2 2 2006

$ 9.58   client 99999.624



# SATURDAY LUNCH    DATE 8/16/08

RESTAURANT  Duck & Decanter

PHONE  274-5429

ORDER WILL BE PLACED @ 10:00 AND LUNCHES WILL
BE DELIVERED TO THE KITCHEN AROUND 11:30

## PLEASE PRINT CLEARLY. THANK YOU!

| NAME & EXT. # | ORDER |
|---|---|
| | |
| | |
| | |
| DAN 9325 | Chef salad poppyseed large coffee |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

9999.62

6.98
7.89
8.84
.75
9.98

## Busk, Kathy

| | |
|---|---|
| **From:** | McClain, Karen |
| **Sent:** | Tuesday, August 26, 2008 9:34 AM |
| **To:** | Busk, Kathy |
| **Subject:** | RE: Duck & Decanter |

**Yes, and yes.  :)**

---

**From:** Busk, Kathy
**Sent:** Tuesday, August 26, 2008 9:32 AM
**To:** McClain, Karen
**Subject:** Duck & Decanter

Karen,

On Saturday, August 16th, Debbie Hill ordered a lunch for herself and one for "Peggy".
Would that be Peggy Winter?  And should that be charged to 99999.624?

Thanks.

---

**Kathy Busk,** *Accounts Payable*
kbusk@omlaw.com        2929 North Central Avenue
(602) 640-9186 (direct)   Suite 2100
(602) 664-2062 (fax)      Phoenix, Arizona 85012
                          www.omlaw.com



REC'D ISH/OSH MALEDON P.A.

AUG 2   2008

CHECK NO.: _____                    DATE: August 19, 2008

NAME: Brenda Sena

### CLAIM FOR EXPENSE REIMBURSEMENT

Please attach receipts for all expenses, except as indicated, and
show client and matter numbers as well as names.

| | | | |
|---|---|---|---|
| Parking (no receipts for charges under $3.00) | | | $8.00 |
| Date(s) | 8/14/2008 | 0 | |
| Purpose: | Trial support for Hart | 0 | |
| Charge To: | 99999.0624 | 0 | |
| | | 0 | |
| Parking (no receipts for charges under $3.00) | | | $16.00 |
| Date(s) | 8/15/2008 | 0 | |
| Purpose: | Trial support for Hart | 0 | |
| Charge To: | 99999.0624 | 0 | |
| | | 0 | |
| Auto Mileage at $.585 per mile | 6 | | $ 3.51 |
| Date of trip: | 8.14.2008 | 0 | |
| Destination(s): | District Court Building 401 E Washington | 0 | |
| Purpose: | Trial support for Hart | 0 | |
| Charge To: | 99999.0624 | 0 | |
| | | 0 | |
| Auto Mileage at $.585 per mile | 6 | | $ 3.51 |
| Date of trip: | 8/15/2008 | 0 | |
| Destination(s): | District Court Building 401 E Washington | 0 | |
| Purpose: | Trial support for Hart | 0 | |
| Charge To: | 99999.0624 | 0 | |
| | | 0 | |
| **Total** | | | **$  31.02** |

    I certify that the above is the correct amount due me for
travel and/or entertainment expenses, that no personal expenses
are included, and that the supporting statements are true,
correct and complete.

OK to pay

x SHD

*Brenda Sena*        8-19-08
Signature of Claimant      Date

___ Please initial if check is to be made payable to American
Express.

*Information relating to same trip may be aggregated if
individual receipts are attached.

205501

CITY HALL GARAGE
PHOENIX AZ
CENTRAL PARKING SYSTEM
602 495 6777

Rcpt#187056
08/14/08 16:18   L# 2 A# 5   Txn#916990
08/14/08 14:27 In   08/14/08 16:18 Out
Tkt# 025125
CASH PAID    $    8.00-
THANK YOU!!!
PLEASE DRIVE WITH CARE
DON'T DRINK AND DRIVE


CITY HALL GARAGE
PHOENIX AZ
ACE PARKING
602 495 6777

Rcpt#167255
08/15/08 16:17   L# 7 A# 9   Txn#758415
08/15/08 08:00 In   08/15/08 16:17 Out
Tkt# 848593
Alt Paymt  1  $   16.00-
4588
THANK YOU!!!
PLEASE DRIVE WITH CARE
DON'T DRINK AND DRIVE

REC'D OSBORN MALEDON P.A

AUG 2 7 2008

CHECK NO.: _____          DATE:  August 21, 2008

NAME:  Sharad Desai

CLAIM FOR EXPENSE REIMBURSEMENT

Please attach receipts for all expenses, except as indicated, and
show client and matter numbers as well as names.

Meals*                                                              $12.65      ①
Date(s) of meals:          8/15/08                        0
Purpose:                   Diego Rays Deli -               0
                           lunch/beverage - During day
                           of trial
Present:                   Sharad Desai, Brenda Sena       0
Charge To:                 Hart, 99999.624                 0
                                                           0

Parking (no receipts for charges                           $16.00      ②
under $3.00)
Date(s)                    8/1/08                          0
Purpose:                   Meet with inmates at jails      0
                           re testimony
Charge To:                 Hart, 99999.624                 0
                                                           0

Parking (no receipts for charges                           $16.00      ③
under $3.00)
Date(s)                    8/15/08                         0
Purpose:                   Attend trial                    0
Charge To:                 Hart, 99999.624                 0
                                                           0

Parking (no receipts for charges                           $16.00      ④
under $3.00)
Date(s)                    8/19/08                         0
Purpose:                   Attend trial                    0
Charge To:                 Hart, 99999.624                 0
                                                           ^

Meals*                                                                  ⑤
Date(s) of meals:
Purpose:

Present:


Charge To:


Meals*                                                                  ⑥
Date(s) of meals:
Purpose:

Present:

205652

Charge To:                                                    0

                                                              0

Meals*                                                                    ⑦
Date(s) of meals:
Purpose:

Present:

Charge To:                                                    0

                                                              0
                    **Total**

    I certify that the above is the correct amount due me for
travel and/or entertainment expenses, that no personal expenses
are included, and that the supporting statements are true,
correct and complete.

                              _Signature of Claimant_        8-21-08
                                                             _Date_

____ Please initial if check is to be made payable to American
Express.

*Information relating to same trip may be aggregated if
individual receipts are attached.

─────────────────────────────────────────────────────────

    I have verified that supporting receipts are attached for
all the above unless not required.

Date:  _8/22/08_

                              _K. Bush_
                              Bookkeeper              Revised 1/4/02

SALE

DIEGO RAYS DELI & GRILL
401 W WASHINGTON 210
PHOENIX, AZ 85003
1-602-252-0014
THANK YOU

MERCHANT ID: 287672860086
DEVICE ID: 1000
Item: 014 VISA SALE / SWIPED
Acct: XXXXXXXXXX0040
INVOICE: 3014
SERVER ID: 1

FOOD/BEV/TAX          $   12.55

TIP                   $ ..............

TOTAL                 $ ..............

I AGREE TO PAY ABOVE AMOUNT ACCORDING
TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF RETURN)

DATE: 08/15/08          TIME: 12:03
RESP: AUTH/TKT   05307C   E
TI: .............        APPR: F



CITY HALL GARAGE
PHOENIX AZ
CENTRAL PARKING SYSTEM
602 495 6777

RCPT#028240/09
08/01/08 15:59    LN 4 AM 5   TKT# 40851
08/01/08 08:08 IN    08/01/08 15:58 OUT
TKT# 01949%
CASH PAID         $   16.00-
THANK YOU!!!
PLEASE DRIVE WITH CARE
DON'T DRINK AND DRIVE

CITY HALL GARAGE
PHOENIX AZ
ACE PARKING
602 495 6777

RCPT#028268/09
08/19/08 17:36    LN 7 AM 3   TKT#75792/46
08/19/08 05:45 IN    08/19/08 17:30 OUT
TKT# 058144
CASH PAID         $   16.00-
THANK YOU!!!
PLEASE DRIVE WITH CARE
DON'T DRINK AND DRIVE

CITY HALL GARAGE
PHOENIX AZ
ACE PARKING
602 495 6777

RCPT#049260
08/15/09 17:53    LN 7 AM 5   TKT#759A/09
09/15/09 07:44 IN    09/15/09 17:55 OUT
TKT# 84092
CASH PAID         $   16.00-
THANK YOU!!!
PLEASE DRIVE WITH CARE
DON'T DRINK AND DRIVE

AUG 2 1 2008

CHECK NO.: _____                    DATE:  August 21, 2008

NAME:  Debbie Hill

CLAIM FOR EXPENSE REIMBURSEMENT

Please attach receipts for all expenses, except as indicated, and
show client and matter numbers as well as names.

| | | | |
|---|---|---|---|
| **Parking** (no receipts for charges under $3.00) | | | $16.00 ① |
| Date(s) | 8/14/08 | 0 | |
| Purpose: | Attend evidentiary hearing | 0 | |
| Charge To: | Hart, 99999.624 | 0 | |
| | | 0 | |
| **Parking** (no receipts for charges under $3.00) | | | $16.00 ② |
| Date(s) | 8/15/08 | 0 | |
| Purpose: | Attend evidentiary hearing | 0 | |
| Charge To: | Hart, 99999.624 | 0 | |
| | | 0 | |
| **Meals*** | | | ③ |
| Date(s) of meals: | | | |
| Purpose: | | | |
| Present: | | | |
| Charge To: | | 0 | |
| | | 0 | |
| **Meals*** | | | $6.81 ④ |
| Date(s) of meals: | 8/15/08 | 0 | |
| Purpose: | Lunch during day of trial | 0 | |
| Present: | Debbie Hill | 0 | |
| Charge To: | Hart, 99999.624 | 0 | |
| | | 0 | |
| | **Total** | | **$  54.95** |

     I certify that the above is the correct amount due me for
travel and/or entertainment expenses, that no personal expenses
are included, and that the supporting statements are true,
correct and complete.

_Debra a Hill_   8/21/08
Signature of Claimant        Date

____ Please initial if check is to be made payable to American
Express.

*Information relating to same trip may be aggregated if
individual receipts are attached.

CITY HALL GARAGE
PHOENIX AZ
CENTRAL PARKING SYSTEM
602 495 6777

(1)

Rcpt#221087
08/14/08 17:45   L# 4 A# 9   Txn# 44419
08/14/08 08:25 In   08/14/08 17:45 Out
Txt# 024792
CASH PAID      $   16.00-
THANK YOU!!!
PLEASE DRIVE WITH CARE
DON'T DRINK AND DRIVE

CITY HALL GARAGE
PHOENIX AZ
CENTRAL PARKING SYSTEM
602 495 6777

(2)

Rcpt#221215
08/15/08 17:58   L# 4 A# 9   Txn# 44878
08/15/08 07:49 In   08/15/08 17:58 Out
Txt# 025255
CASH PAID      $   16.00-
THANK YOU!!!
PLEASE DRIVE WITH CARE
DON'T DRINK AND DRIVE

## AFFIDAVIT

I affirm that the expenses listed below were incurred by me in the process of performing business tasks.  This affidavit is submitted in lieu of receipts.

⑭

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 8/15/08 | Lunch during day of trial | 6.81 |

TOTAL                                                      $6.81

Signed _Debra a Hull_

Date _8/21/08_

Note:    Attach to Claim for Reimbursement

266739.1 Rev 1/00

REC'D OSBORN MALEDON P.A.

AUG 2 6 2008

CHECK NO.: _____          DATE: August 22, 2008

NAME: Debbie Hill

<u>CLAIM FOR EXPENSE REIMBURSEMENT</u>

Please attach receipts for all expenses, except as indicated, and
show client and matter <u>numbers</u> as well as names.

| | | | |
|---|---|---|---|
| Meals* | | | $9.94  ① |
| Date(s) of meals: | 8/19/08 | 0 | |
| Purpose: | Dominic's Downtown - Lunch during day of trial | 0 | |
| Present: | Debbie Hill | 0 | |
| Charge To: | Hart, 99999.624 | 0 | |
| | | 0 | |
| Meals* | | | $8.05  ② |
| Date(s) of meals: | 8/20/08 | 0 | |
| Purpose: | Dominic's Downtown - Lunch during day of trial | 0 | |
| Present: | Debbie Hill | 0 | |
| Charge To: | Hart, 99999.624 | 0 | |

Meals*                                                              ③
Date(s) of meals:
Purpose:

Present:


Charge To:

                         **Total**                    |_____|


        I certify that the above is the correct amount due me for
travel and/or entertainment expenses, that no personal expenses
are included, and that the supporting statements are true,
correct and complete.

                              *Debbie Hill*  8/23/08
                         Signature of Claimant       Date

____  Please initial if check is to be made payable to American
Express.

*Information relating to same trip may be aggregated if
individual receipts are attached.

205619



```
        DOMINIC'S
        DOWNTOWN
   401 W WASHINGTON STREET
        SUITE #210
        PHOENIX, AZ
DATE 08/20/2008 WED  TIME 12:10

MISC T1              $5.95
LG SODA     T1       $1.50
TAX1                 $0.60
TOTAL                $8.05
CASH                 $8.05
CLERK                00000
```

```
        DOMINIC'S
        DOWNTOWN
   401 W WASHINGTON STREET
        SUITE #210
        PHOENIX, AZ
DATE 08/19/2008 TUE  TIME 12:07

LG SODA     T1       $1.50
MISC T1              $4.95
TAX1                 $0.52
TOTAL                $6.97
CASH                $20.00
CHANGE              $13.03
CLERK               00000
```

```
        DOMINIC'S
        DOWNTOWN
   401 W WASHINGTON STREET
        SUITE #210
        PHOENIX, AZ
DATE 08/19/2008 TUE  TIME 12:30

LG SODA     T1       $1.50
SM COFFEE   T1       $1.25
TAX1                 $0.22
TOTAL                $2.97
CASH               $10.00
CHANGE              $7.03
CLERK               00000
```

RECEIVED FROM MALEDON P.A.

AUG 2 8 2008

CHECK NO.: _____          DATE: August 27, 2008

NAME: Debbie Hill

### CLAIM FOR EXPENSE REIMBURSEMENT

Please attach receipts for all expenses, except as indicated, and
show client and matter numbers as well as names.

| | | | |
|---|---|---|---|
| **Parking** (no receipts for charges under $3.00) | | | $16.00 ① |
| Date(s) | 8/19/08 | 0 | |
| Purpose: | Attend trial at federal courthouse | 0 | |
| Charge To: | Hart, 99999.624 | 0 | |
| | | 0 | |
| **Parking** (no receipts for charges under $3.00) | | | $16.00 ② |
| Date(s) | 8/20/08 | 0 | |
| Purpose: | Attend trial at federal courthouse | 0 | |
| Charge To: | Hart, 99999.624 | 0 | |
| | | 0 | |
| **Parking** (no receipts for charges under $3.00) | | | $16.00 ③ |
| Date(s) | 8/21/08 | 0 | |
| Purpose: | Attend trial at federal courthouse | 0 | |
| Charge To: | Hart, 99999.624 | 0 | |
| | | 0 | |
| Other | | | 0 ④ |
| Date(s) | | | |
| Purpose: | | | |
| Charge To: | | | |
| **Total** | | 0 | |

I certify that the above is the correct amount due me for
travel and/or entertainment expenses, that no personal expenses
are included, and that the supporting statements are true,
correct and complete.

_Debbie Hill_          8/28/08
Signature of Claimant          Date

____ Please initial if check is to be made payable to American
Express.

*Information relating to same trip may be aggregated if
individual receipts are attached.

205730

③

CITY HALL GARAGE
PHOENIX AZ
CENTRAL PARKING SYSTEM
602 495 6777

Rcpt#221473
08/21/08 17:31   LN 4 AM  9   Txn# 46703
08/21/08 08:17 In   08/21/08 17:31 Out
Tkt# 027497       $   16.00-
CASH PAID
THANK YOU!!!
PLEASE DRIVE WITH CARE
DON'T DRINK AND DRIVE

②

CITY HALL GARAGE
PHOENIX AZ
CENTRAL PARKING SYSTEM
602 495 6777

Rcpt#221571
08/20/08 17:53   LN 4 AM  9   Txn# 46266
08/20/08 08:09 In   08/20/08 17:53 Out
Tkt# 026914       $   16.00-
CASH PAID
THANK YOU!!!
PLEASE DRIVE WITH CARE
DON'T DRINK AND DRIVE

①

CITY HALL GARAGE
PHOENIX AZ
CENTRAL PARKING SYSTEM
602 495 6777

Rcpt#221435
08/19/08 17:29   LN 4 AM  9   Txn# 45761
08/19/08 07:52 In   08/19/08 17:29 Out
Tkt# 050158       $   16.00-
CASH PAID
THANK YOU!!!
PLEASE DRIVE WITH CARE
DON'T DRINK AND DRIVE



**MPAC Document Solutions**
2909 N Central Avenue
Suite 210
Phoenix, AZ 85012-2741

(602)241-1530

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 09/09/2008 | 17513 |

**APPROVED FOR PAYMENT.**
Client #: _99999.624_
Date: _9-9-08_
By: _D Hill_

**BILL TO**

Osborn Maledon PA
2929 N. Central Ave.
Suite 2100
Phoenix, AZ 85012-2794

| Client/Matter | Ordered By | Sales Rep |
|---------------|------------|-----------|
| 9999-06241 | Debbie Hill | FT |

| Activity | Amount |
|----------|--------|
| • Oversize Color Scans, 6 @ $6.00 | 36.00T |
| • Oversize Color Prints, 12 @ $3.00 | 36.00T |

RCD OSBORN MALEDON P A
SEP 17 2008

PAYMENT TERMS:  Due On Receipt

REMITTANCE ADDRESS:
P.O. Box 16006
Phoenix, AZ 85011
EIN: 06-1769834

| | |
|---|---|
| SUBTOTAL | $72.00 |
| TAX (8.3%) | $5.98 |
| TOTAL | $77.98 |



MPAC Document Solutions
2909 N Central Avenue
Suite 210
Phoenix, AZ 85012-2741

(602)241-1530

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 09/09/2008 | 17531 |

**BILL TO**

Osborn Maledon PA
2929 N. Central Ave.
Suite 2100
Phoenix, AZ 85012-2794

APPROVED FOR PAYMENT.
Client #: _99999.624_
Date: _9-9-08_
By: _D Hill_

| Client/Matter | Ordered By | Sales Rep |
|---------------|------------|-----------|
| 9999-06241 | Debbie Hill | FT |

| Activity | Amount |
|----------|--------|
| • Color Copies 8.5 x 11, 6 @ $0.79 | 4.74T |

REC'D OSBORN MALEDON P.A
SEP 16 2008

| | |
|---|---|
| **SUBTOTAL** | $4.74 |
| **TAX (8.3%)** | $0.39 |
| **TOTAL** | $5.13 |

PAYMENT TERMS: Due On Receipt

REMITTANCE ADDRESS:
P.O. Box 16006
Phoenix, AZ 85011
EIN: 06-1769834



206007

**R INVESTIGATIONS**
136 W. Main Street, Suite 102
Mesa, AZ 85201
Ph - 480/726-3961 FX- 480/962-1513
AZDPS# 1003003

REC'D OSBORN MALEDON

SEP 2 9 2008



# Invoice

| | Date | Invoice # | Due Date |
|---|---|---|---|
| | 9/15/2008 | 3904 | 10/17/2008 |

| Bill To |
|---|
| Deb Hill |
| Osborn Maledon |
| PO Box 36379 |
| Phoenix, AZ  85067-6379 |

| Inquiry Regarding |
|---|
| Hart vs Arpaio (Hill)  (6816) |

| Date | Services / Expenses | Hours/Qty | Amount |
|---|---|---|---|
| 09/02/08 | Confer with Deb regarding locates on two jail inmates as potential witnesses; Conduct locate of Walker and Hanze; Obtain court records from SE Superior;  Prepare memo and e-mail to Hill | 5 | 450.00 |
| | Database & Records fees | | 55.00 |

**APPROVED FOR PAYMENT.**
Client #: _99999.624_
Date: _9-29-08_
By: _DAH_

| Thank you for your business. | | |
|---|---|---|
| | Invoice Total | $505.00 |
| | Retainer/Payment Applied | $0.00 |
| | Balance | $505.00 |
| Tax ID # 86-1004649 | **Amount Due** | **$505.00** |

206262

$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$

$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$

## CHECK REQUEST
## APPROVAL REQUIRED - $350.00 AND ABOVE

Date Request Submitted:  September 17, 2008 10:08 AM

Attorney:      Debbie Hill
Secretary:     Karen McClain

Date Needed:    9/17/08                          Hold for Pickup: ☐
Time Needed:    2pm                         Return Via Office Mail: ☐
Amount:         $169.68                   Return Via Dumbwaiter: ☐
                + 14.08  Tax                           Mail It: ☐
                183.76  TOTAL            Mail With Attachment: ☐
PAYABLE TO:     Iafrate & Associates

CHARGE TO:                               Call me when check is ready
                                         Karen
Client Name:       Hart                    ext. 9121
Client Number:     99999.624

Description of Disbursements:

portion of DupLEX invoice 43119

Check Request.dot
08/18/2006

201-046

DupLEX

2601 N. Third Street, Suite 101
Phoenix. AZ 85004
(602) 241-9333
(602)-241-3339 Fax

*Grivances*
*& Head Count Rosters*

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 6/13/2008 | 43119 |

**BILL TO**

Iafrate & Associates
649 N. 2nd Avenue
Phoenix. AZ 85003
602-234-9775
602-234-9733 (Fax)

**APPROVED FOR PAYMENT.**
Client #: *99999.624*
Date: *7-25-08*
By: *DAH*
*ok as to $169.68 only*

| Reference Number | TERMS | Rep | Ordered By | Order Number |
|------------------|-------|-----|------------|--------------|
| 2149 | Upon Receipt | SM | Franco, Rebecca | 06082055 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 50.199 | Black & White 8.5 x 11 - No Slipsheets | 0.06 | 3,011.94T |
| | City and State Tax | 8.30% | 249.99 |

The HEAT is On. DupLEX will help you keep COOL!

| **Total** | $3.261.93 |
|-----------|-----------|

Federal Tax ID# 86-0962319          Client Signature          Date

*R. Franco*

# IAFRATE & ASSOCIATES

## Attorneys at Law

Pollyanne T. Cady

649 N. 2nd Ave
Phoenix, AZ 85003
(602) 234-9775
Fax (602) 254-9733
Tax ID 20-1803233

August 27, 2008

REC'D OSBORN MALEDON P.A

AUG 2 9 2008

Debra Hill
**Osborn Maledon, PA**
2929 N. Central Ave., Suite 2100
Phoenix, AZ 85012

**RE:**   *Arpaio adv. Fred Graves, et al.*
      **U.S.D.C. Case No: CV77-0479-PHX-NVW**

Dear Debbie:

    Enclosed, please find an invoice from DupLEX in the amount of $3,261.93 for copies ordered for you.  This was for copies of MCSO grievances and head count rosters that you requested.  Please reimburse Iafrate & Associates as we paid DupLEX directly.

    Thank you.  Please let me know if you have any questions.

        Sincerely,

        **IAFRATE & ASSOCIATES**

        Pollyanne T. Cady
        Firm Administrator

Enclosure

# IAFRATE & ASSOCIATES

### Attorneys at Law

Pollyanne T. Cady

649 N. 2nd Ave.
Phoenix, AZ 85003
(602) 234-9775
Fax (602) 254-9733
Tax ID 20-1803233

July 23, 2008

REC'D OSBORN MALEDON P.A.

JUL 2 5 2008

Debra Hill
**Osborn Maledon, PA**
2929 N. Central Ave., Suite 2100
Phoenix, AZ 85012

RE: *Arpaio adv. Fred Graves, et al.*
      **U.S.D.C. Case No: CV77-0479-PHX-NVW**

Dear Debbie:

    Enclosed, please find an invoice from DupLEX in the amount of $3,261.93 for copies ordered for you.  Please reimburse Iafrate & Associates as we paid DupLEX directly.

    Thank you.  Please let me know if you have any questions.

               Sincerely,

               **IAFRATE & ASSOCIATES**

               Pollyanne T. Cady
               Firm Administrator

Enclosure

The Phoenix Plaza
21st Floor
2929 North Central Avenue
Phoenix, Arizona 85012-2793

P.O. Box 36379
Phoenix, Arizona 85067-6379

Telephone    602.640.9000
Facsimile    602.640.9050

**O S B O R N**
**M A L E D O N**

A PROFESSIONAL ASSOCIATION
ATTORNEYS AT LAW

www.osbornmaledon.com

Debra A. Hill

Direct Line       602.640.9325
Direct Fax        602.640.6065

dhill@omlaw.com

September 17, 2008

Michele M. Iafrate
Iafrate & Associates
649 North 2nd Avenue
Phoenix, Arizona  85003

Re:    Graves, et al. v. Arpaio, et al.

Dear Michele:

I received your August 27, 2008, letter with the DupLEX invoice attached.  Although Ms. Cady's letter states that the invoice was for copies of grievances and headcount rosters, the DupLEX invoice contains no information other than the fact that the company made 50,000 copies for you on an unknown date.  However, we did request that you make copies of the grievances for us.  You provided us 2828 pages of grievances.  At six cents per page, that totals $169.68.  Tax of 8.3 percent on that amount brings it to a total of $183.76.

The headcount rosters were provided to us on a disk that accompanied the Sheriff's June 20, 2008, response to our Fifth Set of Requests for Production.  There was no agreement to reimburse the Sheriff for documents that were produced in response to discovery requests, and we therefore decline to do so.  (In addition, the headcount rosters did not encompass 47,000 pages, so the rest of the DupLEX copying charges are still unexplained.)

I have enclosed a check for $183.76, which is reimbursement of the copying charges for the grievances.

Sincerely,

Debbie Hill

Debra A. Hill

DAH/klm
Enclosure
2277128_1

cc:    Margaret Winter (without enclosure)
       Hanh Nguyen (without enclosure)
       Sharad H. Desai (without enclosure)

SEP 23 2008

CHECK NO.: _____          DATE: September 19, 2008

NAME: Sharad Desai

### CLAIM FOR EXPENSE REIMBURSEMENT

Please attach receipts for all expenses, except as indicated, and
show client and matter numbers as well as names.

| | | | |
|---|---|---|---|
| **Parking** (no receipts for charges under $3.00) | | | $16.00 |
| Date(s) | 8/22/08 | 0 | |
| Purpose: | City Hall Garage - attend trial at federal courthouse | 0 | |
| Charge To: | Hart, 99999.624 | 0 | |
| | | 0 | |
| **Parking** (no receipts for charges under $3.00) | | | $14.00 |
| Date(s) | 8/27/08 | 0 | |
| Purpose: | City Hall Garage - visit inmates at 4th Ave. Jail to go over testimony | 0 | |
| Charge To: | Hart, 99999.624 | 0 | |
| | | 0 | |
| **Parking** (no receipts for charges under $3.00) | | | $16.00 |
| Date(s) | 8/29/08 | 0 | |
| Purpose: | City Hall Garage - attend trial at federal courthouse | 0 | |
| Charge To: | Hart, 99999.624 | 0 | |
| | | 0 | |
| | **Total** | | **$ 46.00** |

I certify that the above is the correct amount due me for
travel and/or entertainment expenses, that no personal expenses
are included, and that the supporting statements are true,
correct and complete.

_____      9/19/08
Signature of Claimant               Date

____ Please initial if check is to be made payable to American
Express.

*Information relating to same trip may be aggregated if
individual receipts are attached.

206161

CITY HALL GARAGE
PHOENIX AZ
CENTRAL PARKING SYSTEM
602 495 6777

Rcpt#221767
08/22/08 17:36   L# 4 A# 9   Txn# 47102
08/22/08 07:57 In   08/22/08 17:36 Out
Tkt# 852282
CASH PAID     $   16.00-
THANK YOU!!!
PLEASE DRIVE WITH CARE
DON'T DRINK AND DRIVE

CITY HALL GARAGE
PHOENIX AZ
CENTRAL PARKING SYSTEM
602 495 6777

Rcpt#229783
08/27/08 12:45   L# 3 A# 23   Txn# 70511
08/27/08 09:29 In   08/27/08 12:45 Out
Tkt# 854842
CASH PAID     $   14.00-
THANK YOU!!!
PLEASE DRIVE WITH CARE
DON'T DRINK AND DRIVE

CITY HALL GARAGE
PHOENIX AZ
CENTRAL PARKING SYSTEM
602 495 6777

Rcpt#222394
08/29/08 12:48   L# 4 A# 16   Txn# 49259
08/29/08 07:57 In   08/29/08 12:48 Out
Tkt# 030549
CASH PAID     $   16.00-
THANK YOU!!!
PLEASE DRIVE WITH CARE
DON'T DRINK AND DRIVE

REC'D OSBORN MALEDON P.A.

SEP 3 0 2008

CHECK NO.: _____                    DATE: September 19, 2008

NAME: Debbie Hill

## CLAIM FOR EXPENSE REIMBURSEMENT

Please attach receipts for all expenses, except as indicated, and show client and matter numbers as well as names.

Parking (no receipts for charges under $3.00)                                    $16.00   ①
Date(s)                         9/3/08                          0
Purpose:                        City Hall Garage - attend       0
                                trial at federal courthouse
Charge To:                      Hart, 99999.624                 0
                                                                0

Parking (no receipts for charges under $3.00)                                    $16.00   ②
Date(s)                         9/4/08                          0
Purpose:                        City Hall Garage - attend       0
                                trial at federal courthouse
Charge To:                      Hart, 99999.624                 0
                                                                0

Parking (no receipts for charges under $3.00)                                    $16.00   ③
Date(s)                         8/28/08                         0
Purpose:                        City Hall Garage - attend       0
                                trial at federal courthouse
Charge To:                      Hart, 99999.624                 0
                                                                0

Parking (no receipts for charges under $3.00)                                    $16.00   ④
Date(s)                         8/29/08                         0
Purpose:                        City Hall Garage - attend       0
                                trial at federal courthouse
Charge To:                      Hart, 99999.624                 0
                                                                0

Meals*                                                                           $8.86    ⑤
Date(s) of meals:               8/28/08                         0
Purpose:                        Dominic's - lunch during day    0
                                of trial
Present:                        Debbie Hill
Charge To:                      Hart, 99999.624                 0
                                                                0

Meals*                                                                           $11.30   Ⓐ
Date(s) of meals:               9/4/08                          0
Purpose:                        lunch downtown during day of    0
                                trial (no receipt, see
                                affidavit)
Present:                        Debbie Hill
Charge To:                      Hart, 99999.624                 0
                                                                0

206264

Meals*                                                                    $8.31   (A)
Date(s) of meals:            9/5/08                                0
Purpose:                     lunch downtown during day of         0
                             trial (no receipt, see
                             affidavit)
Present:                     Debbie Hill                          0
Charge To:                   Hart, 99999.624                      0
                                                                  0

Taxi* (no receipts for trips under                                         (6)
$15.00)
Date(s) of stay:
Purpose:


Charge To:

Meals*                                                                     (7)
Date(s) of meals:
Purpose:                                                          0


Present:                                                          )
Charge To:                                                        )

Meals*                                                            )        (8)
Date(s) of meals:                                                 ∩
Purpose:


Present:


Charge To:
                                                                 U         (9)
Parking (no receipts for charges
under $3.00)
Date(s)
Purpose:


Charge To:
                                                                 0

Plane Travel
Date of trip:
Destination(s):

Purpose:
Charge To:

CITY HALL GARAGE
PHOENIX AZ
CENTRAL PARKING SYSTEM
602 495 6777

Rcpt#222669
09/03/08 17:42   L# 4 A# 5   Txn# 50470
09/03/08 08:11 In   09/03/08 17:42 Out
Tkt# 857458
CASH PAID      $   16.00-
THANK YOU!!!
PLEASE DRIVE WITH CARE
DON'T DRINK AND DRIVE

①

CITY HALL GARAGE
PHOENIX AZ
CENTRAL PARKING SYSTEM
602 495 6777

Rcpt#188212
09/04/08 13:51   L# 2 A# 5   Txn#924261
09/04/08 08:45 In   09/04/08 13:51 Out
Tkt# 032327
CASH PAID      $   16.00-
THANK YOU!!!
PLEASE DRIVE WITH CARE
DON'T DRINK AND DRIVE

②

CITY HALL GARAGE
PHOENIX AZ
CENTRAL PARKING SYSTEM
602 495 6777

Rcpt#187848
08/28/08 17:50   L# 2 A# 5   Txn#922071
08/28/08 07:45 In   08/28/08 17:50 Out
Tkt# 418387
CASH PAID      $   16.00-
THANK YOU!!!
PLEASE DRIVE WITH CARE
DON'T DRINK AND DRIVE

③

CITY HALL GARAGE
PHOENIX AZ
CENTRAL PARKING SYSTEM
602 495 6777

Rcpt#222393
08/29/08 12:47   L# 4 A# 16   Txn# 49258
08/29/08 08:18 In   08/29/08 12:47 Out
Tkt# 856009
CASH PAID      $   16.00-
THANK YOU!!!
PLEASE DRIVE WITH CARE
DON'T DRINK AND DRIVE

④



# DOMINIC'S
# DOWNTOWN
1 W WASHINGTON STREET
SUITE #210
PHOENIX, AZ
DATE 08/28/2008 THU   TIME 12:55

```
MISC T1                  $6.95
MED SODA      T1         $1.25
TAX1                     $0.66
TOTAL                    $8.86
CASH                     $9.00
CHANGE                   $0.14
CLER                     00000
```

## AFFIDAVIT

I affirm that the expenses listed below were incurred by me in the process of performing business tasks.  This affidavit is submitted in lieu of receipts.

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 9/4/08 | lunch downtown during day of trial | 11.30 |
| 9/5/08 | lunch downtown during day of trial | 8.31 |

TOTAL                                                                $19.61



Signed _Deline Hill_

Date _____ 9/29/08 _____

Note:    Attach to Claim for Reimbursement

266739.1 Rev 1/00

REC'D OSBORN MALEDON P.A

OCT 2 8 2008

CHECK NO.: _____                    DATE:   October 28, 2008

NAME:  Tricia Sherrill

CLAIM FOR EXPENSE REIMBURSEMENT

Please attach receipts for all expenses, except as indicated, and show
client and matter numbers as well as names.

Parking (no receipts for charges                                          $3.00
under $3.00)
Date(s)                          08-13-08                        0
Purpose:                         Hart Trial                      0
Charge To:                       99999.624, Class Action re       0
                                 Maricopa County
                                                                 0

Parking (no receipts for charges                                          $3.00
under $3.00)
Date(s)                          08-15-08                        0
Purpose:                         Hart Trial                      0
Charge To:                       99999.624, Class Action re       0
                                 Maricopa County
                                                                 0

Parking (no receipts for charges                                          $3.00
under $3.00)
Date(s)                          08-16-08                        0
Purpose:                         Hart Trial                      0
Charge To:                       99999.624, Class Action re       0
                                 Maricopa County
                                                                 0

Parking (no receipts for charges                                          $3.00
under $3.00)
Date(s)                          08-19-08                        0
Purpose:                         Hart Trial                      0
Charge To:                       99999.624, Class Action re       0
                                 Maricopa County
                                                                 0

Parking (no receipts for charges                                          $3.00
under $3.00)
Date(s)                          08-20-08                        0
Purpose:                         Hart Trial                      0
Charge To:                       99999.624, Class Action re       0
                                 Maricopa County
                                                                 0

Parking (no receipts for charges    $3 + $3 (Trip to OM for                $6.00
under $3.00)                         Lunch)
Date(s)                          08-21-08                        0
Purpose:                         Hart Trial                      0
Charge To:                       99999.624, Class Action re       0
                                 Maricopa County
                                                                 0

Parking (no receipts for charges                                          $3.00
under $3.00)
Date(s)                          08-22-08                        0

206658

Purpose:                    Hart Trial                          0
Charge To:                  99999.624, Class Action re          0
                            Maricopa County
                                                                0
                            **Total**                       $   24.00

I certify that the above is the correct amount due me for travel and/or entertainment expenses, that no personal expenses are included, and that the supporting statements are true, correct and complete.

_Patricia Shewell_          10/28/08
Signature of Claimant             Date

____ Please initial if check is to be made payable to American Express.

*Information relating to same trip may be aggregated if individual receipts are attached.

I have verified that supporting receipts are attached for all the above unless not required.

Date:  _10/28/08_

_K. Buske_
Bookkeeper                          Revised 10/1/08

## AFFIDAVIT

I affirm that the expenses listed below were incurred by me in the process of performing business tasks.  This affidavit is submitted in lieu of receipts.

DATE                    DESCRIPTION                                         AMOUNT
08-13-08 - 08-22-08     Parking for the Hart Trial


TOTAL                                                               $24.00


Signed _Patricia Sherrill_

Date     _October 28, 2008_____


Note:    Attach to Claim for Reimbursement


266739.1 Rev 1/00

<u>Parking</u>

Trial  —  Tuesday  —  $3.00   }  8/13
            Thursday  —  $3.00   }  8/15
            Friday  —  $3.00   }  8/16
            Tues 8/19  —  $3.00
            Wed 8/20  —  $3.00
            Thurs 8/21  —  $6.00  (trip to DM at lunch)
            Fri  8/22  —  $3.00

                 Total =  $24.00

**Jensen, Lindsay**

| | |
|---|---|
| **From:** | Sherrill, Tricia |
| **Sent:** | Friday, October 24, 2008 10:44 AM |
| **To:** | Jensen, Lindsay |
| **Subject:** | Check request |
| **Attachments:** | Document.pdf |

Lindsay, could you prepare a check request for me for $24 as reimbursement for parking downtown during the Hart trial (99999.624)?  The attachment is the only backup I have (I pushed dollar bills into slots at a parking lot where no attendants worked).  If there is a problem with this, I imagine Debbie will approve.  If you need something else, please let me know.  Thanks very much.

# Exhibit 3

1   Larry A. Hammond, 004049
2   Debra A. Hill, 012186
    Sharad H. Desai, 025255
    OSBORN MALEDON, P.A.
3   2929 North Central Avenue, Suite 2100
    Phoenix, Arizona 85012-2793
4   (602) 640-9000
    lhammond@omlaw.com
5   dhill@omlaw.com
    sdesai@omlaw.com
6
    Margaret Winter (admitted *pro hac vice*)
7   Hanh Nguyen (admitted *pro hac vice*)
    ACLU National Prison Project
8   915 15th Street, N.W., 7th Floor
    Washington, D.C. 20005
9   (202) 548-6605
    mwinter@npp-aclu.org
10  hnguyen@npp-aclu.org
11  Daniel J. Pochoda, 021979
    American Civil Liberties Union of Arizona
12  P.O. Box 17148
    Phoenix, Arizona 85011-0148
13  (602) 650-1854
    dpochoda@acluaz.org
14
    Attorneys for Plaintiffs
15
                IN THE UNITED STATES DISTRICT COURT
16
                    FOR THE DISTRICT OF ARIZONA
17
18  Fred Graves, et al.,                )    No. CV 77-479-PHX-NVW
                                         )
19              Plaintiffs,              )    **DECLARATION OF MICHAEL C.**
                                         )    **MANNING IN SUPPORT OF**
20  v.                                   )    **PLAINTIFFS' MEMORANDUM**
                                         )    **FOR ATTORNEYS' FEES AND**
21  Joseph Arpaio, et al.,               )    **COSTS**
                                         )
22              Defendants.              )
23
24          Michael C. Mannng hereby declares as follows:
25          1.    I am a licensed attorney in Arizona and have been so licensed since
26  1995. I have practiced law in Phoenix since 1989. I was admitted to practice before
27  the United States Court for the District of Arizona in 1990. I am also licensed to
28  practice law in Missouri, Kansas, and the U.S. District Court in the District of

1    Columbia, and have been so licensed in those locations since 1977, 1978, and 1988

2    respectively. I have personal knowledge about the matters in this declaration.

3          2.      I am the Managing Partner of the Phoenix office of Stinson Morrison

4    Hecker LLP. I concentrate my practice on complex commercial litigation, and have

5    significant experience litigating civil rights and wrongful death cases.

6          3.      I received my undergraduate degree from Emporia State University and

7    received my law degree, *cum laude*, from Washburn University. I am listed in *The*

8    *National Law Journal's* triennial selection of the 100 Most Influential Lawyers in

9    America, as well as the 2005 *Business Journal's* "Best of the Bar."

10         4.      I personally know Larry Hammond and Debbie Hill, and have had the

11    opportunity to observe the quality of their work. Their work is of the very highest

12    quality and both enjoy excellent reputations. I have also reviewed the experience and

13    background of Margaret Winter, the lead lawyer for the ACLU National Prison

14    Project on this case. I am generally familiar with the rates charged by senior Phoenix

15    lawyers who have litigation experience similar to the experience of Mr. Hammond,

16    Ms. Hill and Ms. Winter, and the hourly rates charged by such attorneys in the

17    Phoenix community ranges from $375 to $575. (In March 2007, Judge James A.

18    Teilborg, United States District Court for the District of Arizona, awarded fees to the

19    Plaintiffs based on an hourly rate of $400 for work that I performed on the Agster

20    case from 2002-2006. *See Agster v. Maricopa County*, 486 F.Supp.2d 1005, 1015 (D.

21    Az. 2007)).

22         5.      In my opinion, the hourly rate charged by Mr. Hammond, Ms. Hill and

23    Ms. Winter in this case, which I understand is capped by the Prison Litigation Reform

24    Act at $169.50 per hour, is substantially lower than the normal hourly rates charged

25    by lawyers with similar experience and expertise. I consider the work done by Mr.

26    Hammond and Ms. Hill at the hourly rate of $169.50 to constitute a significant *pro*

27    *bono* contribution by the firm of Osborn Maledon.

28

6.  I am also generally familiar with the rates charged in the Phoenix legal community for associates with one to three years experience.  During 2006-2008, the Phoenix office of Stinson Morrison Hecker billed its associates with similar experience at hourly rates ranging from $160 (for first year associates in 2006) to $235 (for third year associates in 2008).  In my opinion, the hourly cap of $169.50 for the Osborn Maledon associates and the ACLU National Prison Project associate who worked on the case is also significantly lower than the current market hourly rate for associates in the Phoenix area.

7.  The Phoenix office of Stinson Morrison Hecker currently bills for its paralegals at a range between $135 - $200 per hour.  I am also generally familiar with the rates charged for paralegals by other law firms in Phoenix.  In my opinion, the hourly rate of $135-155 that Osborn Maledon billed for its paralegals who worked on this case over the last three years is very reasonable, and is certainly well within the prevailing market rate at law firms for paralegals with 20+ years of paralegal experience.

8.  In addition, the Phoenix office of Stinson Morrison Hecker billed its 2007 summer clerks at $120 per hour (SMH had no summer associates in 2008).  In my opinion, Osborn Maledon's 2008 hourly rates of $110 for a first year law student, $155 for a second year law student, and $165 for a law school graduate are within the prevailing market rates at law firms in the Phoenix area with respect to summer law clerks.

DATED this /4th day of December, 2008.



Michael C. Manning

2386393_1.DOC

- 3 -

# Exhibit 4

1  Larry A. Hammond, 004049
   Debra A. Hill, 012186
2  Sharad H. Desai, 025255
   OSBORN MALEDON, P.A.
3  2929 North Central Avenue, Suite 2100
   Phoenix, Arizona 85012-2793
4  (602) 640-9000
   lhammond@omlaw.com
5  dhill@omlaw.com
   sdesai@omlaw.com
6
   Margaret Winter (admitted *pro hac vice*)
7  Hanh Nguyen (admitted *pro hac vice*)
   ACLU National Prison Project
8  915 15th Street, N.W., 7th Floor
   Washington, D.C. 20005
9  (202) 548-6605
   mwinter@npp-aclu.org
10 hnguyen@npp-aclu.org

11 Daniel J. Pochoda, 021979
   American Civil Liberties Union of Arizona
12 P.O. Box 17148
   Phoenix, Arizona 85011-0148
13 (602) 650-1854
   dpochoda@acluaz.org
14
   Attorneys for Plaintiffs
15
                    IN THE UNITED STATES DISTRICT COURT
16
                         FOR THE DISTRICT OF ARIZONA
17
   Fred Graves, et al.,              )   No. CV 77-479-PHX-NVW
18                                    )
                  Plaintiffs,         )   **DECLARATION OF LEE STEIN**
19                                    )   **IN SUPPORT OF PLAINTIFFS'**
   v.                                 )   **MEMORANDUM FOR**
20                                    )   **ATTORNEYS' FEES AND COSTS**
   Joseph Arpaio, et al.,             )
21                                    )
                  Defendants.         )
22                                    )

23       Lee Stein hereby declares as follows:

24       1.    I am a licensed attorney in Arizona and have been practicing law in

25 Phoenix since 1988. I have personal knowledge about the matters in this declaration.

26       2.    I am presently a partner at Perkins Coie Brown & Bain P.A. (an

27 Affiliate of Perkins Coie LLP) in Phoenix, Arizona.  I previously served as an

28 Assistant U.S. Attorney and Special Assistant Attorney General at the Arizona

1  Attorney General's Office.  I am Co-Chair of the firm's Investigations and White
2  Collar Defense Practice.  I was previously a partner at Fennemore Craig.

3      3.    I received my J.D., *magna cum laude*, from Arizona State University,
4  Sandra Day O'Connor College of Law, in 1988.  I have been listed in *The Best*
5  *Lawyers in America*, Criminal Defense; *Chambers USA*, "America's Leading
6  Litigation Lawyers"; and *Southwest Super Lawyers*.

7      4.    I personally know Larry Hammond and Debbie Hill and have had the
8  opportunity to observe the quality of their work.  Their work is of the very highest
9  quality and both enjoy excellent reputations.  I have also reviewed the experience and
10 background of Margaret Winter, the lead lawyer for the ACLU National Prison
11 Project on this case.  Based on my experience as both a partner at a large firm and as
12 an Assistant U.S. Attorney, I am generally familiar with the rates charged by senior
13 Phoenix lawyers who have litigation experience similar to the experience of
14 Mr. Hammond, Ms. Hill and Ms. Winter.  The hourly rates charged by such attorneys
15 in the Phoenix community ranges from $360 to $595.

16     5.    In my opinion, the hourly rate charged by Mr. Hammond, Ms. Hill and
17 Ms. Winter in this case, which I understand is capped at $169.50 per hour, is
18 substantially lower than the normal hourly rates charged by lawyers who have similar
19 experience.  I consider work done by Mr. Hammond and Ms. Hill at the hourly rate of
20 $169.50 to constitute a significant *pro bono* contribution by the firm of Osborn
21 Maledon.

22     6.    I am also generally familiar with the rates charged in the Phoenix
23 community for associates with one to three years experience.  In 2008, the Phoenix
24 office of Perkins Coie billed its associates with similar experience at hourly rates
25 ranging from $225 to $350.  In my opinion, the hourly cap of $169.50 for the Osborn
26 Maledon associates and the ACLU National Prison Project litigation fellow who
27 worked on the case is also significantly lower than the current market hourly rate for
28 associates in the Phoenix area.

-2-

7.     The Phoenix office of Perkins Coie currently bills between $165 - $200 per hour for its paralegals.  I am also generally familiar with the rates charged for paralegals by other law firms in Phoenix.  In my opinion, the hourly rate of $135-155, which Osborn Maledon billed for its paralegals who worked on this case over the last three years is quite reasonable, and is certainly well within the prevailing market rate at law firms for paralegals with 20+ years of paralegal experience.

8.     In addition, the Phoenix office of Perkins Coie billed its 2008 summer clerks at a range of $140 - $155 per hour.  In my opinion, Osborn Maledon's hourly rates of $110 for a first year law student, $155 for a second year law student, and $165 for a law school graduate are within the prevailing market rates at law firms in the Phoenix area with respect to summer law clerks.

DATED this **16** day of December, 2008.

_____

Lee Stein

2386319_1.DOC

- 3 -

# Exhibit 5

Larry A. Hammond, 004049
Debra A. Hill, 012186
Sharad H. Desai, 025255
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2100
Phoenix, Arizona 85012-2793
(602) 640-9000
lhammond@omlaw.com
dhill@omlaw.com
sdesai@omlaw.com

Margaret Winter (admitted *pro hac vice*)
Hanh Nguyen (admitted *pro hac vice*)
ACLU National Prison Project
915 15th Street, N.W., 7th Floor
Washington, D.C. 20005
(202) 548-6605
mwinter@npp-aclu.org
hnguyen@npp-aclu.org

Daniel J. Pochoda, 021979
American Civil Liberties Union of Arizona
P.O. Box 17148
Phoenix, Arizona 85011-0148
(602) 650-1854
dpochoda@acluaz.org

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Fred Graves, et al., | ) | No. CV 77-479-PHX-NVW |
| Plaintiffs, | ) | |
| | ) | **DECLARATION OF BARRY** |
| v. | ) | **MITCHELL IN SUPPORT OF** |
| | ) | **PLAINTIFFS' MEMORANDUM** |
| Joseph Arpaio, et al., | ) | **FOR ATTORNEYS' FEES AND** |
| | ) | **COSTS** |
| Defendants. | ) | |

Barry P. Mitchell hereby declares as follows:

1.     I am a licensed attorney in Arizona and have been practicing law in

Phoenix since 1991. I have personal knowledge about the matters in this declaration.

1    2.    I am presently a partner at Gallagher & Kennedy P.A.  I graduated

2    *summa cum laude* from ASU in 1985 with a B.A. in Psychology, and I received my

3    J.D. in 1991 from Boalt Hall School of Law, University of California at Berkley.

4    3.    I focus my practice on criminal defense, civil rights and administrative

5    agency matters.  I personally know Larry Hammond and Debbie Hill, and have had

6    the opportunity to observe the quality of their work.  Their work is of the very highest

7    quality and both enjoy excellent reputations.  I have also reviewed the experience and

8    background of Margaret Winter, the lead lawyer for the ACLU National Prison

9    Project on this case.  I am generally familiar with the rates charged by senior Phoenix

10   lawyers who have litigation experience similar to the experience of Mr. Hammond

11   and Ms. Hill, and the hourly rates charged by such attorneys in the Phoenix

12   community ranges from $425.00 to $595.00.  In my opinion, the hourly rate charged

13   by Mr. Hammond, Ms. Hill, and Ms. Winter in this case, which I understand is

14   capped at $169.50 per hour, is substantially lower than the normal hourly rates

15   charged by lawyers who have similar experience.  I consider work done by Mr.

16   Hammond and Ms. Hill at the hourly rate of $169.50 to constitute a significant *pro*

17   *bono* contribution by the firm of Osborn Maledon.

18   4.    I am also generally familiar with the rates charged in the Phoenix

19   community for associates with 1-3 years experience.  Gallagher & Kennedy has

20   charged hourly rates ranging from $210.00 to $275.00 for such associates during the

21   last three years.  In my opinion, the hourly cap of $169.50 for the Osborn Maledon

22   associates and the ACLU National Prison Project associate who worked on the case is

23   also significantly lower than the current market hourly rate for associates in the

24   Phoenix area.

25   5.    Gallagher & Kennedy currently bills between $150.00 - $190.00 per

26   hour for its paralegals.  I am also generally familiar with the rates charged for

27   paralegals by other law firms in Phoenix.  In my opinion, Osborn Maledon's hourly

28   rate of $135.00-155.00 per hour for its paralegals who worked on this case over the

1   last three years is very reasonable and is certainly well within the prevailing market

2   rate at law firms for paralegals with 20+ years of experience.

3          6.     In addition, Gallagher & Kennedy billed its 2008 summer clerks at a

4   range of $150.00 - $175.00 per hour.  In my opinion, Osborn Maledon's hourly rates

5   of $110.00 for a first year law student, $155.00 for a second year law student, and

6   $165.00 for a law school graduate are within the prevailing market rates at law firms

7   in the Phoenix area with respect to summer law clerks.

8          DATED this 17ᵗʰ day of December, 2008.

12                                                 Barry P. Mitchell

14   2381330_1

- 3 -

# Exhibit C

1  Larry Hammond
   Debra A. Hill
2  OSBORN MALEDON, LLP
   2929 North Central Avenue, Suite 2100
3  Phoenix, Arizona 85012-2793
   lhammond@omlaw.com
4  dhill@omlaw.com
   (602) 640-9000
5
   Margaret Winter (admitted *pro hac vice*)
6  Hanh Nguyen (admitted *pro hac vice*)
   ACLU National Prison Project
7  915 15th Street, NW, 7th Floor
   Washington, DC 20005
8  (202) 548-6605

9  Attorneys for Plaintiffs

10              IN THE UNITES STATES DISTRICT COURT

11              FOR THE DISTRICT OF ARIZONA

12

13  FRED GRAVES, et al.,              )  Case No.: CV 77-479-PHX -NVW
                                      )
14              Plaintiffs,           )  DECLARATION OF
                                      )  DANIEL POCHODA
15      vs.                           )
                                      )
16  JOE ARPAIO, et al.,               )
                                      )
17              Defendants.           )
                                      )
18  ─────────────────────────────────)

19  Daniel Pochoda, being duly sworn, upon his oath deposes and says:

20      1.      I am an attorney and the Legal Director of the ACLU of Arizona. The Arizona

21  ACLU and other attorneys represented the Plaintiff in this case. I make this declaration

22  on the basis of my personal knowledge.

23      2.      I kept contemporaneous records of my time spent on this case; the summary is

24  attached hereto as Exhibit "1". I prepared this summary based on my individual calendar

25  entries made at the time of performing the work. I have reviewed my time entries and

26  determined that they are accurate.

27

28

3.     I spent 41.3 hours on this case, all of which are reasonable and necessary.  I primarily spent that time defending depositions of detainees while lead counsels in this case were defending or taking other depositions simultaneously.

4.     I also oversaw the work and record keeping of Jackie Lombardo and Lori Markle, the two Arizona ACLU law clerks who have billed time on this case. They are both third year law students, at New York Law School and Western New England School of law respectively, and have focused on constitutional law and civil liberties courses and placements.

5.     I have reviewed their time entries and determined that they are accurate and reflect the time spent on the case. As seen in the attached Exhibit "2", the hours are 73 for Lori Markle and 87 for Jackie Lombardo.  I have determined that the hourly rate for these law students is $150 per hour, which is commensurate with local Phoenix standards (see Debbie Hill's declaration).

6.     My hourly rate is $450. I have researched the range of legal rates charged in the Phoenix area, including consulting senior partners in law firms and the author of the *Arizona Attorneys' Fees Handbook.*  My rate is the same or lower than that charged by most attorneys of comparable experience and ability in Phoenix.

7.     I am a 1966 graduate of Harvard Law School. I have extensive experience as a constitutional litigator, including argument before the United States Supreme Court in a prisoners' rights case (*Preiser v. Newkirk*, 1975).

8.     I have taught constitutional law and litigation and related subjects on the faculties of several law schools. In 1989 I was appointed Special Master by the US District Court of Arizona in three class action constitutional cases concerning Arizona prisoners (*Casey*

*v. Lewis*); my local commercial rate was determined to be $240 per hour by the US District Court in 1989.

9.      The total amount sought by the ACLU of Arizona in this case is $31,000.

Further affiant sayeth not.

_____

Daniel Pochoda

# Exhibit 1

**ACLU of Arizona**

**Legal Time Records**

Name: Dan Pochoda, Esq.

Case: Graves v. Arpaio

| Date | Activity | Hours |
|---|---|---|
| 6/3/08 | review case files | 2.8 |
| 6/4/08 | mtg. w/ co-counsel, law students re. | 1.4 |
| | research needs | |
| | | |
| 7/3/08 | mtg. w. plaintiff class member | 2.0 |
| | prepare notes of mtg. | 1.1 |
| 7/15/08 | review files of class members in prep'n. | 1.9 |
| | for dep'ns. | |
| 7/16/08 | defend dep'ns. of pl. class members | 6.2 |
| 7/17/08 | defend dep'ns. of pl. class members | 1.2 |
| 7/18/08 | defend dep'ns. of pl. class members | 7.4 |
| 7/19/08 | defend dep'ns. of pl. class members | 8.1 |
| | | |
| 7/20/08 | review roughs of dep's, prepare notes | 2.2 |
| 7/21/08 | disc'n. w. co-counsel re. dep'ns. + | 1.0 |
| | pl. witnesses | |
| | | |
| | | |
| | | |
| | | 41.3 |

Total Hours: 41.3

Dan Pochoda

# Exhibit 2

# Graves v. Arpaio

## Time Records for Jackie Lombardo (Law Student)

| DATE 2008 | TASK | HOURS |
|---|---|---|
| JUNE 9 | Review (Towers) operations journals and prepare summaries | 4 |
| JUNE 10 | Review (Towers) operations journals and prepare summaries | 4 |
| JUNE 11 | Review (Towers) operations journals and prepare summaries | 4 |
| JUNE 12 | Review (Towers) operations journals and prepare summaries | 4 |
| JUNE 13 | Review (Durango) operations journals and prepare summaries | 4 |
| JUNE 16 | Review (Durango) operations journals and prepare summaries | 4 |
| JUNE 17 | Review (Estrella) operations journals and prepare summaries | 4 |
| JUNE 18 | Review intake operations and journals for various issues as requested by Debbie Hill | 3 |
| JUNE 24 | Attend Towers Jail inspection with Debbie Hill and Bob Powitz. Draft memo RE: same | 5 |
| JUNE 25 | Prepare super-logs (recording and summarizing all times inmates were given fed) | 4 |
| JUNE 30 | Prepare super-logs (recording and summarizing all time inmates were given fed) | 3 |
| JULY 1 | Prepare super-logs (recording and summarizing all times inmates had dayroom access) | 3 |
| JULY 2 | Prepare recreation logs (recording all times inmates had recreation at Towers) | 3 |
| JULY 3 | Prepare recreation logs (recording all times inmates had recreation at Estrella) | 4 |
| JULY 7 | Prepare recreation logs (recording all times inmates had recreation at Durango) | 4 |
| JULY 8 | Prepare recreation charts (created chart for recreation times at Durango, as requested by Debbie Hill) | 3.5 |
| JULY 9 | Prepare recreation charts (created chart for recreation times at Estrella, as requested by Debbie Hill) | 3.5 |
| JULY 10 | Prepare recreation charts (created chart for recreation times at Towers, as requested by Debbie Hill) | 3.5 |
| JULY 11 | Prepare recreation charts (worked on chart for recreation times at Towers and Durango, as requested by Debbie Hill) | 3.5 |

| JULY 14 | Review incident reports and conference with Debbie Hill re: the same in preparation for trial cross examination | 4 |
|---|---|---|
| JULY 16 | Review incident reports and conference with Debbie Hill re: the same in preparation for trial cross examination | 3 |
| JULY 17 | Review incident reports and conference with Debbie Hill re: the same in preparation for trial cross examination | 3 |
| JULY 24 | Review and revise exhibits; index; and exhibit list | 3 |
| JULY 25 | Review and revise exhibits; index; and exhibit list | 3 |
| | **TOTAL HOURS:** | **87 Hours** |

| Days | 6/11/2008 | 6/12/2008 | 6/13/2008 | 6/19/2008 | 6/20/2008 | 6/25/2008 |
|---|---|---|---|---|---|---|
| Hours | 2.5 | 3.3 | 6.2 | 3.4 | 4.6 | 7.2 |
| Work Done | Worked in the office going through documents to determine rec. times, meal distribution and laundry services. | Worked in the office going through documents to determine rec. times, meal distribution and laundry services | Worked in the office going through documents to determine rec. times, meal distribution and laundry services. The work was the same for all three days essentially. There were a number of documents from all five jails that needed review. The review process continued for weeks and I sat in a room reviewing the documents and charting the results. | Received folders including the food that was distributed to the pretrial detainees. Started the project of creating the charts that would be filled in with the food distribution and intake of the pre-trial detainees. | I began going through the documents and determining what was distributed to the pre-trial detainees on a daily basis. I began compiling a report based on the dietary intake of the detainees. This project continued until the very end of my work on this case. I was compiling and making my report about the fod journals up until my last day of work on this case | Visited Durango Jail and holding cells at Madison jail. Spent most of the day walking through these jails with the expert. |

| Days | 6/26/2008 | 7/3/2008 | 7/24/2008 | 7/25/2008 | 7/28/2008 | 7/29/2008 |
|---|---|---|---|---|---|---|
| Hours | 4.8 | 6 | 3.2 | 6.8 | 2.2 | 3.8 |
| Work Done | Began memo on the conditions of the jail | Worked on memo explaining the conditions of Durango. Additionally continued to work on the food reports. | Conducted research to determine what the departement of agriculture classified as the appropriate dietary recommendations. Provided this research for the expert. Worked in filling in the chart/report of the food intake and dietary recommendations. | Documents had to be reviewed again to chart a different activity. I spent time reviewing all of the documents again to chart when there was a security override or any type of security problem in any of the 5 jails | Continued document review for the security problems | Continued work on filling in the food journal report. I received approximately 50 more pre-trial detainee food journals to review and input into the chart. |

| Days | 7/30/2008 | 7/31/2008 | 8/1/2008 | 8/2/2008 | 8/3/2008 | Total Hours |
|---|---|---|---|---|---|---|
| Hours | 1.4 | 3.1 | 8.2 | 4.2 | 2.1 | 73 |
| Work Done | I received approximately 50 more pre-trial detainee food journals to review and input into the chart. | The next four days were spent on the same project. Simply filling in the created dietary charts so as to provide this to the expert | Dietary Report | Dietary Report | Dietary Report | |

# Exhibit D

Larry A. Hammond, 004049
Debra A. Hill, 012186
Sharad H. Desai, 025255
Osborn Maledon, P.A.
2929 North Central Avenue, Suite 2100
Phoenix, Arizona 85012-2793
(602) 640-9000
lhammond@omlaw.com
dhill@omlaw.com
sdesai@omlaw.com

Margaret Winter (admitted *pro hac vice*)
Hanh Nguyen (admitted *pro hac vice*)
ACLU National Prison Project
915 15th Street, N.W., 7th Floor
Washington, D.C. 20005
(202) 548-6605
mwinter@npp-aclu.org
hnguyen@npp-aclu.org

Daniel J. Pochoda, 021979
American Civil Liberties Union of Arizona
P.O. Box 17148
Phoenix, Arizona 85011-0148
(602) 650-1854
dpochoda@acluaz.org

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Fred Graves, et al., | ) | No. CV 77-479-PHX-NVW |
| | ) | |
| Plaintiffs, | ) | **DECLARATION OF** |
| | ) | **ELIZABETH ALEXANDER** |
| v. | ) | **IN SUPPORT OF PLAINTIFFS'** |
| | ) | **APPLICATION FOR** |
| Joseph Arpaio, et al., | ) | **ATTORNEYS' FEES AND** |
| | ) | **RELATED NON-TAXABLE** |
| Defendants. | ) | **EXPENSES** |

ELIZABETH ALEXANDER, pursuant to 28 U.S.C. §1746, hereby makes the following declaration under penalty of perjury:

1.    I am the Director of the National Prison Project of the American Civil Liberties Union Foundation.

2.    I have been admitted to the bar of the District of Columbia, the State of Michigan (now inactive), and the State of Wisconsin (now inactive). I have also been admitted to the bars of the Supreme Court of the United States and a number of other federal bars.

3.    I have served as counsel to the plaintiffs in a number of significant conditions of confinement cases in federal and state trial and appellate courts. Among those are three cases that I briefed and argued in the United States Supreme Court, Lewis v. Casey, 518 U.S. 343 (1996); Farmer v. Brennan, 511 U.S. 825 (1994); and Wilson v. Seiter, 501 U.S. 294 (1991). I am the author of a number of law review articles and book chapters on the subject of prisoners' rights and related topics. I have taught at the University of Southern California Law School, the University of Texas Law School, and the University of Wisconsin Law School.

4.    The NPP currently has cases in nineteen states as well as the District of Columbia and the Virgin Islands. Most of this litigation results from requests from the local bar to provide expertise and resources. Because of the NPP's experience, our presence in a case like this results in more efficient and less costly litigation. Federal courts have recognized the special expertise of National Prison Project staff. See Plyler v. Evatt, 902 F.2d 273, 278 (4th Cir. 1990); Palmigiano v. Garrahy, 707 F.2d

- 2 -

636, 637 (1st Cir. 1983); <u>Knop v. Johnson</u>, 712 F. Supp. 571, 583 (W.D. Mich. 1989);

<u>Lightfoot v. Walker</u>, 619 F. Supp. 1481, 1487 (S.D. Ill. 1985), <u>aff'd</u>, 826 F.2d 516,

522 (7th Cir. 1987); <u>Ramos v. Lamm</u>, 539 F. Supp. 730, 750 (D. Colo. 1982),

<u>remanded</u>, 713 F.2d 546 (10th Cir. 1983); <u>Palmigiano v. Garrahy</u>, 466 F. Supp. 732,

736 (D.R.I. 1979), <u>aff'd</u>, 616 F.2d 598 (1st Cir. 1980); <u>Jefferson v. Southworth</u>, C.A.

No. (77-554 (D.R.I. 2/22/79).

     5.    I determine the reasonable hourly rate to be billed for individual NPP

attorneys.  At the beginning of each calendar year, I consult the <u>Laffey</u> Matrix. The

<u>Laffey</u> Matrix refers to a standardized set of attorneys' fees rates for lawyers

practicing in the District of Columbia, first developed in connection with the case of

<u>Laffey v. Northwest Airlines, Inc.</u>, 572 F. Supp. 354 (D.D.C. 1983), <u>rev'd in part</u>, 746

F.2d 4 (D.C. Cir. 1984).

     6.    The updated version of the <u>Laffey</u> Matrix I am using, attached hereto as

Exhibit 1, has been approved in a number of cases, including <u>Smith v. District of</u>

<u>Columbia</u>, 466 F. Supp. 2d 151, 156 (D.D.C. 2006), as accurately reflecting current

fees rates in the District of Columbia. <u>See also Covington v. District of Columbia</u>, 57

F.3d 1101, 1109 (D.C. Cir. 1995) (approving use of either of the two versions of the

<u>Laffey</u> Matrix).

     7.    I examine the <u>Laffey</u> Matrix and then adjust the fees rate for a

particular staff lawyer depending on where that lawyer falls within the range of

experience encompassed by a specific <u>Laffey</u> Matrix average rate. Using this

methodology, I have set my hourly rate and that of Margaret Winter at $650 per hour.

Similarly, I have established the hourly rates of other lawyers from this office who participated in this case as follows: David Fathi $550; Amy Fettig $340; Hanh Nguyen $300; Eric Balaban $500; Gabriel Eber $300; Tom Jawetz $320; Craig Cowie $450; and Jessica Feierman $340.   All rates are equal to, or lower than, the rates established under the <u>Laffey</u> Matrix.  I have individually reviewed these rates to make certain that all of them are not only within the rates set by the <u>Laffey</u> Matrix but also reasonable in light of the lawyer's litigation experience and expertise.

8.     Similarly, I have established an hourly rate of $150 for law clerks and paralegals.  This rate is also equal to, or lower than, the corresponding <u>Laffey</u> Matrix rates.

9.     It is the current practice in Washington to bill clients for paralegal and law student time, as well as all other expenses such as copying costs, toll calls, special postage, fax and travel-related expenses.

I declare under penalty of perjury that the foregoing is true and correct.


_Elizabeth Alexander_
Elizabeth Alexander

Executed on December 17, 2008

- 4 -

# LAFFEY MATRIX











| Year | Adjustmt Factor** | Paralegal/ Law Clerk | Years Out of Law School * | | | | |
|---|---|---|---|---|---|---|---|
| | | | 1-3 | 4-7 | 8-10 | 11-19 | 20 + |
| 6/01/08- 5/31/09 | 1.0399 | $152 | $279 | $342 | $494 | $557 | $671 |
| 6/01/07-5/31/08 | 1.0516 | $146 | $268 | $329 | $475 | $536 | $645 |
| 6/01/06-5/31/07 | 1.0256 | $139 | $255 | $313 | $452 | $509 | $614 |
| 6/1/05- 5/31/06 | 1.0427 | $136 | $249 | $305 | $441 | $497 | $598 |
| 6/1/04- 5/31/05 | 1.0455 | $130 | $239 | $293 | $423 | $476 | $574 |
| 6/1/03- 6/1/04 | 1.0507 | $124 | $228 | $280 | $405 | $456 | $549 |
| 6/1/02- 5/31/03 | 1.0727 | $118 | $217 | $267 | $385 | $434 | $522 |
| 6/1/01- 5/31/02 | 1.0407 | $110 | $203 | $249 | $359 | $404 | $487 |
| 6/1/00- 5/31/01 | 1.0529 | $106 | $195 | $239 | $345 | $388 | $468 |
| 6/1/99- 5/31/00 | 1.0491 | $101 | $185 | $227 | $328 | $369 | $444 |
| 6/1/98- 5/31/99 | 1.0439 | $96 | $176 | $216 | $312 | $352 | $424 |
| 6/1/97- 5/31/98 | 1.0419 | $92 | $169 | $207 | $299 | $337 | $406 |
| 6/1/96- 5/31/97 | 1.0396 | $88 | $162 | $198 | $287 | $323 | $389 |
| 6/1/95- 5/31/96 | 1.032 | $85 | $155 | $191 | $276 | $311 | $375 |
| 6/1/94- 5/31/95 | 1.0237 | $82 | $151 | $185 | $267 | $301 | $363 |

The methodology of calculation and benchmarking for this Updated Laffey Matrix has been approved in a number of cases. See, e.g., McDowell v. District of Columbia, Civ. A. No. 00-594 (RCL), LEXSEE 2001 U.S. Dist. LEXIS 8114 (D.D.C. June 4, 2001); Salazar v. Dist. of Col., 123 F.Supp.2d 8 (D.D.C. 2000).

\* "Years Out of Law School" is calculated from June 1 of each year, when most law
students graduate. "1-3" includes an attorney in his 1st, 2nd and 3rd years of practice,
measured from date of graduation (June 1). "4-7" applies to attorneys in their 4th, 5th, 6th
and 7th years of practice. An attorney who graduated in May 1996 would be in tier "1-3"
from June 1, 1996 until May 31, 1999, would move into tier "4-7" on June 1, 1999, and tier
"8-10" on June 1, 2003.

\*\* The Adjustment Factor refers to the nation-wide Legal Services Component of the
Consumer Price Index produced by the Bureau of Labor Statistics of the United States
Department of Labor.

# Exhibit E

1  Larry Hammond
   Debra A. Hill
2  OSBORN MALEDON, LLP
   2929 North Central Avenue, Suite 2100
3  Phoenix, Arizona 85012-2793
   lhammond@omlaw.com
4  dhill@omlaw.com
5  (602) 640-9000

6  Margaret Winter (admitted *pro hac vice*)
   Hanh Nguyen (admitted *pro hac vice*)
7  ACLU National Prison Project
8  915 15th Street, NW, 7th Floor
   Washington, DC 20005
9  (202) 548-6605

10 Attorneys for Plaintiffs

11

12                IN THE UNITES STATES DISTRICT COURT

13                   FOR THE DISTRICT OF ARIZONA

14
                                      )
15 FRED GRAVES, et al.,               )  Case No.: CV 77-479-PHX -NVW
                                      )
16              Plaintiffs,           )  **DECLARATION OF**
                                      )  **THEODORE C. JARVI**
17         vs.                        )
                                      )
18 JOE ARPAIO, et al.,                )
                                      )
19              Defendants.           )
                                      )
20

21        Theodore C. Jarvi hereby declares as follows:

22        1.      I previously was appointed class counsel for the plaintiffs in *Hart v. Arpaio,* now

23 recaptioned *Graves v. Arpaio.*

24        2.      At all times material hereto, I have been a solo practitioner in Arizona.  For the

25 years between 1977 and 1997, I focused my practice on criminal defense and general civil law.

26 Beginning in 1991, however, I began to represent veterans in connection with their claims before

27 the United States Department of Veteran Affairs, and by 1997, that practice area represented a

28 majority of my practice.  By 2002, I did VA work almost exclusively.

3.     I first appeared as counsel for the *Hart* class in 1988 when I substituted in for Community Legal Services. At the time of my first appearance, my representation of the *Hart* class consisted primarily of monitoring conditions in the Maricopa County jails and negotiating with Defendants, and filing with the Court, in an effort to enforce the existing consent decree.

4.     In 1995, I was permitted to withdraw as class representative from the *Hart* case because I had been called to serve in Bosnia with the Air Force Reserves. I wound down my cases, but after doing this, I learned the Air Force had changed plans and I would not be going to Bosnia. I resumed my practice, not including the *Hart* case.

5.     The *Hart* class had no legal representation from the time of my withdrawal in 1996 through 1998. During this period, Congress passed the Prison Litigation Reform Act (PLRA), which permitted prisons and jails subject to consent decrees to seek termination of those decrees. In 1998, defendants in *Hart* filed a motion to terminate the consent decree that had been in effect since March 27, 1981.

6.     Because the class was without counsel, I was requested by the Court to return as class counsel to deal with the motion to terminate. I agreed to do so for the limited purpose of representing the class in the termination proceedings, which at the time consisted of representing the class on appeal. I expected that my representation would likely end upon resolution of the appeal. Specific terms of my representation included an hourly rate for myself and the right to employ another private practitioner, Steve U'Ren.

7.     When I first came into the case in 1988, the defendants had been represented by a single attorney from the Maricopa County Attorneys' Office. Later, when the Court suggested that the two defendants did not have parallel interests, representation of the defendant Board was taken over by the law firm of Mariscal & Weeks. Representation of the defendant Sheriff was taken over by another firm, Jennings Strouss & Salmon. Two lawyers from each firm worked on the case. Today, both defendants have substituted other attorneys for these previous counsel. I do not recall explanations for why these substitutions took place.

8.     I was successful in resisting the original termination motion, but the Court's denial was appealed to the Ninth Circuit. A Ninth Circuit decision in January 2001 returned the

case to Arizona for an evidentiary hearing. This promised to require significant additional legal work which I had not anticipated and which I would be able to provide on only a rudimentary level. I did not have the time, financial resources, or specialized litigation experience to defend the consent decree without outside assistance.

9.      Because of the more intensive pace of litigation, I sought help from several sources in the community, mostly without avail. In 2002, I asked the Arizona chapter of the American Civil Liberties Union (ACLU) for assistance in representing the *Hart* class. At that time I was unable to find local counsel to take over the representation of the class. After about a year of deliberation, the Arizona chapter and the National Prison Project of the ACLU (NPP) agreed to assist. As a result, NPP attorney David Fathi and local ACLU attorney Alice Bendheim eventually entered their appearances.

10.     In November 2003, Mr. U'Ren and I began an early evidentiary hearing on our own. In December 2003, Mr. Fathi entered his appearance and began working with us. In January 2004 we continued the same evidentiary hearing, now with Mr. Fathi's assistance.

11.     In 2004, Mr. Fathi, whose NPP office was in Washington, D.C., assumed primary responsibility for research and writing. Ms. Bendheim, of Phoenix, provided support with her knowledge of Arizona law and resources in Maricopa County. Mr. U'Ren and I continued to provide local legal, investigation and liaison duties until the law firm of Osborn Maledon (OM) came on board to provide their assistance.

12.     The role of the NPP in representation of the class was invaluable; it kept us in the lawsuit. We could not have continued to represent the class without NPP's encyclopedic knowledge of the field of prison litigation and constant availability. Mr. Fathi personally came to Arizona to assist us on several occasions. He prepared many key pleadings and memoranda.

13.     OM's initial commitment to the case came in mid to late 2005. Ms. Bendheim, who had been providing local legal assistance, expressed the desire to retire from the practice of law, leaving us with no local help. OM agreed to assist, and bring its high level of legal expertise and litigation resources to the team, on condition that NPP remain in the case, share the

labor, and provide expertise and resources, including the retention and payment of expert witnesses.

14.     The development of the facts and the law for the termination hearing, and the actual presentation of the evidence, was a massive undertaking.   In my opinion it required the combined expertise and resources of NPP and OM to achieve the successful outcome that has been obtained for the plaintiffs.  In retrospect, considering the 20-odd years I was involved in this case, I am convinced that the most valuable thing I did in that time was to usher in the NPP and OM.  Although I was able to do what was needed for many years, I did not have the expertise or the resources to do what those two organizations eventually did, or achieve the results that they achieved.


15.     Further affiant sayeth naught.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this ___ day of November, 2008.

Theodore C. Jarvi

STATE OF ARIZONA          )
                          ) ss.
COUNTY OF MARICOPA   )


SUBSCRIBED, SWORN TO AND ACKNOWLEDGED before me by Theodore C. Jarvi this _19th_ day of _November_____, 2008.

Notary Public

OFFICIAL SEAL
BETH LAMB
NOTARY PUBLIC - State of Arizona
MARICOPA COUNTY
My Comm. Expires June 8, 2011

# Exhibit F

1  Larry A. Hammond, 004049
   Debra A. Hill, 012186
2  Sharad H. Desai, 025255
   OSBORN MALEDON, P.A.
3  2929 North Central Avenue, Suite 2100
   Phoenix, Arizona 85012-2793
4  (602) 640-9000
   lhammond@omlaw.com
5  dhill@omlaw.com
   sdesai@omlaw.com
6
   Margaret Winter (admitted *pro hac vice*)
7  Hanh Nguyen (admitted *pro hac vice*)
   ACLU National Prison Project
8  915 15th Street, N.W., 7th Floor
   Washington, D.C. 20005
9  (202) 548-6605
   mwinter@npp-aclu.org
10 hnguyen@npp-aclu.org

11 Daniel J. Pochoda, 021979
   American Civil Liberties Union of Arizona
12 P.O. Box 17148
   Phoenix, Arizona 85011-0148
13 (602) 650-1854
   dpochoda@acluaz.org
14
   Attorneys for Plaintiffs
15
                    IN THE UNITED STATES DISTRICT COURT
16
                        FOR THE DISTRICT OF ARIZONA
17
18 Fred Graves, et al.,                )    No. CV 77-479-PHX-NVW
                                        )
19                      Plaintiffs,     )    **PLAINTIFFS' STATEMENT OF**
                                        )    **CONSULTATION**
20 v.                                   )
                                        )
21 Joseph Arpaio, et al.,               )
                                        )
22                      Defendants.     )
23
24        Debra A. Hill declares as follows:
25        1.      I am one of the lawyers representing Plaintiffs in this case.  I have
26 personal knowledge of the matters contained herein.
27        2.      Pursuant to Local Rule 54.2(d)(1), I certify that, after personal
28 consultation and good faith efforts to do so, the parties have been unable to

1 | satisfactorily resolve all disputed issues relating to plaintiffs' claim for attorneys' fees
2 | and non-taxable expenses.

3 |      3.     Counsel for the parties attended a meeting held at the offices at Osborn
4 | Maledon on December 16, 2008.  Present at the meeting for plaintiffs were Margaret
5 | Winter and Hanh Nguyen (via phone) and Debbie Hill; Courtney Cloman for
6 | Defendant Arpaio; and Adam Polson and Tom Lordan for the Board Defendants.  Mr.
7 | Polson posed a few questions to Ms. Hill and Ms. Winter, which we answered.
8 | Defendants' counsel made no settlement offer, and advised Plaintiffs' counsel that
9 | they were not authorized to make any settlement offer with respect to Plaintiffs' fees
10 | and costs.

11 |      DATED this 17th day of December, 2008.

Debra A. Hill

2382461_1