Jorge Franco, Jr. (No. 013834)
E-Mail: jf@jhc-law.com
Larry J. Crown (No. 013133)
E-Mail: ljc@jhc-law.com
William F. Begley (No. 010157)
E-Mail: wfb@jhc-law.com
JENNINGS, HAUG & CUNNINGHAM, LLP
2800 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-1049
Telephone: 602-234-7800
Facsimile:   602-277-5595

Attorneys for Defendants Fulton Brock, Don Stapley,
 Andrew Kunasek, Max Wilson and Mary Rose Wilcox

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Fred Graves, Isaac Popoca, on their own and on behalf of a class of all pretrial detainees in the Maricopa County Jails,<br><br>Plaintiffs,<br><br>vs.<br><br>Joseph Arpaio, Sheriff of Maricopa County; et al.,<br><br>Defendants. | Case No.: CV-77-00479-NVW<br><br>**SATISFACTION OF JUDGMENT** |

The Corrected Judgment in a Civil Case was entered by this Court in the above-entitled action on July 30, 2009, stating as follows:

> Judgment is entered pursuant to Fed. R. Civ. P. 54(d) and LRCiv 54.2 in favor of Plaintiffs [and] against Defendants in the amount of $1,193,815.03 for attorneys' fees and $121,154.91 for non-taxable costs plus interest at the federal rate from October 22, 2008, until paid.

The Defendants appealed this Judgment and prior rulings of the Court.

Pursuant to a subsequent settlement agreement entered into by Plaintiffs and

Defendants, Defendants Fulton Brock, Don Stapley, Andrew Kunasek, Max Wilson and Mary Rose Wilcox (collectively, the "Board Defendants") and Defendant Joseph Arpaio, Sheriff of Maricopa County, have withdrawn the following appeals filed in the United States Court of Appeals for the Ninth Circuit:

(1) the appeal by Defendant Arpaio designated as Ninth Circuit Court of Appeals Docket No. 09-16032 (re: attorneys' fees and costs); and

(2) the appeal by the Board Defendants designated as Ninth Circuit Court of Appeals Docket No. 09-16081 (re: attorneys' fees and costs).

Pursuant to the aforementioned settlement agreement, Defendants also agreed to pay Plaintiffs the total sum of $1,221,020.00 for attorneys' fees and costs, as follows:

(1) $588,426.00 to Osborn Maledon, P.A.;

(2) $601,356.00 to the National Prison Project of the ACLU; and

(3) $31,238.00 to the ACLU Foundation of Arizona.

Therefore, in light of the foregoing, and for good and valuable consideration described above, receipt of which is hereby acknowledged, the Plaintiffs, by and through their undersigned counsel, hereby acknowledge, as satisfied in full, the Corrected Judgment in a Civil Case entered by this Court on July 30, 2009, in favor of Plaintiffs and against Defendants.

. . .

. . .

. . .

. . .

DATED this 20th day of October, 2009.

| OSBORN MALEDON, P.A. | NATIONAL PRISON PROJECT OF THE ACLU |
|---|---|
| s/Debra A. Hill | s/Margaret Winter with permission |
| Larry A. Hammond | Margaret Winter |
| lhammond@omlaw.com | mwinter@npp-aclu.org |
| Debra A. Hill | Gabriel Eber |
| dhill@omlaw.com | geber@npp-aclu.org |
| Sharad H. Desai | Eric Balaban |
| sdesai@omlaw.com | ebalaban@npp-aclu.org |
| Attorneys for Plaintiffs | Attorneys for Plaintiffs |

ACLU FOUNDATION
  OF ARIZONA

s/Daniel J. Pochoda with permission
Daniel J. Pochoda
dpochoda@acluaz.org

Attorneys for Plaintiffs

3

# CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2009, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

- Eric G. Balaban
- William F. Begley
- Courtney R. Cloman
- Larry J. Crown
- Gabriel B. Eber
- Jorge Franco, Jr.
- Michele M. Iafrate
- Daniel J. Pochoda
- Margaret Winter

s/Karen L. McClain

2799153_1