**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fred Graves, Isaac Popoca, on their own behalf and on behalf of a class of all pretrial detainees in the Maricopa County Jails,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>Joseph Arpaio, Sheriff of Maricopa County; Fulton Brock, Don Stapley, Andrew Kunasek, Max W. Wilson, and Mary Rose Wilcox, Maricopa County Supervisors;<br><br>　　　　Defendants. | No. CV 77-00479-PHX-NVW<br><br>**ORDER** |

Before the Court is Defendant Arpaio's Motion to Terminate (Doc. 2080) certain provisions of the Second Amended Judgment. Plaintiffs do not oppose the motion. (Doc. 2089.)

IT IS THEREFORE ORDERED that Defendant Arpaio's Motion to Terminate (Doc. 2080) is granted. For the convenience of the parties, those provisions of the Second Amended Judgment that remain in effect are restated in the Third Amended Judgment entered this day.

1    IT IS FURTHER ORDERED vacating the final evidentiary hearing and oral argument set at 9:30 a.m., July 10, 2012.

DATED this 24th day of May, 2012.

_____
Neil V. Wake
United States District Judge