**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fred Graves and Isaac Popoca, on their own behalf and on behalf of a class of all pretrial detainees in the Maricopa County Jails,<br><br>           Plaintiffs,<br><br>vs.<br><br>Joseph Arpaio, Sheriff of Maricopa County; Fulton Brock, Don Stapley, Andrew Kunasek, Max W. Wilson, and Mary Rose Wilcox, Maricopa County Supervisors;<br><br>           Defendants. | No. CV 77-00479-PHX-NVW<br><br>**THIRD AMENDED JUDGMENT** |

Defendant Arpaio's Motion to Terminate (Doc. 2080), filed April 24, 2012, has been decided this day, resulting in some portions of the Second Amended Judgment (Doc. 1635), as previously modified by stipulation (Docs. 2064, 2065), being terminated. This Third Amended Judgment is entered, for the convenience of the parties, to restate those portions of the Second Amended Judgment that continue in effect pursuant to 18 U.S.C. § 3626(e)(2)(B).

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED as follows:

1. The Second Amended Judgment (Doc. 1635) is vacated as to future effect, except that the terms of this Third Amended Judgment have continuing effect.

2. Defendants shall provide a receiving screening of each pretrial detainee, prior to placement of any pretrial detainee in the general population. The screening will be sufficient to identify and begin necessary segregation, and treatment of those with mental or physical illness and injury; to provide necessary medication without interruption; to recognize, segregate, and treat those with communicable diseases; to provide medically necessary special diets; and to recognize and provide necessary services to the physically handicapped.

3. All pretrial detainees confined in the jails shall have ready access to care to meet their serious medical and mental health needs. When necessary, pretrial detainees confined in jail facilities which lack such services shall be transferred to another jail or other location where such services or health care facilities can be provided or shall otherwise be provided with appropriate alternative on-site medical services.

4. Defendants shall ensure that the pretrial detainees' prescription medications are provided without interruption where medically prescribed by correctional medical staff.

5. Defendants will maintain records of their compliance with this Third Amended Judgment and will provide quarterly summaries of those records to Plaintiffs' counsel.

DATED this 24th day of May, 2012.

_____
Neil V. Wake
United States District Judge