IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fred Graves, Isaac Popoca, on their own behalf and on behalf of a class of all pretrial detainees in the Maricopa County Jails,<br><br>Plaintiffs,<br><br>v.<br><br>Paul Penzone, Sheriff of Maricopa County; Bill Gates, Steve Gallardo, Denny Barney, Steve Chucri, and Clint L. Hickman, Maricopa County Supervisors,<br><br>Defendants. | No. CV-77-00479-PHX-NVW<br><br>**ORDER** |

As requested by Plaintiffs, the Court will hear oral argument regarding the following:

(1) Defendants' Report Regarding Corrective Actions, Compliance Data Collection Procedures and Compliance Data Summaries for April, May, and June 2017 (Doc. 2417), Defendants' supplemental report (Doc. 2425), Plaintiffs' response (Doc. 2436), and Defendants' reply (Doc. 2444);

(2) Plaintiffs' Motion to Enforce Fourth Amended Judgment and for Additional Relief (Doc. 2434), Defendants' response (Doc. 2441), Plaintiffs' reply (Doc. 2449), Defendants' motion to strike Plaintiffs' reply (Doc. 2451), Plaintiffs' response to the motion to strike (Doc. 2452), and Defendants' reply supporting the motion to strike (Doc. 2454); and

(3) Plaintiffs' Motion to Re-Open Discovery and for a Scheduling Order (Doc. 2435), Defendants' response (Doc. 2442), and Plaintiffs' reply (Doc. 2447).

IT IS HEREBY ORDERED that oral argument regarding Defendants' proof of compliance with the Revised Fourth Amended Judgment and on the related motions is set for June 8, 2018, at 1:30 p.m.  This will not be an evidentiary hearing.

IT IS FURTHER ORDERED that counsel be prepared to:

1. Address whether Defendants have shown compliance with subparagraphs 5(a)(23), (24), (25), and (26) of the Revised Fourth Amended Judgment; and

2. Propose a schedule to be ordered in the event that the Court finds Defendants have not shown compliance with all of the remaining provisions of the Revised Fourth Amended Judgment.

Dated this 15th day of May, 2018.

_____
Neil V. Wake
Senior United States District Judge